```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE J05-0012--CV (JKS)
           "SEACC ET AL V U.S. ARMY CORPS OF ENGINEERS ET"

       Including terminated parties, excluding terminated counsel


   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 09/12/05
            Closed: 11/14/05

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (893) Environmental Matters
                   5 USC 702, 706(2)(A)
            Origin: (1) Original Proceeding
            Demand: 99999
        Filing fee: Paid $250.00 on 09/12/05 receipt # 10096937
          Trial by:


Parties of Record:                          Counsel of Record:
---------------------------------------------------------------------------
PLF 1.1         SOUTHEAST ALASKA CONSERVATION     Thomas S. Waldo
                COUNCIL                           Earthjustice
                                                  325 4th Street
                                                  Juneau, AK 99801
                                                  907-586-2751

                                                  Demian A. Schane
                                                  EarthJustice
                                                  325 Fourth Street
                                                  Juneau, AK 99801
                                                  907-586-2751

PLF 2.1         SIERRA CLUB                       Thomas S. Waldo
                                                  (see above)

                                                  Demian A. Schane
                                                  (see above)

PLF 3.1         LYNN CANAL CONSERVATION           Thomas S. Waldo
                                                  (see above)

                                                  Demian A. Schane
                                                  (see above)

DEF 1.1         U.S. ARMY CORPS OF ENGINEERS      Richard L. Pomeroy
                                                  U.S. Attorney's Office
                                                  222 W. 7th Avenue, #9
                                                  Anchorage, AK 99513-7567
                                                  907-271-5071

                                                  Mark A. Nitczynski
                                                  U.S. Department of Justice
                                                  999 18th Street
                                                  Suite 945 North Tower
                                                  Denver, CO 80202
                                                  303-312-7388
                                                  FAX 303-312-7331
```

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CIVIL DOCKET PARTY INFORMATION FOR CASE J05-0012--CV (JKS)
                       "SEACC ET AL V U.S. ARMY CORPS OF ENGINEERS ET"

                   Including terminated parties, excluding terminated counsel


Parties of Record:                              Counsel of Record:

DEF 2.1         GALLAGHER, TIMOTHY J.              Richard L. Pomeroy
                                                   (see above)

                                                   Mark A. Nitczynski
                                                   (see above)

DEF 3.1         REEDER, LARRY L.                   Richard L. Pomeroy
                                                   (see above)

                                                   Mark A. Nitczynski
                                                   (see above)

DEF 4.1         LEEDS, JOHN C. III                 Richard L. Pomeroy
                                                   (see above)

                                                   Mark A. Nitczynski
                                                   (see above)

DEF 5.1         JUSTIS, GLEN E.                    Richard L. Pomeroy
                                                   (see above)

                                                   Mark A. Nitczynski
                                                   (see above)

DEF 6.1         IZZO, DOMINIC                      Richard L. Pomeroy
                                                   (see above)

                                                   Mark A. Nitczynski
                                                   (see above)

DEF 7.1         U.S. FOREST SERVICE                Richard L. Pomeroy
                                                   (see above)

                                                   Mark A. Nitczynski
                                                   (see above)
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
      CIVIL DOCKET ENTRIES FOR CASE J05-0012--CV (JKS)
         "SEACC ET AL V U.S. ARMY CORPS OF ENGINEERS ET"

                        For all filing dates
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
            Filed: 09/12/05
           Closed: 11/14/05

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (893) Environmental Matters
                   5 USC 702, 706(2)(A)
           Origin: (1) Original Proceeding
           Demand: 99999
       Filing fee: Paid $250.00 on 09/12/05 receipt # 10096937
         Trial by:


Document #   Filed      Docket text

    1 -   1  09/12/05   Complaint filed; Summons issued.

    2 -   1  09/29/05   ZZZ 1 motion to intervene as a defendant w/att exhs.

    3 -   1  09/29/05   ZZZ 1 Answer to Complaint.

