
Demian A. Schane
Thomas S. Waldo
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: dschane@earthjustice.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, and LYNN CANAL CONSERVATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS; COLONEL TIMOTHY J. GALLAGHER, in his official capacity as District Engineer; LARRY L. REEDER, in his official capacity as Chief of the Regulatory Branch; DOMINIC IZZO, in his official capacity as Principal Deputy Assistant Secretary of the Army (Civil Works); and UNITED STATES FOREST SERVICE,<br><br>    Defendants. | Case No. J05-0012 CV (JKS) |

**UNOPPOSED MOTION TO REOPEN THE CASE**

Southeast Alaska Conservation Council, et al. v.
U.S. Army Corps of Eng'rs, et al.
J05-0012 CV (JKS)

Plaintiffs Southeast Alaska Conservation Council, Sierra Club, and Lynn Canal Conservation hereby move to reopen the case.  Defendants do not oppose reopening the case.

Plaintiffs commenced this case on September 12, 2005.  On November 8, 2005, Defendant United States Army Corps of Engineers (Corps) moved for a voluntary remand of the permit challenged in this case in order to suspend the permit and conduct additional review.  Docket No. 16.  The Corps also moved to stay the litigation while it conducted its review.  Docket No. 17.  On November 14, 2005, the Court granted the Corps' motion remanding the permit to the agency.  Docket No. 20.  As a result, the case has been closed since that time.

On March 29, 2006, the Corps completed its re-evaluation, signed a revised Record of Decision, and reinstated the permit, which Plaintiffs allege violates the Clean Water Act.  It is therefore appropriate to reopen the case and proceed with the litigation.[1]  A proposed order is attached.

Respectfully submitted this 4th day of April 2006,

/s/ Demian A. Schane

Demian A. Schane (ABA# 0403007)
Thomas S. Waldo (ABA# 9007047)
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: dschane@earthjustice.org

Attorneys for Plaintiffs

---

[1] Tomorrow, Plaintiffs expect to file a separate motion for shortened time and expedited consideration of the briefing in this case.

Southeast Alaska Conservation Council, et al. v.
U.S. Army Corps of Eng'rs, et al.
J05-0012 CV (JKS)                              -2-

## CERTIFICATE OF SERVICE

I, Demian Schane, certify that on April 4, 2006, a true and correct copy of UNOPPOSED MOTION TO REOPEN THE CASE was served electronically to Mark Nitczynski. A courtesy copy was also sent via e-mail to Lawrence L. Hartig, John C. Berghoff, Jr., David C. Crosby, Cameron M. Leonard, Ruth Hamilton Heese, and Jim Ustasiewski.


/s/ Demian A. Schane
Demian A. Schane

Southeast Alaska Conservation Council, et al. v.
U.S. Army Corps of Eng'rs, et al.
J05-0012 CV (JKS)                    -3-