IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ARMY CORPS OF ENGINEERS, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) Case No. J05-0012 CV (JKS) ) ) ) ) ) ) |

## PROPOSED ORDER REOPENING THE CASE

Plaintiffs have moved to reopen the case in light of Defendant United States Army Corps of Engineers' decision to reinstate the Clean Water Act Section 404 Permit challenged in this case. Docket No. \_\_\_. Defendants do not oppose reopening the case. Accordingly, it is ORDERED that the case is reopened.

SO ORDERED this _____ day of April, 2006.

_____
**JAMES K. SINGLETON, JR.**
United States District Judge

Southeast Alaska Conservation Council, et al. v.
U.S. Army Corps of Eng'rs, et al.
J05-0012 CV (JKS)