Demian A. Schane
Thomas S. Waldo
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: dschane@earthjustice.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, and LYNN CANAL CONSERVATION,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS; COLONEL TIMOTHY J. GALLAGHER, in his official capacity as District Engineer; LARRY L. REEDER, in his official capacity as Chief of the Regulatory Branch; DOMINIC IZZO, in his official capacity as Principal Deputy Assistant Secretary of the Army (Civil Works); and UNITED STATES FOREST SERVICE,<br><br>Defendants. | Case No. J05-0012 CV (JKS) |

**NOTICE OF FILING OF FIRST AMENDED COMPLAINT**

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, Plaintiffs Southeast Alaska Conservation Council, Sierra Club, and Lynn Canal Conservation hereby give notice that they are filing a First Amended Complaint. The First Amended Complaint drops Count II from the original Complaint, drops two defendants, and modifies the allegations in light of the revised Record of Decision that Defendant United States Army Corps of Engineers rendered on March

Southeast Alaska Conservation Council, et al. v.
U.S. Army Corps of Eng'rs, et al.
J05-0012 CV (JKS)                    -1-

29, 2006. The First Amended Complaint does not require a motion because Defendants have not yet filed a responsive pleading to the original Complaint. Fed. R. Civ. P. 15(a).  Respectfully submitted this 4th day of April 2006,

/s/ Demian A. Schane
Demian A. Schane (ABA# 0403007)
Thomas S. Waldo (ABA# 9007047)
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: dschane@earthjustice.org

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I, Demian Schane, certify that on April 4, 2006, a true and correct copy of NOTICE OF FILING OF FIRST AMENDED COMPLAINT was served electronically to Mark Nitczynski. A courtesy copy was also sent via e-mail to Lawrence L. Hartig, John C. Berghoff, Jr., David C. Crosby, Cameron M. Leonard, Ruth Hamilton Heese, and Jim Ustasiewski.

/s/ Demian A. Schane
Demian A. Schane

Southeast Alaska Conservation Council, et al. v.
U.S. Army Corps of Eng'rs, et al.
J05-0012 CV (JKS)                              -2-