

**DEPARTMENT OF THE ARMY**
**U.S. ARMY ENGINEER DISTRICT, ALASKA**
**P.O. BOX 6898**
**ELMENDORF AFB, ALASKA 99506-0898**

MAR 2 9 2006

REPLY TO
ATTENTION OF:

CERTIFIED AND BY TELEFAX

District Commander

Mr. Timothy D. Arnold
Vice President and General Manager
Coeur Alaska, Incorporated
3031 Clinton Drive, Suite 202
Juneau, Alaska  99801-7153

Dear Mr. Arnold:

   The Department of the Army hereby reinstates Permit POA-1990-592-M, Lynn Canal 31, pursuant to 33 CFR 325.7(c). The permit issued to Coeur Alaska, Incorporated (Coeur) by the Alaska District of the U.S. Army Corps of Engineers (Corps), authorized Coeur to place structures in and discharge fill material into waters of the United States, in conjunction with the construction of the Kensington Gold Mine Project, near Berners Bay, north of Juneau, Alaska. The Corps permit was suspended November 22, 2005, in order to revisit, reconsider, and clarify the Record of Decision (ROD) for the permit and the ROD's underlying analysis. The ROD has been revised and a copy is attached for your records.

   Nothing in this letter shall be construed as excusing you from compliance with other Federal, State, or local statutes, ordinances, or regulations that may affect this work. For informational purposes, copies of this letter are being provided to the agencies on the enclosed list.

   Please refer to file number POA-1990-592-M in future correspondence or if you have any questions concerning this Notice of Permit Reinstatement. You may contact us by writing to the above letterhead address, ATTN: CEPOA-CO-R-E, or by calling Mr. Glen E. Justis of my staff at (907) 753-2712, toll free from within Alaska at (800) 478-2712, or by FAX at (907) 753-5567.

                                        Sincerely,

                                        Timothy J. Gallagher
                                        Colonel, Corps of Engineers
                                        District Commander

Enclosure

Exhibit 1, page 1 of 1