IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ARMY CORPS OF ENGINEERS, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. J05-0012 CV (JKS) |

**PROPOSED ORDER EXPEDITING BRIEFING SCHEDULE**

Plaintiffs have moved to for shortened time and expedited consideration of the briefing. Docket No. ___. Defendants do not oppose the briefing schedule proposed in this motion. Accordingly,

IT IS ORDERED that the motion to expedite briefing is granted, and the parties shall brief Count I of the First Amended Complaint according to the following schedule:

Plaintiffs' Opening Brief is due on April 7, 2006;

Defendants shall file the administrative record no later than April 28, 2006;

Defendants' Opposition Brief is due on May 5, 2006;

Plaintiffs' Reply Brief is due on May 17, 2006.

Plaintiffs shall move to file any further amended complaint in response to the Corps' revised Record of Decision no later than May 31, 2006.

Southeast Alaska Conservation Council, et al. v.
U.S. Army Corps of Eng'rs, et al.
J05-0012 CV (JKS)                             1

The Court will attempt to render a decision in this matter at the earliest date allowed by the Court's calendar.

SO ORDERED this _____ day of April, 2006.

                                                                  _____
                                                                  **JAMES K. SINGLETON, JR.**
                                                                  United States District Judge

Southeast Alaska Conservation Council, et al. v.
U.S. Army Corps of Eng'rs, et al.
J05-0012 CV (JKS)                           2