IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, et al., | ) ) ) |
| Plaintiffs, | ) Case No. J05-0012 CV ( JKS) ) ) |
| vs. | ) ) |
| UNITED STATES ARMY CORPS OF ENGINEERS; et al. | ) **PROPOSED** ) **ORDER** ) |
| Defendants. And | ) ) ) |
| COEUR ALASKA, INC., a Delaware Corporation. | ) ) ) |
| Defendant-Intervenor. | ) ) |

IT IS HEREBY ORDERED that Coeur Alaska, Inc.'s motion to intervene is granted and Coeur Alaska, Inc. is hereby made a defendant to this case.

Dated this ____ day of _____, 2006.

By the Court:

_____
JAMES K. SINGLETON
UNITED STATES DISTRICT JUDGE

proposed order submitted by:

John C. Berghoff, Jr.
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL  60606
Phone: (312) 782-0600
Fax: (312) 701-7711
Email: jberghoff@mayerbrownrowe.com
ILBA# 0181528