David C. Crosby
David C. Crosby, P.C.
5280 Thane Road
Juneau, AK 99801-7717
Telephone: (907) 586-6262
Facsimile: (907) 586-5959
E-mail: crosbylaw@gci.net

Attorney for Intervenor-Defendant
Goldbelt, Incorporated


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| UNITED STATES ARMY CORPS OF ENGINEERS; et al., | ) ) ) Case No. J05-0012 CV (JKS) ) |
| Defendants, and | ) **APPLICATION OF** ) **GOLDBELT, INCORPORATED** |
| COEUR ALASKA, INC., a Delaware Corporation, | ) **FOR LEAVE TO INTERVENE** ) **PURSUANT TO RULE 24(a)(2)** ) **OR RULE 24(b)** |
| Defendant-Intervenor. | ) |

Goldbelt, Incorporated ("Goldbelt") applies to this Court for leave to intervene as a party defendant in these proceedings as a matter of right under Federal Rules of Civil Procedure, Rule 24(a)(2) because:

   1.   No proceedings have occurred in this court, and
        the application is timely.

    2.     Goldbelt has a "significantly protectable interest" in developing its permitted marine terminal at Cascade Point.

    3.     Goldbelt's ability to protect this interest, as a practical matter, will be adversely affected in that the complaint seeks to overturn Goldbelt's Army Corps of Engineers' Section 404 permit to construct the marine terminal at Cascade Point.

    4.     None of the parties or prospective parties to this proceeding share Goldbelt's unique property interests and cannot adequately represent Goldbelt.

In the alternative, Goldbelt applies for leave to participate pursuant to Federal Rules of Civil Procedure, Rule 24(b) because:

    1.     Its defenses and the main action have a question of law or fact in common; and

    2.     Goldbelt is in a unique position to significantly contribute to full development of the underlying factual issues in the suit and to the just and equitable adjudication of the legal questions involved.

This application is supported by Goldbelt's Memorandum in Support of Application for Leave to Intervene Pursuant to

Rule 24(a)(2) or Rule 24(b), the Declaration of Joe Kahklen, and Goldbelt's proposed Answer and Affirmative Defenses.

DATED this 6th day of April, 2006, at Juneau, Alaska.

Respectfully submitted,

DAVID C. CROSBY, P.C.

/s/  David C. Crosby_____
David C. Crosby
Alaska Bar No. 7106006

Attorney for Intervenor-Defendant Goldbelt, Incorporated

CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2006, a copy of the following document was served electronically on:

Demian A. Schane
Thomas S. Waldo
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801

Mark A. Nitczynski
U.S. Department of Justice
Environmental Defense Section
999 18th Street, Suite 945
Denver, CO 80202-2449

and courtesy copies were mailed by first class mail, postage prepaid, on the following:

Lawrence L. Hartig
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, AK 99501-3330

John C. Berghoff, Jr.
Susan E. Brice
Michael P. Rissman
Mayer, Brown, Rowe & Maw LLP
71 S. Wacker Drive
Chicago, IL 60606-4637

Kathryn Kusske Floyd
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC 20006-1101

Ruth Hamilton Heese
Assistant Attorney General
Department of Law
P.O. Box 110300
Juneau, AK 99811-0300

Cameron M. Leonard
Assistant Attorney General
Environmental Section
100 Cushman St., Suite 400
Fairbanks, AK 99701

Dean K. Dunsmore
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, AK 99501-3657

/s/  David C. Crosby
David C. Crosby

Pleading 4 5 2006.Goldbelt