IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT JUNEAU

SOUTHEAST ALASKA CONSERVATION )
COUNCIL, et al., )
                                    )
        Plaintiffs, )
                                    )
        v. )
                                    )
UNITED STATES ARMY CORPS OF )
ENGINEERS; et al., ) Case No. J05-0012 CV (JKS)
                                    )
        Defendants, and )
                                    )
                                    ) **PROPOSED ORDER GRANTING**
COEUR ALASKA, INC., a Delaware ) **APPLICATION OF GOLDBELT,**
Corporation, ) **INCORPORATED FOR LEAVE TO**
                                    ) **INTERVENE AS A PARTY**
        Defendant-Intervenor. ) **DEFENDANT**
_____)

        This matter came on for decision pursuant to the

application of Goldbelt, Incorporated for leave to intervene as

a party defendant pursuant to Rule 24(a)(2) or Rule 24(b).  The

Court having considered the pleadings submitted in support of

and opposition to the said application, it is hereby

        **ORDERED** as follows:

        [   ]      Goldbelt, Inc.'s Application for Leave to

                   Intervene as a Matter of Right Pursuant to

                   Rule 24(a)(2) is **GRANTED.**

[    ]      Goldbelt, Inc.'s Application for Leave to

Intervene with the permission of the Court

pursuant to Rule 24(b) is **GRANTED.**


DATED this ___ day of _____, 2006, at Anchorage,

Alaska.


_____
James K. Singleton, Jr.
Senior Judge
United States District Court
District of Alaska


CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2006, a copy of the foregoing
document was served electronically on:

    Demian A. Schane
    Thomas S. Waldo
    Eric P. Jorgensen
    EARTHJUSTICE
    325 Fourth Street
    Juneau, AK 99801

    Mark A. Nitczynski
    U.S. Department of Justice
    Environmental Defense Section
    999 18th Street, Suite 945
    Denver, CO 80202-2449

and that courtesy copies were served by first class mail,
postage prepaid, on the following:

    Lawrence L. Hartig
    Hartig Rhodes Hoge & Lekisch, P.C.
    717 K Street
    Anchorage, AK 99501-3330

2

John C. Berghoff, Jr.
Susan E. Brice
Michael P. Rissman
Mayer, Brown, Rowe & Maw LLP
71 S. Wacker Drive
Chicago, IL 60606-4637

Kathryn Kusske Floyd
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC 20006-1101

Ruth Hamilton Heese
Assistant Attorney General
Department of Law
P.O. Box 110300
Juneau, AK 99811-0300

Cameron M. Leonard
Assistant Attorney General
Environmental Section
100 Cushman St., Suite 400
Fairbanks, AK 99701

Dean K. Dunsmore
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, AK 99501-3657

/s/  David C. Crosby
David C. Crosby

Order_Intervene 4 5 2006.Goldbelt