IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, *et al.* , | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. J05-0012 CV (JKS) |
| UNITED STATES ARMY CORPS OF ENGINEERS, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |
| ———————————————————— | ) | |

**ORDER REOPENING THE CASE**

Plaintiffs have moved to reopen the case in light of Defendant United States

Army Corps of Engineers' decision to reinstate the Clean Water Act Section 404 Permit

challenged in this case.  Docket No. 26.  Defendants do not oppose reopening the case.

Accordingly, it is ORDERED that the case is reopened.

DATED this 6th day of April 2006.


_____/s/James K. Singleton, Jr._____
**JAMES K. SINGLETON, JR.**
United States District Judge


Southeast Alaska Conservation Council, et al. v.
U.S. Army Corps of Eng'rs, et al.
J05-0012 CV (JKS)