DAVID W. MÁRQUEZ, Attorney General
CAMERON M. LEONARD, Assistant Attorney General
RUTH HAMILTON HEESE, Assistant Attorney General
State of Alaska, Department of Law
P.O. Box 110300
Juneau, Alaska 99811-0300
Telephone:  (907) 451-2811
        or    (907) 465-3600
Facsimile:  (907) 465-6735
cam_leonard@law.state.ak.us
ruth_hamilton_heese@law.state.ak.us

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEASTALASKA CONSERVATION COUNCIL, SIERRA CLUB, AND LYNN CANAL CONSERVATION,<br><br>       Plaintiffs,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS; COLONEL TIMOTHY J. GALLACHER, in his official capacity as District Engineer; LARRY L. REEDER, in his official capacity as Chief of the Regulatory Branch; JOHN C. LEEDS, III, in his official capacity as Chief of the Juneau field office; GLEN E. JUSTIS, in his official capacity as Chief of the East Section; DOMINIC IZZO, in his official capacity as Principal Deputy Assistant Secretary of the Army (Civil Works); and UNITED STATES FOREST SERVICE,<br><br>       Defendants. | Case No. J05-0012CV (JKS) |

**ORDER GRANTING STATE INTERVENTION**

The State has moved for intervention in this case, both as a matter of right and permissively, for purposes of both the merits and remedial phases of the case. The court has fully considered the State's motion and the responses of the parties thereto.

IT IS ORDERED that the State's motion to intervene as of right under Fed. R. Civ. P. 24(a)(2) is GRANTED. The State may participate as a party on the merits and to defend its interests against any remedies sought, including injunctive relief.

IT IS FURTHER ORDERED that the State shall be permitted under Fed. R. Civ. P. 24(b)(2) to intervene in this action for all purposes and phases of the case.

The First Amended Answer lodged by the State with its intervention motion is hereby deemed filed with the Court.

DATE this ___ day of _____, 2006.

By: _____
The Honorable James K. Singleton
United States District Court Judge

## CERTIFICATE OF SERVICE

I, Ruth Hamilton Heese, certify that on April 7, 2006, a copy of the foregoing document was served electronically to Mark Nitczynski, Demian Schance, and Thomas Waldo. A courtesy copy was also sent via e-mail to Lawrence Hartig, John Berghoff, Jr., David Crosby, and Jim Ustasiewski.

/s Ruth Hamilton Heese

Ruth Hamilton Heese
Assistant Attorney General
Alaska Bar No. 9406064
State of Alaska
Department of Law
P.O. Box 110300
Juneau, Alaska 99811-0300
Telephone: (907) 465-3600
Facsimile: (907) 465-6735
ruth_hamilton_heese@law.state.ak.us