DAVID W. MÁRQUEZ, Attorney General
CAMERON M. LEONARD, Assistant Attorney General
RUTH HAMILTON HEESE, Assistant Attorney General
State of Alaska, Department of Law
P.O. Box 110300
Telephone: (907) 451-2811
or (907) 465-3600
Facsimile: (907) 465-6735
Juneau, Alaska 99811-0300

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

SOUTHEASTALASKA CONSERVATION COUNCIL, et al.,

Plaintiffs,

v.

UNITED STATES ARMY CORPS OF ENGINEERS, et al.,

Defendants.

Case No. J05-0012CV

**DELARATION OF RICHARD A. HUGHES**
**IN SUPPORT OF STATE OF ALASKA'S**
**MOTION TO INTERVENE**

Pursuant to 28 U.S.C. § 1746, I , Richard A. Hughes, do declare as follows:

1. I am an employee of the Alaska Department of Commerce, Community and Economic Development. I am a Development Specialist II in the Office of Mineral Development in the Office of Economic Development division of the department. Also, I am a professional mining engineer duly registered and licensed to practice mining engineering in the State of Alaska. One of my specialties is the taxation of mineral properties by the state and municipal governments in the state.

2.      My duties include working with the various state departments to understand, concisely summarize and publish and maintain a treatise relating to the taxing of mineral properties for the understanding by miners and mining companies working or intending to work within the State of Alaska.  This treatise is entitled "Alaska Minerals-Related Taxes"; this publication is available on the Department of Commerce's web site, http://www.commerce.state.ak.us/oed/minerals/mining.htm.  I routinely collect state and municipal tax payment information by miners and mining companies and publish that information in a Special Report relating to Alaska's Mineral Industry; this document is published annually by the department in concert with the Division of Geological and Geophysical Surveys.

3.      The State of Alaska economy is based largely on the natural resources industries.  The contribution of the mining industry is significant: the total value of the industry for 2005 is estimated to be 1.8 billion dollars, based on preliminary numbers; see Appendix A showing the value of the industry segments by year for the period 1981 to 2005.  This figure includes exploration and development expenditures and the value of production.  The value of production from mines in the state for the three (3) years, 2002 – 2004, is shown in Appendix B.  The mining industry is estimated to have provided 3,048 full time jobs during 2004; the numbers for 2005 have not been compiled to this date.

4.      The State of Alaska and municipalities in the state collect taxes, royalties, fees, rentals, and other payments from the mining industry.  The value of that contribution, including corporate income taxes, for 2004 was reported to be $26,911,939.

See Appendix C for a list of contributions and values to the state and municipalities for the period 1999 to 2004. 2005 numbers are not available to this date.

5. The State of Alaska collects a mining license tax on net income from mining operations. *See* AS 43.65.010 - .060. The Mining License Tax dates back to 1913 and the legislature has restructured it several times over the years. The Tax Division in the Department of Revenue collects mining license taxes primarily from businesses engaged in coal, hard rock, placer, rock, sand, gravel and peat mining operations and that tax is currently configured as follows:

| ***MINING NET INCOME*** | ***LICENSE TAX RATE*** |
|---|---|
| $0 - $40,000 | No Tax |
| $40,001 - $50,000 | $1,200 plus 3% of excess over $40,000 |
| $50,001 - $100,000 | $1,500 plus 5% of excess over $50,000 |
| Over $100,000 | $4,000 plus 7% of excess over $100,000 |

Except for sand and gravel operations, new mining operations are exempt from the Mining License Tax for a period of 3.5 years after production begins.

Credits are provided for expenditures/donations in/to certain projects or institutions. AS 27.30.010 provides for an exploration tax credit against production royalties, mining license and corporate income taxes. The Kensington project, operated by Coeur Alaska, Inc., will qualify for this credit. ***Sec. 27.30.010. Exploration incentive credits authorized.*** *(a) The commissioner shall grant to a person described in (d) of this section an exploration incentive credit . . .* (describes qualifying exploration expenditures).

