IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, and LYNN CANAL CONSERVATION,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS; COLONEL TIMOTHY J. GALLAGHER, in his official capacity as District Engineer; LARRY L. REEDER, in his official capacity as Chief of the Regulatory Branch; DOMINIC IZZO, in his official capacity as Principal Deputy Assistant Secretary of the Army (Civil Works); and UNITED STATES FOREST SERVICE,<br><br>　　　　Defendants. | Case No. J05-0012 CV (JKS) |

**PROPOSED ORDER GRANTING INJUNCTION**

Pursuant to this Court's Order of April 7, 2006 (Docket No. 37), the parties have fully briefed Count I of the Complaint. The Court has ruled in Plaintiffs' favor on Count I in a Memorandum Opinion issued along with this Order.

The Court declares that the Corps' section 404 permit (permit no. POA-1990-592-M, Lynn Canal 31) authorizing discharges of mine tailings into Lower Slate Lake violates the Clean Water Act, 33 U.S.C. §§ 1311, 1316. The Court also declares that the Corps' section 404 permit (permit no. POA-1997-245-N) authorizing the construction of the Cascade Point marine terminal facility, and the Forest Service's Record of Decision (ROD) and approval of the plan of operations, all of which are premised on mining operations involving an unlawful tailings disposal method, are arbitrary and in violation of law.

Plaintiffs seek a permanent injunction, which the Court grants. The Court finds that the proposed construction around Lower Slate Lake, proposed use of the lake as a disposal site for mine waste, proposed construction and use of a marine terminal facility at Cascade Point, and proposed construction and operation of the Kensington mine threaten significant, irreparable harm to the environment and to Plaintiffs. The Court further finds that the balance of hardships and the public interest favor issuing an injunction. For these reasons, the Corps' section 404 permit for the discharges of mine tailings into Lower Slate Lake (permit no. POA-1990-592-M, Lynn Canal 31) is vacated. In addition, the Forest Service's ROD and approval plan of operations for the Kensington Mine and the Corps' section 404 permit for the construction of a marine terminal at Cascade Point (permit no. POA-1997-245-N) are vacated since they are interdependent agency actions that would not occur without the section 404 permit for the mine tailings discharges. Finally, Defendants are enjoined from taking any actions or allowing others to take any actions authorized by the vacated permits, ROD, or plan of operations. This includes cutting trees, clearing shrubs, filling wetlands, constructing roads, ditches and pipelines, building dams and other structures, and altering the natural water level of Lower Slate Lake or natural flow of East Fork Slate Creek.

SO ORDERED this _____ day of _____, 2006.

_____
**JAMES K. SINGLETON, JR.**
United States District Judge