# SECTION 2.0
# DESCRIPTION OF PROPOSED ACTION AND OTHER ALTERNATIVES

This section describes the alternatives that form the basis for evaluating the current proposal for the Kensington Gold Project. Evaluating a reasonable range of alternatives ensures that significant impacts are avoided or mitigated to the extent possible. Various project components were evaluated as part of the alternatives analysis under the previous National Environmental Policy Act (NEPA) actions associated with the Kensington Gold Project. Alternatives in this Final Supplemental Environmental Impact Statement (SEIS) target project components that are different from those previously proposed and that could address the significant issues identified during the scoping process.

The alternatives evaluated in this Final SEIS focus primarily on employee housing, transportation of personnel and material to and from the site, tailings disposal and management, and the location of wastewater discharges. Since publication of the 1992 Final Environmental Impact Statement (FEIS) and the 1997 SEIS, the operator has continued to collect baseline data on hydrology, water quality, aquatic life, and other key environmental resources in the vicinity of the Kensington Gold Project site. These data, as well as data collected by the U.S. Fish and Wildlife Service (USFWS), have been used to evaluate the feasible project alternatives and mitigation measures.

The following discussions explain the development of alternatives, present a brief description of each alternative, and describe individual project components, including tailings disposal, water management, and transportation. Section 2 closes with a description of mitigation and monitoring, a tabular comparison of impacts, by alternative, on the various resource areas discussed in greater detail in sections 3 and 4, and identification of the Forest Service's environmentally preferable alternative.

---

### ALTERNATIVES FOR THE KENSINGTON GOLD PROJECT

**Alternative A (No Action):** 1997 SEIS Alternative D: Dry tailings facility (DTF) with engineered berm; wastewater discharged to Sherman Creek and DTF drainage to Camp Creek; employee transportation by helicopter; personnel camp.

**Alternative A1 (Reduced Mining Rate DTF):** Similar to Alternative A with smaller production rate and smaller DTF.

**Alternative B (Proposed Action):** Wet tailings storage facility (TSF) in Lower Slate Lake; TSF wastewater discharged to Slate Creek and mine water discharged to Sherman Creek; employee transport by daily crew shuttle boat between marine terminals at Cascade Point and Slate Creek Cove; no personnel camp.

**Alternative C (TSF Diversion/Modified Dock):** Same as Alternative B except diversions to route Mid-Lake East Fork Slate Creek and overland flow around the TSF; employee transport by daily crew shuttle boat between marine terminals at Slate Creek Cove and Echo Cove; minimized subtidal footprint of the Slate Creek Cove marine terminal.

**Alternative D (Modified TSF Design):** Same as Alternative B except that Mid-Lake East Fork Slate Creek is diverted around the TSF via a pipeline, TSF water is treated by reverse osmosis prior to discharge into diversion pipeline, and a cover is installed over the tailings.

## 2.1   ISSUES AND ALTERNATIVE DEVELOPMENT

The formulation of alternatives to the Proposed Action is one of the most important components of the NEPA process. Significant issues identified during the scoping process drive the formulation of

**Exhibit 1, page 9 of 61**

such alternatives. The alternatives can alter or reduce the magnitude of potential environmental impacts associated with the Proposed Action.

The alternatives developed for this Final SEIS reflect the significant issues identified during scoping, which consist of the following:

- Mine-related transportation would adversely affect users of, and resources in, Berners Bay.

- Construction and operation of the tailings storage facility (TSF) and other mine facilities would adversely affect aquatic resources from Slate and Johnson creeks to Slate Creek Cove and Berners Bay.

- The Lower Slate Lake TSF, docks, access road, and other mine facilities would adversely affect the scenic character of Berners Bay for recreationists.

Table 2-1 summarizes the development of alternatives, including the No Action Alternative (Alternative A), in response to the significant issues identified during scoping.

