Tailings slurry produced during the 1996 pilot-scale ore processing was collected and allowed to settle, after which time the decant water was collected (SAIC, 1997). Decant water samples were analyzed for metals, nonmetallic anions, pH, hardness, total dissolved solids, and conductivity. A similar pilot-scale ore processing test was conducted by the Colorado Mineral Research Institute in 1998. Tailings slurry was again allowed to settle, and decant water was analyzed. The results from both the 1996 and 1998 tailings water analyses are presented in Table 3-5. Elevated ammonia and nitrate levels in the 1996 samples were associated with the residues from blasting operations. The 1998 data reflect analyses performed after implementation of the blasting best management practice (BMP) plan required by the National Pollutant Discharge Elimination System (NPDES) permit and associated reduced ammonia and nitrate levels. The chemical differences, including hardness, between the 1996 and 1998 samples reflect the addition of lime to the 1998 samples and resulting higher pH. Some differences are also a function of the more accurate analytical methods used in 1998.

**Table 3-5**
**1996 and 1998 Tailings Decant Water Chemistry (Total Constituent Analyses)**

| Parameter | Units | Montgomery Watson, 1996a | | | | | Colorado Mineral Research Institute (CMRI), 1998 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Samples | | | | | Samples | | | |
| | | 1 | 2 | 3 | 4 | 5 | 1 | 2 | 3 | 4 |
| Aluminum | µg/L | < 500 | < 500 | < 500 | < 500 | < 500 | 2,800 | 3,900 | 3,100 | 1,100 |
| Antimony | µg/L | NA | NA | NA | NA | NA | < 1 | 8.4 | 5.1 | < 1 |
| Arsenic | µg/L | 0.573 | 0.665 | 0.559 | 0.628 | 0.618 | < 2 | 2.1 | 1.8 | 2.9 |
| Barium | µg/L | < 500 | < 500 | < 500 | < 500 | < 500 | 93 | 88 | 89 | 68 |
| Beryllium | µg/L | NA | NA | NA | NA | NA | < 1 | < 1 | < 1 | < 1 |
| Cadmium | µg/L | < 0.2 | < 0.2 | < 0.2 | < 0.2 | < 0.2 | 0.203 | 0.195 | 0.141 | 0.178 |
| Chromium | µg/L | < 20 | < 20 | < 20 | < 20 | < 20 | 6.5 | 9.08 | 11.9 | 3.34 |
| Cobalt | µg/L | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| Copper | µg/L | < 2 | < 2 | < 2 | < 2 | < 2 | 9.97 | 10.2 | 10.7 | 9.05 |
| Iron | µg/L | 130 | 150 | 62 | 99 | 76 | 4,000 | 140 | 1,900 | 1,500 |
| Lead | µg/L | < 2 | < 2 | < 2 | < 2 | < 2 | 1.1 | 3.81 | 4.43 | 2.52 |
| Manganese | µg/L | 84 | 90 | 89 | 82 | 110 | 210 | 420 | 165 | 190 |
| Mercury | µg/L | 0.0009 | 0.00495 | 0.00483 | 0.00324 | 0.00339 | 0.0581 | 0.0506 | 0.0725 | 0.0332 |
| Molybdenum | µg/L | < 500 | < 500 | < 500 | < 500 | < 500 | 74 | 82 | 81 | 71 |
| Nickel | µg/L | < 10 | < 10 | < 10 | < 10 | < 10 | 8.12 | 9.18 | 11.8 | 5.81 |
| Selenium | µg/L | 0.871 | 1.03 | 0.787 | 1.13 | 1.23 | 4.7 | 2.91 | 2.56 | 3.18 |
| Silver | µg/L | < 0.008 | < 0.008 | 0.0158 | 0.008 | < 0.008 | < 0.05 | < 0.05 | < 0.05 | < 0.05 |
| Strontium | µg/L | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| Thallium | µg/L | NA | NA | NA | NA | NA | < 5.0 | < 5.0 | < 5.0 | < 1.0 |
| Vanadium | µg/L | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| Zinc | µg/L | < 10 | < 10 | < 10 | < 10 | < 10 | 83.5 | 20 | 23.4 | 12.7 |
| Ammonia | µg/L | 2,800 | 3,800 | 4,100 | 4,500 | 4,600 | 950 | 900 | 1,050 | 860 |
| Nitrate | mg/L | 20 | 28 | 33 | 35 | 36 | 4.1 | 4.8 | 5.6 | 4.0 |
| TDS | mg/L | 470 | 650 | 710 | 730 | 810 | 1,000 | 900 | 1,160 | 1,000 |
| TSS | mg/L | < 4 | 6 | < 4 | < 4 | < 4 | 5 | 240 | 110 | 70 |
| SO4 | mg/L | 198 | 280 | 310 | 330 | 330 | 710 | 680 | 770 | 550 |
| pH, field | s.u. | NA | NA | NA | NA | NA | 10.5 | 10.2 | 10.25 | 10.3 |
| pH, lab | s.u. | 8.1 | 8 | 8.1 | 8.2 | 8.1 | 10.7 | 10.5 | 11 | 11.1 |
| Hardness | mg/L | 210 | 260 | 290 | 310 | 320 | 658 | 583 | 654 | 524 |

Note: NA = not available; s.u. = standard units.
See Appendix A for more detailed information on sampling and analysis procedures.
Source: CMRI, 1998; Montgomery Watson, 1996a.

