mining/processing rate, and the increased reliability of site access, which would allow more frequent delivery of materials. An accidental spill of fuel and chemicals along a roadway, if sufficient in volume, could enter Slate Creek, Johnson Creek, or a tributary channel. The use of isotainers under Alternatives B, C, and D would limit the likelihood and volume of a diesel fuel spill. Any spill would be cleaned up and would therefore be of short duration and size. Long-term effects from a spill would not be expected. The aquatic and transportation resources parts of this section provide more details on the potential for and impacts of accidental spills of fuel and chemicals.

If an accidental spill of tailings from the pipeline were to occur, tailings could enter the streams or lakes, causing sedimentation impacts. Most of the pipeline would, however, be located a quarter-mile or more from surface water such that spilled tailings would not generally reach the drainages. Because any spill would be cleaned up, any impacts resulting from a spill from the tailings pipeline would be short-term and limited in extent. Any small amount of tailings remaining following a spill would not be expected to affect water quality in any of the water bodies.

As under Alternative A, the concrete floor in the mill would be sloped to sumps so that any spillage could be recovered and returned to the process circuit. Required processing reagents would be prepared and stored in the building. Therefore, any spillage of reagents in the mill building would likely be very small and easily recovered by the sumps.

The SPCC Plan required by USEPA would include specific measures to be implemented in case of spills. Spill response equipment would be located at the Slate Creek Cove dock facility, the Cascade Point dock facility, in the process area, and at the midpoint of the haul road.

### 4.6.5   Effects of Alternative B

#### TSF Effluent Quality

Under Alternative B, all the flow of East Fork Slate Creek and runoff from the areas surrounding the TSF would be managed in the TSF. Discharge of process (tailings) water from a tailings impoundment is not allowed under 40 CFR Part 440. The regulations, however, allow for an exception from the discharge prohibition for net precipitation into a tailings impoundment. As a result, under Alternatives B, C, and D, only the volume of natural flows associated with precipitation into the TSF may be discharged. The TSF would discharge through an NPDES-permitted outfall to Slate Creek below the embankment. The projected characteristics of the discharge are presented in Table 4-13.

A simulation model was developed to determine the range of projected discharge characteristics from the TSF during the life of the mine. The model includes the following inputs:

- Tailings water chemistry
- Background East Fork Slate Creek water quality
- Precipitation, hydrology, and runoff
- Operational factors (i.e., production rate, backfill, and recycling of water from the mill)

### 4.9.3 *Effects Common to Alternatives B, C, and D*

Under Alternatives B, C, and D, mine drainage would be treated the same as under Alternative A. However, most operations would occur within the Johnson Creek drainage (access roads and process area) and the Slate Creek drainage (access roads and the TSF). The same indicators as described under Alternatives A and A1 were used to compare the potential impacts.

*Integrity of Freshwater Habitat*

Alternatives B, C, and D would require a stormwater diversion channel above the Jualin Mine portal and process area bench and would discharge to Johnson Creek. Stormwater discharged from the diversion would not affect fish or other aquatic organisms.

Alternatives B, C, and D include tailings disposal in Lower Slate Lake through a slurry pipeline from the mill. For the purposes of this analysis, it is expected that all fish and most other aquatic life (such as macroinvertebrates, periphyton, and zooplankton) in Lower Slate Lake would be lost during operations as a result of this action. Some individuals might survive, but marginal food sources and the lack of suitable habitat as the lake elevation rises appear to be the major limiting factors.

Two species of fish are present in Lower Slate Lake: three-spine stickleback (a forage fish) and Dolly Varden char (a sport fish). Estimates of mortality based on the survey completed in 2001 indicate approximately 1,000 Dolly Varden char could be lost because of the tailings disposal in Lower Slate Lake (Kline, 2003a). The Dolly Varden char in Lower Slate Lake appear to be small and exhibit slow growth, according to a comparison of the literature on other Dolly Varden char in Southeast Alaska lakes (Kline, 2003a). As discussed in Section 3.9.2, the number of three-spine sticklebacks in Lower Slate Lake has not been defined, although it is likely greater than the number of Dolly Varden char. The entire population of three-spine sticklebacks could be lost during operations.

Placement of tailings in Lower Slate Lake would raise the lake level to the point that most of both channels of Mid-Lake East Fork Slate Creek would become inundated. Kline (2003c) indicated that there is no evidence that Lower Slate Lake Dolly Varden char spawn in Mid-Lake East Fork Slate Creek. Dolly Varden char have been captured in this system in June, August, September, and October. In the accessible reaches of Mid-Lake East Fork Slate Creek, an average of seven Dolly Varden char were captured in each sampling effort. Of the fish captured in this system, 90 percent have measured less than 5.5 inches in total length. These fish represent the lower 50 percent of the Dolly Varden char in the Slate Creek system and are thus unlikely to include sexually mature fish. This lack of evidence of stream spawning is not sufficient to rule out the possibility that some stream spawning occurs; however, in this case, it appears very limited.

Mortality of macroinvertebrates and other aquatic organisms would also occur in close proximity to the deposited tailings. As the water level in the TSF rose, lakeshore vegetation would become inundated and provide new microhabitat and detritus for colonizing macroinvertebrates. Generally, macroinvertebrate species adapted to highly variable stream environments are better able to tolerate change than those in more stable lake and pond environments (Mackie, 1998). Impacts on species abundance and diversity resulting from catastrophic substrate loss or degradation are well documented. Reports of heavily disturbed streams indicate that macroinvertebrate recovery can occur within time frames ranging from months to a few years (Appendix C; Hill, 1975; Gore, 1985; Thomas, 1985), though responses can vary for individual species (Minshall, 1982).

