wetlands, primarily in the vicinity of Spectacle Lake and Upper Slate Lake. Combined, the main road upgrade, the tailings pipeline access, and the cutoff spur between the main road and the pipeline access would affect 4 acres of forested wetlands, slightly more than 1 acre of emergent wetlands, and less than 0.2 acre of scrub-shrub wetlands. The direct impacts resulting from the fill for the tailings pipeline access road would persist during the duration of operations, but wetlands would be reestablished after reclamation of the road and pipeline. Direct and indirect impacts resulting from upgrading the main access road might be permanent or temporary depending on whether the state and landowners choose to retain possession of the road or remove it.

The roads could produce indirect impacts on wetland hydrology by altering flows of surface water and shallow groundwater. The extent to which these impacts would occur is difficult to determine and depends to a large extent on the type of fill material and on the effectiveness of the drainage controls along the disturbance. However, studies on roads in peat wetlands in Southeast Alaska indicate that impacts are generally limited to the immediate vicinity of the road and that the hydrologic regime recovers relatively quickly within 30 feet downgradient of the road (Forest Service, 1999; Glaser, 1999; McGee, 2000). The area most sensitive to alterations in hydrology would be where the road crossed scrub-shrub and emergent wetlands in the area between Spectacle Lake and Upper Slate Lake. These changes might not result in the transition of wetland to upland, although subtle changes in species composition could occur as the vegetation component adapts to the new hydrological conditions. The extent of any such impacts would be very limited.

Construction of the Slate Creek Cove marine terminal would affect a small amount of rocky intertidal shoreline. Most of the disturbance in this wetland type has already occurred from the construction of the existing fill structure at the beach. The Cascade Point marine terminal would require placement of fill over 1.3 acres of intertidal and subtidal habitats. The intertidal areas consist of a rocky beach with bedrock outcrops. Subtidal portions were vegetated by red coralline algae (*Lithothamnion* sp.) and green algae (*Ulva* sp.) (Stekoll, no date a). The fill would result in the permanent loss of a small amount of this habitat, although the fill would be colonized over time. Additional discussions of impacts on the marine environment are presented in Section 4.9.

*Functional Losses.* The predominant wetland types that would be affected by Alternatives B, C, and D are forested and emergent wetlands. Forested wetlands at the outlet of Lower Slate Lake received high functional ratings for wildlife habitat, carbon/detrital export, and fish habitat. They received moderate ratings for sediment/shoreline stabilization and nutrient cycling. Emergent wetlands within the vicinity of the proposed process area received moderate ratings for all functions except groundwater interchange (low). Wetlands in the vicinity of the Slate lakes and Spectacle Lake form a large forest and emergent wetland system. This area would experience approximately 23 acres of impacts under Alternative B, almost 35 acres under Alternative C, and 25 acres under Alternative D. The forested/emergent system provides high levels of wildlife habitat and moderate values for fish habitat, nutrient cycling, carbon/detrital export and sediment/toxicant retention. Of the additional affected acres under Alternative C, the inundation of 11 acres around Upper Slate Lake would occur only during the life of the project. These wetlands would be expected to reestablish once the water levels receded. Construction and operation of the TSF would result in the permanent loss of 23 acres (13.5 acres of forested wetlands and 9 acres of emergent wetlands).

The direct loss of function would result from the placement of fill, burial by tailings, or inundation. With the exception of the areas inundated by the TSF or buried by the dam, impacts on forested wetlands would remain in place through the duration of operations and would begin recovery with reclamation. The loss of the habitat function would not occur simply as result of construction and operation of the project because the presence of humans and equipment would likely affect the habitat values well beyond the direct impacts on forested wetlands. The loss of hydrologic functions

