Permit No.: **AK-005057-1**

United States Environmental Protection Agency
Region 10
1200 Sixth Avenue
Seattle, Washington 98101

AUTHORIZATION TO DISCHARGE UNDER THE
NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM

In compliance with the provisions of the Clean Water Act, 33 U.S.C. §1251 *et seq.*, as amended by the Water Quality Act of 1987, P.L. 100-4, the "Act",

**Coeur-Alaska, Inc.**

is authorized to discharge from the **Kensington Project** located 40 miles north of Juneau, Alaska, at the following locations:

| Outfall | Receiving Water | Latitude | Longitude |
|---|---|---|---|
| 001 | Sherman Creek | 58° 52' 04"N | 135° 06' 55"W |
| 002 | East Fork Slate Creek | 58° 49' 58"N | 134° 57' 58"W |
| 003 | Lynn Canal | 58° 51' 58"N | 135° 08' 28"W |

in accordance with discharge point(s), effluent limitations, monitoring requirements and other conditions set forth herein.

This permit shall become effective **September 1, 2005**

This permit and the authorization to discharge shall expire at midnight, **August 31, 2010**

The permittee shall reapply for a permit reissuance on or before **March 1, 2010**, 180 days before the expiration of this permit if the permittee intends to continue operations and discharges at the facility beyond the term of this permit.

Signed this **28th** day of July 2005.

/s/Michael Gearheard
Michael Gearheard
Director, Office of Water & Watersheds
Region 10
U.S. Environmental Protection Agency

# TABLE OF CONTENTS

Cover Page ........................................................................... 1

I.   LIMITATIONS AND MONITORING REQUIREMENTS ........................................ 3
     A.   Effluent Limitations and Monitoring - Outfall 001 ................................. 3
     B.   Effluent Limitations and Monitoring - Outfall 002 ................................. 7
     C.   Effluent Limitations and Monitoring Requirements - Outfall 003 ................... 10
     D.   Whole Effluent Toxicity Testing (WET) Requirements ............................. 11
     E.   Receiving Water Monitoring ................................................... 15
     F.   Quality Assurance Plan (QAP) ................................................. 20

II.  **BEST MANAGEMENT PRACTICES PLAN** ..................................... 21
     A.   Purpose ..................................................................... 21
     B.   Development and Implementation Schedule ..................................... 21
     C.   Objectives .................................................................. 21
     D.   Elements of the BMP Plan .................................................... 22
     E.   Documentation .............................................................. 23
     F.   BMP Plan Modification ....................................................... 23

III. MONITORING, RECORDING AND REPORTING REQUIREMENTS ............................ 24
     A.   Representative Sampling (Routine and Non-Routine Discharges) ................. 24
     B.   Reporting of Monitoring Results .............................................. 24
     C.   Monitoring Procedures ....................................................... 25
     D.   Additional Monitoring by Permittee ........................................... 25
     E.   Records Contents ............................................................ 25
     F.   Retention of Records ........................................................ 25
     G.   Twenty-four Hour Notice of Noncompliance Reporting ........................... 25
     H.   Other Noncompliance Reporting ............................................... 26
     I.   Changes in Discharge of Toxic Substances ..................................... 26
     J.   Compliance Schedules ....................................................... 27

IV.  COMPLIANCE RESPONSIBILITIES ............................................... 27
     A.   Duty to Comply ............................................................. 27
     B.   Penalties for Violations of Permit Conditions ................................. 27
     C.   Need to Halt or Reduce Activity not a Defense ................................ 29
     D.   Duty to Mitigate ............................................................ 29
     E.   Proper Operation and Maintenance ............................................ 29
     F.   Bypass of Treatment Facilities ............................................... 29
     G.   Upset Conditions ............................................................ 30
     H.   Toxic Pollutants ............................................................ 30
     I.   Planned Changes ............................................................ 30
     J.   Anticipated Noncompliance ................................................... 31

