Case 1:05-cv-00012-JKS    Document 43-7    Filed 04/07/2006    Page 1 of 8

EPA 910/B-94-004

| United States Environmental Protection Agency | Region 10<br>1200 Sixth Avenue<br>Seattle WA 98101 | Alaska<br>Idaho<br>Oregon<br>Washington |
|---|---|---|
| Water Division/Environmental Services Division | | October 1994 |

&EPA

# Kensington Gold Mine Project

Technical Assistance Report for the U.S. Army Corps of Engineers Alaska District



Exhibit 11, page 1 of 8

# TABLE OF CONTENTS

| | Page |
|---|---|
| LIST OF FIGURES | iii |
| LIST OF TABLES | iv |
| EXECUTIVE SUMMARY | v |
| INTRODUCTION | 1 |
| SCOPE OF REPORT | 4 |
| POLICY BACKGROUND | 5 |
| PROJECT DESCRIPTION | 7 |
|     Mine Location and Processing Operations | 7 |
|     Proposed Tailings Disposal Plan | 8 |
|     Other Tailings Disposal Options Considered | 11 |
|         Sweeny Creek Tailings | 11 |
|         Dewatered Tailings | 11 |
|     Effluent Treatment and Marine Discharge | 11 |
| AFFECTED ENVIRONMENTS: SHERMAN CREEK VALLEY AND LYNN CANAL | 14 |
| EVALUATION OF PROJECTED TAILINGS POND PERFORMANCE | 15 |
|     Introduction | 15 |
|     Projected Effluent Limits | 16 |
|     Overview of the FEIS Mass Balance Model | 20 |
|     Characterization of Influent to the Tailings Pond | 22 |
|         Tailings Discharge | 24 |
|         Mine Drainage | 30 |
|         Surface Runoff | 31 |
|     Review of Mass Balance Model Assumptions | 31 |
|     Analysis of Variability in the Mass Balance Model Inputs and Assumed Removal Rates | 35 |
|         Input Parameter Estimation | 36 |
|         Treatment Efficiency | 40 |
|         Revised Mass Balance Results | 40 |
|         Comparison with Other Mining Projects | 42 |
|     Surface Water Management | 43 |
|         Hydrology | 43 |
|         Capacity of the Diversion Structures and Tailings Impoundment | 44 |
|     Vulnerability to Natural Hazards | 46 |
|         Avalanches | 46 |
|         Landslides | 50 |
|         Earthquakes | 50 |
| EFFLUENT DISCHARGE TO LYNN CANAL | 51 |
|     Proposed Outfall Site | 51 |
|     Circulation in Lynn Canal | 51 |
|     Mixing Zone | 54 |

| | |
|---|---:|
| RISK OF LONG-TERM CONTAMINATION | 56 |
|   Behavior of Metals | 56 |
|     Leach Tests | 56 |
|     Acid Generation Potential | 57 |
|   Cyanide | 62 |
|   Seepage from the Impoundment | 63 |
|   Long-term Physical Integrity of the Dam and Diversion Structures | 63 |
| | 65 |
| RESTORING ECOLOGICAL INTEGRITY | 67 |
| CONTINGENCY/ALTERNATIVE TREATMENT MEASURES | 67 |
|   Wastewater Treatment | 67 |
|     Total Suspended Solids | 68 |
|     Arsenic and other Metals | 69 |
|     Cyanide | 69 |
|   Mitigating Potential Long-Term Contamination | 71 |
| CONCLUSIONS | 71 |
|   Adequacy of Treatment | 72 |
|   Risk of Long-term Contamination | 72 |
|   Habitat Restoration | 74 |
| RECOMMENDED FOLLOW-UP ACTIONS | 76 |
| REFERENCES | |

APPENDIX A:   POLICY BACKGROUND

    October 2, 1992 memo
    CWA §404(b)(1) Guidelines
    Definition of Waters of U.S. (waste treatment exclusion)

APPENDIX B:   DESCRIPTION OF AFFECTED ENVIRONMENT

    Excerpts from the FEIS

APPENDIX C:   WATER QUALITY

    Decant test data: Tables C-1 and C-2
    FEIS Table 4-11
    Information on enhanced treatment methods
    Tailings Particle Size Distribution
    Basis for EPA Mass Balance Calculations

APPENDIX D:   Corps of Engineers Public Notice

KENSINGTON GOLD MINE TECHNICAL ASSISTANCE REPORT

List of Figures

Page

Figure 1. Location Map . . . . . . . . . . . . . . . . . . . . 2

Figure 2. Proposed Site Layout . . . . . . . . . . . . . . . . 3

Figure 3. Tailings Pond Features During Initial Operation Phases . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

Figure 4. Tailings Pond Features After Closure . . . . . . . 12

Figure 5. FEIS/KJV Mass Balance Model . . . . . . . . . . . . 21

Figure 6. EPA Analysis Incorporation Variability in Input Data and Pollutant Removal Rates . . . . . . . . . . . . . 37

Figure 7. Tailings Impoundment Layout During Operation Showing Ophir Path Avalanche Chute . . . . . . . . . . . . . . 48

Figure 8. Impoundment After Reclamation Showing Ophir Path Avalanche Chute . . . . . . . . . . . . . . . . . . . . 49

