COPY NO. 3

**COEUR ALASKA INC.**

**KENSINGTON PROJECT**

**SLATE CREEK LAKES**

**TAILINGS STORAGE FACILITY**

**REPORT ON WATER QUALITY MODELING**

**(REF. NO. VA101-00020/3-1)**

| Rev. No. | Revision | Date | Approved |
|----------|----------|------|----------|
| 0 | Issued for Report | February 7, 2003 | JMA |
| | | | |
| | | | |
| | | | |
| | | | |

***Knight Piésold Ltd.***

*Suite 1400*
*750 West Pender Street*
*Vancouver, British Columbia*
*Canada  V6C 2T8*

*Telephone: (604) 685-0543*
*Facsimile: (604) 685-0147*
*E-mail: kpl@knightpiesold.com*

***Knight Piésold***
CONSULTING

**Knight Piésold**
CONSULTING

## COEUR ALASKA INC.
## KENSINGTON PROJECT

### SLATE CREEK LAKES TAILINGS STORAGE FACILTY
### REPORT ON WATER QUALITY MODELING
### (REF. NO. VA101-00020/3-1)

### TABLE OF CONTENTS

**PAGE**

SECTION 1.0 – INTRODUCTION.................................................................. 1

SECTION 2.0 – COMPLIANCE WITH TECHNOLOGY BASED CRITERIA.......... 3
    2.1     GENERAL.................................................................... 3
    2.2     TSS MODELING ........................................................ 3

SECTION 3.0 –MODELING DESCRIPTION AND COMPLIANCE WITH
    CURRENT PERMIT LIMITS ................................................. 7
    3.1     OPERATING SCENARIOS................................................. 8
    3.2     WATER QUALITY CRITERIA AND EFFLUENT DISCHARGE
         STANDARDS............................................................ 10
    3.3     WATER QUALITY RESULTS WITH AND WITHOUT
         DIVERSIONS............................................................ 11
    3.4     POTENTIAL IMPACT OF DIVERSIONS....................................... 14

SECTION 4.0 – IMPACT OF TTF RECYCLE ON MILL OPERATIONS .............. 15

SECTION 5.0 – SUMMARY AND CONCLUSIONS ................................................. 17

SECTION 6.0 – RESPONSE TO EPA COMMENTS ................................................. 20

SECTION 7.0 – REFERENCES................................................................ 30

SECTION 8.0 - CERTIFICATION ................................................................ 31

VA101-00020/3-3
Revision 0
February 7, 2003

**Exhibit 12, page 2 of 24**

*Knight Piésold*
**C O N S U L T I N G**

## TABLES

| | |
|---|---|
| Table 2.1 Rev 0 | Tailings Process Water and Technology Based Discharge Criteria |
| Table 3.1 Rev 0 | Example Water Balance Model |
| Table 3.2 Rev 0 | Tailings Consolidation and Process Water Availability |
| Table 3.3 Rev 0 | Water Quality Values and Related Criteria |
| Table 3.4 Rev 0 | Water Quality Data for East Slate Creek at Site SL-A (just downstream of Lower Slate Lake) |
| Table 3.5 Rev 0 | Discharge Schedule and Corresponding Concentrations for Scenario 1A (No Backfill, Full Diversions, Full Recycle) |
| Table 3.6 Rev 0 | Discharge Schedule and Corresponding Concentrations for Scenario 4A (Full Backfill, No Diversions, Full Recycle) |
| Table 3.7 Rev 0 | Discharge Schedule and Corresponding Concentrations for Scenario 1B (No Backfill, Full Diversions, No Recycle) |
| Table 3.8 Rev 0 | Discharge Schedule and Corresponding Concentrations for Scenario 4B (Full Backfill, No Diversions, No Recycle) |
| Table 3.9 Rev 0 | Summary of Results for Different Modeling Scenarios |
| Table 6.1 Rev 0 | Comparison of Regional Monthly Streamflow Distributions |

## FIGURES

| | |
|---|---|
| Figure 1.1 Rev 0 | Project Location |
| Figure 3.1 Rev 0 | Basic Mill Water Cycle - Combined Backfill/No Backfill Condition |
| Figure 3.2 Rev 0 | Basic Mill Water Cycle - Full Backfill Condition |
| Figure 3.3 Rev 0 | Basic Mill Water Cycle - No Backfill Condition |
| Figure 3.4 Rev 0 | Average Tailings Dry Density vs. Time |
| Figure 3.5 Rev 0 | Slate Creek Lakes - Proposed Tailings Storage Facility - Catchment Areas |
| Figure 3.6 Rev 0 | Pond Discharge and Corresponding Contaminant Concentrations for Scenario 1A (No Backfill, Full Diversions, Full Recycle) |
| Figure 3.7 Rev 0 | Pond Discharge and Corresponding Contaminant Concentrations for Scenario 4A (Full Backfill, No Diversions, Full Recycle) |

