Prepared For:

USDA Forest Service
Juneau Ranger District
Tongass National Forest



# FINAL
# PLAN OF OPERATIONS
# for the
# KENSINGTON GOLD PROJECT

Prepared By:

COEUR ALASKA, INC.



May 2005

# Final

# Plan of Operations

# for the

# KENSINGTON GOLD PROJECT

Prepared for the

USDA Forest Service
Juneau Ranger District
Tongass National Forest

Prepared by

Coeur Alaska, Inc.
3031 Clinton Dr., Suite 202
Juneau, Alaska 99801

May 2005

## Table of Contents

1. INTRODUCTION ........................................................................................................... 1
   1.1   LOCATION AND PROJECT SUMMARY ........................................................... 1
   1.2   PROJECT OWNER/OPERATOR ......................................................................... 4
   1.3   LAND STATUS .................................................................................................... 5
   1.4   OTHER PERMITS AND APPROVALS ................................................................ 7
2. SITE CONDITIONS ..................................................................................................... 22
   2.1   CLIMATE ........................................................................................................... 22
   2.2   GEOLOGY ......................................................................................................... 24
   2.3   AIR ..................................................................................................................... 30
   2.4   WATER .............................................................................................................. 31
   2.5   SOILS, VEGETATION AND WETLANDS ........................................................ 41
3. PROJECT CONDITIONS ............................................................................................ 47
   3.1   MINING ............................................................................................................. 47
   3.2   MILLING PROCESSING ................................................................................... 53
   3.3   TRANSPORTATION .......................................................................................... 63
   3.4   POWER/UTILITIES ............................................................................................ 68
   3.5   WATER USE AND TREATMENT ..................................................................... 69
   3.6   WORKFORCE AND SCHEDULE ...................................................................... 73
   3.7   SUPPORT FACILITIES ..................................................................................... 74
   3.8   EQUIPMENT ..................................................................................................... 81
   3.9   SANITARY WASTE .......................................................................................... 82
   3.10  HAZARDOUS MATERIALS ............................................................................. 82
   3.11  DUST CONTROL ............................................................................................... 84
   3.12  PROJECT DOCUMENTATION ......................................................................... 84
4. PROJECT MITIGATION AND MONITORING ...................................................... 85
   4.1   STORMWATER MONITORING ....................................................................... 85
   4.2   GEOLOGY ......................................................................................................... 86
   4.3   AIR QUALITY ................................................................................................... 87
   4.4   FRESHWATER RESOURCES ........................................................................... 88
   4.5   CULTURAL RESOURCES ................................................................................. 91
   4.6   SOILS, VEGETATION, AND WETLANDS ...................................................... 92
   4.7   WILDLIFE .......................................................................................................... 93
   4.8   MARINE AQUATIC RESOURCES .................................................................... 95
   4.9   AESTHETICS ..................................................................................................... 96
   4.10  MINE SAFETY .................................................................................................. 97
   4.11  TRANSPORTATION OF HAZARDOUS MATERIALS .................................... 98
   4.12  ONSITE SPILL PREVENTION AND RESPONSE ............................................ 98
   4.13  TRANSPORTATION ........................................................................................ 106
   4.14  SOCIOECONOMICS ........................................................................................ 107
5. PLAN FOR INTERIM SHUTDOWN ....................................................................... 109
6. RECLAMATION ........................................................................................................ 110
7. REFERENCES ............................................................................................................ 113

## List of Tables

Table 1 – Mineral Claims ................................................................................................. 10
Table 2 – Average Monthly Precipitation at 800-Foot Elevation ................................... 24
Table 3 – Background Pollutant Concentration .............................................................. 31
Table 4 – Average Flow for Sherman Creek ................................................................... 36
Table 5 – Flow Measurements for Slate Creek ............................................................... 37
Table 6 – Average Monthly Stream Flows for Slate Creek ............................................ 38
Table 7 – Flow Measurements for Johnson Creek ......................................................... 39
Table 8 – Characteristic Measurements of Soil Types in the Project Area .................... 43
Table 9 – Project Surface Disturbance ............................................................................ 48
Table 10 – Process Chemical and Reagent Use (Mill) ................................................... 56
Table 11 – Project Development Schedule ..................................................................... 74

