# Review of Data on Toxicity and Acid Rock Drainage Potential of Tailings at Kensington Mine

December 6, 2004

**Prepared for:**
Alaska Department of Environmental Conservation
Division of Water
410 Willoughby Avenue, Suite 303
Juneau, Alaska 98001

**Prepared by:**
Ecology and Environment, Inc.
840 K Street, Suite 100
Anchorage, Alaska 99501

Exhibit 14, page 1 of 12

# 1. Introduction and Definition of Concepts

## 1.1 Purpose of Paper

Ecology and Environment, Inc. (E & E) was contracted by the Alaska Department of Environmental Conservation (DEC) Division of Water to review available data on the toxicity and acid rock drainage (ARD) potential of tailings from the Kensington Mine, located 45 miles north-northwest of Juneau, Alaska.

The first final environmental impact statement (EIS) was completed in 1992. Since then there have been changes to the proposed actions including ore processing and disposal of tailings (Tetra Tech 2004). Some of the data provided to E & E for review were based on previously proposed approaches including processing of ore using a cyanide leach recovery process and submarine disposal of tailings in Lynn Canal. E & E reviewed the available data and evaluated the applicability of previous studies to the currently proposed approaches for ore processing and disposal of tailings in a subaqueous tailings storage facility (TSF) in Lower Slate Lake (Tetra Tech 2004).

The reviewers present a summary of the available data including applicability to current approaches and tentative conclusions. This review does not include data verification or validation of the referenced reports, but rather is intended to present a summary of existing data regarding toxicity and ARD potential.

## 1.2 Definition of Concepts

### 1.2.1 Toxicity Tests

Toxicity tests are used to determine if chemicals in environmental media have the potential to adversely affect living organisms. The effects or endpoints typically evaluated include survival, growth, reproduction, and bioaccumulation. Toxicity tests may be conducted with surface water, whole sediment, and sediment porewater. Standardized test methods have been developed for freshwater fish and plankton (USEPA 1994b); freshwater benthic invertebrates (USEPA 2000); marine and estuarine fish and plankton (USEPA 1994c); and marine and estuarine benthic invertebrates (USEPA 1994a).

Sediment toxicity tests are conducted by placing laboratory-reared benthic invertebrates into field-collected sediment from an area of concern. Test-organism survival, growth, and reproduction in site samples are statistically compared with these endpoints in the control and reference samples to quantify adverse effects. Perhaps the most commonly used freshwater sediment toxicity tests are the 10-day survival and growth tests with *Hyalella azteca*, a freshwater amphipod, and *Chironomus tentans*, a freshwater midge (ASTM 1999). Longer versions of both tests are available and can be used to evaluate reproductive effects (USEPA 2000). Similar tests have been developed for marine benthic species (USEPA 1994c).

### 1.2.2 Acid Drainage Potential

ARD is a well-documented and known environmental problem at many mineral mines and can cause enhanced solubility and leaching of various heavy metals to the environment. ARD describes the acidic drainage from mine waste rock, mine tailings, and other mine features as a result of the oxidation of iron and sulfur by oxygen and water. When rock containing sulfide and elemental sulfur are exposed to the weathering affects of oxygen and water, the sulfide minerals may oxidize to form acidic water carrying dissolved metals. Effects of ARD include pronounced toxicological effects to the environment due to generated acid(s), leaching of heavy metals, and subsequent chemical metal and other acid byproducts.

Factors affecting ARD and acid production potential (AP) include the amount of acid generating (i.e., sulfide) materials and acid neutralizing (i.e., carbonate) materials present. Factors influencing the rate of acid generation include the type of sulfide and carbonate material present, available water and oxygen, particle size, and available bacteria for acid generation (Geochemica 1994; USEPA 1994d). The primary sulfide mineral most often available in the greatest quantities is iron sulfide or pyrite. Pyrite is the primary sulfide ore associated with gold bearing callverite (gold-telluride) ore, and native (free or elemental) gold at the Kensington Mine (Geochemica 1994; Rescan 2004).

