47 FR 25682-01                                                                    Page 1
47 FR 25682-01, 1982 WL 132502 (F.R.)
**(Cite as: 47 FR 25682)**

PROPOSED RULES

ENVIRONMENTAL PROTECTION AGENCY

40 CFR Part 440

[WH FRL 1979-8]

Ore Mining and Dressing Point Source Category; Effluent Limitations Guidelines and New Source Performance Standards

Monday, June 14, 1982

*25682 AGENCY: Environmental Protection Agency (EPA).

ACTION: Proposed regulation.

SUMMARY: EPA proposes a regulation to limit effluent discharges to waters of the United States and introduction of pollutants from facilities engaged in mining and processing of metal ores. The purpose of this proposed rulemaking is to provide effluent limitations guidelines for "best available technology," (BAT) and to establish new source performance standards (NSPS) under the Clean Water Act.

DATE: Comments on this proposal must be submitted on or before August 13, 1982.

ADDRESS: Send comments to: Mr. William Telliard, Effluent Guidelines Division (WH-552), Environmental Protection Agency, 401 M Street, SW., Washington, D.C. 20460. Attention: EGD Docket Clerk, Proposed Rulemaking--Ore Mining and Dressing Industry. The supporting information and all comments on this proposal will be available for inspection and copying at the EPA Public Information Reference Unit, Room 2922 (EPA Library), at the EPA address given above. The EPA information regulation (40 CFR Part 2) provides that a reasonable fee may be charged for copying.

FOR FURTHER INFORMATION CONTACT: Technical information may be obtained from Mr. B. Matthew Jarrett, at the address listed above, or by calling (202) 426-4618. Copies of technical documents may be obtained from the Distribution Officer at the above address or by calling (202) 426-2724. The economic information may be obtained from Mr. John Ataman, Office of Analysis and Evaluation (WH-586), Environmental Protection Agency, 401 M Street, SW., Washington, D.C. 20460, or by calling (202) 755-2484.

SUPPLEMENTARY INFORMATION:

Organization of This Notice

I. Legal Authority

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

```
47 FR 25682-01                                                          Page 2
47 FR 25682-01, 1982 WL 132502 (F.R.)
(Cite as: 47 FR 25682)
```

II. Background

 A. The Clean Water Act

 B. Prior EPA Regulations

 C. Industry Overview

III. Scope of this Rulemaking and Summary of Methodology

IV. Data Gathering Program

 A. Sampling and Analytical Methods

 B. Data Gathering Efforts

V. Industry Subcategorization

VI. Available Wastewater Control and Treatment Technology

 A. Status of In-Place Technology

 B. Control Technologies Considered for Use in the Ore Mining and Dressing Industry

 1. Toxic Metals and TSS Removal

 2. Cyanide Removal

 C. Cost Development

VII. Substantive Changes From Prior Regulations

 A. Storm Provision

VIII. Pollutant Parameter Selection

 A. Pollutants Not Regulated

 B. Regulated Pollutants

 1. BAT and NSPS

 2. BCT

 3. Indicator Pollutant

 C. Indicator Pollutants

IX. Best Available Technology (BAT) Effluent Limitations

 A. BAT Options for Toxic Metal Pollutant Reduction

 1. Secondary Settling

 2. Coagulation/Flocculation

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

3. Granular-Media Filtration

4. No Discharge/Complete Recycle

5. BAT Equals BPT

B. BAT Options for Cyanide Reduction

6. In-Process Control

7. Use of Reagents Other Than Cyanide

8. End-of-Pipe Control by Wastewater Treatment Technologies Specific to Cyanide

C. BAT Selection and Decision Criteria

X. Best Conventional Control Technology (BCT) Effluent Limitations

XI. New Source Performance Standards (NSPS)

A. NSPS Options

B. NSPS Selection and Decision Criteria

XII. Best Management Practices

XIII. Variances and Modifications

XIV. Upset and Bypass Provisions

XV. Nonwater Quality Aspects of Pollution Control

XVI. Costs and Economic Impact

XVII. Relationship to NPDES Permits

XVIII. Summary of Public Participation

XIX. Solicitation of Comments

XX. Small Business Administration Financial Assistance

XXI. Executive Order 12291


Appendices


A. Abbreviations, Acronyms, and Units

B. Toxic Organic Compounds Not Detected During Sampling

C. Toxic Organic Compounds Detected at Least One Facility But Always 10 g/1 or Less

D. Toxics Detected at Levels Too Small To Be Effectively Reduced by Technologies

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Known to the Administrator

E. Toxic Organic Compounds Detected From a Small Number of Sources and Uniquely Related to These Sources

F. Pollutants Effectively Controlled by the Technology Upon Which Other Effluent Limitations and Guidelines Are Based

G. Subcategories and Subparts Where Equal or More Stringent Protection Is Already Provided by Existing Effluent Limitations (BAT =BPT)

