Demian A. Schane
Thomas S. Waldo
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801-1145
Phone: (907) 586-2751
Fax: (907) 463-5891
dschane@earthjustice.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, and LYNN CANAL CONSERVATION, ) ) ) ) Plaintiffs, ) ) v. ) ) UNITED STATES ARMY CORPS OF ENGINEERS; COLONEL TIMOTHY J. GALLAGHER, in his official capacity as District Engineer; LARRY L. REEDER, in his official capacity as Chief of the Regulatory Branch; JOHN C. LEEDS, III, in his official capacity as manager of the Juneau field office; GLEN E. JUSTIS, in his official capacity as Chief of the East Section; DOMINIC IZZO, in his official capacity as Principal Deputy Assistant Secretary of the Army (Civil Works); and UNITED STATES FOREST SERVICE, ) ) ) ) ) ) ) ) ) ) ) ) ) Defendants. ) | Case No. J05-0012 CV (JKS) |

**DECLARATION OF IRENE ALEXAKOS**

I, Irene Alexakos, hereby declare as follows:

1. My current address is P.O. Box 727, Haines, Alaska, 99827. I have been a resident of Haines for the last 2 years. Before that, I was a resident of Juneau for 18 years.

2. I am currently a member of the Sierra Club and Lynn Canal Conservation. I have been a member of Sierra Club for 20 years and a member of Lynn Canal Conservation for 2 years.

3. I am an avid canoeist and kayaker. I have paddled throughout Alaska, both in the interior and throughout Southeast. During my 18 years as a Juneau resident, I visited Berners Bay via kayak, canoe, and skiff. On average, I visited Berners Bay about twice every year. Since I moved to Haines, I have visited Berners Bay twice.

4. Berners Bay is one of the more spectacular places in Southeast Alaska. The opportunities for solitude, recreation, and wildlife viewing are outstanding. These opportunities have drawn me there time and again since I moved to Alaska in 1985.

5. I have observed humpback whales, Steller sea lions, seals, porpoise, bald eagles, a variety of birds, and brown bears during my visits to Berners Bay.

6. I enjoy camping along the shores of the bay and have spent nights camped at Sawmill Creek, Slate Creek Cove, beaches north of Sawmill Creek, and at the Forest Service cabin on the east side of the bay. I also enjoy hiking around the bay and have hiked up the Antler, Lace, and Berners River. I have also hiked to the waterfall near Sawmill Creek.

7. I have hiked to Lower Slate Lake on three occasions. I visited the lake in 1995, 1998, and 2005. I went there once with my husband and twice by myself.

8. It was during my most recent visit to Berners Bay, July 2005, that my husband and I hiked up to Lower Slate Lake. It was a hot day, and it took us about two hours to hike to the lake. We went through a forested area, but the hike was not very difficult. When we got there, we went swimming in the lake. It was a cool and invigorating swim. On that hot day, I found

the lake glorious. The views of Lion's Head Mountain from it are incredible. Attachment A to this declaration is a copy of a digital photograph of Lower Slate Lake that I took that day.

9. I have always enjoyed my visits to Berners Bay and Lower Slate Lake, in particular. I intend to continue visiting Berners Bay about once every year, though possibly more. Lower Slate Lake is and will remain a regular destination of mine during my visits to Berners Bay. I expect that I will return to Lower Slate Lake next summer or the year after, provided that there is no industrial mine waste dumped into the lake.

10. I am concerned about the proposal to build the Kensington mine because of its impacts on Lower Slate Lake and Berners Bay. Lower Slate Lake is magnificent, and Berners Bay is one of the most beautiful places in Southeast Alaska. If the mine is built, trees will be cut, a dam will be built, Lower Slate Lake will be enlarged and waste will be dumped into it, and there will be vessels operating across the bay on a daily basis. These activities will detract from and interfere with my kayaking, canoeing, boating, and camping experiences in the Berners Bay area. In particular, I will enjoy my visits to the lake less if trees are cut around the lake, if the dam is built, and if mine waste is dumped into the lake. I would much rather visit the lake as it currently exists in its natural and undisturbed state.

11. I am also concerned about the effects that the activities in Berners Bay will have on the marine life there. I enjoy watching humpback whales, Steller sea lions, and seals undisturbed in their natural environment and fear that the mine's shuttle vessels will push them away and the construction of the docks for the mine will destroy important areas for marine life.

12. I also believe that it is totally inappropriate for a mining company to use a beautiful public resource, such as Lower Slate Lake, as a waste disposal site. If mine waste is dumped into the lake, my enjoyment in visiting and swimming in the lake will be completely ruined.

-4-

I declare under penalty of perjury that the foregoing is true and correct.

<u>  9/14/05  </u>         <u>  *Irene Alexakos*  </u>
    DATE                                       IRENE ALEXAKOS



Attachment A