Demian A. Schane
Thomas S. Waldo
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801-1145
Phone: (907) 586-2751
Fax: (907) 463-5891
dschane@earthjustice.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

SOUTHEAST ALASKA CONSERVATION )
COUNCIL, SIERRA CLUB, and LYNN CANAL )
CONSERVATION, )
)
)
Plaintiffs, )
)
v. )
)
)
UNITED STATES ARMY CORPS OF )
ENGINEERS; COLONEL TIMOTHY J. )   Case No. J05-0012 CV (JKS)
GALLAGHER, in his official capacity as District )
Engineer; LARRY L. REEDER, in his official )
capacity as Chief of the Regulatory Branch; JOHN C. )
LEEDS, III, in his official capacity as manager of the )
Juneau field office; GLEN E. JUSTIS, in his official )
capacity as Chief of the East Section; DOMINIC )
IZZO, in his official capacity as Principal Deputy )
Assistant Secretary of the Army (Civil Works); and )
UNITED STATES FOREST SERVICE, )
)
Defendants. )

**DECLARATION OF ERIC HOLLE**

I, Eric Holle, hereby declare as follows:

1. My current address is P.O. Box 1324, Haines, Alaska, 99827. I have been a resident of Haines for the last 16 years.

2. I am currently a member of the Southeast Alaska Conservation Council (SEACC) and Lynn Canal Conservation. I have been a member of SEACC for over 20 years and of Lynn Canal Conservation for 16 years, and I previously served as the President of Lynn Canal Conservation for 10 years.

3. In 1978, I began spending summers sea kayaking and hiking around Southeast Alaska. I continued spending my summers for 8 of the next 10 years in this fashion and, in 1989, I moved to Haines. It has been my permanent residence since then.

4. I am a music teacher and performer, and I do contract work as a biologist. From 1990 to about 2002, I was a contract biologist working on issues pertaining to the desert tortoise in the southwest United States. During this same time period, I also worked seasonally (primarily summers) for the Alaska Department of Fish & Game conducting mark-recapture population surveys on king salmon.

5. I first visited Berners Bay in 1978 and have regularly visited the bay since then. Over the last 16 years, I have been there about 10 times. I have traveled to the bay area via sea kayak from Haines and from Juneau (leaving from Echo Cove). I have also been there occasionally in a skiff.

6. Berners Bay is one of Southeast Alaska's ecological jewels. The drainage of freshwater rivers into the saltwater bay creates a rich environment, replete with a variety of wildlife. It offers great views of glaciers, spectacular mountains, scenic rivers, and great beach areas.

7. I visit the bay for the wildlife viewing, recreational opportunities, and solitude it provides. I have observed humpback whales and Steller sea lions in the bay, vast quantities of seals in the bay and along the shoreline, brown bears up the Gilkey River, and eagles, shorebirds, and Thayer's gulls in the skies above the bay and along the shore.

8. I also enjoy hiking and camping on lands adjacent to the bay. I have hiked along the Berners River, the Gilkey River, the Antler River, and Slate Creek. I have spent nights camping at different beaches in the bay, and my favorite beach is just south of Slate Creek Cove. Based, in part, on these experiences, I wrote an article for Sea Kayaker Magazine about traveling in the Tongass National Forest by sea kayak ("Paradise Logged?" fall 1989).

9. I also enjoy fishing in the bay. I typically fish for halibut and salmon. I have also fished for Dolly Varden char and caught Dungeness crabs in the bay. I fish from my sea kayak and wrote an article about doing so for Sea Kayaker Magazine ("On Becoming a Fisher of Fish," winter 1991).

10. My most recent trip to Berners Bay occurred this past spring. In May 2005, my partner and I set off from Haines on a 9-day sea kayak trip to Berners Bay and back. We spent about 4 nights camping on the beach south of Slate Creek Cove that I mentioned above. On one day, we paddled over to the Berners River and hiked up for about 4 hours. On another, we paddled over to the confluence of the Antler and Gilkey Rivers and hiked up the Gilkey River for about 6 hours.

11. On the third day in the bay, I hiked up Slate Creek to Lower Slate Lake. I was studying my topo map and was interested in hiking to the lake. While paddling in

Southeast Alaska, I will frequently study the map and pick out interesting spots to find. I particularly enjoy hiking to lakes because they often provide large openings in the forest with fantastic views and I often encounter different types of birds than the ones I find along the saltwater shores.

12. It took me about 2 hours to hike to Lower Slate Lake. I hiked through the thick forest east of Slate Creek until I reached the lake. When I got there, I was pleasantly surprised by its beauty. It was very peaceful, and the view was much more spectacular than I could have anticipated from reading my topo map. Lion's Head Mountain dominates the landscape and is extremely picturesque.

13. I always have a wonderful time visiting Berners Bay and its surrounding river systems. The same holds true for my visit to Lower Slate lake -- I had a wonderful time there. I intend to return to Berners Bay about as regularly as I have visited it over the course of the last 16 years. Specifically, I intend to return to fish in the bay, view wildlife, seek out solitude, hike up the Berners, Antler, and Gilkey Rivers, and hike up to Lower Slate Lake.

14. I am concerned about the proposal to build the Kensington mine because of its impacts on Lower Slate Lake and Berners Bay. These are beautiful, pristine areas. Man-made noises from marine vessels and helicopters detract from my kayaking and camping experiences in the Berners Bay area. I find the noises disturbing and annoying. Further, if the mining company disposes of its waste into Lower Slate Lake, it is very unlikely that I would return to that location given the large amount of pollution that will be there. In addition, the dam and pipe into the lake will make it much less attractive.

I declare under penalty of perjury that the foregoing is true and correct.

_Sept. 30, 2005_  
DATE

_Eric Holle_  
ERIC HOLLE