Demian A. Schane
Thomas S. Waldo
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801-1145
Phone: (907) 586-2751
Fax: (907) 463-5891
dschane@earthjustice.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, and LYNN CANAL CONSERVATION,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS; COLONEL TIMOTHY J. GALLAGHER, in his official capacity as District Engineer; LARRY L. REEDER, in his official capacity as Chief of the Regulatory Branch; JOHN C. LEEDS, III, in his official capacity as manager of the Juneau field office; GLEN E. JUSTIS, in his official capacity as Chief of the East Section; DOMINIC IZZO, in his official capacity as Principal Deputy Assistant Secretary of the Army (Civil Works); and UNITED STATES FOREST SERVICE,<br><br>Defendants. | Case No. J05-0012 CV (JKS) |

### DECLARATION OF RICHARD HELLARD

I, Richard Hellard, hereby declare as follows:

1. My current address is P.O. Box 210674, Auke Bay, Alaska, 99821. I have been a resident of Juneau since 1982.

2. I am a self-employed as a building contractor. I have been so employed since moving to Juneau.

3. I am currently a member of the Sierra Club. I have been a member since 1982. I am also a member of the Southeast Alaska Conservation Council.

4. I visit Berners Bay regularly. I go approximately three times each year to fish, kayak, explore, and enjoy the beautiful scenery. I have been visiting Berners Bay for the past 20 years. I make these trips in a skiff. Approximately four years ago, I floated the Antler River in a collapsible kayak.

5. I choose to spend my recreation time in Berners Bay because it offers incredible scenery, access to several major rivers, the opportunity to view many types of marine mammals, excellent fishing, and opportunities for solitude and reflection in a relatively pristine environment. Berners Bay is easily accessible to me from Juneau.

6. I have explored the area around Lower Slate Lake. Approximately five years ago, Alan Michael and I were on a fishing trip in Berners Bay. We decided to explore the area near the mouth of the Berners River. We took a skiff up to where the old mine road comes down the mountain. We were curious about the mine and about accessing the river. From there, we went around the corner to explore the river.

7. As we explored, the skiff became stuck in the tidal flats. We decided to take that opportunity to explore the mine area on foot. The tide was going out, so we left the skiff in the flats. We walked down the shore a short way to Slate Cove. We intended to work our way up Slate Creek to the lake and see whether we could come down the mine road. To the extent we could, we walked through the brush along the creek all the way to the lake.

8. Lower Slate Lake is beautiful. The surrounding mountains are spectacular, and the setting is inspiring. We walked near the lake and enjoyed the solitude and beauty. Lower Slate Lake is difficult to access, but that difficulty has protected its beauty and given people like me the opportunity to enjoy it in solitude.

9. Eventually, we became concerned about the skiff and decided to head back down. The skiff was still safely stuck in the very large tide flats.

10. I am concerned about the proposed Kensington Mine because it will affect Lower Slate Lake and Berners Bay. The mine would negatively affect my experiences in Berners Bay and my perception of the Bay. Now, Berners Bay is a wild, beautiful place that is relatively untouched by human development. Even seeing the old mine road is startling to me because it is out of place. Additional development in the Bay will detract from my experience there.

11. Noise also negatively affects my experience in the Bay. Currently, the worst noise impacts are from air boats in the Bay. I am concerned that the proposed mine will increase noise in the Bay. I am also concerned that the mine will impact the quality of the fishing in the Bay and the marine mammal populations.

12. If the mine were constructed, I would be less likely to choose to fish and explore in Berners Bay. Similarly, dumping of waste in Lower Slate Lake and construction of the mine facilities there would make it very unlikely that I would return to the lake.

I declare under penalty of perjury that the foregoing is true and correct.

_Sept. 29, 2005_
DATE

_Richard Hellard_
RICHARD HELLARD