Demian A. Schane
Thomas S. Waldo
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801-1145
Phone: (907) 586-2751
Fax: (907) 463-5891
dschane@earthjustice.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, and LYNN CANAL CONSERVATION,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS; COLONEL TIMOTHY J. GALLAGHER, in his official capacity as District Engineer; LARRY L. REEDER, in his official capacity as Chief of the Regulatory Branch; JOHN C. LEEDS, III, in his official capacity as manager of the Juneau field office; GLEN E. JUSTIS, in his official capacity as Chief of the East Section; DOMINIC IZZO, in his official capacity as Principal Deputy Assistant Secretary of the Army (Civil Works); and UNITED STATES FOREST SERVICE,<br><br>Defendants. | Case No. J05-0012 CV (JKS) |

## DECLARATION OF ALAN MICHAEL

I, Alan Michael, hereby declare as follows:

1. My current address is P.O. Box 210403, Auke Bay, Alaska, 99821. I have been a resident of Juneau since 1993.

2. I am employed in the construction industry, and I have been since moving to Juneau.

Exhibit 33, page 1 of 3

3. I am currently a member of the Sierra Club. I have been a member for approximately ten years.

4. Berners Bay is among my favorite recreation areas in Southeast Alaska, and I have visited the Bay frequently. Until this past year, I went approximately three times each summer since moving to Juneau. I did not visit Berners Bay last summer, but I plan to resume my regular visits in the future. Part of the reason I chose not to spend time in Berners Bay this past summer was because the construction at Echo Cove would have detracted from my experience in the Bay.

5. I visit Berners Bay most frequently by boat and kayak. I use my boat to access the mouth of Sawmill Creek, where I fly fish for pink salmon. I also troll for salmon in the Bay and fish in the streams for Dolly Varden. I have explored the Bay by kayak on several occasions and spent time at the Forest Service cabin. I have been to the Slate Cove area several times. I have hiked around Slate Cove and fished from shore there.

6. In addition to fishing, hiking, and exploring, I go to the Bay during the hooligan run to observe the marine mammals and birds. I also go simply to enjoy the beautiful scenery, sense of solitude, and untouched natural world.

7. I also have been to Lower Slate Lake. Approximately five years ago, Richard Hellard and I were exploring the Bay by skiff. We decided to see whether we could access the Berners River. However, we got stuck in a huge tidal flat. Rather than trying to free the skiff, we took our fishing rods and decided to explore. We walked along the shore to Slate Cove. We fished for a while in the cove and then decided to explore along Slate Creek.

8. We worked our way up the steep slope along Slate Creek until we made it to Lower Slate Lake. We found a beautiful setting. It was a joy just to be there and, especially, to be able

to enjoy it by ourselves. We stayed for a while enjoying the scenery and then headed back down to the skiff.

9. Now that I know about Lower Slate Lake, I am likely to return. If, however, mine waste is dumped into the lake or other mine construction takes place in the area of the lake, I certainly will not go back.

10. I am concerned about the proposed Kensington Mine because it will affect Lower Slate Lake and Berners Bay. Noise from increased boat traffic would negatively affect my experiences in the Bay. Also, any impacts to the spawning hooligan or herring might detract from my experience observing marine mammals and birds in the Bay. Similarly, I am concerned that the mine will negatively affect the quality of the fishing in the Bay.

11. Additional development in Berners Bay would detract from my experience there. I go there now because it is relatively untouched. I enjoy the natural landscapes and ability to find solitude. The proposed mine would negatively affect my enjoyment.

12. If the mine were constructed, I would be less likely to fish and explore in Berners Bay.

I declare under penalty of perjury that the foregoing is true and correct.

10/1/2005
DATE

_Alan Michael_
ALAN MICHAEL