Demian A. Schane
Thomas S. Waldo
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: dschane@earthjustice.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, and LYNN CANAL CONSERVATION,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS; COLONEL TIMOTHY J. GALLAGHER, in his official capacity as District Engineer; LARRY L. REEDER, in his official capacity as Chief of the Regulatory Branch; JOHN C. LEEDS, III, in his official capacity as manager of the Juneau field office; GLEN E. JUSTIS, in his official capacity as Chief of the East Section; DOMINIC IZZO, in his official capacity as Principal Deputy Assistant Secretary of the Army (Civil Works); and UNITED STATES FOREST SERVICE,<br><br>Defendants. | Case No. J05-0012 CV (JKS) |

**DECLARATION OF ROBERT E. LINDEKUGEL**

I, Robert E. Lindekugel, declare as follows:

1. I am the Conservation Director for the Southeast Alaska Conservation Council (SEACC). I have been employed by SEACC since 1990. I am familiar with SEACC's organizational purposes and goals.

2. SEACC is a non-profit organization of 18 volunteer citizen conservation groups in fourteen Southeast Alaskan communities. Lynn Canal Conservation, Inc. is one of our member organizations. SEACC's nearly 2400 individual members include Alaskans from all walks of life such as commercial fishermen, Alaska Natives, tourism and recreation business owners, hunters, and guides. SEACC's purpose is to ensure that a substantial portion of this region is retained and protected in a minimally changed condition, while encouraging human enjoyment and use of the fish, wildlife, recreation, subsistence, scenic, wilderness and other natural resources and values of southeast Alaska. In order to achieve this purpose, SEACC advocates, on behalf of its members, for the conservation, protection, and wise long-term use of these resources.

3. SEACC also advocates for a sustainable regional economy consistent with retaining and protecting our region's natural resources. Conservative and sustainable use of southeast Alaska's resources is inseparable from the stewardship and protection necessary to provide for balanced, multiple-use of our natural environment. SEACC believes that environmental protection is a key component of sustainable use of our forests and other resources.

4. Since 1990, SEACC has actively participated in the administrative processes for the Kensington Gold Project. In 2004, SEACC, in conjunction with other conservation groups, submitted comments on the Draft Supplemental Environmental Impact Statement, the

Environmental Protection Agency's draft NPDES permit, the Army Corps of Engineers' proposed section 404 permit, and several Alaska State agency decisions and certifications. Together with the Sierra Club and Lynn Canal Conservation, SEACC appealed the Forest Service's 2004 Record of Decision authorizing the current plan of operations for the Kensington Gold Project.

5. Members of SEACC use areas, including Berners Bay and Lower Slate Lake, that will be affected by the Kensington mine. The members visit these areas for recreation, camping, fishing, hunting, guiding, tourism, and wildlife viewing. Our members' use and enjoyment of these areas will be irreparably harmed by the construction and operation of the proposed Kensington mine.

6. In March 2005, SEACC and Coeur d'Alene Mines Corporation had preliminary discussions about pursuing settlement negotiations. In May 2005, SEACC entered into confidential negotiations with Coeur d'Alene Mines Corporation in an attempt to avoid litigation. The negotiations lasted until September 2005. The parties made progress but ultimately could not reach an agreement.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 6 day of October, 2005.

Robert E. Lindekugel
Southeast Alaska Conservation Council

Exhibit 34, page 3 of 3