Demian A. Schane
Thomas S. Waldo
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: dschane@earthjustice.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, and LYNN CANAL CONSERVATION,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS; COLONEL TIMOTHY J. GALLAGHER, in his official capacity as District Engineer; LARRY L. REEDER, in his official capacity as Chief of the Regulatory Branch; JOHN C. LEEDS, III, in his official capacity as manager of the Juneau field office; GLEN E. JUSTIS, in his official capacity as Chief of the East Section; DOMINIC IZZO, in his official capacity as Principal Deputy Assistant Secretary of the Army (Civil Works); and UNITED STATES FOREST SERVICE,<br><br>Defendants. | Case No. J05-0012 CV (JKS) |

## DECLARATION OF BETSY GOLL

I, Betsy Goll, declare as follows:

1. I am the Regional Representative for the Alaska Chapter of the Sierra Club. I have been employed by the Sierra Club since February 2002. As the Regional Representative, I am familiar with the Sierra Club's organizational purposes and mission as well as its activities and goals in Alaska.

2. The Sierra Club is a national non-profit organization dedicated to the exploration, enjoyment, and preservation of the scenic and natural resources of the United States, including public lands in Alaska. The Sierra Club works towards educating and enlisting the public to protect and restore the quality of the natural and human environment. The Sierra Club's interests encompass a wide range of conservation issues, including wildlife conservation, wilderness, public lands and waters, endangered species, clean water and clean air. The Sierra Club has approximately 700,000 members, 1,850 of whom live in Alaska. There are three all-volunteer groups in Alaska, whose members work to preserve and protect Alaska's resources.

3. Our members primarily enjoy the natural areas of southeast Alaska, including Lower Slate Lake and Berners Bay, for the scenery, wilderness, wildlife, and solitude. They seek out these areas to hike, kayak, photograph, paint, and relax. Though many reside in the towns and communities of Alaska, many also come from other states where such a combination of qualities no longer exists.

4. The Sierra Club has actively participated in the planning process for the Kensington Gold Project. In 2004, the Alaska Chapter and the Juneau Group of the Sierra Club submitted comments on the Forest Service's Draft Supplemental Environmental Impact Statement, the Environmental Protection Agency's draft NPDES permit, and the Army Corps of Engineers' proposed section 404 permit. With the Southeast Alaska Conservation Council and Lynn Canal

Conservation, the Sierra Club participated in an appeal of the Forest Service's 2004 Record of Decision on the Kensington Gold Project.

5. The area of the proposed mine project, especially surrounding Berners Bay and Lower Slate Lake, is relatively untouched and pristine. Berners Bay and Lower Slate Lake provide abundant opportunities to observe and enjoy the natural environment, including its scenic, cultural, and pristine values. They also provide great fishing, hunting, and wildlife-viewing opportunities. Development of Berners Bay and the surrounding area for the Kensington mine will have a significantly negative impact on the quality of the fishing, hunting, and recreational opportunities as well as the aesthetic values of the area. That development will irreparably harm our members' enjoyment and use of Berners Bay and Lower Slate Lake.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 4th day of October, 2005.

_____
Betsy Goll
Sierra Club