Demian A. Schane
Thomas S. Waldo
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: dschane@earthjustice.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, and LYNN CANAL CONSERVATION,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS; COLONEL TIMOTHY J. GALLAGHER, in his official capacity as District Engineer; LARRY L. REEDER, in his official capacity as Chief of the Regulatory Branch; JOHN C. LEEDS, III, in his official capacity as manager of the Juneau field office; GLEN E. JUSTIS, in his official capacity as Chief of the East Section; DOMINIC IZZO, in his official capacity as Principal Deputy Assistant Secretary of the Army (Civil Works); and UNITED STATES FOREST SERVICE,<br><br>Defendants. | Case No. J05-0012 CV (JKS) |

## DECLARATION OF SCOTT CAREY

I, Scott Carey, declare as follows:

1. I am the President of Lynn Canal Conservation, Inc. I have served in this capacity since 2003, and I have been a member of Lynn Canal Conservation since 1981. I am familiar with Lynn Canal Conservation's mission and goals.

2. Lynn Canal Conservation, Inc. is a non-profit, volunteer grassroots conservation organization based in Haines, Alaska that works to protect the environment of the Lynn Canal region, including the Berners Bay area. Lynn Canal Conservation was founded in 1971, and has approximately 150 members who reside in southeast Alaska. Lynn Canal Conservation is a member group of Southeast Alaska Conservation Council.

3. Since the 1990s, Lynn Canal Conservation has participated in the planning process for the Kensington Gold Project. Most recently, Lynn Canal Conservation submitted comments on the various federal and state permits, including the Environmental Protection Agency's draft NPDES permit, the Army Corps of Engineers' proposed section 404 permit, and the Alaska Department of Environmental Conservation's draft section 401 certification. Lynn Canal Conservation appealed the Forest Service's 2004 Record of Decision for the Kensington with Southeast Alaska Conservation Council and the Sierra Club.

4. Lynn Canal Conservation's members actively recreate in the Kensington mine's project area, including Berners Bay and Lower Slate Lake. These members have an interest in protecting the bay's and lake's natural resource values. Among other things, our members hike along, swim in, and enjoy the solitude of the lake. They also fish, hunt, birdwatch, kayak and canoe and enjoy the natural environment of the bay. As proposed, the mine would result in significant harm to Berners Bay, Lower Slate Lake, and the natural resources of the area that our members utilize and enjoy.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 30th day of September, 2005.

_____
Scott Carey, President
Lynn Canal Conservation