

**DEPARTMENT OF THE ARMY**
U.S. ARMY ENGINEER DISTRICT, ALASKA
JUNEAU REGULATORY FIELD OFFICE
JORDAN CREEK CENTER
8800 GLACIER HIGHWAY, SUITE 106
JUNEAU, ALASKA 99801-8079

REPLY TO
ATTENTION OF:

JULY 1 5 2005

Regulatory Branch
East Section
POA-1997-245-N

Mr. Randy Wanamaker
Projects Coordinator
Goldbelt, Incorporated
Post Office Box 32234
Juneau, Alaska 99803-2234

Dear Mr. Wanamaker:

   Enclosed is the signed Department of the Army permit, file number POA-1997-245-N, Berners Bay, authorizing the placement of structures, dredging, and the discharge of fill and dredged fill materials into waters and navigable waters of the United States, at Cascade Point, in Berners Bay, north of Juneau, Alaska. Also enclosed is a Notice of Authorization which should be posted in a prominent location near the authorized work.

   If changes in the plans or location of the work are necessary for any reason, plans should be submitted to this office promptly. Federal law requires approval before construction is begun; if the changes are unobjectionable, approval will be issued without delay.

   Nothing in this letter shall be construed as excusing you from compliance with other Federal, State, or local statutes, ordinances, or regulations which may affect the proposed work.

   Please take a moment to complete and return the enclosed questionnaire. Our interest is to see how we can continue to improve our service to you, our customer, and how best to achieve these improvements. Upon your request, you may also provide additional comments by telephone or a meeting. We appreciate your efforts and interest in evaluating the Regulatory Program.

   Please contact Mr. John C. Leeds, III, of the Juneau Field Office, at (907) 790-4490, or by mail at United States Army Corps of Engineers, Suite 106, 8800 Glacier Highway, Juneau, Alaska 99801, if you have questions. For additional information about our Regulatory Program, visit our web site at www.poa.usace.army.mil/reg.

                                    Sincerely,

                                    SIGNED

                                    Larry L. Reeder
                                    Chief, Regulatory Branch

Enclosure(s)

# DEPARTMENT OF THE ARMY PERMIT

**Permittee:** <u>GOLDBELT, INCORPORATED</u>

**Permit No.:** <u>POA-1997-245-N [BERNERS BAY 4]</u>

**Issuing Office:** <u>U.S. Army Engineer District, Alaska</u>

**NOTE:** The term "you" and its derivatives, as used in this permit, means the permittee or any future transferee. The term "this office" refers to the appropriate district or division office of the Corps of Engineers having jurisdiction over the permitted activity or the appropriate official of that office acting under the authority of the commanding officer.

You are authorized to perform work in accordance with the terms and conditions specified below.

**Project Description:** Place a structure, dredge and discharge dredged and fill materials into waters and navigable waters of the United States in conjunction with the construction of a moorage facility at Cascade Point.

Approximately 23,000 cubic yards of material will be dredged from within an approximate 70,000 square foot area below the High Tide line (HTL). All dredging will occur from a barge. Dredged material will be stockpiled, segregated, transported and placed in the breakwater with the use of a large shovel mounted on a barge. The fill material from the upland source will be clean gravel and rock, free from petroleum products.

Approximately 29,000 cubic yards of fill material will be discharged below the HTL to construct a breakwater, measuring approximately 125-feet wide by 425-feet long.

A moorage structure consisting of approximately 20 pilings, supporting a 120-foot long rigid dock, an 80-foot long gangway, and a 100-foot long float will be constructed.

Approximately 6,000 cubic yards of fill material will originate from an upland quarry site.

The purpose of the project will be to provide safe moorage of tour vessels during all tidal stages, and a miner's ferry shuttle within the Berners Bay area.

All work will be performed in accordance with the attached plan, 8 sheets, dated July 2003.

**Project Location:** Cascade Point, in Berners Bay, at the north end of Echo Cove, within Section 32, Township 36 South, Range 63 East, Copper River Meridian; near Juneau, Alaska; USGS Quadrangle Juneau C-3; Longitude 134°56'15.986" West, Latitude 58°41'55.878" North.

