

**DEPARTMENT OF THE ARMY**
U.S. ARMY ENGINEER DISTRICT, ALASKA
P.O. BOX 6898
ELMENDORF AFB, ALASKA 99506-0898

REPLY TO
ATTENTION OF:

MAR 2 9 2006

<u>CERTIFIED AND BY TELEFAX</u>

District Commander

Mr. J. Gary Droubay
President and Chief Executive Officer
Goldbelt, Incorporated
9097 Glacier Highway, Suite 200
Juneau, Alaska 99801

Dear Mr. Droubay:

   The Department of the Army hereby reinstates Permit POA-1997-245-N, issued to Goldbelt, Incorporated (Goldbelt) pursuant to 33 CFR 325.7(c), with the following modification: the words "safe moorage of tour vessels during all tidal stages, and" are removed from the project description of the permit. That sentence of the project description now reads, "The purpose of the project will be to provide a miners ferry shuttle within the Berners Bay area." The permit authorized Goldbelt to place structures in and discharge fill material into waters of the United States, in conjunction with the construction of the Cascade Point Marine Facility in Berners Bay, north of Juneau, Alaska. The permit was suspended November 22, 2005, in order to revisit, reconsider, and clarify the permit and the decision. The revised Record of Decision for Kensington and Goldbelt, the public interest review and 404(b)(1) analysis have been revised. Copies are attached for your records.

   Nothing in this letter shall be construed as excusing you from compliance with other Federal, State, or local statutes, ordinances, or regulations that may affect this work. For informational purposes, copies of this letter are being provided to the agencies on the enclosed list.

   Please refer to file number POA-1997-245-N in future correspondence or if you have any questions concerning this Notice of Permit Reinstatement. You may contact us by writing to the above letterhead address, ATTN: CEPOA-CO-R-E, or by calling Mr. Glen E. Justis of my staff at (907) 753-2712, toll free from within Alaska at (800) 478-2712, or by FAX at (907) 753-5567.

                                        Sincerely,

                                        Timothy J. Gallagher
                                        Colonel, Corps of Engineers
                                        District Commander

Enclosure

Exhibit 40, page 1 of 1