NMFS Final Biological Opinion on the Kensington Gold Project

# Endangered Species Act
# Section 7 Consultation - Biological Opinion

**Agency:**                 United States Forest Service
                            United States Army Corps of Engineers
                            Alaska Region

**Activities Considered:**  Kensington Gold Project Operations

**Consultation By:**        National Marine Fisheries Service
                            Protected Resources Division
                            Alaska Region

**Date:**                   March 2005

# Endangered Species Act
## Section 7 Consultation - Biological Opinion

**Agency:**  United States Forest Service
United States Army Corps of Engineers
Alaska Region

**Activities Considered:**  Kensington Gold Project Operations

**Consultation By:**  National Marine Fisheries Service (NMFS)
Protected Resources Division
Alaska Region

**Date Issued:** _____ March 18, 2005 _____

**Approved by:** _____

James W. Balsiger
Administrator, Alaska Region
NMFS

NMFS Final Biological Opinion on the Kensington Gold Project

# TABLE OF CONTENTS

EXECUTIVE SUMMARY ................................................................................................................ 1

1.0   PURPOSE AND CONSULTATION HISTORY ........................................................... 3
  1.1   PURPOSE ............................................................................................................................ 3
  1.2   CONSULTATION HISTORY .................................................................................................. 4

2.0   DESCRIPTION OF THE PROPOSED ACTION ......................................................... 7
  2.1   THE PROPOSED ACTION .................................................................................................... 7
    2.1.1    Description of Ore and Mining Process ............................................................... 7
    2.1.2    Construction Phase .............................................................................................. 7
    2.1.3    Operations Phase ............................................................................................... 14
  2.2   INTERRELATED AND INTERDEPENDENT ACTIONS ............................................................ 16
  2.3   ACTION AREA .................................................................................................................. 16
  2.4   ASSUMPTIONS .................................................................................................................. 18

3.0   STATUS OF LISTED RESOURCES ............................................................................ 19
  3.1   STELLER SEA LIONS (EUMETOPIAS JUBATUS) ................................................................... 19
    3.1.1    Species Description ............................................................................................ 19
    3.1.2    Reasons for Listing ............................................................................................ 19
    3.1.3    Life History ........................................................................................................ 20
    3.1.4    Population Status ............................................................................................... 23
    3.1.5    Critical Habitat for Steller sea lions ................................................................. 30
    3.1.6    Natural Causes of Mortality .............................................................................. 33
    3.1.7    Human Activities Affecting the Status of Steller Sea Lions ............................... 33
    3.1.8    Summary of Steller sea lion Status .................................................................... 40
  3.2   CENTRAL NORTH PACIFIC HUMPBACK WHALES (MEGAPTERA NOVAEANGLIAE) ............. 41
    3.2.1    Species Description ............................................................................................ 41
    3.2.2    Reasons for Listing ............................................................................................ 42
    3.2.3    Life History ........................................................................................................ 42
    3.2.4    Population Status ............................................................................................... 44
    3.2.5    Humpback Whales in Southeast Alaska ............................................................. 45
    3.2.6    Critical Habitat for Humpback Whales ............................................................. 46
    3.2.7    Natural Causes of Mortality .............................................................................. 46
    3.2.8    Human Impacts Affecting Humpback Whale Status .......................................... 47
    3.2.9    Summary of Humpback Whale Status ................................................................ 54

4.0   ENVIRONMENTAL BASELINE .................................................................................. 55
  4.1   OCEANOGRAPHIC DYNAMICS AND PHYSICAL PROCESSES ............................................... 55

