Demian A. Schane
Thomas S. Waldo
EARTHJUSTICE
325 Fourth Street
Juneau, AK  99801-1145
Phone:  (907) 586-2751
Fax:  (907) 463-5891
dschane@earthjustice.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, and LYNN CANAL CONSERVATION,<br><br>      Plaintiffs,<br><br>      v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS; COLONEL TIMOTHY J. GALLAGHER, in his official capacity as District Engineer; LARRY L. REEDER, in his official capacity as Chief of the Regulatory Branch; DOMINIC IZZO, in his official capacity as Principal Deputy Assistant Secretary of the Army (Civil Works); and UNITED STATES FOREST SERVICE,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No.  J05-0012 CV (JKS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF GARETH HUMMEL**

I, Gareth Hummel, hereby declare as follows:

1.  My current address is P.O. Box 35553, Juneau, Alaska, 99803.  I moved to Juneau in 1999 and have been a full-time resident since 2003.

2.  I currently work for Juneau Youth Services as a Mental Health Associate.

3.   I am currently a member of the Southeast Alaska Conservation Council and have been one, off and on, since 1999.

4.   I visit Berners Bay regularly.  I go approximately six or seven times each year to kayak, camp, hike, explore, and enjoy the beautiful scenery.  I first visited Berners Bay in 1999. Berners Bay is one of the reasons I decided to become a full-time resident of Juneau.  I typically launch my kayak from Echo Cove and paddle to Sawmill Creek and the north end of the bay.  I have camped at places all along the east side of the bay.

5.   I visit Berners Bay because it is one of the most beautiful places I have ever seen, and I can easily access it.  It is basically in my backyard.  During my visits, I enjoy observing wildlife, particularly during the spring eulachon run.  I have seen orca whales, humpback whales, Steller sea lions, salmon, seals, huge numbers of scoters, goats, and black and brown bears.  I also enjoy going to Berners Bay for the solitude it offers.

6.   I am concerned about the proposed Kensington Mine because it will disturb, and potentially ruin, the recreational and environmental qualities of Berners Bay.  The mine would negatively affect my experiences in Berners Bay and my perception of the Bay.  I understand that mining operations will include vessel traffic between Cascade Point and the other side of the bay.  On every trip I make to Berners Bay, I paddle past Cascade Point on my way to Sawmill Creek and beyond.  The construction of a marine facility at Cascade Point and the associated vessel traffic will negatively impact my paddling experiences.  It will completely disrupt it.  I am concerned that the traffic will also disrupt the marine mammals, scoters, and other wildlife I enjoy viewing while in the bay.

7.   Noise from the vessel traffic is going to significantly impair my ability to find solitude in Berners Bay, particularly because I spend a fair amount of time near Cascade Point.

**Exhibit 42, page 2 of 3**

8. If a marine facility were constructed at Cascade Point and there were operations going to and from it, I would visit the Bay, but probably not as frequently.

I declare under penalty of perjury that the foregoing is true and correct.

_04-07-06_
DATE

_____ Gareth Hummel
GARETH HUMMEL

**Exhibit 42, page 3 of 3**