Demian A. Schane
Thomas S. Waldo
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: dschane@earthjustice.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, and LYNN CANAL CONSERVATION,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS; COLONEL TIMOTHY J. GALLAGHER, in his official capacity as District Engineer; LARRY L. REEDER, in his official capacity as Chief of the Regulatory Branch; DOMINIC IZZO, in his official capacity as Principal Deputy Assistant Secretary of the Army (Civil Works); and UNITED STATES FOREST SERVICE,<br><br>Defendants. | Case No. J05-0012 CV (JKS) |

**PLAINTIFFS' QUALIFIED NON-OPPOSITION TO COEUR ALASKA, INC.'S, GOLDBELT, INC.'S, AND THE STATE OF ALASKA'S MOTIONS TO INTERVENE**

On April 5, 2006, Coeur Alaska, Inc. resubmitted its motion to intervene in this case.

Docket No. 31. On April 6 and 7, 2006, Goldbelt, Inc. and the State of Alaska also resubmitted

their respective motions to intervene. Docket Nos. 33, 38.

Southeast Alaska Conservation Council, et al. v.
U.S. Army Corps of Eng'rs, et al.
J05-0012 CV (JKS)

Plaintiffs do not oppose these motions provided that the would-be Intervenor-Defendants do not seek to delay the case and comply with the scheduling order to which Plaintiffs and Defendants agreed and which the Court entered on April 7, 2006. Docket No. 37. This case has already been substantially delayed as a result of the permit suspensions, construction of the project pursuant to the challenged permit is ongoing, and the parties have agreed to a schedule in order to ensure prompt resolution of the case and reduce the potential need for preliminary injunction proceedings. Plaintiffs would be unduly prejudiced if the addition of intervenors and modification of the scheduling order further delayed resolution of the case.

Further, with the addition of three more defendants in this case, each represented by different counsel, it would be appropriate to require procedures – such as consolidated briefing or page limitations – to avoid excessive or duplicative briefing. *See* Fed. R. Civ. P. 24 advisory committee's note to the 1966 amendment ("An intervention of right under the amended rule may be subject to appropriate conditions or restrictions responsive among other things to the requirements of efficient conduct of the proceedings"). This Court has instituted similar procedures in other environmental litigation brought under the Administrative Procedure Act. *See*, *e.g.*, *Natural Res. Def. Council v. United States Forest Serv.*, No. J03-0029 CV, No. J04-0002 (JKS) (consolidated) (D. Alaska April 19, 2004) (Order from Chambers – Docket No. 37) (attached).

Federal Defendants have every reason to litigate fully the issues raised in Plaintiffs' First Amended Complaint, and none of the applicants for intervention has argued that Federal Defendants will not competently do so. In addition, if each defendant separately filed a brief on the merits, there could be up to 200 pages of briefing from Defendants and Intervenor-Defendants. This volume of briefing would burden the Court and Plaintiffs, and it could delay

Southeast Alaska Conservation Council, et al. v.
U.S. Army Corps of Eng'rs, et al.
J05-0012 CV (JKS)                    2

resolution of this case. It would therefore be reasonable to require potential Intervenor-Defendants to submit a consolidated brief on substantive motions. Alternatively, the Court could allow potential Intervenor-Defendants to file separate briefs but limit the length of each brief to 15 pages. Either one of these approaches would allow potential Intervenor-Defendants to represent their own interests in this case while avoiding excessive and duplicative briefing.

A proposed order is attached.

Respectfully submitted this 12th day of April 2006,

    /s/ Demian A. Schane
Demian A. Schane (ABA# 0403007)
Thomas S. Waldo (ABA# 9007047)
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: dschane@earthjustice.org

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I, Demian Schane, certify that on April 12, 2006, a true and correct copy of PLAINTIFFS' QUALIFIED NON-OPPOSITION TO COEUR ALASKA, INC.'S, GOLDBELT, INC.'S, AND THE STATE OF ALASKA'S MOTIONS TO INTERVENE was served electronically to Mark A. Nitczynski, Richard L. Pomeroy, John C. Berghoff, Jr., David C. Crosby, and Ruth Hamilton Heese. A courtesy copy was also sent via e-mail to Lawrence L. Hartig and Jim Ustasiewski.

/s/ Demian A. Schane
Demian A. Schane

Southeast Alaska Conservation Council, et al. v.
U.S. Army Corps of Eng'rs, et al.
J05-0012 CV (JKS)                3