APR 1 9 2004
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By ......  BB
                                    Deputy

# MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*Natural Resources Defense Council et al. v. United States Forest Service et al.*
Case No. J03-0029 CV; J04-0002 (JKS) (consolidated)

RECEIVED
APR 21 2004
EARTHJUSTICE

By:                THE HONORABLE JAMES K. SINGLETON

Deputy Clerk:      Bonnie Boyer, Case Management: 677-6124*

PROCEEDINGS:       ORDER FROM CHAMBERS

There are currently pending two motions to intervene by the State of Alaska and the Alaska Forest Association. *See* Docket Nos. 11; 12. Plaintiffs have filed a qualified non-opposition to the motions to intervene, and the applicants for intervention have filed a joint reply. *See* Docket Nos. 21 (Non-opp'n); 22 (Reply). The Court will defer ruling on the motions to intervene until after it has reviewed the parties' briefings. At that time, the Court will consider requests from the potential intervenors to brief points not adequately addressed by the parties' briefs and determine whether the potential intervenors may file supplemental briefs regarding those issues.

**IT IS SO ORDERED.**

Entered at the direction of the Honorable James K. Singleton, United States District Judge.

DATE: April 19, 2004

*     ALL INQUIRIES REGARDING THE SCHEDULING OR CALENDARING OF THIS CASE SHOULD BE DIRECTED TO THE ABOVE INDICATED CASE MANAGER.
Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made in the form of a motion. *See* FED. R. CIV. P. 7(b)(1); D. Ak. LR 7.1(j) & 59(b). No one should telephone, fax, or write to chambers regarding pending cases. The Judge's secretary and law clerks are not permitted to discuss any aspect of this case, provide any information, or communicate with any person, including litigants, lawyers, witnesses, and the general public regarding pending cases.

J03-0029--CV (JKS)   4-19-04
--------------------------------------------
B. LANDON (AUSA)
T. WALDO
T. THURBON

R. HAMILTON HEESE

Attachment 1