IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

SOUTHEAST ALASKA CONSERVATION COUNCIL,    )
SIERRA CLUB, and LYNN CANAL CONSERVATION,   )
                                            )
    Plaintiffs,                        )
                                            )
        v.                             )
                                            )
UNITED STATES ARMY CORPS OF ENGINEERS;      )
COLONEL TIMOTHY J. GALLAGHER, in his official )
capacity as District Engineer; LARRY L. REEDER, in his  )    Case No. J05-0012 CV (JKS)
official capacity as Chief of the Regulatory Branch;   )
DOMINIC IZZO, in his official capacity as Principal   )
Deputy Assistant Secretary of the Army (Civil Works); and )
UNITED STATES FOREST SERVICE,               )
                                            )
    Defendants.                        )
_____    )

**PROPOSED ORDER GRANTING INTERVENTION**

    Coeur Alaska, Inc., Goldbelt, Inc., and the State of Alaska (collectively "Intervenor-

Defendants") have moved separately to intervene as Defendants in the above-captioned case.

Docket Nos. 31, 33, 38.  The Court has fully considered those motions and Plaintiffs' response

thereto.  Accordingly,

    IT IS ORDERED that the motions to intervene are granted subject to the following

conditions:  (1) Intervenor-Defendants shall adhere to the Scheduling Order of April 7, 2006

(Docket No. 37); (2) Either Intervenor-Defendants shall submit a consolidated brief that meets

the page-limit requirements of the Local Rules on all dispositive motions and on any motions for

preliminary injunctive relief or each Intervenor-Defendant shall file a separate brief limited to 15

pages on all dispositive motions and on any motions for preliminary injunctive relief; (3)

Intervenor-Defendants shall file their opposition brief(s) on Count I by the same date allowed to

Southeast Alaska Conservation Council, et al. v.
U.S. Army Corps of Eng'rs, et al.
J05-0012 CV (JKS)

Federal Defendants in the Scheduling Order of April 7, 2006 (Docket No. 37); (4) Intervenor-

Defendants shall avoid duplicative briefing; and (5) Plaintiffs shall be allowed additional pages

in their reply brief proportionate to the length of any brief(s) filed by Intervenor-Defendants.

      SO ORDERED this _____ day of _____, 2006.

_____

**JAMES K. SINGLETON, JR.**
United States District Judge

Southeast Alaska Conservation Council, et al. v.
U.S. Army Corps of Eng'rs, et al.
J05-0012 CV (JKS)                    2