IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, et al., <br><br> Plaintiffs, <br> vs. <br><br> UNITED STATES ARMY CORPS OF ENGINEERS; et al. <br><br> Defendants. | ) <br> ) <br> ) Case No. J05-0012 CV (JKS) <br> ) <br> ) <br> ) <br> ) **PROPOSED** <br> ) **ORDER** <br> ) <br> ) <br> ) |

      IT IS ORDERED that the schedule in this case is supplemented as follows: if plaintiffs file an amendment to their First Amended Complaint, their motion(s) for summary judgment on any additional claim(s) included therein shall be filed no later than May 31, 2006.  Response and reply briefs shall be filed in accordance with Local Rule 16.

      IT IS FURTHER ORDERED that this matter is set for a status conference in Courtroom _____ on _____, 2006, at ____ o'clock.

      SO ORDERED this ____ day of _____, 2006.

      By the Court:

_____
JAMES K. SINGLETON
UNITED STATES DISTRICT JUDGE

proposed order submitted by:

John C. Berghoff, Jr.
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL  60606
Phone: (312) 782-0600
Fax: (312) 701-7711
Email: jberghoff@mayerbrownrowe.com
ILBA# 0181528