John C. Berghoff, Jr., ILBA# 0181528
Michael P. Rissman, ILBA# 6194350
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL  60606
Phone: (312) 782-0600/Fax: (312) 701-7711
jberghoff@mayerbrownrowe.com
mrissman@mayerbrownrowe.com

Eric B. Fjelstad, ABA# 9505020
Robert A. Maynard, ABA# 8610093
Perkins Coie LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501
Phone: (907) 279-8561/Fax: (907) 276-3108
efjelstad@perkinscoie.com
rmaynard@perkinscoie.com

Attorneys for Defendant-Intervenor (Proposed) Coeur Alaska, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, et al., | )<br>)<br>) |
| | ) Case No. J05-0012 CV (JKS) |
| Plaintiffs, | ) |
| vs. | ) **PROPOSED DEFENDANT-** |
| | ) **INTERVENORS' JOINT** |
| UNITED STATES ARMY CORPS OF | ) **RESPONSE TO PLAINTIFFS'** |
| ENGINEERS; et al. | ) **QUALIFIED NON-OPPOSITION** |
| | ) **TO MOTIONS TO INTERVENE** |
| Defendants. | ) |

Proposed defendant-intervenor Coeur Alaska, Inc. ("Coeur Alaska") on behalf of itself and proposed defendant-intervenors State of Alaska and Goldbelt, Inc., submits this Joint Response to Plaintiffs' Qualified Non-Opposition to Motions to Intervene.

1.  Plaintiffs agree that the proposed defendant-intervenors have specific interests sufficient to meet the requirements of Rule 24(a), but seek to undercut the protection of those

interests by imposing severe restrictions on their ability to participate in this case. Not only do Plaintiffs want to slice pages from the intervenor briefs, they want to force the intervenors to file one homogenized, consolidated brief on very distinct and separate interests. Plaintiffs argue that their reply time is short yet it was plaintiffs themselves who proposed the briefing schedule in the first place. The "non-opposition" label for the plaintiffs' pleading is really a misnomer for what amounts to "opposition."

2.  Plaintiffs seem concerned that if the proposed intervenors are accorded the full participation that their status as intervenors as of right would accord, plaintiffs will be burdened by having to respond to briefs in the relatively short period of time allowed by the briefing schedule that they themselves urged upon the Court. But having set in motion a challenge that is intended to halt the Kensington mining project, plaintiffs must be ready to reply to the positions of those most affected. To presume that the United States will present the arguments which are critical to the several distinct private and State interests in this case is unrealistic. They cannot be expected to do so, nor should they.

3.  The proposed intervenors attempted to respond to the plaintiffs' concerns and offered to compromise with counsel. The State of Alaska and Goldbelt, Inc. offered to abbreviate their filings because the specific issues they will address can be limited. And the proposed intervenors all offered to file on the same date as the federal defendants, thereby allowing sufficient time for reply. Plaintiffs rejected these offers.

4.  The State of Alaska has a unique and protectable interest in a healthy and diverse economy and the environmental well-being of the state. Goldbelt, Inc. has a unique interest in managing and developing Cascade Point.

5. Coeur Alaska is the principal stakeholder here and presents a unique and broader perspective on economic and environmental issues, as well as the application of Section 404 of the Clean Water Act to the Kensington mining project. Given its broad range of interests, Coeur Alaska proposes that it be granted equal briefing status with the plaintiffs and the federal defendants. This will permit Coeur Alaska to defend its broad interests adequately without depending upon or duplicating the work of others. Having gone through over a decade-and-a-half of the permitting process, Coeur Alaska is intimately familiar with the administrative record. Coeur is in the best position to present the operational, environmental, and design elements of the project and their relation to the issues raised by the First Amended Complaint.

6. It is unlikely that the proposed defendant-intervenors will present duplicative arguments, and all of the proposed defendant-intervenors seek a conclusion to this litigation without further delay.

WHEREFORE, Coeur Alaska requests that this Court:

(a) grant the Proposed Defendant-Intervenors' motions for leave to intervene;

(b) order that the State of Alaska and Goldbelt, Inc. shall submit abbreviated briefs of 20 pages or less in response to plaintiffs' motion for summary judgment; and

(c) order that Coeur Alaska, Inc. be granted intervenor status without briefing restrictions except those of the Local Rules.

(d) order that all defendant-intervenor briefs be filed May 5, 2006.

The undersigned has been authorized by counsel for the State of Alaska and Goldbelt, Inc., to state that they concur in the foregoing and the requested relief.

DATED this 13th day of April, 2006

        MAYER, BROWN, ROWE & MAW LLP
        Attorneys for Proposed Defendant-Intervenor
        COEUR ALASKA, INC.

        /s/ John C. Berghoff, Jr._____
        John C. Berghoff, Jr., ILBA# 0181528
        Michael P. Rissman, ILBA# 6194350
        71 South Wacker Drive
        Chicago, IL  60606
        Phone: (312) 782-0600
        Fax: (312) 701-7711
        jberghoff@mayerbrownrowe.com
        mrissman@mayerbrownrowe.com

<u>Of counsel</u>:

Lawrence L. Hartig, ABA# 8310125
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, AK  99501
Phone: (907) 276-1592/Fax: (907) 277-4352
larry@hartig.law.pro


CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of April, 2006, a true and correct copy of the foregoing, along with accompanying documents, was served electronically on Demian A. Schane and Thomas S. Waldo (representing plaintiffs) and Mark Nitczynski and Richard L. Pomeroy (representing federal defendants).  A courtesy copy was also sent by email to David C. Crosby, Cameron M. Leonard, Ruth Hamilton Heese, and Jim Ustasiewski.


/s/ John C. Berghoff, Jr._____
John C. Berghoff, Jr.
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL  60606
Phone: (312) 782-0600
Fax: (312) 701-7711
Email: jberghoff@mayerbrownrowe.com
ILBA# 0181528

RESPONSE TO PLAINTIFFS' QUALIFIED NON-OPPOSITION TO
MOTIONS TO INTERVENE      Page 4 of 4
*SEACC, et al. v. U.S. Army Corps of Engineers, et al.*      Case No: J05-0012 CV (JKS)