IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, et al., | ) ) ) Case No. J05-0012 CV (JKS) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| UNITED STATES ARMY CORPS OF ENGINEERS; et al. | ) **PROPOSED** ) **ORDER** ) |
| Defendants. | ) ) ) |

    IT IS ORDERED that Coeur Alaska's motion to intervene is granted. The State of Alaska's and Goldbelt, Inc.'s motions to intervene are also granted subject to the following condition: The State of Alaska's and Goldbelt, Inc.'s briefs shall not exceed 20 pages.

    All defendant-intervenors shall submit their opposition briefs by the same date allowed to the federal defendants in the scheduling order of April 7, 2006. (Docket No. 37)

    SO ORDERED this ____ day of _____, 2006.

                                                 By the Court:

                                               _____
                                               JAMES K. SINGLETON
                                               UNITED STATES DISTRICT JUDGE

proposed order submitted by:

John C. Berghoff, Jr.
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606
Phone: (312) 782-0600
Fax: (312) 701-7711
Email: jberghoff@mayerbrownrowe.com
ILBA# 0181528