SUE ELLEN WOOLDRIDGE
United States Department of Justice
Environment and Natural Resources Division
Washington, D.C.
TIMOTHY M. BURGESS
United States Attorney
Anchorage, Alaska
MARK A. NITCZYNSKI
US Department of Justice
Environmental Defense Section
999 18th Street, Ste. 945
Denver, CO   80202
Phone: (303) 312-7388
Fax: (303) 312-7331
mark.nitczynski@usdoj.gov
RICHARD L. POMEROY
Assistant United States Attorney
District of Alaska
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513
Telephone: (907) 271-5071

Attorneys for Defendants United States
Army Corps of Engineers, et al.

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, et al., | ) ) ) |
| Plaintiffs, | ) ) Case No. J05-0012 CV (JKS) ) |
| v. | ) UNITED STATES' RESPONSE TO ) MOTIONS TO INTERVENE FILED BY |
| UNITED STATES ARMY CORPS OF ENGINEERS, et al., | ) COEUR ALASKA, Inc., THE STATE ) OF ALASKA AND GOLDBELT, ) INCORPORATED |
| Defendants. | ) ) ) |

    Defendants, the United States Army Corps of Engineers, et al., take no position on the

Southeast Alaska Conservation Council, et al. v.
United States Army Corps of Engineers, et al.,
No. J05-0012 CV (JKS)

motions to intervene filed by Coeur Alaska, Inc., the State of Alaska, and Goldbelt, Incorporated

(Document Numbers 31, 33, 38).

    Respectfully submitted,

    SUE ELLEN WOOLDRIDGE
    Assistant Attorney General
    Environment and Natural Resources Division
    UNITED STATES DEPARTMENT OF JUSTICE

      /s/ Mark A. Nitczynski
    MARK A. NITCZYNSKI
    Environmental Defense Section
    UNITED STATES DEPARTMENT OF JUSTICE
    999 18th Street, Ste. 945
    Denver, CO   80202
    PHONE: (303) 312-7300
    FAX: (303) 312-7331

    TIMOTHY M. BURGESS
    United States Attorney
    District of Alaska
    RICHARD L. POMEROY
    Assistant U.S. Attorney

    Attorneys for Defendants United States Army
    Corps of Engineers, et al.

CERTIFICATE OF SERVICE

I, Mark A. Nitczynski, certify that on this April 14, 2006, I caused to be filed electronically the foregoing UNITED STATES' RESPONSE TO MOTIONS TO INTERVENE FILED BY COEUR ALASKA, Inc., THE STATE OF ALASKA AND GOLDBELT, INCORPORATED with the Clerk of Court using the CM/ECF system, which sent a Notice of Electronic Filing to the following persons: Demian A. Schane, Thomas S. Waldo, John C. Berghoff, Jr., David C. Crosby and Ruth Hamilton Heese.

  /s/ Mark A. Nitczynski
MARK A. NITCZYNSKI

Southeast Alaska Conservation Council, et al. v.
United States Army Corps of Engineers, et al.,
No. J05-0012 CV (JKS)    2