SUE ELLEN WOOLDRIDGE
United States Department of Justice
Environment and Natural Resources Division
Washington, D.C.
TIMOTHY M. BURGESS
United States Attorney
Anchorage, Alaska
MARK A. NITCZYNSKI
US Department of Justice
Environmental Defense Section
999 18th Street, Ste. 945
Denver, CO   80202
Phone: (303) 312-7388
Fax: (303) 312-7331
mark.nitczynski@usdoj.gov
RICHARD L. POMEROY
Assistant United States Attorney
District of Alaska
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513
Telephone: (907) 271-5071

Attorneys for Defendants United States
Army Corps of Engineers, et al.

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | | |
|---|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, et al., | ) ) ) | |
| Plaintiffs, | ) ) | Case No. J05-0012 CV (JKS) |
| v. | ) ) | UNITED STATES' RESPONSE TO MOTION TO SUPPLEMENT BRIEFING SCHEDULE |
| UNITED STATES ARMY CORPS OF ENGINEERS, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

      Defendants, the United States Army Corps of Engineers, et al., take no position on Coeur

Southeast Alaska Conservation Council, et al. v.
United States Army Corps of Engineers, et al.,
No. J05-0012 CV (JKS)

Alaska, Inc.'s Motion to Supplement Briefing Schedule (Document Number 52).

            Respectfully submitted,

            SUE ELLEN WOOLDRIDGE
            Assistant Attorney General
            Environment and Natural Resources Division
            UNITED STATES DEPARTMENT OF JUSTICE

            /s/ Mark A. Nitczynski
            MARK A. NITCZYNSKI
            Environmental Defense Section
            UNITED STATES DEPARTMENT OF JUSTICE
            999 18th Street, Ste. 945
            Denver, CO   80202
            PHONE: (303) 312-7300
            FAX: (303) 312-7331

            TIMOTHY M. BURGESS
            United States Attorney
            District of Alaska
            RICHARD L. POMEROY
            Assistant U.S. Attorney

            Attorneys for Defendants United States Army
            Corps of Engineers, et al.

## CERTIFICATE OF SERVICE

I, Mark A. Nitczynski, certify that on this April 14, 2006, I caused to be filed electronically the foregoing UNITED STATES' RESPONSE TO MOTION TO SUPPLEMENT BRIEFING with the Clerk of Court using the CM/ECF system, which sent a Notice of Electronic Filing to the following persons: Demian A. Schane, Thomas S. Waldo, John C. Berghoff, Jr., David C. Crosby and Ruth Hamilton Heese.

  /s/ Mark A. Nitczynski
MARK A. NITCZYNSKI

Southeast Alaska Conservation Council, et al. v.
United States Army Corps of Engineers, et al.,
No. J05-0012 CV (JKS)         2