John C. Berghoff, Jr., ILBA# 0181528
Michael P. Rissman, ILBA# 6194350
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL  60606
Phone: (312) 782-0600/Fax: (312) 701-7711
jberghoff@mayerbrownrowe.com
mrissman@mayerbrownrowe.com

Eric B. Fjelstad, ABA# 9505020
Robert A. Maynard, ABA# 8610093
Perkins Coie LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501
Phone: (907) 279-8561/Fax: (907) 276-3108
efjelstad@perkinscoie.com
rmaynard@perkinscoie.com

Attorneys for Proposed Defendant-Intervenor Coeur Alaska, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, et al., | ) ) ) |
| Plaintiffs, | ) Case No. J05-0012 CV (JKS) ) |
| vs. | ) ) |
| UNITED STATES ARMY CORPS OF ENGINEERS; et al. | ) **PROPOSED DEFENDANT-** ) **INTERVENOR COEUR** ) **ALASKA, INC.'S REPLY TO** ) **PLAINTIFFS' OPPOSITION TO** |
| Defendants. | ) **MOTION TO SUPPLEMENT** ) **BRIEFING SCHEDULE** ) |
| | ) |

**<u>REPLY</u>**

Plaintiffs argue that Coeur Alaska's proposed supplement to the expedited briefing

schedule in this case under Local Rule 16.3(c) would force plaintiffs to determine what they

must do within 63 days from the release of the revised ROD.  Correct.  That is the point.  Coeur

Alaska seeks finality to this litigation which casts a shadow over the development of the

Kensington mine project.  Coeur is simply seeking compliance by plaintiffs with Local Rule

16.3(c).  Plaintiffs need to present their whole case now, not part now, part later.

WHEREFORE, Coeur Alaska, Inc. requests that this Court grant its Motion to

Supplement the Briefing Schedule.

DATED this 21st day of April, 2006.

Respectfully submitted,

MAYER, BROWN, ROWE & MAW LLP
Attorneys for Proposed Defendant-Intervenor
COEUR ALASKA, INC.

/s/ John C. Berghoff Jr.
John C. Berghoff, Jr., ILBA# 0181528
Michael P. Rissman, ILBA# 6194350
71 South Wacker Drive
Chicago, IL  60606
Phone: (312) 782-0600
Fax: (312) 701-7711
jberghoff@mayerbrownrowe.com
mrissman@mayerbrownrowe.com

Of Counsel:

Lawrence L. Hartig, ABA# 8310125
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, AK  99501
Phone: (907) 276-1592/Fax: (907) 277-4352
larry@hartig.law.pro

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of April, 2006, a true and correct copy of the foregoing was served electronically on Demian A. Schane and Thomas S. Waldo (representing plaintiffs) and Mark Nitczynski and Richard L. Pomeroy (representing federal defendants). A courtesy copy was also sent by email to David C. Crosby, Cameron M. Leonard, Ruth Hamilton Heese, and Jim Ustasiewski.


/s/ John C. Berghoff, Jr.
John C. Berghoff, Jr.
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL  60606
Phone: (312) 782-0600
Fax: (312) 701-7711
Email: jberghoff@mayerbrownrowe.com
ILBA# 0181528