CAMERON M. LEONARD, Assistant Attorney General
State of Alaska, Department of Law
100 Cushman Street, Suite 400
Fairbanks, AK 99701
Telephone: (907) 451-2811
Facsimile: (907) 451-2985
Cam_leonard@law.state.ak.us

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, et al., <br><br> Plaintiffs, <br><br> UNITED STATES ARMY CORPS OF ENGINEERS; et al, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) Case No: J05-0012 CV (JKS) ) ) ) |

### ENTRY OF APPEARANCE

      Please take notice that Cameron M. Leonard, Assistant Attorney General, Department of Law, 100 Cushman Street, Suite 400, Fairbanks, Alaska 99701, telephone: (907) 451-2811, hereby enters his appearance as co-counsel of record in the above-captioned matter on behalf of the State of Alaska.

DATED this 24th day of April, 2006

    Respectfully submitted

    DAVID W. MÁRQUEZ
    ATTORNEY GENERAL


    By: s/Cameron M. Leonard
    Cameron M. Leonard, ABA 8406036
    100 Cushman Street, Suite 400
    Fairbanks, AK  99701
    Phone: (907) 451-2811
    Fax: (907) 451-2985
    cam_leonard@law.state.ak.us

SEACC v. Army COE　　　　　　　　　　　　　　　　　　　　　　　　　　Entry of Appearance
J05-0012 CI　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 2 of  3
I:\CVFNR\LEONARDC\SEACC v. Army COE\Entry of Appearance.doc

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of April, 2006, a true and correct copy of the foregoing, Entry of Appearance was served electronically on Demian A. Schane and Thomas S. Waldo (representing plaintiffs) and Mark Nitczynski and Richard L. Pomeroy (representing federal defendants). A courtesy copy was also sent by email to David C. Crosby, Ruth Hamilton Heese

By: s/Cameron M. Leonard
Cameron M. Leonard, ABA 8406036
100 Cushman Street, Suite 400
Fairbanks, AK  99701
Phone: (907) 451-2811
Fax: (907) 451-2985
cam_leonard@law.state.ak.us