# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

*Southeast Alaska Conservation Council, et al. v. United States Army Corps of Engineers, et al.*
Case No. 1:05-cv-00012-JKS

By:               THE HONORABLE JAMES K. SINGLETON

Deputy Clerk:     Dan Maus, Case Management: 677-6123

PROCEEDINGS:      ORDER FROM CHAMBERS

     Three proposed Defendants have moved to intervene: Coeur Alaska, Inc., Goldbelt, Inc., and the State of Alaska. Docket Nos. 31; 33; 38. Plaintiffs do not oppose, as long as the proposed Intervenor-Defendants abide by the briefing schedule authorized at Docket No. 37, and if the Court will require proposed Intervenor-Defendants to file either consolidated briefs, or page-restrictive briefs. Docket No. 51. Coeur Alaska opposes the alternative qualifications related to its potential briefing. Docket No. 53.

     In addition, Coeur Alaska has asked the Court to supplement the briefing schedule that was entered, with the agreement of the parties, at Docket No. 37. In particular, Coeur Alaska seeks to require the Plaintiffs to submit any motions for summary judgment by May 31, 2006. Docket No. 52. Plaintiffs oppose this motion. Docket No. 56.

     **IT IS THEREFORE ORDERED:**

     The Motions for Leave to Intervene at **Docket Nos. 31, 33,** and **38** are **GRANTED**.
     The State of Alaska and Goldbelt, Inc. shall submit abbreviated briefs of 20 pages of less in response to Plaintiffs' Motion for Summary Judgment.
     Coeur Alaska, Inc. is granted intervenor status without briefing restrictions except those of the Local Rules.
     All Intervenor-Defendant briefs shall be filed by May 5, 2006, in keeping with the agreed-upon schedule reflected in the Order at Docket No. 37.
     Couer Alaska, Inc.'s Motion to Supplement the Briefing Schedule at **Docket No. 52** is **DENIED**.

Entered at the direction of the Honorable James K. Singleton, United States District Judge.

DATE: April 24, 2006