SUE ELLEN WOOLDRIDGE
United States Department of Justice
Environment and Natural Resources Division
Washington, D.C.
DEBORAH M. SMITH
Acting United States Attorney
Anchorage, Alaska
MARK A. NITCZYNSKI
US Department of Justice
Environmental Defense Section
999 18th Street, Ste. 945
Denver, CO 80202
Phone: (303) 312-7388
Fax: (303) 312-7331
mark.nitczynski@usdoj.gov
RICHARD L. POMEROY
Assistant United States Attorney
District of Alaska
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99513
Telephone: (907) 271-5071
richard.pomeroy@usdoj.gov

Attorneys for Defendants United States
Army Corps of Engineers, et al.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, et al.,<br><br>Defendants. | Case No. 1:05-cv-0012-JKS<br><br>**NOTICE OF LODGING ADMINISTRATIVE REDORD** (**Available conventionally at Clerk's Office**) |

Defendant United States Army Corps of Engineers, by and through counsel, submit conventionally the following administrative record in the above-entitled and numbered cause of action.

Respectfully submitted this 28th day of April, 2006, in Anchorage, Alaska.

    DEBORAH M. SMITH
    Acting United States Attorney

    s/Richard L. Pomeroy
    Assistant U.S. Attorney
    222 West 7th Ave., #9, Rm. 253
    Anchorage, AK 99513-7567
    Phone: (907) 271-5071
    Fax: (907) 271-2344
    E-mail: richard.pomeroy@usdoj.gov
    AK #8906031

    SUE ELLEN WOOLDRIDGE
    Assistant Attorney General
    Environment and Natural Resources Division
    UNITED STATES DEPARTMENT OF JUSTICE

    /s/ Mark A. Nitczynski
    MARK A. NITCZYNSKI
    Environmental Defense Section
    UNITED STATES DEPARTMENT OF JUSTICE
    999 18th Street, Ste. 945
    Denver, CO 80202
    PHONE: (303) 312-7300
    FAX: (303) 312-7331

Southeast Alaska Conservation Council, et al. v.
United States Army Corps of Engineers, et al.,
Case No. 1:05-cv-0012-JKS     2

## CERTIFICATE OF SERVICE

      I hereby certify that on this April 28, 2006, I caused a copy of the foregoing NOTICE OF FILING OF ADMINISTRATIVE RECORD, along with an electronic version of the administrative record on compact disk, to be served by Federal Express upon counsel for plaintiffs and intervenors at the following addresses:

Demian A. Schane
Thomas S. Waldo
Earthjustice
325 Fourth Street
Juneau, AK 99801
(907) 586-2751

Counsel for Plaintiffs

John C. Berghoff, Jr.
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606
PHONE: (312) 782-0600

Counsel for Coeur Alaska, Inc. (Intervenor Defendant)

David C. Crosby
David C. Crosby, P.C.
5280 Thane Road
Juneau, AK 99801-7717
PHONE: (907) 586-6262

Counsel for Goldbelt, Incorporated (Intervenor Defendant)

Ruth Hamilton Heese
State of Alaska Department of Law
123 4th Street 6th Floor
Juneau, AK 99811-0300
PHONE: (907) 465-3600

Cameron M. Leonard
Attorney General's Office
100 Cushman Street, Suite 400
Fairbanks, AK 99701
PHONE: (907) 451-2954

Counsel for State of Alaska  (Intervenor Defendant)


s/ Richard L. Pomeroy

Southeast Alaska Conservation Council, et al. v.
United States Army Corps of Engineers, et al.,
Case No. 1:05-cv-0012-JKS    3