## 3.10   AQUATIC RESOURCES: MARINE

The following descriptions of aquatic resources were derived from site-specific field studies, published reports, and scientific literature. This section also summarizes the analyses performed previously as described in the 1992 FEIS and 1997 SEIS.

### 3.10.1  Oceanography

#### Lynn Canal

The oceanography of Lynn Canal is discussed extensively in the 1992 FEIS. The circulation of Lynn Canal is principally estuarine; that is, it has a seaward surface flow with a corresponding landward deep flow that balances mass transport. The circulation is dominantly tide-driven, but wind also influences the overall circulation pattern. The estuarine flow is typically seasonal, with stronger flows during the summer (July and August) when freshwater input is at a yearly peak. Tidal flow exhibits a semi-diurnal pattern and is consistent throughout the year.

#### Berners Bay

Berners Bay is approximately 3 miles wide and 6 miles long, and it is oriented north-south (somewhat parallel to Lynn Canal). The entrance to the bay is about 4 miles wide. The bay is about 600 feet deep at the mouth and about 400 feet deep in its central portion, and it shoals steeply along the shoreline. Glacial sediments reduce the depth of the bay to inches at the head where the Antler, Gilkey, and Lace rivers join the bay. The surface area of the bay is about 17.6 square miles.

Berners Bay exhibits semidiurnal mixed tides, meaning that the water level in the bay fluctuates with two unequal highs and lows daily. The mean tidal range is 13.64 feet, and the diurnal range is 16.26 feet. Between April 1998 and June 1999, NOAA recorded extreme water elevations reflected in a high water elevation of 19.7 feet and a low of –4.3 feet, both relative to mean lower low water (MLLW).

No known current measurements are available. It is surmised that the currents in the bay might be tidally induced, with gyres in both Echo Cove and the north portion of the bay. The direction and magnitude of the tidal currents cannot be determined from geometry alone and would require confirmation measurements. Generally, such bays in Alaska have weak and variable currents.

#### Wave Action

Site exposure to wave energy is largely a function of the wave fetch window, the open-water area offshore from the site over which waves can be generated by winds. The larger the wave fetch window, the greater the wave exposure at a particular site. The British Columbia Estuary Mapping System (1999) considers sites with a maximum wave fetch of less than 6.2 miles to be protected, semiprotected up to 31 miles, and semiexposed to exposed when wave fetch is greater than 31 miles.

Wind measurements at Eldred Rock, a meteorological station approximately 6 miles north of Comet Beach, show that maximum wind speeds from the north are about 20 percent faster than maximum wind speeds from the south (Peratrovich, Nottingham & Drage, Inc., 1989). Wave heights in Lynn Canal can exceed 20 feet during heavy winds from the north and 14 feet during

winds from the southeast. Table 3-20 presents hindcast wave conditions in Lynn Canal, at the entrance to Berners Bay, modeled by Pacific International Engineering (1997).

**Table 3-20**
**Modeled Wave Conditions in Lynn Canal**

| Event | Eldred Rock Wind Speed (knots) | Lynn Canal at Entrance to Berners Bay | | |
|---|---|---|---|---|
| | | Wind Direction deg. N (from North) | Wave Height (feet) | Wave Period (seconds) |
| 10-year | 55 | 340 | 14.4 | 7.5 |
| | 43 | 160 | 11.4 | 6.9 |
| 25-year | 62 | 340 | 16.8 | 8.1 |
| | 45 | 160 | 12.0 | 7.0 |
| 50-year | 69 | 340 | 19.2 | 8.6 |
| | 46 | 160 | 12.4 | 7.1 |
| 100-year | 77 | 340 | 22.2 | 9.1 |
| | 48 | 160 | 13.0 | 7.3 |

Source: Pacific International Engineering, 1997.

Comet Beach is affected by the larger wave action associated with northerly storms; significant exposure occurs from a 20- to 30-mile fetch down Lynn Canal from the north-northwest (302° to 325° from North). Wave exposure is evidenced by the composition of the beach; large cobbles, boulders, and wave-deposited debris can be observed in the woods above the high tide line. Site engineering studies performed at Comet Beach indicated that significant armoring would be required for any fill or structures placed below the high water mark (Earthworks, 2003b). Comet Beach would be considered a semiprotected to semiexposed site, based on maximum potential fetch window and wind direction. Point Sherman provides some protection to Comet Beach from waves generated by southeasterly storms.

Slate Creek Cove is protected from Lynn Canal's wave climate by land to the north and west. The most significant exposure for Slate Creek Cove is from a 5-mile fetch across Berners Bay from the southeast; hence, Slate Creek Cove could be considered a protected site. The estimated wave height from a 25-year event in Slate Creek Cove is 5 feet, compared with 16.8 feet in Lynn Canal at the mouth of Berners Bay and 20 feet at Comet Beach (Earthworks, 2003b).

Cascade Point is protected by land on the south and east. The maximum waves modeled for Cascade Point would come from north winds in Lynn Canal. Although the extent of fetch to which Cascade Point is exposed is relatively limited, Cascade Point would be considered semiprotected. The estimated 25-year wave event for Cascade Point would be 9.1 feet (Earthworks, 2003b). No modeling has been completed for wave activity in Echo Cove; however, the limited exposure to Lynn Canal wind and waves would result in the entire cove's being "protected" in terms of the British Columbia Estuary Mapping System.

### 3.10.2 *Substrate and Sediment*

The characteristics of bottom sediments for Lynn Canal were described in both the 1992 FEIS and 1997 SEIS. The intertidal zone on the eastern shore consists of moderately sloped cobble beaches with rock outcrops. The beaches are exposed to storm-generated waves from the north, which likely prevents accumulation of finer-grained sediments. Cobble and rock substrates extend subtidally to a depth of approximately 30 feet. Below 30 feet, bottom sediments are finer and

003462

consist of varying proportions of silt, sand, and gravel. Sediments in the deepest, flat-bottomed portions of Lynn Canal consist of relatively fine-grained particles (Dames and Moore, 1988a).

Concentrations of total organic carbon (TOC) in bottom sediments range from 0.25 to 1.27 percent (Rescan, 1990). Sediments from offshore generally contain slightly higher concentrations than those from inshore. Sediment metal concentrations are generally consistent with expected background concentrations.

The intertidal substrate near Slate Creek in Berners Bay varies from hard bedrock to soft mud. The north and south ends of Slate Creek Cove are mostly bedrock, and the middle section is mostly gravel. The rocky substrate ends at about a 2-foot depth below MLLW, and the substrate is mostly sand to 25 feet. Below the sand the substrate becomes very fine silt, probably due to glacial deposit (Stekoll, no date b).

The area near Cascade Point is fairly steep and mostly rocky with little soft substrate down below the 30-foot level. South of the point, the bottom is less steep and becomes dominated by fine sand and mud (Stekoll, no date a).

### 3.10.3  Nearshore Marine Organisms

Lynn Canal and its adjoining bays, including Berners Bay, support an abundant and diverse biota. Both marine and anadromous species are present. The 1992 FEIS presents a description of the biological communities in Lynn Canal. There is considerable overlap in the biological communities between Lynn Canal and Berners Bay. The following section provides an overview, as well as new information collected since the 1992 FEIS and 1997 SEIS, for the biological communities that inhabit the vicinity of the project.

#### Intertidal

The invertebrates inhabiting intertidal zones in Lynn Canal are dominated by marine snails (*Littorina sitkana*), acorn barnacles (*Balanus glandula*), and blue mussels (*Mytilus edulis*). The brown algae (*Fucus distichus*) occur in patches on cobbles in the lower intertidal zones. Rock outcrops in this area support higher densities and greater diversity of organisms than cobble areas.

Studies were conducted in 1999 to provide additional biological baseline data on the intertidal and subtidal zones near the proposed docking facilities at Slate Creek and Cascade Point in Berners Bay. In the intertidal area near Slate Creek, relatively few organisms were found, consisting mostly of algae and dominated by the brown perennial *Fucus gardneri*. Other common algae were the green ephemeral *Enteromorpha* and the filamentous brown *Pilayella*. There was more diversity found at the south end of the site where mussels and barnacles were common (approximately 15 percent cover) along with limpets and snails. Countable invertebrates averaged about 40 organisms per 3.28 square feet in the upper intertidal and 13 per 3.28 square feet in the lower intertidal, and fewer than 50 species were identified overall (Stekoll, no date b). Specific studies were not conducted at Echo Cove, which could provide intertidal habitat characteristics slightly different from those of Cascade Point or Slate Creek Cove. It is likely that these organisms would be similar in species composition and abundance to those found in other rocky shoreline habitat found locally.

### Subtidal

The dominant invertebrate taxa in Lynn Canal include green sea urchin *(Strongylocentrotus drobachiensis)*, hermit crabs *(Pagurus* spp.), and sea stars *(Pycnopodia helianthoides, Leptasterias hexactis,* and *Solaster* spp.). Polychaete worms and, secondarily, mollusks dominate the bottom fauna at depths greater than 32 feet. A total of 126 infaunal species were present in three samples collected off Sherman Creek (Dames and Moore, 1988b).

Lynn Canal and Berners Bay support a variety of shellfish. Principal crab species include Tanner (*Chionoecetes bairdi*); Dungeness (*Cancer magister*); and brown, blue, red, and golden king (*Paralithodes* spp.). Shrimp species include pink (*Pandalus borealis*), spot (*P. platyceros*), humpy (*P. goniurus*), coonstripe (*P. danae*), and sidestripe (*Pandalopsis dispar*). NMFS (1974) found Tanner crabs to be the most abundant crab species in Berners Bay in 1970. Of the shrimps, pink and sidestripe were the most common. Echo Cove in Berners Bay showed abundant shellfish populations in the 1960s. Tanner, Dungeness, and king crabs, as well as pink and humpy shrimp, were all observed (Myren, 1972).

In Slate Creek Cove, the density and diversity of organisms is relatively low when compared with other areas in Lynn Canal (Stekoll, no date b). Species observed near Slate Creek included benthic diatoms, crabs, shrimp, anemones, and the seastar *Evastserias*. The most common organisms found were crabs averaging less than one per 3.28 square feet (Stekoll, no date b). Carlson et al. (1982) reported small numbers of Tanner crabs and pink shrimp in Slate Creek Cove.

The subtidal community near Cascade Point is typical of Southeast Alaska. Benthic epibiota are common but not abundant. Stekoll (no date a) found more than 40 species of algae and animals in the area during June. The red alga *Lithothamnion* sp. occurs on almost all shallow subtidal areas. Other algae common in the shallow subtidal areas are green alga (*Ulva* sp.), *Constantinea*, and *Palmaria*. At depths greater than 7 feet, the large kelps are common; the most common is the *Laminaria*. The acid hair kelp *Desmarestia* sp. was observed mixed in with the large kelps (Stekoll, no date a). Sea urchins, chitons, tube worms, and snails were the most common invertebrates found on the rock substrate. On soft substrate polychaetes, fish, and clams were more common. Hermit crabs were found throughout the area (Stekoll, no date a). Specific studies have not been conducted at Echo Cove, but it is likely that species similar to those found at Cascade Point would be present in subtidal habitats.

## 3.10.4  Marine Mammals

Humpback whales (*Megaptera novaeangliae*), Steller sea lions (*Eumetopias jubatus*), and harbor seals (*Phoca vitulina*) have been observed feeding on eulachon (*Thaleichthys pacificus*) in Berners Bay (Marston et al., 2002). The humpback whale is listed as endangered, and the Steller sea lion is listed as a threatened species in the project area. Both are discussed in greater detail below and in the Biological Assessment/Biological Evaluation (BA/BE) in Appendix J.

Harbor seals can be found year-round in Berners Bay, but they are most prevalent during the April–May eulachon spawning period when several hundred concentrate at the head of the bay (USFWS, 2003). Their numbers may remain relatively high through summer. Counts conducted by ADF&G and NMFS in August 2002 documented mean counts of 70 and 349 harbor seals at haulouts near the mouth of the Antler River and Lace River, respectively.

Other marine mammals known to inhabit Berners Bay, at least occasionally, include killer whales, harbor porpoise, and Dall's porpoise (USFWS, 2003). Harbor porpoise probably occur year-round. The presence of transient killer whales may coincide with concentrations of pinnipeds associated with the April–May spawning of eulachon, although resident killer whales could occur within the bay at any time. Other marine mammals infrequently or potentially occurring in Lynn Canal include the Pacific white-sided dolphin, minke whale, gray whale, northern elephant seal, and sea otter (Mizroch et al., 1998).

