*Appendix B*

*Essential Fish Habitat Assessment*

Case 1:05-cv-00012-JKS   Document 61-5   Filed 05/03/2006   Page 1 of 16

**003876**

## *Appendix B: Essential Fish Habitat Assessment*

The Magnuson-Stevens Fishery Conservation and Management Act (MSFCMA), as amended by the Sustainable Fisheries Act of 1996 (Public Law 104-267), establishes the procedures designated to identify, conserve, and enhance essential fish habitat (EFH) for those species regulated under a federal fishery management plan (FMP). The act requires federal agencies to consult with NOAA Fisheries on all actions or proposed actions authorized, funded, or undertaken by the agencies that might adversely affect EFH. EFH has been broadly defined in the act to include "those waters and substrate necessary to fish for spawning, breeding, feeding, or growth to maturity." This appendix provides details suitable for an EFH assessment of the proposed Forest Service actions related to the Kensington Gold Project in the Berners Bay region of Alaska.

The MSFCMA requires that an EFH assessment include (1) a description of the proposed action, (2) an analysis of the effects, (3) the federal agency's (in this case, the Forest Service's) view of the effects of the action, and (4) mitigation, if necessary. To satisfy these requirements, the Forest Service includes the following sections:

- A description of the proposed actions, including on-land activities and crew shuttle boat terminal facilities and environmental conditions (summarized only and referenced to the main text of the Final SEIS).

- A list of EFH of species and life history stages that might be affected by the project.

- The Forest Service's assessment of the effects of the action.

- The mitigation actions being proposed.

- The Forest Service's EFH effects determination.

Impacts on herring are specifically addressed in detail in the BA/BE (see Appendix J).

### *Description of Proposed Action*

The proposed action is the development of ore extraction from the region between Comet Beach and Berners Bay, ore processing, ore shipment from Slate Creek Cove, the development of crew shuttle boat terminals at Slate Creek Cove and on the east shore of Berners Bay at either Cascade Point or Echo Cove, and operation of crew shuttle boat transport from the terminals. The details of the proposed project actions are provided in the Supplementary Environmental Impact Statement (SEIS), Section 2.0, Description of Proposed Action and Other Alternatives.

### *Summary of NMFS Consultation to Date*

The National Marine Fisheries Service (NMFS) responded to a draft of this Essential Fish Habitat Assessment on February 20, 2004. The response noted that they disagreed with the initial finding that hazardous spills would not produce an adverse effect on essential fish habitat (EFH) in Berners Bay. This finding has been revised to indicate that a large enough spill could produce adverse effects to EFH in Berners Bay although the likelihood of such a spill is negligible.

003877

The following four points summarize the EFH Conservation Recommendations provided by NMFS, which are followed by the Forest Service response to those recommendations:

1. Select Alternative C for the Slate Creek Cove facility and for the Echo Cove terminal for originating employee transport.

2. If Alternative B (Cascade Point) is selected, adopt a mitigation and monitoring program. The program should be implemented by Goldbelt in a memorandum of agreement between Goldbelt, Coeur Alaska, the Forest Service, Alaska Department of Fish and Game (ADF&G) and NMFS.

3. No in-water work including dredging should be conducted from March 1 to June 30 at the marine terminals.

4. Wood structures associated with any of the marine dock facilities should not include creosote of ammonical copper zinc arsenate treated compounds.

The Forest Supervisor's decision is documented in the Record of Decision at the front of the Final SEIS. The Record of Decision defers the selection on the location of the marine terminals to the authority of the U.S. Army Corps of Engineers (USACE) (Clean Water Act Section 404 permit) and the Alaska Department of Natural Resources (ADNR) (State Tidelands Leases).

The Forest Service acknowledges NMFS' authority regarding EFH assessments, the concerns identified by NMFS and the significance of the conservation recommendations. None of the proposed marine terminals would be located on National Forest System lands. Therefore, Forest Service has no authority to establish monitoring and mitigation requirements, windows for in-water work, or limits on the types of materials used in construction of facilities on these lands outside the National Forest. The U.S. Army Corps of Engineers and Alaska Department of Natural Resources have served as cooperating agencies in development of the Kensington Gold Project Supplemental Environmental Impact Statement and are considering conditions in the Section 404 permits and tidelands leases respectively, to address the NMFS conservation recommendations. The authority for implementing and enforcing any conditions lies with USACE and ADNR.

