# Appendix E

# Lynn Canal Pacific Herring Stock

004274

# LYNN CANAL PACIFIC HERRING STOCK

### 1.0  Introduction

Berners Bay is an important region for the Lynn Canal Pacific herring (*Clupea harengus*) stock because it harbors substantial shoreline area used for spawning. This stock is also a seasonally important prey item for Steller sea lions. Steller sea lions feed on this stock, particularly during herring spawning when herring density is at its highest and sea lions are abundantly present. Because this herring stock is currently depressed, any human activity causing further impacts could result in an inability for the stock to recover, further leading to dietary impacts to Steller sea lions. For this reason, a summary of the analysis of potential project effects to this herring stock is included in this BA/BE.

The reader is advised that affects to other marine resources, including eulachon, salmon, and other potential marine food resources are presented in the 2004 SEIS and will not be repeated in this appendix. The details of the project descriptions are also presented in the 2004 SEIS.

### 2.0  Existing Condition of the Lynn Canal Pacific Herring Stock

The following description of Pacific herring was derived from site-specific field studies, published reports, and scientific literature. This section also summarizes the previously performed analyses as described in the 1992 FEIS, 1997 SEIS, and 2004 SEIS.

Pacific herring are found from southern California to the eastern Beaufort Sea. The region of greatest abundance is along the coasts of British Columbia and southeastern and central Alaska. Herring are one of the more abundant fishes along the coast of Alaska, although this abundance tends to be seasonal and varies tremendously from year to year. Prior to 1983, the Lynn Canal Pacific herring stocks supported several commercial fisheries, including a sac roe fishery, a bait pound fishery, and a winter food and bait fishery. The Lynn Canal herring stock traditionally spawned from Auke Bay to Point Sherman. The stock declined in 1982 and has since remained at low levels (Table E-1). The reason for the decline is not clear, although potential causes are overfishing, habitat degradation or disturbance, geographic shifting of spawning aggregations, population growth of major predators such as sea lions, or a combination of these factors. If the decline was attributable solely to overfishing, the stock would be expected to show signs of recovery during the 20-year period since the close of commercial harvests, as has occurred in other areas in Southeast Alaska. Because the stock has not shown signs of recovery, other factors are likely keeping this stock depressed.

Pacific herring spawn from December to July depending on latitude. In Southeast Alaska, most spawning activity takes place between mid-March and mid-April, with the Lynn Canal stock most often spawning from late April to early May. Between 1953 and 1981, the documented Lynn Canal herring spawn ranged between 6 to 28 nautical miles

of shoreline, averaging approximately 12 miles (Table E-1). Auke Bay was among the key areas where spawning occurred. In recent years, ADF&G records demonstrate that spawning activity for the stock has centered between Point Bridget and the Berners Bay flats (Moulton 1999). Since 1982, the documented spawn has ranged from only 0.5 to 7.3 nautical miles, averaging 3.9 nautical miles (Table E-1), and occurred mostly in Berners Bay.

Before a herring fishery can be considered for the Lynn Canal stock, a forecast spawning biomass must meet or exceed 5,000 tons (the established biomass threshold). Based on shoreline miles of spawn, it is estimated that the stock biomass has only varied between 100 and 2,500 tons over the past 20 years (Table E-1). The most recent survey (spring 2004) documented the Lynn Canal spawn biomass at 1,400 tons, with over half (740 tons) found at Berners Bay (Monagle 2004).

During February and March, herring concentrate near the bottom (at 200 to 300 feet) off traditional spawning beaches in Lynn Canal. They remain there until late April, when sea-surface temperatures increase to 41°F to 42.8°F, and then move into tidal shallows to commence spawning, which typically takes place over a 2- to 3-week period between late April and early May. After spawning, the adult herring return to deep-water areas in Lynn Canal, Stephens Passage, and the western shore of Douglas Island (Carlson 1980). Herring spawning typically takes place over nearshore habitat from mean higher high water to -40 feet, but typically +3 to -7 feet deep. The herring deposit eggs on a variety of substrates, including kelp and eelgrass (Emmett et al. 1991). The eggs are sticky and adhere to whatever they contact. They hatch in about 10 days, and juveniles first begin feeding approximately 2 weeks or less after hatching. During this time, waves and currents may disperse the young herring, carrying many out to sea to perish. Those young-of-the-year herring remaining, congregate in suitable shallow bays, inlets, and channels, and spend time in the shallows before moving offshore into deeper water, typically in the fall (Emmett et al., 1991), where they presumably remain for 2 years (Morrow, 1980).

**3.0 Effects of Alternatives B, C, and D on Lynn Canal Pacific Herring Stock**

The following summarizes the effect of Alternatives B, C, and D on Pacific herring. Potential effects of alternatives on factors that may influence Pacific herring, including water quality and nearshore benthic resources, are discussed in detail in the 2004 SEIS, and will only be noted here where relevant to effects on herring.

*Construction.* Construction of the marine facilities at Cascade Point or Echo Cove and Slate Creek Cove could have short-term adverse effects on Pacific herring if the construction causes herring to avoid spawning areas. Increased turbidity from dredging and pile driving or a short-term reduction in benthic food resources from the benthic areas removed could cause herring avoidance. However, the potential areas affected are sufficiently small (about 2.9 acres of disturbance at Cascade Point, 3.6 acres of fill at Slate Creek Cove for Alternatives B and D, and 2.4 acres of fill at Slate Creek Cove for Alternative C, plus dredging of 150,000 cy from about 15 acres of Echo Cove) and

impacts on this stock would not be significant. In addition, the type of habitat at the Cascade Point marine terminal where the largest dredged area would occur is boulder, gravel, and bedrock substrate, typically poor habitat for spawning herring. Similar hard substrate (gravel, boulder, bedrock) is present in the potential fill area at Slate Creek Cove. Turbidity could be managed by implementing approved BMPs. Some short-term loss of site-specific herring food sources could occur due to benthic disruption from fill and dredging because juvenile herring often feed extensively on benthic harpacticoid copepods (Simenstad et al., 1979). However, pelagic food sources (zooplankton), which are also commonly eaten (Emmett et al., 1991), would not be disrupted, supplying an alternative food source.

