NMFS Final Biological Opinion on the Kensington Gold Project

# Endangered Species Act
# Section 7 Consultation - Biological Opinion

**Agency:**           United States Forest Service
                     United States Army Corps of Engineers
                     Alaska Region

**Activities Considered:**   Kensington Gold Project Operations

**Consultation By:**  National Marine Fisheries Service
                     Protected Resources Division
                     Alaska Region

**Date:**             March 2005

NMFS Final Biological Opinion on the Kensington Gold Project

steadily increased throughout most of the range over the past two decades indicating that sufficient food is available to support survival and reproduction.

### 4.7 Human Impacts to Listed Species in the Action Area

#### 4.7.1 Commercial Fishing inside the Immediate Action Area

There is a small Dungeness crab and shrimp commercial fishery in Berners Bay and Lynn Canal. Most of the commercial fishing in or near Berners Bay is for Dungeness crab in the summer or spot shrimp in the fall. These are small fisheries with fewer than 10 boats in the crab fishery and fewer than three boats in the shrimp fishery. A herring sac roe fishery was present in Berners Bay until it was closed in 1983. It remains closed due to low stock numbers, which have shown no signs of recovery in over 20 years (USFS 2004b).

The Lynn Canal salmon fishery is primarily a drift gillnet fishery, and much of this fishery occurs near the project area and is centered in the area of Point Sherman. In addition, there is a commercial salmon fishery (troll and drift gillnet) in Berners Bay that is directed at coho salmon returning to the Berners River. Since 1990, the total coho catch from the Berners River has averaged over 21,000 (USFS 2004a).

The indirect effects of fishing on prey availability or disruption of prey patterns are not of significant concern for listed species inside Berners Bay. However, both factors, large-scale prey removal through commercial fishing operations and entanglements in fishing gear, could have some level of impact when animals are outside of the Bay in Lynn Canal and surrounding areas where commercial fishing occurs.

#### 4.7.2 Recreational Fisheries

There are no data on the total number of people fishing recreationally in Berners Bay, although several dozen guided fishing trips to the bay were recorded between 1997-2001. A much larger proportion of recreational fishers fish in locally owned, privately launched vessels (USFS 2004a). Recreational fisheries in Berners Bay are small-scale fisheries that use equipment that does not pose a threat to Steller sea lions or humpback whales in the action area.

#### 4.7.3 Vessel Activity

Ferries, cruise ships, commercial fishing vessels, and recreational vessels including motorized craft, kayaks, and canoes transit Lynn Canal. Recreational use in Berners Bay and Lynn Canal has grown since the early 1990s, likely due to increased tourism and development of public use cabins. According to the Alaska Department of Community and Economic Development, the total number of vacation/pleasure visitors to Alaska has risen 51 percent from 1993 to 2001. This is particularly true for cruise ship visitation to southeast Alaska; cruise ship passengers passing through Juneau rose by 59 percent from 1996 to 2002 (USFS 2004b). The increase in cruise ship numbers affects the amount of vessel traffic passing through Lynn Canal, adjacent to the action area.
Data from USFWS wildlife and human use survey in Berners Bay from 2000-2002 indicate that human use is concentrated on the eastern shore of Berners Bay. Use was relatively constant through the summer

and fall months and minimal in the winter (USFWS 2003). A number of boaters camp overnight on the beach in Slate Creek Cove, while an estimated 12-20 airboats from Juneau use Berners Bay to access the rivers to the north or privately owned cabins. In addition, kayakers commonly use Berners Bay; it is estimated that five to ten groups of kayaks launch on a typical summer weekend day from Echo Cove. Other estimates include 100 to 200 kayakers renting kayaks to take into Berners Bay from a local outfitter over the course of the summer; six guided group kayak trips per year. Most kayakers access the bay for day-use and travel the eastern shoreline of the bay, while others camp or stay overnight in the public use cabins during multi-day trips. A few commercial outfitters also provide guided tours in the bay and bring clients in by boat or plane for fishing or wildlife viewing (USFS 2004b). In addition, research vessels periodically use the bay, particularly during the spring eulachon run when investigating marine mammals and forage fish. The Juneau Audubon Society also sponsors an annual wildlife-viewing trip into Berners Bay during the spring.

According to the SEIS (USFS 2004b), Berners Bay receives 30 to 35 boats on a typical weekend day and 60 to 65 boats on a high-use weekend day. However, these numbers appear to be significantly inflated, as they are based on numbers of boat trailers at the Echo Cove launch and parking lot, rather than counts of vessels in the bay itself. Many boat owners use the Echo Cove launch as a departure point for Lynn Canal and other areas. Although it is difficult to quantify how many vessels regularly use Berners Bay during spring and summer months, it can be concluded that motorized vessel activity in the bay is generally limited. Boat traffic during the winter is negligible due to weather conditions and the irregular maintenance of the road to Echo Cove, which frequently becomes impassable due to snow and ice conditions.

No vessel collisions with humpback whales or Steller sea lions have been documented in the action area. However, the listed species are subject to heavy vessel traffic in waters adjacent to the action area (e.g. whale-watch, recreational, ferry, cruise ship, and commercial fishing vessels). During an assessment of humpback whale vessel interactions in Lynn Canal in 2000, about 350 transiting vessels and 300 trolling vessels operated close to these whales in the geographic regions of North Pass, Shelter Island and Young Bay (Peterson 2001). Thus, cumulative impacts of vessel activity on listed species are a concern for animals moving between the water bodies of Lynn Canal and Berners Bay. Under current baseline conditions, however, vessel traffic is not considered a significant threat to listed species in the action area.

### 4.7.4 Existing Noise Levels in the Action Area

Sources of underwater ambient noise in the action area likely include wind and surface waves, rain, hydrostatic pressure changes from currents and tides, and the biological sounds of organisms. Such noises can be at the surface and at depth, intermittent or frequent, depending on the intensity of the sound source generation.

Underwater anthropogenic noise is also present in the action area, likely intermittent rather than constant based on limited vessel use of Berners Bay. In general, vessels lengths ranging between 5 and 34 m using outboard engines produce source levels estimated at 145 to 170 dB re 1 µPa @ 1 m and noise frequencies from 37 to 6300 Hz (Richardson et.al. 1995). Large outboard engines can produce source levels up to 175 dB re 1 µPa @ 1m. As noted above, although it is difficult to quantify how many vessels regularly use Berners Bay in a given year, it is clear that current activity is limited to seasonal tourism, recreation and commercial fishing. It is reasonable to assume that marine mammals foraging in Berners Bay are

NMFS Final Biological Opinion on the Kensington Gold Project

exposed to noise levels from current vessel use, though at what distances and source levels, is unknown. There is no evidence available indicating that vessel presence in the action area is adversely impacting listed species at this time.

### 4.7.5  Land Disturbance

In the action area, ephemeral haulouts are located at the mouth of Slate Creek Cove and at Pt. St. Mary. There is no data available on whether current or historic recreational and research activities have caused sea lions to be disturbed from these haulouts in Berners Bay. To date, NMFS has not received reports of disturbance to Steller sea lions or humpback whales in Berners Bay; such incidents, if they do occur, are considered to have minimal effect at present on individuals in the action area.

002573