# Coeur Alaska Kensington Gold Mine

# Berners Bay Transportation Policy and

# Mitigation and Best Management Practices Plan

## September 2004





**Coeur Alaska, Inc.**
**3031 Clinton Dr., Suite 202**
**Juneau, Alaska 99801**

# Coeur Alaska Kensington Gold Mine
## Berners Bay Transportation Policy and
## Mitigation and Best Management Practices Plan

## September 2004

### Background

Coeur Alaska, Inc. (Coeur), a wholly-owned subsidiary of Coeur d'Alene Mines Corporation, is proposing to construct and operate a 2000 ton per day (tpd) underground gold mine and processing facility on patented and unpatented mining claims located about 45 miles north-northwest of Juneau, Alaska (Figure 1). The project would be accessible by boat across Berners Bay. Berners Bay has important aquatic resources, marine mammals, and recreation uses.

The Kensington Gold Mine, as currently proposed, would involve the following major operating components:

- 2000 tpd underground mining operation

- Conventional flotation milling process at the existing Jualin Millsite; gold concentrate to be shipped offsite for final processing

- A tailings storage facility located at Lower Slate Lake

- A 6 mile access road from Slate Creek Cove to the millsite and mine

- Daily access across Berners Bay from a dock at Cascade Point to the upgraded Slate Creek Cove landing area and a newly constructed dock

Figure 2 shows a proposed general facilities siting arrangement for the project components. The primary transportation routings (Cascade Point to Slate Creek Cove; Jualin mine access road) are highlighted on the figure. The marine terminal at Cascade Point consists of a breakwater, pedestrian access dock, aluminum gangway, and moveable float. The breakwater has been reconfigured as a "dogleg," to minimize fill intrusion into the intertidal zone. The breakwater is also designed with a breach, to allow shallow water fish passage at most high tides. The breakwater also generally conforms to the shoreline, with limited perpendicular obstruction. As compared to the Echo Cove dock (150,000 yd$^3$ of dredging), only 70,000 yd$^3$ of dredging would be required. The Slate Creek Cove terminal consists of an earthen ramp, platform dock, moveable ramp and floating dock. No dredging is required. The proposed construction plan includes specific best management practices (BMP's) to reduce sedimentation, construction prohibition "windows," and seasonal noise constraints. Operational BMP's are described later in this document.



FIGURE 1
PROJECT LOCATION MAP


SHEPHERD MILLER
INCORPORATED

| Date: | APRIL 2000 |
| Project: | 100619 |
| File: | LOCMAP.dwg |

NOT TO SCALE



Figure 2

Purpose and Need for Policy

During the environmental impact (NEPA) review process for the Kensington Gold Mine operation, resource agencies and certain publics raised concerns regarding potential impacts of construction and operation of the proposed docks at Cascade Point and Slate Creek Cove on local spawning eulachon and Pacific herring spawning, and Steller sea lion populations. Key concerns are summarized as follows, for the purposes of this plan:

- Eulachon – Returning adult fish are found congregating in Berners Bay near Slate Creek Cove during April and May, before moving into fresh water at the mouth of the Lace, Berners and Antler Rivers. At this time, Steller sea lion abundance also increases. Concern exists over construction and operational activities involving noise and increased dock traffic, and effects on fish spawning and sea lion feeding.

- Pacific herring – Returning fish are known to congregate in the vicinity of the proposed Cascade Point dock during about a 2-3 week period between late April and early May when they spawn. Construction of a breakwater and dock at Cascade Point could result in a loss of permanent habitat; residual hydrocarbons potentially resulting from accidental petroleum spills and/or general marine vessel operations could also adversely affect fish growth and development, and possible spawning.

- Steller sea lion – Excessive noise associated with dock construction and marine vessel operations and traffic could potentially stress sea lion populations, foraging behavior, and reproduction.

Transportation use, such as the daily transport of mine workers and barging of supplies and concentrate, could also impact recreation users. Regular announced schedules, limited trip schedules, and adherence to speed limits and wake control will largely offset these effects.

