John W. Hartle
City Attorney
CITY AND BOROUGH OF JUNEAU
155 S. Seward Street
Juneau, Alaska  99801
Ph:  (907)586-5340
Fax:  (907)586-1147
Email:  hartle@cbjlaw.com

Attorney for City and Borough of Juneau
*Amicus Curiae*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| UNITED STATES ARMY CORPS OF ENGINEERS, et al., | ) ) ) |
| Defendants, | ) ) |
| v. | ) ) |
| COEUR ALASKA, INC., et al., | ) ) |
| Intervenor Defendants. | ) Case No.: J05-00012 CV (JKS) ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2006, a copy of the foregoing Brief of *Amicus Curiae* City and Borough of Juneau; City and Borough of Juneau's Motion For Leave to Participate as *Amicus Curiae*; Order Granting City and Borough of Juneau's Motion For

Leave to Participate as *Amicus Curiae*; Declaration of Counsel In Support of CBJ's Motion to Participate as *Amicus Curiae*; and Declaration of Peter Freer In Support of the City and Borough of Juneau's *Amicus* Brief with Exhibits was served electronically on:

>Demian A. Schane
>Thomas S. Waldo
>EARTHJUSTICE
>325 Fourth Street
>Juneau, Alaska  99801
>
>Mark A. Nitczynski
>U.S. Department of Justice
>999 18th Street, Suite 945
>Denver, Colorado  80202
>
>Richard L. Pomeroy
>U.S. Attorney's Office
>222 West 7th Avenue, #9
>Anchorage, Alaska  99513
>
>John C. Berghoff, Jr.
>Mayer, Brown, Rowe & Maw LLP
>71 South Wacker Drive
>Chicago, Illinois  60606
>
>David C. Crosby
>5280 Thane Road
>Juneau, Alaska  99801-7717
>
>Ruth Hamilton Heese
>State of Alaska Department of Law
>123 4th Street 6th Floor
>Juneau, Alaska  99801-0300
>
>Cameron M. Leonard
>Attorney General's Office
>100 Cushman Street, Suite 400
>Fairbanks, Alaska  99701

DATED this 5th day of May, 2006.

        CITY AND BOROUGH OF JUNEAU

        By: /s/ John W. Hartle
           John W. Hartle
           City Attorney
           City and Borough of Juneau
           155 S. Seward Street
           Juneau, Alaska  99801
           Ph: (907)586-5340
           Fax: (907)586-1147
           Email: hartle@cbjlaw.com
           Alaska Bar No. 9112116

           Attorney for
           City and Borough of Juneau
           *Amicus Curiae*