John W. Hartle
City Attorney
CITY AND BOROUGH OF JUNEAU
155 S. Seward Street
Juneau, Alaska  99801
Ph:  (907)586-5340
Fax:  (907)586-1147
Email:  hartle@cbjlaw.com

Attorney for City and Borough of Juneau
*Amicus Curiae*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, et al., | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | ) <br> ) |
| UNITED STATES ARMY CORPS OF ENGINEERS, et al., | ) <br> ) <br> ) |
| Defendants, | ) <br> ) |
| v. | ) <br> ) |
| COEUR ALASKA, INC., et al., | ) <br> ) |
| Intervenor Defendants. | ) Case No.: J05-00012 CV (JKS) <br> ) |

**CITY AND BOROUGH OF JUNEAU'S MOTION FOR
LEAVE TO PARTICIPATE AS *AMICUS CURIAE***

The City and Borough of Juneau hereby moves this Court for leave to participate

as *amicus curiae* in this litigation.  The city and borough has filed with this motion, its

*amicus* brief in support of defendants and intervenors, regarding plaintiffs' pending Motion for Declaratory and Injunctive Relief.  The city and borough seeks to participate as *amicus* in order to advise the Court concerning its specific interests – economic, environmental, and regulatory – in the Kensington Gold Mine Project.

The City and Borough of Juneau is uniquely positioned to inform the Court regarding the impact of the Kensington mine on the community and the people of Juneau. The Kensington is located within the City and Borough of Juneau, approximately 45 air miles northwest of downtown Juneau, near Berners Bay.  CBJ has a direct and significant interest in the Kensington mine project because of the economic and employment benefits it will bring to this community, the environmental impacts it may have on Juneau and its citizens, and because of the CBJ's interests as one of the regulatory and permitting agencies overseeing the project.

With the exception of defendants U.S. Army Corps of Engineers and the Forest Service, who have advised that they take no position on this motion, this motion to participate as *amicus* is unopposed.  This motion is supported by the attached Declaration of Counsel.

//

//

//

//

//

Respectfully submitted this 5th day of May, 2006.

                              CITY AND BOROUGH OF JUNEAU

                              By: /s/  John W. Hartle
                                  John W. Hartle
                                  City Attorney
                                  City and Borough of Juneau
                                  155 S. Seward Street
                                  Juneau, Alaska  99801
                                  Ph: (907)586-5340
                                  Fax: (907)586-1147
                                  Email: hartle@cbjlaw.com
                                  Alaska Bar No. 9112116)

                                  Attorney for
                                  City and Borough of Juneau
                                  *Amicus Curiae*