John W. Hartle
City Attorney
CITY AND BOROUGH OF JUNEAU
155 S. Seward Street
Juneau, Alaska  99801
Ph:  (907)586-5340
Fax: (907)586-1147
Email:  hartle@cbjlaw.com

Attorney for City and Borough of Juneau
*Amicus Curiae*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| UNITED STATES ARMY CORPS OF ENGINEERS, et al., | ) ) ) |
| Defendants, | ) ) |
| v. | ) ) |
| COEUR ALASKA, INC., et al., | ) ) |
| Intervenor Defendants. | ) Case No.: J05-00012 CV (JKS) ) |

**ORDER GRANTING CITY AND BOROUGH OF JUNEAU'S
MOTION FOR LEAVE TO PARTICIPATE AS *AMICUS CURIAE***

The Court, having considered the City and Borough of Juneau's motion to

participate as *amicus curiae* in this litigation and being fully advised,

SEACC, et al. v. U.S. Army Corps of Engineers, et al.        Order Granting CBJ's Motion
Case No. J05-00012 CV (JKS)                                 For Leave to Participate as Amicus
                                                             Page 1 of 2

IT IS ORDERED that the City and Borough of Juneau's motion to participate as *amicus curiae* is granted and the city and borough's *amicus* brief is hereby accepted.

DATED this ___ day of May, 2006.

_____
James K. Singleton, Jr.
United States District Judge

SEACC, et al. v. U.S. Army Corps of Engineers, et al.   Order Granting CBJ's Motion
Case No. J05-00012 CV (JKS)   For Leave to Participate as Amicus
Page 2 of 2