John W. Hartle
City Attorney
CITY AND BOROUGH OF JUNEAU
155 S. Seward Street
Juneau, Alaska  99801
Ph:  (907)586-5340
Fax:  (907)586-1147
Email:  hartle@cbjlaw.com

Attorney for City and Borough of Juneau
*Amicus Curiae*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| UNITED STATES ARMY CORPS OF ENGINEERS, et al., | ) ) ) |
| Defendants, | ) ) |
| v. | ) ) |
| COEUR ALASKA, INC., et al., | ) ) |
| Intervenor Defendants. | ) Case No.: J05-00012 CV (JKS) ) |

**DECLARATION OF PETER FREER
IN SUPPORT OF THE CITY AND BOROUGH OF JUNEAU'S *AMICUS* BRIEF**

Pursuant to 28 U.S.C. § 1746, I, Peter Freer, do declare as follows:

1. I am employed as the Planning Supervisor for the Community Development Department ("CDD") of the City and Borough of Juneau ("CBJ") and I

have held this position since April 2003. My duties include serving as the CDD staff member responsible for the Kensington mine project evaluation under the CBJ Land Use Code, preparation of the CDD staff report and recommendations, and presentation of the project to the CBJ Planning Commission. My duties also include continuing oversight of Coeur Alaska, Inc.'s compliance with the CBJ Allowable Use Permit, in conjunction with the federal and state agencies involved in this project. I am also the CDD staff person assigned to oversight of the CBJ Large Mine Permit for the Greens Creek Mine on Admiralty Island.

      2.      I prepared the 60-page staff report, with Attachments A through I, dated August 24, 2004 on Coeur Alaska, Inc.'s proposal for an Allowable Use Permit for the Kensington mine attached to this Declaration as Exhibit 1. I presented the report and recommendations to the CBJ Planning Commission in August 2004. I also prepared the 6-page Notice of Decision for the Allowable Use Permit with conditions dated September 13, 2004, which was adopted by the Planning Commission at its regular meeting on August 31, 2004. The Notice of Decision for the Allowable Use Permit is attached to this Declaration as Exhibit 2.

      3.      CDD and the Planning Commission have evaluated proposals to develop the Kensington mine for over 15 years, starting in 1990, as described in my staff report, Exhibit 1 at pages 5-6.

      4.      In the staff report, I considered and discussed the Kensington mine project proposal under the authority of the CBJ Land Use Code (CBJ Title 49), specifically the regulation of large mines located in the Rural Mining District under CBJ 49.65.115(c),

the allowable use permit requirements and conditions under CBJ 49.15.320, and the Juneau Coastal Management Program under CBJ 49.70.900 *et seq*.

5. The staff report addresses numerous topics including ground, air and water traffic, transportation and parking, lighting at the marine terminals, signage, noise, dust, visual screening, colors at the site, clearing of trees, surface subsidence, avalanches and landslides, and erosion. It also addresses the project under the Juneau Coastal Management Program, with review and input from the Wetlands Review Board, including wetlands, drainage and discharge, filtration, fish habitat, and other environmental issues.

6. Each of these subjects is discussed in the staff report in light of the CBJ ordinances, with recommended conditions set out for the Planning Commission's consideration. In many of these areas, CBJ shares regulatory authority with the federal and state governments. When an area is regulated by federal or state law, the report gives an overview of the federal and state permitting processes and regulatory decisions on the topic.

7. Coeur Alaska's 2004 proposal for the Kensington mine had several significant changes from the 1990's project proposal that were of importance to CBJ, including the following: (1) workers will commute by bus and boat from Juneau to the site, and will not reside at the mine site; (2) marine terminal facilities will be constructed within Berners Bay at Slate Creek Cove and Cascade Point; and (3) tailings will be deposited into Lower Slate Lake and not into a dry tailings facility. Each of these points was addressed in the staff report and considered by the Planning Commission.

8. The Notice of Decision on the Allowable Use Permit contains 39 conditions, including conditions addressing ground, air and water traffic, transportation and parking, lighting at the marine terminals, signage, noise, dust, visual screening, colors at the site, clearing of trees, surface subsidence, avalanches and landslides, and erosion. It also establishes conditions under the authority of the Juneau Coastal Management Program and the Wetlands Review Board addressing wetlands, drainage and discharge, filtration, fish habitat, and other environmental matters.

9. The Allowable Use Permit was not appealed to the CBJ Assembly. The Allowable Use Permit is currently in effect.

10. CBJ will enforce its own permit conditions, and will insist that the federal and state agencies enforce the terms and conditions of the federal and state permits as well. I currently participate in bi-weekly teleconferences on the Kensington mine and the status of its various permits with representatives of Coeur Alaska and each of the federal and state agencies involved with the project.

11. All of the facts set out in the paragraphs above are based on my current knowledge and publicly available information concerning the Kensington mine project.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 4th, 2006, at Juneau, Alaska.

CITY AND BOROUGH OF JUNEAU

Peter Freer
Planning Supervisor
Community Development Department