John W. Hartle
City Attorney
CITY AND BOROUGH OF JUNEAU
155 S. Seward Street
Juneau, Alaska  99801
Ph:  (907)586-5340
Fax:  (907)586-1147
Email:  hartle@cbjlaw.com

Attorney for City and Borough of Juneau
*Amicus Curiae*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| UNITED STATES ARMY CORPS OF ENGINEERS, et al., | ) ) ) |
| Defendants, | ) ) |
| v. | ) ) |
| COEUR ALASKA, INC., et al., | ) ) |
| Intervenor Defendants. | ) Case No.: J05-00012 CV (JKS) ) |

**DECLARATION OF COUNSEL IN SUPPORT OF CBJ'S MOTION TO PARTICIPATE AS *AMICUS CURIAE***

Pursuant to 28 U.S.C. § 1746, I, John W. Hartle, do declare as follows:

1.   I am the City Attorney, general counsel for the City and Borough of

Juneau, Alaska, ("CBJ").

2. The Kensington mine project, the subject of the above-captioned litigation, is located within the boundaries of the CBJ.

3. The CBJ Assembly has directed me to prepare, and file, an *amicus* brief in the above-captioned case, in support of the Kensington mine.

4. I spoke with counsel for the defendants U.S. Army Corps of Engineers and the Forest Service, and was advised that defendants take no position on the city and borough's motion for leave to participate as *amicus*.

5. I spoke with counsel for the plaintiffs and was advised that plaintiffs do not oppose the city and borough's motion for leave to participate as *amicus*.

6. I spoke with counsel for each of the intervenors, Coeur Alaska, Inc., Goldbelt, Inc., and the State of Alaska, and was advised that intervenors do not oppose the city and borough's motion for leave to participate as *amicus*.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 4th, 2006, at Juneau, Alaska.

CITY AND BOROUGH OF JUNEAU

_____
John W. Hartle
City Attorney
City and Borough of Juneau
Alaska Bar No. 9112116