- 3 -

4. To avoid any impediment to prompt resolution of the enforcement action, if such a question arises, a discharge will normally be considered to meet the definition of "fill material" in 33 CFR 323.2(k) for each specific case by consideration of the following factors:

   a. The discharge has as its primary purpose or has as one principle purpose of multi-purposes to replace a portion of the waters of the United States with dry land or to raise the bottom elevation.

   b. The discharge results from activities such as road construction or other activities where the material to be discharged is generally identified with construction-type activities.

   c. A principal effect of the discharge is physical loss or physical modification of waters of the United States, including smothering of aquatic life or habitat.

   d. The discharge is heterogeneous in nature and of the type normally associated with sanitary landfill discharges.

5. On the other hand, in the situation in paragraph B.3., a pollutant (other than dredged material) will normally be considered by EPA and the Corps to be subject to Section 402 if it is a discharge in liquid, semi-liquid, or suspended form or if it is a discharge of solid material of a homogeneous nature normally associated with single industry wastes, and from a fixed conveyance, or if trucked, from a single site and set of known processes. These materials include placer mining wastes, phosphate mining wastes, titanium mining wastes, sand and gravel wastes, fly ash, and drilling muds. As appropriate, EPA and the Corps will identify additional such materials.

6. While this document addresses enforcement cases, prospective dischargers who apply for a permit will be encouraged to use the above criteria for purposes of project planning. If a prospective discharger applies for a Section 404 permit based on the considerations in paragraph B.4., or for a Section 402 permit based on the considerations in paragraph

- 4 -

B.5., the application will normally be accepted for processing. If a prospective discharger applies for a 404 permit for discharge of materials that might be hazardous, he shall be advised that discharges of wastes to waters of the United States that are hazardous under RCRA are unlikely to comply with the Section 404(b)(1) Guidelines. To facilitate processing of applications for permits under Sections 402 or 404 for discharges covered by this agreement, an application for such discharge shall not be accepted for processing until the applicant has provided a determination signed by the State or appropriate interstate agency that the proposed discharge will comply with applicable provisions of State law including applicable water quality standards, or evidence of waiver by the State or interstate agency. As mandated under the Clean Water Act, neither a 402 nor a 404 permit will be issued for a discharge of toxic pollutants in toxic amounts. Prospective applicants for Section 402 permits shall be advised that the proposed discharge will be evaluated for compliance with the Act, in particular with Sections 101(a), 301, 303, 304, 307, 402, and 405 of the Act.

C.  <u>Determination of Permit</u>

    1. In enforcement cases, where a question arises under paragraph B.3 as to which permit would be required for a permitless discharge, the enforcing agency will determine whether the criteria in paragraph B.4 or B.5, if either, have been satisfied, with concurrence from the other agency. If the enforcing agency concludes that neither set of the criteria has been met and additional analysis is required to determine which Section applies, or if the necessary concurrence is not forthcoming promptly, the Division Engineer and the Regional Administrator (or designees) will consult and determine which permit program is applicable.

    2. In non-enforcement situations, the agency receiving an application shall determine whether it meets the criteria in paragraphs 4 or 5, as the case may be. If the agency determines that the criteria applicable to its permit program have not been met, it will ask the other agency to determine whether the criteria for the latter's permit program have been met.

- 5 -

If neither agency determines that the criteria for its permit program have been met, the Division Engineer and the RA (or their designees) shall consult and determine which agency shall process the application in question.

D. **Publication in the Federal Register**

Since this Memorandum of Agreement clarifies the definition of fill material with respect to discharges of solid waste into waters of the United States, the parties in this agreement shall jointly publish it in the Federal Register within 45 days after it has been signed.

E. **Effective Dates**

1. This agreement shall take effect 90 days after the date of the last signature below and will continue in effect until modified or revoked by agreement of both parties, or revoked by either party alone upon six months written notice.

2. This agreement automatically expires at such time as EPA has submitted its Report to Congress on the Results of Study of the Adequacy of the Existing Subtitle D Criteria and has published a Notice of Proposed Revisions to the Subtitle D Criteria in the Federal Register, unless the agencies mutually agree that extension of this agreement is needed.

_____ 1/22/86       _____ 1/17/86
Signature            Date              Signature            Date

Assistant Administrator                 Assistant Secretary of
for External Affairs,                   the Army (Civil Works)
U.S. Environmental Protection
Agency

_____ 1/23/86
Signature            Date

Assistant Administrator
for Water
U.S. Environmental Protection
Agency

NPDCO-R                                                    10 February 1987

## DECISION MATRIX FOR DETERMINING WHETHER SPECIFIC WASTE DISCHARGES ARE SUBJECT TO SECTION 404 OR SECTION 402 OF THE CLEAN WATER ACT

1. The decision matrix shown below was developed based on the January 17, 1986 Memorandum of Agreement (MOA) between the Corps of Engineers and the Environmental Protection Agency (EPA) and DAEN-CWO-N multiple letter dated February 4, 1986 regarding that MOA. The purpose of the matrix is to present the criteria described in paragraphs B.4. and B.5. of the MOA in such a way as to provide logical and reproducible decisions regarding which section of the Clean Water Act (Section 404 or Section 402) applies to a specific type of solid waste discharge. It does not include any criteria not already contained in the MOA. It changes neither the requirements to first follow the procedures described in paragraphs B.1., B.2., and B.3., nor the requirement to complete the procedure as described in paragraph B.6.

2. There are a number of discharges which have been specifically designated by the MOA as either Section 404 or Section 402. These are sanitary landfills (404), placer mining wastes (402), phosphate mining wastes (402), titanium mining wastes (402), sand and gravel mining wastes (402), fly ash (402), and drilling muds (402). In the event the discharge under consideration is one of these, there would be no need to proceed through this decision matrix.

[handwritten margin note: road cut & fill = 404]

3. This decision matrix involves five steps. In many instances, however, the decision would be derived without going through all five steps. If the answer to a question at any of the steps clearly indicates either Section 402 or 404 should apply to a particular discharge, there would be no need to proceed further. In the event that the answer at any particular step is unclear or the Corps cannot reach a consensus with EPA on the answer, then the next step should be applied.

### DECISION MATRIX

Step 1 - Is one of the primary purposes of the discharge to replace a portion of the waters of the United States with dry land or to raise its bottom elevation?

A. Yes - Section 404

B. No - Go to Step 2

Step 2 - Is the discharge liquid, semi-liquid, or suspended?

 A. Yes - Section 402

 B. No - Go to Step 3

Step 3 - If the discharge is solid, is it largely homogenous in nature, normally associated with a single industry and from a fixed conveyance, or if trucked, from a single site and set of known processes?

 A. Yes - Section 402

 B. No - Go to Step 4

Step 4 - Is the discharge generally identified with construction-type activities or operation-type activities.

 A. Construction - Section 404

 B. Operation - Section 402

 C. Inconclusive - Go to Step 5

Step 5 - Is the primary effect of the discharge physical loss or modification (i.e., smothering aquatic life or habitat; raising bottom elevation or creating dry land), or is it chemical (reduction of surface water quality; pollution of ground water.)

 A. Physical - Section 404

 B. Chemical - Section 402