Amy Gurton Mead
Robertson, Monagle & Eastaugh
801 W. 10th Street, Suite 300
Juneau, Alaska 99801
(907) 586-3340 (telephone)
(907) 586-6818 (facsimile)
agmead@romea.com

Of Attorneys for
Southeast Conference

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ARMY CORP OF ENGINEERS, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. J05-0012 CV (JKS) <br> ) |

## MOTION FOR LEAVE TO FILE AMICUS BRIEF

Southeast Conference is a private organization membership consisting of 30 communities, nine chambers of commerce, nine native corporations and organizations, and numerous other business, associations, and non-profit groups.[1] It is one of the eleven Alaska Regional Development Organizations, a member of the National Congress for Community Economic Development, and the National Association of Resource Conservation & Development Council organization for the Southeast Alaska region. The

---

[1] See Exh. A for a complete list of current member organizations.

Conference's goal is to "support activities that promote strong economies, healthy communities, and a quality environment in Southeast Alaska."[2]

After much consideration and research, SEC has determined that the Kensington project is vitally important to the Southeast region. SEC respectfully requests that the Court accept its amicus brief, which focuses on the economic impact of the mine with respect to the Southeast region as a whole.

SUBMITTED May 5, 2006.

> s/Amy Gurton Mead
> AMY GURTON MEAD
> Robertson, Monagle & Eastaugh
> 801 W 10th St., Ste. 300
> Juneau, AK 99801
> (907) 586-3340 (telephone)
> (907) 586-6818 (facsimile)
> agmead@romea.com
>
> Of Attorneys for Southeast Conference

---

[2] Exh. B

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 5, 2006, a copy of the foregoing document was served electronically on the following attorneys:

Demian A. Schane
Thomas S. Waldo
Mark Nitczynski
Richard L. Pomeroy
David C. Crosby
Cameron M. Leonard
Ruth Hamilton Heese
John C. Berghoff, Jr.
Michael P. Rissman
Eric B. Fjelstad
Robert A. Maynard
Lawrence L. Hartig
Jim Ustasiewski

_____
Laurie Gyles-Chesnut