Amy Gurton Mead
Robertson, Monagle & Eastaugh
801 W. 10th Street, Suite 300
Juneau, Alaska 99801
(907) 586-3340 (telephone)
(907) 586-6818 (facsimile)
agmead@romea.com

Of Attorneys for
Southeast Conference

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| UNITED STATES ARMY CORP OF ENGINEERS, | ) ) ) |
| Defendants. | ) Case No. J05-0012 CV (JKS) ) |

### ORDER ON SOUTHEAST CONFERENCE'S MOTION FOR LEAVE TO FILE AMICUS BRIEF

Southeast Conference has requested leave to file an amicus brief in the above-captioned case.

SEC's request is granted. The amicus brief filed by Southeast Conference concurrently with its motion is hereby accepted.

DATED _____

_____
James K. Singleton, Jr.
District Court Judge