## SOUTHEAST CONFERENCE MEMBER ORGANIZATIONS

AEG Staffing Services
Alaska Airlines
Alaska Committee
Alaska Electric Light & Power
Alaska Energy Authority
Alaska Marine Highway System
Alaska Marine Lines / Lynden Transport
Alaska Municipal League
Alaska Power & Telephone
Alaska Power Association
Alaska Raptor Center
Alaska Ship & Drydock Inc.
Alaska State Chamber of Commerce
Alaska Department of Transportation
Arrow Refuse
Ballard & Associates
Bartlett Regional Hospital
Baxter Bruce & Sullivan, P.C.
Boyer Towing, Inc.
Boys & Girls Club of Southcentral Alaska
Cape Fox Corporation
Capital Disposal
Carson Dorn, Inc.
Catholic Community Services
Cellular One/Dobson Communications
Center for Community
Central Council Tlingit & Haida Indian Tribes of Alaska
CH2M Hill
Channel Construction, Inc.
Chelan Produce Company
Chilkoot Indian Association
City and Borough of Juneau
City and Borough of Sitka
City and Borough of Yakutat
City of Angoon
City of Coffman Cove
City of Cordova
City of Craig
City of Gustavus
City of Hoonah
City of Kake
City of Kasaan
City of Ketchikan
City of Pelican
City of Petersburg

City of Petersburg Community Development
City of Prince Rupert
City of Saxman
City of Skagway
City of Thorne Bay
City of Whitehorse
City of Wrangell
Coastal Helicopters Inc.
Coeur Alaska, Inc.
Community of Elfin Cove
Craig Clinic (City of Craig)
Cruise West
Dept. of Commerce
Derecktor Shipyards
Diocese of Juneau
DOT/PF
Electric Power Systems, Inc.
Elgee Rehfeld Mertz, LLC
Elliot Bay Design Group
F/V Icy Queen, Inc.
First Bank
First National Bank of Alaska
Four Dam Pool Power Agency
Gastineau Human Services
Glacier Bay National Park & Reserve
Goldbelt, Incorporated
Greater Ketchikan Chamber of Commerce
Greater Sitka Chamber of Commerce
Gustavus Electric Co.
Haines Borough
Haines Chamber of Commerce
Haines Sanitation
Hames Corporation
Holland America Line
Inside Passage Electric Cooperative,  Inc.
Inter-Island Ferry Authority
International Brotherhood of Electrical Workers
Int'l Union of Operating Engineers Local 302
Juneau Chamber of Commerce
Juneau Convention & Visitors Bureau
Juneau Economic Development Council
Kake Tribal Corp
Kennecott Greens Creek Mining Co.
Ketchikan Gateway Borough
Ketchikan General Hospital
Ketchikan Indian Community
Kootznoowoo Inc.
Madison Lumber and Hardware
McDowell Group

Metlakatla Indian Community
Naukati West Inc.
North West CruiseShip Association
Northland Services, Inc.
Office of the Governor
Organized Village of Kake
Petersburg Chamber of Commerce
Petersburg Economic Development Council
PND, Inc.
Polarconsult Alaska Inc.
Port of Bellingham
Portland Canal Development Council
Prince of Wales Chamber of Commerce
Princess Tours
Red Onion Saloon, Inc.
Regional District Kitimat-Stikine
RIDOLFI Inc.
Sargent Preston's Lodge
SE Alaska Rainforest Wild
Sea Level Transport, LLC
Sealaska Corporation
SEARHC
Service Auto Parts, Inc.
Shee Atika Inc.
Sitka Convention & Visitors Bureau
Sitka Economic Development Association
Sitka Tribe of Alaska
Skagway Chamber of Commerce
Southeast Alaska Regional Dive Fisheries Association
Southeast Stevedoring Corp.
Southeast Strategies
State of Alaska
The Boat Company
The Nature Conservancy in Alaska
Thomas Bay Power Authority
Thompson Management Services, Inc.
Tollhouse Energy Company
United Way of SE Alaska
University of Alaska Southeast
US Environmental Protection Agency
USDA Forest Service
USDA Rural Development
Waypoint Inn at Herring Bay
Wells Fargo Bank Alaska
Whale Tail Pharmacy LLC
White Pass & Yukon Route, Ltd.
Wostmann and Associates
Wrangell Chamber of Commerce



**HOT TOPI**
» Annual Mt;
KTN
» 2006 Mid-!
» Resolution
» AK Waters
» 2005 Annu
» Post Meeti
» Legislative
» Newsletter
» SEC in the
» Members F
» SE Confere

Regional Issues
Programs
Calendar & Events
Membership
Members Only
Committees
Links

SITE MAP I ABOUT US I HOME

## Welcome to Southeast Conference

The mission of Southeast Conference is to undertake and support activities that promote strong economies, healthy communities, and a quality environment in Southeast Alaska.

Southeast Conference was formed in 1958 as an association of communities joined to advocate for establishment of the Alaska Marine Highway System. While our commitment to its development and efficient operation continues, Southeast Conference has greatly expanded both its membership base and its overall mission.

Today, Southeast Conference is a regional, nonprofit corporation that advances the collective interests of the people, communities and businesses in southeast Alaska. Members include municipalities, Native corporations and village councils, regional and local businesses, civic organizations and individuals from throughout the region.

Southeast Conference is the State-designated Alaska Regional Development Organization (ARDOR), the federally-designated Economic Development District (EDD), and the federally-designated Resource Conservation and Development Council (RC&D) for Southeast Alaska. Each of these designations requires Southeast Conference to take an active role in regional resource management and economic development planning.



**Southeast Conference**
P.O.Box 21989, Juneau, Alaska 99802-1989.
Phone: (907) 463-3445
Fax: (907) 463-5670
Contact Us email etc.

Copyright © 2002, **Southeast Conference**, all rights reserved.

Site designed by **WebWeavers**, LLC

Exh. B

SOUTHEAST CONFERENCE 2006

## A RESOLUTION IN SUPPORT OF THE KENSINGTON GOLD MINE, AN ENVIRONMENTALLY RESPONSIBLE MINING DEVELOPMENT BY COEUR ALASKA IN JUNEA, ALASKA

(Resolution 06-03)

**WHEREAS**  The Southeast Conference believes the Forest Supervisor's Record of Decision (ROD) is environmentally responsible and is based on an overwhelming abundance of scientific information and sound engineering, and is being implemented by the Regional Forester; and

**WHEREAS**  Coeur's approved Plan of Operation (and the USFS ROD) is supported by the findings of over 900 science and engineering studies; and

**WHEREAS**  Coeur's Plan of Operations for the Lower Slate Lake tailings management facility will result in a net environmental gain by tripling the size of the lake and improving the lake's fishery's habitat creating new higher value wetlands, as compared to eliminating over 130 acres of wetlands at the previously permitted dry stack facility at Comet Beach; and

