Amy Gurton Mead
Robertson, Monagle & Eastaugh
801 W. 10th Street, Suite 300
Juneau, Alaska 99801
(907) 586-3340 (telephone)
(907) 586-6818 (facsimile)
agmead@romea.com

Of Attorneys for
Southeast Conference

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

SOUTHEAST ALASKA CONSERVATION )
COUNCIL, et al., )
)
                 Plaintiffs, )
)
   v. ) Case No. J05-0012 CV (JKS)
)
UNITED STATES ARMY CORP )
OF ENGINEERS, )
) **Declaration of**
                 Defendants. ) **James Douglas Becker**
)

I, James Douglas Becker, pursuant to 28 U.S.C. § 1746, hereby state and declare as follows:

   1. I am a commercial fisherman (salmon and halibut) in Southeast Alaska. I have been fishing professionally with my own boat since 1972.

   2. I am the current president of the Juneau chapter of the United Southeast Alaska Gillnetters. I have been a member of various professional fishing organizations since at least 1972.

3. I have personally had, both as a board member of USAG and individually, many conversations concerning the Kensington Mine project. In my experience, many members of my industry were initially concerned with the project. In particular, we were concerned with whether the mine operations would pollute Berners Bay and Lynn Canal. We were also concerned that the public would perceive those areas to be polluted, and subsequently the fish harvested from there tainted, regardless of it being true or not.

4. Those concerns were alleviated upon taking a close look at the Kensington project. In my opinion, the Kensington plan is environmentally responsible. I no longer have any fears or concerns for my livelihood from the Kensington project.

5. I have been asked to be a member of the Berners Bay working group. I believe organizing this working group, which will keep us updated and educated on the project, and which gives us yet another forum for discussing our concerns, is just another example of how Coeur has continued to operate in a responsible, community-oriented manner.

6. In my opinion, Coeur is setting a positive example for all future mining operations.

DATED May 1, 2006

_James Douglas Becker_
James Douglas Becker