S. Hrg. 108–490

## CAPE FOX LAND ENTITLEMENT ADJUSTMENT ACT; NEVADA NATIONAL FOREST DISPOSAL ACT; CRAIG RECREATION LAND PURCHASE ACT; CENTRAL NEVADA RURAL CEMETERIES ACT; AND TO EXTEND THE TERM OF THE FOREST COUNTIES PAYMENTS COMMITTEE

# HEARING

### BEFORE THE

## SUBCOMMITTEE ON PUBLIC LANDS AND FORESTS

### OF THE

## COMMITTEE ON ENERGY AND NATURAL RESOURCES UNITED STATES SENATE

### ONE HUNDRED EIGHTH CONGRESS

#### SECOND SESSION

on

| | |
|---|---|
| **S. 1354** | **H.R. 272** |
| **S. 1575** | **H.R. 1092** |
| **S. 1778** | **H.R. 3249** |
| **S. 1819** | |

MARCH 10, 2004



Printed for the use of the
Committee on Energy and Natural Resources

U.S. GOVERNMENT PRINTING OFFICE

WASHINGTON : 2004

94–383 PDF

For sale by the Superintendent of Documents, U.S. Government Printing Office
Internet: bookstore.gpo.gov   Phone: toll free (866) 512–1800; DC area (202) 512–1800
Fax: (202) 512–2250   Mail: Stop SSOP, Washington, DC 20402–0001

Exhibit 4, page 1

## COMMITTEE ON ENERGY AND NATURAL RESOURCES

PETE V. DOMENICI, New Mexico, *Chairman*

DON NICKLES, Oklahoma
LARRY E. CRAIG, Idaho
BEN NIGHTHORSE CAMPBELL, Colorado
CRAIG THOMAS, Wyoming
LAMAR ALEXANDER, Tennessee
LISA MURKOWSKI, Alaska
JAMES M. TALENT, Missouri
CONRAD BURNS, Montana
GORDON SMITH, Oregon
JIM BUNNING, Kentucky
JON KYL, Arizona

JEFF BINGAMAN, New Mexico
DANIEL K. AKAKA, Hawaii
BYRON L. DORGAN, North Dakota
BOB GRAHAM, Florida
RON WYDEN, Oregon
TIM JOHNSON, South Dakota
MARY L. LANDRIEU, Louisiana
EVAN BAYH, Indiana
DIANNE FEINSTEIN, California
CHARLES E. SCHUMER, New York
MARIA CANTWELL, Washington

ALEX FLINT, *Staff Director*
JUDITH K. PENSABENE, *Chief Counsel*
ROBERT M. SIMON, *Democratic Staff Director*
SAM E. FOWLER, *Democratic Chief Counsel*

---

### SUBCOMMITTEE ON PUBLIC LANDS AND FORESTS

LARRY E. CRAIG, Idaho, *Chairman*
CONRAD R. BURNS, Montana, *Vice Chairman*

GORDON SMITH, Oregon
JON KYL, Arizona
BEN NIGHTHORSE CAMPBELL, Colorado
LAMAR ALEXANDER, Tennessee
LISA MURKOWSKI, Alaska
JAMES M. TALENT, Missouri

RON WYDEN, Oregon
DANIEL K. AKAKA, Hawaii
BYRON L. DORGAN, North Carolina
TIM JOHNSON, South Dakota
MARY L. LANDRIEU, Louisiana
EVAN BAYH, Indiana
DIANNE FEINSTEIN, California

PETE V. DOMENICI and JEFF BINGAMAN are Ex Officio Members of the Subcommittee

THOMAS LILLIE, *Professional Staff Member*
SCOTT MILLER, *Democratic Counsel*

2

Exhibit 4, page 2

# CONTENTS

## STATEMENTS

|  | Page |
|---|---|
| Blair, Marilyn, President, Board of Directors, Cape Fox Corporation | 26 |
| Craig, Hon. Larry E., U.S. Senator From Idaho | 1 |
| Lonnie, Tom, Assistant Director, Minerals, Realty and Resource Protection, Department of the Interior | 9 |
| Lundekugel, Buck, Conservation Director, Southeast Alaska Conservation Council | 22 |
| Murkowski, Hon. Lisa, U.S. Senator From Alaska | 12 |
| Rey, Mark, Under Secretary, Natural Resources and Environment, Department of Agriculture | 5 |
| Watson, Dennis, Mayor, City of Craig, AK | 16 |
| Wheeler, Dennis E., CEO and Chairman, Coeur d'Alene Mines Corp. | 20 |

## APPENDIXES

### APPENDIX I

| | |
|---|---|
| Responses to additional questions | 37 |

### APPENDIX II

| | |
|---|---|
| Additional material submitted for the record | 41 |

(III)

32

Mr. WHEELER. I do not have that exact acreage, Senator. We can provide it to you. It is not a large portion of the land in question here.

Senator CRAIG. Well, obviously, we can all play semantics.

Mr. WHEELER. Exactly.

Senator CRAIG. I know what a clear-cut is and I know what the Federal law calls a clear-cut, and I know that when you clear an area for the purpose of the construction of a facility, that is not termed a clear-cut by anybody's definition. Now, you may wish to call it that, Buck, and that is your obvious privilege to do so. But I have been involved in overseeing the forest products industry for a long time, and I know what a clear-cut is by definition both in size and scope and watershed shape and all of that. So we will leave it at that.

But it is my concern, I guess, in working with Alaskans for nearly 28 years that we have worked to try to establish an economy in that State which will sustain a population, and in a State where you have about 88 percent or greater public lands, that is very difficult, beyond the hunting and the fishing, to establish anything that relates to resource development.

Has your organization ever supported mining in the State of Alaska? Do you support active mining in any form?

Mr. LINDEKUGEL. We have not supported a specific mining project in southeast Alaska. That does not mean that we do not—we have not taken a "we are against mining, all mining"—we have not taken a position that we are against all logging. We have supported fishing. We have opposed farm fish. We are doing the best we can, consistent with our objectives, to further long-term interests of the region.

Senator CRAIG. But it is safe to assume that you have not actively or openly supported any specific mining project to date.

Mr. LINDEKUGEL. Correct.

Senator CRAIG. Thank you.

As it relates to the Alaska Claims Settlement Act, which was a legitimate and responsible way to Native Alaskans certain of the lands which rightfully they should claim, and when it comes to Cape Fox and the restrictive character that they have been put to as a result of certain types of land designation, has your organization ever proposed alternatives in land exchange so that the Cape Fox Corporation could, in fact, effectively identify what would be rightfully theirs under the Alaska Native Claims Act?

Mr. LINDEKUGEL. Thank you, Senator. Under the law, we were not in a position to do that. However, we have supported Cape Fox's proposal to develop a hydropower facility at Mahoney Lake, which is in their selections near Ketchikan. They were going to sell that power to the city of Ketchikan. Unfortunately, that effort was stymied by the efforts of Senator Murkowski's father and the other delegation members in halting Cape Fox's efforts to sell that power to Ketchikan in order to build an intertie connection, a corridor through Tongass wildlands, that at this point they lacked the money to actually build the infrastructure to support the intertie connection.

Cape Fox had selected that land. It was within their selection rights. They had selected it for the purposes of hydropower devel-