    4 -   1  09/29/05   ZZZ 1 motion for admission pro hac vice of John C. Berghoff, Jr.,
                        Michael P. Rissman and Susan E. Brice.

    5 -   1  09/30/05   JKS Order granting motion for admission pro hac vice of John C.
                        Berghoff, Jr., Michael P. Rissman and Susan E. Brice (4-1). cc: cnsl

    6 -   1  10/12/05   ZZZ 2 motion for leave to intervene w/att memorandum, declaration,
                        attachments and proposed answer.

    7 -   1  10/12/05   ZZZ 3 motion to intervene w/att declarations and proposed answer.

    8 -   1  10/17/05   PLF 1-3 [Qualified] non-opposition to ZZZ 1 motion to intervene as a
                        defendant (2-1), ZZZ 2 motion for leave to intervene (6-1), ZZZ 3 motion
                        to intervene. (7-1)

    9 -   1  10/18/05   DEF 1-7 Attorney Appearance of Mark A. Nitczynski.

   10 -   1  10/18/05   DEF 1-7 response to ZZZ 1 motion to intervene as a defendant (2-1), ZZZ
                        2 motion for leave to intervene (6-1), ZZZ 3 motion to intervene (7-1).

   11 -   1  10/25/05   ZZZ 1 reply to opposition to ZZZ 1 motion to intervene as a defendant
                        (2-1).

   12 -   1  10/27/05   ZZZ 2 reply to opposition to ZZZ 2 motion for leave to intervene. (6-1)

   13 -   1  10/27/05   ZZZ 3 reply to opposition to ZZZ 3 motion to intervene. (7-1)

   14 -   1  11/01/05   PLF 1-3 motion on shortened or, in the alternative, for status
                        conference w/att decl, aff, exhs.

   15 -   1  11/03/05   JWS Order granting motion on shortened for an expedited briefing (14-1);
                        plfs' opening brief due 11/10/05; Fed defs' oppo brief due 12/1/05; Int
```

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE J05-0012--CV (JKS)
                         "SEACC ET AL V U.S. ARMY CORPS OF ENGINEERS ET"

                                       For all filing dates

Document #    Filed      Docket text
----------    -----      -----------
                         defs' oppo brief due 12/8/05; plfs' reply brief due 12/19/05. cc: cnsl

   16 -   1   11/08/05   DEF 1-7 motion for voluntary remand.

   17 -   1   11/09/05   DEF 1-7 motion on shortened time for consideration of motion for
                         voluntary remand & immediate stay of current litigation schedule w/att
                         decl.

   18 -   1   11/10/05   ZZZ 1 opposition to DEF 1-7 motion on shortened time for consideration
                         of motion for voluntary remand & immediate stay of current litigation
                         schedule (17-1).

   19 -   1   11/10/05   PLF 1-3 non-opposition to DEF 1-7 motion on shortened time for
                         consideration of motion for voluntary remand & immediate stay of current
                         litigation schedule. (17-1)

   20 -   1   11/14/05   JKS Minute Order granting mot for voluntary remand (16-1); terminating
                         in light of this order: mot to intervene as def (2-1), mot for leave to
                         intervene (6-1), mot to intervene (7-1), mot on shortened time for
                         consideration of mot for voluntary remand (17-1). cc: cnsl

   21 -   1   11/14/05   ZZZ 1 Notice of Coeur Alaska's withdrawal of objection to US motion for
                         shortened time.

   22 -   1   11/14/05   ZZZ 1 Response to US motion for voluntary remand w/att declaration and
                         notice of faxed signature page of Al Wilder.

   23 -   1   11/14/05   ZZZ 3 opposition to DEF 1-7 motion for voluntary remand. (16-1), DEF 1-7
                         motion on shortened time for consideration of motion for voluntary
                         remand & immediate stay of current litigation schedule. (17-1)

   24 -   1   11/16/05   ZZZ 1 Notice of filing orig signature page of Al Wilder w/att
                         declaration.

   25 -   1   11/17/05   ZZZ 3 [Amended Certificate] of Service of 11/14/05 at 23-1.
```