*(b) Except as provided in (c) of this section, an exploration incentive credit may not be granted under (a) of this section for exploration activity described in that subsection that occurs after the mine construction commencement date of a new mine.* The other credits/entities are *Education, Alaska Veterans' Memorial Endowment,* and *Special Industrial Incentive Investments.* The *Minerals Exploration Incentive* provides a credit to taxpayers for qualifying costs of exploration activities related to determining existence, location, extent, or quality of a locatable mineral or coal deposit. See AS 27.30.010. An approved exploration incentive credit may not exceed $20 million and must be applied within 15 tax years after the credit is approved. *See* AS 27.30.050. Application of the credit is limited to 50% of the taxpayer's total mining license tax liability. *See* AS 27.30.030.

6. Mining License taxes paid to the State of Alaska by the mining industry for the period 1999 through 2004 amount to $19,747,643 and are listed[1] below by year:

| **Year** | **Amount** |
|---|---|
| 1999 | $3,445,904 |
| 2000 | $1,857134 |
| 2001 | $486,430 |
| 2002 | $396,254 |
| 2003 | $3,244,683 |
| 2004 | $10,317,238 |
| Total | $19,747,643 |

7. The Kensington Project's projected mining license tax can be calculated based on its intended production scenario as portrayed in the 2005 "10K report"[2] The Kensington Project is

[1] Alaska Department of Revenue – 2004 numbers are preliminary and subject to adjustment.

forecast to cost $190,000,000 to construct and place into production.  Production is expected to be achieved in 2007, probably by mid-year.  The mine is forecast to produce 100,000 ounces of gold per year for 10 years.  Current reserves, subject to expansion, are 4,206,000 tons at a grade of 0.25 ounces per ton containing 1,050,000 ounces of gold.  The cash costs of the operation are projected to be $250 per ounce.  A spreadsheet (model) can be constructed (see Appendix D) to show the production, cost and income.  Assumptions used in constructing the model include:

- Calculations are made on a constant 2006 dollar basis and no adjustments are made to the gold price

- Construction will be completed in mid-2007

- Production will commence immediately thereafter, in mid-2007, and continue for 10-years to mid-2017

- The average price of gold for 2006 to April 4, 2006 was used to calculate revenue; payment was calculated at 99.5% of the price and revenue was reduced by $1.00 per ounce to calculate net smelter return (gross revenue)

- No production is included beyond mid-2017

- No credits are taken for capital equipment recovery

- Depreciation and amortization are calculated on straight line basis and to 15% of the investment accrued to 2007

- State income taxes are calculated as if the company was a one-mine owner; no consideration is given to Alaska's "waters edge" tax calculation method to make this calculation[3]

- Property taxes are assumed to be included in cash costs, but mining license and state and federal income taxes are calculated after cash cost deduction

---

[2] A form 10-K report is the official annual business and financial report filed by public companies with the Securities and Exchange Commission; the document contains comprehensive information about the company including detailed financial information, a business summary, a list of properties, subsidiaries, legal proceedings, etc.

- Exploration tax credits are taken.

Appendix D, the calculation model, shows that the Kensington Project will pay a mining license tax of approximately $4,262,839. An exploration tax credit amounting to $2,131,420 can be taken against this tax resulting in a net mining license tax paid of $2,131,419.

8. The State of Alaska also collects a Corporate Income tax on net income of corporations that derive income from sources within Alaska. See AS 43.20.011. Corporations compute their tax liability based on federal taxable income with Alaska adjustment. Alaska uses a "waters edge" tax method with apportionment to determine the portion of income that is taxable in the state. Corporations other than oil and gas apportion their income to Alaska by using a three-factor formula based on sales, property and payroll. Taxpayers determine Alaska taxable income by applying the apportionment factor to the corporation's modified federal taxable income. The rate schedule for Corporate Income Tax is as follows:

| **Net Income** | **Rate** |
|---|---|
| Less than $10,000 | 1% |
| $10,000 | $100 plus 2% over $10,000 |
| $20,000 | $300 plus 3% over $20,000 |
| $30,000 | $600 plus 4% over $30,000 |
| $40,000 | $1,000 plus 5% over $40,000 |
| $50,000 | $1,500 plus 6% over $50,000 |
| $60,000 | $2,100 plus 7% over $60,000 |
| $70,000 | $2,800 plus 8% over $70,000 |
| $80,000 | $3,600 plus 9% over $80,000 |
| >$90,000 | $4,500 plus 9.4% over $90,000 |