**Table 2-1**
**Development of Alternatives in Response to Scoping Issues**

| Issues | Alternative A (No Action) | Alternative A1 | Alternative B (Proposed Action) | Alternative C | Alternative D |
|---|---|---|---|---|---|
| Mine-related transportation would adversely affect users of, and resources in, Berners Bay. | None of the project facilities would be located in the Berners Bay watershed or viewshed. Twelve round trips by helicopter weekly across mouth of Berners Bay. | None of the project facilities would be located in the Berners Bay watershed or viewshed. Twelve round trips by helicopter weekly across mouth of Berners Bay. | Crew shuttle boat between Cascade Point and Slate Creek Cove to transport workers; barges would deliver supplies to Slate Creek Cove. | Crew shuttle boat between Echo Cove and Slate Creek Cove to transport workers; barges would deliver supplies to Slate Creek Cove. | Crew shuttle boat between Cascade Point and Slate Creek Cove to transport workers; barges would deliver supplies to Slate Creek Cove. |
| Construction and operation of the TSF and other mine facilities would adversely affect aquatic resources from Slate Creek and Johnson creeks to Slate Creek Cove and Berners Bay. | None of the project facilities would be located in the Slate Creek, Johnson Creek, or Berners Bay watersheds or viewsheds. | None of the project facilities would be located in the Slate Creek, Johnson Creek, or Berners Bay watersheds or viewsheds. | TSF constructed in Lower Slate Lake; discharge to East Fork Slate Creek; infiltration gallery in Johnson Creek; marine terminals in Slate Creek Cove and at Cascade Point. | TSF diversions would limit volume of water contacting tailings; Echo Cove marine facility would avoid herring spawning habitat. | Treatment of the TSF effluent would further protect downstream surface water quality and aquatic life. Tailings would be capped if necessary to prevent potential adverse effects on benthic organisms or fish in Lower Slate Lake. |
| The Lower Slate Lake TSF, docks, access road, and other mine facilities would adversely affect the scenic character of Berners Bay for recreationists. | None of the project facilities would be located in the Berners Bay watershed or viewshed. Twelve round trips by helicopter weekly across mouth of Berners Bay. | None of the project facilities would be located in the Berners Bay watershed or viewshed. Twelve round trips by helicopter weekly across mouth of Berners Bay. | Dock facilities would be located at Cascade Point and Slate Creek Cove. | Footprint of Slate Creek Cove marine terminal would be reduced in size; crew shuttle dock would be placed in Echo Cove north of existing boat ramp, eliminating fill at Cascade Point. | Dock facilities located at Cascade Point and Slate Creek Cove. |

**Exhibit 1, page 10 of 61**

## 2.2   OVERVIEW OF PROJECT ALTERNATIVES

This section introduces the four alternatives for the Kensington Gold Project. Section 2.3 provides a detailed discussion of each alternative by project component. Table 2-2 provides a comparison of alternatives based on the number of acres affected and presents the total acreage of disturbance compared to the disturbance on National Forest System lands. Table 2-3 provides a comparison of the size of various project components among alternatives. Figure 2-1 depicts the overall project location for all alternatives and provides insets that correspond to Figures 2-2 through 2-12. Figure 2-2 shows the facilities that would be constructed under Alternative A. Figure 2-3 depicts the facilities that would be built under Alternative A1. Figures 2-4 through 2-8 show the facilities that would be constructed under Alternative B. Figures 2-4, 2-5, 2-9, 2-10, and 2-11 apply to Alternative C, and Figures 2-4, 2-5, 2-7, 2-8, and 2-12 apply to Alternative D.

Most of the activities conducted under the Kensington Gold Project would occur on federal lands managed by the Forest Service. There are, however, some parcels of private land in the area, which are identified in the figures. The State of Alaska owns the land below the mean high tide line, which is also indicated in the figures. Figure 2-1 further identifies state-selected lands under the National Forest Community Grant provision of the Alaska Statehood Act.