**Exhibit 1, page 27 of 61**

**Table 3-11**
**Summary of Water Quality Data for Slate and Johnson Creeks**

| Parameter | Lowest Applicable Water Quality Standard* | Upper Johnson Creek | | Lower Johnson Creek | | East Fork Slate Creek | | Slate Creek | |
|---|---|---|---|---|---|---|---|---|---|
| | | Min. | Max. | Min. | Max. | Min. | Max. | Min. | Max. |
| SC (µmhos/cm) | N/A | 21 | 86 | 42 | 97 | 45 | 147 | 57 | 115 |
| pH (std. units) | 6.5–8.5 | 7.2 | 7.7 | 7.4 | 7.9 | 7.1 | 8.4 | 7.3 | 8.3 |
| Temperature (°C) | NA | 4.5 | 6.2 | 4.4 | 6.8 | -0.4 | 20 | -0.5 | 20 |
| TDS | 500 | <20 | 58 | <20 | 96 | 21 | 86 | 23 | 99 |
| TSS | NA | <4 | <4 | <4 | <4 | <4 | <4 | <4 | 51 |
| Turbidity (NTU) | See note | <0.05 | 1.5 | 0.06 | 3.2 | 0.19 | 1.9 | 0.14 | 1.4 |
| Acidity | NA | <2 | <10 | <2 | <10 | <10 | 20 | <2 | <10 |
| Alkalinity | NA | 7.0 | 35 | 18 | 43.4 | 17 | 70 | 23 | 51 |
| Hardness | NA | 10 | 24 | 20 | 55 | 19 | 71 | 2 | 49 |
| Carbonate | NA | <0.1 | 0.139 | 0.036 | 0.273 | <0.1 | 0.55 | <0.1 | 0.34 |
| Bicarbonate | NA | 8.53 | 42.6 | 21.9 | 52.8 | 21 | 64 | 28 | 62 |
| Sulfate | 250 | <2 | 5.8 | 2.2 | 7.8 | <2 | 2.72 | <2 | 4.98 |
| Chloride | 250 | <1.0 | 1.37 | <1.0 | 1.73 | <1.0 | 3.4 | 1.05 | 8.4 |
| Calcium | NA | 3.17 | 13.6 | 6.30 | 18.2 | 6.8 | 26 | 8.1 | 17 |
| Magnesium | NA | <0.5 | 0.5 | <0.5 | 1.18 | <1.0 | 3.5 | <1.0 | 2.0 |
| Sodium | NA | <1.0 | 1.32 | <1.0 | 1.99 | <3.0 | 8.1 | <3.0 | 3.74 |
| Potassium | NA | <0.5 | <1.0 | <0.5 | <1.0 | <1.0 | 1.2 | <1.0 | 0.4 |
| SAR (ratio) | NA | <0.0001 | 0.41 | <0.0001 | 0.56 | <0.001 | 0.61 | 0.13 | 0.28 |
| Nitrate | 10 | <0.1 | 0.8 | <0.1 | 0.5 | 0.05 | 0.126 | <0.05 | 0.119 |
| Ammonia | 0.00243 | <0.05 | <0.05 | <0.05 | <0.05 | <0.05 | <0.13 | <0.05 | <0.098 |
| Aluminum | 0.087 | <0.05 | 0.2 | <0.05 | <0.05 | <0.05 | 0.45 | <0.05 | 0.12 |
| Arsenic | 0.05 | <0.0005 | <0.002 | <0.0005 | 0.001 | <0.0005 | 0.00052 | <0.0005 | 0.00011 |
| Barium | NA | <0.004 | <0.5 | <0.5 | <0.5 | <0.01 | 0.038 | <0.01 | 0.01 |
| Boron | NA | <0.05 | 0.21 | <0.05 | 0.066 | 0.003 | 0.084 | <0.05 | 0.061 |
| Cadmium | 0.00052 | <0.0001 | <0.001 | <0.0002 | 0.00083 | <0.000015 | <0.001 | <0.000015 | 0.00027 |
| Chromium | 0.011 | <0.0002 | <0.05 | <0.0002 | <0.05 | <0.0002 | 0.0014 | <0.0002 | 0.0012 |
| Copper | 0.0029 | <0.002 | 0.02 | <0.002 | 0.02 | <0.002 | 0.00039 | <0.002 | 0.0022 |
| Iron | 1 | <0.05 | 0.15 | <0.05 | 0.25 | <0.05 | 0.37 | <0.05 | 0.23 |
| Lead | 0.00054 | <0.001 | <0.002 | <0.001 | <0.002 | <0.001 | <0.002 | <0.001 | <0.002 |
| Manganese | 0.05 | <0.01 | 0.02 | <0.01 | 0.02 | <0.01 | 0.165 | <0.01 | 0.0109 |
| Molybdenum | NA | <0.01 | <0.5 | <0.01 | <0.5 | <0.0005 | 0.00012 | <0.0005 | 0.00016 |
| Mercury | 0.00001 | <0.0002 | <0.0005 | <0.0002 | <0.0005 | <0.0002 | <0.0005 | <0.0002 | <0.0005 |
| Nickel | 0.016 | <0.01 | <0.02 | <0.01 | <0.02 | <0.01 | 0.0008 | <0.01 | 0.00094 |
| Selenium | 0.005 | <0.003 | <0.005 | <0.003 | <0.005 | <0.003 | <0.005 | <0.005 | <0.00072 |
| Silver | 0.00037 | <0.0001 | <0.05 | <0.0001 | <0.05 | <0.0001 | .000983 | <0.0001 | 0.00476 |
| Zinc | 0.037 | <0.002 | <0.02 | <0.002 | 0.023 | <0.002 | 0.022 | <0.002 | 0.023 |

*Hardness = 25mg/L.

Notes:
1. All units in milligrams per liter unless otherwise noted. Metal concentrations are total.
2. SC = specific conductance in micromhos per centimeter (µmhos/cm); TDS = total dissolved solids; TSS = total suspended solids; NTU = nephelometric turbidity units; SAR = sodium adsorption ratio.
3. Samples were collected during 1995–1998 for Johnson Creek and 2000–2001 and March–June 2004 for Slate Creek.
4. The chromium standard is for chromium VI.
NA = Not applicable.
The applicable standard for turbidity is no more than a 5-NTU increase from background measured instream.
Sources: Coeur Alaska, 2004; Earthworks, 2002a.