Figures 2-16 and 2-17 provide overviews of Lower Slate Lake before operations and after closure. As discussed below under Sedimentation and in Appendix C, toxicity tests show that the tailings might

not provide suitable habitat for macroinvertebrates. Over the long term, as natural materials redeposit throughout the lake, the larger shallow/productive areas should increase the available habitat (and corresponding fish and macroinvertebrate populations). In the proposed reclamation plan, after mine closure the lake would have at least an equivalent area of plant and shallow water macroinvertebrate habitat that is not covered by tailings. It is therefore assumed that post-closure habitat should be adequate to support a macroinvertebrate population at least comparable to the pre-mining population.

The work completed to date demonstrates that the TSF can be restored to at least equivalent habitat and fish populations after closure. The operational monitoring described in Section 2 would be used to further refine and optimize the reclamation plan. These data would be reviewed by the Forest Service and ADNR, which would approve and oversee implementation of the final reclamation plan. As required by the ADNR Title 41 permit, downstream fish passage would have to be provided at closure from Upper Slate Lake through Lower Slate Creek to East Fork Slate Creek below the lakes. Upstream fish passage would not be restored from East Fork Slate Creek below Lower Slate Lake to Lower Slate Lake.

The existing Jualin access road would be maintained as the primary access to the mine under Alternatives B, C, and D. The road would be upgraded as needed to suit construction and operational requirements and extended from Jualin to the proposed mine portal using appropriate Forest Service BMPs. This road has two stream crossings over Johnson Creek. Existing bridges would be upgraded. Construction would be consistent with Forest Service standards and guidelines (TRAN214), including the use of erosion control and stabilization measures. The installation or improvement of the bridges would also be done under ADNR Title 41 permits that would address impacts on fish habitat.

*Water Withdrawal*

Under Alternatives B, C, and D an infiltration gallery is proposed for installation in Johnson Creek near Jualin. The infiltration gallery would consist of a perforated pipe placed in gravel adjacent to the stream. Water would flow from a pipe into a sump and then be pumped into a 300,000-gallon freshwater tank. Water withdrawal would require approximately 0.3 cfs under Alternatives B and D and 0.52 cfs under Alternative C from Johnson Creek. These withdrawals would follow instream flow requirements developed by ADF&G and authorized under a water right issued by ADNR. Adherence to the requirements should minimize adverse effects associated with flow reductions. Withdrawals could be restricted during periods of critical flow.

Some short-term impacts on the stream channel would likely occur during installation of the infiltration gallery in Johnson Creek. BMPs should minimize these impacts, but the loss of macroinvertebrates and other aquatic insects would likely occur. As previously indicated, macroinvertebrate species would likely recolonize any areas affected by stream crossings. No studies are available on the presence of fish in this portion of Johnson Creek (Kline, 2003a). If fish are present, the installation of the infiltration gallery would likely have little direct impact on them, and downstream impacts from sediment deposition would probably not occur because sediment would be quickly flushed from the system.

*Water Quality*

**Stream Discharges.** Under Alternatives B, C, and D, surface water collected from the Kensington waste rock disposal area would be diverted into the sediment ponds (Figure 2-4) and ultimately discharged to Sherman Creek. This discharge would need to meet water quality-based discharge

limits established under the NPDES permit. Because these discharge limits are designed to protect aquatic life, adherence to these criteria should prevent impacts on aquatic organisms in the drainages.

As noted previously, it is assumed that all aquatic life in the TSF would be lost during operations under Alternatives B, C, and D. Test data show that the deposited tailings at closure would not be a source of metals and other pollutant releases to the water column in the lake. The minimum water depth of 9 feet over the tailings should minimize any potential for long-term releases of metals. As a result, post-closure water quality should be comparable to pre-operational water quality and support the restoration of fish and macroinvertebrate populations.

*Accidental Spills.* Tailings would move from the process area to the TSF through a slurry pipeline. The potential for a spill from the pipeline to reach the Johnson Creek, Slate Creek, or Spectacle Lake drainages would be limited in that the pipeline would be adjacent to a bermed haul road. The distance between the tailings pipeline and Johnson Creek would further reduce the potential for a tailings spill to affect Johnson Creek. Any spill in the Slate Creek drainage would occur within the drainage area contained by the TSF and thus would not produce impacts outside the TSF area. A spill from the small segment of pipeline that crosses the Spectacle Lake drainage basin could result in tailings reaching surface waters. If a spill of tailings were to reach surface waters, the potential impacts would be similar to those described under Alternative A.

Under Alternatives B, C, and D, the mine would be developed using the existing roads in the Sherman Creek drainage. Therefore, fuel and supplies would be temporarily transported over this route until the Johnson Creek road was improved. As identified under Alternative A, fuel and process chemicals would be transported by truck throughout the operation of the mine. Although spill containment equipment would be located at several sites and available for rapid deployment, chemicals or fuel could enter Sherman Creek (while facilities are being constructed), Slate Creek, Johnson Creek, or tributary drainages. Results of an event of this nature would be similar to those discussed under Alternative A.

The probability of a fuel truck accident and spill is 0.04 percent (1 in 2,500) per year or 0.4 percent (1 in 250) over the life of the project (estimated to be 10 years under these alternatives). The maximum consequences of a spill of this nature would be up to 6,500 gallons of diesel fuel spilled into Lower Sherman, Johnson, or Slate Creek. Under Alternatives B, C, and D, however, the relative spill volumes would be lower than those under Alternatives A and A1 due to use of isotainers. The probability of a tailings pipeline accident and spill is 0.3 percent per year (1 in 520) and 3 percent (1 in 32) over the project life. The maximum consequences of a spill would be 270,000 gallons (2.65 tons) of tailings slurry spilled into the drainages.