| | |
|---|---|
| Subsistence use | Section 803 of the Alaska National Interest Lands Conservation Act defines subsistence use as follows: "The customary and traditional uses by rural Alaska residents of wild, renewable resources for direct personal or family consumption as food, shelter, fuel, clothing, tools, or transportation; for the making and selling of handicraft articles out of the non-edible by-products of fish and wildlife resources taken for personal or family consumption; for barter, or sharing for personal or family consumption; and for customary trade." |
| Substrate | An underlayer of earth or rock. |
| Succession | Changes in the plant communities composing an ecosystem as the ecosystem evolves from one type to another; e.g., wetland becoming grassy meadows. |
| Sulfide | A compound of sulfur with more than one element. Except for the sulfides of the alkali metals, the metallic sulfides are usually insoluble in water and occur in many cases as minerals. |
| Sump | In the case of an underground mine, an excavation made underground to collect water, from which water is pumped to the surface or to another sump nearer the surface. |
| Surficial | Characteristic of, relating to, formed on, situated at, or occurring on the earth's surface; especially, consisting of unconsolidated residual, alluvial, or glacial deposits lying on the bedrock. |
| Synchronous | Recurring or operating at exactly the same periods. |
| Tailings | The noneconomic constituents of the ground ore material that remain after the valuable minerals have been removed from raw materials. |
| Taxa (taxon) | Any group of organisms, populations, or the like considered to be sufficiently distinct from other such groups to be treated as a separate unit. |
| Terrestrial | Of or relating to the earth, soil, or land; an inhabitant of the earth or land. |
| Thermistor | A resistor made of semiconductors having resistance that varies rapidly and predictably with temperature. |
| Threatened species | A plant or wildlife species that is officially designated by the U.S. Fish and Wildlife Service as having its existence threatened and is protected by the federal Threatened and Endangered Species Act. |



United States
Department of
Agriculture

**Forest Service**

Tongass
National
Forest
R10-MB-500b





# Kensington Gold Project

Final
## Supplemental Environmental Impact Statement

*Volume 2: Appendices A–L*

**Lead Agency**

USDA Forest Service, Tongass National Forest

**Cooperating Agencies**

US Environmental Protection Agency, Region 10
US Army Corps of Engineers, Alaska District
Alaska Department of Natural Resources





US Army Corps
of Engineers
Alaska District



**Prepared by**
Tetra Tech, Inc.
143 Union Boulevard
Suite 1010
Lakewood, CO 80228

December 2004

**Exhibit 1, page 56 of 61**

*Appendix C*

*Ecological Risk Assessment of Aqueous Tailings
Disposal at the Kensington Gold Mine*

Exhibit 1, page 57 of 61

FINAL

# Ecological Risk Assessment of Aqueous Tailings Disposal at the Kensington Gold Mine

*Prepared for:*
USDA Forest Service
Juneau Ranger District
Juneau, AK

U.S. Environmental Protection Agency, Region 10
Seattle, WA

U.S. Army Corps of Engineers
Alaska District
Juneau, AK

*Prepared by:*
Tetra Tech, Inc.
3801 Automation Way, Suite 100
Fort Collins, CO 80525

December 2004

FINAL

# ECOLOGICAL RISK ASSESSMENT OF AQUEOUS TAILINGS DISPOSAL AT THE KENSINGTON GOLD MINE

## CONTENTS

| | | |
|---|---|---|
| 1.0 | PROJECT BACKGROUND | 7 |
| 2.0 | PROBLEM FORMULATION | 11 |
| | 2.1 Ecological Resources | 12 |
| | 2.2 Contaminant/Stressor Characteristics | 16 |
| | 2.3 Conceptual Site Model | 18 |
| | 2.4 Management Goals and Assessment Endpoints | 20 |
| |     2.4.1 Primary Goals and Endpoints | 20 |
| |     2.4.2 Secondary Goals and Endpoints | 23 |
| | 2.5 Analysis Plan Overview | 24 |
| |     2.5.1 Measures of Effect | 24 |
| |     2.5.2 Measures of Exposure | 25 |
| |     2.5.3 Measures of Ecosystem and Receptor Characteristics | 25 |
| 3.0 | REVIEW OF DATA AND COPEC DETERMINATION | 27 |
| 4.0 | RISK ANALYSIS | 36 |
| | 4.1 Effects Assessment | 36 |
| | 4.2 Exposure Assessment | 38 |
| |     4.2.1 Receptors | 38 |
| |     4.2.2 Exposure Calculations | 39 |
| |     4.2.3 Bioaccumulation Factors and Exposure Point Concentration Derivation | 42 |
| | 4.3 Risk Analysis by COPEC | 43 |
| |     4.3.1 Aluminum | 44 |
| |     4.3.2 Chromium | 47 |
| |     4.3.3 pH | 49 |
| |     4.3.4 Total Suspended Solids | 50 |
| 5.0 | RISK CHARACTERIZATION | 53 |
| | 5.1 Chemical Stressors | 53 |
| | 5.2 Physical Stressors | 55 |
| |     5.2.1 Direct Effects | 57 |
| |     5.2.2 Indirect Effects | 57 |
| |     5.2.3 Recovery of Macroinvertebrates | 64 |
| | 5.3 Uncertainties | 67 |
| | 5.4 Conclusions | 68 |
| | 5.5 Monitoring, Research, and Mitigation | 70 |
| 6.0 | REFERENCES | 71 |

FINAL

### 4.3.3.2 Operational Water

Given the *de minimis* risk posed to all the receptors except sandpipers, in the worst-case conditions, there is essentially no risk posed by chromium during TSF operations. The sole potential exception is to receptors that have a high degree of sediment ingestion, such as sandpipers. This risk, however, would be largely ameliorated because tailings would be placed in deeper portions of LSL (Figure 1.3).