V.   GENERAL PROVISIONS ........................................................ 31
     A.   Permit Actions .............................................................. 31
     B.   Duty to Reapply ............................................................. 31
     C.   Duty to Provide Information ................................................. 31
     D.   Other Information ........................................................... 31
     E.   Signatory Requirements ...................................................... 31
     F.   Availability of Reports ..................................................... 32
     G.   Inspection and Entry ........................................................ 33
     H.   Property Rights ............................................................. 33
     I.   Transfers ................................................................... 33
     J.   State Laws .................................................................. 33

VI.  DEFINITIONS ............................................................... 33

Appendix A:  Maps showing sampling locations .................................... 36

# I. LIMITATIONS AND MONITORING REQUIREMENTS

During the effective period of this permit, the Permittee is authorized to discharge pollutants from the outfalls specified herein to Sherman Creek, East Fork Slate Creek, and Lynn Canal within the limits and subject to the conditions set forth herein. This permit authorizes the discharge of only those pollutants resulting from facility processes, waste streams, and operations that have been clearly identified in the permit application process.

## A. Effluent Limitations and Monitoring - Outfall 001

The permittee must limit and monitor discharges from outfall 001 as specified in Table 1, below. All figures represent maximum effluent limits unless otherwise indicated. The permittee must comply with the effluent limits in the tables at all times unless otherwise indicated, regardless of the frequency of monitoring or reporting required by other provisions of this permit.

1. Table 1

Table 1 - Outfall 001 Effluent Limitations and Monitoring Requirements

| Parameter[1] | Hardness as mg/L $CaCO_3$ | Units | Effluent Limitations | | Monitoring Requirements | | |
|---|---|---|---|---|---|---|---|
| | | | Maximum Daily | Average Monthly | Sample Frequency[2] | Sample Location | Sample Type |
| Aluminum[3] | — | ug/L | 143 | 71 | weekly | Influent (I) /Effluent (E) | 24 hr. comp. |
| Ammonia, Total | — | mg/L as N | 4.0 | 2.0 | weekly | E | 24 hr. comp. |
| Arsenic | — | ug/L | — | — | monthly | I/E | 24 hr. comp. |
| Cadmium[3] | 50≤H<100 | ug/L | 0.3 | 0.1 | weekly | I/E | 24 hr. comp. |
| | 100≤H<200 | ug/L | 0.4 | 0.2 | weekly | I/E | 24 hr. comp |
| | H≥200 | ug/L | 0.7 | 0.4 | weekly | I/E | 24 hr. comp |
| Copper[3] | 50≤H<100 | ug/L | 7.3 | 3.6 | weekly | I/E | 24 hr. comp. |
| | 100≤H<200 | ug/L | 14.0 | 7.0 | weekly | I/E | 24 hr. comp |
| | H≥200 | ug/L | 26.9 | 13.4 | weekly | I/E | 24 hr. comp |