Figure 9. Proposed Outfall Location . . . . . . . . . . . . . 52

Figure 10.   The Variation of Gold and Sulfur in a Set of Kensington Core Samples from Kirkham . . . . . 59

Figure 11.   Data for Acid Production Potential and Neutralization Potential for Projected Kensington Ore, Waste Rock, and Tailings . . . . . . . . . 61

KENSINGTON GOLD MINE TECHNICAL ASSISTANCE REPORT

List of Tables                                                                Page

Table 1.  Comparison of Water Quality and Technology Based
          Limitations . . . . . . . . . . . . . . . . . . . . . . . . . . 19

Table 2.  Kensington Water Quality Modeling Input Data . . . 23

Table 3.  Source and Timing of Compositional Data for Ore and
          Waste Materials of the Kensington Mine Project . . 26

Table 4.  Summary Statistics for Sulfur and Copper in Core Data .
          . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

Table 5.  Comparison of Kensington Mass Balance Model Input
          Projections and Decant Data for TSS, Chlorine, Cyanide,
          and Metals . . . . . . . . . . . . . . . . . . . . . . . . . 29

Table 6.  Comparison of Mean Inputs Used by KJV Model and EPA
          Analysis . . . . . . . . . . . . . . . . . . . . . . . . . . 39

Table 7.  Comparison of Discharge Projection from KJV Model and
          EPA Analysis . . . . . . . . . . . . . . . . . . . . . . . 41

Table 8.  Design Storm Events . . . . . . . . . . . . . . . . . . . . 45

Table 9.  Data for Evaluation of Acid Drainage Potential for
          Kensington Mine Waste . . . . . . . . . . . . . . . . . . 60

## EXECUTIVE SUMMARY

The Kensington Joint Venture (KJV) has submitted federal, state and local permit applications to reopen the Kensington gold mine, located in the Kakuhan range of southeast Alaska, 35 miles south of Haines and 45 miles north of Juneau, Alaska. The KJV proposes to mine approximately 4,000 tons of ore per day and extract gold through a froth flotation and cyanide leach process. Tailings would be disposed of in a tailings impoundment that would be constructed in the Sherman Creek drainage. Mine drainage and surface runoff would also enter the impoundment. Effluent from the tailings impoundment, equal in volume to the mine drainage and surface runoff, would be discharged into the marine waters of Lynn Canal located one mile to the west of the impoundment. The impoundment would affect 225 acres of forested wetlands and approximately one mile of Sherman Creek, an anadromous stream that supports a relatively small run of pink salmon.

This report examines the projected efficiency of the tailings impoundment with respect to removal of pollutants, the long-term risk of contamination of surface and groundwater and the likelihood that the ecological integrity of the area can be restored after mining ceases.

A key question is whether or not there is reasonable assurance that a discharge from the impoundment would meet applicable effluent limits and state water quality standards (WQS). This report reviews data from ore analyses and analyses of tailings from pilot scale milling tests, local hydrology information, water quality modeling, natural hazards (e.g., avalanches), other mining operations and water circulation in Lynn Canal.

The findings of this report are as follows:

- The information and analyses performed to date do not provide reasonable assurance that the wastewater discharge from the tailings impoundment would meet the applicable effluent limits and state WQS. Water quality parameters of greatest concern are total suspended solids, arsenic and cyanide.

- On the basis of available information, there is currently no reasonable assurance that the long-term risks of contamination of surface and groundwater are acceptable. The potential for mobilizing and releasing heavy metals to surface or groundwater is of greatest concern.

- If long-term contamination concerns were resolved, there is reasonable assurance that the ecological integrity of the site could eventually be restored after a period of one hundred years or more.

General recommendations for addressing these and other key findings include:

Finding #1: The KJV has not demonstrated that the tailings pond alone would provide adequate treatment of mine effluent.

Recommendation: The KJV should provide additional wastewater treatment to meet total suspended solids, arsenic and cyanide effluent limits, or provide a technically sound analysis that demonstrates that the proposed wastewater treatment system would provide adequate treatment.

Finding #2: The tailings dam and diversion structures, if built as proposed in the CWA §404 public notice, would be undersized with respect to managing peak flows.

Recommendation: Redesign is required to address new peak flow information. Further analysis of sediment loads in proposed diversion structures is required as well.

Finding #3: One of two major stream diversions and part of the tailings pond lie in the path of a major avalanche chute.

Recommendation: Further analysis and redesign is required to address the avalanche hazard.

Finding #4: There is not adequate information on local currents/eddy conditions at the proposed outfall location to support designating a mixing zone.

Recommendation: The outfall would need to be moved to deeper water to assure adequate mixing, or site-specific information must be provided that demonstrates adequate mixing would occur at the proposed outfall location.

Finding #5: The potential for long-term contamination of surface and ground water cannot be determined on the basis of existing data and analyses.

Recommendation: New leach tests for metals mobility and kinetic testing for potential acid generation are required. Further analysis of residual cyanide and its breakdown products is also needed.

Finding #6:   The KJV has not demonstrated that bulk samples of ore used to produce tailings upon which water quality analyses are based are representative of the entire ore body. Analyses may therefore underestimate metal concentrations in the effluent.

Recommendation:   Perform additional analyses on ore samples to determine whether bulk samples used to project effluent quality are representative of the ore body.