VA101-00020/3-3
Revision 0
February 7, 2003

*Knight Piésold*
CONSULTING

| Figure 3.8 Rev 0 | Minimum and Maximum Projected Pond Volumes for Scenario 1A (No Backfill, Full Diversion, Full Recycle) |
| Figure 3.9 Rev 0 | Comparison Between Copper Concentrations and Corresponding Permit Limits as Pond Discharge Travels Downstream |
| Figure 3.10 Rev 0 | Pond Discharge and Corresponding Contaminant Concentrations for Scenario 1B (No Backfill, Full Diversions, No Recycle) |
| Figure 3.11 Rev 0 | Pond Discharge and Corresponding Contaminant Concentrations for Scenario 4B (Full Backfill, No Diversions, No Recycle) |

VA101-00020/3-3
Revision 0
February 7, 2003

**Exhibit 12, page 4 of 24**

*Knight Piésold*
CONSULTING

## COEUR ALASKA INC.
## KENSINGTON PROJECT

## SLATE CREEK LAKES TAILINGS STORAGE FACILTY
## REPORT ON WATER QUALITY MODELING
## (REF. NO. VA101-00020/3-1)

### SECTION 1.0 – INTRODUCTION

The Kensington Project is located on the west side of the Kakuhan Range, adjacent to Lynn Canal, approximately 45 air miles north of Juneau, Alaska and 35 miles south of Haines, Alaska. The project site is situated within the City Borough of Juneau, Alaska. The site for the Tailings Treatment Facility (TTF) (which previously was referred to as a Tailings Storage Facility (TSF)) is located within the Slate Creek watershed, which drains into Lynn Canal at Berner's Bay (Figure 1.1).

This report presents the results of monthly water quality/water balance modeling for the proposed TTF and supplements and supersedes sections of the Report on Water Quality Modeling and Conceptual Closure Plan, dated April 5, 2002 (Reference Document No. 1). The report has been prepared to support a National Pollution Discharge Elimination System Program (NPDES – Clean Water Act) permit application being made by Coeur Alaska Inc. for the Project. The report directly addresses comments and questions made in a US EPA letter of December 20, 2002, as written by Mr. William M. Riley. In addition, it addresses items discussed at a meeting held on November 21, 2002 in Seattle regarding Coeur Alaska's October 22, 2002 NPDES permit application.

The principal objective of conducting the various water balance/water quality modeling scenarios was to address issues raised by EPA and Tetra Tech (NEPA Contractor) on Coeur Alaska, Inc (Coeur)'s NPDES permit modification request. In addition, modeling efforts were designed to support and demonstrate compliance with Technology-Based Criteria, NSPS provisions and Alaska Water Quality Standards (Kensington Permit Limits). Coeur has requested regulatory flexibility in the permit modification based on unique site-specific conditions at the Kensington Project. EPA

VA101-00020/3-3
Revision 0
February 7, 2003

# Knight Piésold
### CONSULTING

requested that Coeur develop modeling and other support information that considers several operational scenarios for the mine and TTF, which include:

- Installation of a diversion, with no recycling of process water from the TTF.
- Installation of a diversion, with recycling of process water from the TTF.
- No diversion installed, with no recycling of process water from the TTF.
- No diversion installed, with recycling of process water from the TTF.

To further provide information that demonstrates compliance with EPA's requirements, the operational end-limits for tailings disposal were modeled along with the list above. If compliance can be demonstrated at each end-point, then the full range of possible operating scenarios will also necessarily be in compliance with NPDES permit limits. The end-points represent the operational conditions of (i) no backfilling occurring over the life of the project and (ii) backfilling consistently occurring throughout the life of the project. In this manner, the "average" condition, which will rarely occur, does not have to be determined, but rather the full range of possible operational conditions between backfilling and no backfilling is considered. In reality, the mine would operate between the two end-points as neither end-point condition would be solely employed for the life of the project.

VA101-00020/3-3
Revision 0
February 7, 2003

*Knight Piésold*
CONSULTING

## SECTION 2.0 – COMPLIANCE WITH TECHNOLOGY BASED CRITERIA

### 2.1    GENERAL

EPA requested that Coeur demonstrate compliance with the technology-based criteria in the TTF. Table 2.1, which presents a comparison of the technology-based criteria with concentrations of constituents in the tailings process fluid, demonstrates that the metals content in the tailings process fluid meets the technology-based criteria at the point of discharge into the TTF. In addition, compliance with the total suspended solids (TSS) criteria can be met within the TTF. The settling characteristics of the tailings were reviewed and assessed to demonstrate compliance with the TSS value prior to discharge from the TTF. The TTF is designed to allow adequate settling time specifically for TSS. The following section outlines the assessment completed to demonstrate this point. The assessment was based on tailings discharged as a slurry with a solids content of approximately 55% (weight of solids/total weight of slurry).