## List of Figures

Figure 1 – Location ........................................................................................................... 2
Figure 2 – Claim Boundaries Map .................................................................................... 6
Figure 3 – General Geology of the Berners Bay District ............................................... 26
Figure 4 – Distribution of Acid Neutralizing ................................................................. 29
Figure 5 – Sherman Creek Drainage ............................................................................... 32
Figure 6 – Slate Creek Drainage ..................................................................................... 33
Figure 7 – Johnson Creek Drainage ................................................................................ 34
Figure 8 – TSF Dam Cross Section ................................................................................ 59
Figure 9 – Slate Lake Plan View – Stage 3 and Closure ................................................ 62
Figure 10 – Typical Access Road Cross Section ............................................................ 67
Figure 11 – Mid Lake Creek Diversion Dam ................................................................. 72

**List of Drawings**

DRAWING 1 – Existing Disturbance

DRAWING 2a – Proposed Facilities - Comet Beach/Kensington Portal
DRAWING 2b – Proposed Facilities - Jualin Portal/Administration Area
DRAWING 2c – Proposed Facilities - Lower Slate Lake Tailings Facility
DRAWING 2d – Proposed Facilities - Slate Creek Cove Marine Facility

DRAWING 3 – Disturbance Boundaries

**List of Appendices**

Appendix 1 – Reclamation Plan

Appendix 2 – Cultural Mitigation Plan/MOA

Appendix 3 – ACOE, NPDES, State, and City Permits

Appendix 4 – Kensington Gold Project Monitoring Requirements

    4a. Tailing Storage Facility Ecological Monitoring Plan

    4b. Fresh Water Monitoring Plan

    4c. Transportation Plan

    4d. Marine Monitoring Plan

    4e. Quality Assurance Plan

    4f. Stormwater Pollution Prevention Plan

    4g. Best Management Practices Plan

    4h. Wildlife Monitoring Plan

    4i. Public Access Control Management Plan

Appendix 5 – Spill Response Plan

### 3.2 Milling Processing

The processing facility for the Kensington Gold Project is a gold flotation recovery circuit. The major components of the process circuit include crushing, grinding, gravity separation, flotation, thickening, and filtering.

The flotation process produces a concentrate enriched in gold and sulfide metals associated with the mineralized zones. The concentrate will be thickened and filtered to produce a product that can be placed into sealed containers and shipped off site to recover the gold.

In the flotation process, gold bearing minerals are extracted or separated from the barren rock material known as tailings. The disposal of tails from the flotation circuit will be either by subaqueous placement in the tailings storage facility located at Lower Slate Lake, or by underground backfill. The following sections describe ore processing operations in greater detail.

*Ore Handling*

Ore mined from the levels above the main tunnel will be transported to an ore pass system which leads to the underground truck loadout hopper at approximately the 850 working level. The mine ore will be discharged from the orepass by a feeder into haulage trucks for transportation to the process bench located on the surface at Jualin. The ore will be dumped into the primary crusher equipped with a grizzly to screen oversized material. Oversized material, which will be minimized by careful blasting, will be broken using a pneumatic rock breaker. Excess mine ore production will be stored near the hopper and fed to the crushing circuit by a front end loader to maintain the process while the mine is down.

Dust at the hopper will be minimized by the use of water sprays to prevent dust.