## 2. Summary of Available Data

A large number of reports have been produced over the past five to 10 years regarding the toxicity and ARD potential of tailings from the Kensington Mine. This section provides a list of materials reviewed in development of this whitepaper. A summary of the materials reviewed for both the toxicity and ARD potential of Kensington Mine tailings are provided in the following subsections.

Five reports were identified that contained original toxicity data. These reports are:
- *Results of 42-day* Hyalella azteca *Habitability Tests with Tailing Sample from Dawson Metallurgical Laboratories, Utah and Lake Sediment Samples from Lower Slate Lake, Alaska, Samples Received June 9-14* (AScI 2000b).
- *Results of Life-cycle* Chironomus tentans *Habitability Test with Tailing Sample from Utah and Lake Sediments from Alaska, Samples Received June 9-14, 2000* (AScI 2000a).
- *Kensington Project, Underwater Tailings Placement Studies: Bioaccumulation/ Habitability Testing* (EVS 1999b). Partial copy available, only.
- *Kensington Project, Underwater Tailings Placement Studies: Tailings Habitability Testing* (EVS 1999c). Partial copy available, only.
- *Kensington Project, Underwater Tailings Placement Studies: Whole Effluent Toxicity Testing* (EVS 1999a). Not available for review.

Other reports relevant to the issue of toxicity of Kensington tailings and process water include Kline (2000, 2004a, and 2004b), Rescan (2004), and Tetra Tech (2004). These reports are largely concerned with interpreting the data from the EVS and AScI Corporation (AScI) reports cited above and/or with additional ecological risk evaluation, such as comparing metal concentrations in tailings with sediment benchmarks.

The following reports were reviewed for applicability to the ARD potential discussion:
- *Flotation and Leaching Studies* (CMRI 1998). Partial copy available, only.
- *Kensington Gold Project Preliminary Final Supplemental Environmental Impact Statement: Internal Agency Working Draft* (Tetra Tech 2004).
- *Analysis of Acid – Base Accounting Data Kensington Mine Project* (Geochemica 1994).
- *Milling Reagent Analyses Report CMRI Pilot Scale Ore Milling Test Kensington Mine Project* (Maxim 2000b).
- *Particle Size Distribution and Chemical Composition of Suspended Sediment Samples, Lynn Canal, Alaska* (Maxim 2000a).
- *Kensington Mine Project Rougher Tailings Evaluation Report* (Montgomery Watson 1996).
- *Kensington Project Assessment of the Geochemical Stability of Tailings Placed in a Submarine Environment* (Rescan 1999)
- *DRAFT Kensington Gold Project Review of Geochemical Interactions of Flotation Rougher Tailings* (Rescan 2004).
- *Review of Development Rock, Ore, and Tailings Characterization Testing Kensington Gold Project, Alaska* (SRK 1996).
- *Technical Resource Document for Water Resources Kensington Mine Project* (SAIC 1997).

## *2.1 Kensington Toxicity Data*

This subsection focuses on toxicity data from the five primary references identified above. The available freshwater toxicity data and tests conducted with marine species are discussed below. The two AScI reports, which present results from sediment toxicity tests conducted with freshwater benthic invertebrates, are the most relevant to tailings disposal in Lower Slate Lake. The three EVS Environment Consultants (EVS) reports describe results of tests conducted with marine species and thus are less applicable to Lower Slate Lake, but still relevant.

### 2.1.1 Freshwater Tests

Sediment toxicity tests were conducted with *H. azteca* and *C. tentans* to evaluate possible effects of tailings disposal in Lower Slate Lake. AScI (2000b) presents results from a 42-day sediment toxicity test with *H. azteca*, a common freshwater amphipod species. AScI (2000a) presents results from a life-cycle sediment toxicity test with *C. tentans*, a common freshwater midge species. United States Environmental Protection Agency (USEPA; 2000) methods were used in both studies.