H. Pollutants Excluded by Subcategory and Subpart

I. Subpart Where Pollutants Are Detected From a Small Number of Sources Within the Subpart and the Pollutants Are Uniquely Related to These Sources

J. Proposed BAT=BPT Where the Small Amounts Remaining in the BPT Effluent Do Not Justify National Regulation

I Legal Authority

 The regulations described in this notice are proposed under authority of sections 301, 304, 306, 307, 308, and 501 of the Clean Water Act (the Federal Water Pollution Control Act Amendments of 1972, 33 U.S.C. 1251 et seq., as amended by the Clean Water Act of 1977, Pub. L. 95-217) (the "Act").  These regulations are also proposed in response to the Settlement Agreement in Natural Resources Defense Council, Inc., v. Train, 8 ERC 2120 (D.D.C. 1976), modified, 12 ERC 1833 (D.D.C. 1979).

II Background

A. The Clean Water Act

 The Federal Water Pollution Control Act Amendments of 1972 established a comprehensive program to "restore and maintain the chemical, physical, and biological integrity of the Nation's waters." Section 101(a).  By July 1, 1977, existing industrial discharges were required to achieve "effluent limitations requiring the application of the best practicable control technology currently available" (BPT), Section 301(b)(1)(A).  By July 1, 1983, these dischargers were required to achieve "effluent limitations requiring the application of the best available technology economically achievable* * * which will result in reasonable further progress toward the national goal of eliminating the discharge of all pollutants" (BAT), Section 301(b)(2)(A).  New industrial direct dischargers were required to comply with section 306 new source performance standards (NSPS), based on best available demonstrated technology.  The requirements for direct dischargers were to be incorporated into National Pollutant Discharge Elimination System (NPDES) permits issued under section 402 of the Act.

 Although section 402(a)(1) of the 1972 Act authorized the setting of requirements for direct dischargers on a case-by-case basis, Congress intended that for the most part, control requirements would be based on regulations promulgated by the

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

47 FR 25682-01                                                          Page 5
47 FR 25682-01, 1982 WL 132502 (F.R.)
(Cite as: 47 FR 25682)

Administrator of EPA. Section 304(b) of the Act required the Administrator to promulgate regulations providing guidelines for effluent limitations setting *25683 forth the degree of effluent reduction attainable through the application of BPT and BAT. Moreover, sections 304(c) and 306 of the Act required promulgation of regulations for NSPS. In addition to these regulations for designated industry categories, section 307(a) of the Act required the Administrator to promulgate effluent standards applicable to all dischargers of toxic pollutants. Finally, section 501(a) of the Act authorized the Administrator to prescribe any additional regulations "necessary to carry out his functions" under the Act.

EPA was unable to promulgate many of these regulations by the dates contained in the Act. In 1976, EPA was sued by several environmental groups, and in settlement of this lawsuit EPA and the plaintiffs executed a Settlement Agreement which was approved by the Court. This Agreement required EPA to develop a program and adhere to a schedule for promulgating BAT effluent limitations guidelines, and new source performance standards covering 65 classes of toxic pollutants (subsequently defined by the Agency as 129 specific "priority pollutants") for 21 major industries. See Natural Resources Defense Council, Inc. v. Train, 8 ERC 2120 (D.D.C. 1976), modified, 12 ERC 1833 (D.D.C. 1979).