**Permit Conditions:**

**General Conditions:**

1. The time limit for completing the work authorized ends on <u>31 July 2008</u>. If you find that you need more time to complete the authorized activity, submit your request for a time extension to this office for consideration at least one month before the above date is reached.

2. You must maintain the activity authorized by this permit in conformance with the terms and conditions of this permit. You are not relieved of this requirement if you abandon the permitted activity, although you may make a good faith transfer to a third party in compliance with General Condition 4 below. Should you wish to cease to maintain the authorized activity or should you desire to abandon it without a good faith transfer, you must obtain a modification of this permit from this office, which may require restoration of the area.

**ENG FORM 1721, Nov 86**       EDITION OF SEP 82 IS OBSOLETE       (33 CFR 325 (Appendix A))

1

Exhibit 37, page 2 of 5

3. If you discover any previously unknown historic or archeological remains while accomplishing the activity authorized by this permit, you must immediately notify this office of what you have found. We will initiate the Federal and State coordination required to determine if the remains warrant a recovery effort or if the site is eligible for listing in the National Register of Historic Places.

4. If you sell the property associated with this permit, you must obtain the signature of the new owner in the space provided and forward a copy of the permit to this office to validate the transfer of this authorization.

5. If a conditioned water quality certification has been issued for your project, you must comply with the conditions specified in the certification as special conditions to this permit. For your convenience, a copy of the certification is attached if it contains such conditions.

6. You must allow representatives from this office to inspect the authorized activity at any time deemed necessary to ensure that it is being or has been accomplished in accordance with the terms and conditions of your permit.

**Special Conditions:**

1. The permittee understands and agrees that, if future operations by the United States require the removal, relocation, or other alteration, of the structure or work herein authorized, or if, in the opinion of the Secretary of the Army or his authorized representative, said structure or work shall cause unreasonable obstruction to the free navigation of the navigable waters, the permittee will be required, upon due notice from the Corps of Engineers, to remove, relocate, or alter the structural work or obstructions caused thereby, without expense to the United States. No claim shall be made against the United States on account of any such removal or alteration.

2. Any condition incorporated by reference into this permit by Special Condition or by General Condition 5, remains a condition of this permit unless expressly modified or deleted, in writing, by the District Engineer or his authorized representative.

3. The work limit for each component of the marine terminal shall be clearly identified in the field prior to excavation, clearing and/or construction. The fill limit boundaries shall be located and flagged prior to fill placement. Permanent markers shall be placed and monumented so an observer can delineate the clearing and fill limits while walking on the ground at the site.

4. The permittee shall ensure that all project contractors and all workers whose work is subject to this permit are advised of the permit's terms and conditions.

5. No fill or construction materials will be stockpiled, temporarily or permanently, on adjacent wetlands or marine waters outside the approved footprint.

6. All surface disturbances below the High Tide Line (HTL) shall be confined to the project footprint to prevent unnecessary damage to adjacent waters.

7. All steel piles shall be driven using a vibratory hammer. Under those conditions where impact hammers are required for reasons of seismic stability or substrate type, the piles shall be driven as deep as possible with a vibratory hammer prior to the use of the impact hammer. The impact hammer shall be used at a time of year when larval and juvenile stages of fish species are not present: this will be coordinated with the Alaska Department of Natural Resources, Habitat.

8. All piles shall be driven when the current is reduced (i.e., centered around slack current) to minimize the number of fish exposed to adverse levels of underwater sound.

9. Permittee shall either use a block of wood between the impact hammer and the pilings, and/or use a bubble curtain to attenuate the sound.

10. Permittee shall install and maintain, at their expense, any safety lights and signals prescribed by the U.S. Coast Guard (USCG) through regulations or otherwise, on the authorized marine facilities. The USCG can be reached at the following address and telephone number: Commander (oan) 17th Coast Guard District, Post Office Box 25517, Juneau, Alaska 99802-5517, telephone (907) 463-2254.

11. Permittee shall use metal grating as a top surface on piling-supported structures, rather than planking, as this results in greater light transmission to aquatic plants.

12. No portion of any floating structure may ground at any tidal stage.

13. Wooden surfaces of the structures that come into contact with the water shall not be painted or otherwise surface-treated with creosote and may not be treated with a preservative that contains pentachlorophenol.