NMFS Final Biological Opinion on the Kensington Gold Project

4.2    BIOLOGICAL CHARACTERISTICS AND PROCESSES ........................................................ 56
    4.2.1    Primary and Secondary Productivity ................................................................ 56
    4.2.2    Seasonal variability of biological productivity ................................................. 57
4.3    MARINE MAMMAL PREY RESOURCES WITHIN THE ACTION AREA ................................ 58
    4.3.1    Herring .............................................................................................................. 58
    4.3.2    Eulachon ........................................................................................................... 63
    4.3.3    Capelin .............................................................................................................. 65
    4.3.4    Salmon and other prey species ......................................................................... 65
4.4    STELLER SEA LION OCCURRENCE IN THE ACTION AREA ............................................. 66
4.5    HUMPBACK WHALE OCCURRENCE IN THE ACTION AREA ............................................. 70
4.6    NATURAL FACTORS AFFECTING THE STATUS OF LISTED SPECIES IN THE ACTION AREA 71
    4.6.1    Climate and Oceanography .............................................................................. 72
    4.6.2    Disease .............................................................................................................. 72
    4.6.3    Predation .......................................................................................................... 73
    4.6.4    Prey Base .......................................................................................................... 73
4.7    HUMAN IMPACTS TO LISTED SPECIES IN THE ACTION AREA ........................................ 74
    4.7.1    Commercial Fishing inside the Immediate Action Area .................................. 74
    4.7.2    Recreational Fisheries ..................................................................................... 74
    4.7.3    Vessel Activity .................................................................................................. 74
    4.7.4    Existing Noise Levels in the Action Area ......................................................... 75
    4.7.5    Land Disturbance ............................................................................................. 76
5.0    EFFECTS OF THE FEDERAL ACTION .............................................................................. 77
    5.1    APPROACH TO THE ASSESSMENT ................................................................................. 77
    5.2    EVIDENCE AVAILABLE FOR THE ASSESSMENT .............................................................. 79
    5.3    ELEMENTS OF THE PROPOSED ACTION THAT POSE POTENTIAL RISK TO LISTED
    RESOURCES ........................................................................................................................... 79
    5.4    TIMING, DURATION AND FREQUENCY OF ACTION ........................................................ 80
        5.4.1    Construction Phase ........................................................................................... 80
        5.4.2    Operations Phase .............................................................................................. 81
    5.5    EXPOSURE OF LISTED SPECIES TO THE DIRECT EFFECTS OF THE PROPOSED ACTION ..... 82
        5.5.1    Steller Sea Lions ............................................................................................... 83
        5.5.2    Humpback Whales ............................................................................................ 84
    5.6    RESPONSE ANALYSES TO THE DIRECT EFFECTS OF THE PROPOSED ACTION ................. 84
        5.6.1    General Responses of Marine Mammals to Noise ........................................... 85
        5.6.2    Responses of Steller Sea Lions to Noise Generated by the Proposed Action ... 86
        5.6.3    Responses of Humpback Whales to Noise Generated by the Proposed Action 87
        5.6.4    Responses of Steller Sea Lions to Increased Vessel Traffic ............................. 91
        5.6.5    Responses of Humpback Whales to Increased Vessel Traffic .......................... 94
        5.6.6    Responses of Steller sea lions to Dock Structures ........................................... 95
        5.6.7    Responses of Listed Species to Petroleum Discharges and Spills ................... 96
        5.6.8    Responses of Listed Species to Discharges from Mine Operations ................ 103

NMFS Final Biological Opinion on the Kensington Gold Project

    5.6.9 Summary of the Direct Effects of the Proposed Action on Listed Species....... 105
5.7 RESPONSE ANALYSES OF INDIRECT EFFECTS OF THE PROPOSED ACTION ..................... 107
    5.7.1 Exposure of Marine Mammal Prey to the Proposed Action............................ 107
    5.7.2 Responses of Marine Mammal Prey to Vessel Activity................................... 108
    5.7.3 Responses of Marine Mammal Prey to Noise.................................................. 110
    5.7.4 Responses of Marine Mammal Prey to Proposed Dock Facilities ................. 111
    5.7.5 Responses of Marine Mammal Prey to Petroleum Spills and Leakage.......... 113
    5.7.6 Summary of the Proposed Action on Prey Species......................................... 115
    5.7.7 Summary of the Indirect Effects of the Proposed Action on Listed Species ... 115
5.8 EFFECTS OF THE ACTION ON LISTED SPECIES' CRITICAL HABITAT .............................. 116
5.9 EFFECTS OF INDUSTRIAL DEVELOPMENT OF THE ACTION AREA .................................. 118
5.10 CUMULATIVE EFFECTS............................................................................................. 119
    5.10.1 Subsistence harvest of Steller Sea Lions......................................................... 120
    5.10.2 Juneau Access Road........................................................................................ 120
    5.10.3 Echo Cove Master Plan ................................................................................... 120
    5.10.4 Echo Cove Materials Source ........................................................................... 121
5.11 SYNTHESIS AND INTEGRATION OF POTENTIAL EFFECTS OF THE PROPOSED ACTION ON
LISTED SPECIES AND CRITICAL HABITAT........................................................................... 123
    5.11.1 Steller Sea Lions .............................................................................................. 123
    5.11.2 Humpback Whales ........................................................................................... 125