### Humpback Whale

Humpback whales are found in coastal areas or near oceanic islands and appear to occur primarily in nearshore waters, especially the highly productive fjords of Southeast Alaska and Prince William Sound (Calkins, 1986). Humpback whales have been protected since 1965 and are currently listed as endangered under the *Endangered Species Act* (ESA) (Angliss and Lodge, 2002). In the North Pacific, most remaining humpback whales reside in U.S. territorial waters (winter and summer grounds). They range from California to the Chukchi Sea, Hawaii, and the Mariana Islands (NMFS, 1991). During summer, humpback whales in the North Pacific migrate and feed over the continental shelf and along the coasts of the Pacific Rim, from Point Conception, California, north to the Gulf of Alaska, Prince William Sound, and Kodiak Island. Humpback whales spend the winter in three separate wintering grounds: the coastal waters along Baja California and the mainland of Mexico, the main islands of Hawaii, and the islands south of Japan (NMFS, 1992).

Humpback whales were commercially hunted extensively from the late 1800s through the first part of the 20th century. Worldwide, their population is approximately 10,000. This is 8 percent of the historical population size, although this species is now recovering. The greatest threats to humpback whales today are entanglements in fishing gear, ship strikes, and coastal habitat pollution. The pre-1905 population of humpback whales in the North Pacific was approximately 15,000. By 1966 whaling had reduced this population to approximately 1,200 individuals. It is estimated that more than 3,600 humpback whales exist in the Central North Pacific (NMFS, 2001).

Most humpback whales occur in temperate and tropical waters in winter. Humpback whales in the North Pacific are seasonal migrants that feed on zooplankton and small fishes in the cooler northern coastal waters during the summer. Humpback whales have separate populations that migrate between their respective summer/fall feeding areas to winter/spring calving and mating areas. The humpback whales that feed in Southeast Alaska during the summer migrate to Hawaii in the winter and are referred to as the Central North Pacific stock.

Humpback whales are regularly sighted in the Inside Passage and coastal waters of the Southeast Alaska panhandle from Yakutat Bay south to Queen Charlotte Sound, and they have been documented foraging in Berners Bay (Forest Service, 1997a; Marston et al., 2002). Up to three humpback whales were documented during boat surveys in 2000 (USFWS, 2003), and a maximum of five humpback whales have been observed feeding in Berners Bay during the spring eulachon run (Womble, 2003, personal communication).

Humpbacks remain in the Gulf of Alaska through the summer and fall and begin their migration south in November, although they have been observed in Lynn Canal all months of the year. Peak numbers of whales are usually found in nearshore waters during late August and September, but substantial numbers may remain until early winter. The Forest Service (1997a) estimates that 300 to

003465

500 humpback whales inhabit Southeast Alaska during the summer and fall. Baker et al. (1986) estimated 374 individuals for the southeastern Alaska region.

The local distribution of humpbacks in Southeast Alaska is correlated with the density and seasonal availability of prey species, particularly herring; euphausiids (small crustaceans); and, within Berners Bay, eulachon. Other prey includes Pacific sand lance (*Ammodytes hexapterus*), capelin (*Mallotus villosus*), Atka mackerel (*Pleurogrammus monopterygius*), walleye pollock (*Theragra chalcogramma*), and haddock (*Melanogrammus aeglefinus*) (Bryant et al. 1981; Krieger and Wing, 1984). Adults consume up to 3,000 pounds per day, although they likely feed only during the 6 to 9 months of the year that they are on their feeding grounds. They fast and live off their fat layer for the winter period while on their breeding grounds.

### Steller Sea Lion

The Steller sea lion is widely distributed over the continental shelf and throughout the coastal waters of the Gulf of Alaska (Calkins, 1986). The world population of Steller sea lions is distributed around the North Pacific from northern Japan through the Kuril Islands and Okhotsk Sea, Aleutian Islands and central Bering Sea off the coast of Alaska, and south to the Channel Islands, California (NMML, 2003).

The Steller sea lion was originally listed as a threatened species under the ESA in 1990. Protected status was deemed necessary because of a large decline in Steller sea lion numbers throughout their range and particularly in Alaska. Populations are estimated to have declined between the 1950s and 1990 by 78 percent (NMFS, 1992). In certain parts of Alaska, declines of greater than 80 percent have occurred since 1985. Population modeling has suggested decreased juvenile survival is likely the reason behind the decline. Critical habitat for Steller sea lions was designated in 1993 (NMFS, 1993). In 1997 NMFS classified the Steller sea lion as two distinct population segments and reevaluated its status. Steller sea lions occurring west of 144° W longitude were reclassified as endangered. The stock differentiation is based primarily on differences in mitochondrial DNA, but also on population trends in the two regions. The eastern Pacific population, listed as threatened, includes the Berners Bay population, and the population levels for this group are increasing. However, Raum-Suryan et al. (2002) documented limited movement by western stock individuals to the eastern stock region from branding studies conducted between 1975 and 1995. During this 21-year study a total of 8,596 Steller sea lion pups were branded; there was little interchange between stocks between 1979 and 1987 with 23 resightings (0.4 percent of 5,746 resightings) of the western stock at three different locations within the eastern stock region, including areas near Juneau. No adult Steller sea lions were observed breeding in the opposite stock, although adults of breeding age did move between stocks (Raum-Suryan et al., 2002). Resightings of branded Steller sea lions showed wide dispersal from natal rookeries, particularly of juvenile animals, occasionally traveling over 1,500 km to other rookeries and haulouts and crossing stock boundaries; yet individuals returned to breed at either their natal rookery or a non-natal rookery within their respective stock (Raum-Suryan et al., 2002). Therefore, the potential presence of some members of the western stock population foraging in Berners Bay cannot be completely ruled out.

Steller sea lions are opportunistic predators, feeding primarily on a wide variety of fishes and cephalopods. Prey varies geographically and seasonally. Some of the more important prey species in Alaska are walleye pollock, Atka mackerel, Pacific herring (*Clupea harengus*), capelin, Pacific sand lance, Pacific cod (*Gadus macrocephalus*), salmon (*Oncorhynchus* spp.), and, locally, eulachon. Eulachon is an important prey species in early spring (NMFS, 1992; Marston et al., 2002). Steller sea lions have also been known to prey on harbor seal, fur seal, ringed seal, and

possibly sea otter pups, but these animals would represent only a supplemental component in the diet. At Berners Bay, harbor seal abundance did not increase until after Steller sea lion abundance had decreased (Marston et al., 2002).

The abundance of marine mammals in Berners Bay increases during the early spring, timed with the eulachon run. Each spring eulachon spawn in Berners Bay in the lower reaches of the Antler, Berners, and Lace rivers (Marston et al., 2002). These runs are considered an "ecological cornerstone" for regional coastal ecosystems. Since 1996 several studies on eulachon and Steller sea lion interactions have been conducted in Berners Bay. A recent study first documented sea lions in Berners Bay on April 8, 2002, and a peak count of 949 occurred on April 18 (Sigler et al., 2003). Sea lions were detected in the Antler River from April 22 to May 1, 2002. Peak marine mammal counts of 419 in 1995 and 250 in 1996 occurred in Berners Bay the first week in May (Marston et al., 2002). In 1995 and 1996, no distinction was made between Steller sea lions and harbor seals. The Steller sea lion abundance trend appears to follow the eulachon abundance trend in Berners Bay. Both sea lion and eulachon abundance are typically low in early April, peak in mid to late April, and then decrease to near-zero by early May (Sigler et al., 2003). There is a major sea lion haulout at Benjamin Island 14 miles south of Berners Bay, and it is occupied seasonally, primarily from September to April. Sea lion abundance decreases at Benjamin Island as the numbers increase in Berners Bay.

In addition to Benjamin Island, there are two other documented Steller sea lion haulouts in Lynn Canal, at Gran Point and Met Point. During the eulachon run in April and May, Berners Bay is likely to be an important foraging area for sea lions from all three haulout sites (Womble, 2004, personal communication). Although there is no specific documentation in the existing literature, it is obvious that the eulachon run in Berners Bay is important to Steller sea lions and other marine wildlife during certain times of the year.

Cooperative feeding behavior by sea lions has been documented in Berners Bay. Gende et al. (2001) reported several observations of 75 to 300 Steller sea lions foraging cooperatively on schools of eulachon in late April or early May 1996 through 1999. Sigler et al. (2003) also noted cooperative foraging along the western shore of Berners Bay in April 2002. When not foraging, sea lions have been observed forming large "rafts" of 10 to 80 sleeping or resting individuals in the middle of the bay (Gende et al., 2001). Steller sea lions have also been observed hauling out just south of Slate Creek Cove during late April (Womble, 2004, personal communication).

The nearest rookery to the project area is Graves Rock, on the outer coast, approximately 75 air miles from the project area. This is a new rookery, previously documented as a sea lion haulout only. Most of the sea lions observed during peak counts in Berners Bay were either adult or juvenile sea lions (Sigler et al., 2003); however, most sea lions observed at the Benjamin Island haulout at the same time were 10- to 11-month-old pups, and some were still likely dependent upon their mothers' milk for nutrition (Womble, 2003, personal communication). The number of pups produced in the eastern stock has nearly doubled since 1978, with an annual rate of increase of 5.9 percent during 1979 to 1998; the annual rate of increase declined between 1989 and 1997 to 1.7 percent (Calkins et al., 1999). Sease and Gudmundson (2002) estimated 1.8 percent annual increase in non-pup sea lions between 1991 and 2002. In the Southeast Alaska portion of the eastern stock, where non-pup counts on trend sites have increased 29.3 percent since 1990 (Sease et al., 2001), Calkins et al. (1999) found that there are probably more sea lions at present than at any time in recorded history.

### Harbor Seal

The distribution of harbor seals ranges from the shores of Baja California to the Aleutian Islands and northward. They occur throughout Lynn Canal year-round, occurring most frequently in estuaries and protected waters. They are considered nonmigratory and move as necessary depending on weather, food availability, and season (NMFS, 1998). The Alaska Scientific Review Group has identified three distinct biological stocks of harbor seals in Alaska. The population in Lynn Canal is part of the Southeast Alaska stock, which includes individuals from the Alaska/British Columbia border to Cape Suckling (144° W). The Southeast Alaska population is considered to be stable, and counts conducted through the mid-1990s suggest an upward trend in population numbers in many locations (NMFS, 1998). Recent studies, however, conclude that current evidence supports a minimum of 12 stocks of harbor seals in Alaska (see below).

Although harbor seals are considered abundant throughout their range, they have declined dramatically in some areas over the past few decades while in other areas their numbers have increased or remained stable over a similar time period (Pitcher, 1990; Frost et al., 1999; Matthews and Pendleton, 2000). When Alaska Marine Mammal Stock Assessment Reports for harbor seals were developed by NMFS in 1995, they stated that there was considerable uncertainty about Alaskan harbor seal stock structure and that genetic studies were under way.

The three separate trend routes within Southeast Alaska stock exhibit different trends. Numbers in the Ketchikan area increased significantly at 7.4 percent per year between 1983 and 1998, while counts in the Sitka area were stable across a similar time period (NMFS, 1998). By contrast, seal numbers in Glacier Bay have been declining at a rate of 4.9 to 10.9 percent per year since 1992 (Matthews and Pendleton, 2000). Results of a recent study by O'Corry-Crowe et al. (2003) concluded that there are at least 12 distinct stocks of harbor seals in Alaska, based on genetics and dispersal distance measures. These findings indicate that current stocks are too large and continued declines in certain locations increase the risk of local depletion (O'Corry-Crowe et al., 2003). However, the 12 demographically independent clusters, 8 of which were identified in Southeast Alaska, do not represent a complete picture of population subdivision and dispersal in Alaskan harbor seals because substantial gaps remain in sampling coverage. Efforts are under way to increase sampling coverage. In the area of Berners Bay, additional sampling will be required to determine whether linkages occur between identified clusters surrounding the project area or whether harbor seals within the Lynn Canal region are a distinct population. As sample coverage increases, O'Corry-Crowe et al. (2003) expect the configuration of some of the existing strata to change somewhat as new strata are added and the connectivity matrix is modified.

The 1992 FEIS reports that harbor seals use the area between the Lace and Antler rivers for pupping and pup rearing because concentrations have been observed in the spring. In addition, the rocky point just east of Slate Creek Cove has been used as a haulout for harbor seals. The USFWS also documented concentrations of harbor seals in this area during spring surveys conducted between 2000 and 2002 (USFWS, 2003). It is likely that the seals also feed on eulachon during their run up the Antler and Lace rivers. Other prey includes shrimp, octopus, salmon, capelin, pollock, and sculpins.