The mitigation section in this assessment reflects the mitigation measures that have already been adopted by the City and Borough of Juneau and are expected to be included in the USACE permits and State tidelands leases.

### *EFH of Species and Their Life History Stages Potentially Affected*

An EFH assessment is applied to the defined EFH for all species managed under a federal FMP. Three FMPs have fisheries resources that might be affected by the proposed actions:

1. The FMP for Groundfish of the Gulf of Alaska.

2. The FMP for Scallop Fishery off Alaska.

3. The FMP for the Salmon Fisheries in the Exclusive Economic Zone (EEZ) off the Coast of Alaska.

NOAA Fisheries is writing an environmental impact statement (EIS) to define EFH for the Alaska region affected by these and other FMPs (*Draft Environmental Impact Statement for Essential Fish Habitat Identification and Conservation in Alaska*, NMFS, 2004). An earlier assessment of these FMPs by the North Pacific Fishery Management Council (NPFMC, 1999) supplied the definitions of EFH for Alaska used in the preliminary draft EIS. Because NOAA Fisheries has not finalized the EFH definitions, the information from the Council document is used herein to supply definitions of species and habitat that might be affected by the proposed actions.

The NPFMC (1999) document provides descriptions of species, life history stages, and habitat in Alaska, including species present in the Berners Bay region. Relevant tables from that document are included here as Tables B-1, B-2, and B-3. These tables describe the species and life stages likely to be present in habitat types found in Alaska marine waters. Although not all the species and life stages in these tables are in Berners Bay, most groundfish found under the habitat headings "Beach" (intertidal) and "Inner shelf" (1 to 50 m) in Table B-1 are likely to be present and potentially affected by the Proposed Action and alternatives. However, because Table B-1 includes the Bering Sea, Aleutian Islands, and Gulf of Alaska, some of the species might not be present in the project area. Based on species distribution maps presented by NPFMC (1999), the species in Table B-1 unlikely to be present in Berners Bay are the Greenland turbot, Alaska plaice, yelloweye rockfish, and Atka mackerel. The remaining species in the table might occur in the Berners Bay project area.

Some scallop species might also be present in the project area, as indicated in Table B-2, which shows weathervane scallop habitat use. The EFH distribution maps for the weathervane scallop (NPFMC, 1999) suggest that Berners Bay does not contain this species. However, other scallops, including pink, spiny, and rock scallops, could be present in the project area because they have life stages on the inner continental shelf, which could include Berners Bay habitat (NMFS, 2003).

In addition, all five species of salmon—chinook, coho, pink, chum, and sockeye—would be present in marine waters of the project area (Table B-3). Pink, chum, and coho salmon would also be present in the lower reaches of some of the project area's affected streams, including Sherman, Slate, and Johnson creeks. Detailed life history and species distribution information for FMP species can be found in the *Preliminary Draft Environmental Impact Statement for Essential Fish Habitat and Conservation in Alaska* (NMFS, 2003). The more important FMP species found in the project area and the relevant environmental conditions that affect these species are described in the Final SEIS in Sections 3.9, Aquatic Resources: Freshwater, and 3.10, Aquatic Resources: Marine.

### *Evaluation of Potential Effects on EFH*

Potential effects of the proposed actions on aquatic resources relevant to EFH are described in the SEIS in Section 4.9, Aquatic Resources: Freshwater, and 4.10, Aquatic Resources: Marine. The effects described in the draft SEIS are summarized below.

The evaluation is based on potential effects on various parameters potentially affecting FMP species. These parameters include water quality, sediment quality, hazardous spills, habitat conditions, and prey resource availability. The EFH effects evaluation is discussed separately for freshwater and marine activities because of different patterns of species habitat utilization between these habitat types. Cumulative effects are also discussed separately.