Installation of pilings at all of the proposed marine terminals could have short-term direct adverse effects on nearshore rearing fish if not properly conducted. Pressure waves associated with pile driving, particularly of metal piles, have been linked to adverse effects on fish, including localized behavior modification and, in worse cases, hemorrhage and rupture of internal organs resulting in direct mortality (Longmuir and Lively, 2001; Stotz and Colby, 2001 as cited in Tetra Tech FW, 2003; Feist et al., 1996). However, methods will be implemented to reduce or eliminate these impacts. This includes elimination of construction during herring spawning. Also under the US Army Corps Permit will insure that low-noise methods of pile driving will be used when impacts to fish resources are expected from high noise pile driving

Construction of the breakwater for the Cascade Point marine terminal could result in the permanent loss of approximately 350 feet of shoreline, which over the past 10 years has occasionally been used by spawning herring (Figure E-1 showing frequency). Herring often spawn directly on marine macrophytes such as kelp and eelgrass, but they will also use other substrates, including rocks (Robinson et al., 1996; Brown and Carls, 1998; ADF&G 2003). The proposed fill at the Cascade Point terminal could also indirectly affect spawning habitat by producing modified currents and other factors (see Operations for Noise, Spills, and Effects on Habitat). Although pre-spawning herring schools have been observed in Echo Cove (ADF&G, annual spawning survey notes), no spawning habitat has been reported (Moulton, 1999); therefore, herring spawning success would not likely be affected by construction at the Echo Cove site.

*Operation.* The breakwater at Cascade Point could interfere with tidal flushing and passage of fish during periods of low and lower high tides and consequently have a minor (e.g. less than a day delay in nearshore migration, localized modifications in food sources) impact on habitat. No breakwater is proposed at Echo Cove, so similar effects would not occur there under Alternative C.

*Noise.* Noise of crew shuttle boat traffic might have short-term adverse effects on schooling fish within Berners Bay. The reaction of fish to in-water sound is dependent on both the frequency and amplitude because different species have different detection capabilities (Hawkins 1981, cited in Nestler et al., 1992; Schwarz and Greer 1984). Herring are known to modify their location in the water column upon the approach and

passing of motorized vessels (Valbo et al., 2002; Misund et al., 1996; Freon et al., 1993). Therefore, marine vessels, including the crew shuttle boat, are likely to produce sound characteristics that could be detected by herring, although the exact reaction to noise by the fish may vary. Schwarz and Greer (1984), in one of the earlier studies on the response of herring to boat noises, observed that herring response to playback of sounds of various boat types was short-lived when noise levels decreased (as in a boat departing from the region) or stopped. In these cases, herring typically returned to their previous behavior in less than 10 seconds. Valbo et al. (2002) found active avoidance of a large vessel (200 feet in length) to be short-term (less than a minute prior to the vessel's passing directly over herring schools), which resulted in some dispersal of fish relative to the boat path. In this case, the majority of herring remained under the boat path after its passing. Avoidance of boat noise appears partly related to life stage of herring. Valbo et al. (2002) observed marked avoidance of overwintering herring primarily in the upper 300 feet of water with some avoidance to the 450-foot depth. Juvenile herring showed less response to vessels with no avoidance below a depth of 210 feet. Active avoidance by overwintering herring has been documented to begin about 40 to 50 seconds before a boat passes over schools at a surface distance of 650 to 700 feet (Valbo et al., 2002). Misund et al. (1996) found that reaction of herring to a boat ranged from 75 to 3,300 feet directly in front of the boat path but was confined to those fish within a fairly narrow width (about 20 degrees of the boat's path). Furthermore, only about 20 percent of the herring schools encountered reacted to vessel noise (Misund et al., 1996).

Information also exists suggesting herring subjected to frequent vessel noise may become less affected, or react less, to noise (Schwarz and Greer 1984). Attempts to specifically use noise to cause herring species to avoid areas have often proved partly or totally ineffective (Nestler et al., 1992).

Pre-spawning herring adults are unlikely to congregate in the crew shuttle route and are unlikely to be affected by noise prior to spawning from crew shuttle traffic. Herring adults concentrate along the east shore of the bay during spawning, often from Cascade Point north. Based on observed reactions of herring and distribution, the effect of crew shuttle boat traffic is likely to be short-term avoidance by those herring in the crew shuttle route. Longer periods of avoidance in the vicinity of the marine terminals might occur from the noise generated by the crew shuttle boat while at the pier and by loading/unloading of the barges at Slate Creek Cove.

The potential effects of crew shuttle and dock noise on herring spawning activity near Cascade Point are unknown, but they might be slight due to limited trips during spawning, the presence of the breakwater located between the dock and the potential spawning area to the north, and the documented duration of herring response to noise. Direct boat noise during transport, as noted below, would be infrequent, and the breakwater would reduce noise transmission directly from the Cascade Point dock area to the potential spawning area to the north. In addition, as noted above, not all herring respond to noise. Herring have been observed resuming to their normal behavior rapidly (within seconds or minutes) following cessation or diminishment of the noise.