The effects of the proposed dock facilities and marine traffic associated with the daily commute are difficult to predict. Resource managers indicate they do not have enough information regarding specific habitat factors and potential environmental stressors from development projects such as Kensington. These researchers and managers agree that a combination of Best Management Practices (BMP's) and a monitoring program are necessary to mitigate potential impacts of the proposed project. The BMP's would focus on reducing impacts during construction by prohibiting "in water" work during the critical spawning and incubation period, and controlling sedimentation. BMP's implemented during operations would focus on limiting potential pollution from petroleum hydrocarbons, and optimizing avoidance actions for marine mammals (sea lion) congregating populations in the area, to the extent practicable.

For the purposes of this plan, best management practices are activities, including passive treatment, operating procedures, and avoidance actions, that prevent or reduce the discharge of pollutants, and limit encounters with marine mammals and special fish species. The BMP's included herein are also intended to provide mitigation, consistent with the Clean Water Act, Endangered Species Act, and other applicable federal, state and local laws and regulations. The plan is also intended to be consistent with Coeur's Environmental Policy: "producing and protecting." Key provisions are intended to increase employee awareness of hazards, and thereby improve worker safety and limit pollution liabilities and risks.

002208

Associated monitoring programs would at the same time provide critical information on herring habitat, spawning locations, and water quality. Best Management Practices and monitoring priorities for this Berners Bay Transportation Policy and Mitigation and Best Management Practices Plan can be generally summarized as follows:

Best Management Practices listed in this plan would include (but not be limited to):

- Prohibit in-water construction activities during the period April 15 through June 30

- Silt curtains or other methods to control sediment from being transported off-site into adjacent habitat during construction

- Measures to prevent and control petroleum hydrocarbons from getting into the water during both construction and operations

Monitoring would include:

- Water quality monitoring for petroleum hydrocarbons in Berners Bay

- Map submerged aquatic vegetation between Echo Cove and Cascade Point

- Monitor and document colonization and habitat value of the breakwater

- Monitor and document herring spawning activity and location(s) in Berners Bay

Overview of Coeur's Goals, Policy and Transportation/Mitigation Plan

Coeur has developed environmental management policies, guidelines, and practices included in this document to ensure that environmental impacts are minimized and mitigated during construction and operation of the Kensington Gold Mine, including related transportation facilities and needs. Implementation of these environmental protection measures will occur, as soon as the Final Supplemental Environmental Impact Statement (FSEIS) and Record of Decision (ROD), and related applicable permits are issued by the respective agencies, approving the project. The BMP plan outlined herein will be incorporated into the "Final Plan of Operations for the Kensington Gold Mine," and submitted to the USDA Forest Service for approval, in advance of construction of related facilities on National Forest lands.

The following primary goals are identified for the "Coeur Alaska Kensington Gold Mine Berners Bay Transportation Policy and Mitigation and Best Management Practices Plan":

**Goal #1:** The overall policy and direction of this plan is comprised of "standard operating procedures" (SOP's), to be followed by Coeur and all its contractors, service providers, and consultants as part of the marine facilities construction and operating plans. These SOP's will be included in all related construction and service contracts.

**Goal #2:** The primary overriding goal is: "to protect the Berners Bay environment as part of a coordinated and comprehensive transportation and environmental management plan, consistent with the current U.S. Forest Service land use planning goal of

5

Modified Landscape (ML) with a minerals overlay Land Use Classification, and the stated goals and objectives of the Kensington Berners Bay Consortium. The stated goals of the ML minerals designation are to encourage the prospecting, exploration, development, mining, and processing of locatable minerals in areas with the highest potential for mineral development.