**WHEREAS**  The U.S. Army Corps' exhaustive engineering and environmental analyses has clearly demonstrated that Slate Lake tailings management proposal is the only "practicable alternative;" it has improved logistics, economics, and Coeur has incorporated the highest level of technology in terms of advanced water treatment and waste management; and

**WHEREAS**  The US Environmental Protection Agency was a cooperating agency in the studies and determination to allow the placing of tailings in Slate Lake; and

**WHEREAS**  The US Environmental Protection Agency has issued the National Pollutant Discharge Elimination System Permit; and

**WHEREAS**  The Southeast Conference is aware that the State of Alaska, the US Army Corps of Engineers, EPA Headquarters, and EPA Region 10 worked very hard together to develop an Alaska-specific tailings management policy (the Regas Memorandum), which is now being implemented; and

**WHEREAS**  Juneau and Southeast Alaska need the 200 plus high-paying jobs and $16 million annual payroll.  We need these jobs to provide an opportunity for our youth to remain here, and not lose them to the Lower 48; and

**WHEREAS**  The new mine plan will result in the deposition of tailings in Slate Lake.  This activity constitutes the placement of inert ground rock particles that are no different than the ground rock particles delivered to Berners Bay by the glaciers and rivers that drain into the bay, and

**WHEREAS**  Coeur has also proposed a contingency water treatment option, should it be necessary to assure all water quality standards will be met, and provides the "reasonable assurance" required by EPA when it issued the Final NPDES Permit; and

Exh. C

SOUTHEAST CONFERENCE 2006

**WHEREAS**   Despite the many environmental improvements and benefits of the new mine plan, several groups led by the Southeast Alaska Conservation Council (SEACC) have filed a lawsuit in a bid to stop the mine development.;

### NOW, THEREFORE, BE IT RESOLVED THAT:

The Southeast Conference at its 2005 Annual Meeting strongly supports the development of the Kensington Gold Mine; and,

### NOW, THEREFORE, BE IT FURTHER RESOLVED THAT:

The Kensington Mine, as now proposed, is a first-rate example of environmentally responsible mining and should serve as a beacon to others; and,

### NOW, THEREFORE, BE IT FURTHER RESOLVED THAT:

SEACC, the Juneau Chapter of the Sierra Club, and Lynn Canal Conservation Society are urged to discontinue their litigation, against the Kensington Gold Mine. Said litigation is harmful to the people of Southeast Alaska, unnecessary, and without merit.

### BE IT FINALLY RESOLVED THAT:

The City and Borough of Juneau is encouraged to intervene in the Kensington Project lawsuit in defense of the Army Corps of Engineers and U.S. Forest Service decisions to permit the Kensington Mine.

Adopted by the Southeast Conference membership on September 28, 2005.

Witness:                          Robert Venables - President Southeast Conference

Attest:                           Rollo Pool, Executive Director

# Southeast Conference 

**An Alaska Regional Development Organization and USDA Resource Conservation and Development Council**

# FISCAL YEAR 2006 WORK PLAN

## MISSION

**Southeast Conference is a private membership organization that works to advance the collective interests of the people, communities, and businesses of Southeast Alaska. It is the Alaska Regional Development Organization (ARDOR), Federal Economic Development District (EDD), and USDA Resource Conservation and Development (RC&D) Council for the region. The Conference's Mission is to help develop strong economies, healthy communities, and a quality environment in Southeast Alaska.**

### GOAL 1
## COMMUNITY  DEVELOPMENT
- Infrastructure Development
- Quality of Life Improvements
- Capacity Building

### GOAL 2
## ECONOMIC  DEVELOPMENT
- Tourism
- Timber
- Fisheries
- Minerals
- Business and Industrial Development

### GOAL 3
## ENVIRONMENTAL  ASSISTANCE
- Environmental Quality

### GOAL 4
## ORGANIZATIONAL  DEVELOPMENT
- Communications
- Development Planning
- Efficiency and Effectiveness

# GOALS, OBJECTIVES, AND TASKS

For a complete understanding of the Goals, Objectives, and Tasks included in this Work Plan, it should be read in the context of the *Comprehensive Economic Development Strategy* that was adopted by the Conference Board on September 21, 2000, with CEDS updates completed in FY02, FY03, and FY04 and FY 05.   A revision will occur in the strategy in 2006.

## Objective 4 - Minerals Development - Southeast Conference will encourage and assist in responsible development in the mining sector of Southeast Alaska's economy.

### *In pursuit of this Objective, during FY-06 Southeast Conference will:*

**Task 1 -**     Work with Juneau Economic Development Council and member mineral organizations to support minerals development in Southeast Alaska.

Assigned to:                          Executive Director / Economic Development
                                              Committee
Performance Period:              7/1/05 - 6/30/06
Performance Measure           Assistance provided.

## Objective 5 - Business and Industrial Development - SEC will assist in promoting the continuation of existing businesses and development of new enterprises and will aid in ensuring that financial resources needed for community and economic development are available.

### *In pursuit of this Objective, during FY-06 Southeast Conference will:*

**Task 1 -**     Coordinate with the Juneau Economic Development Council in recruiting new businesses into the region.

Assigned to:                          Executive Director / Staff / RC&D Coordinators
Performance Period:              7/1/05 - 6/30/06
Performance Measure           Specific coordination efforts

**Task 2 -**     Support utilization of the Juneau Economic Development Council's regional revolving loan fund to ensure organizations throughout the region are aware of it and participate in it if they find it to their benefit.

Assigned to:                          Executive Director / Economic Development
                                              Committee
Performance Period:              7/1/05 - 6/30/06
Performance Measure           Referrals made.

**Task 3 -**     Support the University of Alaska's Small Business Development Center to ensure organizations throughout the region are aware of its programs and capabilities.

Assigned to:                          Executive Director / Economic Development
                                              Committee
Performance Period:              7/1/05 - 6/30/06
Performance Measure           Referrals made.

**Task 4 -**     Support potential new businesses in Southeast Alaska by development of a business opportunity guide (economic inventory) that describes available natural resources, communities, existing transportation infrastructure, available labor pool and other factors

influencing business development. Work with EDA or other sources on a grant to fund the inventory project.

| | |
|---|---|
| Assigned to: | Executive Director / Staff / Economic Development Committee / RC&D Coordinator |
| Performance Period: | 7/1/05 - 6/30/06 |
| Performance Measure | Secured grant; Published and distributed documents. Complete EDA economic inventory grant. |

# SOUTHEAST CONFERENCE 48TH ANNUAL BUSINESS MEETING

## Wednesday, September 28, 2005
## Nolan Center
## Wrangell, Alaska

**I.**  **Call to Order:**
President Murray Walsh called the meeting to order at 3:21 p.m.

**II.**  **Confirm Quorum:**
President Walsh asked Rollo Pool, Executive Director, to confirm that a quorum was present. It was confirmed by Mr. Pool that a quorum of the Board of Directors was present.