Just as for the Mining License Tax described above, certain credits against the Corporate Income Tax are provided. The *Mineral Exploration Incentive* credit described above can be applied.

[3] See Form 04-611 – 2005 Alaska Corporation Net Income Tax Return Instruction, page 4.

Again, application of the credit is limited to 50% of the taxpayer's total corporate income tax liability. See AS 23.30.030. Appendix D shows the state corporate tax calculation for the project. The amount of corporate income tax payable by the Kensington Project is calculated to be $8,387,402. An exploration tax credit can be taken against this in the amount of $4,193,701.

9.     Some municipalities collect property and sales taxes from residents and corporations within their boundaries. The Kensington Project is located within the City and Borough of Juneau boundary and is subject to property and sales taxation. The current property tax rate for the area in which the Kensington Project is located is 7.51 mills[4]. The published[5] capital cost of the Kensington Project is $190,000,000. All improvements are taxable, but the tax rate is set in accordance with Marshall-Swift[6] evaluation procedures. The assessed value is expected to be much less than the capital cost of the project. After a lengthy discussion with the municipal assessor (he did not venture an estimate), I have assumed an an initial assessment of $35,000,000. It is reasonable to assume that one-third (1/3) of the initial assessment will be devalued during the initial 10-year life of the mine. The Project is under construction at present and is to be commissioned in 2007; all of the capital construction investment is assumed to be in 2007. Using these assumptions and the 7.51 mill rate, then the property taxes paid by the Project over a 10-year life would amount to approximately $2,409,458. See Appendix E for details of the calculation.

10.     In addition, the sales tax rate for this municipality is 5.00%[7]. The volume and value of supplies that Coeur Alaska, Inc. will purchase within the city and Borough cannot be assessed at this time with any degree of accuracy. However, it is reasonable to expect that a certain amount of supplies will be purchased within the municipality on an annual basis. Sales taxes levied on these purchases will add to the value of taxes paid by the Project.

---

[4] Source: Jim Canary, Assessor, City and Borough of Juneau.
[5] Coeur d'Alene Mines Corporation 2005 10-K report.
[6] http://www.marshallswift.com
[7] Source: Joan Roomsburg, Sales Tax Administrator, City and Borough of Juneau.

11. The state collects a royalty on mineral production from state lands in the amount of 3% of the net value of production sales. The project is situated on private and federal land; hence, the royalty provision does not apply to the Kensington Project.

12. All of the facts set out in the paragraphs above are based on my current knowledge and publicly available information concerning the mining industry in Alaska and the Kensington Mine project.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 7, 2006, at Fairbanks, Alaska.

Richard A. Hughes, P.E.

APPENDIX A. TOTAL VALUE OF THE MINERAL INDUSTRY IN ALASKA BY YEAR (IN MILLIONS OF DOLLARS U.S.)