### 2.2.1   Alternative A: No Action Alternative

The No Action Alternative functions as the baseline against which the effects of other alternatives are compared. In NEPA analyses, the No Action Alternative typically represents a "no build" alternative or maintaining the status quo. Because this is an SEIS, the No Action Alternative reflects a previous action, which in this case is the project identified in the Record of Decision (ROD) issued for the 1997 SEIS. Alternative A corresponds to the 1997 SEIS's Alternative D, which includes underground crushing of ore with aboveground grinding and flotation. Flotation concentrate would be shipped to a processing facility off-site (most likely in Canada or Asia), and the on-site cyanidation process proposed in 1992 would be eliminated. Employees would be housed on-site and transported to the site by helicopter. Supplies, including fuel, would be delivered to a marine terminal on Comet Beach. Approximately 25 percent of the tailings would be backfilled into the mine. The remaining tailings would be dewatered before being placed in the dry tailings facility (DTF). The DTF would have the design capacity to hold 20 million tons of tailings and would include an engineered berm around each cell of the facility to enhance stability. Road and DTF construction would require the development of sand and gravel and till borrow areas. The production rate would be 4,000 tons of ore per day and 400 tons of waste rock per day. The waste rock would be used in the construction of the DTF.

**Table 2-2**
**Comparison of Alternatives by Area**

| Disturbance by Alternative (in acres) | Alternative A | Alternative A1 | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|---|
| Existing disturbances (roads, facilities) | 23 (18.4) | 23 (18.4) | 55.2 (37.4) | 55.2 (37.4) | 55.2 (37.4) |
| Maximum additional disturbance during operations | 245 (229.3) | 164 (148.3) | 140.3 (119.8) | 160.3 (139.8) | 142.2 (121.7) |
| Total surface disturbance during operations | 268 (247.7) | 187 (166.7) | 195.5 (157.2) | 215.5 (177.2) | 197.4 (159.1) |

Note: Disturbances on National Forest System lands are presented in parentheses.

**Exhibit 1, page 11 of 61**

**Table 2-3**
**Size of Selected Project Components (in acres)**

| | Alternative A | Alternative A1 | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|---|
| Process Area | 34.2 | 34.2 | 17.2 | 17.2 | 17.2 |
| Marine Facilities | 4.4 | 4.4 | 6 | 6 | 6 |
| Explosives Magazine | 2.9 | 2.9 | _[a] | _[a] | _[a] |
| Fuel Storage | 0.3 | 0.3 | _[b] | _[b] | _[b] |
| Access Roads | 22.8 | 22.8 | 28.9 | 28.9 | 28.9 |
| Tailings Facility | 113.4 | 50[c] | 86.1[d] | 86.1[d] | 86.1[d] |
| Stormwater Detention/ Sediment ponds | 7.5 | 7.5 | _[e] | _[e] | _[e] |
| Laydown Area | 0.8 | 0.8 | 5 | 5 | 5 |
| Borrow Site(s) | 54.7 | 36.6 | 8.4 | 8.4 | 8.4 |
| Topsoil (Growth Media) Stockpile | 9.3 | 9.3 | 1.6 | 1.6 | 1.6 |
| Personnel Camp | 5 | 5 | NA | NA | NA |
| Batch Plant | 1.3 | 1.3 | NA | NA | NA |
| Mine water treatment ponds | 6 | 6 | 6 | 6 | 6 |
| Waste Rock Storage | Temporary | Temporary | 36.3 | 36.3 | 36.3 |
| Upper Portals | 6 | 6 | _[f] | _[f] | _[f] |
| Diversions and Treatment | _[g] | _[g] | _[e] | 8.8 | 1.9 |
| Inundation (during operations only) | NA | NA | NA | 11.2 | NA |
| **Total Disturbance** | **268.6** | **187.1** | **195.5** | **215.5** | **197.4** |

[a] Located underground.
[b] Isotainer storage included in laydown area, process area, and marine facility acreages.
[c] Figure includes 33-acre DTF, 6-acre berm, and 10-acre staging area.
[d] Figure includes pipeline access road and cutoff road.
[e] Figure is included in the process area acreage.
[f] Not required because of Jualin access tunnel.
[g] Figure included in DTF acreage.
NA = Not applicable.