**Exhibit 1, page 28 of 61**

**Table 3-14**
**Summary of 1987–1995 Mine Drainage Data for**
**Monitoring Station 101, 850-Foot Adit**

| Parameter | Units | Untreated Mine Drainage Monitoring Station 101 |
|-----------|-------|-----------------------------------------------|
| Ammonia | µg/L | 10–22,600 |
| Arsenic | µg/L | 0.7–5.6 |
| Cadmium | µg/L | ND |
| Chromium | µg/L | ND |
| Copper | µg/L | 2.7–150 |
| Lead | µg/L | 1–20 |
| Mercury | µg/L | ND |
| Nickel | µg/L | ND |
| Nitrate | mg/L | 0.01–39 |
| pH | s.u. | 6.8–8.3 |
| Selenium | µg/L | ND |
| Silver | µg/L | 0.1–0.21 |
| TDS | mg/L | 70–1268 |
| Zinc | µg/L | 10–60 |
| TSS | mg/L | 1–140 |

Note: µg/L = micrograms per liter; mg/L = milligrams per liter; s.u. = standard units; TDS = total dissolved solids; TSS = total dissolved solids; ND = not detected.

### 3.8.3    Lower Slate Lake

No specific groundwater quality information is available for Lower Slate Lake. Based on proximity to this area, it is assumed that groundwater quality is similar to that described above for the Sherman Creek watershed. There is no historical mine-related disturbance in the Slate Creek watershed. Because the Slate lakes are near the headwaters of the drainage, it is likely that the lakes provide some recharge of good-quality water to groundwater in this area.

### 3.9    AQUATIC RESOURCES: FRESHWATER

The 1992 FEIS and 1997 SEIS prepared for Kensington Gold Project focused on potential impacts on the Sherman Creek drainage. This document includes descriptions of aquatic resources primarily in the Slate Creek and Johnson Creek drainages (Figures 3-3 and 3-4). Kline Environmental Research (2003a) provides a detailed summary of aquatic surveys conducted in the Slate Creek and Johnson Creek drainages, from which much of the following discussion was drawn.

### 3.9.1    Habitat Descriptions

To better understand the nomenclature of the major drainages (Sherman, Slate, and Johnson creeks) and how they would be associated with the current proposal, habitat components (including some hydrologic and geologic features as they relate to aquatic species) of these drainages are discussed below. Additional information on each drainage is also provided in Section 3.5, Surface Water Hydrology.

**Exhibit 1, page 29 of 61**

### Sherman Creek Drainage

The Sherman Creek drainage consists of four upper tributaries, Ivanhoe and Ophir creeks to the northeast and Upper Sherman and South Fork Sherman creeks to the southeast (Figure 3-2). All tributaries converge into a single stream channel approximately 1 mile from its confluence with Lynn Canal at Comet Beach. The average annual flow in Sherman Creek at the mouth is 43 cfs. Upper Sherman Creek currently receives the discharge of treated mine water at the NPDES-permitted outfall from the settling ponds (outfall 001). A permanent barrier to upstream fish migration in the form of a falls occurs approximately 1,200 feet from the stream's confluence with Lynn Canal.

Six small stream systems, including Camp Creek, which would receive the DTF discharge, are in or near the terrace area basin (Konopacky, 1996b). Flows in all the identified channels are low and range from 0.002 cfs to 0.01 cfs.

### Slate Creek Drainage

The Slate Creek drainage is composed of two tributaries, West Fork Slate Creek and East Fork Slate Creek. Slate Creek drains into Slate Creek Cove on Berners Bay with a mean annual flow of 34 cfs (Forest Service, 1992). A barrier to upstream anadromous fish movement in East Fork Slate Creek is located immediately upstream of the confluence between the two forks.

Upper Slate Lake and Lower Slate Lake are within the East Fork Slate Creek drainage, approximately 4 miles southeast of the historic Jualin mine site. Lower Slate Lake receives outflow from Upper Slate Lake via split channels. It discharges to East Fork Slate Creek from its southern end. The two lakes are further discussed below.

### Lower Slate Lake

Lower Slate Lake is approximately 1 mile upstream of the confluence of the east and west forks of Slate Creek. The lake has a surface area of 20 acres, and it is approximately 1,600 feet long with an average width of 600 feet (Buell, 1989). It should be noted that Mid-Lake East Fork Slate Creek, a tributary to Lower Slate Lake, has a split channel prior to entering Lower Slate Lake. Some of the literature has considered this split two channels.

Much of Lower Slate Lake is surrounded by steeply sloping, wet coniferous forest with some deciduous understory. Bogs are present along the northern lake edge and near the lake outlet. The shoreline is 4,127 feet in length and not irregular. The bottom of the littoral zone varies between silt and clay with intermittent areas of gravel and beds of submerged and emergent vegetation. The littoral zone is relatively small (3.9 acres); the lake slopes quickly to a deep point of 51 feet near the center. Light penetration is poor in the lake due to coloring from dissolved organic compounds (Kline, 2003a).

### Upper Slate Lake

Upper Slate Lake is 1,600 feet upstream of Lower Slate Lake. The split channels of Mid-Lake East Fork Slate Creek connect the two lakes. The lake has a surface area of approximately 12 acres and is approximately 1,200 feet long, with an average width of 430 feet and a maximum depth of 43 feet. Upper Slate Lake has five inlets, but only the two largest (Upper East Fork Slate Creek and South Creek) provide fish habitat during the summer months (Romey Environmental and Martin Environmental, 1998).

**Exhibit 1, page 30 of 61**

Upper Slate Lake has not been as thoroughly investigated as Lower Slate Lake. Data collected and observations made during field surveys suggest its habitat and fishery are similar to those of Lower Slate Lake (Kline, 2003a).