### Sedimentation

Sediment resulting from road construction and improvement and, to a lesser extent, from mine operation could be carried into the Slate and Johnson creek drainages. Impacts on the stream systems from these relatively minor amounts of sediment from construction-related activities would be similar to those described under Alternative A.

Under Alternatives B, C, and D tailings would be deposited subaqueously into the TSF. AScI Corporation (2000a, 2000b) conducted habitability tests using several amphipods on shallow and deep Lower Slate Lake sediments, a control lake sediment, and sediment composed of Kensington Mine tailings. AScI Corporation (2000a, 2000b) conducted tests using *Hyalella azteca* and *Chironomus tentans* in the various sediments to determine effects on survival, growth, emergence, and egg production. Results of the habitability tests on *Hyalella azteca* indicated the control lake

sediments and Lower Slate Lake sediments (both shallow and deep) supported acceptable growth as defined by weight and length. The tailings sediment sample caused a statistically significant reduction in the survival of *Hyalella azteca* when compared with the control lake sediments and Lower Slate Lake shallow and deep sediments. Specifically, the survival of *Hyalella azteca* was as follows:

- 83 ± 13 percent in control lake sediments
- 76 ± 22 percent in Lower Slate Lake deep sediments
- 62 ± 28 percent in Lower Slate Lake shallow sediments
- 5 ± 8 percent in tailings sediments

The suggested USEPA minimum survival rate of *Hyalella azteca* for a 28-day sediment exposure is 80 percent. The effect of the tailings sample on *Hyalella azteca* reproduction could not be determined because of low survival in the tailings sample after 28 days.

Results of the habitability tests on *Chironomus tentans* indicated that the control lake sediments, Lower Slate Lake sediments, and tailings supported acceptable 20-day growth. Samples from shallow Lower Slate Lake and deep Lower Slate Lake and tailings samples supported emergence rates of 85 percent, 53 percent, and 43 percent, respectively, showing a statistically significant reduced emergence rate of *Chironomus tentans* when compared with the control lake sample and shallow Lower Slate Lake sediments. USEPA recommends a minimum endpoint of 50 percent for emergence.

These results indicate that mortality of and reproductive effects on *Hyalella azteca* and *Chironomus tentans* that attempted to recolonize the deposited tailings would occur as a result of subaqueous tailings deposition in the TSF. It is likely that similar effects on other macroinvertebrates and aquatic insects would occur. Appendix C shows that the sediment is not toxic to fish populations. However, the reduced number of macroinvertebrate and aquatic insect forage species might indirectly affect post-deposition fisheries populations. As discussed previously, it is assumed that the majority of the fish and other aquatic life in Lower Slate Lake would be lost during operations as a result of tailings disposal. Some individuals might survive, but limited food sources and the lack of suitable habitat as the lake elevation rose appear to be the major limiting factors.

At closure, the shallow aquatic habitat that is not covered by tailings should support near-term restoration of the macroinvertebrate and fish populations in the lake. Modeling shows that the tailings would not generally resuspend and redeposit over the natural sediment areas (Appendix C).

Finally, some uncertainty is associated with these analyses, including the tailings toxicity test results. Reasonable "worst-case" assumptions, however, have been made here and in Appendix C in presuming that all aquatic life would be lost in the TSF during operations and that the tailings would not support macroinvertebrates after closure (Tetra Tech, 2003b). As additional test and operational data became available, the mine operator would modify tailing deposition procedures and the reclamation plan to maximize opportunities for improving aquatic resources in the lake.

### 4.9.4 *Effects of Alternative B*

The same indicators as described under Alternative A were used to evaluate potential impacts under this alternative. Potential impacts related to the integrity of freshwater habitat in the TSF, water withdrawal, accidental spills, and sedimentation are described in Sections 4.9.1 through 4.9.3. No impacts on Upper Slate Lake aquatic resources are predicted under Alternative B. Additional effects on freshwater habitat and water quality might occur as described below.

The use of Berners Bay by humpback whales becomes more irregular after the eulachon and herring spawning season, and the use of the area by Steller sea lions drops significantly (USFWS, 2003; Womble, 2003, personal communication; Siegler et al., 2003). The potential for impacts on humpback whales and Steller sea lions as a result of construction activities outside the March 15 through June 15 window would be further reduced by a stipulation proposed in the USACE's Section 404 permit. The stipulation would require the operator to cease in-water activities such as dredging and pile driving when Steller sea lions or humpback whales were observed within 1,000 feet of the activity.

Harbor seals (including pups and molting seals) have been documented hauling out in large numbers within the bay later into the summer (ADF&G, 2004, unpublished data). Most of the seals documented at this time were observed near the mouths of the Antler and Lace rivers, although they are also noted to haul out off the rocky point adjacent to Slate Creek Cove and at Point Bridget on the east side of the Bay. Dock construction activities at Slate Creek Cove during August would likely affect seals using the rocky point near cove: however, it is unclear whether seals hauled out at the mouth of the Antler and Lace rivers would be affected during construction because they would be some distance from it.

***Operations.*** During most of the year, regular operations would include three to five daily round trips by the crew shuttle boat between Cascade Point and Slate Creek Cove, plus four barges per week docking in Slate Creek Cove. To reduce potential impacts on marine mammals, the operator's transportation plan (Appendix E) calls for restricting the number of daily shuttle boat trips to two to three per day during the April–May spawning runs of eulachon and herring. The operator would also limit barge traffic to the extent possible. The operator has proposed to fund a NMFS-trained observer to ride on the crew shuttle during the April–May time frame to determine the best routing between the two terminals to further minimize impacts on marine mammals. The crew shuttle and barge operations would need to comply with NMFS guidelines for approaching marine mammals. Adherence to the proposed practices should minimize the disturbance to Steller sea lions, as well as humpback whales. The *Biological Assessment/Biological Evaluation (BA/BE) for Threatened, Endangered, and Sensitive Wildlife Species, Kensington Gold Project*, presented as Appendix J, is under review with NMFS and contains a detailed description of potential impacts on marine mammals from vessel noise and operations. The BA/BE also includes additional mitigation measures to reduce potential impacts.