### 4.3.2.3 Post-Closure Water

The Rescan (2000) reactivity tests, which were designed to evaluate the short-term and long-term reactivity of the deposited tailings, indicate that chromium had a negative flux to the overlying water. Essentially this means that there was no mobility of chromium from the tailings into the water. Although these studies were carried out in seawater, the results are applicable to the freshwater TSF system as well. As indicated by the worst-case water evaluation, chromium concentrations in the tailings water would pose low risk potential to aquatic and terrestrial receptors. There would be possible risk to terrestrial receptors that consume significant amounts of tailings through sediment ingestion. However, because of the depth of tailings placement, this exposure pathway is unlikely. In addition, any exposure to sediment would decrease over time as upstream sediments and inputs of organic matter would ultimately bury the tailings.

### 4.3.3  pH

Only direct exposure of aquatic receptors to water is considered an issue for pH in the ERA. In general, the scientific literature on pH is concerned with low-pH conditions rather than high-pH conditions. As a result of the milling process, the tailings decant water has high pH levels (Table 3.1). The Gold Book (USEPA, 1986) lists a pH range of 6.5 to 9.0 for aquatic life, though there is no support provided for the upper value of 9.0. McKean and Nagpal (1991) report that a high pH (>9.5) can disrupt ammonia excretion across the gill epithelium and that a pH of more than 10.2 results in salmonid mortality.

### 4.3.3.1 Worst-Case Water

The decant water has a pH of approximately 10, which is above the protective concentration pH range of approximately 6–9 for aquatic life. Although a pH of 10 would likely pose a risk to aquatic biota in the TSF, elevated pH levels are expected to occur only in the immediate vicinity of the tailings pipe outfall and perhaps in the pore water of small spatial areas around the outfall. The LSL volume of at least 1.4 x

FINAL

$10^8$ gallons would be orders of magnitude greater than the projected daily tailings input of $2.1 \times 10^5$ gallons per day (148 gallons per minute [gpm]).

### 4.3.3.2 Operational Water

The calculated pH of the mixed operational water is 7.8 s.u. This calculation is based on (1) a monthly time step, (2) 6 million gallons of process water, (3) 140 million gallons of water in the TSF, and (4) an open system where $CO_2$ gas is able to degas ($pCO_2 = -3.5$). The pH would be somewhat lower at depth (pH = 6.7), where gas exchange with the atmosphere is not efficient ($pCO_2 = -2.5$). For the mixing calculation, the 1998 CMRI/MW analytical results for cycle 5 were used because this sample had average flow conditions and it represents typical chemistry conditions. In general, high-pH conditions would be limited to a very small spatial area in the TSF (e.g., the immediate vicinity of the tailings discharge) near the outfall. Fish have avoidance mechanisms, which would likely preclude their occurrence in the isolated areas where the pH conditions might be toxic (West et al., 1997).

### 4.3.3.3 Post-Closure Water

The pH conditions in the TSF after closure are expected to mimic the pre-TSF conditions in LSL. As discussed in the Rescan (2000) report, the tailings have relatively low sulfide levels (~0.02 percent) and when placed into a low-oxygen environment, such as subaqueous disposal, there is a low potential for generation of hydrogen ions and associated acid conditions. Based on these conditions, pH is not expected to be a long-term source of risk to aquatic receptors in the TSF.

### 4.3.4   Total Suspended Solids

There are two potential impacts from the generation of TSS during operation of the TSF. The first potential impact is from the TSS levels in the water column. The second potential impact results from deposition of the tailings. The deposited material would alter the physical habitat on the bottom of LSL and would bury macroinvertebrates and plants. There are no potential risks to terrestrial receptors from TSS.

There is an extensive literature base on the potential impacts of sedimentation and TSS concentrations in the water column. Overall, the literature indicates that salmonids are the most sensitive group of aquatic receptors and are therefore the primary focus of the majority of research conducted. Attachment D summarizes the available information and data on TSS and sediment effects, as well as the potential