Table 1 - Outfall 001 Effluent Limitations and Monitoring Requirements

| Parameter[1] | Hardness as mg/L $CaCO_3$ | Units | Effluent Limitations | | Monitoring Requirements | | |
|---|---|---|---|---|---|---|---|
| | | | Maximum Daily | Average Monthly | Sample Frequency[2] | Sample Location | Sample Type |
| Chromium, Total[4] | --- | ug/L | --- | --- | weekly | I/E | 24 hr. comp. |
| Chromium VI[4] | --- | ug/L | 16 | 8 | --- | I/E | 24 hr. comp. |
| Iron | --- | ug/L | 1700 | 800 | weekly | I/E | 24 hr. comp. |
| Lead[3] | 50≤H<100 | ug/L | 2.2 | 1.1 | weekly | I/E | 24 hr. comp. |
| | 100≤H<200 | ug/L | 5.2 | 2.6 | weekly | I/E | 24 hr. comp. |
| | H≥200 | ug/L | 12.6 | 6.3 | weekly | I/E | 24 hr. comp. |
| Manganese | --- | ug/L | --- | --- | weekly | I/E | 24 hr. comp. |
| Mercury[3,5] | --- | ug/L | 0.02 | 0.01 | weekly | I/E | 24 hr. comp. |
| Nickel[3] | 50≤H<100 | ug/L | 47.7 | 23.8 | weekly | I/E | 24 hr. comp. |
| | 100≤H<200 | ug/L | 85.7 | 42.7 | weekly | I/E | 24 hr. comp. |
| | H≥200 | ug/L | 154.0 | 76.8 | weekly | I/E | 24 hr. comp. |
| Nitrate | --- | mg/L as N | 20 | 10 | weekly | E | 24 hr. comp. |
| Selenium[3] | --- | ug/L | 8.2 | 4.1 | weekly | I/E | 24 hr. comp. |
| Silver[3] | 50≤H<100 | ug/L | 1.2 | 0.6 | weekly | I/E | 24 hr. comp. |
| | 100≤H<200 | ug/L | 4.1 | 2.0 | weekly | I/E | 24 hr. comp. |
| | H≥200 | ug/L | 13.4 | 6.6 | weekly | I/E | 24 hr. comp. |
| Zinc[3] | 50≤H<100 | ug/L | 66.6 | 33.2 | weekly | I/E | 24 hr. comp. |
| | 100≤H<200 | ug/L | 119.8 | 59.7 | weekly | I/E | 24 hr. comp. |
| | H≥200 | ug/L | 215.6 | 107.5 | weekly | I/E | 24 hr. comp. |
| TDS | --- | mg/L | 1000 | 1000 | weekly | E | 24 hr. comp. |
| TDS anions/cations[6] | --- | mg/L | --- | --- | quarterly | E | 24 hr. comp. |

### Table 1 - Outfall 001 Effluent Limitations and Monitoring Requirements

| Parameter[1] | Hardness as mg/L $CaCO_3$ | Units | Effluent Limitations | | Monitoring Requirements | | |
|---|---|---|---|---|---|---|---|
| | | | Maximum Daily | Average Monthly | Sample Frequency[2] | Sample Location | Sample Type |
| Sulfate | --- | mg/L | 200 | 200 | weekly | E | 24 hr. comp. |
| Turbidity, effluent | --- | NTU | see Permit Part 1.A.5. | | weekly | E | grab |
| Turbidity, natural condition | --- | NTU | --- | --- | weekly | background | grab |
| Hardness | --- | mg/L $CaCO_3$ | --- | --- | weekly | downstream | grab |
| pH | --- | s.u. | see Permit Part 1.A.4. | | Continuous | E | Recorder |
| TSS | --- | mg/L | 30 | 20 | daily | I/E | 24 hr. comp. |
| Flow | --- | gpm | --- | --- | Continuous | I/E | Recorder |
| Temperature | --- | °C | --- | --- | Weekly | E | Grab |
| Dissolved Oxygen | --- | mg/L | --- | --- | Weekly | E | Grab |
| Chronic Whole Effluent Toxicity[7] (WET) | --- | $TU_c$ | 1.6 | 1.1 | Monthly | E | 24 hr. comp. |

1 - Parameters must be analyzed and reported as total recoverable unless otherwise noted.
2 - Weekly sampling shall occur on the same day of each week, unless the Permittee can document that sampling could not be performed due to extreme conditions. In such cases, a detailed explanation of the reason sampling could not be performed shall be prepared and kept with the analytical results for that day.
3 - Reporting of a maximum daily limit violation is required according to Permit Part III.G.
4 - Chromium VI (Cr VI) must be analyzed during the next sampling event when results are received showing a total chromium measure exceeding 11 ug/L - the sample holding time for chromium VI is 24 hours. Cr VI must be analyzed and reported as dissolved.
5 - Mercury must be analyzed and reported as total.
6 - This monitoring shall include a standard and complete suite of those cations and anions contributing to TDS including but not limited to boron (B), sodium (Na), potassium (K), calcium (Ca), magnesium (Mg), fluoride (F), chloride (Cl), sulfate ($SO_4$), total alkalinity, hardness, pH, and electrical conductivity.
7 - See Permit Part I.D. for whole effluent toxicity testing requirements.