### 2.2    TSS MODELING

The tailings stream will be discharged into the TTF through a submerged pipe that will be located to encourage filling of tailings from the bottom of the pond upwards, with the minimum of disturbance to both the slurry and the overlying ponded water. Settling of tailings solids will take place sub-aqueously, with the solid particles settling under gravity to achieve the lowest TSS content possible. The on-going deposition of tailings slurry will result in a progressive build-up of the tailings, with the underlying tailings compressing under the weight of the overlying tailings and the excess pore water escaping upwards to the surface pond through a process of consolidation.

The TSS of the incoming tailings slurry is obviously very high, and equal to the weight of tailings solids per unit volume (550,000 ppm). Once the tailings are discharged into the facility, rapid settling of the solids will occur and the TSS of the surface pond will be determined by the settling rate of the smallest particles in the tailings solids.

A procedure to estimate the required surface area of a settling pond to remove sediment is given in the "Province of BC, Ministry of Environment Guidelines for the

VA101-00020/3-3
Revision 0
February 7, 2003

**Knight Piésold**
CONSULTING

Design and Operation of Settling Ponds Used for Sediment Control in Mining Operations, 1980". The Guidelines state that the required surface area of a settling basin to settle a particle of a given size is:

Required Area = 1.2 x Pond Outflow/Particle Setting Velocity
        (20% added to account for non-ideal settling)

Particle settling velocity $V_s$ (m/s) is determined by Stokes law such that:

$$V_s = \frac{g}{18\mu}(s-1)D^2$$

where,   g     = acceleration due to gravity = 9.81 m/s$^2$
         s     = particle specific gravity
         D     = particle diameter (m)
         $\mu$     = kinematic viscosity of water, m$^2$/s

According to the BC Guidelines, the settling velocity will be in the range of $2 \times 10^{-5}$ m/s to $5 \times 10^{-5}$ m/s, depending on temperature and other factors.

Data input to the extensive water quality modeling carried out for Sherman Creek (Report on Supplementary Design Issues, March 25, 1996 – Reference Document No. 2) was used to assess the ability of the surface pond in the Slate Lake impoundment to reduce TSS in the discharge to the technology-based criteria level, within the pond (20 mg/l), prior to any discharge. The following assumptions, taken from this report, were used for the Slate Lake facility:

- $D_{10}$ particle size for flocculated tailings is 0.01 mm;
- $D_0$ particle size for flocculated tailings stream is 0.007 mm to 0.01 mm (the lower tail of flocculated gradation curve is not well defined);
- $D_0$ size for material eroded from cleared basin is 0.05 mm, and
- Average particle specific gravity is 2.8.

The analysis was carried-out for the operational scenario that provided the most restrictive assumptions and that required the largest pond size to meet settling

VA101-00020/3-3
Revision 0
February 7, 2003

**Knight Piésold**
CONSULTING

objectives.  This condition for the Slate Lake Facility is for the Pond Outflow to be set equal to the maximum discharge outflow rate (7500 gpm), which is based on 2 x maximum average monthly discharge for the 'no diversion' scenario.  Based on this value, the required pond surface area to settle the $D_0$ size particle of 0.007 mm ranges from approximately 2.8 to 7.0 acres.  This required pond area is well exceeded by the minimum operating pond area of approximately 20 acres at the start of operations, leading to the conclusion that the required water quality criterion of 20 ppm can be achieved.  However, the success of a settling pond is very dependent on the specific characteristics of the sediment and water and the physical conditions of the pond (ie. turbulence, etc.)  With this in mind, the BC Guidelines state that the smallest suspended sediment size that practically can be removed by plain sedimentation is in the order of 0.01 mm.    Typical mill operations, however, include the use of a thickener that involves the application of polymer/flocculants to improve the efficiency of the thickener tank in the mill.  This condition will reduce the potential issue of the 0.01 mm particle size because the polymer will tie the smallest particles to larger particles, thereby enhancing settling.  Furthermore, the Kensington tailings is derived from a quartz-hosted orebody, and as such, the finer fraction is comprised of particulates that will respond to flocculation, as opposed to clay minerals, which are inherently difficult to settle out.

The exact minimum particle value that would apply to the tailings in question and the proposed TTF is unknown, and cannot be determined accurately until the mine is in operation.  The size of pond required is much smaller than the anticipated operating pond size providing additional settling retention time.  Coeur can also implement other measures to reduce the potential issue of the smallest particle size.  Knight Piesold developed an assessment based on a conservative analysis of the issue and believes that it adequately demonstrates compliance with the criteria.