*Crushing Circuit*

Crushed ore from the mine will be fed on a controlled basis using a feeder to meter the ore onto the conveyor feeding the ball mill. The ball mill will be in closed circuit with a vibrating screen. Oversized material from the screen will be collected and conveyed to the feed end of the ball mill for further grinding. Undersized ore from the vibrating screen will be pumped to a secondary regrind mill operating in closed circuit with a cluster of cyclone classifiers. Discharge from the ball mill and the undersize screen will be combined to feed a cluster of cyclones to produce an overflow product finer than approximately 100 mesh. The cyclone underflow will be split with 25% going to a gravity concentrator for coarse gold recovery and the lighter minerals returning to the cyclone feed sump for reprocessing. The rest of the underflow will be returned to the ball mill for further grinding.

The cyclone overflow in the form of a 29 percent solids slurry will flow by gravity to a slurry conditioning tank equipped with a variable speed pump controlled by the tank level. The conditioned slurry will then be pumped to the flotation circuit.

The crushing and grinding plant will be located at the surface near the old Indiana site and will be close to the adit at an elevation of approximately 1,000 feet. The grinding process is performed as a slurried (wet) process, which results in the total elimination of total suspended particulate (TSP) and PM-10 emissions. Spills will be recovered in the floor sump within the building and returned to the process stream by vertical sump pumps.

*Flotation Process*

The flotation process involves separating the gold bearing minerals from the barren rock by froth flotation. Chemical collectors and frothing agents will be added to the grinding circuit and flotation conditioner tank. After approximately 10 minutes of conditioning the slurry will be pumped to a series of flotation cells.

Air will be introduced into the flotation cells to produce bubbles, which are enhanced by the addition of frothing agents. Activated by the collector, an air bubble attaches to the gold bearing mineral which then "floats" to the surface of the flotation cell, where it is

collected. The primary flotation concentrate will be further upgraded with cleaner flotation to produce a high-grade gold bearing concentrate.

The final flotation concentrate will be dewatered for shipping to an off-site processing facility. Water from concentrate dewatering will be recycled to milling operations. To achieve dewatering, the slurry will be thickened to approximately 50 percent solids by a concentrate thickener. The underflow from the thickener will be pumped to an agitated filter feed tank where the slurry will be mixed prior to dewatering. Dewatering of the concentrate will be accomplished by filtration, with the filtrate recirculated into the milling circuit. The resultant concentrate cake will contain approximately 10 percent moisture. The cake will be transported by truck in sealed marine transport containers to a storage pad adjacent to the marine terminal. On average, 700 tons of concentrate will be produced weekly and shipped off-site in 8'x 8'x 20' containers, as barges arrive. Up to 5 containers per day will be required to handle the production. Concentrate shipping will occur on a regular basis (every 7-10 days) and will be scheduled with incoming material deliveries when possible.

The barren rock, which has been separated from the gold-bearing ore during the flotation process, will be either placed underground or in the Lower Slate Lake tailings storage facility. To achieve this, the cyclone overflow or the complete tailings stream will be pumped to the tailings thickener for dewatering. The solids will settle in the thickener to approximately 50 percent solids. When needed to support mining activities, tailings will be cycloned to provide sand for underground backfill with the finer fractions sent to the wet tailings impoundment. Thickener overflow (process water) will return to the mill process. Otherwise the tailings, after thickening, will be sent to the Lower Slate Lake tailings storage facility. The flotation cells, sumps, concentrate thickener and pumps will be housed in the steel framed grinding building. The building will have a concrete floor with curbs and floor sumps to contain any process solutions. The mill water tank will be located at the mill site.

*Reagent Use and Handling*

Reagents will be stored at the process area, laydown area, and Slate Creek Cove marine facility according to applicable MSHA laws and regulations.

All supplies will be packaged in easily handled forms. Typically, drummed and bagged reagents will be packaged on pallets, and handled at the marine facility with a forklift and flatbed truck.