Four samples were tested: (1) Kensington Mine tailings, (2) shallow sediment from Lower Slate Lake, (3) deep sediment from Lower Slate Lake, and (4) a laboratory control sample, which consisted of clean sediment from a lake near the testing laboratory in Minnesota. The Kensington Mine tailings sample was a slurry of mine tailings and interstitial process water (Kline 2004b). Survival, growth, and reproduction were evaluated for *H. azteca* and survival, growth, emergence, and egg production were evaluated for *C. tentans*. The freshwater toxicity results are summarized in Table 1.

No significant difference in survival or growth of *H. azteca* was observed between the laboratory control and Lower Slate Lake samples. Survival of amphipods exposed to Kensington Mine tailings was 5%; significantly lower ($p < 0.05$) than in the other three samples. Growth of *H. azteca* in Kensington Mine tailings was not significantly different than growth in control sediment. However, because the number of individuals available for growth measurements was limited in the tailings sample, the growth comparison between the tailings and control sample is unreliable. No offspring were produced in the Kensington Mine tailings sample.

Table 1. Freshwater Toxicity Test Results

Summary of Results from 42-day Sediment Toxicity Test with *Hyalella azteca*

| Sample | Survival (%) | Growth, Weight (milligrams per organism) | Growth, Length (millimeter per organism) | Offspring Produced (per female) |
|---|---|---|---|---|
| Laboratory Control | 83 | 0.4 | 3.6 | 4.3 |
| Shallow LSL Sediment | 76 | 0.35 | 3.7 | 1.8 |
| Deep LSL Sediment | 62 | 0.33 | 3.7 | 1.9 |
| Kensington Mine Tailings Slurry | 5* | 0.29 | 3.3 | 0+ |

Summary of Results from Life-cycle Sediment Toxicity Test with *Chironomus tentans*

| Sample | Survival (%) | Growth, dry weight (milligrams per organism) | Emergence (%) | Eggs Produced (per viable female) |
|---|---|---|---|---|
| Laboratory Control | 100 | 1.26 | 70 | 858 |
| Shallow LSL Sediment | 98 | 0.98 | 85 | 772 |
| Deep LSL Sediment | 87 | 0.95 | 53 | 810 |
| Kensington Mine Tailings Slurry | 83 | 1.69 | 43** | 602 |

Source: AScI 2000a and 2000b.

Key:
LSL = Lower Slate Lake.
* Significantly less ($p < 0.05$) than laboratory control, shallow LSL sediment, and deep LSL sediment.
** Significantly less ($p < 0.05$) than laboratory control and shallow LSL sediment.
+ No males survived.

There was no statistically significant difference in midge survival, growth, and egg production in Kensington Mine tailings compared to the laboratory control and lake

sediment samples. Emergence was adversely affected by exposure to the tailings sample; it was significantly lower in the tailings sample compared with the laboratory control and shallow lake sediment sample but not the deep lake sediment sample. Reduced emergence would be expected to affect midge reproduction because the adults cannot mate and produce eggs unless they emerge.

As mentioned above, the tailings sample was a slurry of mine tailings and interstitial process water. The concentration of many heavy metals was lower in the Kensington Mine tailings than in the Lower Slate Lake sediments (Tetra Tech 2004; Kline 2004b) and less than freshwater threshold effects levels (TEL) presented by the National Oceanic and Atmospheric Administration (NOAA; 1999). Arsenic exceeded the TEL but was lower in the tailings than the lake sediments. The concentration of chromium and nickel in the tailings has been detected at concentrations greater than both the TEL and the lake sediments (Tetra Tech 2004). The concentration of organic milling reagents in effluent from a tailings sample used for marine whole effluent toxicity tests was greater than minimum acute toxicity values found in the literature for potassium amyl xanthate and sodium dialkyl dithiophosphate (Kline 2000).