On December 27, 1977, the President signed into law the Clean Water Act of 1977 ("the Act"). Although this law makes several important changes in the Federal Water Pollution Control Program, its most significant feature is its incorporation of several basic elements of the Settlement Agreement program for toxic pollution control. Sectons 301(b)(2)(A) and 301(b)(2)(C) of the Act now require the achievement, by July 1, 1984, of the effluent limitations requiring application of BAT for toxic pollutants, including the 65 priority pollutants and classes of pollutants that Congress declared toxic under section 307(a) of the Act. Likewise, EPA's programs for new source performance standards are now aimed principally at toxic pollutant controls. Moreover, to strengthen the toxics control program, section 304(e) of the Act authorizes the Administrator to prescribe "best management practices" (BMPs) to control the release of toxic and hazardous pollutants from plant site runoff; spillage or leaks; sludge or waste disposal; and drainage from raw material storage associated with, or ancillary to, the manufacturing or treatment process.

In keeping with its emphasis on toxic pollutants, the Act also revises the control program for nontoxic pollutants. Instead of BAT for "conventional" pollutants identified under section 304(a)(4) (including biochemical oxygen demand (BOD), total suspended solids (TSS), fecal coliform, oil and grease, and pH), the new Section 301(b)(2)(E) requires achievement, by July 1, 1984, of "effluent limitations requiring the application of the best conventional pollutant control technology" ("BCT"). The factors considered in assessing BCT for an industry include an analysis of cost-effectiveness and the costs and benefits of reducing pollutants at a point source compared with the costs and benefits of reducing pollutants at POTWs (section 304(b)(4)(B)). For nontoxic, nonconventional pollutants, sections 301(b)(2)(A) and (b)(2)(F) require achievement of BAT effluent limitations within three years after their establishment or by July 1, 1984, whichever is later, but not later than July 1, 1987.

The purpose of the proposed regulations is to provide effluent limitations guidelines for BAT and to establish NSPS on the basis of the authority granted in sections 301, 304, 306, 307, and 501 of the Clean Water Act. Pretreatment Standards (PSES and PSNS) are not proposed for the ore mining and dressing category since no known indirect dischargers exist nor are any known to be in the planning stage. In general, ore mines and mills are located in rural areas, far from a POTW. EPA

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

expects that the cost of pumping mine drainage and mill process water to a POTW would be prohibitive, and onsite treatment is more cost effective in virtually every instance.

B. Prior EPA Regulations

On November 6, 1975, EPA published interim final regulations establishing BPT requirements for existing sources in the ore mining and dressing industry (see 40 FR 51722). These regulations became effective upon publication. However, concurrent with their publication, EPA solicited public comments with a view to possible revisions. On the same date, EPA also published proposed BAT, NSPS, and pretreatment standards for this industry (see 40 FR 51738). Comments were also solicited on these proposals.

On May 24, 1976, as a result of the public comments received, EPA suspended certain portions of the interim final BPT regulations and solicited additional comments (see 41 FR 21191). EPA promulgated revised, final BPT regulations for the ore mining and dressing industry on July 11, 1978, (see 43 FR 29711, 40 CFR Part 440). On February 8, 1979, EPA published a clarification of the regulations as they apply to storm runoff (see 44 FR 7953). On March 1, 1979, the Agency amended the final regulations by deleting the requirements for cyanide applicable to froth flotation mills in the base and precious metals subcategory (see 44 FR 11546).

On December 10, 1979, the United States Court of Appeals for the Tenth Circuit upheld the BPT regulations, rejecting challenges brought by five industrial petitioners. <u>Kennecott Copper Corp. v. EPA 612 F.2d 1232 (10th Cir. 1979)</u>. These regulations are in effect and EPA is not proposing any changes to them.

The Agency withdrew the proposed BAT, NSPS, and pretreatment standards on March 19, 1981 (see <u>46 FR 17567</u>).

C. Industry Overview

The ore mining and dressing industry is both large and diverse. It includes the ores of 23 separate metals and is segregated by the U.S. Bureau of the Census Standard Industrial Classification (SIC) into nine major codes; SIC 1011, Iron Ore; SIC 1021, Copper Ores; SIC 1031, Lead and Zinc Ores; SIC 1041, Gold Ores, SIC 1044, Silver Ores; SIC 1051, Aluminum Ore; SIC 1061, Ferroalloy Ores including Tungsten, Nickel, and Molybdenum; SIC 1092 Mercury Ores; SIC 1094 Uranium, Radium, and Vanadium Ores; and SIC 1099 Metal Ores, Not Elsewhere Classified including Titanium and Antimony.