14. No in-water construction work shall occur in Berners Bay from March 15 through June 30.

15. Silt curtains or other appropriate methods shall be used to confine suspended particles and turbidity to a small area where settling can occur at the terminal construction site (see 40 CFR 230.73[c]), and may include baffles to decrease turbulence and increase retention time or a filter blankets and curtains to filter out suspended solids.

16. The placement of fill material into marine waters shall only occur during low-water periods.

17. Your use of the permitted activity must not interfere with the public's right to free navigation on all navigable waters of the United States.

18. Permittee shall insure that all accumulated sediment is removed from the breakwater breach.

**Further Information:**

1. Congressional Authorities: You have been authorized to undertake the activity described above pursuant to:

   (X) Section 10 of the Rivers and Harbors Act of 1899 (33 U.S.C. 403).

   (X) Section 404 of the Clean Water Act (33 U.S.C. 1344).

   ( ) Section 103 of the Marine Protection, Research, and Sanctuaries Act of 1972 (33 U.S.C. 1413).

2. Limits of this authorization.

   a. This permit does not obviate the need to obtain other Federal, State, or local authorization required by law.

   b. This permit does not grant any property rights or exclusive privileges.

   c. This permit does not authorize any injury to the property or rights of others.

   d. This permit does not authorize interference with any existing or proposed Federal project.

3. Limits of Federal Liability. In issuing this permit, the Federal Government does not assume any liability for the following:

   a. Damages to the permitted project or uses thereof as a result of other permitted or unpermitted activities or from natural causes.

   b. Damages to the permitted project or uses thereof as a result of current or future activities undertaken by or on behalf of the United States in the public interest.

   c. Damages to persons, property, or to other permitted or unpermitted activities or structures caused by the activity authorized by this permit.

   d. Design or construction deficiencies associated with the permitted work.

e. Damage claims associated with any future modification, suspension, or revocation of this permit.

4. Reliance on Applicant's Data: The determination of this office that issuance of this permit is not contrary to the public interest was made in reliance on the information you provided.

5. Reevaluation of Permit Decision. This office may reevaluate its decision on this permit at any time the circumstances warrant. Circumstances that could require a reevaluation include, but are not limited to, the following:

   a. You fail to comply with the terms and conditions of this permit.

   b. The information provided by you in support of your permit application proves to have been false, incomplete, or inaccurate (See 4 above).

   c. Significant new information surfaces which this office did not consider in reaching the original public interest decision.

Such a reevaluation may result in a determination that it is appropriate to use the suspension, modification, and revocation procedures contained in 33 CFR 325.7 or enforcement procedures such as those contained in 33 CFR 326.4 and 326.5. The referenced enforcement procedures provide for the issuance of an administrative order requiring you to comply with the terms and conditions of your permit and for the initiation of legal action where appropriate. You will be required to pay for any corrective measures ordered by this office, and if you fail to comply with such directive, this office may in certain situations (such as those specified in 33 CFR 209.170) accomplish the corrective measures by contract or otherwise and bill you for the cost.

6. Extensions. General Condition 1 establishes a time limit for the completion of the activity authorized by this permit. Unless there are circumstances requiring either a prompt completion of the authorized activity or a reevaluation of the public interest decision, the Corps will normally give favorable consideration to a request for an extension of this time limit.

Your signature below, as permittee, indicates that you accept and agree to comply with the terms and conditions of this permit.

_Randy Wanamaker_
_Projects Coordinator_ _____ _7-12-05_
(PERMITTEE) AND TITLE                         (DATE)


This permit becomes effective when the Federal official, designated to act for the Secretary of the Army, has signed below.

_Kevin Mry_ _____ _July 15, 2005_
FOR: (DISTRICT ENGINEER) Colonel Timothy J. Gallagher       (DATE)
For  Larry Reeder, Chief
     Regulatory Branch

When the structures or work authorized by this permit are still in existence at the time the property is transferred the terms and conditions of this permit will continue to be binding on the new owner(s) of the property. To validate the transfer of this permit and the associated liabilities associated with compliance with its terms and conditions have the transferee sign and date below.


_____     _____
(TRANSFEREE)                        (DATE)