**6.0 CONCLUSION** ............................................................................................................ 126

**7.0 INCIDENTAL TAKE STATEMENT**........................................................................... 127

**8.0 CONSERVATION RECOMMENDATIONS** ............................................................. 128

**9.0 REINITIATION - CLOSING STATEMENT**.............................................................. 131

**10.0 REFERENCES**............................................................................................................. 132

NMFS Final Biological Opinion on the Kensington Gold Project

## 2.2   Interrelated and Interdependent Actions

By regulation, the *effects of an action* include the direct and indirect effects of an action on listed species or designated critical habitat, together with the effects of other activities that are interrelated or interdependent with that action. *Interrelated actions* are those that are part of a larger action and depend on the larger action for their justification. *Interdependent actions* are those that have no independent utility apart from the action under consideration (50 CFR 402.02).

The applicant has asserted that there are no actions that are interrelated or interdependent to the proposed action. However, some information has become available during this consultation indicating that Goldbelt, Inc., a local Native corporation organized under the Alaska Native Claims Settlement Act, has plans for additional future uses of the Cascade Point dock, which might constitute interrelated or interdependent activities, the effects of which should be considered in this consultation.

This information consists of statements in public documents associated with the proposed mine project and public statements by state officials. For example, Attachment A of the Alaska DNR's Draft Finding and Decision document for Goldbelt's Proposed Tideland Lease (June 17, 2004) describes the Development Plan for the Cascade Point Marine Terminal Facility (February 2004) and states, "[t]he purpose of the facility is to provide a dock for the Goldbelt sightseeing ship and for the transport of Kensington mine employees." An earlier letter submitted by Earthworks Technology for Goldbelt, Inc. to ACOE (July 2003) as part of Goldbelt's application for an ACOE permit states: "With the installation of marine terminal, Goldbelt would operate tourboats/cruise ships from the Cascade Point dock as an integral part of the effort to expand tourism opportunities in the region."

Nevertheless, the current Conditional Use Permit the City and Borough of Juneau issued to Goldbelt, Inc. restricts use of the Cascade Point terminal to a single shuttle ferry to transport workers to and from the Kensington mine. Further, NMFS received a letter from Goldbelt, Inc., dated December 20, 2004, explaining that, due to restrictions imposed by their City and Borough of Juneau Conditional Use Permit and the absence of specific development plans, "no other use of the [Cascade Point] dock is reasonably certain to occur in the foreseeable future" and that it has "no present plan or intention to use the dock for any other purpose." For the purposes of this consultation, NMFS accepts these statements. However, if the uses of the Cascade Point dock are changed to uses not considered in this biological opinion, those changes might modify the action in a manner that causes an effect to the listed species or critical habitat that was not considered in this biological opinion. This would require the NMFS, the ACOE, and the USFS to reinitiate formal consultation on the action.