### 3.10.5 Fish

Salmon are the most important fish species in Lynn Canal from an economic standpoint. Salmonids include sockeye (*Oncorhynchus nerka*), pink (*O. gorbuscha*), chum (*O. keta*), coho (*O. kisutch*), and chinook (*O. tshawytscha*), as well as Dolly Varden char (*Salvelinus malma*), steelhead trout *(O. mykiss)*, and cutthroat trout (*O. clarki*). Adult salmon returning to Lynn Canal

003468

occur primarily along the eastern shore. Spawning migrations vary somewhat by species, but the primary movement occurs between June and November (Archipelago Marine Research, 1991). During spring to early summer, the newly emerged salmon fry congregate in nearshore waters (within 50 feet of the shoreline) and feed in the beach and rocky habitats for periods up to several weeks. At the age of 1 to 2 months, they move into deeper waters and eventually migrate to the open ocean through the summer and fall.

Berners Bay contains seven streams with anadromous fish runs (Table 3-21, Figure 3-5). All salmon species with the exception of chinook are found in Berners Bay streams. In some years, pink salmon are the most abundant, but consistently, on average, coho are the more numerous. For example, in 1999 more than 40,000 pink salmon were counted in the Antler-Gilkey rivers alone, but on a consistent basis the coho run to the Berners River is the most numerous, averaging more than 30,000 total fish (10,000 fish escapement) since 1982 (ADF&G, 2003a).

**Table 3-21**
**Major Anadromous and Resident Salmonids and Smelt Species in Berners Bay Streams**

| Stream | Species Present |
|---|---|
| Antler-Gilkey | Coho, chum, pink, eulachon |
| Lace | Coho, eulachon |
| Berners | Coho, sockeye, chum, cutthroat, Dolly Varden char, eulachon |
| Johnson | Coho, chum, pink, cutthroat, Dolly Varden char |
| Slate | Coho, chum, pink, cutthroat, Dolly Varden char |
| Sawmill | Chum, pink, Dolly Varden char |
| Cowee-Davies | Coho, chum, pink, steelhead, cutthroat, Dolly Varden char |

Excluding anadromous fish, 73 marine species of fish have been found north of 58° N latitude (Lenz et al., 2001). The more prevalent fish species in Lynn Canal are Pacific cod and Pacific herring, although the Lynn Canal Pacific herring population is depressed compared to numbers from the late 1970s and early 1980s. Other fish species common to the area are eulachon, capelin, walleye pollock, arrowtooth flounder (*Atheresthes stomias*), yellowfin sole (*Pleuronectes aspera*), Pacific halibut (*Hippoglossus stenolepis*), rock sole (*P. bilineata*), starry flounder (*Platichthys stellatus*), sablefish (*Anoplopoma fimbria*), rockfish (*Sebastes* spp.), skates (*Raja* spp.), and sculpins (*Cottus* spp.).

***Threatened and Endangered Salmonids***

Six populations of chinook salmon, one population of sockeye salmon, and four populations of steelhead trout are listed under the ESA. These listed populations of salmon and steelhead do not spawn in Alaska but are known to seasonally inhabit waters on the outside coast to the west of the Tongass National Forest. They are not known to inhabit coastal marine waters of the Tongass National Forest but may feed on fish that are dependent on these waters at some stages of their lives.

***Eulachon***

A species of significance found in Berners Bay is the eulachon, an important food fish for indigenous peoples as well as an important prey species for Steller sea lions and other marine mammals. Eulachon are anadromous smelt that usually spawn from March to May in Southeast Alaska. Information on juvenile life stages is scarce, and only about 30 streams from northern California to the Bering Sea support spawning populations of eulachon (Hart and McHugh, 1944). Most of these streams are confined to mainland glacier-fed systems.



**FIGURE 3-5. ANADROMOUS FISH STREAMS IN THE STUDY AREA**

003470

Adult eulachon were found in the western and northern parts of Berners Bay from Point Saint Mary to the mouth of the Berners River during spring of both 2001 and 2002. Eulachon density was greatest for the area near the mouth of the Berners River and was greatest at depths of 120 to 450 feet for Berners Bay overall (Sigler et al., in press). Again in spring 2004 returning adults were found in the same areas, with highest densities in the main bay at 300 to 360 feet deep and in Slate Creek Cove at 90 to 210 feet deep (Sigler, 2004, personal communication). One eulachon spawning location in the lower 1 mile of the Antler River has been identified by radio tagging (Spangler, 2002), although eulachon also are noted to spawn in the Berners River.

Pre-spawning aggregations of eulachon are found in Berners Bay during April and May. These fish congregate in the bay for a variable period of time before moving into fresh water to spawn (Spangler, 2003, personal communication). The timing of the eulachon pulse appears somewhat predictable.

Returning adults generally school in deep water near the bottom of the bay when the tides are running, but they have been observed at the surface during slack tides. Eulachon were most abundant in Berners Bay during April 18–20 in 2001 and April 17–23 in 2002 (Sigler et al., 2003). Adults were again very abundant in the bay for only about 10 to 14 days in April 2004 (Sigler, 2004, personal communication). Eulachon were most abundant between May 5 and 10 in 1996 and 1997 (Marston et al., 2002) and the last week of April in 1998 (Gende et al., 2001). They were detected in the Antler River in 2002 from April 19 to May 21 (Spangler, 2002). The location of the eulachon aggregation is also predictable because large schools of eulachon return in a relatively short spawning period (10 to 12 days) (Marston et al., 2002).

Spawning preferences for eulachon have been identified as coarse sand, or sand and pea gravel substrate, moderate stream flows, and colder temperatures (Smith and Saalfeld, 1955). Turbidity does not seem to affect the spawning fish, but temperature changes likely affect the time for spawning and for migration (Smith and Saalfeld, 1955). Spawning can occur at a range of depths, but eggs have been found most often at depths of 20 to 25 feet (Smith and Saalfeld, 1955). The eggs are adhesive and stick to the substrate. Eulachon eggs in the Cowlitz River, Washington, were found to hatch after 30 to 40 days at 40 to 45 °F (Smith and Saalfeld, 1955). However, cooler temperatures in Alaska would likely extend the time for eulachon eggs to hatch in Berners Bay. Larval eulachon drift has been observed over the period of June through July in the Antler River.

Juvenile eulachon are initially ineffective swimmers and float with the current out to marine waters (McKenzie, 1964). Juveniles likely feed in estuaries or protected waters such as Berners Bay before swimming into the open ocean (Smith and Saalfeld, 1955). In Canadian waters, eulachon larvae disperse and mix with other plankton in coastal areas during an 18- to 20-week period (April to August), about 4 weeks after adult spawning, with both dispersion and retention occurring in major inlets (Hay and McCarter, 2000). Eulachon juveniles were captured in Berners Bay during January 2004 by midwater tow net at a depth of about 210 feet (Sigler, 2004, personal communication), suggesting some early life stage rearing in the bay. Juveniles have been observed to stay close to the bottom (Smith and Saalfeld, 1955). Little is known about the life history of eulachon at sea, but they are believed to feed on euphausiids and other small organisms (Hart and McHugh, 1944).

### Pacific Herring

Pacific herring are found from southern California to the eastern Beaufort Sea. The region of greatest abundance is along the coasts of British Columbia and Southeastern and Central Alaska.

003471

Herring are one of the more abundant fishes along the coast of Alaska, although this abundance tends to be seasonal and varies tremendously from year to year. Prior to 1983 the Lynn Canal Pacific herring stocks supported several commercial fisheries, including a sac roe fishery, a bait pound fishery, and a winter food and bait fishery. The Lynn Canal herring stock traditionally spawned from Auke Bay to Point Sherman. The stock declined in 1982 and has since remained at low levels. The reason for the decline is not clear, although potential causes are overfishing, habitat degradation or disturbance, geographic shifting of spawning aggregations, population growth of major predators such as sea lions, or a combination of these factors. If the decline was attributable solely to overfishing, the stock would likely be showing signs of recovery during the 20-year period since the close of commercial harvests, as has occurred in other areas in Southeast Alaska.

Pacific herring spawn from December to July depending on latitude. In Southeast Alaska, most spawning activity takes place between mid-March and mid-April. The documented spawn for the Lynn Canal herring stock from 1953 to 1981 ranged from 6 to 18 shoreline miles, averaging approximately 12 miles. Auke Bay was among the key areas where spawning occurred. In recent years, however, ADF&G records demonstrate that spawning activity for the stock has centered between Point Bridget and the Berners Bay flats (Moulton, 1999). Since 1982 the documented spawn has ranged from 0.5 to 7 nautical miles, averaging 3.5 nautical miles. Spawning locations vary from year to year.

The established biomass threshold level for the Lynn Canal stock is 5,000 tons of spawning biomass, meaning that before a herring fishery can be considered for the Lynn Canal stock, a forecast spawning biomass must meet or exceed 5,000 tons. Based on shoreline miles of spawn, it is estimated that the stock biomass has varied between 100 and 2,500 tons over the past 20 years. A spawning survey conducted in spring 2004 estimated approximately 500 tons of spawning biomass in the Berners Bay area (Monagle, 2004, personal communication).

During February and March herring concentrate near the bottom (at 200 to 300 feet) off traditional spawning beaches in Lynn Canal. They remain there until late April, when sea-surface temperatures increase to 41° to 42.8 °F, and they move into tidal shallows and commence spawning. Herring spawning typically takes place over nearshore habitat from mean higher high water to –40 feet, but typically +3 to –7 feet deep. The herring deposit eggs on a variety of substrates, including kelp and eelgrass (Emmett et al., 1991). The eggs are sticky and adhere to whatever they contact. They hatch in about 10 days, and feeding begins 2 weeks or less after hatching. During this time waves and currents may disperse the young herring. Many are carried out to sea and perish. Those remaining congregate in suitable shallow bays, inlets, and channels. They move into deeper water in the fall and virtually disappear for the next couple of years (Morrow, 1980). Spawning in Lynn Canal typically takes place over a 2- to 3-week period between late April and early May. After spawning the herring return to areas in Lynn Canal, Stephens Passage, and the western shore of Douglas Island (Carlson, 1980). After hatching in the spring, juvenile herring spend time in the shallows before moving offshore, typically in the fall (Emmett et al., 1991).

### 3.10.6  Marine Essential Fish Habitat

The *Magnuson–Stevens Fishery Conservation and Management Act* mandates that agencies initiate consultation with NMFS for any activities that could affect EFH. EFH has been broadly defined to include waters and substrate necessary to fish for spawning, feeding, or growth to maturity (NOAA, 2003a). EFH for North Pacific groundfish includes all habitat within a general

003472

distribution for a species' life stages. Habitat areas of particular concern are identified as living substrates in shallow and deep waters, and freshwater habitats used by anadromous fish (NOAA, 2003a). Salmon EFH is the aquatic habitat, freshwater and marine, necessary to allow for the salmon production needed to support a long-term, sustainable salmon fishery and salmon contributions to healthy ecosystems. Marine EFH for salmon includes all estuarine and marine areas used by salmon of Alaskan origin, extending from the tidally submerged habitat out to the open ocean (ADF&G, NMFS, NPFMC, 1998). The shallow marine waters in Berners Bay, Slate Creek Cove, Echo Cove, and off Comet Beach are considered EFH for salmon. Appendix B presents an assessment of EFH within the project area.

### 3.10.7 *Commercial Fisheries*

Lynn Canal supports major commercial fisheries, and the salmon fishery is the largest. There are other commercial fisheries in the area for halibut, sablefish, crabs, and shrimp. These fisheries are covered in detail in the 1992 FEIS. A herring sac roe fishery was present in Berners Bay until it was closed in 1983. It remains closed due to low stock numbers.

Commercial fisheries for groundfish occur in Lynn Canal, where catches are principally composed of halibut and sablefish. The halibut fishery is the largest in terms of both boats and tonnage captured. Before 1994 the fishery consisted of 1 to 3 open days per year. In 1995 the fishery changed to an individual quota system (Individual Fishermen Quota), and it is now open between March 15 and November 15. The commercial catch of halibut in Area 2C (Southeast Alaska) between 1995 and 2001 ranged between 7,761,000 and 10,192,000 pounds. Halibut landings at Juneau and Haines (ports nearest Lynn Canal) in 2002 consisted of 358 boats taking 1,069,567 pounds and 99 boats taking 377,612 pounds, respectively. The sablefish fishery is now also an Individual Fishermen Quota fishery with the same season as halibut. Sablefish landings for 2002 were 82 boats with 964,562 pounds in Juneau and 9 boats with 18,106 pounds in Haines (NOAA, 2003b).

Dungeness crab is the largest shellfish fishery in Southeast Alaska in terms of both pounds and value. There are two commercial Dungeness crab fishing seasons, a summer season from June 15 through August 15 and a fall/winter season from October 1 through November 30 or February 28. Most of the shellfish fisheries are fully developed and limited to entry (Hebert and Bishop, 2002). There is a small commercial fishery for crab and shrimp in Lynn Canal and Berners Bay. Most of the commercial fishing in or near Berners Bay is for Dungeness crab in the summer or spot shrimp in the fall. These are small fisheries with fewer than 10 boats in the crab fishery and fewer than three boats in the shrimp fishery.