**Table B-1. Summary of Habitat Associations for Groundfish in the Bering Sea/Aleutian Islands and Gulf of Alaska Areas**

[Table rotated 90°; columns are species (Yelloweye rockfish, Thornyhead rockfish, Atka mackerel, Squid, Capelin, Eulachon, Sculpins, Sharks, Skates, Octopus) each subdivided by Life Stage/Activity (A, J, L, E); rows are Habitat Associations grouped by Location (Beach intertidal, Inner Shelf 1-50 m, Middle Shelf 50-100 m, Outer Shelf 100-200 m, Upper Slope 200-1000 m, Lower Slope >1000 m, Basin >3000 m, Bay/Estuarine, Island pass, Not Known), Substrate (Mud/Clay/Silt, Sand/Granule, Gravel, Pebble, Cobble, Boulder, Bedrock, Not Applicable), Vegetation (Kelp Forest, Sea Grasses), Pelagic Domain (Near Surface, Pelagic, Semi-demersal/Semi-pelagic, Demersal, Not Known), Oceanography (Upwelling areas, Gyres, Thermo/pycnocline, Fronts, Edges (ice, bathymetric)).]

B-4

003880

**Table B-1. Summary of Habitat Associations for Groundfish in the Bering Sea/Aleutian Islands and Gulf of Alaska Areas (continued)**



Table showing habitat associations (Location, Substrate, Vegetation, Pelagic Domain, Oceanography) for life stages/activities (A, J, L, E, EJ) of the following species: Alaska plaice, Rex sole, Flathead sole, Sablefish, Pacific Ocean perch, Shortraker & Rougheye rockfish, Northern rockfish, Dusky rockfish.

**Table B-1. Summary of Habitat Associations for Groundfish in the Bering Sea/Aleutian Islands and Gulf of Alaska Areas (continued) (Source: NPFMC, 1999)**

[Rotated table showing habitat associations for the following species across life stages (A, L, EJ, LJ, E, J, etc.): Walleye pollock, Pacific cod, Yellowfin sole, Greenland turbot, Arrowtooth flounder, Rock sole, Dover sole. Habitat categories include: Location (Beach/intertidal, Inner Shelf 1-50 m, Middle Shelf 50-100 m, Outer Shelf 100-200 m, Upper Slope 200-1000 m, Lower Slope >1000 m, Basin >3000 m, Bay/Estuarine, Island pass, Not Known), Substrate (Mud/Clay/Silt, Sand/Granule, Gravel, Pebble, Cobble, Boulder, Bedrock, Not Applicable), Vegetation (Kelp Forest, Sea Grasses), Pelagic Domain (Near Surface, Pelagic, Semi-demersal/Semi-pelagic, Demersal, Not Known), Oceanography (Upwelling areas, Gyres, Thermo/pycnocline, Fronts, Edges (ice, bathymetric)).]

B-6

003882

**Table B-2. Summary of Weathervane Scallop Habitat and Biological Associations and Reproductive Traits for the Bering Sea/Aleutian Islands and Gulf of Alaska Areas (Source: NPFMC, 1999)**

### Habitat Associations

| | Life Stage/Activity | Beach (Intertidal) | Inner Shelf (1-50 m) | Middle Shelf (50-100 m) | Outer Shelf (100-200 m) | Upper Slope (200-1000 m) | Lower Slope (>1000m) | Basin (> 3000 m) | Bay/Estuarine | Island pass | Not Known | Mud/Clay/Silt | Sand/Granule | Gravel | Pebble | Cobble | Boulder | Bedrock | Not Applicable | Kelp Forest | Sea Grasses | Near Surface | Pelagic | Semi-demersal/Semi-pelagic | Demersal | Not Known | Upwelling areas | Gyres | Thermo/pycnocline | Fronts | Edges (ice, bathymetric) | Life Stage/Activity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Weathervane scallop | A | | X | | | | | | | | | X | X | X | | | | | | | | | | | X | | | | | | | A |
| | J | | X | | | | | | | | | X | X | X | | | | | | | | | | | X | | | | | | | J |
| | L | | | X | X | | | | | | | | | | | | | | | X | | | X | | | | | | | | | | L |
| | E | X | X | | | | | | | | | | | | | | | | | | | | | | | X | | | | | | | E |