The crew shuttle boat schedule could result in some level of disturbance up to 10 times a day (assuming five round trips) between Slate Creek Cove and either Cascade Point or Echo Cove. Considering a rapid crossing of Berners Bay, active avoidance by some individuals would likely occur for less than 2 minutes each trip. Assuming that an individual fish remained within the crew shuttle route all day, overall disturbance (induced reaction) would occur for a maximum of about 20 minutes a day. Noise from the crew shuttle boat would be most likely to affect fish in the upper 300 feet of water. The actual dispersion would occur over a narrow width, based on the observations noted above. Adverse affects on populations of prey resources along the crew shuttle route would be none to slight considering that the size of the area affected is small, the duration is limited, and only some of the prey species would react. Furthermore, fish would naturally move in and out of the area where noise would be encountered and the area could be reoccupied following passage of the vessel. Finally, some acclimation to the noise can occur. The effects of noise on prey species might be slightly greater near the crew shuttle terminals. Additionally, as noted in proposed operations plans, a reduction in operation frequency would occur during spring as part of the mitigation measures to reduce effects to prey resources and marine mammals further reducing potential effects to spawning herring (See Appendix A and C).

*Effects on Habitat.* Some spawning habitat for Pacific herring at Cascade Point might be irretrievably lost due to construction of the breakwater at Cascade Point under Alternatives B and D, as noted above. This would include 1.3 acres of fill and 1.6 acres of dredge materials. However, the breakwater could be designed to enhance establishment of kelp or vegetation to mitigate for the loss of kelp (spawning substrate). Following completion of mining activities, the breakwater could be removed if determined necessary, to restore the areas' herring spawning habitat. Historically, herring spawning of this stock (Lynn Canal stock) included areas from (at least) Auke Bay to Point Sherman (north of Berners Bay) (Moulton, 1999, McGregor 2003). With a reduction in abundance, spawning of this stock has occurred in fewer locations, including regions on the east side of Berners Bay, Point Bridget, and some areas north of Point St. Mary (Cantillon 2003). Berners Bay has been consistently used for spawning with only a very few years not having at least some spawning in the bay. Typically, 2 to 10 miles of shoreline within Berners Bay may contain herring spawn (McGregor 2003). Within Berners Bay, the east shoreline and inside Point Bridget have been the areas most often selected. During the last decade the areas along the east shore of Berners Bay, primarily from area stretching from the Berners/Antler Rivers delta to just west of Cascade Point have been most often selected (Figure E-1). During this same period, about 50 to 100 percent of all documented spawning miles of the Lynn Canal stock were in Berners Bay (ADF&G spawning distribution maps). Historically, Cascade Point has had documented spawning 7 of the past 30 years, including 2 of the past 11 years (Juneau Area Herring Spawning Surveys and Activities and other summary memoranda; ADF&G, multiple years; Kevin Monagle, ADF&G, October 26, 2004, personal communication). However, the lack of documentation on spawning at a particular area

does not necessarily mean that spawning did not occur there as spawning survey frequency of the whole region varied from year to year.

If the filled and dredged area at Cascade Point were entirely lost for spawning, approximately 350 feet of shoreline would be affected. Potential nearshore current changes from the addition of the breakwater could also have some effect on the spawning habitat (Nightingale and Simenstad, 2001). The overall effect of this loss of herring spawning habitat is not clear. Some studies document fidelity to spawning sites by herring (Emmett et al., 1991), whereas others indicate movement among sites (NMFS, 2001). There is also a general homogeneity of herring stock genetics, indicating mixing among stocks during spawning. Emmett et al. (1991) noted that there is no correlation between the number of eggs spawned and the adult population size because other factors affecting egg and early larval survival appear to be major events influencing population sizes. However, ADF&G uses spawn abundance as part of an overall model to estimate herring production in Alaskan waters (Fogels 2004). Moulton (1999) noted varied correlations between shoreline development and herring stock status in Puget Sound. He found that some stocks decreased while others increased in areas with extensive shoreline development; in some areas with low shoreline development, stocks also decreased. However, the absence of herring spawning in Auke Bay has followed intensive shoreline development in the area (McGregor 2003).

The presence of a breakwater at Cascade Point might result in some increase in usable rearing habitat for herring. Juvenile herring are found in protected areas such as protected bays and marinas in abundance (Nightingale and Simenstad, 2001). Herring were found to be the most abundant species in marina studies conducted in the state of Washington (Nightingale and Simenstad, 2001). The presence of the breakwater would increase some protected water habitat similar to that found in marinas. The environment would not change in a similar manner in Echo Cove because no breakwater would be constructed and it is already a protected (low-wave-energy) environment. At Cascade Point, the floating docks would serve as a support for marine macrophytes that might be used by herring for spawning (Nightingale and Simenstad, 2001). Pacific herring might use shoreline areas until their movement offshore in the fall. Increased predation in marina areas with piers, floats, riprap, and pilings has not been documented, although it is considered an area of concern (Nightingale and Simenstad, 2001). The over-water structures (piers) lower light levels, reducing potential food production and possibly the feeding success of some fish (Nightingale and Simenstad, 2001; Blaxter, 1985). The use of galvanized steel pilings for the dock would eliminate concerns about contamination from creosote treated wooden pilings. Further, BMPs would be employed for any fueling and maintenance operations at Cascade Point to minimize the potential for hydrocarbon contamination (See Appendixes A and B).

*Effects on Predation*. There is a potential that constructing docks at either Cascade Point, Slate Creek Cove, or Echo Cove could increase the predation risk to herring as predators are often attracted to such structures. However, increases in predation or

reduction in survival from fish movement around or under docks have not yet been documented (Nightingale and Simenstad, 2001; Simenstad et al., 1999).