**Goal # 3:** Other key objectives of the Coeur Transportation Policy and Mitigation and Best Management Practices Plan are:

- Avoid in-water construction activities during the period of herring spawning and incubation (about April 15 through June 30)
- Avoid incremental water quality impacts to Berners Bay
- Commit to one coordinated marine vessel fueling option involving one fueling location, for transport of mine workers from Cascade Point to Slate Creek Cove
- Mitigate potential effects of hydrocarbon inputs from gasoline and fuel on sensitive fish species through the implementation of a sound fueling plan, and responsible operational BMP program
- Incorporate recent design improvements for the dock facilities at Cascade Point and Slate Creek Cove, in order to facilitate fish passage and intertidal flushing at the facilities
- Continue to financially support and participate in a coordinated/cooperative Berners Bay environmental monitoring program initiated by Coeur, ADNR / ADF&G, NMFS / Auke Bay Laboratory, and University of Alaska; the program could also be expanded, as appropriate and agreed upon

**Goal # 4:** Coeur will work with ADNR to develop effective monitoring and mitigation programs and appropriate environmental thresholds for mitigation, for the Cascade Point and Slate Creek Cove dock sites, as part of the State's Tideland Leases for the two facilities

**Goal # 5:** Primary Operating Procedures (SOP's) of the Transportation/Mitigation Plan for Berners Bay to be followed by Coeur, its service providers, and consultants are as follows (these will be contractual requirements):

*SOP #1:* Coeur will identify and operate according to a "designated transportation routing" from Cascade Point to Slate Creek Cove, for the daily marine vessel transport of mine workers

*SOP #2:* Regular schedules will also be established for weekday and weekend workers' transport (these will minimize the number of daily trips, to the extent practicable)

*SOP #3:* Routings and schedules will be strictly adhered to, except where unusual environmental or workers' safety considerations dictate an alternative approach

*SOP #4:* Designated routing and schedules will also be established for barge transport to the Slate Creek Cove dock site

002210

*SOP #5:*  Vessels will operate at low, constant speeds and regular scheduled intervals; vessels will not approach within 100 yards of Steller sea lions, humpback whales, and other sensitive marine mammal species

*SOP #6:*  Marine fueling of Coeur transport vessels will occur only at Cascade Point dock or Auke Bay dock, or other approved U.S. Coast Guard facilities. Kensington marine vessel fueling <u>will not</u> take place at Slate Creek Cove dock, except for emergency environmental situations and/or conditions involving worker safety which dictate such limited use. Other requirements for Cascade Point, based on a separate agreement with Goldbelt are as follows:

- The Cascade Point dock will be used primarily by a single dedicated marine vessel, to transport mine workers to and from the minesite
- No other vessel fueling except the Coeur Kensington marine vessel would be fueled a the Cascade Point facility
- No fuel storage would occur at the site; a fueling truck from Juneau would be used to meet the dedicated vessels needs

*SOP #7:*  The following special considerations will be given by Coeur during the spring eulachon spawning season:

- Coeur will work with the NMFS and USF&W Service to develop a "Steller sea lion awareness training" manual, to be used by Coeur (and other) marine pilots operating vessels in Berners Bay
- Marine vessel encounters with special fish species, marine mammals and important bird species will be recorded and reported, as part of the overall monitoring plan
- Coeur, ADNR/ADFG, and NMFS will annually mutually agree to that year's "eulachon spawning season" to encompass 2-3 weeks, during which a "transportation action strategy" will be implemented by the company as part of an overall traffic plan
- As part of the transportation action strategy, during the designated eulachon spawning season (approximately between April 15 to May 15 window – typically about 2-3 weeks), marine transport vessels for the Kensington Gold Project will be fueled outside of Berners Bay, at a U.S. Coast Guard approved facility
- During the designated eulachon spawning season, Coeur will fund a NMFS "observer" to accompany the designated vessel pilot and take part in determining the best daily routing from Cascade Point to Slate Creek Cove dock, so as to minimize Steller sea lion encounters, and also minimize incidental takings within the context of insuring reasonable access to the Kensington Gold Project minesite
- During this period, Coeur will attempt (to the extent practicable) to reduce the typical daily worker transport schedule from 3-5