**III.**  **Approve Agenda:**
Mike Korsmo moved to accept the agenda as presented. Maxine Thompson seconded the motion. There were none opposed and the motion passed.

**IV.**  **Approve Minutes of 9/23/04:**
A motion was made by Jeannie Johnson to approve the minutes from the 2004 Annual Meeting as presented and was seconded by Carol Rushmore. The minutes were approved without objection.

**V.**  **Treasurer's Report:**
Jeannie Johnson, Treasurer, had reviewed the June 30, 2005 audit which was performed by Elgee, Rehfeld and Mertz. She also noted that Southeast Conference's cash position was $100,000 more than it was at this time last year. Paul Axelson moved to accept the Treasurer's Report as presented with Linda Snow seconding. As there were none opposed, the motion passed.

**VI.**  **Community Annual Meeting Host for FY2007:**
Mike Salazar and Patti Mackey presented a short proposition for the City of Ketchikan to host the FY2007 Annual Meeting. Rosemary Hagavig moved to accept the City of Ketchikan as the next host with Rob Allen seconding the motion. As there were none opposed, the motion passed.

Mike Korsmo said the City of Skagway would like to host the FY2008 Annual Meeting and would present a formal letter of intent to the Executive Director.

Murray Walsh said he will present a resolution at the Mid Session Summit to change the By Laws allowing past presidents eligibility as a committee chair for any SEC committee.

### VIII.   President's Report:

Murray Walsh said how important the past year as president has been to him. He was very proud to have been president and will work hard to bring new and worthy board nominees for next years meeting.

### IX.   Nominating Committee:

Jeannie Johnson, Rosemary Hagavig and Rob Allen will all be leaving as board members and thus were the Nominating Committee for new officers. Before recommendations were made, all three said a few words of farewell and a look back on their terms.

The Committee nominated Robert Venables as President, Carol Rushmore as First Vice President, Jon Bolling as Second Vice President, Hugh Bevan as Treasurer, and Bruce Jones as Secretary. Rob Allen moved to accept the recommendations as presented for new officers. Mike Korsmo seconded the motion and as there were no objections, the motion passed unanimously.

Rob Allen informed the board that Julie Decker, David Stone, and Randy Wannamaker were the new board members from the ballots cast during the last 2 days by members.

The new officers and board members took their respective seats.

Newly appointed President Robert Venables presented Past President Murray Walsh with a plaque of appreciation from the Board, staff and members for his service as president.

### X.   Resolutions

Murray Walsh moved to accept the packet of 11 resolutions that were presented with Bruce Jones seconding. Following is a list of the 11 resolutions:

1. A Resolution Urging the State to Share Revenue with All Alaskan Municipalities;

2. A Resolution Urging the State to Amend the PERS Statutes to Provide for a Maximum Employer Contribution Rate and to Examine Alternative Financing Options for Repayment of Existing Plan Liabilities;

3. A Resolution Supporting the Kensington Gold Mine, An Environmentally Responsible Mining Development by Coeur Alaska in Juneau, Alaska;

4. A Resolution Requesting that the Alaska Marine Highway System Provide Long Range Planning, Consistent Fares and Schedules, and Stable Funding for maintenance, Operation and Expansion of the System to Ensure the Most Effective Service to the Users of the System and the Most Efficient Operation of the Vessels;

5. A Resolution In Support of Improved Ferry Service to Sitka and Villages of Southeast Alaska;

6. A Resolution Supporting Full Funding of the Power Cost Equalization Program (PCE);

7. A Resolution In Support of Sustained Yield Unites for Southeast Alaska

8. A Resolution of Support for the Development of a Southeast Regional Seafood Brand by the Stikine River Seafood Marketing Association;

9. A Resolution Supporting Development of the Historic Hyder mining District Museum Project as a Tourism attraction and Alaska Resource Educational Opportunity;

10. A Resolution In Support of Rural/Municipal Fire Department Facility Upgrades, and;

11. A Resolution Supporting Development of the Bradfield Intertie Segment Which Will Interconnect Southeast Alaska with the North American Energy Grid.

In discussion, Murray Walsh moved that the main motion be amended to pull Resolutions #2 and #11. In a Call to Vote, it was unanimously approved. Duff Mitchell moved to amend the language for Resolution #3 and was seconded by Murray Walsh. The amended language was to add "NOW, Therefore Be It Finally Resolved: that the City and Borough of Juneau is encouraged to intervene in the Kensington Project lawsuit in defense of the Army Corps of Engineers and U.S. Forest Service decisions to permit the Kensington Mine." In a Call to Vote, there were two opposed with the majority in favor. The motion passed. Thom Fischer asked that the Board move on Resolution #11 as soon as possible.

## XI.    Instructions to the Board

J.C. Conley moved that the President and Board write a letter to Congressman Don Young thanking him for his transportation bill. Bob Weinstien seconded the motion. There were none opposed and the motion passed.

It was asked that the following new committees be formed: Military Affairs and Mining. Also suggested was that at the beginning of all meetings, membership and board should honor those serving in the armed forces by some means.

Rob Allen asked that a full retreat be discussed for the Board facilitated by Dennis McMillan of the Foraker Group in the near future.

**XII.    Adjournment**
Carol Rushmore moved to adjourn the membership annual meeting with Murray Walsh seconding the motion. As there were none opposed, the meeting was adjourned at 4:15 p.m.

## A RESOLUTION SUPPORTING COEUR ALASKA'S KENSINGTON MINE AS A REGIONAL ECONOMIC DEVELOPMENT AND EMPLOYMENT OPPORTUNITY FOR SOUTHEAST ALASKANS

### (Resolution 05-19)

**WHEREAS**    Coeur Alaska is in the final stages of securing positive approval on its multiple federal and state permits; and

**WHEREAS**    Coeur Alaska has publicly committed to recruiting and hiring its future employees from Southeast Alaska communities; and

**WHEREAS**    Coeur Alaska is a member of the Berners Bay Consortium Human Resources Corporation established in 1995 and made up of Klukwan, Inc. of Haines, Goldbelt Corporation of Juneau and Kake Tribal Corporation of Kake for the purpose of developing recruitment and training opportunities for Native Alaskans; and

**WHEREAS**    The Kensington mine utilizes the best management practices in its proposed operations.

### NOW, THEREFORE, BE IT RESOLVED THAT:

Southeast Conference supports Coeur Alaska in its permitting process, its future role as an economic engine in Southeast Alaska and in its success as a Southeast Alaska regional employer of high-paying jobs.

Adopted by the Southeast Conference membership on September 23, 2004.