| | MINERALS INDUSTRY VALUE, $MILLIONS | | | |
|---|---|---|---|---|
| **YEAR** | **Exploration (Expenditure)** | **Development (Expenditure)** | **Production (Value)** | **Total (Calculated)** |
| 1981 | 76.3 | 24.7 | 188.6 | 289.6 |
| 1982 | 45.6 | 41.6 | 196.4 | 283.6 |
| 1983 | 34.1 | 27.9 | 212.4 | 274.4 |
| 1984 | 22.3 | 53.4 | 199.4 | 275.1 |
| 1985 | 9.2 | 34.1 | 226.6 | 269.9 |
| 1986 | 8.9 | 24.3 | 198.5 | 231.7 |
| 1987 | 15.7 | 100.3 | 202.4 | 318.4 |
| 1988 | 45.5 | 275.0 | 232.2 | 552.7 |
| 1989 | 47.8 | 134.3 | 277.0 | 459.1 |
| 1990 | 63.3 | 14.3 | 533.0 | 610.6 |
| 1991 | 39.9 | 25.6 | 546.5 | 612.0 |
| 1992 | 30.2 | 29.6 | 560.8 | 620.6 |
| 1993 | 30.3 | 27.7 | 448.7 | 506.7 |
| 1994 | 31.1 | 45.0 | 507.5 | 583.6 |
| 1995 | 34.3 | 148.6 | 537.2 | 720.1 |
| 1996 | 44.7 | 394.0 | 590.4 | 1,029.1 |
| 1997 | 57.8 | 168.4 | 936.2 | 1,162.4 |
| 1998 | 57.3 | 55.4 | 921.2 | 1,033.9 |
| 1999 | 52.3 | 33.8 | 1,032.9 | 1,119.0 |
| 2000 | 34.9 | 141.7 | 1,106.4 | 1,283.0 |
| 2001 | 23.8 | 81.2 | 917.3 | 1,022.3 |
| 2002 | 26.5 | 34.0 | 1,012.8 | 1,073.3 |
| 2003 | 27.6 | 39.2 | 1,000.7 | 1,067.5 |
| 2004 | 70.8 | 209.1 | 1,338.7 | 1,618.6 |
| 2005[a] | 100.2 | 347.1 | 1,349.1 | 1,796.4 |
| TOTAL | 1,030.4 | 2,510.3 | 15,272.9 | 18,813.6 |

Source: Alaska's Mineral Industry reports published annually by DGGS/Commerce
[a] Preliminary numbers

| | QUANTITY | | | ESTIMATED VALUE[b] | | |
|---|---|---|---|---|---|---|
| Metals | 2002 | 2003 | 2004 | 2002 | 2003 | 2004 |
| Gold (ounces) | 562,094 | 528,191 | 456,508 | 174,283,000 | 191,934,000 | 192,343,315 |
| Silver (ounces) | 17,858,183 | 18,589,100 | 16,947,270 | 82,326,000 | 95,300,000 | 113,056,930 |
| Copper (tons) | 1,600 | 0 | 0 | 2,272,000 | 0 | 0 |
| Lead (tons) | 146,462 | 162,479 | 150,796 | 61,514,000 | 64,279,000 | 120,636,822 |
| Zinc (tons) | 718,106 | 714,769 | 680,015 | 502,674,000 | 536,348,000 | 651,432,200 |
| Subtotal | | | | 823,069,000 | 887,861,000 | 1,077,469,267 |
| Industrial Minerals | | | | | | |
| Jade and soapstone (tons) | 2.0 | 0.0 | 0.0 | 25,000 | 0 | 0 |
| Sand and gravel (million tons) | 22.4 | 11.9 | 19.6 | 120,698,000 | 64,140,000 | 101,507,347 |
| Rock (M tons), incl's limestone | 3.2 | 0.9 | 7.3 | 31,442,000 | 10,406,000 | 106,207,814 |
| Subtotal | | | | 152,165,000 | 74,546,000 | 207,715,161 |
| Coal (tons) | 1,158,000 | 1,088,000 | 1,450,000 | 37,400,000 | 38,080,000 | 50,750,000 |
| Peat (cubic yards) | 35,000 | 35,000[c] | 208,032 | 175,000 | 175,000 | 2,732,554 |
| Subtotal | | | | 37,575,000 | 38,255,000 | 53,482,554 |
| TOTAL | | | | 1,012,809,000 | 1,000,662,000 | 1,338,666,982 |

[a]Production data from DGGS questionnaire, phone interviews with mine and quarry operators, ADOT&PF, municipalities, Regional Corporations, and state and federal land management agencies.
[b]Values for selected metal production was based on average prices for each year; for 2004 -- $409.72/ounce (unless other values were provided by the operator, silver $6.67/ounce); lead $0.40/lb, zinc $0.47/lb (Red Dog - $0.48/lb); rounded to nearest $1000.
Lode production for 2004 was 428,434 oz, balance is placer.
[c]Projected only; no reports from producers, 2004 numbers from producers.