**Exhibit 1, page 12 of 61**



**FIGURE 2-1. OVERALL LOCATION OF FACILITIES**

**FIGURE 2-5. ALTERNATIVES B, C, AND D, JUALIN PROCESS AREA**

### 2.2.2   *Alternative A1: Reduced Mining Rate DTF*

Alternative A1 represents one possible development scenario if the No Action Alternative was selected under current economic conditions. It is included to provide a mechanism for comparing all alternatives under a similar development scenario. Because Alternative A represents an approved Plan of Operations, the limited mining scenario under Alternative A1 could not be imposed on the company if the No Action Alternative was selected.

Alternative A1 would result in 4.5 million tons of tailings being placed in the DTF, assuming that 40 percent of the tailings would be backfilled. As described under the selected alternative in the 1997 ROD and as Alternative A in this analysis, the DTF would be constructed in three phases, each of which would use a separate cell within the DTF footprint. The size of the DTF under Alternative A1 is assumed to be the same as that proposed for the first cell under Alternative A (40 acres, including 6 acres for the structural berm). The analysis assumes a disturbance footprint of 50 acres during development of the DTF to allow room for staging of the dewatering operations and material stockpiles. This staging would have occurred within the full DTF footprint under Alternative A. The reduced mining rate presented under Alternative A1 would produce very limited amounts of waste rock. Because waste rock would not be available for use in DTF construction under Alternative A1, the impact analysis assumes that the same number of acres of sand and gravel borrow area as that under Alternative A would be required. The analysis also assumes that about half of the coarse and fine till borrow area would need to be developed to support construction of a smaller DTF. Other aspects of Alternative A1, including transportation of employees and materials, would be the same as those described under Alternative A. The life of the operation would be reduced to 10 years following 2 years of construction.

### 2.2.3   *Alternative B: Proposed Action*

Alternative B reflects a number of changes to the mine plan associated with the No Action Alternative. These changes include constructing an underwater TSF within Lower Slate Lake, relocating milling operations to the Johnson Creek drainage, and eliminating the personnel camp. The operation would mine a smaller amount of ore with a higher average gold concentration compared with that proposed under Alternative A. Alternative B would include the development of a tunnel to connect the Kensington and Jualin areas of the mine. Access to the site would be from marine terminals built in Slate Creek Cove and at Cascade Point. A daily crew shuttle boat service would transport employees to and from the project site. The TSF would be sized to accommodate the disposal of 4.5 million tons of tailings. Borrow areas would need to be developed for construction of the TSF dam and roads. The production rate would be approximately 2,000 tons of ore per day. This alternative includes recycling water from the TSF to the mill circuit. Alternative B would require upgrading the 5-mile-long access road, constructing a 3.5-mile pipeline access road, and constructing a 1-mile cutoff road connecting the other two roads.

### 2.2.4   *Alternative C: Dock Location and Design/Diversion*

Alternative C would include a dock in Echo Cove, approximately 0.75 mile north of the existing Echo Cove boat ramp. Mine workers would use this dock to reach the crew shuttle that would deliver them to the dock at Slate Creek Cove. The landing craft ramp at the Slate Creek Cove marine terminal would be eliminated, minimizing the amount of fill in the intertidal areas. Alternative C would not include recycling water from the TSF and the mill circuit. The "no recycle" aspect was included in Alternative C at the request of the operator to address the possibility that the operator might be granted an exemption from the regulatory requirement at 40 CFR Part 440 that process

**Exhibit 1, page 15 of 61**