### Johnson Creek Drainage

Johnson Creek (Figure 3-4) is approximately 5.1 miles long and consists of riffle, run, and pool habitat in the lower reaches with cascade habitat upstream. Flow measured between June and September 2001 near the historic Jualin Mine on Johnson Creek ranged from 7.61 to 96.95 cfs (HDR Alaska. Inc., 2001). A permanent barrier to upstream fish migration occurs approximately 1 mile upstream from the confluence of Johnson Creek and Berners Bay. For discussion purposes, this first segment is called Lower Johnson Creek, and the remainder of the drainage above this barrier is called Upper Johnson Creek. Powerhouse Tributary enters from the north of Lower Johnson Creek approximately 4,000 feet from the stream mouth at Berners Bay. As Figure 3-4 indicates, Snowslide Gulch Creek and a number of unnamed tributaries, none of which support fish populations, enter Upper Johnson Creek (Romey Environmental and Martin Environmental, 1998).

## 3.9.2   Freshwater Biota

### Resident Fish: Sherman Creek Drainage

The 1992 FEIS and 1997 SEIS discussed resident and migratory fish species, macroinvertebrates, habitat, and metals concentrations in macroinvertebrates, sediment, and fish primarily in the Sweeny and Sherman drainages. Rearing fish populations in Sherman and Sweeny creeks were inventoried in July 1991. Over a distance of 13,800 feet, a total of 420 Dolly Varden char were estimated to be present, 392 above the fish barrier and 28 below the fish barrier. The density was estimated to be 0.19 fish per 100 square feet throughout Sherman Creek, including 0.20 per 100 square feet above the barrier and 0.10 per 100 square feet below the barrier. Rainbow and cutthroat trout were found only below the barrier at a density of 0.10 fish per 100 square feet. Dolly Varden char found in Sherman Creek, particularly those above the barrier, were relatively small; all were less than 8 inches in length.

No fish of any species were found during electrofishing surveys conducted in the four small stream channel systems in the terrace area drainage basin that drain to the subsurface (Konopacky, 1996b). In addition, no fish were found in the two unnamed stream channels that drain into Sherman Creek. The lack of fish in these channels may be due to the intermittent flows that occur during the summer and frozen winter months, the lack of food supply or a viable connection with Lynn Canal, or the presence of numerous fish passage barriers.

### Resident Fish: Slate and Johnson Creek Drainages

Since the 1997 SEIS aquatic resource data have been gathered on the Slate and Johnson creek drainages. Most of the existing data focus on Lower Slate Lake. The following species have been captured in Slate Creek: Dolly Varden char, cutthroat trout, three-spine stickleback, pink salmon, chum salmon, juvenile coho salmon, and sculpin. Table 3-15 identifies the documented locations of resident populations (typically found above the permanent fish barriers that prevent upstream migration) and anadromous species within the project area. Although fish in the upper portions of the Slate Creek watershed (east and west forks) are considered residents, it should be noted that

**Table 3-15**
**Freshwater and Anadramous Fish Species and Their Locations**

| Common Name | Scientific Name | Drainage Area[a] | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Sherman Creek | | Slate Creek | | Slate Lakes | | Johnson Creek | |
| | | A | B | A | B | U | L | A | B |
| Dolly Varden char | *Salvelinus malma* | X | X | X | X | X | X | X | X |
| Pink salmon | *Oncorhynchus gorbuscha* | | X | | X | | | | X |
| Chum salmon | *Oncorhynchus keta* | | X | | X | | | | X |
| Cutthroat trout | *Oncorhynchus clarki* | | X | | X | | | | X |
| Coho salmon | *Oncorhynchus kisutch* | | X | | X | | | | X |
| Prickly sculpin | *Cottus asper* | | X | | X | | | | X |
| Three-spine stickleback | *Gasterosteus aculeatus* | | | X | X | X | X | X | X |

[a] All three drainages have fish barriers in their lower reaches. The A and B columns represent presence above (A) or below (B) the fish
passage barrier. Two lakes are present in the Slate Creek drainage and are identified as Upper (U) and Lower (L).
Sources: Biostat, 1998; Buell, 1989; Kline, 2001, 2003a, 2003b; and Konopacky, 1992, 1995.

there is the potential for one-way migration. Fish below a permanent barrier would not be able to
migrate upstream; however, fish within any portion of the system could move downstream
through the barriers.

Dolly Varden char, cutthroat trout, prickly scuplin, chum salmon, pink salmon, and juvenile coho
salmon have been captured in Lower Johnson Creek. Dolly Varden char have also been captured
on Upper Johnson Creek above the barrier falls. No surveys for three-spine sticklebacks have
been performed in Johnson Creek, but based on observations in Slate Creek, they are assumed to
be present. The Dolly Varden char in Lower Johnson Creek are larger (up to 16 inches) than those
in the upper stream (up to 13 inches) or those in Slate Creek, and they probably represent an
anadromous population (Konopacky, 1996d). Sport fish are present throughout the project area,
but there has been no documented use for sportfishing (see Section 3.13, Land Use and
Recreation).

Dolly Varden char and three-spine stickleback have been captured in the stream above the fish
passage barrier near the confluence of the east and west forks of Slate Creek. Several estimates of
the population of Dolly Varden char in Lower Slate Lake have been made. Buell (1989) set gill
nets and captured two fish. The conclusion was that the population was small, likely due to very
oligotrophic (nutrient-poor) conditions in the lake. Another estimate of 439 fish (range of 162 to
716) was reported based on an acoustic survey conducted in 1994 (Konopacky 1995). This
estimate, however, has been questioned due to the lack of success in catching fish in the deeper
portion of the lake and the limited existence of a benthic macroinvertebrate food supply (Kline,
2001). Kline (2001) was unable to successfully capture Dolly Varden char in Lower Slate Lake
using hoop nets, although 12 fish were captured using rod and reel techniques. Based on capture-
tag-recapture survey, Kline (2003c) estimated the Dolly Varden char population at 996. By
comparison, 1,378 Dolly Varden char were found in Upper Slate Lake in 2003. The density is
more than 50 percent higher than that in Lower Slate Lake (Kline, 2003d). There is a limited
population (estimated at 85 fish in 1994, 23 in 2001) of Dolly Varden char in East Fork Slate
Creek below Lower Slate Lake (Kline, 2001; Konopacky, 1995). The population is thought to be

small due to limited habitat. Dolly Varden char captured in the streams were four to nine times smaller on average, by weight, than those captured in the lakes (Kline, 2001).