The effects from vessel traffic and noise on wildlife vary in different species and situations. Pinnipeds as a group are known to startle at noises. Porter (1997) observed Steller sea lions in Southeast Alaska startling and fleeing for a wide variety of reasons, such as helicopter overflights, bird flybys, and the presence of humans. Sea lions fleeing haulouts have fairly predictable behaviors once they gain safety and often return within 2 hours (Porter, 1997). The potential impact of cruise ship noises on local humpback whale populations in nearby Glacier Bay continues to be a subject of research and concern. What is clear from the Glacier Bay research is that humpback whales often move away from approaching vessels and may respond to vessel noises with aerial or vocal threats (Baker et al., 1982; 1983; Baker and Herman, 1989).Steller sea lions and harbor seals may habituate to strong noise signals. The failure of acoustical harassment devices ("seal bombs" and pingers greater than 200 decibels [dB]) to keep seals and sea lions away from aquacultural facilities or fishing equipment is an indication of habituation (Mate and Harvey, 1987; Myrick et al., 1990). While research off Cape Cod has shown that in some cases, humpback whales have acclimated to vessel noise (Watkins, 1986) continuing research on the interaction between humpback whales and cruise ships in Glacier Bay has yet to show that humpback whales in Southeast Alaska inland waters are able to habituate to vessel noises. Noise and traffic associated with operations outside the eulachon and herring spawning period could affect the occasional humpback whale or Steller sea lion using the

area but would be more likely to affect the harbor seals using the rocky point east of the proposed Slate Cove dock facility.

Potential collisions with whales and other marine mammals during crew shuttle and barge operations in Berners Bay are possible; however, mitigation measures that would reduce the speed of the crew shuttle boat have been proposed. A reduction in the speed of the crew shuttle would reduce the likelihood for collisions and lower the noise level coming from the vessel both above and below water. Barges hauling supplies to and concentrate from the mine regularly would not be likely to affect whale distribution in Berners Bay. These vessels would operate at low, constant speeds and at regular intervals (three or four times per week) and would be prohibited from approaching within 100 yards (50 CFR Part 224 Regulations governing the approach to humpback whales in Alaska). Steller sea lions are very mobile and alert animals. It is very unlikely that they would be susceptible to strikes from vessels, especially the slow-moving crew shuttle and barges.

In Summary the project operations could cause effects on individual marine mammals due to moise and/or physical disturbance. As documented in the BA/BE, the mitigation measures expected to be included in federal, state, and local permits will minimize these effects and no adverse impacts are predicted.

*Spills.* The fate of petroleum hydrocarbons after a spill was discussed previously in this section, along with the fact that the probability of a spill is very low. If a spill large enough to result in water column contamination were to occur, marine fish would take up petroleum hydrocarbons from water and food. However, within a few days after exposure, aromatic hydrocarbons are oxygenated into polar metabolites and excreted. For this reason, most fish do not accumulate and retain high concentrations of petroleum hydrocarbons, even in heavily oil-contaminated environments. They are, therefore, not likely to transfer them to predators (Neff, 1990). Furthermore, marine carnivores are generally inefficient assimilators of petroleum compounds in food. Because primary prey species are able to release hydrocarbons from their tissues (Neff and Anderson, 1981), biomagnification does not occur.

Infrequent leakage of hydrocarbons from normal crew shuttle use could be expected to occur at the marine terminals or en route between them. However, considering the likely low levels of hydrocarbons that would result from such minor leakage, adverse effects on marine mammals using Berners Bay are not expected to occur. The potential effects from a spill on humpback whales and Steller sea lions are discussed in greater detail in Appendix J.

*Fish*

*Construction.* Construction windows would be established in the USACE Section 404 permits and/or ADNR's tideland leases to prohibit in-water construction activities for marine facilities at Cascade Point or Echo Cove and Slate Creek Cove between approximately March 15 and June 15. Such a prohibition would prevent any adverse effects on migrating juvenile salmon and spawning of herring and eulachon.

Assuming construction occurred outside the March through June window, some loss of prey resources would occur during the construction and periodic maintenance dredging of the mouth of Echo Cove under Alternative C (see Figure 2-11). Because the area around Slate Creek is naturally turbid from glacial runoff much of the year (Stekoll, no date b), additional turbidity from construction of the Slate Creek marine terminal would likely have little effect on normal site conditions. Effects on other salmonids (e.g., chum salmon, coho salmon, sockeye salmon) are likely to be similar to or less

than effects on pink salmon because the former are less dependent (with the possible exception of chum salmon) on the nearshore area where the greatest effects would occur.

Some avoidance of the construction area might occur during dredging because of turbidity. Using BMPs during dredging would reduce turbidity. Some short-term loss of site-specific herring food sources could occur due to benthic disruption from fill and dredging because juvenile herring often feed extensively on benthic copepods (Simenstad et al., 1979). However, pelagic food sources (zooplankton), which are also commonly eaten (Emmett et al., 1991), would not be disrupted, supplying an alternative food source.