2. Until underground activities commence, the following monitoring frequencies shall apply. These frequencies shall also apply during a long term shut down of the mine. These frequencies shall be implemented after a 6 month closure period.

| TABLE 2 Monitoring Requirements for Outfall 001 (During Non-Mining Periods) | | | |
|---|---|---|---|
| Effluent Parameter[1] | Units | Monitoring Requirement | |
| | | Sampling Frequency | Sample Type |
| Aluminum | ug/L | Quarterly | Grab |
| Ammonia, Total | mg/L | Quarterly | Grab |
| Arsenic | ug/L | Quarterly | Grab |
| Cadmium | ug/L | Quarterly | Grab |
| Copper | ug/L | Quarterly | Grab |
| Total Chromium | ug/L | Quarterly | Grab |
| Iron | ug/L | Quarterly | Grab |
| Lead | ug/L | Quarterly | Grab |
| Mercury[2] | ug/L | Quarterly | Grab |
| Nickel | ug/L | Quarterly | Grab |
| Nitrate | mg/L | Quarterly | Grab |
| Selenium | ug/L | Quarterly | Grab |
| Silver | ug/L | Quarterly | Grab |
| Zinc | ug/L | Quarterly | Grab |
| Total Dissolved Solids | mg/L | Quarterly | Grab |
| TDS anions/cations | mg/L | Annually | Grab |
| Sulfate | mg/L | Quarterly | Grab |
| Hardness[3] | mg/L | Monthly - Instream | Grab |
| pH[4] | s.u. | Quarterly | Grab |
| Total Suspended Solids | mg/L | Daily | Grab |
| Flow | MGD | Continuous | Recorder |
| Temperature | °C | Quarterly | Grab |
| WET, Chronic | $TU_c$[5] | Annually | Grab |

1. The Permittee shall conduct analysis for total recoverable and dissolved.
2. Mercury shall be analyzed as total.
3. The Permittee shall sample the receiving water hardness downstream of the discharge.
4. The Permittee shall monitor and report the number of pH excursions outside the range of 6.5 to 8.5 Standard Units.
5. Chronic toxic units (See Definitions).

3. The permittee must not discharge any floating solids, visible foam in other than trace amounts, or oily wastes that produce a sheen on the surface of the receiving water.

4. The pH must not be less than 6.5 standard units (s.u.) nor greater than 8.5 standard units (s.u.). During continuous monitoring required in Table 1, the

Permit No.: AK-005057-1
Page 7 of 38

Permittee shall monitor the total time outside the range for the month, the length of each excursion and the number of pH excursions outside the range of 6.5 to 8.5 Standard Units (s.u.). The Permittee shall report the total time outside the range for the month as well as the number of individual excursions which exceed 60 minutes.

5. The turbidity measured in nephelometric turbidity units (NTU) must not be more than 5 NTUs above the natural condition. The natural condition sample taken from Sherman Creek must be taken upstream of the discharge point within an hour of the effluent sample.

6. The permittee must collect effluent samples from the effluent stream after the last treatment unit prior to discharge into the receiving waters.

7. Minimum Levels. For all effluent monitoring, the permittee must use analytical methods that can achieve a minimum level (ML) less than the effluent limitation, if possible. For parameters that do not have effluent limitations, the permittee must use methods that can achieve MLs less than or equal to those specified in Table 6 (Permit Part I.E.1.).

8. Chromium VI has an average monthly effluent limit that is not quantifiable using EPA approved or approvable analytical methods. EPA will use 10 ug/L (the ML for EPA Method 218.4) as the compliance evaluation level for this parameter.

9. For purposes of reporting on the DMR, for a single sample, if a value is less than the MDL, the permittee must report "less than {numeric value of the MDL}" and if a value is less than the ML, the permittee must report "less than {numeric value of the ML}." For purposes of calculating monthly averages, zero may be assigned for values less than the MDL, the {numeric value of the MDL} may be assigned for values between the MDL and the ML. If the average value is less than the MDL, the permittee must report "less than {numeric value of the MDL}" and if the average value is less than the ML, the permittee must report "less than {numeric value of the ML}." If a value is greater than the ML, the permittee must report and use the actual value.