The above analyses assume that there will be no disturbance in the catchment area draining into the TTF, which could contribute additional suspended sediment to the pond.  However, it is anticipated that sufficient pond retention capacity exists for the proposed design of the tailings treatment facility to accommodate a small amount of ancillary disturbance associated with the operation of the facility.  Minimizing surface disturbance is obviously the preferred approach to achieving the NPDES TSS requirements in the pond.  Construction of diversion ditches could, in fact, exacerbate

VA101-00020/3-3
Revision 0
February 7, 2003

**Knight Piésold**
CONSULTING

the situation due to the additional disturbed area, and should be avoided if possible. The need or otherwise for diversion ditches is discussed in Section 3.0.

***Knight Piésold***
CONSULTING

## SECTION 3.0 – MODELING DESCRIPTION AND COMPLIANCE WITH CURRENT PERMIT LIMITS

The general arrangement and design concept for the TTF are as described in the Knight Piésold Ltd. (KP) report titled "Slate Creek Lakes Tailings Storage Facility Conceptual Design and Water Balance," dated August 9, 2000 (Reference Document No. 3). The water balance model for the TTF has been presented in Reference Document No. 1 and has been further refined in this report. The significant refinements to the water balance model include:

(i)    The inclusion of the mill circuit in the overall water balance and fresh water requirements in the mill. This has been included, as requested by EPA, to allow for an evaluation of the impact of recycle from the TTF on the ability of the mill to continue to operate as needed, and to determine whether any interference with mill operations occurs. The mill water balance provides the steady-state condition of the mill flow sheet. The model does not consider upset conditions or mill downtime in the analysis.

(ii)   The inclusion of full diversions around the TTF together with the expected efficiency of the diversions. This has been included, as requested by EPA, to allow for an evaluation of the ability of the TTF to meet NPDES Effluent Discharge requirements in the surface pond with either full or no diversion of surface runoff around the TTF.

Inputs to the model with respect to amounts and distributions of precipitation, runoff and evaporation have been described in Reference Document No. 1. The model involves the use of probabilistically derived values of precipitation and runoff inputs, which allow for the simulation of any conceivable sequence of monthly precipitation and runoff, as apposed to simply using mean monthly values in a generic year. This modeling utilizes @RISK software, which is an add-on to MS Excel that permits cell inputs to be modeled as distributions rather than as single values. @RISK has the capability to perform Monte Carlo type simulations and track the various outputs that result from variations in the input. This allows for an examination of how the water quality and water levels in the tailings treatment facility (TTF) might vary for each month over the life of the mine under a full range of possible climate conditions.

VA101-00020/3-3
Revision 0
February 7, 2003

***Knight Piésold***
CONSULTING

3.1    OPERATING SCENARIOS

The proposed mill operations will include crushing and grinding of the ore, and flotation of the crushed ore to produce a gold bearing concentrate and flotation tailings. The flotation tailings will be separated 60%:40% into coarse and fine fractions using hydro-cyclones, which will produce a sand backfill for the underground mining operations and a cyclone overflow of fine tailings. Operation of the backfill plant will be intermittent depending on the availability of underground filling areas and will be operational approximately 40% of the time, on average. The tailings stream from the backfill will be thickened to the maximum extent possible before being discharged by gravity through a 20,000 ft. long HDPE pipeline to the Lower Slate Lake TTF. The average throughput of the mill and the average tailings input to the TTF are summarised as follows:

| | |
|---|---|
| Ore Input | 2000 tpd |
| Concentrate Production | 100 tpd |
| Average Backfill Production | 456 tpd |
| Average Tailings Production | 1444 tpd |

Operation of the mill requires a minimum fresh water input of 50 gpm for gland seals and reagent mixing. Within the mill circuit, extensive recycle of process liquids occurs, including the overflow from the tailings thickener. The overall average inputs and outputs of fresh water and process fluid in the mill circuit are summarized below and indicated on Figure 3.1.

**Inflows:**

| | |
|---|---|
| Water input with Ore | 24 gpm |
| Minimum Fresh Water Input | 50 gpm |
| Make-up requirements* | 215 gpm |
| TOTAL INFLOW | 289 gpm |

**Outflows:**

| | |
|---|---|
| Water in concentrate | 17 gpm |
| Water in thickened tailings | 197 gpm |
| Water in backfill | 75 gpm |
| TOTAL OUTFLOW | 289 gpm |

VA101-00020/3-3
Revision 0
February 7, 2003

**Exhibit 12, page 12 of 24**

**Knight Piésold**
CONSULTING

*\*Make-up requirements will vary depending on backfilling operations and the determination of EPA as to the required recycle of process water from the TTF. Some level of additional freshwater input will likely be required during normal operational conditions.*

In reality, the system will not operate in an average condition, but rather will vary throughout the mine life as dictated by the backfill operational conditions, as described in Section 1.0. The overall inputs and outputs of fresh water and process fluid in the mill circuit for the backfill operating limits are indicated on Figures 3.2 and 3.3.