The reagents and materials, as listed in Table 10, will be used:

**Table 10**

**Processing Chemical and Reagent Use (Mill)**

| Milling Process | Reagent or Material | Storage Containers | Approximate Daily Use (tons) |
|---|---|---|---|
| Grinding | Steel Balls | 10 ton steel bins | 4-5 |
| Flotation | Potassium Amyl Xanthate | 50 gal drum | 0.5 |
| | MIBC (Frother) | 50 gal drum | 0.2 |
| | Flocculant | 1 ton Flo-bin | 0.1 |
| | Scale Inhibitor | 50 gal drum | 0.05 |

The grinding circuit will require steel grinding balls which will be shipped in bulk quantities to Seattle (the supply port) by tractor-trailer trucks. These bins will be loaded onto a barge in Seattle, transported to the Slate Creek marine facility, and off loaded. The steel balls will be contained within steel bins, which will be returned empty on a containerized trailer to the supplier for reuse.

Potassium amyl xanthate (xanthate) is a collector used in the flotation process. Collectors are substances that attach to mineral particles during flotation. Collectors such as xanthate undergo natural decomposition and break down into non-toxic products including carbon dioxide and calcium sulfate. Xanthate will be received in steel drums. These drums will be recycled and reused. Frothers, such as methyl butyl carbinol (MIBC), are organic

compounds used to float mineral particles during ore recovery. Flocculants are generally complex, organic compounds commonly used in milling. They are used in the thickening stage of flotation and in concentrate filtration. Scale inhibitors are water-conditioning reagents used to prevent the buildup of scale in tanks and pipelines.

The concrete floor in the process building will be sloped to sumps so that any spillage can be recovered and returned to the process by sump pumps. The two flotation reagents are prepared and stored in the preparation area, which is adjacent to the flotation area. Reagents are delivered by metering pumps having extremely low flow rates, generally less than 2 gpm. Any spillage of reagent in the flotation area is likely to be extremely small and easily recovered by the sump pump system for return to the circuit.

Coeur may use a variety of commercial products as collectors, frothers, flocculants, and scale inhibitors. At the site, Coeur will maintain material safety data sheets (MSDS) for all chemicals being used at the site. All chemicals will be transported, handled, stored, and used in accordance with manufacturer's specification and any applicable regulatory requirements.

*Tailings Delivery Pipeline*

The thickened tailings will flow from the thickeners to an agitative tank and then pumped through a combination of double-walled high-density polyethylene and steel pipeline that originates at the process area and follows along the tailings line road to the Slate Creek tailings facility for subaqueous disposal (Drawing 2). The six-inch internal diameter pipeline will be double-walled and constructed of high-density polyethylene (HDPE) and/or steel pipe as required based on internal pipe pressure. Flow sensors will be used to detect any blockages or breaks with automatic shutdown mechanisms if pressure loss is detected. The tailings pipeline will be constructed so that it is a gravity feed line initiating near the 1000 foot elevation at the Jualin millsite and terminating at the Lower Slate Lake site at an initial elevation of 650 feet. The tails line will cross Snowslide gulch which will require regular inspections and special avalanche identification and recovery training for minesite personnel. The tails decant reclaim line will follow the tails line back from the TSF to the process mill.

*Tailings Storage Facility*

The Tailings Storage Facility (TSF) makes use of the storage provide by the existing basin within Lower Slate Lake and additional capacity provided by the construction of the Lower Slate Lake Tailings Dam. The dam is located at the outlet of the lake in a natural bedrock constriction. The TSF is designed to receive tailings from the processing plant for the project. The tailings will be discharged at a maximum throughput of 2000 tons per day. A preliminary design (cross-section) of the embankment is shown in Figure 8.

The principal objectives for TSF are to store tailings solids, control water collected in the facility and develop an efficient and economic design that satisfies the objectives for maintaining a high level of environmental protection. The principal requirements of the design are as follows:

- Storage of the tailings solids in an engineered facility.
- Control, collection and removal of surface runoff and seepage water from the facility in a safe and environmentally acceptable manner.
- The inclusion of monitoring features to ensure that the performance goals are achieved.