### 2.1.2  Marine Water Tests

Whole effluent toxicity tests with Kensington Mine tailings and/or process water were conducted to evaluate potential adverse effects associated with disposal of these wastes in Lynn Canal (Kline 2004a; EVS 1999a). Neither a full or partial copy of the original report (EVS 1999a) was available for review.

EVS (1999b; 1999c) conducted habitability tests with Kensington Mine tailings to determine their toxicity to marine benthic species. Partial copies of these reports were available for review. EVS (1999b) presents survival results from a 28-day test with *Macoma nasuta*, a marine clam, exposed to Kensington Mine tailings and Lynn Canal sediment. Percent survival of *M. nasuta* in tailings (98%) and Lynn Canal sediment (98%) was high and no different statistically than percent survival in the laboratory control (94%). Effects on growth or reproduction were not evaluated. The information available did not specify the testing methods that were used.

Results for three separate sediment toxicity tests are reported in EVS (1999c): (1) 10-day survival and avoidance test with *Rhepoxynius abronius*, a marine amphipod; (2) 10-day survival and avoidance test with *Ampelisca abdita*, a marine amphipod; and (3) 20-day survival and growth test with *Neanthes arenaceodentata*, a marine polychaete. Three samples (Kensington Mine tailings, Lynn Canal sediment, and laboratory control) were tested with each species. The specific test methods used could not be determined from the information available.

The test results from marine toxicity tests are summarized in Table 2. *R. abronius* survival in tailings was significantly lower than the laboratory control but not significantly different than the Lynn Canal sediment samples. Survival in Lynn Canal sediment was also significantly lower than the laboratory control. There was no

significant difference in avoidance or reburial behavior between samples (EVS 1999c). The test conducted with *Ampelisca* failed to meet the control-validity criterion of greater than 90% survival. Hence, the results from this test are unreliable and are not considered further in this whitepaper. The test results for *Neanthes* showed survival was 100% in tailings, Lynn Canal sediment, and the laboratory control. There was no significant difference in growth between samples.

Overall, the test results from EVS (1999c) suggest that Kensington Mine tailings would have little or no effect on survival and behavior of marine amphipods and no effect on survival and growth of marine polychaetes. Reproductive effects were not evaluated in EVS (1999c).

EVS (1999b) conducted tests to evaluate the bioaccumulation of metals from Kensington Mine tailings by selected marine benthic invertebrates. The tissue-chemistry results from this study were not available for review.

**Table 2. Marine Toxicity Test Results**

**Summary of Results from 10-day Sediment Toxicity Test with *Rhepoxynius abronius***

| Sample | Survival (%) | Avoidance[1] | Reburial (%)[2] |
|---|---|---|---|
| Laboratory Control | 96 | 0.50 | 100 |
| Lynn Canal Sediment | 64* | 0.08 | 98 |
| Kensington Mine Tailings | 90* | 0.08 | 93 |

**Summary of Results from 20-day Sediment Toxicity Test with *Neanthes arenaceodentata***

| Sample | Survival (%) | Individual Dry Weight (milligrams per worm) | Individual Growth Rate (milligram/worm/day) | Total Dry Weight (milligrams) |
|---|---|---|---|---|
| Laboratory Control | 100 | 12.9 | 0.62 | 64.5 |
| Lynn Canal Sediment | 100 | 14.7 | 0.71 | 73.3 |
| Kensington Mine Tailings | 100 | 13.8 | 0.66 | 68.8 |

Source: EVS 1999c.
[1] Number of amphipods on sediment surface per jar per day (out of a maximum of 20).
[2] Percentage of surviving amphipods able to rebury in clean sediment within 1 hour after a 10-day exposure.
* Significantly different ($p < 0.05$) than laboratory control. Tailings not significantly different ($p < 0.05$) than Lynn Canal sediment.