Over 500 active mining and over 150 milling operations are located in the United States and many are in remote areas.

The industry includes facilities that mine ores to produce metallic products and all ore dressing and beneficiating operations at mills operated either in conjunction with a mine operation or at a separate location.

Mining is defined as the extraction of metal ores from natural deposits. It also means recovery of metal ores from refuse and storage piles derived from actual

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

47 FR 25682-01                                                                  Page 7
47 FR 25682-01, 1982 WL 132502 (F.R.)
**(Cite as: 47 FR 25682)**

mining or concentration of metal ores.

  The mining of metals ores is usually divided into four principal methods: underground or deep-mining, open-cut, in situ or solution mining, and placer or dredge mining.

  Underground mining methods include open stopes, timbered stopes, filled stopes, caving method, and combinations of these methods.  In open stope mining, an underground chamber is created in which the walls are supported by pillars of ore left in place.  The finished stope is an open cavity.  In timbered stope mining the chamber is *25684 supported by wood and steel timber.  The wood and steel are used where the walls require support during mining and can also serve as a working platform for workers and equipment.  A filled stope is an underground chamber where waste rock, tailings, or other fill material is an integral part of the support of the walls and sometimes the back of the ore body.  Also fill material usually serves as a working platform for workers and equipment to work the next adjacent portion of the ore body. Caving methods use the weight of the ore, the overlying rock, or a combination of the two to break the ore down.  The ore is first undercut and then worked by sublevel caving, block-caving, or top-slicing, with many modifications to these methods.

  Three different open-cut or surface mining methods are used to mine metal ores: open pit, area stripping, and contour mining.  In open-pit mining, the amount of overburden that must be removed to mine the ore is small in relation to the amount of ore mined.  By this method, a large quantity of ore can be removed from a comparatively small surface area because of the thickness of the ore body.  The mining follows the ore body.  In area strip mining, larger areas are excavated to mine the ore body, which is generally in a seam or zone, and the amount of overburden can be large in comparison with the ore removed. Area strip mining is generally limited to fairly flat topography.  In contour mining, excavation follows the contour of the land until the ore recovery is prohibited by the amount of overburden.  Contour mining is used in hilly or mountainous terrain and has limited application in ore mining.

  In situ or solution mining methods are generally restricted to the recovery of copper and uranium from surface or underground deposits.  In in situ mining, a leaching solution (often acid or water) is brought into contact with the ore zone, either in place or after it has been broken in the mine, and the barren solution is allowed to seep through the ore to a lower level where the pregnant leach solution is collected for transfer to a metal recovery or precipitation facility.  In situ mining also includes the secondary recovery of metal values by leaching mined ore, waste rock, low grade ore, or tailings.

  Placer mining is the mining of alluvial deposits (generally loose gravel, sand, soil, or mud that has been deposited by water or ice) of minerals derived from erosion or weathering of bedrock.  Placer mining consists of excavating waterborne or glacial deposits, e.g., gold-bearing gravel and sands, which can then be separated by physical or gravity means.  Methods that are used today include various dredging techniques (clam shell, continuous bucket, or dragline) and the use of bulldozers and front-end loaders.  Where water availability and physical characteristics permit, dredging or hydraulic methods are often favored because they are economical.  At some locations, hydraulic excavation (water cannons) is used both for overburden removal and for sluicing ores.

  Water is little and seldom used in the mining process.  Of the principal mining methods used, only in situ or solution mining and placer mining actually use water

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

47 FR 25682-01                                                                  Page 8
47 FR 25682-01, 1982 WL 132502 (F.R.)
(Cite as: 47 FR 25682)

as part of the mining method. In underground and open-cut mining a small amount of water is used (e.g., for machine cooling, dust suppression, drilling fluids, etc.). Approximately nine deep mines use water in hydraulic backfilling of stopes. This water is brought back to the surface combined with mine water.

An even larger quantity of water may enter the mine by percolation, interception of an aquifer, and runoff. This water, though usually unwanted, must also be managed by the mine operator and discharged as mine process wastewater of mine drainage. The management of mine drainage is an integral part of most mining systems. Mine water flows are extemely variable, ranging from nonexistent to flows occasionally as high as 227,000 m3 (60 million gallons) per day or more. Mine drainage flow rates are related to geologic conditions, climate, and topography and are generally beyond the control of the mine operator.