## 2.3   Action Area

"Action areas" are defined as "all areas to be affected directly or indirectly by the Federal action, and not merely the immediate area involved in the action" (50 CFR §402.02(d)).  Most activities associated with the marine components of the Kensington Gold Project (construction and operation of two marine terminals, crew shuttle transits, and barge/tug activity) are contained within Berners Bay. NMFS has determined that the entire area encompassed by the bay (rather than just the marine terminal locations and vessel transit routes) is likely to be directly and indirectly affected by the proposed action. As a result, we have considered this discrete body of water as the action area for this consultation. As such, this action

16

NMFS Final Biological Opinion on the Kensington Gold Project

area includes all waters located inside the boundaries of Berners Bay, as drawn from Point St. Mary to Point Bridget and along the interior coastline of the bay across the mouths of all entering river systems. NMFS recognizes that listed species and their prey move in and out of Berners Bay. In particular, Steller sea lions likely travel between the bay and their nearby haulouts at Benjamin Island, Gran Point, and Met Point in Lynn Canal. Thus, direct or indirect impacts to individuals as a result of the action may be carried with them when they are not in the action area (nutritional stress, compromised reproduction, hearing loss, injury from vessel strike, etc.). In this opinion, we have analyzed such potential indirect effects (see discussions under Status, Environmental Baseline, and Effects to Listed Resources), such as impacts to prey resources that use both Berners Bay and Lynn Canal. However, we do not believe that indirect impacts to individuals or their prey warrants extension of the action area to include all areas that the individuals may inhabit.

Barge traffic servicing the Kensington Gold Project is the one component of the action that extends outside Berners Bay. Barge traffic to and from the mine will pass within 1 ¼ mile west of the Benjamin Island haulout. However, it will follow designated shipping lanes that all barge traffic in Lynn Canal follows, and thus will not introduce traffic to the island in closer proximity than that which exists already at baseline conditions. Other than the unlikely event of catastrophic fuel spill, we do not consider the effects of the proposed action to overlap with this area.

Berners Bay is located on the mainland of southeast Alaska on the east shore of Lynn Canal. The bay is approximately 8 km (five miles) long and 4.5 km (three miles) wide, and is located about 48 km northwest of Juneau in a ~390 km$^2$ (150 square miles) roadless watershed of the Tongass National Forest. The bay is a major estuary in Lynn Canal and is defined at its mouth by Point St. Mary to the north and Point Bridget to the south. One clearwater (Berners) and two glacial (Antler and Lace) rivers feed the bay, and a submarine gully about 100 meters deep begins where the rivers enter Berners Bay and extends to the mouth of the bay (Sigler et al. 2004). A counterclockwise surface current carrying glacial silt to Cove Point and Point St. Mary generally prevails in the bay (Calvin 1977), and eulachon spawn in the lower reaches of all three rivers (Gende et al. 2001; Marston et al. 2002).

Four named rivers and five creeks make up the Berners Bay watershed. They include the Berners, Lace, Antler, and Gilkey rivers; and Slate, Sawmill, Johnson, Davies, and Cowee Creeks. All drain directly into the bay with the exception of the Gilkey River, a tributary of the Antler River; the Berners River, a tributary of the Lace River; and Davies Creek, a tributary of Cowee Creek. The Lace, Antler and Gilkey Rivers are glacial systems, primarily influenced, respectively, by the Meade, Antler, and Gilkey glaciers. In combination, these systems provide spawning and rearing habitat for runs of eulachon; sockeye, coho, pink, and chum salmon; steelhead and cutthroat trout; and Dolly Varden char. A significant portion of the remnant Lynn Canal herring stock spawns in Berners Bay, and the bay also provides habitat for halibut, shrimp, and crab (USFWS 2003; C. Schrader, pers. comm., Gretchen Bishop, pers. comm.).

Although the Juneau road system terminates at Echo Cove, Berners Bay is only accessible by boat. The head of the bay forms very shallow, alluvial tideflats due to silt deposition from the Lace, Antler and Gilkey river systems; thus, this area is only accessible by shallow-draft vessels (e.g., jet or air boat, kayak, canoe) (USFWS 2003).