The 1992 FEIS and 1997 SEIS provide harvest data for salmon in Lynn Canal by species for 1985 to 1995. For this Final SEIS, the data have been updated to include more recent information on salmon harvests since 1995 (Table 3-22). Chum salmon provide the largest commercial catch numbers. The Lynn Canal fishery is primarily a drift gillnet fishery. Much of this salmon fishery occurs near the project and is centered in the area of Point Sherman.

**Table 3-22**
**Commercial Salmon Harvests of Individual Fish in Upper Lynn Canal (1995–2002)**

| Year | Chinook | Sockeye | Coho | Pink | Chum |
|------|---------|---------|------|------|------|
| 1995 | 831 | 88,572 | 79,949 | 5,799 | 743,519 |
| 1996 | 642 | 149,961 | 52,658 | 2,358 | 621,166 |
| 1997 | 834 | 118,348 | 15,572 | 32,962 | 629,330 |
| 1998 | 679 | 134,937 | 26,118 | 32,351 | 354,754 |
| 1999 | 553 | 163,530 | 35,330 | 62,737 | 613,044 |
| 2000 | 297 | 109,380 | 35,636 | 21,008 | 919,350 |
| 2001 | 1,672 | 147,811 | 34,215 | 67,718 | 694,941 |
| 2002 | 582 | 82,009 | 74,881 | 88,044 | 910,777 |
| Average | 786 | 124,318 | 44,295 | 39,112 | 685,860 |

Source: ADF&G, 2003, personal communication.

There is a commercial salmon fishery in Berners Bay that centers on coho salmon returning to the Berners River. It is both a troll and a drift gillnet fishery. The total coho catch from the Berners River has averaged over 21,000 fish since 1990 (Table 3-23).

**Table 3-23**
**Estimated Harvest by Gear Type for Individual Berners River Coho Salmon**

| Year | Troll | Seine | Gillnet | Sport | Catch | Escapement | Total Run |
|------|-------|-------|---------|-------|-------|------------|-----------|
| 1990 | 14,751 | 149 | 7,339 | 525 | 22,764 | 11,050 | 33,814 |
| 1991 | 6,417 | 579 | 16,519 | 117 | 23,632 | 11,530 | 35,162 |
| 1992 | 15,337 | 344 | 14,677 | 192 | 30,550 | 15,300 | 45,850 |
| 1993 | 19,353 | 192 | 14,239 | 140 | 33,924 | 15,670 | 49,594 |
| 1994 | 27,319 | 1,686 | 27,907 | 891 | 57,808 | 15,920 | 73,728 |
| 1995 | 8,847 | 22 | 14,869 | 117 | 23,855 | 4,945 | 28,800 |
| 1996 | 10,524 | 380 | 6,434 | 412 | 17,750 | 6,050 | 23,800 |
| 1997 | 2,454 | 282 | 2,477 | 179 | 5,392 | 10,050 | 15,442 |
| 1998 | 10,427 | 435 | 5,716 | 380 | 16,958 | 6,802 | 23,760 |
| 1999 | 12,877 | 208 | 9,317 | 261 | 22,663 | 9,920 | 32,583 |
| 2000 | 5,362 | 145 | 5,296 | 196 | 11,005 | 10,650 | 21,655 |
| 2001 | 8,840 | 195 | 3,499 | 123 | 12,657 | 19,290 | 31,947 |
| 2002 | 8,677 | 278 | 12,189 | 477 | 21,621 | 27,700 | 49,321 |
| Average | 11,477 | 264 | 9,254 | 226 | 21,221 | 9,831 | 31,403 |

Source: ADF&G, 2003, personal communication.

## 3.11    WILDLIFE

The 1992 FEIS discussed the potential occurrence and abundance of wildlife species in the project study area (Forest Service, 1992). Since 1992 several changes have occurred relative to the adequacy and extent of data used for the 1992 FEIS analysis, including the revision of the *Tongass National Forest Land and Resource Management Plan* (Forest Plan) (Forest Service, 1997b). Information related to these changes is included in the following discussion. For some species that were discussed in the 1992 FEIS analysis, additional information (e.g., from subsequent inventories) is now available for the project area and is therefore included in this section.

003474

## 4.10    AQUATIC RESOURCES: MARINE

Implementation of any of the project alternatives would have the potential to affect the marine environment. The main sources of impacts would be construction, facilities operations, and spills (primarily hydrocarbon contamination). The following discussions evaluate these potential sources of impacts on water quality, nearshore marine organisms, and marine mammals and fish. Criteria for assessing potential impacts on marine biological resources are based on (1) the number or amount of the resource that would be affected relative to its occurrence near the project site, (2) the sensitivity of the resource to proposed activities, and (3) the duration of the impact.

### 4.10.1    Effects of Alternative A

#### Water Quality

**Construction.** Potential construction-related impacts on marine water quality would result from excavation for the construction of the barge landing site at Comet Beach. Dredging operations would produce sedimentation. Excavation would result in short-term increases in suspended sediments in the nearshore waters adjacent to the excavation site. In general, increased suspended sediment concentrations could reduce the water clarity and light transmission in surface waters. Because the nearshore sediments are primarily coarse materials and cobbles that would settle rapidly to the bottom, the magnitude and duration of this effect would be minor. Similarly, eroded soils and other materials generated by runoff from other portions of the project area could be transported to Lynn Canal. The potential impacts on nearshore water quality from runoff are also expected to be minor and comparable to the potential effects from discharges from adjacent creeks and streams.

Under this alternative, the Comet Beach sewage treatment plant would be used during construction of the process area. Sanitary wastewater from the Comet Beach camp would undergo secondary treatment prior to discharge to Lynn Canal. Once built, the process area would include a sewage treatment plant that would discharge to a leach field, lessening the demand on the Comet Beach facility. Sewage effluent can be a source of suspended solids, organic materials, nutrients, fecal bacteria, and viruses. Because the nearshore waters of Lynn Canal are well mixed, accumulation of solids and organic matter from the sewage effluent is not expected. Similarly, eutrophication and oxygen depletion of bottom waters due to increased oxygen demand are not expected. Bacteria and viruses associated with the sewage would experience natural die-off; therefore, accumulation of bacteria and pathogens in Lynn Canal is not expected.

Although the volume of the discharge would likely be greater until a leach field system could be built, the discharge would have to comply with NPDES permit limits and water quality standards. Discharges of treated sewage represent a potential source of nutrients that could stimulate phytoplankton production in a localized area of Lynn Canal. This effect would be relatively small and could be offset by related reductions in light transmission caused by elevated localized turbidity associated with the effluent plume.

**Facility Operations.** The effects on marine water quality from the outflow from Sherman Creek and Camp Creek are expected to be insignificant, assuming that the effluent discharges comply with NPDES permit limits. Day-to-day operations of the Comet Beach marine terminal are not expected to affect water quality.

**Spills.** Alternative A would use diesel fuel as the primary fuel for on-site operations. The highest probability of a diesel spill in Lynn Canal would occur during transfers, such as those between barges and the 300,000-gallon storage tank at Comet Beach. The maximum potential spill during diesel fuel

003582

transfer would be about 880 gallons, based on the capacity of the fuel transfer system that would be employed and the size of the hose used for the transfers. Vessel groundings, collisions, or other accidents causing a rupture in the vessel hull could release large volumes of diesel fuel, although the probability of these spills is considerably lower than that of a fuel transfer-related spill.

If a spill were to occur, the dispersion of diesel fuel in Lynn Canal would depend on a number of factors, such as the combined strength of tidal currents, wind and wave mixing, longer-period current patterns, and the extent of previous weathering (i.e., changes to the physical/chemical properties of the material). In addition to dispersion, the fate of petroleum hydrocarbons after a spill is affected by a number of other processes, including evaporation, emulsification, dissolution, reaction, and sedimentation (Irwin et al., 1997). Oil undergoes several physical, chemical, and biological processes of weathering following a spill. Studies have found that gentle aeration of the oil-in-water dispersions of various crude oils results in a loss of 80–90 percent of hydrocarbons in 24 hours (Irwin et al., 1997). Biodegradation rates of hydrocarbons depend on the type of bacteria present, presence of limiting nutrients, temperature, and types of hydrocarbons. Most biodegradation occurs from a week to several months after a spill, the breakdown being done by bacteria (Irwin et al., 1997). These factors, along with the speed and effectiveness of spill response actions, would largely determine the effects associated with a spill.

Diesel fuel consists primarily of low- to medium-molecular-weight hydrocarbon compounds that are more volatile and water-soluble than the higher-molecular-weight components of crude oils. Therefore, a greater proportion of a diesel spill is lost to evaporation and dissolution compared to a crude oil spill (NOAA, no date). Although diesel is more volatile than crude oils, some of the soluble components, such as the lower molecular weight aromatic compounds, can be acutely toxic to marine organisms (NOAA, no date).

The greatest longevity of diesel fuel residues in the environment occurs when the fuel becomes buried in intertidal muds or marshes, where the potential for evaporation and dissolution or dilution is minimized. Because intertidal muds and marshes do not occur in the immediate vicinity of Comet Beach, the long-term persistence of diesel fuel resulting from a spill would not be expected. In addition, it is unlikely that most of a diesel spill would sink to the bottom of Lynn Canal.

### Nearshore Marine Organisms

**Construction.** The construction of the marine terminal would require dredging a portion of Comet Beach in the immediate vicinity of the barge landing area. The dredging would physically disturb 2.3 acres of the cobble beach and intertidal and subtidal habitats. This would subsequently disturb any algae, mussels, snails, sea stars, crabs, and associated organisms inhabiting the area. However, the potential for lasting impacts from construction on marine organisms is minimal. The use of precast concrete blocks for a landing ramp would change the intertidal beach area from the current cobble, modifying future habitat conditions and likely the species composition in the small shoreline area. Increases in suspended particle concentrations would be localized and of short duration. Disturbances to the substrate would be localized to the area of newly constructed facilities. Recolonization by intertidal species would begin almost immediately and would continue until the community had recovered, likely 3 to 5 years.

**Operations.** During operations, mine water and runoff and drainage from the DTF would be discharged to freshwater creeks and would be required to meet water quality limits. These discharges would not affect nearshore marine organisms where the creeks enter Lynn Canal.

003583

***Spills.*** As noted above, hazardous substances, including diesel fuel, would be routinely used at the project site during both construction and operation. As explained in the Transportation section (Section 4.18), the probability of a spill is low, although a fuel spill entering Lynn Canal could adversely affect nearshore marine organisms. Although diesel fuel can be acutely toxic, its residence time in the marine environment is relatively short. One of the more toxic and persistent groups of components of hydrocarbons spills is polycyclic aromatic hydrocarbons (PAHs). These compounds, though a small portion of diesel fuel, have been found to be toxic or cause adverse effects on common Alaskan marine planktonic invertebrates at low concentrations, especially when subjected to normal light levels (Duesterloh et al., 2002; Meador et al., 1995). When a diesel spill occurs in the immediate proximity of a beach, hydrocarbons can be trapped in the sediments and remain for several years (Gulliksen and Taasen, 1982). The material trapped in beach sediments can continue to be lethal to intertidal organisms in the immediate vicinity of the spill for months (Gulliksen and Taasen, 1982). The coarse nature of Comet Beach (cobbles) would limit the amount of hydrocarbon that could be trapped following a spill.

The tailings pipeline would be located within the footprint of the haul road, reducing the likelihood of a tailings spill reaching Sherman Creek and limiting the extent of a spill should one occur. Section 4.9.1 notes that the probability of a tailings spill is small. However, if a spill were to occur, the volume could be as high as the 270,000-gallon capacity of the entire pipeline. In the unlikely event that a slurry spill reached Sherman Creek, at least some of the material would be removed from the stream through cleanup actions before it could reach the creek mouth. Much of the slurry would be liquid and fines that would disperse as suspended matter into Lynn Canal, although the majority would initially be deposited near the creek mouth. The tailings are not expected to be toxic in character (see Section 4.9.1). Some burial and loss of marine nearshore (intertidal and subtidal) benthic marine resources would occur. This would cause a short-term reduction in food resources for nearshore-rearing organisms, including crab, fish such as juvenile salmon, and other fish and invertebrates. Pelagic and many epibenthic organisms could avoid the direct impact by leaving the deposition area. The areas covered by this sediment would be recolonized rapidly by most benthic organisms within a year and would likely be totally recovered in 3 to 5 years.

***Marine Mammals***

***Construction.*** Because construction activities would be confined to land and the nearshore areas of Lynn Canal, no impacts on marine mammals are expected. Free-swimming animals, such as marine mammals, would not be expected to reside for extended periods within the very localized waters containing elevated concentrations of nutrients from sanitary effluent, near shipping operations. They would also be likely to avoid the area during active periods of construction. Therefore, the probability of marine mammals remaining in any impacted area long enough to suffer chronic effects is negligible.