### Biological Attributes

| | Life Stage/Activity | Carnivore | Herbivore | Omnivore | Planktivore | Detritivore | Not Known | Drift With Ocean Conditions | Reside in Nursery Areas | Alongshore Migrations | Inshore/Offshore Migrations | Not Known | Solitary | Schooling | Shoaling | Not Known | 1 Day | 1 - 30 Days | 1 - 12 Months | 1 - 5 Years | 5 - 20 Years | 20 - 50 Years | > 50 Years | Not Known | Life Stage/Activity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Weathervane scallop | A | | | | X | | | | | | | X | | | | X | | | | | | | | X | A |
| | J | | | | X | | | | | | | X | | | | X | | | | | | | | X | J |
| | L | | | | X | | | X | | | | | | | | | | | | | | | | X | L |
| | E | | | | | | | X | | | | | | | | | | | | | | | | X | E |

### Reproductive Traits

| | Age at Maturity | | | | Fertilization/Egg Development | | | | | Spawning Behavior | | | | | Spawning Season | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Female 50% | Female 100% | Male 50% | Male 100% | External | Internal | Oviparous | Ovoviviparous | Viviparous | Batch Spawner | Broadcast Spawner | Egg Case Deposition | Nest Builder | Egg/Young Guarder | Egg/Young Bearer | Early Spring | Late Spring | Early Summer | Late Summer | Early Fall | Late Fall | Early Winter | Late Winter | Not Known |
| Weathervane scallop | | | | | X | | | | | | X | | | | | X | X | | | | | | | |

B-7

**Table B-3. Summary of Pacific Salmon Habitat associations for the Bering Sea/Aleutian Islands and Gulf of Alaska Areas (Source: NPFMC, 1999)**

[Table: Habitat associations matrix for Chinook Salmon, Coho Salmon, Pink Salmon, Chum Salmon, and Sockeye Salmon across life stages (EL, JF, JE, JM, AM, AF) and habitat categories including Habitats (Fresh Water, Estuarine, Nearshore (50-200m), Offshore (>200m), Vertical Depth (m)), Benthic Domain (Shelf: Intertidal, Subtidal (<30m), Intermediate (30-100m [Break]), Upper (Break-500 m); Slope: Intermediate (500-1000m), Lower (>1000m); Canyon: Head (<100m), Upper and Middle (100-500 m), Lower (>500m), Not Known), Structure (Bars, Banks, Sinks, Slumps/Rockfalls/Debris Field, Channels, Ledges, Pinnacles, Reefs, Vertical Walls, Artificial), Substrate (Organic Debris, Mud/Clay/Silt, Sand/Granule, Gravel, Pebble, Cobble, Boulder, Bedrock), Vegetation (Estuarine eg. Algal Cover, Kelp Forest, Marine eg. Sea Grasses, Not Known), Pelagic Domain (Near Surface, Midwaters, Near Bottom, Not Known), and Oceanography (Temperature (Celsius), Salinity (ppt)). Cells marked with "M" indicate habitat associations; temperature values shown as <15 C; depth values include <50 m and <200 m.]

B-8

**003884**

*Fresh Water*

The elements of the project that modify freshwater conditions could affect EFH for the pink, chum, and coho salmon that use some of the streams in the project area. Potential effects from construction and operation would be limited because these actions would occur away from stream sections containing anadromous fish (Sherman, Johnson, or Slate creeks). The bullets below summarize the potential effects by major factor in fresh water.

- As indicated in the SEIS, discharges that might ultimately enter anadromous streams would meet NPDES permit requirements for water quality and are not expected to have adverse effects. In addition, any changes in discharge resulting from water utilization changes would have to meet requirements established by the Alaska Department of Fish and Game (ADF&G), ensuring protection of EFH in the streams.

- Sediment input to stream gravels from construction (e.g., a dam on Lower Slate Lake, road construction, and stream crossings) would be short-lived (less than 1 year for specific activities) and would occur upstream of anadromous fish zones in Sherman, Slate, and Johnson creeks. Road construction would follow Forest Service standards and guidelines, and disturbance would not occur within designated riparian areas except at crossings. Crossings of the major streams would be bridged and upstream of anadromous regions. Construction of crossings would be regulated through timing windows to prevent impact on fish resources. Dam construction on Lower Slate Lake, upstream of anadromous regions, would occur primarily outside the creek; stream flow would be diverted around the dam during construction to reduce sediment input to Slate Creek. Also, during operations tailings discharge could increase fine sediment to stream gravels, but this effect would be slight due to use of the lake for settling and reverse osmosis treatment under Alternative D. Because of the very coarse nature of the substrate, any downstream sediment input would be transported rapidly through the stream reaches, including the anadromous zone. Best management practices (BMPs), including settling ponds and regulated construction timing, would be used to minimize any sediment additions. Therefore, no adverse effects on EFH are expected from this sedimentation.