*Spills.* The most likely source of potential impacts on herring would be accidental petroleum spills. This risk is highest at Slate Creek Cove than at Cascade Point or Echo Cove because of the greater material loading and offloading (See SEIS for details of operations). Although the risk is lower at Cascade Point and Echo Cove because of lack of boat-to-shore material transfers, fueling activities at Cascade Point or Echo Cove would have a potential for spills. The implementation of fuel storage and fueling BMPs at these sites would greatly reduce any chance of accidental diesel fuel spills. However, if a spill were to occur the consequences could be serious, depending on the size and timing. Based on the record of the Alaska Marine Highway System ferry operations in Lynn Canal, which has had no in-water fuel spills (URS, 2004); chances of spills associated with crew shuttle operations would be low no matter which alternative is selected.

A spill occurring during the April–May herring spawning would expose the greatest number of individuals and eggs. A catastrophic release of petroleum to the environment could result in concentrations of petroleum compounds at levels that would adversely affect Pacific herring. The greatest concern would be from spills at Cascade Point because of its proximity to herring spawning areas. A spill at Echo Cove would be of lesser concern to herring because Echo Cove is not near spawning areas and a spill could be more easily contained.

A large spill could also taint the flesh of the herring over the short term and subsequently have a negative impact on Steller sea lions, although eulachon are their primary food in the bay during the spring. So, tainted flesh of herring adults would have lower potential for effects to sea lions than eulachon. However based on the timing restrictions, vessels used, and implementations of BMPs, and as noted in SEIS Section 4.10, there is a very low risk of any large spills occurring.

In other seasons, spills would have fewer potential adverse effects on herring resources. While some adult and juvenile herring, especially shortly after hatching, will remain in Berners Bay, most will likely disperse to other regions of Lynn Canal. Also, relative to the spawning and egg development period, herring are less oriented near shore or near the surface, where any concentrations of petroleum products would be highest. The use of isotainers and implementation of BMPs would reduce chances of major spills and adequately protect against petroleum discharge levels that would cause adverse effects. A monitoring plan would be initiated to help determine if adverse effects may be occurring from petroleum leaks (see Mitigation and Monitoring Section 2.5 of the 2004 SEIS and attached Appendices A, B, and C

Among local fish stocks, Pacific herring are those of greatest concern for effects of hydrocarbon releases. This stock has ecological significance, is already depressed, and would have several life stages present in Berners Bay at or near the Cascade Point marine facility, which would be close to spawning areas. Pacific herring are a major

prey source for many marine species. Reductions in the already depressed Lynn Canal population could therefore affect other resources in the greater Lynn Canal region, including salmon and marine mammals. But the elimination of fueling and transport at Cascade Point before and during spawning greatly reduces the risk of petroleum effects on this stock (see Appendix G for additional mitigation). Potential effects on herring would be less at Echo Cove because it does not contain herring spawning areas and spills would be more likely to remain confined in the cove due to low flushing.

Total petroleum hydrocarbons (TPHs) include a mixture of light and heavy polyaromatic hydrocarbons (PAHs). These compounds have different toxicity characteristics based on their water-solubility, volatility, vapor pressure, and molecular weight (Irwin et al., 1997). Lighter aromatic hydrocarbons, like those contained in diesel fuel, are generally more volatile and water-soluble and, therefore, are associated with potential acute hazards to aquatic life in the water column. The larger and heavier aromatic hydrocarbons, which are more persistent in the environment, have the potential for chronic toxicological effects (Irwin et al., 1997). High-fraction PAHs (those of high molecular weight), known as HPAHs, are some of the most toxic petroleum compounds. These compounds are most prevalent in weathered crude oil, but only a very small amount occurs in diesel. HPAHs are 10 to 1,000 times more toxic than lighter aromatic hydrocarbons, which would be more common in diesel (Black et al., 1983). Commonly reported effects of individual PAHs on fish include reduced growth and development, impairment of reproductive and immune systems, and altered endocrine function (Irwin et al., 1997; Carls et al. 1997, 1999). Fish eggs exposed to PAHs may suffer similar adverse effects including yolk sac edema, hemorrhaging, cardiac dysfunction, mutation, and deformity (Billiard et al., 2002, Brinkworth et al., 2003, Marty et al., 1997, Barron et al. 2004a, b).

NOAA conducted several studies on Pacific herring using weathered Alaskan crude oil and found a direct relationship between PAH accumulation in muscle and ovaries of exposed fish and PAH concentrations of oil in water (Carls et al., 1997). The study noted that PAH exposure resulted in a depression of immune function and expression of the viral hemorrhagic septicemia virus.

TPH compounds appear to have a greater effect on the early life stages of fish because adults have the ability to avoid areas affected by spills. Eggs exposed to TPHs experienced shorter incubation times and reduced egg survival, larval survival, and swimming ability, as well as morphological abnormalities. At TPH concentrations of 7.6 µg/L, significant larval abnormalities of skeletal and craniofacial defects, finfold defects, and failure to develop pectoral fin rays were observed (Carls et al., 1999). Carls et al. (1999) also found that PAH concentrations of 0.7 µg/L caused malformation and genetic damage in herring eggs and levels as low as 0.4 µg/L caused sublethal effects such as yolk sac edema and premature hatching. Edema was induced in larvae exposed to PAH concentrations of 0.2 µg/L. These results imply that oil persistent in the intertidal spawning areas might adversely affect egg development months after the initial spill.