7

002211

- trips/day, to not more than 2 or 3 trips/day (except for emergency environmental or safety situations)
- Coeur will build up onsite fuel inventories in advance of the eulachon spawning season to a level which would support operations for a 30-day period, in order to reduce or eliminate mining operation fuel barging during the eulachon spawning period
- Coeur will, to the extent practicable, limit concentrate barging during this 2-3 week period (similar to reduced fuel shipments)
- Other chemical and supplies shipments will be curtailed during that period, to the extent practicable, so as to further limit all barging and reduce Steller sea lion encounters
- **Coeur will evaluate the potential practicability and safety considerations related to utilizing a portable, moveable dock which could receive Kensington mine workers at alternative sites within Slate Creek Cove, during the eulachon spawning season. (Note: may not be possible/practicable)**
- During the herring spawning season, Coeur and/or their transportation contractor will adjust regular Cascade Point to Slate Creek Cove routing so as to avoid large congregations of surface spawning forage fish (NMFS observer and Coeur to determine routes)
- Design considerations for the Cascade Point dock facility will consider the slope and composition of fill used in breakwater construction to provide shallower water and large rock outcrops, to the extent practicable
- Coeur will conduct dive surveys of the breakwater and adjacent habitat likely to be impacted by construction and operation of the breakwater, initially on an annual basis following construction for every year during a 5 year period, then at year 10 and year 20 (post-operations)
- During the herring spawning season, Coeur and/or their transportation contractor will limit refueling inside Berners Bay at the Cascade Point to one event per week; the vessel will also be "boomed" during fueling
- Fueling will occur from upland by a fuel truck stationed in a totally contained facility; all related activities will be subject to strict provisions of Coeur's Spill Contingency Plan

Other Standard Operating Procedures (SOP's)

**SOP #8:** Coeur will implement Stormwater Pollution Prevention Plan (including stormwater management control practices, measures to reduce pollutants in stormwater, SPCC Plan, preventive maintenance programs, employee education programs, record-keeping and audits, annual plan revisions) at the two dock sites

*SOP #9:* Controls for erosion and sedimentation, total containment of petroleum products, oils and grease separation, stormwater diversions, and covered storage areas will be employed by Coeur and its contracting operators at the Cascade

8

Point and Slate Creek Cove transport facilities, and by boat operations serving the project

**SOP #10:** Specific BMP's for Marine Vessels and Docks Required by Coeur include the following commitments by Coeur. Coeur or its contractor(s) will:

- Require (contractually) that service providers and users abide by approved BMP's at the two docks
- Provide designated work area(s) for outside boat repairs and maintenance – no maintenance will be permitted outside of these areas
- Prohibit bottom cleaning and sanding in or near the Cascade Point or Slate Creek Cove dock area; upland area(s) are required for these activities
- Perform maintenance over tarps to ease cleanup at these upland maintenance areas
- Provide upland cleanup areas with adequate stormwater management facilities
- Utilize oil and water separators for stormwater collection and treatment at the dock facilities and parking areas
- Inspect stormwater drainage and washing systems regularly at these upload sites
- Develop and implement standard operating procedures BMP's for the management of all solid waste associated with the docks and boat transport facilities, including recycling, compacting, and reuse as appropriate
- Use flyers, pamphlets and newsletters to raise operators and passengers awareness of need to implement BMP's
- Provide and maintain appropriate storage, transfer, containment and disposal facilities for all liquid and solid wastes generated by the mine transportation operations
- Separate containers for disposal and clearly mark those containers for: used antifreeze, oils, greases, solvents and other materials
- Store and dispose of incompatible or reactive materials in accordance with the CBJ Fire Code (designated storage areas should be covered and the inside area sloped to a dead end sump with total containment provided (all drains to be equipped with positive control valves or devices)
- Leaking containers must be emptied promptly upon detection, either by transferring the material into a non-leaking container or by disposing of it in a proper waste container
- Coeur will develop and implement a waste management and spill response plan, to be adhered to by its employees and contractors
- Annual training of employees and contractors on appropriate waste management and spill response will be provided by Coeur; attendance will be mandatory; federal, state and local regulators will be invited to take part in this training program
- An adequate supply of spill containment and response equipment will be maintained by Coeur at the following locations: 1) Cascade Point dock; 2) Slate Creek Cove dock; and 3) the minesite (supplies are described in the Spill Contingency Plan)
- Regular inspection and cleaning of bilges will be required, including the installation and maintenance of oil/water separators and filters