Witness:

_____
Murray Walsh - President Southeast Conference

Attest:

_____
Rollo Pool, Executive Director

Exh. F

# Southeast Alaska Economic Profile

Southeast Alaska is made up of 23 incorporated communities and about 16 unincorporated communities. All but a handful of those communities are located on islands. The largest community in the region (Juneau), though it is located on the mainland, does not have road access to any other community. Most communities are accessed by commercial or private plane, state ferries, commercial tours and charters, or private boat. Much of the region's freight is transported by water via commercial barges and the state ferry, and a small amount travels by air and by highway for the three communities with road connections.

Population

Table 1 shows the population changes since 1990 in Southeast Alaska's boroughs and census areas. The region as a whole experienced slow population growth until about 1997, although some communities had been losing population before that time. Between 1997 and 2004, the region lost 4,166 residents. Between 2003 and 2004, even Juneau (the most growth-oriented community in the region) lost population. A look at the elements of population change shows that there has been natural growth (births minus deaths) in the region while the population dropped. The cause of the population decrease is out migration. Anecdotal evidence suggests the people who are leaving are in the 25 to 35 yr age range. In-migration minus out-migration between 2003 and 2004 resulted in a net out-migration of 4,572 people from the region. That exodus combined with a 2,112 person natural increase resulted in 2,460 less people in the Southeast Alaska.

**Table 1**
**Southeast Alaska Population Trends**
**By Borough and Census Area (CA)**

| | 2004 | 2000 | 1990 | Change 2000-2004 | 1990-2000 | Natural Increase (Births-Deaths) 2000-2004* | Net Migration (In-Out) 2000-2004* |
|---|---|---|---|---|---|---|---|
| **Southeast Region Total** | 70,622 | 73,082 | 68,989 | -2,460 | 4,093 | 2,112 | -4,572 |
| Haines Borough | 2,245 | 2,392 | 2,117 | -147 | 275 | 10 | -157 |
| Juneau City and Borough | 30,966 | 30,711 | 26,751 | 255 | 3,960 | 1,109 | -854 |
| Ketchikan Gateway Borough | 13,030 | 14,059 | 13,828 | -1,029 | 231 | 353 | -1,382 |
| Prince of Wales-Outer Ketchikan CA | 5,548 | 6,157 | 6,278 | -609 | -121 | 176 | -785 |
| Sitka City and Borough | 8,805 | 8,835 | 8,588 | -30 | 247 | 304 | -334 |
| Skagway-Hoonah-Angoon CA | 3,101 | 3,436 | 3,680 | -335 | -244 | 51 | -386 |
| Wrangell-Petersburg CA | 6,247 | 6,684 | 7,042 | -437 | -358 | 97 | -534 |
| Yakutat City and Borough | 680 | 808 | 705 | -128 | 103 | 12 | -140 |

Source: Alaska Department of Labor and Workforce Development (AKDOL).
*Natural Increase and Net Migration were calculated between 04/01/2000 (U.S. Census count) and 06/30/2004 (AKDOL estimate).

Much of the population loss in the Prince of Wales-Outer Ketchikan and Wrangell-Petersburg Census Areas is due to decline in the timber harvest and manufacturing industries. A

Exh. G

secondary cause of population decline in the region is a slowing in the commercial fishing industry. In addition, reductions in State and Federal funds available to communities and high fuel prices have curtailed municipal services offered and increased cost of living in small communities, resulting in out-migration. Table 3 lists Southeast Alaska communities that have gained or lost five percent or greater of their population between 2003 and 2004.

**Table 2**
**Population Change in Southeast Alaska**

| | Estimate 2004 | Estimate 2003 | Census 2000 | Change 03-04 | Change 00-04 | Avg Annual Change 03-04 | Avg Annual Change 00-04 |
|---|---|---|---|---|---|---|---|
| **Population Gain** | | | | | | | |
| Kupreanof city (WRG-PSG) | 38 | 30 | 23 | 8 | 15 | 26.7% | 11.6% |
| Whale Pass CDP (POW-OK) | 81 | 67 | 58 | 14 | 23 | 20.9% | 7.8% |
| Gustavus city (SKG-HNH) | 473 | 438 | 429 | 35 | 44 | 8.0% | 2.3% |
| Coffman Cove city (POW-OK) | 177 | 164 | 199 | 13 | -22 | 7.9% | -2.8% |
| Hyder CDP (POW-OK) | 83 | 77 | 97 | 6 | -14 | 7.8% | -3.7% |
| Kasaan city (POW-OK) | 60 | 57 | 39 | 3 | 21 | 5.3% | 10.0% |
| **Population Loss** | | | | | | | |
| Whitestone Logging Camp CDP (SKG-HNH) | 0 | 60 | 116 | -60 | -116 | -100.0% | -47.1% |
| Game Creek CDP (SKG-HNH) | 26 | 36 | 35 | -10 | -9 | -27.8% | -6.9% |
| Point Baker CDP (POW-OK) | 24 | 33 | 35 | -9 | -11 | -27.3% | -8.8% |
| Excursion Inlet CDP (Haines) | 9 | 12 | 10 | -3 | -1 | -25.0% | -2.5% |
| Meyers Chuck CDP (POW-OK) | 14 | 18 | 21 | -4 | -7 | -22.2% | -9.4% |
| Elfin Cove CDP (SKG-HNH) | 26 | 32 | 32 | -6 | -6 | -18.8% | -4.9% |
| Port Protection CDP (POW-OK) | 47 | 57 | 63 | -10 | -16 | -17.5% | -6.8% |
| Thoms Place CDP (WRG-PSG) | 10 | 12 | 22 | -2 | -12 | -16.7% | -17.6% |
| Haines CDP (townsite) | 1,562 | 1,704 | 1,811 | -142 | -249 | -8.3% | -3.5% |
| Saxman city (Ketchikan) | 391 | 424 | 431 | -33 | -40 | -7.8% | -2.3% |
| Hollis CDP (POW-OK) | 165 | 175 | 139 | -10 | 26 | -5.7% | -4.0% |
| Hydaburg city (POW-OK) | 349 | 369 | 382 | -20 | -33 | -5.4% | -2.1% |
| Angoon city (SKG-HNH) | 481 | 507 | 572 | -26 | -91 | -5.1% | -4.1% |

Source: Alaska Department of Labor and Workforce Development.
Notes: Borough or Census Area (CA) abbreviations appear after the community name. POW-OK = Prince of Wales-Outer Ketchikan CA, SKG-HNH = Skagway-Hoonah-Angoon CA, and WRG-PSG = Wrangell-Petersburg CA.
    CDP = Census Designated Place.

Two communities (both logging camps) have become completely depopulated recently - Cube Cove in 2002 and Whitestone Logging Camp in 2003.

Employment

A look at changes in employment in the region can help shed light on the population loss. Table 3 presents employment in Southeast Alaska between 2001 and 2004. Total employment in the region was the same in 2001 and 2004 (35,950), but it rose in 2002, and dropped again by 1.1% between 2003 and 2004. The largest drop in employment between 2003 and 2004 was in goods producing sectors such as seafood processing and construction. Natural resources and

mining jobs continued to decline with a loss of 7.7% between 2003 and 2004, for a total loss of 25% between 2001 and 2004.  State and local governments have lost jobs in 2004, while Federal and tribal governments have gained jobs.  Federal and tribal government jobs have increased 17.1% and 45.5% respectively between 2001 and 2004.