APPENDIX C. REVENUES PAID TO THE STATE OF ALASKA AND MUNICIPALITIES BY ALASKA'S MINERAL INDUSTRY, 1999 - 2004[a]

| ITEM | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 |
|---|---|---|---|---|---|---|
| State mineral rents and royalties[b] | | | | | | |
| State claim rentals | 1,982,453 | 1,975,376 | 1,736,522 | 1,908,228 | 2,129,440 | 2,657,939 |
| Production royalties | 14,214 | 6,175 | 1,933 | 23,447 | 270,734 | 162,637 |
| Annual labor | 90,720 | 79,907 | 103,274 | 124,741 | 224,519 | 226,191 |
| **Subtotal** | **2,087,387** | **2,061,458** | **1,841,729** | **2,056,416** | **2,624,693** | **3,046,767** |
| State Coal rents and royalties | | | | | | |
| Rents | 205,983 | 233,249 | 198,545 | 256,927 | 237,912 | 236,532 |
| Royalties | 2,615,858 | 1,482,803 | 1,168,043 | 860,633 | 1,064,208 | 1,239,257 |
| Bonus | 0 | 372,000 | 0 | 0 | 0 | 0 |
| Offshore Prospecting Permits | 0 | 0 | 0 | 0 | 0 | 0 |
| **Subtotal** | **2,821,841** | **2,088,052** | **1,366,588** | **1,117,560** | **1,302,120** | **1,475,789** |
| State Material Sales | | | | | | |
| Mental Health | 32,407 | 33,928 | 118,545 | 151,993 | 134,512 | 76,267 |
| Division of Land | 586,550 | 449,343 | 1,515,769 | 1,595,708 | 542,311 | 467,360 |
| SPCO | 28,941 | 41,395 | 12,894 | 24,725 | 208,309 | 112,047 |
| **Subtotal** | **647,898** | **524,666** | **1,647,208** | **1,772,426** | **885,132** | **655,674** |
| State mining miscellaneous fees | | | | | | |
| Filing fees | 4,288 | 5,400 | 3,000 | 3,000 | 4,700 | 1,300 |
| Penalty fees | 8,000 | 0 | 0 | 450 | 0 | 26,110 |
| Explore incentive app filing fee | 3,000 | 0 | 0 | 0 | 0 | 0 |
| Bond pool payment | 70,692 | 50,100 | 53,866 | 45,208 | 44,878 | 35,426 |
| Surface coal mining app fee | 2,500 | 1,830 | 3,700 | 2,530 | 1,005 | 3,116 |
| APMA mining fees | 19,288 | 18,550 | 13,175 | 11,975 | 15,113 | 27,150 |
| **Subtotal** | **107,768** | **75,880** | **73,741** | **63,163** | **65,696** | **93,102** |
| **Mining License Tax [c,d]** | **3,445,904** | **1,857,134** | **486,430** | **396,254** | **3,244,683** | **10,317,238** |
| **State Corporate Income Tax[e]** | **398,438** | **75,900** | **285,815** | **18,665** | **32,704** | **323,706** |
| **State Total** | **9,509,236** | **6,683,090** | **5,701,511** | **5,424,484** | **8,155,028** | **15,912,276** |
| **Payments to Municipalities** | **8,818,819** | **9,196,500** | **9,763,220** | **9,703,208** | **10,510,048** | **10,999,663** |
| **TOTAL** | **18,328,055** | **15,879,590** | **15,464,731** | **15,127,692** | **18,665,076** | **26,911,939** |

Notes:

[a]Does not include state corporate income taxes, that are not released for this study.

[b]Includes upland lease and offshore lease rentals.

[c]Includes metals, coal and material.