As Kline (2003b) indicates, fish surveys conducted during June 2000, August and September 2001, and October 2003 have documented the occurrence of Dolly Varden char throughout the Slate Lake and Slate Creek system. Two-way fish passage occurs between Lower Slate Lake and approximately 1,500 feet of East Fork Slate Creek below the lake. A series of cascades precludes upstream movement from areas farther downstream. The capture locations of Dolly Varden char have demonstrated that fish move downstream from Mid-Lake East Fork Slate Creek (and likely Upper Slate Lake) through a series of cascades that likely are not ascended by most Dolly Varden char. The proportion of the approximately 1,000 Dolly Varden char in Lower Slate Lake that originated in Upper Slate Lake is not known. Given this information, it is likely that fish found in Mid-Lake East Fork Slate Creek, Lower Slate Lake, East Fork Slate Creek, and waters farther downstream have a genetic link to the Dolly Varden char in Upper Slate Lake.

Dolly Varden char are known to spawn in streams during the fall. There is no literature that documents their lake spawning. ADF&G is aware of lake spawning of Dolly Varden char in Alaska, but it is considered to be rare and has not been formally documented in the Slate lakes aside from being noted (Kline, 2003b). Kline (2003b) indicated, however, that Dolly Varden char redds have been documented in the littoral zone of Lower Slate Lake. Their spawning appears to be quite variable in timing between years and might occur as early as July. The consistently shallow locations of redds suggest that wave action, rather than stream currents, provides water movement in the redds. There is no evidence of Dolly Varden char spawning in the split channels of Mid-Lake East Fork Slate Creek or East Fork Slate Creek. Nevertheless, the lack of evidence of spawning is not sufficient to rule out the possibility that some stream spawning occurs (Kline, 2003b).

In addition to Dolly Varden char, three-spine stickleback (*Gasterosteous aculeatus*) have been captured in Lower Slate Lake (Kline, 2001). They have also been observed in Upper Slate Creek and throughout East Fork Slate Creek. Because no specific surveys have been conducted for three-spine stickleback, the numbers of fish have not been determined. Based on observation, their populations are greater than the Dolly Varden char populations in Lower Slate Lake, and they provide a food source for Dolly Varden in the lake (Kline, 2004).

### Anadromous Fish

All three drainages have spawning runs of pink, coho, and chum salmon. Konopacky (1996b) indicated that surveys had been done for pink, coho, and chum salmon on Sherman Creek below the fish barrier with varying levels of intensity from 1990 to 1995. Based on count data from this 5-year study, Sherman Creek appears to have an "even year" pink salmon run with fish counts as high as 11,700 during even years. Chum salmon appear to be of limited proportions; counts ranged from 4 to 109 individuals during the study period. Coho were observed in only very limited numbers in 1990 during the aforementioned study. The Anadromous Waters Catalog of anadromous fish indicates that with few exceptions (e.g., Camp Creek), all the creeks in the project area support at least some anadromous fish (ADF&G, 2004a).

Slate Creek has approximately 0.7 mile of spawning habitat that extends from the intertidal zone upstream to the fish barrier near the confluence of the east and west forks of Slate Creek. Most of Johnson Creek is inaccessible to anadromous fish because of a series of cascades and falls approximately 1 mile upstream of the mouth (Figure 3-4). Lower Johnson Creek, however, supports anadromous runs of salmon.

### Subtidal

The dominant invertebrate taxa in Lynn Canal include green sea urchin *(Strongylocentrotus drobachiensis)*, hermit crabs *(Pagurus* spp.), and sea stars *(Pycnopodia helianthoides, Leptasterias hexactis,* and *Solaster* spp.). Polychaete worms and, secondarily, mollusks dominate the bottom fauna at depths greater than 32 feet. A total of 126 infaunal species were present in three samples collected off Sherman Creek (Dames and Moore, 1988b).

Lynn Canal and Berners Bay support a variety of shellfish. Principal crab species include Tanner *(Chionoecetes bairdi)*; Dungeness *(Cancer magister)*; and brown, blue, red, and golden king *(Paralithodes* spp.). Shrimp species include pink *(Pandalus borealis)*, spot *(P. platyceros)*, humpy *(P. goniurus)*, coonstripe *(P. danae)*, and sidestripe *(Pandalopsis dispar)*. NMFS (1974) found Tanner crabs to be the most abundant crab species in Berners Bay in 1970. Of the shrimps, pink and sidestripe were the most common. Echo Cove in Berners Bay showed abundant shellfish populations in the 1960s. Tanner, Dungeness, and king crabs, as well as pink and humpy shrimp, were all observed (Myren, 1972).

In Slate Creek Cove, the density and diversity of organisms is relatively low when compared with other areas in Lynn Canal (Stekoll, no date b). Species observed near Slate Creek included benthic diatoms, crabs, shrimp, anemones, and the seastar *Evastserias*. The most common organisms found were crabs averaging less than one per 3.28 square feet (Stekoll, no date b). Carlson et al. (1982) reported small numbers of Tanner crabs and pink shrimp in Slate Creek Cove.

The subtidal community near Cascade Point is typical of Southeast Alaska. Benthic epibiota are common but not abundant. Stekoll (no date a) found more than 40 species of algae and animals in the area during June. The red alga *Lithothamnion* sp. occurs on almost all shallow subtidal areas. Other algae common in the shallow subtidal areas are green alga *(Ulva* sp.), *Constantinea*, and *Palmaria*. At depths greater than 7 feet, the large kelps are common; the most common is the *Laminaria*. The acid hair kelp *Desmarestia* sp. was observed mixed in with the large kelps (Stekoll, no date a). Sea urchins, chitons, tube worms, and snails were the most common invertebrates found on the rock substrate. On soft substrate polychaetes, fish, and clams were more common. Hermit crabs were found throughout the area (Stekoll, no date a). Specific studies have not been conducted at Echo Cove, but it is likely that species similar to those found at Cascade Point would be present in subtidal habitats.