Installation of pilings at all the proposed marine terminals could have short-term direct adverse effects on nearshore rearing fish (e.g., herring, juvenile salmon) as a result of pressure waves associated with pile driving. Metal piles in particular have been linked to adverse effects on fish. Impacts on fish include localized behavior modification and, in worse cases, hemorrhage and rupture of internal organs resulting in direct mortality (Longmuir and Lively, 2001; Stotz and Colby, 2001 as cited in Tetra Tech FW, 2003; and Feist et al., 1996). However, methods are available to reduce or eliminate these impacts, including timing installation when major fish resources are not present and using low-noise methods of pile driving. These mitigation measures would be incorporated into the USACE Section 404 permits and/or ADNR's tideland leases

Construction of the breakwater for the Cascade Point marine terminal could result in the permanent loss of approximately 350 feet of shoreline spawning habitat used by Pacific herring. Herring often spawn directly on marine macrophytes such as kelp and eelgrass, but they also use other substrates, including rocks (Robinson et al., 1996; Brown and Carls, 1998; ADF&G, 2003). The fill at the Cascade Point terminal could also indirectly affect spawning habitat by producing modified currents. Although prespawning herring schools have been observed in Echo Cove (ADF&G, annual spawning survey notes), no reported spawning habitat is present in Echo Cove (Moulton, 1999); therefore, herring spawning success would not likely be affected by construction at the Echo Cove site.

*Operation.* The breakwater at Cascade Point could interfere with tidal flushing and passage of fish during periods of low (and lower high) tides and consequently have a minor impact on EFH. This is most likely to affect juvenile salmonids, especially during the spring (April–June) when salmon fry are cruising near shore to feed and avoid predators. This impact would be temporary because the area between the shore and the breakwater would be inundated during high tides. No breakwater would be present at Echo Cove, so similar effects would not occur there under Alternative C. Traffic at the Cascade Point facility would not have adverse effects on fish because use of the dock would be reduced during the critical herring spawning period. Lack of fuel storage and the use of BMPs during fueling and maintenance operations would likewise minimize the potential for operation-related effects.

Eulachon gathering prior to spawning in the general vicinity of the Slate Creek Cove marine terminal prefer to congregate in deeper water before heading into fresh water to spawn. The reduced number of crew shuttle trips and barge deliveries during this period, combined with eulachon's preference for deeper water, would minimize the potential for impacts on this species from shoreline facilities. Operations at other times of the year would not affect fish in the vicinity of the terminal.

*Noise.* The noise of crew shuttle boat traffic could have short-term adverse effects on schooling fish within Berners Bay. The reaction of fish to in-water sound is dependent on both the frequency and amplitude because different species have different detection capabilities (Hawkins, 1981, as cited by Nestler et al., 1992; Schwartz and Greer, 1984). Herring are known to modify their location in the water column upon the approach and passing of motorized vessels (Vabo et al., 2002; Misund et al., 1996; Freon et al., 1993). Schwarz and Greer (1984) observed that herring response to the sounds of

various boat types was short-lived when noise levels decreased (as in a boat departing from the region) or stopped and that herring typically returned to their previous behavior in less than 10 seconds. Vabo et al. (2002) found dispersal of fish relative to the path of a large vessel (200 feet) to be short-term (less than a minute prior to the vessel's passing directly over herring schools). Juvenile herring showed less response to vessels than adults, with no avoidance below a depth of 210 feet (Vabo et al., 2002). Misund et al. (1996) found that reaction of herring to a boat ranged from 75 to 3,300 feet directly in front of the boat path but was confined to those fish within a fairly narrow width, within about 20 degrees of the boat's path. Furthermore, only about 20 percent of the herring schools encountered reacted to vessel noise (Misund et al., 1996). Finally, attempts at using noise to cause herring species to avoid areas have often proved partly or totally ineffective (Nestler et al., 1992).

Similar information is not available for eulachon, but capelin, another marine smelt species, have also been observed to move when motorized vehicles approach. For capelin, avoidance of vessel noise was noted to a depth of 360 feet (Olsen et al., 1983). Eulachon adults are most abundant in the 90-to 240-foot depth range while they congregate in Berners Bay prior to their migration for spawning up the local rivers (Sigler et al., 2003; Sigler, 2004, personal communication). The majority of eulachon, based on acoustic density, occur near the river mouths (Berners River Gully) away from the crew shuttle route, although high densities have also been observed in Slate Creek Cove.

The crew shuttle boat schedule could result in some level of disturbance up to six times a day (assuming three round trips) between Slate Creek Cove and either Cascade Point or Echo Cove during the spawning runs of herring and eulachon. Considering a rapid crossing of Berners Bay, active avoidance by some individuals would likely occur for less than 2 minutes each trip. Assuming that an individual fish remained within the crew shuttle route all day, overall disturbance (that is, induced reaction) would occur for a maximum of about 12 minutes a day. During normal operations, the maximum period of disturbance would be approximately 20 minutes per day. Noise from the crew shuttle boat would be most likely to affect fish in the upper 300 feet of water. The actual dispersion would occur over a narrow width, based on the observations noted above. Adverse effects on populations of prey resources along the crew shuttle route would be none to slight considering that the size of the area affected is small, the duration is limited, and only some of the prey species would react. Furthermore, fish would naturally move in and out of the area where noise would be encountered and the area could be reoccupied following passage of the vessel. Finally, some acclimation to the noise could occur. The effects of noise on prey species might be slightly greater near the crew shuttle terminals.

The potential effects of boat and dock noise on herring spawning activity near Cascade Point are unknown. The limited trips during spawning would result in infrequent boat noise, and the breakwater would reduce noise transmission directly from the Cascade Point dock area to the potential spawning area to the north. As noted above, not all herring respond to noise, and herring have been observed to resume their normal behavior rapidly (within seconds or minutes) following cessation or diminishment of the noise. If, as is further expected, the state's tidelands lease requires no use of the Cascade Point marine terminal during herring spawning, no boat and dock noise effects on herring spawning are predicted.