**B. Effluent Limitations and Monitoring - Outfall 002**

The permittee must limit and monitor discharges from outfall 002 as specified in the Table 3, below. All figures represent maximum effluent limits unless otherwise indicated. The permittee must comply with the effluent limits in the table at all times unless otherwise indicated, regardless of the frequency of monitoring or reporting required by other provisions of this permit.

Permit No.: AK-005057-1
Page 8 of 38

1. Table 3

| Table 3 - Outfall 002 Effluent Limitations and Monitoring Requirements | | | | | |
|---|---|---|---|---|---|
| Parameter[1] | Units | Effluent Limitations | | Monitoring Requirements | |
| | | Maximum Daily | Average Monthly | Sample Frequency[2] | Sample Type |
| Aluminum | ug/L | 143 | 71 | weekly | 24 hr. comp. |
| Ammonia, Total | mg/L as N | 3.5 | 1.7 | weekly | Grab |
| Arsenic | ug/L | — | — | monthly | 24 hr. comp. |
| Cadmium[3] | ug/L | 0.2 | 0.1 | weekly | 24 hr. comp. |
| Copper[3] | ug/L | 3.8 | 1.9 | weekly | 24 hr. comp. |
| Chromium, Total[4] | ug/L | — | — | weekly | 24 hr. comp. |
| Chromium VI[3,4] | ug/L | 16 | 8 | --- | 24 hr. comp. |
| Iron | ug/L | 1700 | 800 | weekly | 24 hr. comp. |
| Lead[3] | ug/L | 0.9 | 0.5 | weekly | 24 hr. comp. |
| Manganese | ug/L | — | — | weekly | 24 hr. comp. |
| Mercury[3,5] | ug/L | 0.02 | 0.01 | weekly | 24 hr. comp. |
| Nickel[3] | ug/L | 26 | 13 | weekly | 24 hr. comp. |
| Selenium[3] | ug/L | 8.2 | 4.1 | weekly | 24 hr. comp. |
| Silver[3] | ug/L | 0.4 | 0.2 | weekly | 24 hr. comp. |
| Zinc[3] | ug/L | 37 | 18 | weekly | 24 hr. comp. |
| TDS | mg/L | 500 | 500 | weekly | 24 hr. comp. |
| TDS anions/cations | mg/L | — | | quarterly | 24 hr. comp. |
| Nitrates | mg/L | — | | weekly | grab |
| Sulfates | mg/l | 250 | 250 | weekly | 24 hr. comp. |
| Turbidity, effluent | NTU | see Permit Part 1.B.4. | | weekly | grab |
| Turbidity, natural condition | NTU | — | — | weekly | grab |
| pH | s.u. | see Permit Part 1.B.3. | | Continuous | Recorder |
| TSS | mg/L | 20 | 30 | daily | 24 hr. comp. |
| Outfall Flow | gpm | 1,100 | — | Continuous | Recorder |
| Temperature | °C | — | — | weekly | grab |
| Hardness, as $CaCO_3$ | mg/l | — | — | weekly | grab |

Exhibit 8, page 8 of 10

Permit No.: AK-005057-1
Page 9 of 38

| Table 3 - Outfall 002 Effluent Limitations and Monitoring Requirements | | | | | |
|---|---|---|---|---|---|
| Parameter[1] | Units | Effluent Limitations | | Monitoring Requirements | |
| | | Maximum Daily | Average Monthly | Sample Frequency[2] | Sample Type |
| Chronic Whole Effluent Toxicity[6] | $TU_c$ | 1.6 | 1.1 | Monthly | 24 hr. comp. |

1 - Parameters must be analyzed and reported as total recoverable unless otherwise indicated.
2 - Weekly sampling shall occur on the same day of each week, unless the Permittee can document that sampling could not be performed due to extreme conditions. In such cases, a detailed explanation of the reason sampling could not be preformed shall be prepared and kept with the analytical results for that day.
3 - Reporting of a maximum daily limit violation is required according to Permit Part III.G.
4 - Cr VI must be analyzed during the next sampling event when results are received showing a total chromium measure exceeding 11 ug/L - the sample holding time for Cr VI is 24 hours. Cr VI must be analyzed and reported as dissolved.
5 - Mercury must be analyzed and reported as total.
6 - See Permit Part I.D. for whole effluent toxicity testing requirements.