The water balance model has been adapted to include the above inflows and outflows at the mill. In addition, a re-evaluation of the tailings density profile and on-going consolidation with time has been carried out. The results of the consolidation analysis are summarised on Figure 3.4, and the average tailings density in each month of operation is incorporated into the water balance model.

An example of the water balance model, for Year 1 of operations with full diversions, no backfill, variable recycle from the TTF, and mean monthly precipitation values, is shown in Table 3.1. For modeling purposes, the rate of recycle is varied in accordance with the NSPS provisions of "no discharge" of process water, to match available process water. The portion of process water that is stored in the tailings mass decreases with consolidation, and therefore the volume of process water available for recycle progressively increases. Table 3.2 presents estimates of how the availability of process water varies over the life of the project.

Consolidation of the tailings mass will continue for approximately 10 years after mine closure, and therefore process water will continue to be released to the TTF pond and will have to be released along with normal runoff. At mine closure, the initial rate of release will be approximately 35 gpm, but this will slowly decrease with time until full tailings consolidation occurs. The average rate of release is estimated to be approximately 7 gpm over the 10-year period.

Coeur is seeking regulatory relief for process recycle from the pond. For this purpose, modeling has also been completed for a no recycle provision to demonstrate

**Knight Piésold**
CONSULTING

that compliance with the permit limits is attainable with no recycle. The result of this analysis is presented in Section 4.0.

## 3.2   WATER QUALITY CRITERIA AND EFFLUENT DISCHARGE STANDARDS

As the project is located in a region of high precipitation and relatively low temperatures, the TTF operates in a water surplus condition that requires water to be regularly discharged. For this discharge to be permitted, the quality of discharge must be in compliance with existing NPDES Permit Effluent Limitations (based on Alaska Water Quality Standards), which are presented, together with EPA Water Quality Criteria, in Table 3.3. Also presented in this table are water quality data for the tailings process fluid, derived from pilot plant scale testwork and background data from East Slate Creek. The table indicates that the process water complies with the NPDES requirements for all constituents except TSS, copper, sulphate, silver and TDS. However, since silver and TDS do not exceed the criteria as significantly as copper and sulphate, particularly given the background values, they do not dictate pond discharge and therefore were not considered directly in the final water balance/water quality modeling.

The tailings fluid and background data in Table 3.3 are presented in terms of both data and model values, which in the majority of instances are identical. However, in the case of a non-detect value representing the maximum value, the maximum detect value was utilized if available, and if not, a value of zero was adopted. This use of a zero value follows the procedure outlined on pages 5-18 of the 'Revised Technical Resource Document for Water Resources, Kensington Mine Project,' 1997 (Reference Document No. 4). To quote, "For purposes of estimating Outfall 002 discharge quality, values reported below the detection levels in all samples from the individual sources have been assumed as zero within the mass balance equation." The governing water quality constituent for all scenarios is sulphate, however, rather than a constituent dictated by a non-detect value, and therefore the situation remains the same regardless of whether one uses zero, 50% non-detect or 100% non-detect values.

The NPDES Effluent Discharge Limitations are hardness dependent for some of the metals. The values shown in Table 3.3 are based on an assumed hardness of 100

VA101-00020/3-3
Revision 0
February 7, 2003

Exhibit 12, page 14 of 24

***Knight Piésold***
CONSULTING

## SECTION 6.0 – RESPONSE TO EPA COMMENTS

The following presents EPA comments as per the letter from William Riley, dated December 20, 2002.

*1) Clarify how Knight Piésold used the background data to determine the background input to the model.*

Details of the background water quality used in the modeling exercise are provided in Section 3.2 of this report. To reiterate, a summary of the background water quality data at point SL-A, located just downstream of the outlet of lower Slate Lake, is presented in Table 3.4, with the largest detect and non-detect values of each constituent identified. For modeling background water quality, the largest detect values were adopted. In instances where no detect values were available, a value of 0 was adopted in a manner consistent with the modeling procedure utilized for the successfully permitted dry tailings placement option, as outlined in the 'Revised Technical Resource Document for Water Resources, Kensington Mine Project (SAIC, 1997). In cases where laboratory results identified dissolved values greater than the total values, the data was concluded to be anomalous and was not considered in determining background values.

*2) The previous SEIS, however, was based on data from 7 watersheds that were determined to be comparable to Sherman Creek and its tributaries. In this case, only the runoff pattern from Auke Creek watershed was considered. Please address this inconsistency.*

The use of the Auke Creek flow patterns to represent flow patterns in Slate Creek is not inconsistent with the previous analysis, but rather a refinement of that approach. The previous approach essentially used the average values from 7 different stations, with some minor adjustment, while the current approach involved a review of each of the 7 distributions and the subsequent selection of the one (Auke Creek) considered to be most applicable for Slate Creek. This selection considered the similarly low elevations of the Slate Creek and Auke Creek watersheds, which is significant in terms of snow accumulation and melt patterns. Furthermore, both creeks discharge from lakes and are consequently subject to attenuation effects. (It should be noted

VA101-00020/3-3
Revision 0
February 7, 2003

**Knight Piésold**
CONSULTING

that in the previous 1993 hydrology report the Auke Creek watershed was mistakenly characterized as having no significant lake area.)