The Lower Slate Lake Tailings Dam will be constructed as approved through the State of Alaska Department of Natural Resources Dam Safety Permit program. The preliminary design is proposed as a Geosynthetic and Concrete Face Rockfill Dam to be built in phases. Preliminary design plans call for the Stage I crest to be built to an elevation of 690. The Stage II crest will be constructed to an elevation of 715; and the final crest height will be constructed at the 740 elevation (Figure 8). Detailed designs for each phase will be reviewed and approved by the State Engineer under the Dam Safety Permit program.

The conceptual design of the dam is described in the following:

- An upstream low permeability face that will be constructed using geosynthetic and concrete materials. This low permeability face will be extended down to fresh bedrock and connected to a concrete plinth.

**Figure 8 – TSF Embankment Cross-Section Preliminary Design (looking East)**

- A concrete plinth along the upstream toe of the geomembrane with a grout curtain to minimize seepage flows beneath the dam. The grout curtain will include primary, secondary and tertiary grout holes with the depths of the holes based on the permeability of the bedrock.

- A permeable face drain immediately downstream of the geomembrane to control seepage. This zone will be constructed from processed sand and gravel.

- The bulk of the dam fill will be rockfill excavated from the right abutment of the dam or from the development rock from the underground mine.

- A foundation drainage system over the low-lying areas adjacent to the riverbed will be included to intercept seepage that will be encountered during preparation of the dam footprint area. The foundation drain will control the water level within the foundation area during operation and after closure.

- A cofferdam upstream of the dam that will be used to contain the 10-year flood event.

A spillway will be located at the crest of the dam to control overtopping of the facility during operations should extreme storm events occur. Flows will be routed through this structure and back into the streambed. The spillway will be excavated to bedrock to provide protection from the potential for erosion.

A 25-foot wide access road is planned for the crest of the dam to provide access to the west abutment and the seepage collection and recycle pond. The face drain and foundation seepage collection will be routed into a seepage collection recycle pond and pumpback system that will be constructed at the downstream toe of the final dam.

A seepage collection pond equipped with pump-back pumps will be located near the toe of the TSF to collect any seepage emanating for the abutment slopes and the creek bottom. A grout curtain will be installed at the base of the impoundment to limit seepage. Also, once tailings are placed adjacent to the embankment, seepage rates should be

reduced. Seepage will be evaluated as part of the freshwater quality monitoring program, and dependent on quality, will be released to Slate Creek or returned to the TSF.

Plan views of the TSF at Stage 3 and at closure are shown in Figure 9. These designs are preliminary and are subject to ongoing review under the state's dam safety program, as well as the ongoing evaluation of field conditions.

*Water Treatment*

A water treatment plant will be made available at the TSF as a contingency measure based on the resulting water quality, evaluated during the initial operating period of the facility. The plant, as proposed, is a reverse osmosis system capable of treating up to 1400 gallons per minute. Treatment brine generated from the facility will be pumped back to the mill, incorporated in the tailings discharge, submerged and encapsulated with the tailings in the TSF facility. This system will be powered by the proposed generators located at the Process Area.

*Backfill*

Coeur will pump, or truck, up to 40 percent of the tailings as a coarse sand fraction to underground for backfill. Thickened tailings will be pumped to cyclones for classification with the sand fraction reporting to the underflow for pumping underground through HPDE pipe. The pipeline will extend down the 6,500 foot Jualin tunnel to the working areas requiring backfill. On the surface, the pipeline will be placed in a containment ditch that will provide secondary containment in the unlikely event of ruptures and spills. The return decant water line from the mine to the mill will parallel the tailings line with the same containment measures.

Decant from the backfill program will co-mingle with underground mine drainage and report to the water treatment plant, to be treated, prior to

Backfilling selected open stopes allows for the removal of a greater number of pillars, resulting in increased ore production and a greater cost benefit for the Project, therefore, backfilling in the mine will be optimized to the maximum extent possible.