### 2.2 Kensington Mine ARD Potential Data

Over the past decade, testing at the Kensington Mine has been conducted to investigate the ARD potential of development rock, ore, and tailings. Predicting the AP of rock material involves an understanding of the geology and mineralogy that will be encountered during mining, and prediction of AP and ARD using static and kinetic testing. Static tests (e.g., acid-base accounting) measure the theoretical potential for acid generation by comparing the AP and neutralization production potential (NP). Kinetic tests (e.g., humidity cells or column leach tests) simulate actual weathering reactions in the laboratory. Kinetic tests are indicators of the rate and amount of acid that a given sample may generate and provide an indication of drainage water quality (USEPA 1994; Price and Errington 1998).

Presently, actions under consideration include the mining, milling, and concentration of a gold and sulfide bearing concentrate on site, with the concentrate being transported off-site for processing (Tetra Tech 2004). Gold bearing ore will be milled to a fine-grained slurry utilizing recycled process water. Gold and associated sulfides will be concentrated and removed from tailings via a process referred to as flotation. This process involves the addition of flotation agents (potassium amyl xanthate and sodium dialkyl dithiophosphate), frothing agent (MIBC), and a flocculent (polyacrylamide). The process actually floats the gold and sulfides atop the slurry as a concentrate, which is subsequently removed and shipped off-site for economic gold recovery. The tailings will be disposed of in a TSF built in Lower Slate Lake (Tetra Tech 2004).

The proposed processing of ore has changed over time. Earlier studies (Montgomery Watson 1996) were conducted on tailings after cyanide leach gold recovery. These studies are not directly applicable to the current proposed process, but provide useful data concerning neutralization potential of the ore and tailings, which may be considered supporting documentation of more recent studies.

The following subsections summarize the geochemistry of Kensington Mine ore and tailings, and the results of acid-base accounting and leachability tests.

### 2.2.1 Geochemistry of Tailings

The Kensington Mine ore body consists of quartz vein swarms within a Jualin diorite, which accounts for more than 95% of the ore deposit. A metavolcanic unit to the north of the deposit account for less than 5% of the mine development rock (Geochemica 1994). Gold occurs in the mineral callverite (gold-telluride), and as elemental or native gold in association with pyrite (iron sulfide). Pyrite is the predominant sulfide mineral in the ore, compromising one-half to 4% of the rock mass; however, traces of chalcopyrite (copper-iron sulfide) have been identified. Trace metal content of the ore is very low (Maxim 2000a; Rescan 2004); metals within the 100 to 1500 parts per million range include copper, barium, and manganese; and trace metals include gold, silver, lead, antimony, zinc, molybdenum, cadmium, chromium, nickel, tellurium, tungsten, vanadium, and some mercury. Of importance for neutralization potential, calcite (calcium carbonate) is found in substantial quantities within the deposit with significant levels identified in the tailings (Rescan 2000). Other predominant minerals include

silicate structures of potassium, aluminum, iron, and magnesium, among others. (Rescan 2004).

Previous studies have indicated a total sulfur content of the ore to be low, averaging 1.83% (Geochemica 1994). The current plan involves mining a higher-grade portion of the ore deposit (Tetra Tech 2004). Previous studies have indicated that the total sulfur content increases with an increase in gold concentrations (Geochemica 1994). Via the flotation process, the predominance of gold, silver, copper, iron, tellurium, mercury, and sulfides are removed, leaving tailings with concentrations of arsenic, barium, cobalt, chromium, manganese, molybdenum, lead, antimony, zinc, vanadium, mercury, and traces of other metals. Of importance is the removal of sulfides, which impart acid production. Greater than 90% of sulfides in the ore are removed during the froth flotation process (Rescan 2004). The average total sulfur content of the rougher tailings has been measured at 0.005% (Maxim 2000).

The geochemical stability of heavy metals is a complex system involving several variables, the most important of which are the acid production potential, neutralization potential, and metals leachability of the system. These factors are expanded upon in the following subsections.