Five main ore dressing processes use water: gravity concentration, magnetic separation, electrostatic separation, froth flotation, and leaching. Most of the processes follow communition (size reduction).

In froth flotation, chemicals are added to make particles of a mineral or group of minerals adhere preferentially to air bubbles (froth). When air is forced through a slurry (water plus finely ground ore) of mixed minerals, the rising bubbles carry the particles of the mineral(s) to be separated from the matrix. If a foaming agent is added, which prevents the bubbles from bursting when they reach the surface, a mineral-layer of foam is built up at the surface of the flotation cell that may be removed to recover the mineral. Details of the process and reagents employed vary from ore to ore and with time at a given mill, but because the process is adaptable to fine particle sizes, it often allows a high rate of recovery even from low-grade ores.

Gravity concentration processes use differences in specific gravity to separate the valuable ore minerals from gangue (unwanted minerals). They depend upon viscosity forces to suspend and transport gangue away from the heavier, valuable mineral. Several techniques are employed including jigs, tables, spirals, and sink/float separation. Each technique employs water as the medium through which the separation takes place and provides a means of removing the unwanted minerals.

The magnetic separation process, based on differences in magnetic permeability, involves the transport of ore through a region of high magnetic field gradient. The most magnetically permeable minerals are attracted to a moving surface behind which is the pole of a large electromagnet, and are carried by it out of the ore stream. Although dry separators are used for rough separations, the process is often run wet on slurries produced by grinding mills.

Electrostatic separation is used to separate minerals on the basis of their conductivity. This process is inherently dry and uses very high voltages. The ore is typically charged to 20,000 to 40,000 volts, and the charged particles are dropped onto a conductive rotating drum. The conductive particles discharge very rapidly and are thrown off and collected, while the nonconductive particles keep their charge and adhere by electrostatic attraction.

The leaching process dissolves away either gangue or metal values in aqueous acids or bases, liquid metals, or other specific solutions. Amalgamation and cyanidation are two variations of leaching. The cynanidation process is used to extract gold and sliver by using potassium or sodium cyanide in diluted weak alkaline solutions. Amalgamation uses mercury to form an amalgam, a combination of mercury and another metal. Amalgamation, once used extensively to extract gold

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

47 FR 25682-01                                                              Page 9
47 FR 25682-01, 1982 WL 132502 (F.R.)
**(Cite as: 47 FR 25682)**

and silver from pulverized ore, has largely been replaced by cyanidation because of environmental concerns about the use and control of mercury.

Leach solutions of acids or bases are used to extract copper, uranium, vanadium and tungsten.  The solutions dissolve certain metals present as well as constitutents of the gangue.  Heat, agitation, and pressure are often used to speed the action of the leach.  Ores can be exposed to leach in a variety of ways, including in situ (in the ore body), vats, and heap or dump.  The pregnant leach solution containing metal values is *25685 further processed to remove the metals from solutions.


General Wastewater Characteristics


Mine Water. The wastewater situation in the mining segment differs from that encountered in most other industries.  Usually, most industries (such as the miling segment) use water in the specific processes they employ.  This water frequently becomes contaminated during the process and must be treated before it is discharged.  In the ore mining segment, process water is not normally used in the actual mining of ores except in the in situ leaching process or placer mining operations and in dust control, or for drilling fluids.  Water is a natural feature that interferes with mining activities.  It enters surface mines by direct precipitation, runoff and infiltration and underground mines by infiltration.  The quantity of water from an ore mine is thus unrelated (or only indirectly related) to production quantities.  Generally, raw mine water has high concentrations of dissovled metals because ground water or surface water has come into contact with minerals in the ore, host rock, and overburden.  Generally, infiltration water is relatively low in suspended solids (as compared with mill process water) although water used for dust control may contain elevated solids levels.  At a few facilities, trace quantities of process reagents may be present because of the backfilling of stopes with coarse fractions of miill tailings.

Mill Water. Process water is primarily used in wet screening or classification, gravity separation processed, heavy-media separation, flotation processes, leaching solutions, and for transporting ore between various process steps.  Process water is often obtained from wells, domestic sources, and mine water.  It is often recycled and reused in areas where water is scarce or where water balance in an integrated system allows it.  Recycling often requires a great deal of planning and careful engineering, but results in reduction of the costs associated with purchase of water, exploration, and drilling of new wells and reduction of pollutants discharged to the environment.