NMFS Final Biological Opinion on the Kensington Gold Project

## 4.3  Marine Mammal Prey Resources Within the Action Area

### 4.3.1  Herring

*Ecological Importance*
Pacific herring (*Clupea pallasii*) play a "key role in subarctic Pacific pelagic ecosystems by being in an intermediary trophic position between plankton and consumers of herring such as other fishes, birds and mammals" (Kline 2001). Pacific herring are an important nutritional resource for several species of marine mammals, supporting the nutritional needs of Steller sea lions, humpback whales, and other species through direct consumption as well as secondary consumption, when the mammals feed on other fish species such as pollock and salmon, which also feed on herring. In dietary analyses of Steller sea lion populations foraging in Berners Bay and Lynn Canal, herring have been found as a component of 90% of the animals' diets (J. Vollenweider, pers. comm.). Herring are an important prey resource for marine mammals due to their high lipid concentrations and energy content, measured at around 4.5 to 8.1 kJ/g wet mass (Paul and Paul 1998, Anthony et al. 2000). During their different life stages, herring are also an important prey resource for several Steller sea lion prey species, including: pollock, salmon and Pacific cod.

Herring populations, or stocks, are scattered across the region from Lynn Canal to Prince of Wales Island, with the main spawning concentrations occurring in the vicinities of Ketchikan, Craig, Frederick Sound, Sitka, and Auke/Berners Bays (Skud 1959). Population research conducted in southeast Alaska and Prince William Sound suggests that regional herring stocks are comprised of multiple, distinct subpopulations, or races, which are part of a larger regional metapopulation, with potential recruitment occurring between subregions (Rounsefell and Dahlgren 1935, Skud 1959, Brown and Norcross 2001). Recent genetic analysis of satellite mitochondrial DNA loci from 65 Pacific herring sampling locations in British Columbia, southeast Alaska and Washington state found herring spawning in Southeast Alaska to be distinct from those spawning further south in the Queen Charlotte Islands (Beacham et al. 2001). There was little evidence of genetic substructure among the herring stocks examined, but for locations where genetically distinct populations were identified, differences in timing of spawning was the main isolating mechanism and geographic isolation of the spawning population was thought to have an effect in maintaining genetic distinctiveness of the spawning population. Applying the metapopulation model (Levins 1970) to southeast Alaska herring stocks, it is probable that the viability of the Lynn Canal subpopulation that spawns in and around Berners Bay will indirectly impact the viability of other southeast regional herring populations through recruitment, genetic diversity, and sharing of predation pressures from marine mammal populations in northern southeast Alaska waters.

*Status of the population*
The Lynn Canal herring population has been depressed for the past 20 years (See Figure 4.1). Data on spawning distribution have been collected by Alaska Department of Fish and Game since 1972, which show notable trends in the extent of spawning activity and herring biomass. During the winters of 1972 through 1979, biomass estimates for the Lynn Canal population exceeded 2.27 million kilograms, or approximately 2,500 tons (Carlson 1980). However, since 1981, spawning biomass estimates have been at or below 2,000 tons and the commercial fishery in Lynn Canal has been closed; for 2001-2003, the spawning biomass estimate was less than 1,000 tons and a more precise estimate for 2004 was 743 tons based on survey dives to measure egg density (M. Pritchett, pers comm). Along with declines in biomass estimates, the geographic extent of the population's spawning grounds has also declined. From 1972 to

Case 1:05-cv-00012-JKS    Document 48-2    Filed 04/07/2006    Page 9 of 10

NMFS Final Biological Opinion on the Kensington Gold Project

1989, herring spawn was observed in Auke Bay in 14 out of the 18 years, or 78% of the time. However, 1989 was the last year that herring spawn was observed in Auke Bay, and no spawning activity has been observed south of Yankee Cove for the past 15 years (M. Pritchett, pers comm.). Based on the information available, it seems likely that abandonment of the Auke Bay spawning grounds was caused by a combination of factors, including increased shoreline development in the bay, declines in water quality, and low numbers of herring available to spawn and rebuild the stock (Wing, pers comm., Koski, pers comm.). Continuing trends in small population size and the lack of steady population growth despite the fishery's closure suggest that a population bottleneck may have occurred.

**Figure 4.1. Lynn Canal herring population biomass estimates and commercial harvest threshold.** Data provided by Mark Pritchett, Alaska Department of Fish and Game.