***Operations.*** Marine mammals might be present in the vicinity of Comet Beach but are not known to congregate in the area. The movement of barges in and out of the site could result in the temporary displacement of individuals that might be in the area at any given time. This effect would be limited to the immediate vicinity of the Comet Beach terminal and would be short in duration.

***Spills.*** Spills would be unlikely to affect marine mammals given the limited size of any potential spill and the ability of these creatures to avoid a contaminated area.

003584

***Fish***

***Construction.*** The waters off Comet Beach support juvenile pink and coho salmon in the spring and early summer. Construction of the barge landing at Comet Beach could have short-term adverse effects on migrating juvenile salmon if it occurred during typical nearshore rearing periods (likely March 15–June 15). Increased turbidity from dredging and pile driving might cause some avoidance of the areas and short-term reduction in benthic food resources from the removed benthic areas. Installation of pilings for the mooring dolphins at Comet Beach could have short-term direct adverse effects on nearshore rearing fish (e.g. herring, juvenile salmon). Adverse effects on fish have been linked to the pressure waves created by pile driving, especially metal piles. Pressure wave effects include local behavior modification and, in worse cases, hemorrhage and rupture of internal organs resulting in direct mortality (Longmuir and Lively, 2001; Stotz and Colby, 2001 as cited in Tetra Tech FW, 2003; Feist et al., 1996). Methods available to reduce or eliminate these impacts include timing of installation when major fish resources are not present and the use of bubble curtains and low-noise methods of pile driving.

The small area affected (about 2.3 acres) and the ability of pink salmon to feed on both pelagic and benthic resources (Groot and Margolis, 1991) would reduce impacts on this stock. Benthic organisms would recolonize the dredged area following the completion of construction activities, although the precast concrete landing ramp would likely have reduced production of benthic food resources. Long-term impacts on juvenile salmon or essential fish habitat (EFH) are not expected.

***Operations.*** The design of the Comet Beach marine facility would not inhibit fish migration through the area. Discharges to Sherman Creek and Camp Creek would be well mixed by the time the effluents reached marine waters, and sediment would be controlled using BMPs. As a result, the potential for impacts from operations on marine fish or EFH in Lynn Canal is negligible.

***Spills.*** Hazardous substances, including diesel fuel, would be routinely used at the project site during both construction and operation. Fuel spills entering Lynn Canal could adversely affect marine fish, with the same implications as those discussed under Water Quality above. However, as discussed in detail under Alternatives B and D below, the chance of PAHs reaching this level from normal operations is very low.

Total petroleum hydrocarbons (TPHs) comprise a mixture of light and heavy PAHs. These compounds have different toxicity characteristics based on their water-solubility, volatility, vapor pressure, and molecular weight (Irwin et al., 1997). Lighter aromatic hydrocarbons, like those contained in diesel fuel, are generally more volatile and rapidly evaporate. PAHs, which are a small portion of diesel fuel, are more toxic and persistent, particularly in sediment. Reported effects of individual PAHs on fish include reduced growth and development, impairment of reproductive and immune systems, altered endocrine function, and egg mortality (Irwin et al., 1997; Carls et al., 1999; Barron et al., 2004a, 2004b). Levels less than 1 µg /L PAH have been found to cause adverse effects on certain life stages of herring and pink salmon (Carls et al., 1999; Rice et al., 2001).

High concentrations of aromatic compounds from spills could become mixed in the water column, where they could be acutely and chronically toxic to marine organisms. Toxicity to fish such as migrant salmon juveniles would be short-term (Bax, 1987) unless a spill occurred during the spring (March 15 to June 15) when pink and chum salmon fry are closely associated with the nearshore environment. A spill at this time in the nearshore environment could be highly detrimental to fish use of those sites. Impacts on larger fish would be reduced by their avoidance of the spill area.

003585

If a spill occurred during a salmon fishery, tainting of some fish would be expected. Although the percentage of the total salmon run affected would be small, the stigma of potential tainting could have significant effects on the fishery as a whole (Baker et al., 1990). Tainting of other fish, such as sablefish and halibut, could also occur. The operator has proposed to limit scheduled deliveries during open fisheries, which would reduce the likelihood of a spill affecting salmon or groundfish fisheries.

Tailings spills entering the marine environment through Sherman Creek would ultimately reduce available nearshore fish food supply over a small area. Such a spill could affect juvenile salmonids present during spring and early summer, as well as other marine predators (e.g., flatfish, crabs, shrimp). The impact of such a spill would be slight and short-lived because of the small area potentially affected and rapid recolonization of covered areas. The probability of a tailings spill is also small (see Section 4.9.1), and efforts would be made to clean up any spill before it entered the marine system.

### 4.10.2  Effects of Alternative A1

The potential impacts on the marine environment under Alternative A1 would be the same as those described for Alternative A. However, the duration of operational impacts would be shorter by 2 years due to the shorter operating life.

### 4.10.3  Effects of Alternatives B, C, and D

The placement of the marine terminal at Cascade Point (Alternatives B and D) or Echo Cove (Alternative C) would have different impacts on some marine resources. The overall impacts are summarized below.

#### Water Quality

**Construction.** Potential impacts from Alternatives B, C, and D on marine water quality in Berners Bay associated with dredging and construction of the marine terminals at Slate Creek Cove and Cascade Point or Echo Cove would be similar to those discussed under Alternative A. Excavation would be expected to result in short-term increases in suspended sediments in the nearshore waters adjacent to the excavation site. In general, increased suspended sediment concentrations could reduce the clarity of and light transmission in surface waters. Because the nearshore sediments are primarily coarse materials and cobbles, these materials would settle rapidly to the bottom. Therefore, the magnitude and duration of this effect on water quality are expected to be minor. In Echo Cove, dredging would occur along approximately 4,300 feet of the entrance at a depth (mostly less than 6.5 feet below mean lower low water [MLLW]) that might include a greater concentration of fine material. Periodic dredging at the Echo Cove entrance would be required, causing occasional short-term increases in turbidity having slight effects on water quality. This maintenance dredging would occur as necessary, whenever the crew shuttle had difficulty entering the cove. Disposal of the dredged material would be subject to a USACE Section 404 permit.

**Operations.** The discharges of mine water to Sherman Creek and TSF effluent to Slate Creek would occur well upstream of marine waters. Therefore, with the exception of accidental spills, project operations would not be expected to have any impact on water quality in the marine environment.

**Spills.** The probability of a spill at any of the marine terminals would be very low as a result of design elements (e.g., isotainers) and mitigation measures required by existing permits. The character of spills would be different between Slate Creek Cove and Cascade Point/Echo Cove, and the effects

would be somewhat different among the three. Fueling would occur at Cascade Point (Alternatives B and D) or Echo Cove (Alternative C). There would be a potential at these locations for spills during fueling operations and for leaking of fuel or oils from the crew shuttle boat. The volume of a potential fuel spill during fueling operations could range from drops to tens of gallons depending on the circumstances of the spill. BMPs, including automatic shutoff valves, a trained operator, the use of an absorbent pad during the operations, and a bucket to control drips from the nozzle, would minimize the likelihood of such a spill. A spill at Cascade Point would likely be difficult to contain due to the high energy of the tide and currents, but hydrocarbon concentrations would quickly dissipate for the same reasons. Conversely, a spill at Echo Cove would be easier to contain because of the relatively gentle currents and tide, although hydrocarbon concentrations could persist at higher levels because the energy input to dissipate the spill would be less than that at Cascade Point. In either case, the concentrations of hydrocarbons would increase in the water column at least over the short term. Leaks from the crew shuttle boat could result in slight increases in hydrocarbon concentrations as well, and again the extent of flushing could result in higher levels at Echo Cove versus Cascade Point, assuming a leak of similar size. BMPs including regularly inspecting the vessel and prohibiting the discharge of oily bilge water, should reduce the occurrence of leaks.

Spills at Slate Creek Cove could come in the form of leaks from vessels (crew shuttle or barges) and would have consequences on water quality similar to those of leaks at Cascade Point. Because fuel would be delivered to the site in isotainers specifically designed for transporting hazardous materials, a fuel spill involving unloading an isotainer is highly unlikely. Likewise, chemicals used in the mining process would be shipped in sealed containers, minimizing the possibility of spills. Refueling of the equipment (i.e., trucks, fork lifts) would be done at an upland location away from the beach and would therefore be unlikely to contaminate the marine environment. Leaks from the equipment would be limited to the size of the fluid reservoirs, typically less than 20 gallons for oil and less than 30 gallons for diesel. If these volumes were to spill, the concentrations of hydrocarbons in the water column would increase until the spill was cleaned up or dissipated. Because of the relatively small size of such a spill, cleanup before the spill dispersed would be difficult and there would likely be a localized increase in chronic levels of hydrocarbons in the water column surrounding the facility over the short term (hours, days, or weeks).

### Nearshore Marine Organisms

**Construction.** The construction of the marine terminals at Slate Creek Cove and Cascade Point would result in disturbances to intertidal and subtidal organisms. Under Alternatives B and D, facilities at Slate Creek Cove (see Figure 2-7) would require the placement of approximately 28,900 cubic yards of fill affecting approximately 3.6 acres within the beach intertidal and subtidal zones. Under Alternative C, the fill area would be reduced by approximately 0.5 acre (see Figure 2-10). Construction at Cascade Point (see Figure 2-8) would require a combination of dredge and fill. Approximately 70,000 square feet (1.6 acres) of intertidal and subtidal habitat would need to be dredged at Cascade Point. The excavation would be conducted inside the breakwater to below the minus 10 MLLW mark and would involve the removal of approximately 23,000 cubic yards (affecting 1.6 acres) of material. Approximately 33,000 cubic yards of fill would be placed to form the breakwater, covering a total of 56,628 square feet (1.3 acres) of beach and intertidal and subtidal areas.

The dock facility at Echo Cove would not require any direct fill or dredging. However the entrance to Echo Cove would need to be dredged because of its shallow depth (-6.5 feet MLLW). Estimated dredging would include removal of about 150,000 cubic yards of mostly sandy bottom material. Current plans include a 150-foot by 4,300-foot channel, affecting an area of about 15 acres of subtidal habitat as illustrated in Figure 2-11 (maximum dredge depth of -16 feet MLLW). Some areas

003587

outside this channel would also be dredged to ensure slope stability. Because of the sandy bottom at the entrance to this area, maintenance dredging would also be needed. Maintenance dredging would not be required at the other marine terminals. To ensure marine organism protection, representative, dredged sediment would be tested for toxic chemical composition prior to disposal to ensure sediment quality at the selected disposal site(s). The testing methods and disposal sites would be approved by the USACE prior to dredging.

These activities would disturb and entrain any algae, mussels, snails, sea stars, crabs, and associated organisms inhabiting the areas of the Slate Creek Cove and Cascade Point marine terminals and the 4,300-foot-long dredged entrance channel to Echo Cove. A common concern during marine dredging is short-term direct loss (due to entrainment) of the commercially important Dungeness crab, which often occupies shallow nearshore tidal and subtidal areas (Nightingale and Simenstad, 2001). This is an important commercial and recreational species in Berners Bay. Habitat would be permanently lost for the above-water portions of the fills at Slate Creek Cove and Cascade Point. However, these species would recolonize the inundated portions of the fills, as well as the dredged area at Cascade Point and the Echo Cove entrance. The long-term impacts from construction on most of these organisms would be minimal. The effect of increases in suspended particle concentrations on nearshore organisms would be localized and of short duration. The reoccurring dredging required for the Echo Cove entrance would cause periodic loss of subtidal benthic resources, including such organisms as Dungeness crab that might be present in the dredged channel. The channel dredging in Echo Cove, however, might have more long-term effects on Dungeness crab within the cove if habitat is changed substantially by the dredging. Juvenile Dungeness crab abundance and survival in Washington State has been found to be highest in nearshore gravel-algae and eelgrass habitat, with significantly lower density and survival in open sand habitat (McMillan et al., 1995 as cited by Nightingale and Simenstad, 2001). Should the navigation channel result in a reduction of the area of this type of habitat, production might be reduced to some extent within Echo Cove, an area known to be important for harvest of Dungeness crab. Although the exact extent of substrate (thought to be mostly sand) and algae habitat conditions within the potential dredge area is unknown, the fact that the depth would be increased indicates that attached algae production would be reduced due to lower light levels reaching the increased depth.