- Accidental spills from a tailings pipeline rupture or a fuel transport system into streams are highly unlikely (see SEIS, Section 4.9.1). Spill prevention and containment plans would be implemented to reduce both the occurrence and magnitude of potential spills, so adverse effects on EFH in project area streams are not expected.

- Other than slight sediment input during the construction of two bridges upstream of anadromous regions (with near or instream activity limited to a 1- to 2-month period), habitat conditions would not be altered in the anadromous regions of the three anadromous streams. Anadromous fish passage would not be an issue because all crossings are upstream of anadromous regions. In addition, bridge and culvert structure construction would have to meet ADF&G and Forest Service requirements for timing and design, ensuring resident fish passage and minimizing direct and indirect effects on habitat conditions.

- Prey resources and availability would not be significantly altered in the freshwater EFH of the project area. Most potential activities that could cause adverse effects (e.g., changes in water quality and quantity, increased sedimentation, or toxic conditions from discharges or spills), as noted above, would (1) be regulated by permits and agency requirements, (2) be conducted using BMPs, or (3) be of short duration or small magnitude, eliminating potential effects to a great extent. Moreover, most of the potential direct effects would occur well

upstream of anadromous zones, which typically occupy less than a mile of the lower portions of each of these streams (see SEIS, Figures 3-2, 3-3, and 3-4).

Overall, the proposed actions are expected to result in no adverse effects on EFH for salmon species in the freshwater environment of the project area.

*Marine*

The proposed project activities in the marine environment could affect the EFH of groundfish resources and salmon resources, including the prey base for these species groups. The areas most at risk are the nearshore habitat areas of Berners Bay. However, much of the potential risk of adverse effects on EFH in this region would be reduced or eliminated through the use of BMPs and modified design and construction plans. The primary activities that could affect EFH are (1) construction and operation of pier facilities in Berners Bay at Slate Creek Cove and either Cascade Point or Echo Cove and (2) operation of the crew shuttle boat, including fuel use and transport. As noted earlier, potential effects on EFH and other resources are discussed in detail in Section 4.10 of the SEIS and are summarized here by indicator factor.

*Water Quality*

Construction of the pier facilities, depending on the site, would require dredging, some fill, and piling placement. These activities would temporarily increase turbidity, which in the short term could reduce water clarity in the vicinity of the piers. The timing of pier construction, including any dredging at all sites, would be restricted during the most critical nearshore periods for Pacific herring and juvenile salmon (March 15 to June 15), reducing the chance of increases in turbidity adversely affecting these fish at any of the three locations. Use of silt curtains and other dredging BMPs would help to reduce the magnitude and spread of elevated turbidity. Also, the bay is naturally turbid during the warmer months (due to glacial runoff). It is anticipated that in-water construction would be completed within one summer season at each facility, except for periodic (every few years) maintenance dredging at the entrance of Echo Cove (if Alternative C were chosen).

At Slate Creek Cove, no dredging would occur. The placement of 3.6 acres of fill and piles during construction might slightly increase turbidity, but turbidity in general would remain low. Dredging in Echo Cove would occur in the subtidal entrance to the cove and would have less potential to affect the nearshore areas often used by juvenile salmon than a similar amount of dredging in the nearshore environment. The initial dredging would remove approximately 150,000 cubic yards of material. Because dredging would be repeated periodically, there would be some reoccurring disturbance. The timing window would reduce effects on EFH for salmon and herring, but not for some groundfish that might use this region. The region of increased turbidity would be small relative to the size of Berners Bay.