As noted above, some of the lowest hydrocarbon concentrations that had adverse effects were for weathered crude oil PAHs. Diesel, the most likely source of petroleum to enter Berners Bay from project operations, contains small portions of most typically low molecular weight PAHs. The concentrations from vessel leakage of diesel in the area are unknown, but they are likely to be very low due to proposed operational practices (e.g., BMPs such as storage of fuels away from the marine environment). To put the chance of fuel leaks reaching even these extremely low levels of concentration in perspective, it is informative to examine examples of where these concentrations have been observed in marine waters. Rice et al. (2001) reported that peak levels during sampling of areas with heavily oiled beaches from the Exxon Valdez oil spill reached a maximum of 30 µg/L. Areas immediately adjacent to the oiled beaches often showed concentrations of PAH in the range 1 to 6 µg/L. Maki (1991) summarized water column samples taken during the Exxon Valdez oil spill from three bays with the heaviest oil-contaminated beaches and reported that the highest average PAH concentrations in these three bays was 0.7 µg/L; less affected areas averaged peak values less than 0.2 µg/L.

In the highly urbanized (10 million people) San Francisco Bay area, where chronic runoff occurs from large industrial activities and high shipping traffic, PAH water concentrations in nearly all areas remain lower than those known to cause adverse effects on sensitive aquatic organisms (San Francisco Estuary Institute [SFEI], 2004; and data for 1993–2001; http://www.sfei.org). Results from 10 years of PAH monitoring in San Francisco Bay and local tributaries suggest that even under highly developed conditions nearly all levels remain low. Annual monitoring of PAH levels has occurred at about 30 sites each year in five bay regions and several of the streams entering the bay. From 1993 to 2002 the average PAH concentration of more than 300 samples of surface water (upper 1 m depth) was 0.06 µg/L, and 94 percent of all samples were less than 0.2 µg/L. The highest single value was 0.85 µg/L from a south bay slough, which drains a major urban area (San Jose), at the head of the bay. This stream often had the highest concentrations found in the annual survey, but of the other 12 samples from this stream, none exceeded 0.3 µg/L. Only three other samples from all sites exceeded 0.4 µg/L, and all were from small streams or sloughs draining major urban areas. In 10 years of study, the highest concentration in bay water (i.e., not in a slough or small creek) was 0.13 µg/L. Even considering that San Francisco Bay is in the range of 100 times larger than Berners Bay, the relative development is much greater than anything foreseeable in Berners Bay and associated watersheds. Even with the development in San Francisco Bay and the large potential for PAH input, PAH concentrations, with few exceptions, are below the lowest levels (0.4 to 0.7 µg/L) found to have adverse effects on sensitive marine organisms. Although hydrocarbon levels near the Alaska Marine Highway ferry terminals have not been monitored, NOAA believes normal levels in these areas would be very low (Short 2003). The likelihood of any spill level reaching the magnitude of the Exxon Valdez event or PAH concentrations within Berners Bay reaching the levels observed in San Francisco Bay are extremely low. Thus, it is reasonable to assume that occasional leaks or low-volume spills of diesel fuel would not result in PAH

concentrations high enough to produce negative effects on herring and other marine species in the vicinity of the marine terminals.

## 4.0 Mitigation and Monitoring

Several documents address mitigation measures and monitoring plans that would be implemented if the project were to proceed. The specific documents addressing these plans have been included as Appendices A, B, C, and D in this document. In addition, there will be specific stipulations under ADNR's Tideland's Lease. The goals of these plans/stipulations are to minimize or eliminate impacts to resources of concern, including herring. A summary of those mitigation and monitoring plans that directly or indirectly affect herring are noted below. Additional detail of mitigation actions and proposed monitoring for Pacific herring are included in Section 2.5 of the 2004 SEIS.

### 4.1 SEE APPENDIX A - TRANSPORTATION AND MITIGATION PLAN

Coeur has developed a Transportation and Mitigation Plan for the Kensington Mine operation that includes many actions specifically addressing marine issues that may affect herring. This document includes the BMPs and policies of the Plan. It is intended to address the major concerns for eulachon and herring from construction of marine facilities, fueling, fuel storage, spill preventions and cleanup plan, transport of supplies, transport of workers, and monitoring to be incorporated to help assess affects.

The document includes three categories: 1) Best Management Practices (BMP) to be implemented, 2) Monitoring Plans, and 3) Goals, Policy, and Transportation/Mitigation Plan. The major items in each are summarized:

Best Management Practices including, but not limiting to:

- Prohibit in-water work during April 15 through June 30.
- Use silt curtains and other methods to control sediment and reduce transport off-site
- Measures preventing and controlling petroleum hydrocarbons from getting into the water

Monitoring would include:

- Water quality monitoring of hydrocarbons in Berners Bay
- Mapping submerged aquatic vegetation between Echo Cove and Cascade Point
- Monitoring and documenting colonization and habitat value of the breakwater
- Monitoring and documenting herring spawning activity and locations in Berners Bay

Goals, Policy and Transportation/Mitigation Plan:

This section describes the Goals and Standard Operating Procedure that would be implemented. Some of the general highlights of this Plan that potentially have the greatest benefit to herring include:

- Develop detailed and approved fueling plan
- Monitor for fuel (petroleum hydrocarbons) in the environment
- Work with agencies to develop mitigation and monitoring plan
- Fund groups to conduct monitoring
- Will develop a spill response plan
- Periodic review of BMPs usefulness and implementation
- Restrict in-water construction timing to outside of spawning window for herring
- Restrict fueling to just Cascade Point, Auke Bay, or other Coast Guard approved site
- No fuel will be stored at Cascade Point. Fueling at Cascade Point will be from a contained truck following Spill Contingency Plan
- Fuel only Coeur vessels at Cascade Point
- During "eulachon" spawning (this will be modified to "herring spawning" in the State Tidelands Lease) fueling will not occur in Berners Bay (would occur in Auke Bay or other Coast Guard approved site)
- During eulachon spawning (which overlaps most herring spawning) reduce daily vessel trips from 3 to 5 down to 2 to 3 and reduce speed to 12-13 knots
- Establish restrictive schedule for transport of personnel and supplies
- Consider a barge site for housing site workers in Slate Creek Cove during eulachon run to reduce frequency of transport trips during eulachon run.
- Water discharge control and spill prevention plans will be developed
- A variety of Standard Operating Procedures for on-shore, dock and vessels activities will include detailed plans for storage, maintenance, vessel bilge discharge, and sewage management and discharge requirements
- Reduce or eliminate all toxic substances, such as creosote used in marine construction materials and pilings
- Restrict piling installation methods to reduce impacts to fish
- Environmentally important habitat will be considered when placing fill at Cascade Point and, where practical, be avoided
- To minimize affects to habitat would consider material and slope of breakwater and would monitor site conditions.

### 4.2  SEE APPENDIX B - SPILL RESPONSE AND BMP PLAN

Coeur has developed this document to describe how transportation, handling, and storage of hazardous materials for the project would occur (Appendix B). This document has actions relevant to the protection of herring in that it develops specific plans to minimize risks of hazardous substances from entering the environment, which include areas herring may be found.

This document defines the Standard Operating Procedures (SOPs), training, and chain of command for actions relating to potential spills. It includes the details of how fueling would occur. The plan would be in place before construction begins.

### 4.3  SEE APPENDIX C - CONDITIONAL USE PERMIT FROM CITY/BOROUGH OF JUNEAU FOR FERRY DOCK AND RELATED ACCESS

This document includes the limitations and specific requirements of actions that can occur at the Cascade Point marine terminal site. These restrictions are intended to

**004285**

reduce impacts to the marine environment including herring. The restrictions indicated in this document are generally related to:

- Restrictions on what vessels can be fueled for transporting crews to Slate Creek Cove
- Restriction on vehicle maintenance
- Restrictions on fueling and fuel storage
- Restrictions on lighting, sewage disposal, toilet facilities, parking lot size, type of parking lot, buffers, paint color
- Restriction on in-water construction (none between March 15 and June 15) to avoid herring spawning, other fish effects, and reduce risk of injury to marine mammals, however, Coeur's proposed transportation plan and ADNR's Tideland Lease would extend this restriction through June 30
- Implementation of BMPs for spill prevention
- Dredging restrictions
- Spill reporting and response requirements
- Details of allowed vessel fueling methods
- Vessel handling of bilge and other potential oil sources
- Parking lot runoff control
- Waste oil control
- Fueling will occur outside of Berners Bay from April 15 to May 15 when herring are spawning within 250 meters of the marine terminal (the State Tidelands Lease also requires no fueling in Berners Bay from the beginning of herring spawning until the eggs hatch)
- Vessels will be surrounded by oil spill containment booms April 15 to June 15

## 4.4 SEE APPENDIX D - ALLOWABLE USE PERMIT FOR GOLD MINE DEVELOPMENT AND PRODUCTION

This document includes the limitations and specific requirements of actions that can occur at Slate Creek Cove, the mining access roads, and the affected lakes. These restrictions are intended to reduce impacts to the terrestrial and marine environment, including potentially to herring. The restrictions indicated in this document that generally may affect herring are:

- Restrict light use and intensity at marine terminals
- Preserved and pressure treated wood may not be used in contact with water at Slate Creek Cove
- Discharges shall be free of toxic compounds meeting state water quality standards
- Marine construction shall not occur in Slate Creek Cover during the spring concentration of forage fish

## 4.5 ADNR MITIGATION FOR POTENTIAL IMPACTS TO PACIFIC HERRING

ADNR has developed specific mitigation and monitoring requirements for protection of Pacific herring relative to project construction and operations in marine waters. These mitigation and monitoring requirements are part of granting a ADNR Tideland Lease to ensure consistency with the Alaska Coastal Management Program (ACMP). These

**004286**

permit requirements, if more restrictive than other proposed actions by Coeur or other agencies requirement, would be the actions required of the applicant. The requirements that are currently being considered to be included in the Tidelands Lease specifically relating to herring are summarized below.

- In water construction will be prohibited from March 15 to June 30

- No vessels will be operated from Cascade Point during pre spawning aggregation and spawning of herring, as determined by ADF&G (typically two weeks in April and or May)

- No vessel fueling will occur at Cascade Point from during herring pre-spawning aggregation, spawning and egg development, as determined by ADF&G (typically 4 to 5 weeks)

- Monitoring Berners Bay, during the life of the mine operations, for: PAHs (water, sediment, mussel tissue), herring spawning habitat on the breakwater, herring spawning locations and biomass, and submerged aquatic vegetation

- Applicant would sponsor a "Berners Bay Working Group" to monitor impacts and trends, and recommend operational changes as needed