002213

- Regular inspection of fuel lines and hoses for chaffing, wear and general deterioration is required (replace with USCG Type A)
- Non-spill vacuum systems for spill proof oil changes or to pump out oily bilge water is required
- Marine vessel engines must be regularly tuned and operating at peak efficiencies
- Waste oil must be removed from the maintenance site by a permitted waste oil transporter
- Use of oil-absorbing materials in the bilges of transport boats is required, along with replacement and proper disposal as necessary
- All sewage must be disposed of at approved land-based facilities
- Use of biodegradable treatment chemicals in holding tanks is required
- Use of low phosphate detergents to reduce phosphorous loads to approved treatment systems is required

<u>Additional Construction and Operational SOP Requirements of the Berners Bay Transportation Policy and Mitigation and Best Management Practices Plan</u>

*SOP #11*: Coeur will sponsor a "Berners Bay Working Group" to include: NMFS, USFS, USF&WS, ADNR, Coeur, a commercial fisheries organization, commercial crabbers association, and Goldbelt

*SOP #12:* Coeur will also implement the following construction best management practices (BMP's) at the Cascade Point and Slate Creek Cove dock sites for both the construction and operation of the two facilities:
- As part of the design criteria, Coeur will limit fill placement in subtidal areas to the extent practicable, to minimize effects on marine fish rearing habitat
- Coeur will use best efforts to place fill at low tides, to the extent practicable, to reduce impacts of sedimentation on the marine environment
- The design criteria will prohibit the use of creosote or pentachlorophenol treated wood materials in construction that would have contact with the water, in order to avoid toxic effects to juvenile fish
- The design criteria will promote the use of metal grating as a top surface, where practicable from an engineering and safety standpoint, for dock facilities (walkways, catwalks and gangways) in order to facilitate light penetration for aquatic plants
- Construction contracts will restrict the use of impact hammers to the extent practicable, both from a scheduling, engineering and safety standpoint, in the installation of steel piles required for the docks, as a fisheries mitigation activity
- The final design will include prudently engineered breach in the Cascade Point breakwater to allow for juvenile fish passage at high tides (this assumes, fish will also congregate behind the breakwater to take advantage of feeding opportunities.
- Coeur will maintain prudent engineering in the dogleg design concept for the Cascade Point breakwater to ensure:
  - reducing the amount of documented kelp that would be directly impacted
  - orienting the end of the breakwater away from habitat to the north that is generally better suited for herring spawning than to the south

002214

- reducing the amount of habitat to the east and south of the breakwater that will have reduced wave energy as a result of the breakwater
- Reduce fill needed for Slate Creek Cove dock facility loading ramp, so as to limit protrusion into Berners Bay, while not jeopardizing loading and offloading worker safety and creating unnecessary environmental risk

*SOP #13:* Coeur will develop a Spill Response Plan to be implemented at both the Cascade Point and Slate Creek Cove dock facilities, and the minesite, in order to prevent fuel and chemical spills, and minimize their environmental impacts in the event of an accidental spill. The Spill Response Plan will be adopted and implemented as a key component of this mitigation plan. The primary objective of the Spill Contingency Plan will be to:

- Reduce the risk for accidental spills and environmental degradation
- Provide the operating facility with the necessary information to properly respond to a fuel or oil spill or chemical spill event.
- Clearly define line of function responsibilities for a spill situation
- Provide a concise response and clean-up program which minimizes environmental impacts

*SOP #14:* The effectiveness of the Berners Bay Transportation Policy and Mitigation and Best Management Practices Plan and related contingency plans and monitoring programs would be evaluated after year one of construction, and year one of operations, and every third-year thereafter in order to facilitate the goals and policies of the program. The findings of the review or "environmental audit," to be conducted by a qualified third-party contractor commissioned by Coeur, would be presented to the "Berners Bay Working Group" and key resource management agencies during the month of February of that year, in order to evaluate programs and recommend modifications an/or realignments to policies, where necessary.

Coeur will commit to these policies, BMP's, mitigation activities, and monitoring programs, to be incorporated into the overall mitigation component of the Final Plan of Operations, to be approved by the U.S. Forest Service. It is understood that approval of this plan by the U.S. Forest Service does not relieve Coeur of its responsibilities to comply with other Federal, State, and Local laws, rules, and regulations.

11

002215