### Table 3
### Employment in Southeast Alaska by Industry, 2001 to 2004

| Industry | 2004 Preliminary | 2003 | 2002 | 2001 | Change 03-04 | Change 01-04 |
|---|---|---|---|---|---|---|
| Total Nonfarm Industries | 35,950 | 36,350 | 35,800 | 35,950 | -1.1% | 0.0% |
| Goods Producing | 3,950 | 4,300 | 4,050 | 4,300 | -8.1% | -8.1% |
| Services Providing | 32,000 | 32,050 | 31,750 | 31,650 | -0.2% | 1.1% |
| Natural Resources & Mining | 600 | 650 | 650 | 800 | -7.7% | -25.0% |
| Construction | 1,500 | 1,700 | 1,600 | 1,600 | -11.8% | -6.3% |
| Manufacturing | 1,850 | 1,950 | 1,800 | 1,850 | -5.1% | 0.0% |
| Seafood Processing | 1,450 | 1,550 | 1,350 | 1,300 | -6.5% | 11.5% |
| Trade/Transportation/Utilities | 7,150 | 6,950 | 7,000 | 7,100 | 2.9% | 0.7% |
| Retail Trade | 4,550 | 4,400 | 4,350 | 4,250 | 3.4% | 7.1% |
| Information | 600 | 550 | 500 | 550 | 9.1% | 9.1% |
| Financial Activities | 1,250 | 1,300 | 1,250 | 1,300 | -3.8% | -3.8% |
| Professional & Business Svcs | 1,350 | 1,350 | 1,300 | 1,350 | 0.0% | 0.0% |
| Educational & Health Services | 3,450 | 3,450 | 3,400 | 3,200 | 0.0% | 7.8% |
| Leisure & Hospitality | 3,450 | 3,550 | 3,750 | 3,750 | -2.8% | -8.0% |
| Other Services | 1,200 | 1,150 | 1,150 | 1,150 | 4.3% | 4.3% |
| Government | 13,550 | 13,750 | 13,450 | 13,200 | -1.5% | 2.7% |
| Federal Government | 2,050 | 1,950 | 1,850 | 1,750 | 5.1% | 17.1% |
| State Government | 5,450 | 5,650 | 5,600 | 5,450 | -3.5% | 0.0% |
| Local Government | 6,050 | 6,150 | 6,000 | 5,950 | -1.6% | 1.7% |
| Tribal Government* | 800 | 700 | 750 | 550 | 14.3% | 45.5% |

Source: Alaska Department of Labor and Workforce Development (AKDOL).
Note:  Does not include self-employed persons such as sole proprietors or commercial fishers.
*The reporting industry for certain federally recognized tribal entities changed from Tribal Government to Local Government in 2001.

Table 4 presents average annual earnings by industry in Southeast Alaska between 2001 and 2004.  Although wages appear to be rising, they have not kept pace with inflation, so actual earning power of wages has been eroding.  The inflation-adjusted (2004 dollars) value of average annual wages in 2001 in Southeast Alaska was $34,148, compared to $33,552 in 2004, for a loss of $596 in annual earning power.  In addition, jobs in some of our highest-earning industries such as natural resources and mining, and construction are the jobs that Southeast Alaska is losing, causing additional erosion in income to the region.

**Table 4**
**Average Annual Wages in Southeast Alaska**
**2001 to 2004**

| | 2004 Preliminary | 2003 | 2002 | 2001 |
|---|---|---|---|---|
| Total, All Industries | $33,552 | $33,159 | $32,165 | $31,531 |
| Total, All Private Industries | $29,240 | $29,074 | $28,044 | $27,738 |
| Goods-Producing | $38,588 | $41,505 | $40,954 | $41,100 |
| Natural Resources and Mining | $54,104 | $53,331 | $55,004 | $50,898 |
| Construction | $42,614 | $48,704 | $46,045 | $46,012 |
| Manufacturing | $29,033 | $29,227 | $29,287 | $31,243 |
| Trade, Transportation, and Utilities | $27,802 | $26,899 | $26,408 | $26,290 |
| Information | $36,671 | $33,282 | $33,058 | $31,917 |
| Financial Activities | $35,821 | $34,632 | $31,638 | $31,606 |
| Professional and Business Services | $31,315 | $29,571 | $28,312 | $27,939 |
| Education and Health Services | $32,985 | $31,681 | $31,077 | $29,582 |
| Leisure and Hospitality | $16,231 | $15,516 | $14,596 | $14,228 |
| Other Services | $19,488 | $19,279 | $19,110 | $18,716 |
| Total Government | $40,827 | $39,899 | $38,997 | $38,094 |
| Federal Government | $58,997 | $56,476 | $54,560 | $53,685 |
| State Government | $40,661 | $40,242 | $39,341 | $38,674 |
| Local Government | $34,644 | $34,117 | $33,720 | $32,770 |

Source: Alaska Department of Labor and Workforce Development (AKDOL).
Notes: Does not include self-employed persons such as sole proprietors and commercial fishers.

Economic Activity

Major economic sectors that bring money into Southeast Alaska from outside the region (basic industries) include commercial fishing, timber, mining, tourism, and some government jobs (mostly State and Federal government). Manufacturing is also considered a basic industry, and is made up mostly of fish and timber processing businesses.

*Commercial Fish Harvest and Processing*

While fish processing jobs and earnings are included in regional totals in Tables 3 and 4, fish harvesting is considered a form of self-employment, and is not reported to the Alaska Department of Labor and Workforce Development, so is not included in those counts. Table 5 presents the number of commercial fishing permits and crew licenses issued to Southeast Alaska residents in 2000 and 2004. Between those years, the region lost 6.5% of its permit holders and 14.9% of its crew members. The largest loss in permits over that time was in Prince of Wales/Outer Ketchikan Census Area (CA) with a 12.9% loss, Skagway/Hoonah/ Angoon CA with a 12.7% loss, and Haines Borough with a 10.9% loss in permit holders. The City and Borough of Yakutat lost 37.0% of its crew members between 2000 and 2004, followed by Haines Borough with a 34.6% loss, Ketchikan Gateway Borough with a 29.0% loss, and the Skagway/Hoonah/Angoon CA with a 19.4% loss.