[d] Mining license tax has been adjusted to final numbers 1999 to 2003; payments are made in the year following report end date, but not adjusted to final until the next succeeding year.
Final numbers for 2004 will not be available until 2006.

[e]Fiscal year numbers - example: the taxes received for 1999 were received during the period July 1, 1998 to June 30, 1999; the remaining numbers are shown in the same manner

| ITEM | NOTE | FACTOR/ RATE | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | TOTAL | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Production, tons | 1 | | | | 210,300 | 420,600 | 420,600 | 420,600 | 420,600 | 420,600 | 420,600 | 420,600 | 420,600 | 420,600 | 210,301 | 4,206,001 | Coeur d'Alene 2005 10K report. |
| Grade, oz/ton | | 0.25 | | | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | | Same |
| Ounces mined | | | | | 52,575 | 105,150 | 105,150 | 105,150 | 105,150 | 105,150 | 105,150 | 105,150 | 105,150 | 105,150 | 52,575 | 1,051,500 | Calculated. |
| % Recovery | 2 | 95.10% | | | 95.10% | 95.10% | 95.10% | 95.10% | 95.10% | 95.10% | 95.10% | 95.10% | 95.10% | 95.10% | 95.10% | | Calculated recovery |
| Ounces Sold | | | | | 50,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 50,000 | 1,000,000 | From 10K report. |
| Gold Price, $/oz | 3 | 552.225 | | | 552 | 552 | 552 | 552 | 552 | 552 | 552 | 552 | 552 | 552 | 552 | | Ave London fix for 2006 to 4/4/06. |
| Gross Revenue | 4 | | | | 27,561,254 | 55,122,509 | 55,122,509 | 55,122,509 | 55,122,509 | 55,122,509 | 55,122,509 | 55,122,509 | 55,122,509 | 55,122,509 | 27,561,320 | 551,225,153 | |
| | | | | | | | | | | | | | | | | | From 10K report, Prop. Taxes are |
| Cash Costs, $/oz | 5 | 204.70 | | | (10,235,002) | (20,470,003) | (20,470,003) | (20,470,003) | (20,470,003) | (20,470,003) | (20,470,003) | (20,470,003) | (20,470,003) | (20,470,003) | (10,235,026) | (204,700,057) | assumed to be included here. |
| Depreciation & Amortization (DA) | 6 | | | | (8,074,999) | (16,149,998) | (16,149,998) | (16,149,998) | (16,149,998) | (16,149,998) | (16,149,998) | (16,149,998) | (16,149,998) | (16,149,998) | (8,075,018) | (161,500,000) | Straight line to 15% of orig. value |
| Net Income after DA | | | | | 9,251,254 | 18,502,507 | 18,502,507 | 18,502,507 | 18,502,507 | 18,502,507 | 18,502,507 | 18,502,507 | 18,502,507 | 18,502,507 | 9,251,276 | 185,025,096 | |
| Depletion Allowance (MLT) | | 15% | | | (4,134,188) | (8,268,376) | (8,268,376) | (8,268,376) | (8,268,376) | (8,268,376) | (8,268,376) | (8,268,376) | (8,268,376) | (8,268,376) | (4,134,198) | | For Mining License Tax |
| Net Income for MLT | | | | | 4,681,011 | 9,358,401 | 9,358,401 | 9,358,401 | 9,414,770 | 9,414,770 | 9,414,770 | 9,414,770 | 9,414,770 | 9,414,770 | 4,709,087 | | |