### 3.10.4 Marine Mammals

Humpback whales *(Megaptera novaeangliae)*, Steller sea lions *(Eumetopias jubatus)*, and harbor seals *(Phoca vitulina)* have been observed feeding on eulachon *(Thaleichthys pacificus)* in Berners Bay (Marston et al., 2002). The humpback whale is listed as endangered, and the Steller sea lion is listed as a threatened species in the project area. Both are discussed in greater detail below and in the Biological Assessment/Biological Evaluation (BA/BE) in Appendix J.

Harbor seals can be found year-round in Berners Bay, but they are most prevalent during the April–May eulachon spawning period when several hundred concentrate at the head of the bay (USFWS, 2003). Their numbers may remain relatively high through summer. Counts conducted by ADF&G and NMFS in August 2002 documented mean counts of 70 and 349 harbor seals at haulouts near the mouth of the Antler River and Lace River, respectively.

**Exhibit 1, page 34 of 61**

Other marine mammals known to inhabit Berners Bay, at least occasionally, include killer whales, harbor porpoise, and Dall's porpoise (USFWS, 2003). Harbor porpoise probably occur year-round. The presence of transient killer whales may coincide with concentrations of pinnipeds associated with the April–May spawning of eulachon, although resident killer whales could occur within the bay at any time. Other marine mammals infrequently or potentially occurring in Lynn Canal include the Pacific white-sided dolphin, minke whale, gray whale, northern elephant seal, and sea otter (Mizroch et al., 1998).

### Humpback Whale

Humpback whales are found in coastal areas or near oceanic islands and appear to occur primarily in nearshore waters, especially the highly productive fjords of Southeast Alaska and Prince William Sound (Calkins, 1986). Humpback whales have been protected since 1965 and are currently listed as endangered under the *Endangered Species Act* (ESA) (Angliss and Lodge, 2002). In the North Pacific, most remaining humpback whales reside in U.S. territorial waters (winter and summer grounds). They range from California to the Chukchi Sea, Hawaii, and the Mariana Islands (NMFS, 1991). During summer, humpback whales in the North Pacific migrate and feed over the continental shelf and along the coasts of the Pacific Rim, from Point Conception, California, north to the Gulf of Alaska, Prince William Sound, and Kodiak Island. Humpback whales spend the winter in three separate wintering grounds: the coastal waters along Baja California and the mainland of Mexico, the main islands of Hawaii, and the islands south of Japan (NMFS, 1992).

Humpback whales were commercially hunted extensively from the late 1800s through the first part of the 20th century. Worldwide, their population is approximately 10,000. This is 8 percent of the historical population size, although this species is now recovering. The greatest threats to humpback whales today are entanglements in fishing gear, ship strikes, and coastal habitat pollution. The pre-1905 population of humpback whales in the North Pacific was approximately 15,000. By 1966 whaling had reduced this population to approximately 1,200 individuals. It is estimated that more than 3,600 humpback whales exist in the Central North Pacific (NMFS, 2001).

Most humpback whales occur in temperate and tropical waters in winter. Humpback whales in the North Pacific are seasonal migrants that feed on zooplankton and small fishes in the cooler northern coastal waters during the summer. Humpback whales have separate populations that migrate between their respective summer/fall feeding areas to winter/spring calving and mating areas. The humpback whales that feed in Southeast Alaska during the summer migrate to Hawaii in the winter and are referred to as the Central North Pacific stock.

Humpback whales are regularly sighted in the Inside Passage and coastal waters of the Southeast Alaska panhandle from Yakutat Bay south to Queen Charlotte Sound, and they have been documented foraging in Berners Bay (Forest Service, 1997a; Marston et al., 2002). Up to three humpback whales were documented during boat surveys in 2000 (USFWS, 2003), and a maximum of five humpback whales have been observed feeding in Berners Bay during the spring eulachon run (Womble, 2003, personal communication).

Humpbacks remain in the Gulf of Alaska through the summer and fall and begin their migration south in November, although they have been observed in Lynn Canal all months of the year. Peak numbers of whales are usually found in nearshore waters during late August and September, but substantial numbers may remain until early winter. The Forest Service (1997a) estimates that 300 to

**Exhibit 1, page 35 of 61**

500 humpback whales inhabit Southeast Alaska during the summer and fall. Baker et al. (1986) estimated 374 individuals for the southeastern Alaska region.

The local distribution of humpbacks in Southeast Alaska is correlated with the density and seasonal availability of prey species, particularly herring; euphausiids (small crustaceans); and, within Berners Bay, eulachon. Other prey includes Pacific sand lance (*Ammodytes hexapterus*), capelin (*Mallotus villosus*), Atka mackerel (*Pleurogrammus monopteryguis*), walleye pollock (*Theragra chalcogramma*), and haddock (*Melanogrammus aeglefinus*) (Bryant et al. 1981; Krieger and Wing, 1984). Adults consume up to 3,000 pounds per day, although they likely feed only during the 6 to 9 months of the year that they are on their feeding grounds. They fast and live off their fat layer for the winter period while on their breeding grounds.

### Steller Sea Lion

The Steller sea lion is widely distributed over the continental shelf and throughout the coastal waters of the Gulf of Alaska (Calkins, 1986). The world population of Steller sea lions is distributed around the North Pacific from northern Japan through the Kuril Islands and Okhotsk Sea, Aleutian Islands and central Bering Sea off the coast of Alaska, and south to the Channel Islands, California (NMML, 2003).