***Effects on Habitat.*** Juvenile pink salmon are more dependent on the shallow habitat in the vicinity of the proposed marine terminals for rearing habitat compared to other salmon species and would therefore be more likely to be affected. Although some nearshore bottom area would be filled by the breakwater (1.3 acres) at Cascade Point, the ultimate result would be an extension of shallow water habitat (typically less than 3 feet deep) along the entire edge of the breakwater. Juvenile pink salmon typically use water less than 3 feet deep. Although the dock at Echo Cove would not affect shallow

habitats, the dredging necessary at the mouth of Echo Cove under Alternative C would reduce the amount of shallow habitat in dredged areas.

During operations, prop wash in the area in the immediate vicinity of the crew shuttle docks could disturb the bottom over a very limited area. Shading from the docks, especially the floating portions, at all piers would also reduce some nearshore food production of benthic and epibenthic organisms (Nightingale and Simenstad, 2001) over a very limited area.

The addition of the breakwater at Cascade Point might improve usable habitat conditions on the shoreline side by reducing high-energy waves and increasing current complexity. Juvenile pink salmon often congregate in irregular shoreline areas with complex eddies, which might have concentrated levels of zooplankton and provide shelter from wind-generated waves and currents from strong tides (Groot and Margolis, 1991). Juvenile pink salmon are also known to prefer quiescent shoreline waters and have an affinity for small embayments, including marinas (Nightingale and Simenstad, 2001). Therefore, habitat conditions in parts of the shoreline inside the breakwater might be desirable rearing habitat because of the increased protection from waves. No similar habitat changes would occur in Echo Cove if Alternative C were selected. Potential for the accumulation of low levels of hydrocarbons resulting from fueling or vessel maintenance are not expected to be of concern based on the BMPs required by the CBJ's Conditional Use Permit (see Appendix I).

Some spawning habitat for Pacific herring at Cascade Point might be permanently lost due to construction of the breakwater at Cascade Point under Alternatives B and D, as noted above. This would include 1.3 acres of fill and 1.6 acres of dredging. However, the breakwater could be designed to enhance establishment of kelp or vegetation to mitigate for the loss of kelp. Historically, herring spawning of this stock (Lynn Canal stock) included areas from (at least) Auke Bay to Point Sherman (north of Berners Bay) (Moulton, 1999; McGregor, 2003, personal communication). With a reduction in abundance, spawning of this stock has appeared to occur in fewer locations, including regions on the east side of Berners Bay, Point Bridget, and some areas north of Point St. Mary (Cantillon, 2003, personal communication). Herring spawn within Berners Bay has been observed over 2 to 10 miles of shoreline (McGregor, 2003, personal communication). Use of the bay for spawning has not been consistently documented, but during 7 of the past 30 years, including 3 of the past 20 years and 2 of the past 10 years, spawning has included Cascade Point (Juneau Area Herring Spawning Surveys and Activities and other summary memoranda; ADF&G, multiple years). It should be noted that the lack of documentation on spawning at a particular area does not mean that spawning did not occur. The frequency and location of surveys have varied over the years, and some spawning periods and locations might have been missed.

If the filled and dredged area at Cascade Point was entirely lost for spawning, approximately 350 feet of shoreline would be affected. Potential nearshore current changes from the addition of the breakwater could also affect the spawning habitat (Nightingale and Simenstad, 2001). The overall effect of this loss of herring spawning habitat has not been agreed upon within the scientific community. Some studies document fidelity to spawning sites by herring (Emmett et al., 1991), whereas others indicate movement among sites (NMFS, 2001). There is also a general homogeneity of herring stock genetics, indicating mixing among stocks during spawning. Emmett et al. (1991) noted that there is no correlation between the number of eggs spawned and the adult population size because other factors affecting egg and early larval survival appear to be major events influencing population sizes. However, ADF&G uses spawn abundance as part of an overall model to estimate herring production in Alaskan waters (Fogels, 2004, personal communication). Moulton (1999) noted varied correlations between shoreline development and herring stock status in Puget Sound. He found that some stocks decreased while others increased in areas with extensive shoreline development; in some areas with low shoreline development, stocks also decreased. Locally, the absence of herring

spawning in Auke Bay has followed intensive shoreline development in the area (McGregor, 2003, personal communication)

The presence of a breakwater at Cascade Point might result in some increase in usable rearing habitat for herring. Like pink salmon, juvenile herring are found in protected areas, such as protected bays and marinas, in abundance (Nightingale and Simenstad, 2001). In marina studies conducted in the state of Washington, herring were found to be the most abundant species. The presence of the breakwater would increase some protected water habitat similar to that found in marinas. The environment would not change in a similar manner under Alternative C because no breakwater would be constructed in what is already a protected (low-wave-energy) environment. At Cascade Point, the floating docks would serve as a support for kelp that could be used by herring for spawning (Nightingale and Simenstad, 2001). Increased predation in marina areas with piers, floats, riprap, and pilings has not been documented, although it is considered an area of concern (Nightingale and Simenstad, 2001). The over-water structures (piers) lower light levels, reducing potential food production and possibly the feeding success of some fish (Nightingale and Simenstad, 2001). Galvanized steel pilings for the dock would eliminate concerns about creosote contamination from treated wooden pilings, and BMPs, as noted above, would be employed for fueling and maintenance operations at Cascade Point to minimize the potential for hydrocarbon contamination.

The operation of the dock facility at Slate Creek Cove is unlikely to affect the migration of adult eulachon returning to spawn because they are usually found schooling near the bottom in deeper water except at slack tide. Dock pilings might be present at depths eulachon pass through; however, they would not impede migration. Similarly, juvenile eulachon primarily use deep water habitats and would not be likely to be affected by the dock structures.