2. The permittee must not discharge any floating solids, visible foam in other than trace amounts, or oily wastes that produce a sheen on the surface of the receiving water.

3. The pH must not be less than 6.5 standard units (s.u.) nor greater than 8.5 standard units (s.u.). The Permittee shall monitor the total time outside the range for the month, the length of each excursion and the number of pH excursions outside the range of 6.5 to 8.5 Standard Units (s.u.). The Permittee shall report the total time outside the range for the month as well as the number of individual excursions which exceed 60 minutes.

4. The turbidity measured in nephelometric turbidity units (NTU) must not be more than 5 NTUs above the natural condition. The background level for turbidity shall be measured at a point upstream of the discharge point in the diversion around the TSF.

5. The permittee must collect effluent samples from the effluent stream after the last treatment unit prior to discharge into the receiving waters.

6. Minimum Levels. For all effluent monitoring, the permittee must use analytical methods that can achieve a minimum level (ML) less than the effluent limitation, if possible. For parameters that do not have effluent limitations, the permittee must use methods that can achieve MLs less than or equal to those specified in Table 6 (Permit Part I.E.1.).

7. Chromium VI has an average monthly effluent limit that is not quantifiable using EPA approved or approvable analytical methods. EPA will use 10 ug/L (the ML for EPA Method 218.4) as the compliance evaluation level for this parameter.

8. For purposes of reporting on the DMR, for a single sample, if a value is less

Exhibit 8, page 9 of 10

than the MDL, the permittee must report "less than {numeric value of the MDL}" and if a value is less than the ML, the permittee must report "less than {numeric value of the ML}." For purposes of calculating monthly averages, zero may be assigned for values less than the MDL, the {numeric value of the MDL} may be assigned for values between the MDL and the ML. If the average value is less than the MDL, the permittee must report "less than {numeric value of the MDL}" and if the average value is less than the ML, the permittee must report "less than {numeric value of the ML}." If a value is greater than the ML, the permittee must report and use the actual value.

### C. Effluent Limitations and Monitoring Requirements - Outfall 003

The permittee must limit and monitor discharges from outfall 003 as specified in the Table 4, below. All figures represent maximum effluent limits unless otherwise indicated. The permittee must comply with the effluent limits in the table at all times unless otherwise indicated, regardless of the frequency of monitoring or reporting required by other provisions of this permit.

1. Table 4:

| TABLE 4 | | | | | | |
|---|---|---|---|---|---|---|
| Parameter | Units | Effluent Limitations | | | Monitoring Requirements | |
| | | Maximum Daily | Average Monthly | Weekly Average | Sample Frequency | Sample Type |
| Flow | gpd | 60,000 | 30,000 | — | Daily | Recording |
| Biochemical Oxygen Demand ($BOD_5$) | mg/L | 60 | 30 | 45 | Weekly | Grab |
| Total Suspended Solids (TSS) | mg/L | 60 | 30 | 45 | Weekly | Grab |
| Fecal Coliform | #/100 ml | 150,000 | 100,000 | — | Weekly | Grab |
| Chlorine[1] | mg/L | 0.02 | — | — | Weekly | Grab |
| pH | s.u. | See Permit Part I.C.3. | | | Weekly | Grab |
| 1 - Monitoring required only if chlorine is used. See Permit Part I.C.6., below. | | | | | | |

2. The permittee must not discharge any floating solids, visible foam in other than trace amounts, or oily wastes that produce a sheen on the surface of the receiving water.

3. The pH must not be less than 6.5 standard units (s.u.) nor greater than 8.5 standard units (s.u.).

4. Influent (prior to treatment) measures of $BOD_5$ and TSS shall be done on a quarterly basis. From this information, percent removal shall be calculated and reported on the DMR in January, April, July, and September for the previous quarter. Percent removal shall meet or exceed 85% for both