The Auke Creek distribution was used in preference to the previous distribution in an effort to use the most appropriate pattern available. One should note, however, that the patterns for all of the stations are very similar, as is evidenced by Table 6.1. Furthermore, the differences between the values used in the previous SEIS and those selected for the current analysis (Auke Creek) are essentially insignificant, given hydrologic variability and the accuracies of hydrologic data collection and water balance/water quality modeling.

*3) Coeur needs to explain what is mean by the 95th percentile condition.*

Rather than adopt the conventional modeling approach of using the same mean monthly, extreme wet or extreme dry precipitation conditions for each year of operations, the modeling exercise incorporates a probabilistic approach that entails the use of a distribution of probable monthly precipitation values for each month of operations. This approach permits the water balance to be assessed under every conceivable combination of monthly precipitation conditions, and the results are presented as distributions of possible outcomes. For instance, if the model is run 1000 times, it considers 1000 different combinations of monthly precipitation values and subsequently produces 1000 different sets of results. With this scenario, the 95th percentile value would represent the value that is expected to be exceeded only 5% of the time, or once in 20 years.

The use of 95% values appears to have caused some confusion in previous reports and discussions, so for the current report, a different means of presenting the results has been utilized. The model still incorporates the probabilistic input components, but the results are presented in terms of maximum predicted operating pond volumes rather than as 95% water quality values. The model is designed to only release water from the pond of the tailings treatment facility when all water quality criteria are met. At times when the water quality does not meet the discharge criteria, water is temporarily stored. The results, as presented, indicate the maximum storage volume required under the most adverse monthly precipitation and runoff conditions. (It should be noted that the modeling does not specifically consider the storage

VA101-00020/3-3
Revision 0
February 7, 2003

## Knight Piésold
CONSULTING

requirements associated with the most extreme isolated precipitation events, such as the Probable Maximum Precipitation event (which is addressed separately with additional dam freeboard). However, extreme but less severe events, such as the 1 in 100 year storm, are incorporated into the monthly precipitation totals.

*4) The model needs to address TSS, which will have discharge limits of 20 mg/l (monthly average) and 30 mg/l (daily maximum) consistent with the effluent guidelines. The model must demonstrate adequate residence time of tailings water to achieve the required settling.*

A detailed discussion of settling of TSS is provided in Section 2.2 of this report. The discussion demonstrates through the use of standard settling equations that the minimum pond size required for complete settling of all solids (flocculated $D_0 = 0.007$ mm) is 3 acres. The average operating level of the pond will always exceed the estimated minimum pond size required to meet the TSS criteria prior to discharge throughout the life of the mine. The minimum pond size occurs at the beginning of operations and is estimated to be approximately 20 acres.

*5) The analysis of tailings water chemistry is (not) consistent with the previous SEIS. Please describe the source of the tailings process fluid data, in the context of the rougher tailings characterization data used in preparing the 1997 SEIS and NPDES permit.*

Coeur will address this question in another section of the submittal.

*6) Rather than comparisons to water quality data criteria, it would be helpful to use the expected permit limits.*

The model and results are compared to the current permit limits. Please see Table 3.3 of this report.

*7) In the application, Coeur needs to revise the projected effluent characteristics.*

Coeur will address this question in another section of the submittal.

VA101-00020/3-3
Revision 0
February 7, 2003

**Knight Piésold**
C O N S U L T I N G

8) *The TDS criterion in Table 3.2 is not correct.*

Corrections were made to the TDS value. Please see Table 3.3 of this report.

<u>Additional Comments</u>

*We would like to know how the existing flow from the Jualin Mine adit will be managed?*

Coeur will address this question in another section of the submittal.

<u>Section 2</u>

*This section refers to a Tailings Storage Facility. It would be more consistent with EPA policy to refer to the tailings impoundment as a Treatment Facility (in which tailings settle out of suspension).*

Coeur will address management of this issue with respect to the application and subsequent information submitted in another section.

*This section also refers to an engineered structural berm below the tailings facility. Just to be clear, this could be considered a tailings dam, right?*

In this instance, it refers to the berm (or small dam) containing the seepage collection pond. In this sense, it could be referred to as a seepage collection dam. If it contained tailings, then it could be considered a tailings dam.