### 2.2.2 Results of Acid Potential, Neutralization Potential, and Acid Leachability Tests

Acid-base accounting has been used to describe the ARD potential of Kensington Mine ore and tailings. Acid-base accounting compares the neutralization generating potential and acid generating potential of a given sample. A ratio of NP:AP greater than 3:1 indicates a high probability that the rock will not be acid generating. Ratios less than 1:1 indicate a high probability for the rock to generate acid, and ratios between 3:1 and 1:1 indicate a zone of uncertainty where rock may be acid generating if the kinetics of weathering favor rapid reaction of sulfides over carbonates (USEPA 1994).

Multiple acid-base accounting tests have been conducted on Kensington Mine ore and tailings and have indicated low potential for acid generation due to high neutralization potential. Two studies (Geochemica 1994; SRK 1996) were available for this whitepaper. Tests performed on Kensington Mine ore by Geochemica (1994) consisted of 94 development rock samples, and 39 gold ore samples. No development rock samples exhibited an NP:AP ratio of less than 3:1 and 60 samples exhibited NP:AP ratios of >21:1, indicating high neutralization potential. One gold ore sample exhibited an NP:AP between 1:1 and 3:1 (average NP:AP of 2.24:1). The remaining samples had an NP:AP of >3:1, indicating low potential for acid generation.

Staffen Robertson and Kirsten, Inc.'s (SRK's) study consisting of 591 ore samples and 75 potential development rock samples supported the Geochemica results. The NP:AP ratios for development rock ranged from 4.5:1 to 672:1, with 88% of the samples exhibiting NP:AP in excess of 10:1, indicating the ore has low potential for acid generation. In addition, the pH tests indicated the development material is alkaline in

nature (SRK 1996). Of the 591 ore samples, all but one indicated low acid generation potential due to high neutralizing potential.

These data offer compelling evidence that acid production and subsequent ARD is not anticipated in Kensington Mine ore. Furthermore, much of the AP in the form of sulfides will be removed via the flotation process. These results are based upon analyses of a limited number of ore and development rock samples. Determination of the statistical and structural representativeness of the samples was not conducted.

### 2.2.2.1 Freshwater and Marine Water Tests

Previous plans for the Kensington Mine involved the placement of mine tailings in Lynn Canal, a submarine environment. In order to determine the characteristics of Kensington Mine tailings in the submarine environment, leach testing was conducted. The tests were designed to assess the short- and long-term reactivity of tailings under a seawater cover (Rescan 1999). Within 24 hours, dissolved concentrations of arsenic, molybdenum, aluminum, and manganese in the water column increased rapidly. Fluxes of these metals decreased over time, dropping to a very low or negligible level at the end of a 60-day test. The long-term flux of the tailings in a marine environment indicated the concentrations of dissolved metals did not appreciably increase over time. In addition, the concentration of dissolved oxygen and metals in sediment pore water was measured following 60-days of deposition in seawater. The results indicated tailings were not contributing significantly to the dissolved metal concentrations in the pore water, with the possible exceptions of molybdenum and zinc. Dissolved oxygen in pore water diminished rapidly across the seawater-tailings interface.

The combined effect of these factors implies a short-term flux of some metals, and subsequent slower steady state equilibrium over time resulting in near zero release of heavy metals to the water column. This reduction in tailings reactivity is attributed to diminished dissolved oxygen within tailings pore water, post-depositional iron-manganese coating of tailing particles, and a reduction of exposed tailing particle surface area caused by subaqeous storage.

## 3. References

American Society for Testing and Materials (ASTM). 1999. Standard Test Methods for Measuring the Toxicity of Sediment-associated Contaminants with Freshwater Invertebrates. E1706-95b. In *Annual Book of ASTM Standards*, Vol. 11.05, Philadelphia, Pennsylvania.