Mill process wastewater is characterized by very high suspended solids levels (often in the percent range rather than milligrams per liter), high metals levels, and process reagents such as cyanide.

The diversity of the ore mining and milling industry makes it difficult to generalize about process metallurgy, water use patterns, or wastewater treatment practices for the industry.  As a result, the mining and processing of each ore is described separately.


Iron


Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

47 FR 25682-01                                                                Page 10
47 FR 25682-01, 1982 WL 132502 (F.R.)
**(Cite as: 47 FR 25682)**

The United States has approximately 50 iron ore mines which produce about 270 million metric tons of ore annually. Forty-four iron ore milling operations annually produce 69 million metric tons of pellets and 16.2 million metric tons of fines, coarse, and sinter. The vast majority of production (over 3/4 ) is in the Great Lakes states, especially the Mesabi and Marquette Ranges. Beneficiation processes generally employed include direct shipping, gravity separation, magnetic separation, and flotation.

On the basis of production figures, about 54 percent of iron milling operations achieve no discharge, 31 percent discharge to surface waters, and 15 percent have unknown discharges. The trend in recent years for newer facilities has been no discharge, primarily for pelleting operations in the Mesabi Range in Minnesota. This trend reflects a concern for treatment costs, discharge of pollutants into the environment, and increased use of recycle to ensure adequate water availability.

The primary wastewater treatment technology used in iron ore mining and milling operations is removal of suspended solids by settling.

In reviewing BAT for the iron ore subcategory, EPA found the following pollutants for control: iron and TSS. (See Section VIII of this notice for a discussion of pollutant parameter selection.)

Copper, Lead, Zinc, Gold, Silver, Molybdenum

In reviewing BAT for the copper, lead, zinc, gold, silver, and molybdenum ores subcategory, EPA found the following pollutants for control: copper, lead, zinc, mercury, cadmium, nickel, arsenic, cyanide, and TSS. (See section VIII of this notice for a discussion of pollutant parameter selection.)

Copper

The United States has 59 copper mines, which produce 258 million metric tons of ore annually. Of these, 22 are small operations employing 10 people or less. The majority of these mines (31) are in Arizona and produce 67 percent of the total amount of copper mined in the United States annually. The U.S. Bureau of Mines estimates that 90 percent of all copper ore produced in the United States comes from open-pit mines. Twenty-six copper mills in the United States produce over 7.1 million metric tons of copper concentrate primarily using the froth flotation method. Byproducts of these mills include molybdenum and silver concentrate.

Many copper mills use mine water for mill process water. Some mine water is also directly discharged to surface waters. In arid areas, many mills practice total recycle and achieve zero discharge. In addition, mines and mills which leach the ore to recover copper collect leaching water, strip it of the metal values, and recycle/reuse or evaporate it, resulting in zero discharge.

Mine drainage and wastewater from froth flotation mills are often treated in combined treatment systems which use lime precipitation or pH adjustment and settling.

Lead and Zinc

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

47 FR 25682-01                                                          Page 11
47 FR 25682-01, 1982 WL 132502 (F.R.)
**(Cite as: 47 FR 25682)**

Since lead and zinc are most often found in the same ore, they are generally mined and milled together. The United States has 49 individual mines which annually produce over 16 million metric tons of ore. Lead and zinc ores are produced almost exclusively from underground mines. Many of these mines and mills also produce silver and copper concentrates from the lead/zinc ore. Thirty-three milling operations produce over 0.9 million metric tons of lead concentrates, over 408,000 metric tons of zinc concentrates, and 25,000 metric tons of copper concentrates annually.

Missouri produces 83 percent of the lead, with the remaining portion coming primarily from Idaho, Colorado, and Utah. New York produces 19 percent of the zinc, followed by Missouri (18 percent), Tennessee (17 percent), and Colorado (10 percent).

Most mine and mill wastewaters are treated in combined treatment systems, which use lime precipitation for pH adjustment and setting predominatly.