**Lynn Canal Herring Spawning Biomass**

[Bar chart showing Biomass (tons) on y-axis (0 to 14000) vs Year on x-axis (1971 to 2002). A dashed horizontal line labeled "Harvest Threshold" is drawn at approximately 5000 tons. A vertical label reads "most recent season of commercial harvest" pointing to around 1981.]

Worldwide, declines in herring populations are believed to be the result of a number of factors, including overharvest, habitat loss and/or degradation (particularly spawning habitat), depensatory predation pressures, disease, water pollution, and unfavorable oceanographic conditions (Pearson et al. 1999).

Due to the depressed condition of the Lynn Canal herring stock, any additional factors affecting survival rates or fecundity (reproductive success) for the population in its current state could lead to further significant declines in the Berners Bay/Lynn Canal herring population. Significant declines in this

59

Exhibit 41, page 9 of 10

NMFS Final Biological Opinion on the Kensington Gold Project

population may also cause a shift in metapopulation dynamics due to reduced recruitment potential and shifts in predation by marine mammals onto other herring populations, as predators may shift their foraging focus to locations outside Lynn Canal with greater herring abundance.

Such shifts in predation, coupled with loss of herring stock recruitment, could affect the abundance of multiple herring populations in the region. Regional declines in herring subpopulations have the potential to affect population dynamics of Steller sea lions, humpback whales, and other marine mammal populations. There are no other herring populations inhabiting Lynn Canal other than the Lynn Canal population; if marine mammals were to lose the prey resource and prey instead upon another population of herring, they would need to move from Lynn Canal to another geographic area inhabited by a herring population. It is likely that herring populations in other areas currently support populations of marine mammals and other wildlife dependent on herring (marine and anadromous fish, seabirds, etc.) and would face increased competition for food resources if the Lynn Canal herring population was reduced or removed.

*Herring Habitat Requirements and Occurrence within the Action Area*
The distribution of herring in Berners Bay, Auke Bay and Lynn Canal is seasonally variable and is linked to availability, abundance and spatial distribution of food resources. In general, the diet of Pacific herring is predominantly comprised of zooplankton, including euphausiids and barnacle larvae (Coyle and Paul 1992). While many larval and juvenile herring stay in the vicinity of Berners Bay throughout the year, adults and other juveniles migrate south along the shoreline, utilizing foraging habitat around Benjamin Island, Auke Bay, and other points in between (Carlson 1980).

In early spring, herring schools move from their overwintering grounds into the nearshore waters in and around Berners Bay. Typically, adult herring congregate near spawning grounds for several weeks to months before spawning, then disperse to the ultimate spawning site a few days to a few weeks prior to spawning initiation (Haegele and Schweigert 1985). The specific timing of spawn initiation is believed to be dependent on environmental triggers such as temperature, light, and/or chemical cues from other herring (Haegele and Schweigert 1985). The timing and distribution of spawning activity is annually and regionally variable, with spawning typically beginning sometime around April 24th and peaking 2 to 5 days later (M. Pritchett, pers comm.). Hay (1990) suggested that differences in spawn timing of Pacific herring stocks might also be explained by the coincidence of herring spawning times with local zooplankton production cycles, and particularly with the timing of production of copepod eggs, which are the predominant prey resource for larval herring.

Nearly 35 years of spawning data indicate that the exact dates of herring spawn in Berners Bay are variable, occurring sometime between April 18th and May 24th (M. Pritchett, pers comm.). Lynn Canal herring usually spawn over a two to three-week period (Carlson 1980), but spawning in any given location may take as long as five weeks (Skud 1959). Herring spawn typically starts with a period of fairly sparse activity (with few fish spawning), followed by a burst of heavy spawning activity a week to ten days later and tapering off (Haegele and Schweigert 1985).

Herring spawn throughout much of Berners Bay each year, but the exact location of herring spawn tends to vary from year-to-year; the most frequently used spawning sites are the intertidal zones of Point Bridget, Cascade Point, and along the eastern shoreline of the bay, north and south of Sawmill Cove (Pritchett, pers comm.). Spawning herring deposit their eggs in the nearshore intertidal and subtidal zones, primarily on kelp and eelgrass (Haegele and Schweigert 1985, Wespestad and Moksness 1990).