Disposal of the dredging spoils from Echo Cove channel would likely be done in open water in Lynn Canal and would require a separate Section 404 permit from the USACE. The marine areas where this disposal occurred would have short-term burial of benthic organisms and displacement of epibenthic organisms, including fish, crabs, and shrimp. However, studies of many disposal sites have found rapid recolonization of these areas by both benthic and epibenthic organisms (Nightingale and Simenstad, 2001).

The effect of increases in suspended particle concentrations on nearshore organisms would be localized and of short duration. The transfer bridge and the floating docks at all facilities could slightly reduce the amount of sunlight penetrating the waters and might produce a corresponding drop in productivity in shaded areas. This impact would be very limited in area and would be negligible.

***Operations.*** Impacts from day-to-day facility operations on nearshore organisms would be minimal. A very small area of exposed breakwater would be permanently lost to benthic organism production at the Cascade Point facility as intertidal organisms would colonize the portions of the breakwater subject to tidal inundation. No comparable loss would occur at Echo Cove because no breakwater would be constructed.

At any of the proposed marine terminals, the benthic region in the immediate vicinity of the dock would likely be disturbed daily due to propeller or jet activity ("prop wash") from the crew shuttle

003588

(Nightingale and Simenstad, 2001). The bottom of this small area would be disturbed, likely resulting in reduced primary (attached algae) and secondary (benthic organisms) production due to frequent suspension of fine bottom material.

**Spills.** Operations at the Slate Creek Cove marine terminal could result in spills of fuel, process chemicals, or concentrate. As discussed in Section 4.18 (Transportation), the probability of a spill is very low. Should one occur, the dispersion of a fuel or chemical spill in Slate Creek Cove or Berners Bay would be affected by factors that include spill size, tides, wind, and bathymetry. These factors, along with the speed and effectiveness of spill response actions, would largely determine the magnitude of the spill's effects. Short-term effects of a spill could be significant, including acute toxicity for exposed individuals, depending on the material spilled. For example, low concentrations of some PAHs have been found to be toxic to marine plankton common in Alaskan water at very low concentrations (2 μg/L) when organisms are exposed to normal surface light levels (Duesterloh et al., 2002). PAH compounds can be retained in sediment, where they can be taken up by some benthic macroinvertebrates. Some of these species, including some fish prey species, bioaccumulate PAH compounds (Varanasi et al., 1989; 1992; Meador et al., 1995); however, many invertebrate species rapidly pass PAH from their systems, and do not bioaccumulate these compounds (Meador et al., 1995).

Small spills would not generate concentrations high enough to cause concern. Larger spills could produce acute effects, although following cleanup operations a larger spill would not be expected to have long-term consequences for the nearshore marine community.

There are no plans for loading any types of materials or supplies at Cascade Point or Echo Cove. Fuel for the crew shuttle boat would not be stored at either Cascade Point or Echo Cove but would be delivered by truck for direct fueling as needed (RTR, 2004). Because fueling procedures have been developed, including the use of many BMPs recommended for use in Alaskan harbors (Neil Ross Consultants, 1995), the primary source of any fuel entering the water at these sites would be diesel leakage or pumped bilge water. The transportation management plan and BMPs developed by Coeur (RTR, 2004) consider the timing of critical fish life stages and include restrictions on the timing, locations, and methods of fueling, reducing risks of accidental spills during these critical life stage periods. A regular maintenance schedule for the crew shuttle boat would minimize the likelihood of leakage, and small hydrocarbon leaks would not be expected to produce acute or chronic effects on intertidal organisms in the vicinity of Slate Creek Cove, Cascade Point, or Echo Cove. Likewise, policies limiting the discharge of bilge water would be incorporated into the facility management plan. However, chronic leaks or spills could have a greater local effect on nearshore marine organisms in Echo Cove because of the relatively low flushing of water in the cove. Higher concentrations would likely exist for a greater length of time within the cove than if a leak or spill were to occur at Cascade Point or Slate Creek Cove. However, relative to the other sites, the confined nature of Echo Cove would improve opportunities to clean up any large spill before it could spread.

### Marine Mammals

**Construction.** Acknowledging the importance of the spring eulachon and herring runs in Berners Bay to Steller sea lions and other marine mammals, construction of any of the marine facilities would be prohibited from approximately March 15 through June 15 through CBJ's Allowable Use Permit, although ADNR's tideland leases and the USACE's Section 404 permits could include additional restrictions. The prohibition eliminates the potential for construction-related impacts during the most critical time period in the project area for marine mammals.

The use of Berners Bay by humpback whales becomes more irregular after the eulachon and herring spawning season, and the use of the area by Steller sea lions drops significantly (USFWS, 2003; Womble, 2003, personal communication; Siegler et al., 2003). The potential for impacts on humpback whales and Steller sea lions as a result of construction activities outside the March 15 through June 15 window would be further reduced by a stipulation proposed in the USACE's Section 404 permit. The stipulation would require the operator to cease in-water activities such as dredging and pile driving when Steller sea lions or humpback whales were observed within 1,000 feet of the activity.

Harbor seals (including pups and molting seals) have been documented hauling out in large numbers within the bay later into the summer (ADF&G, 2004, unpublished data). Most of the seals documented at this time were observed near the mouths of the Antler and Lace rivers, although they are also noted to haul out off the rocky point adjacent to Slate Creek Cove and at Point Bridget on the east side of the Bay. Dock construction activities at Slate Creek Cove during August would likely affect seals using the rocky point near cove: however, it is unclear whether seals hauled out at the mouth of the Antler and Lace rivers would be affected during construction because they would be some distance from it.

**Operations.** During most of the year, regular operations would include three to five daily round trips by the crew shuttle boat between Cascade Point and Slate Creek Cove, plus four barges per week docking in Slate Creek Cove. To reduce potential impacts on marine mammals, the operator's transportation plan (Appendix E) calls for restricting the number of daily shuttle boat trips to two to three per day during the April–May spawning runs of eulachon and herring. The operator would also limit barge traffic to the extent possible. The operator has proposed to fund a NMFS-trained observer to ride on the crew shuttle during the April–May time frame to determine the best routing between the two terminals to further minimize impacts on marine mammals. The crew shuttle and barge operations would need to comply with NMFS guidelines for approaching marine mammals. Adherence to the proposed practices should minimize the disturbance to Steller sea lions, as well as humpback whales. The *Biological Assessment/Biological Evaluation (BA/BE) for Threatened, Endangered, and Sensitive Wildlife Species, Kensington Gold Project*, presented as Appendix J, is under review with NMFS and contains a detailed description of potential impacts on marine mammals from vessel noise and operations. The BA/BE also includes additional mitigation measures to reduce potential impacts.

The effects from vessel traffic and noise on wildlife vary in different species and situations. Pinnipeds as a group are known to startle at noises. Porter (1997) observed Steller sea lions in Southeast Alaska startling and fleeing for a wide variety of reasons, such as helicopter overflights, bird flybys, and the presence of humans. Sea lions fleeing haulouts have fairly predictable behaviors once they gain safety and often return within 2 hours (Porter, 1997). The potential impact of cruise ship noises on local humpback whale populations in nearby Glacier Bay continues to be a subject of research and concern. What is clear from the Glacier Bay research is that humpback whales often move away from approaching vessels and may respond to vessel noises with aerial or vocal threats (Baker et al., 1982; 1983; Baker and Herman, 1989).Steller sea lions and harbor seals may habituate to strong noise signals. The failure of acoustical harassment devices ("seal bombs" and pingers greater than 200 decibels [dB]) to keep seals and sea lions away from aquacultural facilities or fishing equipment is an indication of habituation (Mate and Harvey, 1987; Myrick et al., 1990). While research off Cape Cod has shown that in some cases, humpback whales have acclimated to vessel noise (Watkins, 1986) continuing research on the interaction between humpback whales and cruise ships in Glacier Bay has yet to show that humpback whales in Southeast Alaska inland waters are able to habituate to vessel noises. Noise and traffic associated with operations outside the eulachon and herring spawning period could affect the occasional humpback whale or Steller sea lion using the

area but would be more likely to affect the harbor seals using the rocky point east of the proposed Slate Cove dock facility.

Potential collisions with whales and other marine mammals during crew shuttle and barge operations in Berners Bay are possible; however, mitigation measures that would reduce the speed of the crew shuttle boat have been proposed. A reduction in the speed of the crew shuttle would reduce the likelihood for collisions and lower the noise level coming from the vessel both above and below water. Barges hauling supplies to and concentrate from the mine regularly would not be likely to affect whale distribution in Berners Bay. These vessels would operate at low, constant speeds and at regular intervals (three or four times per week) and would be prohibited from approaching within 100 yards (50 CFR Part 224 Regulations governing the approach to humpback whales in Alaska). Steller sea lions are very mobile and alert animals. It is very unlikely that they would be susceptible to strikes from vessels, especially the slow-moving crew shuttle and barges.

In Summary the project operations could cause effects on individual marine mammals due to moise and/or physical disturbance. As documented in the BA/BE, the mitigation measures expected to be included in federal, state, and local permits will minimize these effects and no adverse impacts are predicted.

***Spills.*** The fate of petroleum hydrocarbons after a spill was discussed previously in this section, along with the fact that the probability of a spill is very low. If a spill large enough to result in water column contamination were to occur, marine fish would take up petroleum hydrocarbons from water and food. However, within a few days after exposure, aromatic hydrocarbons are oxygenated into polar metabolites and excreted. For this reason, most fish do not accumulate and retain high concentrations of petroleum hydrocarbons, even in heavily oil-contaminated environments. They are, therefore, not likely to transfer them to predators (Neff, 1990). Furthermore, marine carnivores are generally inefficient assimilators of petroleum compounds in food. Because primary prey species are able to release hydrocarbons from their tissues (Neff and Anderson, 1981), biomagnification does not occur.

Infrequent leakage of hydrocarbons from normal crew shuttle use could be expected to occur at the marine terminals or en route between them. However, considering the likely low levels of hydrocarbons that would result from such minor leakage, adverse effects on marine mammals using Berners Bay are not expected to occur. The potential effects from a spill on humpback whales and Steller sea lions are discussed in greater detail in Appendix J.

***Fish***

***Construction.*** Construction windows would be established in the USACE Section 404 permits and/or ADNR's tideland leases to prohibit in-water construction activities for marine facilities at Cascade Point or Echo Cove and Slate Creek Cove between approximately March 15 and June 15. Such a prohibition would prevent any adverse effects on migrating juvenile salmon and spawning of herring and eulachon.

Assuming construction occurred outside the March through June window, some loss of prey resources would occur during the construction and periodic maintenance dredging of the mouth of Echo Cove under Alternative C (see Figure 2-11). Because the area around Slate Creek is naturally turbid from glacial runoff much of the year (Stekoll, no date b), additional turbidity from construction of the Slate Creek marine terminal would likely have little effect on normal site conditions. Effects on other salmonids (e.g., chum salmon, coho salmon, sockeye salmon) are likely to be similar to or less

than effects on pink salmon because the former are less dependent (with the possible exception of chum salmon) on the nearshore area where the greatest effects would occur.

Some avoidance of the construction area might occur during dredging because of turbidity. Using BMPs during dredging would reduce turbidity. Some short-term loss of site-specific herring food sources could occur due to benthic disruption from fill and dredging because juvenile herring often feed extensively on benthic copepods (Simenstad et al., 1979). However, pelagic food sources (zooplankton), which are also commonly eaten (Emmett et al., 1991), would not be disrupted, supplying an alternative food source.

Installation of pilings at all the proposed marine terminals could have short-term direct adverse effects on nearshore rearing fish (e.g., herring, juvenile salmon) as a result of pressure waves associated with pile driving. Metal piles in particular have been linked to adverse effects on fish. Impacts on fish include localized behavior modification and, in worse cases, hemorrhage and rupture of internal organs resulting in direct mortality (Longmuir and Lively, 2001; Stotz and Colby, 2001 as cited in Tetra Tech FW, 2003; and Feist et al., 1996). However, methods are available to reduce or eliminate these impacts, including timing installation when major fish resources are not present and using low-noise methods of pile driving. These mitigation measures would be incorporated into the USACE Section 404 permits and/or ADNR's tideland leases

Construction of the breakwater for the Cascade Point marine terminal could result in the permanent loss of approximately 350 feet of shoreline spawning habitat used by Pacific herring. Herring often spawn directly on marine macrophytes such as kelp and eelgrass, but they also use other substrates, including rocks (Robinson et al., 1996; Brown and Carls, 1998; ADF&G, 2003). The fill at the Cascade Point terminal could also indirectly affect spawning habitat by producing modified currents. Although prespawning herring schools have been observed in Echo Cove (ADF&G, annual spawning survey notes), no reported spawning habitat is present in Echo Cove (Moulton, 1999); therefore, herring spawning success would not likely be affected by construction at the Echo Cove site.