If Cascade Point were constructed, the placement of about 1.3 acres of fill and dredging of 1.6 acres would cause increased turbidity. In the region where dredging would occur, however, the substrate contains high proportions of gravel and cobble, so the turbidity level during dredging would remain low. Overall, because of the short duration of pier facility construction and timing restrictions, increased turbidity would have only short-term, local adverse effects on EFH at any pier facility. The limited sewage discharge from the mine site under Alternative A would have to meet the conditions of an NPDES permit and therefore would not affect EFH.

*Sediment Quality*

Marine sediment conditions would change only slightly in the pier construction areas. The change would be at Cascade Point if it were constructed (under Alternatives B and D). Riprap fill equal to 1.3 acres would be added, and another 1.6 acres would be dredged. Much of the fill placed would, however, be similar to the native hard substrate (e.g., cobble and boulder); thus, it would be similar to the surrounding beach regions. The breakwater at Cascade Point, however, would be constructed of much larger substrate. Also, some intertidal substrate areas would be permanently lost due to construction of a breakwater at Cascade Point (if Alternative B or D were selected). This change would affect both fish habitat and potential benthic prey resources. Impacts on the substrate in Slate Creek Cove would also occur with the addition of approximately 29,000 cubic yards of fill over 3.6 acres of beach, intertidal and subtidal habitat; however, no dredging would occur. The fill would be larger substrate than what is currently present in Slate Creek Cove although the existing beach is primarily bedrock, cobble and gravel, not fines so the changes would be slight in overall composition. As noted above, no dredging or filling would occur at the Echo Cove pier, but subtidal dredging would occur at the mouth of Echo Cove. The substrate in Echo Cove would likely remain similar to the original fine substrate (sands) in that region and probably would not be altered. Overall, changes in substrate would be slight and regional but would alter EFH locally around each of the landings, particularly in the Cascade Point area.

*Hazardous Spills*

Chances of hazardous spills, primarily diesel fuel, would be very low because of the use of isotainers and the limited transportation of fuels needed for operations. The area with the greatest potential for spills would be near Slate Creek Cove, where fuel and other materials would be handled. Although refueling of crew shuttle boats would occur at Echo Cove or Cascade Point, major fuel transportation would not occur at those locations, nor would fuel be stored on-site. The chance of spills from normal ferry operation is very low, as suggested by Alaska Marine Highway Ferry operations in Lynn Canal, which to date have had no in-water fuel spills (URS, 2004). Any fuel spill from delivery would be relatively small because each isotainer would transport no more than 6,500 gallons. The chance of spills from rupture of these containers would be small because of armoring of each container against penetrating damage. Because of reduced flushing relative to other sites, fuel spills potentially occurring in Echo Cove (e.g., crew shuttle boat leakage) would be more confined and would, therefore, have a greater chance to affect local beaches. However, the confined area would reduce risk to the remaining bay and increase ability to contain and clean up any spills. Spills occurring at Slate Creek Cove or Cascade Point would be more rapidly dispersed, reducing concentration levels; however, the ability to confine and clean up spills would be reduced.

Fuel leaks could occur from normal crew shuttle boat operations, but they are expected to be small and would not produce significant concentrations of hydrocarbons in the water column. Any fuel spill that occurred in the spring could affect migrating salmon in the nearshore area and herring spawning near Cascade Point. In addition, any large spill that occurred during the spring could affect migrating adult eulachon that are bound for the major rivers entering Berners Bay. In this case, however, likelihood of these fish being affected is low because they typically congregate in deep water and away from the shoreline areas where hydrocarbons would be concentrated. As discussed in the SEIS, the likelihood of adverse effects would be slight because of the management of fuel transport and limitations on fuel transport and fueling during critical periods, primarily during spring and early summer, when salmon and herring might be in nearshore areas. Because important marine resources such as Pacific herring are sensitive to low concentrations of hydrocarbons, small levels could have adverse affects on these fish. Although

the potential for a spill large enough to produce harmful concentrations of hydrocarbons within the water column is low, the effects of a fuel spill could be adverse to EFH in Berners Bay.

*Habitat*

Habitat changes would occur in the nearshore areas at the crew shuttle boat landing sites and could cause adverse effects on EFH. Overwater structures (docks) proposed at each of the three sites might increase delays in migration and possibly increase predation on fish such as juvenile salmon at all locations. However, these proposed docks would be small.