**Table E-1.**    Lynn Canal/Juneau Pacific herring spawning and harvest data

| Year | Nautical Miles of Spawn | Estimated Spawning Biomass (Tons) | Total Commercial Harvest (Tons) |
|---|---|---|---|
| 1953 | 8.2 | | |
| 1954 | 9.4 | | |
| 1955 | 12.2 | | |
| 1956 | 10.0 | | |
| 1957 | 28.1 | | |
| 1958 | 24.1 | | |
| 1959 | 10.8 | | |
| 1960 | 12.9 | 6,850 | 156 |
| 1961 | | | 22 |
| 1962 | | | 354 |
| 1963 | | | 101 |
| 1964 | | | 195 |
| 1965 | | | 200 |
| 1966 | | | 109 |
| 1967 | | | 100 |
| 1968 | | | 475 |
| 1969 | | | 600 |
| 1970 | 11.5 | | 240 |
| 1971 | | | 654 |
| 1972 | 6.5 | 12,450 | 524 |
| 1973 | 10.6 | 2,950 | 798 |
| 1974 | 13.2 | 4,600 | 396 |
| 1975 | 10.9 | 7,450 | 544 |
| 1976 | 15.9 | 5,400 | 631 |
| 1977 | 9.7 | 6,800 | 926 |
| 1978 | 8.0 | 5,400 | 966 |
| 1979 | 5.7 | 2,350 | 7 |
| 1980 | 9.8 | 4,850 | 976 |
| 1981 | 9.2 | 4,300 | 777 |
| 1982 | 2.5 | 1,500 | 551 |
| 1983 | 6.0 | 1,800 | 0 |
| 1984 | 2.6 | 200 | 0 |
| 1985 | 5.1 | 2,350 | 0 |
| 1986 | 5.0 | 1,250 | 0 |
| 1987 | 2.5 | 1,750 | 0 |
| 1988 | 7.0 | 2,500 | 0 |
| 1989 | 5.0 | 1,250 | 0 |
| 1990 | 3.0 | 750 | 0 |
| 1991 | 2.5 | 625 | 0 |
| 1992 | 4.0 | 1,850 | 0 |
| 1993 | 3.2 | 800 | 0 |
| 1994 | 4.3 | 1,075 | 0 |
| 1995 | 1.0 | 238 | 0 |
| 1996 | 2.9 | 725 | 0 |
| 1997 | 2.2 | 550 | 0 |

**Table E-1.** Lynn Canal/Juneau Pacific herring spawning and harvest data (continued)

| Year | Nautical Miles of Spawn | Estimated Spawning Biomass (Tons) | Total Commercial Harvest (Tons) |
|---|---|---|---|
| 1998 | 0.5 | 123 | 0 |
| 1999 | 6.0 | 1,500 | 0 |
| 2000 | 7.0 | 1,760 | 0 |
| 2001 | 4.0 | 1,000 | 0 |
| 2002 | 3.0 | 750 | 0 |
| 2003 | 3.0 | 750 | 0 |
| 2004 | 7.3 | 1,393 | 0 |
| **Average** | **7.6** | **2,682** | **452** |

Source: Personal communication, Kevin Monagle, ADF&G, October 26, 2004



**Figure E-1.** Location of herring spawning areas along the eastside of Berners Bay

**LITERATURE CITED**

ADF&G (Alaska Department of Fish and Game). 2003. Ecology of herring in Silver Bay, Alaska. Briefing paper.

Barron, M.G., R. Heintz, and S.D. Rice. 2004a. Relative potency of PAHs and heterocycles as aryl hydrocarbon receptor agonists in fish. Mar. Environ. Res. 58: 95-100.

Barron, M. G., M. G. Carls, R. Heintz, and S. D. Rice. 2004b. Evaluation of fish early life-stage toxicity models of chronis embryonic exposures to complex polycyclic aromatic hydrocarbon mixtures. Toxicological Sciences. 78(1): 60-67.

Billiard, S.M., M.E. Hahn, D.G. Franks, R.E. Peterson, N.C. Bols, and P.V. Hodson. 2002. Binding of polycyclic aromatic hydrocarbons (PAHs) to teleost arylhydrocarbon receptors (AHRs). Comp. Biochem. Physiol. B.133:55-68.

Black, J.W., W.J. Birge, A.G. Westerman, and P.C. Francis. 1983. Comparative aquatic toxicology of aromatic hydrocarbons. Fundamental and Applied Toxicology 3: 353-358.

Blaxter, J.H.S. 1985. The herring: A successful species? Can. J. Fish. Aquat. Sci. Vol. 42, P. 21-30.

Brinkworth, L.C., P.V. Hodson, S. Tabash, and P. Lee. 2003. CYP1A induction and blue sac disease in early developmental stages of rainbow trout (*Oncorhynchus mykiss*) exposed to retene. J. Toxicol. Environ. Health - Part A. 66:47-66.

Brown, E. and M. Carls. 1998. Pacific herring (*Clupea pallasi*). Restoration Notebook. *Exxon Valdez* oil spill trustee council.

Cantillion, D. 2003. Personal communication between Dave Cantillion (NMFS) and John Knutzen (Tetra Tech FWI) on August 28, 2003.

Carls, M., S. Johnson, R. Thomas, and S. Rice. 1997. Health and reproductive implications of exposure of Pacific Herring (*Clupea pallasi*) adult and eggs to weathered crude oil and Reproductive conditions of herring stocks in Prince Williams stock of Prince Williams Sound six years after the *Exxon Valdez* oil spill. *Exxon Valdez* oil spill Restoration project final report. NOAA NMFS Auke Bay Laboratory, Juneau, Alaska.

Carls, M.G., S.D. Rice and J.E. Hose. 1999. Sensitivity of fish embryos to weathered crude oil: Part I. Low-level exposure during incubation causes malformations, genetic damage, and mortality in Pacific herring (*Clupea pallasi*). Environ. Tox. Chem. 18:481-493.

Carlson, H.R. 1980. Seasonal distribution and environment of Pacific herring near Auke Bay, Lynn Canal, southeastern Alaska. Transactions of the American Fisheries Society 109: 71-78.

Emmett, R., S. Hinton, S. Stone, and M. Monaco. 1991. Distribution and abundance of fishes and invertebrates in west coast estuaries, Vol 2, Species Life History Summaries. ELMR Report No. 8. National Oceanic and Atmospheric Administration, National Ocean Service, Strategic Environmental Assessments Division, Rockville, MD.