**Table 5**
**Southeast Alaska Residents with Commercial Fishing Permits**
**and Crew Licenses, 2004 and 2000**

|  | 2004 Permit Holders | 2004 Crew License Holders | 2000 Permit Holders | 2000 Crew License Holders |
|---|---|---|---|---|
| Haines Borough | 114 | 89 | 128 | 136 |
| City and Borough of Juneau | 472 | 366 | 521 | 412 |
| Ketchikan Gateway Borough | 354 | 301 | 391 | 424 |
| Prince of Wales/Outer Ketchikan | 357 | 316 | 410 | 322 |
| City and Borough of Sitka | 589 | 517 | 583 | 565 |
| Skagway/Hoonah/Angoon CA | 254 | 158 | 291 | 196 |
| Wrangell/Petersburg CA | 791 | 622 | 818 | 717 |
| City and Borough of Yakutat | 157 | 29 | 161 | 46 |
| **TOTAL** | **3,088** | **2,398** | **3,303** | **2,818** |

Source: Alaska Commercial Fisheries Entry Commission.

Table 6 presents the number of resident commercial fishers in Southeast Alaska communities, pounds of fish landed and value of fish landed by those fishers. These fish were not necessarily caught or landed in Southeast Alaska, but they were caught by Southeast Alaska residents, and the earnings accrue to those resident permit holders. Because 2004 data is preliminary and will likely increase, and 2003 data is missing some information from a confidential Yakutat fishery, it is difficult to fully quantify the changes in those years. However, it appears from the table that while the number of pounds landed has generally increased, the number of permit holders fishing, and the value of that catch has generally declined over time. Anecdotal evidence suggests that the markets for wild Alaska seafood are strong and price is higher in 2005 than in recent years.

**Table 6**
**Commercial Fishing Activity by Southeast Alaska Residents**

| | 2004 Prelim. | 2003* | 2002 | 2000 | 1995 | 1990 |
|---|---|---|---|---|---|---|
| **Southeast Region Total** | | | | | | |
| **Number of Permit Holders** | 3,099 | 3,143 | 3,196 | 3,313 | 3,735 | 3,966 |
| **Pounds Landed (1,000)** | 195,688.5 | 196,781.8 | 166,577.0 | 148,710.5 | 180,385.3 | 159,167.4 |
| **Dollar Value ($1,000)** | $89,606.7 | $121,341.2 | $104,201.7 | $128,182.2 | $166,493.9 | $178,750.3 |
| Haines Borough | | | | | | |
| Number of Permit Holders | 114 | 106 | 119 | 127 | 148 | 142 |
| Pounds Landed (1,000) | 5,719.9 | 3,829.1 | 5,153.5 | 6,842.7 | 7,809.8 | 4,394.9 |
| Dollar Value ($1,000) | $2,575.5 | $2,573.2 | $2,788.5 | $4,092.3 | $5,628.6 | $6,497.3 |
| Juneau City and Borough | | | | | | |
| Number of Permit Holders | 474 | 496 | 508 | 521 | 553 | 718 |
| Pounds Landed (1,000) | 19,627.6 | 22,935.9 | 18,385.3 | 17,496.6 | 20,760.4 | 17,973.8 |
| Dollar Value ($1,000) | $11,918.6 | $16,094.3 | $13,740.2 | $16,372.9 | $20,453.2 | $24,874.1 |
| Ketchikan Gateway Borough | | | | | | |
| Number of Permit Holders | 356 | 373 | 387 | 395 | 504 | 518 |
| Pounds Landed (1,000) | 37,864.8 | 35,749.2 | 30,787.9 | 27,350.0 | 38,253.9 | 29,868.4 |
| Dollar Value ($1,000) | $10,328.0 | $11,773.5 | $10,293.5 | $13,921.0 | $21,014.7 | $23,786.6 |
| Prince of Wales-Outer Ketchikan CA | | | | | | |
| Number of Permit Holders | 359 | 368 | 380 | 410 | 491 | 459 |
| Pounds Landed (1,000) | 12,607.2 | 10,592.6 | 9,693.9 | 8,739.9 | 11,809.0 | 10,523.7 |
| Dollar Value ($1,000) | $3,895.9 | $7,196.7 | $5,729.0 | $7,277.2 | $10,172.4 | $12,188.8 |
| Sitka City and Borough | | | | | | |
| Number of Permit Holders | 590 | 591 | 582 | 586 | 621 | 678 |
| Pounds Landed (1,000) | 33,948.6 | 28,470.6 | 26,508.1 | 29,144.6 | 26,302.0 | 22,682.3 |
| Dollar Value ($1,000) | $22,625.6 | $27,856.1 | $24,087.2 | $32,041.1 | $31,639.6 | $30,564.1 |
| Skagway-Hoonah-Angoon CA | | | | | | |
| Number of Permit Holders | 256 | 267 | 270 | 293 | 342 | 386 |
| Pounds Landed (1,000) | 4,015.7 | 6,839.8 | 4,986.0 | 4,758.2 | 8,758.6 | 9,179.6 |
| Dollar Value ($1,000) | $4,070.3 | $6,928.9 | $5,735.0 | $6,272.6 | $10,735.4 | $12,526.3 |
| Wrangell-Petersburg CA | | | | | | |
| Number of Permit Holders | 793 | 788 | 795 | 819 | 910 | 911 |
| Pounds Landed (1,000) | 79,618.0 | 86,656.3 | 68,383.9 | 52,577.6 | 63,160.4 | 61,214.9 |
| Dollar Value ($1,000) | $32,304.6 | $47,582.6 | $40,666.6 | $46,697.9 | $63,933.4 | $62,748.3 |
| Yakutat City and Borough* | | | | | | |
| Number of Permit Holders | 157 | 154 | 155 | 162 | 166 | 154 |
| Pounds Landed (1,000) | 2,286.6 | 1,708.3 | 2,678.4 | 1,800.9 | 3,531.2 | 3,329.8 |
| Dollar Value ($1,000) | $1,888.2 | $1,335.8 | $1,161.9 | $1,507.3 | $2,916.6 | $5,564.9 |

Source:  Alaska Commercial Fisheries Entry Commission.
*Yakutat 2003 totals are missing some pounds landed and dollar values due to confidentiality, which will
   carry through to the regional totals.
Notes:  1. Adjusted for inflation to 2004 dollars.
          2. Preliminary figures are generally low, so 2004 totals will likely increase.

A look at active commercial fishing permits owned by all Alaska residents and nonresidents shows that in 1990, 81.2% of active permits were owned by Alaska residents, and in 2004, only 77.4% of active permits were owned by Alaska residents.

Seafood processing activity in Southeast Alaska has slowed in recent years. In 2003, Wards Cove Packing Company ceased operation of nine salmon processing plants in Alaska (three in Southeast Alaska). However, the plants were purchased and are operating again, and seafood processing employment, despite some fluctuation, appears to be strong in the region. Employment and earnings in the seafood processing industry are reported under the manufacturing category in Tables 3 and 4.