| **Mining License Tax (MLT)** | 7 | | | | | | | | (656,034) | (656,034) | (656,034) | (656,034) | (656,034) | (656,034) | (326,636) | **(4,262,839)** | |
| Depletion for Income Tax | | 15% | | | (4,134,188) | (8,268,376) | (8,268,376) | (8,268,376) | (8,268,376) | (8,268,376) | (8,268,376) | (8,268,376) | (8,268,376) | (8,268,376) | (4,134,198) | | Applied to Corp. Income Taxes |
| Net Income for State Corp Income Tax | | | | | 4,681,011 | 9,358,401 | 9,358,401 | 9,358,401 | 8,758,736 | 8,758,736 | 8,758,736 | 8,758,736 | 8,758,736 | 8,758,736 | 4,382,451 | | |
| **State Corp. Income Tax** | 8 | | | | (436,055) | (875,730) | (875,730) | (875,730) | (819,361) | (819,361) | (819,361) | (819,361) | (819,361) | (819,361) | (407,990) | **(8,387,402)** | |
| Mining License and State Corp. | | | | | | | | | | | | | | | | | 1/2 of MLT and 1/2 of State Corp. |
| Exploration Tax Credit | 9 | | | | 218,027 | 437,865 | 437,865 | 437,865 | 737,698 | 737,698 | 737,698 | 737,698 | 737,698 | 737,698 | 367,313 | 6,325,121 | Income Tax |
| **Federal Income Tax** | | | | | (1,665,673) | (3,330,731) | (3,330,731) | (3,330,731) | (3,228,787) | (3,228,787) | (3,228,787) | (3,228,787) | (3,228,787) | (3,228,787) | (1,614,920) | **(32,645,509)** | Uses 2005 schedule |
| CAPITAL EXPENDITURES | | | | | | | | | | | | | | | | | |
| Project construction and mine development | 10 | | (44,200,000) | (76,700,000) | (69,100,000) | | | | | | | | | | | | No recovery considered (note 6). |
| Net Cash Flow | | | (44,200,000) | (76,700,000) | (53,657,448) | 30,883,910 | 30,883,910 | 30,883,910 | 30,686,021 | 30,686,021 | 30,686,021 | 30,686,021 | 30,686,021 | 30,686,021 | 15,344,061 | 161,754,467 | |
| Cumulative Cash Flow | | | (44,200,000) | (120,900,000) | (174,557,448) | (143,673,538) | (112,789,627) | (81,905,717) | (51,219,697) | (20,533,676) | 10,152,344 | 40,838,365 | 71,524,385 | 102,210,406 | 117,554,467 | | |
| DEPRECIATION SCHEDULE (straight line to 15% of initial value) | | | | | | | | | | | | | | | | | |
| Construction and development | | | 44,200,000 | 120,900,000 | 190,000,000 | 181,925,001 | 165,775,003 | 149,625,005 | 133,475,007 | 117,325,009 | 101,175,011 | 85,025,012 | 68,875,014 | 52,725,016 | 36,575,018 | | |
| Depreciation & amortization (85% over 10 yrs) | | | | | (8,074,999) | (16,149,998) | (16,149,998) | (16,149,998) | (16,149,998) | (16,149,998) | (16,149,998) | (16,149,998) | (16,149,998) | (16,149,998) | (8,075,018) | (161,500,000) | |
| Net value | | | | | 181,925,001 | 165,775,003 | 149,625,005 | 133,475,007 | 117,325,009 | 101,175,011 | 85,025,012 | 68,875,014 | 52,725,016 | 36,575,018 | 28,500,000 | | |