The Steller sea lion was originally listed as a threatened species under the ESA in 1990. Protected status was deemed necessary because of a large decline in Steller sea lion numbers throughout their range and particularly in Alaska. Populations are estimated to have declined between the 1950s and 1990 by 78 percent (NMFS, 1992). In certain parts of Alaska, declines of greater than 80 percent have occurred since 1985. Population modeling has suggested decreased juvenile survival is likely the reason behind the decline. Critical habitat for Steller sea lions was designated in 1993 (NMFS, 1993). In 1997 NMFS classified the Steller sea lion as two distinct population segments and reevaluated its status. Steller sea lions occurring west of 144° W longitude were reclassified as endangered. The stock differentiation is based primarily on differences in mitochondrial DNA, but also on population trends in the two regions. The eastern Pacific population, listed as threatened, includes the Berners Bay population, and the population levels for this group are increasing. However, Raum-Suryan et al. (2002) documented limited movement by western stock individuals to the eastern stock region from branding studies conducted between 1975 and 1995. During this 21-year study a total of 8,596 Steller sea lion pups were branded; there was little interchange between stocks between 1979 and 1987 with 23 resightings (0.4 percent of 5,746 resightings) of the western stock at three different locations within the eastern stock region, including areas near Juneau. No adult Steller sea lions were observed breeding in the opposite stock, although adults of breeding age did move between stocks (Raum-Suryan et al., 2002). Resightings of branded Steller sea lions showed wide dispersal from natal rookeries, particularly of juvenile animals, occasionally traveling over 1,500 km to other rookeries and haulouts and crossing stock boundaries; yet individuals returned to breed at either their natal rookery or a non-natal rookery within their respective stock (Raum-Suryan et al., 2002). Therefore, the potential presence of some members of the western stock population foraging in Berners Bay cannot be completely ruled out.

Steller sea lions are opportunistic predators, feeding primarily on a wide variety of fishes and cephalopods. Prey varies geographically and seasonally. Some of the more important prey species in Alaska are walleye pollock, Atka mackerel, Pacific herring (*Clupea harengus*), capelin, Pacific sand lance, Pacific cod (*Gadus macrocephalus*), salmon (*Oncorhynchus* spp.), and, locally, eulachon. Eulachon is an important prey species in early spring (NMFS, 1992; Marston et al., 2002). Steller sea lions have also been known to prey on harbor seal, fur seal, ringed seal, and

possibly sea otter pups, but these animals would represent only a supplemental component in the diet. At Berners Bay, harbor seal abundance did not increase until after Steller sea lion abundance had decreased (Marston et al., 2002).

The abundance of marine mammals in Berners Bay increases during the early spring, timed with the eulachon run. Each spring eulachon spawn in Berners Bay in the lower reaches of the Antler, Berners, and Lace rivers (Marston et al., 2002). These runs are considered an "ecological cornerstone" for regional coastal ecosystems. Since 1996 several studies on eulachon and Steller sea lion interactions have been conducted in Berners Bay. A recent study first documented sea lions in Berners Bay on April 8, 2002, and a peak count of 949 occurred on April 18 (Sigler et al., 2003). Sea lions were detected in the Antler River from April 22 to May 1, 2002. Peak marine mammal counts of 419 in 1995 and 250 in 1996 occurred in Berners Bay the first week in May (Marston et al., 2002). In 1995 and 1996, no distinction was made between Steller sea lions and harbor seals. The Steller sea lion abundance trend appears to follow the eulachon abundance trend in Berners Bay. Both sea lion and eulachon abundance are typically low in early April, peak in mid to late April, and then decrease to near-zero by early May (Sigler et al., 2003). There is a major sea lion haulout at Benjamin Island 14 miles south of Berners Bay, and it is occupied seasonally, primarily from September to April. Sea lion abundance decreases at Benjamin Island as the numbers increase in Berners Bay.

In addition to Benjamin Island, there are two other documented Steller sea lion haulouts in Lynn Canal, at Gran Point and Met Point. During the eulachon run in April and May, Berners Bay is likely to be an important foraging area for sea lions from all three haulout sites (Womble, 2004, personal communication). Although there is no specific documentation in the existing literature, it is obvious that the eulachon run in Berners Bay is important to Steller sea lions and other marine wildlife during certain times of the year.

Cooperative feeding behavior by sea lions has been documented in Berners Bay. Gende et al. (2001) reported several observations of 75 to 300 Steller sea lions foraging cooperatively on schools of eulachon in late April or early May 1996 through 1999. Sigler et al. (2003) also noted cooperative foraging along the western shore of Berners Bay in April 2002. When not foraging, sea lions have been observed forming large "rafts" of 10 to 80 sleeping or resting individuals in the middle of the bay (Gende et al., 2001). Steller sea lions have also been observed hauling out just south of Slate Creek Cove during late April (Womble, 2004, personal communication).

The nearest rookery to the project area is Graves Rock, on the outer coast, approximately 75 air miles from the project area. This is a new rookery, previously documented as a sea lion haulout only. Most of the sea lions observed during peak counts in Berners Bay were either adult or juvenile sea lions (Sigler et al., 2003); however, most sea lions observed at the Benjamin Island haulout at the same time were 10- to 11-month-old pups, and some were still likely dependent upon their mothers' milk for nutrition (Womble, 2003, personal communication). The number of pups produced in the eastern stock has nearly doubled since 1978, with an annual rate of increase of 5.9 percent during 1979 to 1998; the annual rate of increase declined between 1989 and 1997 to 1.7 percent (Calkins et al., 1999). Sease and Gudmundson (2002) estimated 1.8 percent annual increase in non-pup sea lions between 1991 and 2002. In the Southeast Alaska portion of the eastern stock, where non-pup counts on trend sites have increased 29.3 percent since 1990 (Sease et al., 2001), Calkins et al. (1999) found that there are probably more sea lions at present than at any time in recorded history.