*Effects on Migration.* Migration patterns of juvenile pink salmon fry and, possibly to a lesser degree, other salmon fry could be affected by the changes in shoreline area at both Cascade Point and Slate Creek Cove, and to a lesser degree in Echo Cove. However, the areas involved are small compared with the overall surface area of Berners Bay. Marina studies indicate that juvenile salmonids, particularly small pink and chum salmon (less than 2 inches in length), typically remain along the shoreline when migrating. Larger juveniles begin to move away from shorelines. At some marinas in Washington, early emerged fry follow the shoreline breakwater edges but are absent along detached breakwaters on the offshore side of marinas (Weitkamp, 1981). The presence of shadows under piers may also inhibit migration. Generally the shorter the distance and lighter the area, the less inhibition there appears to be on movement under piers. Although there is some attraction to pilings and potential food sources, juvenile schools of pink and chum salmon have been found to delay migration or move out around the end of piers (Nightingale and Simenstad, 2001).

The gap between the breakwater and the shoreline included in the design of the Cascade Point breakwater would permit fish movement in 2 feet of water about 12 percent of the time. Passage would be possible at shallower depths up to 24 percent of the time (Kline, 2003). During other periods, fish migration would be delayed or could proceed along the perimeter of the breakwater. The typical delay would be less than a day. These limitations would not occur at Echo Cove because there would be no breakwater. The large spacing between pilings and relatively narrow nearshore piers at Cascade Point and Echo Cove would reduce the delay effects associated with the piers. No documentation exists as to the effect on fish survival of any delay caused by piers (Nightingale and Simenstad, 2001; Simenstad et al., 1999).

*Effects on Predation.* Increases in predation could occur if juvenile pink salmon migrate along the breakwater at Cascade Point. Fish migrating around the breakwater would be closer to deepwater habitat than those remaining on the shoreline, which could harbor predators. Because the breakwater

structure would be similar to, although steeper than, the steep, rocky shoreline north of Cascade Point, the breakwater is not expected to increase the extent of predation.

The potential for increased predation exists at Cascade Point, Slate Creek Cove, and Echo Cove around piers because predators are often attracted to such structures. However, increases in predation or reduction in survival from fish movement around or under piers have not been documented (Nightingale and Simenstad, 2001; Simenstad et al., 1999).

*Spills.* The most likely source of potential impacts on fish would be accidental spills. As discussed previously, accidental spills would be more likely to occur at Slate Creek Cove than at Cascade Point or Echo Cove because of material loading and offloading. Although the risk is lower at Cascade Point and Echo Cove because of the lack of boat-to-shore material transfers, fueling activities at Cascade Point or Echo Cove would have a potential for spills. The implementation of fuel storage and fueling BMPs at these sites would greatly reduce any chance of accidental diesel fuel spills. However, if a spill were to occur, the consequences could be serious, depending on the size and timing. Based on the record of the Alaska Marine Highway System ferry operations in Lynn Canal, which has had no in-water fuel spills (URS, 2004a), chances of spills associated with crew shuttle operations would be low no matter which alternative is selected.

A spill occurring during the April–May eulachon spawning run would expose the greatest number of individuals. As discussed above, eulachon prefer deeper water and would not necessarily be adversely affected by a small spill in the Slate Creek Cove area. However, a spill of sufficient magnitude could prevent them from reaching spawning grounds in the Antler and Berners/Lace rivers. A large spill could also taint the flesh of the eulachon over the short term and subsequently have a negative impact on Steller sea lions. Spills at other times of the year could also taint the flesh of salmon or other fish species present and therefore have a negative impact on commercial and recreational fisheries in Berners Bay.

In other seasons spills would have fewer potential adverse effects on fish resources. Based on winter tow net sampling, some juvenile eulachon and capelin are known to be present in the bay during periods other than spring and summer (Sigler, 2004, personal communication). However, their abundance would be much lower than that during the spawning season, and most juvenile eulachon would be expected to disperse beyond the bay by the end of summer (Hay and McCarter, 2000). Also, as noted above, fish are less oriented near shore or near the surface, where any concentrations of petroleum products would be highest. The use of isotainers and implementation of BMPs would curtail chances of major spills and adequately protect against petroleum discharge levels that would cause adverse effects. A monitoring plan would be initiated to help ensure that adverse effects would not occur from petroleum leaks (see Mitigation and Monitoring, Section 2.5)

Pink salmon are sensitive to oil during both spawning and early rearing (Rice et al., 2001). Early stages, however, appear to be less sensitive than those of Pacific herring to oil in the environment. Considering the likely low levels and infrequent nature of minor leakage from the shuttle boat under normal usage, adverse effects on pink salmon would not result from normal operations at any facility.

Among local fish stocks, the Pacific herring stock is of greatest concern for effects of hydrocarbon releases. This stock has ecological significance, is already depressed, and would have several life stages present in Berners Bay at or near the Cascade Point marine facility, which would be close to spawning areas. Pacific herring are a major prey source for many marine species. Reductions in the already depressed Lynn Canal population could therefore affect other resources in the greater Lynn Canal region, including salmon and marine mammals. Potential effects on herring would be less at

Echo Cove because it does not contain herring spawning areas, and spills would be more likely to remain confined in the cove due to low flushing.