<u>Section 4</u>

*This section (p.1) states that "The pipeline will generally run along contour from the mine area to the disposal site." Again, the impoundment would be part of a nonjurisdictional waste treatment system if the required CWA 404 and 402 permits are issued.*

Coeur will address management of this issue with respect to the application and subsequent information submitted in another section.

VA101-00020/3-3
Revision 0
February 7, 2003

**Knight Piésold**
C O N S U L T I N G

*The same section states "A retention embankment (dam?) will be constructed at Slate Creek to provide containment for the tailings to be stored within the basin."*

The term "retention embankment" is just another way of saying "dam," or in this case, "tailings dam."

*The design will incorporate a low permeability soil core and a concrete facing to provide a watertight structure. A seepage collection pond will be installed below the dam (here it is a dam) to intercept fluid that passes through the dam. If the structure is watertight, why does fluid pass through?*

No large tailings dam is ever 100% watertight. Due to the porous nature of foundation and construction materials, and the differential pressure condition that arises when liquids are stored behind a dam, a small portion of liquid will always pass through a dam.

### Section 5

*Under Scenario 1, a constant pond volume is maintained to dilute and buffer the incoming tailings process fluid. It must be emphasized that inflowing dilution water cannot be relied on to meet technology based effluent guidelines (e.g., TSS). Reliance on such dilution water to meet AWQC is subject to demonstration that such dilution in lieu of treatment is environmentally preferable.*

As stated in Section 2.1 of this report, the technology based effluent guidelines can be met at the end of the tailings pipeline for every constituent except TSS. Since the tailings are pumped as a slurry comprised of 55% solids, it would be impossible to meet TSS criterion at the end of the pipe. If that could be achieved, then a tailings facility would not be required. The primary purpose of a tailings treatment facility is to settle-out and store suspended solids. Section 2.2 of this report demonstrates through the use of standard settling equations that the minimum pond size required for complete settling of all solids (flocculated $D_0 = 0.007$ mm) is in the order of 3 to 7 acres. This is considerably smaller than the minimum pond size of approximately 20 acres.

VA101-00020/3-3
Revision 0
February 7, 2003

**Knight Piésold**
CONSULTING

*ADEC = Alaska Department of Environmental Conservation (not Control).*

Noted.

*page 5-6: if borrow areas are gravel pits then dewatering them would need an NPDES permit (the multi-section GP which also covers stormwater would work in this case).*

Coeur will discuss the specifics of the borrow pits in another section of the submittal.

*page 5-8: what is the difference between a containment pad and a containment structure?*

In this instance, there is no difference.

*When establishing a permanent ground cover is discussed in relation to the TSF, does this mean for the side slopes? We thought that the cover on the TSF was going to be a liquid.*

Coeur will address this question in another section of the submittal.

*Attachment 1 (Forms 1 and 2D)*

*The application contained a cover sheet entitling the package "Application for Permit to Discharge Process Wastewater" and was accompanied by supporting documentation. According to the regulations found in 40 CFR 440.104, "... there shall be no discharge of process wastewater to navigatable waters from mills using the froth-flotation process alone, or in conjunction with other processes ..."*

Coeur will address this question in another section of the submittal.

*Form 1 section X., the current NPDES permit number was not included.*

Coeur will address this question in another section of the submittal.

VA101-00020/3-3
Revision 0
February 7, 2003

**Knight Piésold**
CONSULTING

*Form 1 section XII., this says the mine life will be 12 years but the scenarios in the accompanying documents say either 5.7 or 8.6 years.*

This was an error that has now been corrected in the current water management modeling results. Figures 3.6, 3.7, 3.8, 3.10 and 3.11 of this report indicate a mine life of 11 years, although a life of 10.25 years corresponds to a total production of 7.5 M tons of ore and a production rate of 2000 tons per day. In reality, the mine will only be fully productive between 80-90 % of the time, on average, thereby increasing the mine life from 10.25 years to 12 years. It is also expected that gold price and other factors could extend the mine life. The results of the water quality/water balance modeling presented in this report indicate that the TTF can function properly for an extended period of time and still meet permit limitations without issue.

*Figure 1-1 – with no discharge of process water allowed, the facility could only discharge net precipitation (216 – 40 gpm) and mine drainage (0 is indicated going into the TSF), for a grand total of 176 gpm leaving 190 gpm unpermitable.*

Coeur will address this question in another section of the submittal.

*Appendix B – POO*

*2- Runoff waters from the Upper Slate Lake catchment area will flow into the TSF.*

This is dependent on the final decision with respect to diversion ditches. It should be noted that even with full diversion of the Upper Slate Lake catchment, a small portion of water would still likely find its way into the TTF (see section 3.3 of this report).

*3- Timing the discharge will optimize the dilution capacity ... Again, dilution in lieu of treatment is inconsistent with the goals of the CWA (see first comment on Section 5).*

Consistent with our meeting with EPA, it was required for Coeur to demonstrate that the technology based criteria were met at the discharge point to the tailings treatment facility. Section 2.0 of this report outlines that compliance aspect of the design.