AScI Corporation (AScI). November 2000a. *Results of Life-cycle Chironomus tentans Habitability Test with Tailing Sample from Utah and Lake Sediments from Alaska, Samples Received June 9-14, 2000.*

———. October 2000b. *Results of 42-day Hyalella azteca Habitability Tests with Tailing Sample from Dawson Metallurgical Laboratories, Utah and Lake Sediment Samples from Lower Slate Lake, Alaska Samples Received June 9-14, 2000.*

Colorado Minerals Research Institute (CMRI). November 1998. *Flotation and Leaching Studies*. Partial copy.

EVS Environment Consultants (EVS). 1999a. *Kensington Project, Underwater Tailings Placement Studies: Whole Effluent Toxicity Testing.*

———. November 1999b. *Kensington Project, Underwater Tailings Placement Studies: Bioaccumulation/Habitability Testing.* Partial copy.

———. November 1999c. *Kensington Project, Underwater Tailings Placement Studies: Tailings Habitability Testing.* Partial copy.

Geochemica, Inc. (Geochemica). November 1994. *Analysis of Acid – Base Accounting Data Kensington Mine Project.*

Kline Environmental Research, LLC (Kline). August 17, 2004a. *Technical Memorandum, Subject: Time required for benthic recolonization in the Kensington tailings storage facility.*

———. January 28, 2004b. *Technical Memorandum, Subject: Kensington tailings habitability.*

———. April 5, 2000. *Kensington Project Underwater Tailings Placement: Interpretation of Effluent Toxicity Tests.*

Maxim Technologies, Inc. (Maxim). August 2000a. *Particle Size Distribution and Chemical Composition of Suspended Sediment Samples, Lynn Canal, Alaska.*

———. March 2000b. *Milling Reagent Analyses Report CMRI Pilot Scale Ore Milling Test Kensington Mine Project.*

Montgomery Watson. June 1996. *Kensington Mine Project Rougher Tailings Evaluation Report.*

National Oceanic and Atmospheric Administration (NOAA). September 1999. *Screening Quick Reference Tables (SQuiRTs).*

Price, W.A. and Errington, J.C. 1998. *Guidelines for Metal Leaching and Acid Rock Drainage at Mine Sites in British Columbia.* Ministry of Energy and Mines.

Rescan Environmental Service, Ltd. (Rescan). March 2004. *DRAFT Kensington Gold Project Review of Geochemical Interactions of Flotation Rougher Tailings.*

———. February 1999. *Kensington Project Assessment of the Geochemical Stability of Tailings Placed in a Submarine Environment.*

Science Applications International, Corp. (SAIC). February 1997. *Technical Resource Document for Water Resources Kensington Mine Project.*

Staffen Robertson and Kirsten, Inc. (SRK). September 1996. *Review of Development Rock, Ore, and Tailings Characterization Testing Kensington Gold Project, Alaska.*

Tetra Tech, Inc. (Tetra Tech). 2004. *Kensington Gold Project Preliminary Final Supplemental Environmental Impact Statement: Internal Agency Working Draft.*

United States Environmental Protection Agency (USEPA). 2000. *Methods for Measuring the Toxicity and Bioaccumulation of Sediment-associated Contaminants with Freshwater Invertebrates, Second Edition.* EPA-600/R-99/064, Washington, D.C.

———. 1994a. *Methods for Measuring the Toxicity of Sediment-associated Contaminants with Estuarine and Marine Amphipods.* EPA-600/R-94/025. Narragansett, Rhode Island.

———. 1994b. *Short-term Methods for Estimating the Chronic Toxicity of Effluents and Receiving Waters to Freshwater Organisms. Third Edition.* EPA-600/4-91/002, Cincinnati, Ohio.

———. 1994c. *Short-term Methods for Estimating the Chronic Toxicity of Effluents and Receiving Waters to Marine and Estuarine Organisms. Second Edition.* EPA-600/4-91/003, Cincinnati, Ohio.

———. December 1994d. *Technical Document: Acid Mine Drainage Potential.* Office of Solid Waste. EPA 530-R-94-036.