Gold


Four leading producers accounted for 73 percent of total annual gold production in the United States in 1975. Ninety-five percent of all production came from 25 mines or mine/mill operations, 10 of which operate primarily for the recovery of gold. Thirty-six percent of the total gold produced in the United States is a byproduct of copper, lead, or zinc production; the rest is the result of primary recovery from gold lode and placer operations. Placer deposits are alluvial or glacial deposits containing a valuable mineral, primarily gold. These operations are concentrated in Alaska.

Domestic gold production has steadily declined in recent years. This decline is *25686 due to increased costs, mining of lower grade ores, diminished copper production, and depletion of easily mined ore. Increased exploration and development is stimulated by price increases, which may reverse this trend as the price of gold fluctuates.

Most of the nine active gold milling operations in the United States use the cyanidation process to recover gold, but some flotation, concentration, and amalgamation processes are also used. For the most part, spent leach solutions used to beneficiate ore are recycled, resulting in zero discharge of mill wastewater.

Many placer mines do not treat wastewater, although several large dredge operations recycle process water from the dredge pond and settle solids in the pond itself before discharging the excess wastewater. Several facilities use settling ponds for water treatment and to conserve process water for use during periods of water scarcity.


Silver


Eight major mines produce over 1,090 metric tons (35 million troy ounces) of silver in the United States each year. Seventy percent of this silver is a

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

byproduct of lead/zinc and copper mining.

All five major milling operations recover silver metal concentrates. In most cases, froth flotation is the beneficiation method used.

Wastewater treatment at major mine/mill operations consist of a tailings pond to settle bulk flotation circuit tailings before final discharge. In some cases, however, process wastewater is recycled for reuse within the mill.

Molybdenum

The United States has three active molybdenum mines, with three more under exploration. Two existing mines discharge to surface waters and the third has zero discharge because there is little or no infiltration of ground waters. The mines produce over 10 million metric tons or ore, while the mills produce over 50,000 metric tons of concentrate.

All three mines are associated with froth flotation mills. To treat wastewaters, the mills typically use lime precipitation for pH adjustment, followed by primary and secondary settling. One wastewater treatment system uses granular media filters. Two facilities have wastewater treatment technology for the reduction of cyanide: one by alkaline chlorination and the second by hydrogen peroxide (described in Section VI of this notice). The third facility recycles process water and has no discharge.

Aluminum

Two open-pit mining operations in Arkansas produce bauxite ore for metallurgical production of aluminum. For the past 10 years, the annual production rate of bauxite ore has been approximately 1.8 million metric tons. Each bauxite ore mine discharges about 15 million gallons of water a day. No process water is used to crush or grind ore, and no beneficiation processes are used that would require water. Both operations use lime precipitation for pH adjustment and settling to treat wastewaters.

In reviewing BAT for the aluminum ore subcategory, EPA found the following pollutants for control: iron, aluminum, and TSS. (See section VIII of this notice for a discussion of pollutant parameter selection.)

Tungsten

The United States, has five large mines, each producing over 5,000 metric tons of tungsten ore per year, and over 30 small mines, each producing less than 5,000 metric tons of tungsten ore per year. Most small tungsten mining and milling operations are intermittent. Annual production in the United States is about 740,203 metric tons. All mines are underground and are located in California, Oregon, Idaho, Utah, and Nevada. These facilities typically do not discharge mine water. Of the 14 tungsten mills, 7 produce more than 5,000 metric tons of ore per year each. They generally use gravity separation and/or froth flotation to beneficiate the ore.

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

47 FR 25682-01                                                          Page 13
47 FR 25682-01, 1982 WL 132502 (F.R.)
**(Cite as: 47 FR 25682)**


The tungsten industry is expected to increase production in the coming years. At least two new large operations are in the planning, exploration, or development stages in Nevada.

Mill wastewater treatment methods vary but include impoundment of wastewater in a tailings pond (settling) and recycle and/or evaporation. Most of the active mills recycle mill process water, since they are located in arid regions.

In reviewing BAT for the tungsten ore subcategory, EPA found the following pollutants for control: arsenic, cadmium, copper, zinc and TSS. (See Section VIII of this notice for a discussion of pollutant parameter selection.)


Nickel


The relatively small amount of nickel produced domestically is obtained from one open-pit mine in Oregon. The mine has a smelter, but no milling or beneficiation is practiced.