*Operation.* The breakwater at Cascade Point could interfere with tidal flushing and passage of fish during periods of low (and lower high) tides and consequently have a minor impact on EFH. This is most likely to affect juvenile salmonids, especially during the spring (April–June) when salmon fry are cruising near shore to feed and avoid predators. This impact would be temporary because the area between the shore and the breakwater would be inundated during high tides. No breakwater would be present at Echo Cove, so similar effects would not occur there under Alternative C. Traffic at the Cascade Point facility would not have adverse effects on fish because use of the dock would be reduced during the critical herring spawning period. Lack of fuel storage and the use of BMPs during fueling and maintenance operations would likewise minimize the potential for operation-related effects.

Eulachon gathering prior to spawning in the general vicinity of the Slate Creek Cove marine terminal prefer to congregate in deeper water before heading into fresh water to spawn. The reduced number of crew shuttle trips and barge deliveries during this period, combined with eulachon's preference for deeper water, would minimize the potential for impacts on this species from shoreline facilities. Operations at other times of the year would not affect fish in the vicinity of the terminal.

*Noise.* The noise of crew shuttle boat traffic could have short-term adverse effects on schooling fish within Berners Bay. The reaction of fish to in-water sound is dependent on both the frequency and amplitude because different species have different detection capabilities (Hawkins, 1981, as cited by Nestler et al., 1992; Schwartz and Greer, 1984). Herring are known to modify their location in the water column upon the approach and passing of motorized vessels (Vabo et al., 2002; Misund et al., 1996; Freon et al., 1993). Schwarz and Greer (1984) observed that herring response to the sounds of

003592

various boat types was short-lived when noise levels decreased (as in a boat departing from the region) or stopped and that herring typically returned to their previous behavior in less than 10 seconds. Vabo et al. (2002) found dispersal of fish relative to the path of a large vessel (200 feet) to be short-term (less than a minute prior to the vessel's passing directly over herring schools). Juvenile herring showed less response to vessels than adults, with no avoidance below a depth of 210 feet (Vabo et al., 2002). Misund et al. (1996) found that reaction of herring to a boat ranged from 75 to 3,300 feet directly in front of the boat path but was confined to those fish within a fairly narrow width, within about 20 degrees of the boat's path. Furthermore, only about 20 percent of the herring schools encountered reacted to vessel noise (Misund et al., 1996). Finally, attempts at using noise to cause herring species to avoid areas have often proved partly or totally ineffective (Nestler et al., 1992).

Similar information is not available for eulachon, but capelin, another marine smelt species, have also been observed to move when motorized vehicles approach. For capelin, avoidance of vessel noise was noted to a depth of 360 feet (Olsen et al., 1983). Eulachon adults are most abundant in the 90-to 240-foot depth range while they congregate in Berners Bay prior to their migration for spawning up the local rivers (Sigler et al., 2003; Sigler, 2004, personal communication). The majority of eulachon, based on acoustic density, occur near the river mouths (Berners River Gully) away from the crew shuttle route, although high densities have also been observed in Slate Creek Cove.

The crew shuttle boat schedule could result in some level of disturbance up to six times a day (assuming three round trips) between Slate Creek Cove and either Cascade Point or Echo Cove during the spawning runs of herring and eulachon. Considering a rapid crossing of Berners Bay, active avoidance by some individuals would likely occur for less than 2 minutes each trip. Assuming that an individual fish remained within the crew shuttle route all day, overall disturbance (that is, induced reaction) would occur for a maximum of about 12 minutes a day. During normal operations, the maximum period of disturbance would be approximately 20 minutes per day. Noise from the crew shuttle boat would be most likely to affect fish in the upper 300 feet of water. The actual dispersion would occur over a narrow width, based on the observations noted above. Adverse effects on populations of prey resources along the crew shuttle route would be none to slight considering that the size of the area affected is small, the duration is limited, and only some of the prey species would react. Furthermore, fish would naturally move in and out of the area where noise would be encountered and the area could be reoccupied following passage of the vessel. Finally, some acclimation to the noise could occur. The effects of noise on prey species might be slightly greater near the crew shuttle terminals.

The potential effects of boat and dock noise on herring spawning activity near Cascade Point are unknown. The limited trips during spawning would result in infrequent boat noise, and the breakwater would reduce noise transmission directly from the Cascade Point dock area to the potential spawning area to the north. As noted above, not all herring respond to noise, and herring have been observed to resume their normal behavior rapidly (within seconds or minutes) following cessation or diminishment of the noise. If, as is further expected, the state's tidelands lease requires no use of the Cascade Point marine terminal during herring spawning, no boat and dock noise effects on herring spawning are predicted.

***Effects on Habitat.*** Juvenile pink salmon are more dependent on the shallow habitat in the vicinity of the proposed marine terminals for rearing habitat compared to other salmon species and would therefore be more likely to be affected. Although some nearshore bottom area would be filled by the breakwater (1.3 acres) at Cascade Point, the ultimate result would be an extension of shallow water habitat (typically less than 3 feet deep) along the entire edge of the breakwater. Juvenile pink salmon typically use water less than 3 feet deep. Although the dock at Echo Cove would not affect shallow

habitats, the dredging necessary at the mouth of Echo Cove under Alternative C would reduce the amount of shallow habitat in dredged areas.

During operations, prop wash in the area in the immediate vicinity of the crew shuttle docks could disturb the bottom over a very limited area. Shading from the docks, especially the floating portions, at all piers would also reduce some nearshore food production of benthic and epibenthic organisms (Nightingale and Simenstad, 2001) over a very limited area.

The addition of the breakwater at Cascade Point might improve usable habitat conditions on the shoreline side by reducing high-energy waves and increasing current complexity. Juvenile pink salmon often congregate in irregular shoreline areas with complex eddies, which might have concentrated levels of zooplankton and provide shelter from wind-generated waves and currents from strong tides (Groot and Margolis, 1991). Juvenile pink salmon are also known to prefer quiescent shoreline waters and have an affinity for small embayments, including marinas (Nightingale and Simenstad, 2001). Therefore, habitat conditions in parts of the shoreline inside the breakwater might be desirable rearing habitat because of the increased protection from waves. No similar habitat changes would occur in Echo Cove if Alternative C were selected. Potential for the accumulation of low levels of hydrocarbons resulting from fueling or vessel maintenance are not expected to be of concern based on the BMPs required by the CBJ's Conditional Use Permit (see Appendix I).

Some spawning habitat for Pacific herring at Cascade Point might be permanently lost due to construction of the breakwater at Cascade Point under Alternatives B and D, as noted above. This would include 1.3 acres of fill and 1.6 acres of dredging. However, the breakwater could be designed to enhance establishment of kelp or vegetation to mitigate for the loss of herring spawning. Historically, herring spawning of this stock (Lynn Canal stock) included areas from (at least) Auke Bay to Point Sherman (north of Berners Bay) (Moulton, 1999; McGregor, 2003, personal communication). With a reduction in abundance, spawning of this stock has appeared to occur in fewer locations, including regions on the east side of Berners Bay, Point Bridget, and some areas north of Point St. Mary (Cantillon, 2003, personal communication). Herring spawn within Berners Bay has been observed over 2 to 10 miles of shoreline (McGregor, 2003, personal communication). Use of the bay for spawning has not been consistently documented, but during 7 of the past 30 years, including 3 of the past 20 years and 2 of the past 10 years, spawning has included Cascade Point (Juneau Area Herring Spawning Surveys and Activities and other summary memoranda; ADF&G, multiple years). It should be noted that the lack of documentation on spawning at a particular area does not mean that spawning did not occur. The frequency and location of surveys have varied over the years, and some spawning periods and locations might have been missed.

If the filled and dredged area at Cascade Point was entirely lost for spawning, approximately 350 feet of shoreline would be affected. Potential nearshore current changes from the addition of the breakwater could also affect the spawning habitat (Nightingale and Simenstad, 2001). The overall effect of this loss of herring spawning habitat has not been agreed upon within the scientific community. Some studies document fidelity to spawning sites by herring (Emmett et al., 1991), whereas others indicate movement among sites (NMFS, 2001). There is also a general homogeneity of herring stock genetics, indicating mixing among stocks during spawning. Emmett et al. (1991) noted that there is no correlation between the number of eggs spawned and the adult population size because other factors affecting egg and early larval survival appear to be major events influencing population sizes. However, ADF&G uses spawn abundance as part of an overall model to estimate herring production in Alaskan waters (Fogels, 2004, personal communication). Moulton (1999) noted varied correlations between shoreline development and herring stock status in Puget Sound. He found that some stocks decreased while others increased in areas with extensive shoreline development; in some areas with low shoreline development, stocks also decreased. Locally, the absence of herring

003594

spawning in Auke Bay has followed intensive shoreline development in the area (McGregor, 2003, personal communication)

The presence of a breakwater at Cascade Point might result in some increase in usable rearing habitat for herring. Like pink salmon, juvenile herring are found in protected areas, such as protected bays and marinas, in abundance (Nightingale and Simenstad, 2001). In marina studies conducted in the state of Washington, herring were found to be the most abundant species. The presence of the breakwater would increase some protected water habitat similar to that found in marinas. The environment would not change in a similar manner under Alternative C because no breakwater would be constructed in what is already a protected (low-wave-energy) environment. At Cascade Point, the floating docks would serve as a support for kelp that could be used by herring for spawning (Nightingale and Simenstad, 2001). Increased predation in marina areas with piers, floats, riprap, and pilings has not been documented, although it is considered an area of concern (Nightingale and Simenstad, 2001). The over-water structures (piers) lower light levels, reducing potential food production and possibly the feeding success of some fish (Nightingale and Simenstad, 2001). Galvanized steel pilings for the dock would eliminate concerns about creosote contamination from treated wooden pilings, and BMPs, as noted above, would be employed for fueling and maintenance operations at Cascade Point to minimize the potential for hydrocarbon contamination.

The operation of the dock facility at Slate Creek Cove is unlikely to affect the migration of adult eulachon returning to spawn because they are usually found schooling near the bottom in deeper water except at slack tide. Dock pilings might be present at depths eulachon pass through; however, they would not impede migration. Similarly, juvenile eulachon primarily use deep water habitats and would not be likely to be affected by the dock structures.

***Effects on Migration.*** Migration patterns of juvenile pink salmon fry and, possibly to a lesser degree, other salmon fry could be affected by the changes in shoreline area at both Cascade Point and Slate Creek Cove, and to a lesser degree in Echo Cove. However, the areas involved are small compared with the overall surface area of Berners Bay. Marina studies indicate that juvenile salmonids, particularly small pink and chum salmon (less than 2 inches in length), typically remain along the shoreline when migrating. Larger juveniles begin to move away from shorelines. At some marinas in Washington, early emerged fry follow the shoreline breakwater edges but are absent along detached breakwaters on the offshore side of marinas (Weitkamp, 1981). The presence of shadows under piers may also inhibit migration. Generally the shorter the distance and lighter the area, the less inhibition there appears to be on movement under piers. Although there is some attraction to pilings and potential food sources, juvenile schools of pink and chum salmon have been found to delay migration or move out around the end of piers (Nightingale and Simenstad, 2001).

The gap between the breakwater and the shoreline included in the design of the Cascade Point breakwater would permit fish movement in 2 feet of water about 12 percent of the time. Passage would be possible at shallower depths up to 24 percent of the time (Kline, 2003). During other periods, fish migration would be delayed or could proceed along the perimeter of the breakwater. The typical delay would be less than a day. These limitations would not occur at Echo Cove because there would be no breakwater. The large spacing between pilings and relatively narrow nearshore piers at Cascade Point and Echo Cove would reduce the delay effects associated with the piers. No documentation exists as to the effect on fish survival of any delay caused by piers (Nightingale and Simenstad, 2001; Simenstad et al., 1999).

***Effects on Predation.*** Increases in predation could occur if juvenile pink salmon migrate along the breakwater at Cascade Point. Fish migrating around the breakwater would be closer to deepwater habitat than those remaining on the shoreline, which could harbor predators. Because the breakwater

003595

structure would be similar to, although steeper than, the steep, rocky shoreline north of Cascade Point, the breakwater is not expected to increase the extent of predation.

The potential for increased predation exists at Cascade Point, Slate Creek Cove, and Echo Cove around piers because predators are often attracted to such structures. However, increases in predation or reduction in survival from fish movement around or under piers have not been documented (Nightingale and Simenstad, 2001; Simenstad et al., 1999).

**Spills.** The most likely source of potential impacts on fish would be accidental spills. As discussed previously, accidental spills would be more likely to occur at Slate Creek Cove than at Cascade Point or Echo Cove because of material loading and offloading. Although the risk is lower at Cascade Point and Echo Cove because of the lack of boat-to-shore material transfers, fueling activities at Cascade Point or Echo Cove would have a potential for spills. The implementation of fuel storage and fueling BMPs at these sites would greatly reduce any chance of accidental diesel fuel spills. However, if a spill were to occur, the consequences could be serious, depending on the size and timing. Based on the record of the Alaska Marine Highway System ferry operations in Lynn Canal, which has had no in-water fuel spills (URS, 2004a), chances of spills associated with crew shuttle operations would be low no matter which alternative is selected.