The construction of a breakwater at Cascade Point would cause some direct loss of habitat (1.3 acres). The breakwater, however, would increase effective shallow-water shoreline length along the breakwater, thereby providing additional shallow-water habitat for marine species. The breakwater at Cascade Point might also impede the movement of certain juveniles, primarily juvenile pink salmon in the spring but other juvenile salmon to a lesser extent and possibly juvenile herring. These species migrate along the shoreline, and the breakwater would interrupt their migration; however, the shoreline opening in the breakwater would reduce these effects. Some direct loss of known herring spawning habitat (possibly 350 feet of shoreline, considering habitat changes due to filling and dredging) would occur. A small portion of the approximately 2 to 10 miles of shoreline in Berners Bay is used annually by spawning herring (see Section 4.10.3 of the SEIS).

Fill at Slate Creek Cove (3.6 acres of beach, intertidal and subtidal habitat) would also likely cause some change to larger substrate (e.g., from boulder/cobble to riprap), possibly changing the use type of a small area of habitat.

The Echo Cove site would not have a breakwater or dredging in the nearshore area; therefore, effects from Alternative C on nearshore habitat would not occur, although some subtital habitat would periodically be disrupted due to channel dredging. Overall, there would be some adverse effects on EFH from loss or alteration of habitat in Berners Bay, although they would be small in magnitude.

*Prey Resources*

The prey resources for FMP species that could be affected are nearshore benthic organisms, Pacific herring, eulachon, and possibly capelin. Pile placement would result in short-term loss of benthic organisms at any of the three piers. Overwater structures would cause some shading effects, causing minor long-term reduction of benthic prey sources. Some of this loss might be augmented by increased marine growth directly on the piling and docks. The dredging and filling at Cascade Point and Slate Creek Cove would cause some short-term loss of benthic resources that constitute prey resources for many FMP species, such as salmon and flatfish. These areas would be recolonized by benthic organisms (in most cases within 2 to 3 months) after construction. At the Cascade Point facility, some permanent loss of benthic resources would occur from the presence of the breakwater. The breakwater also has the potential to affect herring, a major prey resource for salmon and other fish, by affecting important herring spawning habitat (see Section 4.10.3 in the SEIS for additional discussion). The abundance of the Lynn Canal herring stock is already greatly reduced relative to historical levels. The overall effect of the Proposed Action and alternatives on this herring stock is not clear. Although this area is used for herring spawning, many other regions within and outside Berners Bay are used by other life stages of the herring stock.

If the Echo Cove facility were selected, periodic (every few years) subtidal channel entrance dredging, in addition to initial construction dredging, would reduce prey resources for some FMP species (e.g., flatfish). Because of lack of dredging and minimal fill at Slate Creek Cove, prey effects would be slight and would occur primarily during construction at this site.

Schooling pelagic prey species like herring, eulachon, and capelin might temporarily avoid the crew shuttle boat route due to their noise avoidance, although some acclimation to frequent noise events would be expected. Construction activity near piers could also cause short-term avoidance of the local areas. Avoidance along the route of the crew shuttle boat route would likely be short-term, with effects lasting only minutes, because of the infrequent occurrence and duration of the ferry traffic (three to five round trips per day). The duration of avoidance near the marine terminals might be longer depending on the magnitude and duration of underwater noise at these sites.

Eulachon could be markedly affected from an unlikely oil spill during their spring spawning run period (typically about 2 weeks in duration) when they are present in large numbers near the river deltas, but they would not be affected from minor leaks from normal operations due to their distribution away from shorelines and the short residence time of most individuals in the bay (see Hazardous Spills).

Overall, there would be adverse effects on EFH prey resources, though most would be short-term. These effects would be most pronounced and long-lasting for Cascade Point landing if it were constructed.