Feist, B. E., J.J. Anderson, and R. Miyamoto. 1996. Potential impacts of pile driving on juvenile pink (*Oncorhynchus gorbuscha*) and chum (*O. keta*) salmon behavior and distribution. Fisheries Research Institute, University of Washington, Seattle, WA.

Fogels, E. 2004. April 7 Letter from Ed Fogels (ADNR) to Steve Hohensee (USDA FS), providing ADNR's comments on the Kensington Gold Project Draft SEIS.

Freon, P., F. Gerlotto, and M. Soria. 1993. Variability of *Harengula* spp. school reactions to boats or predators in shallow water. ICES Mar. Symp. 196: 30-35.

Irwin, R.J., M. Van Mouwerik, L. Stevens, M.D. Seese, and W. Basham. 1997. Petroleum *In*: Environmental Contaminants Encyclopedia. National Park Service, Water Resources Division, Water Operations Branch.

Longmuir, C. and T. Lively. 2001. Bubble curtain systems for use during marine pile driving. Report by Fraser River Pile & Dredge Ltd., 1830 River Drive, New Westminster, British Columbia, V3M 2A8. (as cited in Tetra Tech FW 2003).

Maki, A.W. 1991. The Exxon Valdez oil spill: Initial Environmental Impact Assessment. Part 2 of a five-part series. Environmental Science and Technology 25(1): 24-29.

Marty, G. D., J. W. Short, D. M. Dambach, N. H. Willits, R. A. Heintz, S. D. Rice, J. J. Stegeman, And D. E. Hinton. 1997. Ascites, premature emergence, increased gonadal cell apoptosis, and cytochrome P4501A induction in pink salmon larvae continuously exposed to oil-contaminated gravel during development. Can. J. Zool. 75: 989-1007.

McGregor, A. 2003. Personal communication between Andy McGregor (ADFG) and John Knutzen (Tetra Tech FWI) on September 3, 2003.

Misund, O.A., J.T. Ovredal, and M.T. Hafsteinsson. 1996. Reactions of herring schools to the sound field of a survey vessel. Aquatic Living Resources 9: 5-11.

Monagle, K. 2004. Personal communication between Kevin Monagle (ADFG) and John Knutzen (Tetra Tech FWI) on May 19, 2004.

Moulton, L. 1999. Review of Lynn Canal herring. Final Report May 1999. Prepared for SAIC, Inc., by MJM Research.

Morrow, J. 1980. The freshwater fishes of Alaska. Alaska Northwest Publishing Company, Anchorage, AK.

Nestler, J.M., G.R. Ploskey, and J. Pickens. 1992. Responses of blueback herring to high-frequency sound and implications for reducing entrainment at hydropower dams. North Am. J. of Fisheries Mgmt. Vol. 12, No. 4: 667-683.

Nightingale, B., and C. Simenstad 2001. Dredging activities: Marine issues. White Paper. Submitted to the Washington Department of Fish and Wildlife, Washington State Department of Ecology, and the Washington State Department of Transportation.

Rice, S.R., R. Thomas, R. Heintz, A. Wertheimer, M. Murphy, M. Carls, J. Short, and A. Moles. 2001. Synthesis of long-term impacts to pink salmon following the Exxon Valdez oil spill: Persistence, toxicity, sensitivity, and controversy. Final Report, Project No. 99329, Exxon Valdez Trustee Council. NMFS/NOAA Fisheries Science Center, Auke Bay Laboratory, Juneau, AK.

Robinson, C. D. Hay, J. Booth, and J. Truscott. 1996. Standard methods for sampling resources and habitats in coastal subtidal regions of British Columbia: Part 2- Review of sampling with preliminary recommendations. DFO Nanaimo, BC.

San Francisco Estuary Institute (SFEI). 2004. PAH data for 1993-2001. Available online [http://www.sfei.org].

Schwarz, A. L. and G.L. Greer. 1984. Responses of Pacific herring, *Clupea harengus pallasi*, to some underwater sounds. Can. J. Aquat. Sci. 41: 1183-1192.

Simenstad, C.A., B.S. Miller, C.F. Nyblade, K Thornburgh, and L.J. Bledsoe. 1979. Food web relationships of Northern Puget Sound and Strait of Juan De Fuca. Prepared for USEPA EPA-600/7-79-259. Fisheries Research Institute, College of Fisheries, University of Washington, Seattle Washington. 335 pages.

Simenstad, C., B. Nightingale, R. Thom, and D. Shreffler. 1999. Impacts of ferry terminals on juvenile salmon migrating along Puget Sound shorelines: Phase I synthesis of state of knowledge. Research Project T9903 Task A2. Washington State Transportation Center, University of Washington, Seattle, WA.

Stotz, T. and J. Colby. 2001. January 2001 dive report for Mukilteo wingwall replacement project. Washington State Ferries Memorandum. 5 pp. + appendices. (as cited in Tetra Tech FW 2003).

Tetra Tech FW. 2003. Head of the Thea Foss Waterway remediation project, Tacoma, Washington – Draft Biological Assessment Addendum. Prepared for PacificCorp Environmental Remediation Company and Puget Sound Energy. Bothell, WA.

URS Corporation. 2004. Essential Fish Habitat Assessment Draft. Juneau Access Improvements Supplemental Draft Environmental Impact Statement. Prepared for Alaska Department of Transportation and Public Facilities. Juneau Alaska. March 1, 2004. Valbo, R., K. Olsen, and I Huse. 2002. The effect of vessel avoidance of wintering Norwegian spring spawning herring. Fisheries Research 58: 59-77.

**004292**