### Timber Harvest and Processing

The Tongass National Forest makes up about 80% of the land in Southeast Alaska. The U.S. Forest Service (USFS) let 50-year timber harvest contracts in the Tongass which fed large pulp mills in Ketchikan and Sitka, and other mills around the region for many years. Many small communities in the region started as logging camps. USFS timber supply contracts have been sharply curtailed in recent years, and pulp mills in Sitka and Ketchikan closed down in 1993 and 1997 respectively. Sawmills around the region also closed, and while some have reopened for a time, few are currently operating. Southern Southeast Alaska communities were the hardest hit by the loss of timber harvest and processing jobs in the region due to a lack of timber available from the Tongass. Timber harvest continues on State and private lands in the region. A ban on export of unprocessed timber from Federal lands does not apply to State and private lands. Since the Asian market for round logs is strong, much of that timber harvested from non-federal lands is exported in unprocessed form, and no local processing jobs are created in the region.

The USFS still has substantial holdings of timber suitable for harvest. While the current political climate has hindered sales of many USFS timber stands, a few small mills have been able to operate with what is available. Mills would prefer to have three years worth of timber on contract, and that has been difficult to obtain because nearly every timber sale is has been subject to litigation. The future harvest on USFS lands is largely dependant upon national politics, yet recent stronger markets for Alaska wood products and pushes for more contract sales by regional and industry forces may also impact the availability of timber for harvest. Businesses in Ketchikan and Wrangell are looking into reopening mills there, and a recent study by the USFS and the University of Alaska Southeast has outlined the conditions and need for an MDF plant to utilize mill waste and low quality wood in the region. Consequently, the future of timber harvest on USFS lands and associated processing is uncertain.

Table 7 shows historic harvest in the Tongass National Forest (since 1982) and its related employment. This harvest and employment does not include timber harvested on State or private lands, so does not represent total employment in the timber harvest and processing industry in Southeast Alaska. There is a ban of exporting unprocessed timber (except for some cedar species) harvested from Tongass National Forest lands. Since there is a strong market in Asia for round logs, most of the timber harvested on State and private lands is exported unprocessed, so no timber processing jobs are associated with operations on these lands. Sealaska, a regional Native corporation, has large timber holdings in Southern Southeast Alaska and generally harvests between 50 and 70 Millions of Board Feet (MMBF) annually. According to an economic report on Sealaska operations in Southeast Alaska by the McDowell Group, about 335 full and part time jobs with $12 million in annual payroll resulted from

Sealaska timber operations in Southeast Alaska in 2003. Sealaska still has significant timber holdings in the region, and expects to continue similar level of harvest into the future.

**Table 7**
**Harvest and Employment in the Tongass National Forest**
**1982 to 2003**

| Year | Tongass Harvest (MMBF)* | Related Employment | Employment per MMBF of Harvest |
|------|-------------------------|---------------------|--------------------------------|
| 2003* | 51.3 | 323 | 6.3 |
| 2002 | 33.8 | 195 | 5.8 |
| 2001 | 47.8 | 387 | 8.1 |
| 2000 | 146.9 | 623 | 4.2 |
| 1999 | 145.8 | 671 | 4.6 |
| 1998 | 119.5 | 959 | 8.0 |
| 1997 | 106.6 | 1,325 | 12.4 |
| 1996 | 120.2 | 1,558 | 13.0 |
| 1995 | 221.2 | 1,519 | 6.9 |
| 1994 | 275.8 | 1,669 | 6.1 |
| 1993 | 325.4 | 2,060 | 6.3 |
| 1992 | 369.7 | 2,236 | 6.0 |
| 1991 | 363.8 | 2,387 | 6.6 |
| 1990 | 470.7 | 2,522 | 5.4 |
| 1989 | 445.0 | 2,569 | 5.8 |
| 1988 | 396.0 | 2,370 | 6.0 |
| 1987 | 336.0 | 2,098 | 6.2 |
| 1986 | 290.0 | 1,795 | 6.2 |
| 1985 | 181.0 | 1,502 | 8.3 |
| 1984 | 281.0 | 1,608 | 5.7 |
| 1983 | 250.0 | 1,857 | 7.4 |
| 1982 | 370.0 | 1,850 | 5.0 |

Sources: 1982 – 2002 data from Timber Markets Update and Analysis of an Integrated SE
Alaska Forest Products Industry, by McDowell Group for SE Conference, Sept. 2004.
*2003 data from U,S, Forest Service and includes harvest and processing employment.
Note: This is harvest in the Tongass National Forest only, and does not include
harvest on State or private lands or the employment associated with it.

*Mining*

As with timber and fisheries, Southeast Alaska has a tremendous resource of minerals. The region's mineral deposits are large and diverse. Deposits include gold, silver, lead, zinc, copper, molybdenum, platinum, limestone, marble, and even uranium and rare earth minerals. Deposits also include rock, sand and gravel used in construction around the region.

Mining has played a large part in the history of the region. Prince of Wales Island had the first gold mine in Alaska, supplied the world with first class marble for buildings for years. Gold was discovered in Juneau in 1880, and the area hosted one of the largest gold mine operations in the world. Currently, the Kennecott Green's Creek mine on Admiralty Island is the largest silver

mine in North America. The Calder Mine on Prince of Wales Island is poised to again begin producing pharmaceutical grade limestone and high-grade marble. Kensington Gold Mine in Lynn Canal is completing its permitting process and could begin construction sometime in 2005.

Exploration and examination of other mineral bodies in the region is ongoing. Mine development is mostly dependant on mineral market prices, which have been rising due to strong demand for mineral commodities in developing countries. Undeveloped deposits of base metals in the region (iron, copper, zinc and nickel) are small compared to some areas of Alaska (Red Dog Mine near Kotzebue, for instance), and will likely not see production for a long while. Precious metal deposits (gold, silver and platinum) could see production if market prices continue to rise. Uranium stockpiles worldwide are low and more small reactors are being built, so the demand for uranium is high. As metal prices increase, more exploration and drilling could occur in the region.

Two promising prospects in the region are the Woewodski Island Project southwest of Petersburg, and the Union Bay Project north of Ketchikan. Woewodski Island is being explored by Bravo Venture Group, Inc, and is showing promising deposits of silver, zinc, lead, and a little gold. The Union Bay Project is also in the exploration phase. Freegold Ventures, Pacific North West Capital and Lonmin Plc set a 2004 exploration budget of $1.2 million for this project, which shows promising deposits of platinum, with some copper and palladium.

Natural resources and mining jobs in Southeast Alaska (most of which is mining jobs) paid an average annual wage of about $54,104 in 2004. While these are not the highest wage jobs in the region (Federal government wages are higher), the wages are certainly higher than the average annual regional wage of $33,552.

### Tourism

In 2004, about 884,000 cruise ship passengers traveled to Southeast Alaska, up nearly 14% from the prior year. The majority made ports of call at the larger communities, but a few traveled to more rural areas. Hoonah began receiving cruise ships last year, and visitation to their facility will likely continue to grow. A 2001 study by Northern Economics for the Alaska Department of Commerce, Community and Economic Development states that cruiseship passengers have a median expenditure per trip of about $293 (inflation adjusted to current dollars), which would bring over $259 million into the state from those visitors, most of it being spent in Southeast Alaska.