**Federal Corporate Tax Schedule - 2005**

| Taxable income | Pay | Plus Excess over | Over |
|---|---|---|---|
| 0 | 0 | 15% | 0 |
| 50,000 | 7,500 | 25% | 50,000 |
| 75,000 | 13,750 | 34% | 75,000 |
| 100,000 | 22,250 | 39% | 100,000 |
| 335,000 | 113,900 | 34% | 335,000 |
| 10,000,000 | 3,400,000 | 35% | 10,000,000 |
| 15,000,000 | 5,150,000 | 38% | 15,000,000 |
| 18,333,333 | 0 | 35% | 18,333,333 |
| 100,000,000 | | | |

**State Corporate Income Tax schedule**

| Taxable income | Pay | Plus Excess over | Over |
|---|---|---|---|
| 0 | 0 | 1% | 0 |
| 10,000 | 100 | 2% | 10,000 |
| 20,000 | 300 | 3% | 20,000 |
| 30,000 | 600 | 4% | 30,000 |
| 40,000 | 1,000 | 5% | 40,000 |
| 50,000 | 1,500 | 6% | 50,000 |
| 60,000 | 2,100 | 7% | 60,000 |
| 70,000 | 2,800 | 8% | 70,000 |
| 80,000 | 3,600 | 9% | 80,000 |
| 90,000 | 4,500 | 9.4% | 90,000 |
| 100,000,000 | | | |

**Mining License Tax Schedule**

| Taxable income | Pay | Plus Excess over | Over |
|---|---|---|---|
| 0 | 0 | 0% | 0 |
| 40,000 | 1,200 | 3% | 40,000 |
| 50,000 | 1,500 | 5% | 50,000 |
| 100,000 | 4,000 | 7% | 100,000 |
| 100,000,000 | | | |

| Item | $/Ounce | Comments |
|---|---|---|
| | | W/o state & |
| Cash Cost: | 204.70 | federal taxes |
| MLT: | 4.26 | |
| SIT | 8.39 | |
| FIT: | 32.65 | |
| Total: | 250.00 | |

NOTES:

General – Calculations are made on a constant 2006 dollar basis

1 - Production is estimated to start at mid-year 2007; the production rate is based on Company information (10K, web site); minable reserves are based on gold price of $410/oz

2 - Recovery was calculated to produce 100,000 oz per year based on the mining rate

3 - The average gold price to April 4, 2006 for 2006 was used and multiplied by 99.5% for smelter recovery

4 - Gross revenue was reduced by $1.00 per ounce for smelter fees

5 - "Cash costs" are assumed to include all taxes; the stated (2005 10K) cash costs were $250/ounce; therefore this item has been reduced by the calculated MLT and state and federal income taxes; it is assumed to include municipal taxes

6 - No list of equipment or facilities is available to do an accurate depreciation schedule; therefore, D & A is calculated on a cost/ounce basis to 85% of the total construction costs over the life of the property

7 - A 3.5 year grace period is provided for Mining License Tax; the project is assumed to start in mid-2007, therefore, the tax would start at the beginning of 2011

8 - State corporate income tax is calculated as if the corporation was a one-mine operation; state tax law is "waters edge" and calculated on an apportionment basis; this consideration was not taken into effect, however, this is not considered to significantly influence the calculation

9 - The exploration tax credit is taken

10 - The 10K states that the total capital cost is now calculated at $190,000,000; the costs for 2005 and 2006 are taken from the 10K report (actual and forecast, respectively); the balance is shown as being spent in 2007

| ITEM | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | TOTAL | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Taxable Property Valuation | 35,000,000 | 35,000,000 | 33,833,333 | 32,666,667 | 31,500,000 | 30,333,333 | 29,166,667 | 28,000,000 | 26,833,333 | 25,666,667 | 24,500,000 | | |
| Devaluation Allowed | 0 | (1,166,667) | (1,166,667) | (1,166,667) | (1,166,667) | (1,166,667) | (1,166,667) | (1,166,667) | (1,166,667) | (1,166,667) | (1,166,667) | (11,666,667) | Assumed straight line devaluation. |
| Net Value | 35,000,000 | 33,833,333 | 32,666,667 | 31,500,000 | 30,333,333 | 29,166,667 | 28,000,000 | 26,833,333 | 25,666,667 | 24,500,000 | 23,333,333 | | |
| Property Tax @ 7.51 mills | 262,850 | 254,088 | 245,327 | 236,565 | 227,803 | 219,042 | 210,280 | 201,518 | 192,757 | 183,995 | 175,233 | 2,409,458 | |

Note: This representation is conservative as it assumes a fairly high rate of depreciation, amortization and workings abondonment.
No appreciation in value or change in mill rate is considered; the mill rate for 2006 has not been set at this time (4/7/06).
Although the capital cost estimate for the project is $190 Million, the assessed value will be less - this is a reasonable estimate.
The assessed value of Greens Creek is $69 million - this mine is smaller.