### Harbor Seal

The distribution of harbor seals ranges from the shores of Baja California to the Aleutian Islands and northward. They occur throughout Lynn Canal year-round, occurring most frequently in estuaries and protected waters. They are considered nonmigratory and move as necessary depending on weather, food availability, and season (NMFS, 1998). The Alaska Scientific Review Group has identified three distinct biological stocks of harbor seals in Alaska. The population in Lynn Canal is part of the Southeast Alaska stock, which includes individuals from the Alaska/British Columbia border to Cape Suckling (144° W). The Southeast Alaska population is considered to be stable, and counts conducted through the mid-1990s suggest an upward trend in population numbers in many locations (NMFS, 1998). Recent studies, however, conclude that current evidence supports a minimum of 12 stocks of harbor seals in Alaska (see below).

Although harbor seals are considered abundant throughout their range, they have declined dramatically in some areas over the past few decades while in other areas their numbers have increased or remained stable over a similar time period (Pitcher, 1990; Frost et al., 1999; Matthews and Pendleton, 2000). When Alaska Marine Mammal Stock Assessment Reports for harbor seals were developed by NMFS in 1995, they stated that there was considerable uncertainty about Alaskan harbor seal stock structure and that genetic studies were under way.

The three separate trend routes within Southeast Alaska stock exhibit different trends. Numbers in the Ketchikan area increased significantly at 7.4 percent per year between 1983 and 1998, while counts in the Sitka area were stable across a similar time period (NMFS, 1998). By contrast, seal numbers in Glacier Bay have been declining at a rate of 4.9 to 10.9 percent per year since 1992 (Matthews and Pendleton, 2000). Results of a recent study by O'Corry-Crowe et al. (2003) concluded that there are at least 12 distinct stocks of harbor seals in Alaska, based on genetics and dispersal distance measures. These findings indicate that current stocks are too large and continued declines in certain locations increase the risk of local depletion (O'Corry-Crowe et al., 2003). However, the 12 demographically independent clusters, 8 of which were identified in Southeast Alaska, do not represent a complete picture of population subdivision and dispersal in Alaskan harbor seals because substantial gaps remain in sampling coverage. Efforts are under way to increase sampling coverage. In the area of Berners Bay, additional sampling will be required to determine whether linkages occur between identified clusters surrounding the project area or whether harbor seals within the Lynn Canal region are a distinct population. As sample coverage increases, O'Corry-Crowe et al. (2003) expect the configuration of some of the existing strata to change somewhat as new strata are added and the connectivity matrix is modified.

The 1992 FEIS reports that harbor seals use the area between the Lace and Antler rivers for pupping and pup rearing because concentrations have been observed in the spring. In addition, the rocky point just east of Slate Creek Cove has been used as a haulout for harbor seals. The USFWS also documented concentrations of harbor seals in this area during spring surveys conducted between 2000 and 2002 (USFWS, 2003). It is likely that the seals also feed on eulachon during their run up the Antler and Lace rivers. Other prey includes shrimp, octopus, salmon, capelin, pollock, and sculpins.

## 3.10.5 Fish

Salmon are the most important fish species in Lynn Canal from an economic standpoint. Salmonids include sockeye (*Oncorhynchus nerka*), pink (*O. gorbuscha*), chum (*O. keta*), coho (*O. kisutch*), and chinook (*O. tshawytscha*), as well as Dolly Varden char (*Salvelinus malma*), steelhead trout (*O. mykiss*), and cutthroat trout (*O. clarki*). Adult salmon returning to Lynn Canal

**Exhibit 1, page 38 of 61**

the building. Therefore, any spillage of reagents in the mill building would likely be very small and easily recovered by the sumps.

The Spill Prevention, Countermeasures and Control (SPCC) Plan required by USEPA would include specific measures to be implemented in case of spills. Spill response equipment would be located at the Comet Beach dock facility, in the process area, and at the midpoint of the haul road.

### 4.6.3  *Effects of Alternative A1*

Under Alternative A1, the DTF would contain 4.5 million tons of tailings. The individual components of the DTF discharge flow would be approximately 75 percent lower than those under Alternative A, and the total discharge volume would be about 50 gpm. The DTF discharge characteristics would be the same as those projected for Alternative A; i.e., neither discharge would cause exceedances of applicable water quality criteria (except, potentially, aluminum criteria) and there would no adverse impacts on surface water quality. A treatment system to remove aluminum might have to be added to the DTF design. Similarly, the mine water discharge rate could be reduced by an unspecified volume. The discharge composition, however, would be the same under Alternatives A and A1, and neither would cause exceedances of applicable water quality criteria in Sherman Creek.

### 4.6.4  *Effects Common to Alternatives B, C, and D*

#### *Erosion and Sedimentation*

A 0.5-mile-long diversion channel would be constructed around the Jualin Mine adit and process area bench in the Johnson Creek drainage to direct any runoff from undisturbed areas back to tributary channels of Johnson Creek. This runoff water would have no adverse effects on water quality. Any runoff from inside the process area would be directed to collection sumps and pumped into the mill circuit during operations.

A 3.5-mile-long, 20-foot-wide access road and pipeline corridor would be constructed from the process area to the TSF. The pipeline access road might result in increased erosion potential; however, proper implementation of BMPs would minimize sedimentation to the watersheds containing Johnson Creek, East Fork Slate Creek, and Spectacle Lake.

The upgrade to the Jualin access road, including the two existing bridges over Johnson Creek, could produce impacts on water quality in Johnson Creek in the form of increased sedimentation. The upgrade activities would require some instream work, which would be conducted according to ADNR Title 41 permit requirements. Like the new access road described above for the TSF, proper implementation of BMPs during road upgrade activities would result in little to no sediment increase in affected drainages.

Water quality impacts in the form of erosion and sedimentation could also result from construction activities, including the process area and tailings dam, under Alternatives B, C, and D. The proper use of BMPs would prevent or minimize any increase of sediments in the Johnson or Slate creek drainages.

#### *Accidental Spills*

Fuel and process chemicals (flotation reagents and scale inhibitors) would be transported by truck along the Jualin access road during mine operation. Use and on-site storage of these materials would decrease for Alternatives B, C, and D because of the elimination of the personnel camp, the reduced

**Exhibit 1, page 39 of 61**