A large release of petroleum to the environment could result in concentrations of petroleum compounds at levels that would adversely affect Pacific herring. The greatest concern would be from spills at Cascade Point because of its proximity to herring spawning areas, although the CBJ Conditional Use Permit prohibits fueling at Cascade Point during herring spawning activity. If, as expected, the state tideland lease requires no fueling at Cascade Point from the beginning of spawning through egg hatching, effects would be further minimized. Under Alternative C, fueling would be of less concern because Echo Cove is not near a spawning area and a spill could be more easily contained. If a spill occurred during a salmon fishery in Berners Bay, tainting of some fish might occur. Direct commercial salmon fishing in Berners Bay is limited to a few days at a time with some years having no commercial fishing directly in the bay, reducing the potential for direct effects on this fishery. Although the percentage of the total salmon harvest affected would be small, the stigma of potential tainting could have significant effects on the fishery as a whole (Baker et al., 1990). Tainting of other fish or shellfish (e.g., Dungeness crabs) could also occur depending on the size and location of such a spill. The discussion of herring in the BA\BE (Appendix J) includes a detailed literature review of the effects of hydrocarbons on fish.

*Essential Fish Habitat Assessment*

The Forest Service consulted with NMFS regarding the Essential Fish Habitat (EFH) Assessment (Appendix B). The assessment concluded that the proposed actions near freshwater systems would not have adverse effects on EFH. However, the proposed marine actions could have short-term adverse effects on EFH for some groundfish and salmon. In addition, some long-term adverse effects on EFH, though not substantial, might occur from pier placement within Berners Bay, particularly from construction of the Cascade Point pier site and associated breakwater. In addition, potential hydrocarbon leaks increase the potential risk to EFH and species that depend on this region within Berners Bay.

### 4.10.4 Summary

Table 4-17 summarizes the impacts of each alternative on marine water aquatic resources.

**Table 4-17
Summary of Impacts on Marine Aquatic Resources for All Alternatives**

| Impact | Alternative A | Alternative A1 | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|---|
| Water quality | *Construction:* Temporary increases in sediment and turbidity resulting from dredging. The cobble beach limits the extent of fine materials that could be disturbed. | Same as Alternative A. | Temporary increases in sediment and turbidity at Slate Creek Cove and Cascade Point for fill (both locations and dredging (Cascade Point). | Temporary increases in sediment and turbidity at Slate Creek Cove and Echo Cove. Larger-scale dredging required at Echo Cove would produce more turbidity than at Slate Creek Cove or Cascade Point. | Same as Alternative B. |
| | *Operations:* No anticipated impact under normal operations. | Same as Alternative A. | Same as Alternative A. | Occasional maintenance dredging of Echo Cove would temporally increase turbidity. | Same as Alternative A. |

The reclamation plan approved for Alternative A would restore approximately 98 acres of wetlands. Emergent wetlands would be established within the DTF diversions, the till borrow area, and sand and gravel borrow pits. To the extent possible, the haul roads, process area, laydown areas, and areas used for stockpiles would also be reclaimed as wetlands. Due to the topography of these areas, wetlands developing in these areas would likely be of the forested or scrub-shrub type. A similar number of wetland acres would be restored under Alternative A1.

*Functional Losses.* The construction of the DTF in the terrace area would result in the permanent loss of over 100 acres of palustrine forest and palustrine scrub-shrub wetlands. Functional values for these wetlands are medium for wildlife habitat, production export, and flood flow alteration. The production export function is limited in the terrace area because intermittent streams drain the area. For the same reason, wetlands in this area possess low functional value for riparian support. Their position in the landscape results in lower values for groundwater recharge than similar wetland types higher in the watershed would demonstrate. The DTF would be reclaimed as an upland at closure. Because wetlands in the terrace area are primarily forested (as opposed to emergent), some of the lost functions, such as wildlife habitat, might be replaced, assuming a viable forest was successfully established following reclamation of the DTF. However, the establishment of a forest on the DTF that would provide a wildlife habitat of similar quality to that which currently exists would take tens of years. The establishment of emergent wetlands in the diversions around the DTF would provide diversity in the structure of the reclaimed ecosystem. Because emergent wetlands could be established much more quickly than forested types, these wetlands could provide high values for nutrient cycling and sediment/toxicant retention in the post-reclamation environment, particularly in the early years following reclamation of the DTF.

The functions and values provided by wetlands in the vicinity of the process area and borrow areas would be lost during construction and operations. Functions of the emergent wetlands (e.g., sediment retention, nutrient export, and wildlife habitat) would be restored relatively quickly in the areas used as borrow areas following reclamation because the structure of the vegetation in these wetlands is simple and the plants would grow quickly. Functions associated with the remaining forested wetlands (e.g., wildlife habitat and production export) would recover more slowly, reflecting the time it would take for trees and shrubs to become reestablished in the reclaimed areas. Some of the nutrient inputs to Sherman Creek provided by wetlands disturbed by construction and operation of the project would be lost until wetlands were reestablished; however, long-term effects on the riparian wetlands along Sherman Creek would not be expected because large areas within the drainage would remain undisturbed. The Sherman Creek riparian wetlands would not be expected to suffer a noticeable loss in function because a buffer strip would be maintained, except in the immediate vicinity of crossings and the wastewater treatment ponds.

### Effects Common to Alternatives B, C, and D

Construction of the process area, TSF, tailings pipeline access road, and marine terminals would affect wetlands under each alternative. Impacts would include excavation and burial. Approximately 38 acres of wetlands would be filled during construction of the process area within areas identified as disturbed upland. However, because this area contains wetland inclusions, it is considered wetlands for purposes of this discussion. Construction of the TSF dam would require the placement of fill in approximately 4 acres of evergreen forested wetlands and 2 acres of emergent wetlands near the outlet of Lower Slate Lake. Operation of the TSF would also fill and inundate an additional 10 acres of forested wetlands and 4 acres of emergent wetlands surrounding Lower Slate Lake. These losses would be permanent, although the areas covered with tailings and inundated would become open water and have the potential to support benthic organisms and provide fish habitat following reclamation. The tailings pipeline and access road would directly affect 2.5 acres of emergent