VA101-00020/3-3
Revision 0
February 7, 2003

**Knight Piésold**
C O N S U L T I N G

4- States that water will not be released from the TSF unless the discharge is in compliance with EPA water quality standards. The Alaska water quality standards (AWQS) for the protection of aquatic life as well as drinking water in Slate Creek (East Slate Creek first) are the appropriate standards.

Noted and addressed. Please see Section 3.2 and Table 3.3 of this report.

<u>Appendix B – Conceptual Design Report</u>

3- States that tailings will be thickened to 35% solids. Recycling only the water from this process does not constitute complete recycling as envisioned in NSPS (40 CFR 440.104).

Coeur will address this question in another section of the submittal.

<u>Appendix B – Water Quality Monitoring Report</u>

1- The volume of water released each month was set equal to the volume of water entering the TSF. Does this include the volume of process water in the tailings slurry?

Yes, it does include the volume of water in the tailings slurry. It is recognized that the model was run without the "net precipitation" discharge constraint, but this constraint is recognized in the most recent models as presented in this report. The model was developed for various extreme operational endpoint conditions (backfilling versus no backfilling; recycle versus no recycle; and diversions versus no diversions). Section 3 of this report describes the exact assumptions, inputs and other information on the various operational scenarios modeled.

5- The mean annual runoff (58.3) is set equal to the mean annual precipitation taking no evapotranspiration into account. In other portions of the document, the evaporation rate is given as 17.1 inches/ year.

As stated in Section 2.4 from the Water Quality Report (Ref No. VA101-00020/1-1):

## Knight Piésold
CONSULTING

"For the available period of record (1954-1997), the mean annual unit runoff for Auke Creek near its outlet (elev. 53 ft) is 60.3 inches, while the corresponding mean annual precipitation at a nearby location (elev. 42 ft.) is 62.7 inches. These values suggest that the annual precipitation at the outlet of the basin can provide a reasonable approximation of the unit runoff from the basin. <u>This result reflects the fact that any increase in precipitation with elevation is largely balanced by runoff losses to evapotranspiration and deep groundwater.</u> A similar result was found in unpublished studies conducted by KP for coastal watersheds near Prince Rupert, B.C. On the basis of these findings, the mean annual unit runoff at the outlet of Lower Slate Creek Lake (Point A on Figure 3.5) was estimated to be 58.3 inches. A similar value was adopted for West Slate Creek at its outlet/confluence, while a lower value of 52.5 inches was used for the area between Points A and B1 (catchment 3) to reflect the fact that relatively lower precipitation and corresponding runoff would be expected from this lower elevation area."

In other words, the precipitation estimate for the tailings facility at an elevation of approximately 700 ft is 58.3 inches, but as orographic precipitation effects are prevalent in the area and the Slate Creek watershed extends to elevations over 2000 ft., the upper areas of the watershed would be expected to receive significantly greater amounts of precipitation. Therefore, the overall average basin precipitation would be substantially greater than 58.3 inches, and it is estimated that this "additional" precipitation is approximately equal to the basin average evapotranspiration.

6- *Over the period of April through August, the runoff exceeds the precipitation illustrating the contribution of snowmelt. There is no mention of whether the design is adequate to contain the volume of snowmelt which must be considered in calculating the allowable discharge (i.e. net precipitation).*

The design is adequate to contain the volume of all water (be it from rain, snowmelt, slurry, etc.) entering the tailings facility. It is recognized that the model was run without the "net precipitation" discharge constraint, but, as stated previously, this constraint is now considered in the analyses presented in this report.

VA101-00020/3-3
Revision 0
February 7, 2003

***Knight Piésold***
CONSULTING

*Table 3-2:  WQS included are not those currently in effect and there is no hardness listed for calculating the hardness based metals criteria.*

Noted and addressed.  Please see Table 3.3 and Section 3.2 of this report describing hardness determination and resultant hardness dependent limits.

*16- Benthic recolonization studies have looked at tailings chemistry and other tailings characteristics in relation to previously considered alternative development options.  But did any of the options besides submarine tailings disposal consider benthic recolonization in a freshwater environment?*

Coeur will address this question in another section of the submittal.

*Appendix C*

*For site SL-A, the table indicates that 2 samples were analyzed for pH and temperature but the table also lists that 3 samples were above the detection limits.*

This is an error.  Three values for pH and temperature are available.  The complete set of measurements for site SL-A is included as Table 3.4 of this report.

*It is difficult to believe that the detection level for settleable solids could be 0.5ml/L unless the turbidity of the sample was extremely high which was not indicated in that column.*

Coeur will address this question in another section of the submittal.

VA101-00020/3-3
Revision 0
February 7, 2003