Wet beneficiation processes are not practiced at this nickel mine/smelter. Most of the plant water is used in the smelting operation for ore belt washing, cooling and slag granulation. The process water is treated in two settling ponds and them recycled for use in the smelter. An average yearly runoff of 120,000 gallons of water per day comes from the mine itself. Most of this runoff occurs during the winter rainy season when daily flows can be as high as 580,000 gallons per day. The mine water runoff is treated at the settling ponds and used at the smelter. Excess water is discharged after treatment.

In reviewing BAT, EPA established a separate subcategory for nickel ore subcategory reserving effluent limitations until the Agency gathers additional data on the wastewater discharge of the single existing facility.


Vanadium


Vanadium, radium, and uranium are usually found in the same ore. Vanadium itself is almost exclusively obtained as a byproduct of uranium mining/milling. However, the United States has one open-pit vanadium mine/mill that extracts vanadium from nonradioactive ore using a leaching process. After the ore is extracted, the mill uses complex hydrometallurgical processes such as roasting, leaching, solvent extraction, and precipitation. (These processes are explained in the development document). At present, this mill is inactive because of the decreased demand for vanadium.

Nearly 70 percent of the effluent stream and all of the pollutants it contains come from leaching and solvent extraction, wet scrubbers or roasters, and ore dryers.

In reviewing BAT, EPA established a separate subcategory for vanadium ores (mined along and not as a byproduct) reserving effluent limitations until the Agency gathers additional data on the wastewater discharges of the single existing facility.

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

```
47 FR 25682-01                                                        Page 14
47 FR 25682-01, 1982 WL 132502 (F.R.)
(Cite as: 47 FR 25682)
```

Uranium

Of the approximately 213 underground and open-pit uranium mines in the United States, about 44 percent now have fewer than five employees.  As a result, the actual number of active mines at any given time will vary, depending on market conditions and company status.  The large number of small mines means that each of 18 active uranium mills may service as many as 40 different mines.

While uranium mines produce approximately 9.1 million metric tons of ore annually (0.15 percent $U_3O_8$), the mills produce only 28,000 metric tons of processed $U_3O_8$.  Uranium mills use acid leach, alkaline leach, and combined *25687 acid/alkaline leach processes to beneficiate the ore.

Uranium Milling Processes. Uranium ores tend to vary in consistency and grade and may come from mines owned by different companies.  Because uniform grade and consistency must be achieved, ore blending is required before further processing.  Ore high in vanadium is often roasted with sodium chloride to facilitate its removal by other processes.  Roasting to carbonize and oxidize organics may be necessary to prevent interference with hydrometallurigical processes.  Ore is ground to the proper size for either acid, alkaline, or combined acid/alkaline leach processes.

The acid leach process is used for ores with less than 12 percent calcium carbonate.  Sulfuric acid, which extracts values quickly (usually 4 to 24 hours) is used.  Tetravalent uranium must be oxidized to the uranyl form (VI) by adding an oxidizing agent (typically sodium chlorate or manganese dioxide). Uranyl sulfate forms a compex compound in the leach, with the anions subsequently extracted for value.

The alkaline leach process employs a solution of sodium carbonate in an oxidizing environment.  In this process, uranium and vanadium values are extracted from their ores selectively and subsequently precipitated from the leach by raising the pH through the addition of sodium hydroxide.

Uranium in the pregnant leach liquor can be concentrated through ion exchange or solvent extraction.  The values are then stripped or extracted and precipitated.

Approximately 80 percent of the total amount of uranium ore produced in the United States is recovered from mines that generate mine water.  Water treatment practices in those mines include:  (1) impoundment and solar evaporation, (2) ion exchange for uranium recovery, (3) flocculation and settling for heavy metals and suspended solids removal, (4) barium chloride ($BaCl_2$) coprecipitation of radium 226, and (5) radium 226 removal by ion exchange.  Mine drainage is usually discharged to surface waters.

Only one of the 18 uranium mills discharges mill process water to surface waters.  It treats the 580,000 gallon per day waste stream by settling, flocculation, and barium chloride coprecipitation for radium 226 removal.  The remaining mills achieve zero discharge largely by impoundment and evaporation.

In reviewing BAT for the uranium ores subcategory, EPA found the following pollutants for control:  arsenic, nickel, zinc, radium 226, uranium, COD, and TSS.  (See Section VIII of this notice for a discussion of pollutant parameter selection.)

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.