A spill occurring during the April–May eulachon spawning run would expose the greatest number of individuals. As discussed above, eulachon prefer deeper water and would not necessarily be adversely affected by a small spill in the Slate Creek Cove area. However, a spill of sufficient magnitude could prevent them from reaching spawning grounds in the Antler and Berners/Lace rivers. A large spill could also taint the flesh of the eulachon over the short term and subsequently have a negative impact on Steller sea lions. Spills at other times of the year could also taint the flesh of salmon or other fish species present and therefore have a negative impact on commercial and recreational fisheries in Berners Bay.

In other seasons spills would have fewer potential adverse effects on fish resources. Based on winter tow net sampling, some juvenile eulachon and capelin are known to be present in the bay during periods other than spring and summer (Sigler, 2004, personal communication). However, their abundance would be much lower than that during the spawning season, and most juvenile eulachon would be expected to disperse beyond the bay by the end of summer (Hay and McCarter, 2000). Also, as noted above, fish are less oriented near shore or near the surface, where any concentrations of petroleum products would be highest. The use of isotainers and implementation of BMPs would curtail chances of major spills and adequately protect against petroleum discharge levels that would cause adverse effects. A monitoring plan would be initiated to help ensure that adverse effects would not occur from petroleum leaks (see Mitigation and Monitoring, Section 2.5)

Pink salmon are sensitive to oil during both spawning and early rearing (Rice et al., 2001). Early stages, however, appear to be less sensitive than those of Pacific herring to oil in the environment. Considering the likely low levels and infrequent nature of minor leakage from the shuttle boat under normal usage, adverse effects on pink salmon would not result from normal operations at any facility.

Among local fish stocks, the Pacific herring stock is of greatest concern for effects of hydrocarbon releases. This stock has ecological significance, is already depressed, and would have several life stages present in Berners Bay at or near the Cascade Point marine facility, which would be close to spawning areas. Pacific herring are a major prey source for many marine species. Reductions in the already depressed Lynn Canal population could therefore affect other resources in the greater Lynn Canal region, including salmon and marine mammals. Potential effects on herring would be less at

Echo Cove because it does not contain herring spawning areas, and spills would be more likely to remain confined in the cove due to low flushing.

A large release of petroleum to the environment could result in concentrations of petroleum compounds at levels that would adversely affect Pacific herring. The greatest concern would be from spills at Cascade Point because of its proximity to herring spawning areas, although the CBJ Conditional Use Permit prohibits fueling at Cascade Point during herring spawning activity. If, as expected, the state tideland lease requires no fueling at Cascade Point from the beginning of spawning through egg hatching, effects would be further minimized. Under Alternative C, fueling would be of less concern because Echo Cove is not near a spawning area and a spill could be more easily contained. If a spill occurred during a salmon fishery in Berners Bay, tainting of some fish might occur. Direct commercial salmon fishing in Berners Bay is limited to a few days at a time with some years having no commercial fishing directly in the bay, reducing the potential for direct effects on this fishery. Although the percentage of the total salmon harvest affected would be small, the stigma of potential tainting could have significant effects on the fishery as a whole (Baker et al., 1990). Tainting of other fish or shellfish (e.g., Dungeness crabs) could also occur depending on the size and location of such a spill. The discussion of herring in the BA\BE (Appendix J) includes a detailed literature review of the effects of hydrocarbons on fish.

### Essential Fish Habitat Assessment

The Forest Service consulted with NMFS regarding the Essential Fish Habitat (EFH) Assessment (Appendix B). The assessment concluded that the proposed actions near freshwater systems would not have adverse effects on EFH. However, the proposed marine actions could have short-term adverse effects on EFH for some groundfish and salmon. In addition, some long-term adverse effects on EFH, though not substantial, might occur from pier placement within Berners Bay, particularly from construction of the Cascade Point pier site and associated breakwater. In addition, potential hydrocarbon leaks increase the potential risk to EFH and species that depend on this region within Berners Bay.

## 4.10.4  Summary

Table 4-17 summarizes the impacts of each alternative on marine water aquatic resources.

**Table 4-17**
**Summary of Impacts on Marine Aquatic Resources for All Alternatives**

| Impact | Alternative A | Alternative A1 | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|---|
| Water quality | *Construction:* Temporary increases in sediment and turbidity resulting from dredging. The cobble beach limits the extent of fine materials that could be disturbed. | Same as Alternative A. | Temporary increases in sediment and turbidity at Slate Creek Cove and Cascade Point for fill (both locations and dredging (Cascade Point). | Temporary increases in sediment and turbidity at Slate Creek Cove and Echo Cove. Larger-scale dredging required at Echo Cove would produce more turbidity than at Slate Creek Cove or Cascade Point. | Same as Alternative B. |
| | *Operations:* No anticipated impact under normal operations. | Same as Alternative A. | Same as Alternative A. | Occasional maintenance dredging of Echo Cove would temporally increase turbidity. | Same as Alternative A. |

003597

**Table 4-17**
**Summary of Impacts on Marine Aquatic Resources for All Alternatives (continued)**

| Impact | Alternative A | Alternative A1 | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|---|
| Water quality (continued) | *Spills:* Maximum potential spill 880 gallons based on design of ship-to-shore transfers excluding catastrophic spill (e.g., vessel grounding). Spill would elevate concentrations of hydrocarbons in the water column on a localized basis. | Same as Alternative A. | Leaks from the crew shuttle boat and barges more likely at Slate Creek Cove than large-scale spills because of the use of isotainers. At Cascade Point, the possibility of fueling-related spills, plus leakage from the crew shuttle boat, exists. Could range from drops to tens of gallons. Potential increase in low levels of hydrocarbons in the water column at Slate Creek Cove and more so at Cascade Point. | Same as Alternative B for Slate Creek Cove. The possibility of fueling-related spills, plus leakage from the crew shuttle boat, exists. Potential increase in low levels of hydrocarbons in water column at Slate Creek Cove and more so at Echo Cove. | Same as Alternative B. |
| Nearshore marine organisms | *Construction:* Some mortality or displacement of non-mobile organisms during dredging operations. Recolonization of dredged area within a few years. | Same as Alternative A. | Fill at Slate Creek Cove and Cascade Point permanently eliminates some intertidal and subtidal habitat. Dredging at Cascade Point would result in some mortality or displacement of non-mobile organisms. Recolonization of dredged area within a few years. | Less fill at Slate Creek Cove would reduce the loss of intertidal and subtidal habitat compared to Alternatives B and D. Some mortality or displacement of non-mobile organisms during dredging within Echo Cove. Recolonization of dredged area within a few years. | Same as Alternative B. |
| | *Operations:* Minimal effects. | Minimal effects. | Minimal effects. | Maintenance dredging at Echo Cove would cause occasional displacement of non-mobile organisms. | Minimal effects. |
| | *Spills:* Potential contamination of inter- and subtidal organisms depending on size and distribution of spill. Spilled material would be short-lived due to high-energy nature of Comet Beach. | Same as Alternative A. | Contaminants spilled at Cascade Point and, to a lesser extent, Slate Creek Cove would dissipate quickly due to wave action and flushing. Potential short-term impacts on nearshore organisms at Slate Creek Cove if materials were spilled during loading/unloading operations. | Organisms in the vicinity of the Echo Cove dock could have a longer exposure to chronic levels of contaminants that persisted in the environment if the spill were not adequately cleaned up due to calm waters within Echo Cove. If a spill were to occur, it would be more easily contained. Slate Creek Cove same as Alternative B. | Same as Alternative B. |

003598

**Table 4-17**
**Summary of Impacts on Marine Aquatic Resources for All Alternatives (continued)**

| Impact | Alternative A | Alternative A1 | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|---|
| Marine mammals | *Construction:* Minimal effects. | Same as Alternative A. | Activities at Slate Creek Cove could affect marine mammals during construction, impacts minimized by prohibition on in-water construction activities from March 15 to June 15 and when marine mammals are within 1,000 feet. | Same as Alternative B. | Same as Alternative B. |
| | *Operations:* Minimal effects. | Same as Alternative A | Low potential for vessel strikes to humpback whales from crew shuttle boat and barges due to minimum distance requirements and low speeds. Presence of crew shuttle could affect behavior of Steller Sea lions and seals in vicinity of Slate Creek Cove. Overall, mitigation measures minimize potential for adverse impacts. | Same as Alternative B. | Same as Alternative B. |
| | *Spills:* Minimal effects due to the relatively infrequent use of the area by marine mammals. | Same as Alternative A. | Leaks from crew shuttle and/or barges unlikely to affect marine mammals. Catastrophic spill, although highly unlikely, could affect sea lions, seals, and whales, depending on timing. | Same as Alternative B except that a spill could occur in Echo Cove, where it could more easily be contained. | Same as Alternative B. |
| Fish | *Construction:* Temporary displacement during dredging. Pile driving operations could affect individual fish in the immediate vicinity of the activity. | Same as Alternative A. | Permanent displacement in filled areas of Slate Creek Cove and Cascade Point. Temporary displacement during dredging at Cascade Point. Pile driving could affect individual fish in the immediate vicinity of the activity. Potential impacts on herring spawning habitat (Cascade Point). | Permanent displacement in filled areas of Slate Creek Cove. Temporary impacts during initial and maintenance dredging of Echo Cove. Pile driving could affect individual fish in the immediate vicinity of the activities at Slate Creek Cove and Echo Cove. | Same as Alternative B. |
| | *Operations:* Minimal impacts. Acute and chronic exposure of sensitive life stages to petroleum hydrocarbons from fuel transfers at Comet Beach. | Same as Alternative A. | Potential short-term displacement of schooling fish as crew shuttle passes over. Acute and chronic exposure of sensitive life stages to petroleum hydrocarbon from fuel storage and transfers at Cascade Point. Potential short-term noise effects on spawning herring at Cascade Point. | Same as Alternative B except potential exposures to hydrocarbons would occur at Echo Cove rather than at Cascade Point. Potential short-term displacement of schooling fish as crew shuttle passes over. | Same as Alternative B. |

003599

**Table 4-17**
**Summary of Impacts on Marine Aquatic Resources for All Alternatives (continued)**

| Impact | Alternative A | Alternative A1 | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|---|
| Fish (continued) | **Spills:** A spill of 880 gallons could expose fish to elevated hydrocarbon concentrations. Juvenile pink salmon present along the shoreline could suffer mortality depending on timing and size of spill. | Same as Alternative A. | Potential for chronic exposure to hydrocarbons from vessel leaks at Cascade Point and Slate Creek Cove. A fuel spill at Cascade Point could contaminate herring spawn at Cascade Point, minimized by prohibition on fueling during herring spawning period. | Potential for chronic exposure to hydrocarbons from vessel leaks at Echo Cove and Slate Creek Cove. | Same as Alternative B. |
| Commercial fisheries | **Construction:** None if construction completed outside fishing openings. | Same as Alternative A. | None. | None. | None. |
| | **Operations:** Potential conflicts between fishing vessels and delivery barges during fishing openings. | Same as Alternative A. | Minimal effects. | Potential effects on Dungeness crab fishery in Echo Cove during maintenance dredging operations. | Minimal effects. |
| | **Spills:** A spill occurring during a fishing opening could result in at least the perception of a contaminated catch. Potential impacts on juvenile pink salmon near shoreline. | Same as Alternative A. | Indirect impacts based on effects on larval/juvenile commercial species or prey species (herring/eulachon). Petroleum spill could affect commercial troll, gill net, and other limited fisheries within Berners Bay in similar manner as Alternative A. | Same as Alternatives B and D, plus a fuel spill in Echo Cove could affect the commercial and recreational harvest of Dungeness crab. | Same as Alternative B. |

## 4.11   WILDLIFE

Activities associated with construction and operation of the Proposed Action or alternatives could potentially affect wildlife species inhabiting the Sherman Creek, Slate Creek, and Johnson Creek watersheds, as well as marine species that occupy Berners Bay and Lynn Canal during all or parts of the year. Impacts would be associated primarily with disturbance from road and pipeline construction, facility construction, and operation of the proposed mine. Impacts associated with habitat modification or reduction for some species (primarily species dependent on old growth) could also occur to a limited extent.

This section describes potential impacts on wildlife resulting from implementing the Proposed Action and alternatives. The factors that are the basis of the impact discussion for the various wildlife species or groups of species are discussed in Section 3, Affected Environment. A summary is presented at the end of this discussion (4.11.3).