*Marine Summary*

The overall effect on EFH in the marine environment of Berners Bay would be adverse, primarily in the short term, due to the loss of prey resources and habitat modification. Potential impacts on herring spawning from dock operations would be minimal assuming that the State of Alaska requires no use of the facility during the herring spawning period and no fueling for an extended period (i.e., through the eggs hatching). Coeur is sponsoring a monitoring plan (Coeur, 2004) by NOAA Fisheries and the state, which began in spring 2004 and will continue through project operations, to assess the effects of petroleum releases into Berners Bay. Some long-term adverse effects on EFH would also occur, primarily from potential delay in migration for some salmon species and increased predation of salmon around each pier. Long-term prey resource reduction would occur primarily if Alternative B or D were selected. The associated breakwater construction at Cascade Point would cause permanent loss of benthic areas and herring spawning habitat. Other alternatives would result in a smaller, long-term reduction in habitat from overwater structures and pilings and would not include a breakwater constructed in herring spawning habitat.

## *Cumulative Effects*

Cumulative effects are the result of past, present, or future actions, including project actions, that are reasonably likely to occur. Potential cumulative effects on the freshwater and marine resources that include EFH are discussed in detail in Section 4.21, Cumulative Effects, in the SEIS. Based on the analysis presented in that section, development in the freshwater areas near Sherman, Johnson, and Slate creeks would not be expected to contribute substantially to adverse effects on EFH of salmon in this area from the potential extension of mine development or potential construction of a Juneau access road. Mine extension would primarily affect the east fork of Slate Creek from increased tailings fill upstream of the anadromous zone. These processes

would occur under the same regulatory constraints that are currently in place, preventing significant effects on this habitat. Construction of a Juneau access road along the east side of Berners Bay could increase the sediment loading to salmon habitat, primarily during construction, by adding road crossings of the Berners and Antlers rivers and other tributary streams. However, this sedimentation is expected to be minor due to agency-regulated controls on construction timing and techniques, as well as road maintenance. The actual effects, however, would partly depend on the alternative selected and could include loss of intertidal habitat in Berners Bay (URS, 2004). If the complete road alternative were to be selected, over 30 acres of intertidal and subtidal fill would be placed in Lynn Canal, although none of it would be placed in Berners Bay.

*Mitigation*

Several actions are in place as part of an existing mitigation plan to help reduce the adverse effects of the considered actions. The plan includes the following actions:

- Modified pier design, including reduced breakwater size.

- Using BMPs, including spill prevention and protection programs.

- Adjusting construction timing to minimize effects on instream migrating fish and nearshore marine migration

- Reducing transport of fuels from local piers.

- Meeting National Pollutant Discharge Elimination System (NPDES) requirements for discharge.

- Other state and federal permit requirements for both construction and operation.

- Prohibiting in-water construction work between March 15 and June 15.

- Limiting use of Cascade Point to mine only transportation.

- Requiring no fueling at Slate Creek Cove and only fueling from trucks at Cascade Point (no on-site storage).

In addition, it is anticipated that the State Tidelands Leases for Cascade Point (if Alternative B or D were selected) could require shutdown during herring spawning, prohibit fueling for a further extended period to protect sensitive life stages, and extend the in-water construction prohibition until June 30.

*Action Agency's View Regarding Effects of Actions on EFH*

Based on a review of available information, the proposed actions near freshwater systems would not have adverse effects on EFH. However, the proposed marine actions could have short-term adverse effects on EFH for some groundfish and salmon. In addition, some long-term adverse effects on EFH, though not substantial, might occur from pier placement within Berners Bay, particularly from construction of the Cascade Point pier site and its associated breakwater, and from hydrocarbon spills.

003890

## *Literature Cited*

Coeur Alaska. 2004, March 29. Herring Mitigation Through Agency Research Support. Memorandum to Carl Schrader from Rick Richins, Coeur Alaska.

NMFS (National Marine Fisheries Service). 2004, January. *Draft Environmental Impact Statement for Essential Fish Habitat Identification and Conservation in Alaska.* U.S. Department of Commerce, National Oceanic and Atmospheric Administration, National Marine Fisheries Service, Alaska Region, Juneau, AK.

NPFMC (North Pacific Fishery Management Council). 1999, January 20. *Environmental Assessment for Amendments 55/55/8/5/5, Essential Fish Habitat.* North Pacific Fishery Management Council, Anchorage, AK.

URS (URS Corporation). 2004, March 1. Essential Fish Habitat Assessment Draft. In *Juneau Access Improvements Supplemental Draft Environmental Impact Statement*. Prepared for the Alaska Department of Transportation and Public Facilities by URS Corporation, Juneau, AK.