Travelers also come to Southeast Alaska communities via the Alaska Marine Highway System (ferries) and airplane, but with those modes of travel it is difficult to determine which travelers are visitors and which are residents. In 2004, 240,666 passengers traveled on State ferries in the region. Some of these visitors may have been from outside of the region, and some may have been Southeast Alaska residents. Similarly with air travel, some travelers are visitors from inside the region, while others are regional residents.

The larger communities in the region reap economic benefits from residents of surrounding communities traveling to the regional hubs to shop or obtain services, or to connect to transportation to take them out of the region. These residents are also visitors in the regional hubs, and while they often get hotel rooms, rent cars and eat at restaurants, they also spend money on goods and services not available in their communities. These neighboring community visitors bring greater economic benefits to the region's larger communities than do out-of-region visitors because repeat visits and large purchases of goods and services.

While the number of visitors to the region seems to increase every year, some types of visitor tend to have a greater economic impact than others. Cruiseship and jet airplane traffic is up, and ferry and small air carrier traffic is has decreased in the past few years. Employment in the leisure and hospitality industry in Southeast Alaska has declined recently, down 2.8% between 2003 and 2004, and down 8.0% between 2001 and 2004. As ferry and plane passengers spend more per visit, the drop off in visitation by travelers using these modes may dampen economic benefits to the industry in the region.

Another indicator of the Southeast Alaska visitor industry's health is the number of charter fishing boats operating in the region. Table 8 shows the number of charter fishing boats operating in the region between 1998 and 2004. Although the number fluctuates some during those years, the average change over the time period is positive, with an average growth rate of 0.4% per year.

**Table 8**
**Charter Fish Boats Operating in Southeast Alaska, 1998 to 2004**

| Year | Charter Boats |
|------|---------------|
| 2004 | 1,301 |
| 2003 | 1,294 |
| 2002 | 1,288 |
| 2001 | 1,343 |
| 2000 | 1,345 |
| 1999 | 1,331 |
| 1998 | 1,271 |

Source: Alaska Commercial Fisheries Entry Commission.

*Government*

As is evident in Table 3, both State and local government employment have declined in recent years. State budget reductions have contributed to loss in State government employment. That budget tightening has also severely reduced municipal revenue sharing program, which has resulted in budget and job cuts at local government levels. Federal budget cuts will also impact both State and local government programs in the future, likely leading to further job reductions. While high oil prices have temporarily given a boost to State budgets, the State did not reinstate local revenue sharing and those high oil prices are severely impacting local government, local businesses, and cost of living in Southeast Alaska. Federal government jobs are on the increase in the region, likely due to homeland security and transportation security agency requirements. Tribal government jobs have also increased considerably in the past several years.

*Other Important Economic Sectors*

While retirement is not generally considered an industry, retired persons should be counted in this economy as jobs. Retired persons who settle in Southeast Alaska spend their retirement "paychecks" to live as any other worker would spend their paychecks. Most retirement income originates outside of the community, classifying this group as a basic industry. Retirement is a clean and quiet industry, creating less pollution than most business sectors in the community. It is an industry that heavily supports our health care and social services sectors. Also, the region

benefits because senior citizens tend to give to their communities through volunteerism, and families whose elders stay here to retire are happier.  In 2003, 5,659 people age 65 and over lived in Southeast Alaska, making this industry about the same size as the State government sector, which employed 5,650 people in the region in that year. Senior citizens brought nearly $650 million in retirement benefits and social security income to the region in 2002 (the latest year of available data from the U.S. Bureau of Economic Analysis).  In addition, they have income from Medicare, investments and savings, private annuities and insurances, and other sources that they spend in Southeast Alaska.

The health and social services sector is on the fastest growing in the state and the region.  In 2003, 3,234 people were employed in this industry, and earned about $97 million in wages. Major employers in the region include Southeast Alaska Regional Health Consortium (SEARHC), Bartlett Regional Hospital, Ketchikan General Hospital, and Sitka Community Hospital.  Trained health care professionals are in high demand in the region, and continued growth in the industry is expected.

The majority of the regional jobs in the manufacturing industry are in fish and timber products manufacturing.  Another fast-growing manufacturing sector is the bottled water industry.  Water bottling plants are currently operating or being developed in Hyder, Metlakatla, Petersburg, Sitka and Juneau.  Water in Southeast Alaska is used in another way to benefit the economy. Hydroelectric facilities provide low cost renewable locally generated power to many of the region's largest community, and plans to connect many rural Southeast Alaska communities by an intertie are moving forward rapidly.

*This document was researched and written by Linda J. Snow of Southeast Strategies as part of an Economic Inventory project that was paid through a grant from EDA (Economic Development Administration).*

# Southeast Conference 

*P.O. Box 21989   Juneau Alaska 99802-1989   Tel. (907) 463-3445   Fax (907) 463-5670*

August 5, 2004

Cindi Godsey
Office of Water Director
EPA Region 10
1200 Sixth Avenue, OW-130
Seattle, WA 98101

**R.E.: Kensington Gold Mine NPDES TESTIMONY**

Dear Ms. Godsey:

Southeast Conference is a 45-year-old membership organization consisting of 30 communities (all first- and second-class cities in this region), nine chambers of commerce, nine native corporations and organizations, and numerous other businesses, associations and non-profit groups. No other group in Southeast Alaska has the diversity and depth of membership that we do. Our mission is to promote a strong economy, healthy communities and a quality environment.

In June 2004, the conference board of directors adopted a work plan for FY 05 that includes an economic development objective of continued support for responsible minerals development in the region. We believe that the current proposal by Coeur Alaska to develop the Kensington Gold mine property is consistent with that objective. The company has made considerable effort to address issues and to revise plans to meet specific concerns, such as the piped diversion around the tailings disposal facility.

This type of project is vitally important to us as a region. Southeast Alaska is losing population. Downturns in timber and fishing over the last decade, and losses of thousands of jobs, make this project all the more important to us. This project will ease unemployment and increase the tax base in our communities.

We have observed and appreciated the deliberate, focused and expensive process that Coeur has undertaken to move this project along, and we are confident they have put together the best possible team and plan for responsible extraction of minerals on their claim. This company has already invested $150 million in this project, and we need to support this kind of economic base in our region. They are committed to providing direct economic benefit in region, through partnerships with native corporations and others. As many as 500 direct and indirect jobs can be possible from this project.

We have faith in the technical expertise of the state and federal agencies to ensure this project will meet environmental standards – through adopting best management practices, and monitoring and sampling water and fish. We urge you to approve the discharge permit to Coeur Alaska as quickly as possible so that this mine can move ahead with its development and operation. Thank you for your consideration of our comments.

Sincerely,


Rob Allen                                  Rollo Pool
Board President                            Interim Executive Director


Exh. H