Hyak Mining Company
1114 Glacier Ave.
Juneau, Alaska 99801

RECEIVED
AUG 0 3 2004
CENPA - CO - R - E - JFO
Alaska District Corps of Engineers

John Leeds
Dept of the Army
U.S. Army Corps of Engineers
Juneau Field Office, Suite 106
8800 Glacier Highway
Juneau, Ak, 99801

July 26, 2004

Dear Mr. Leeds,

  Hyak Mining Company is an Alaskan corporation, based in Juneau Alaska that has been working to redevelop the mines in the area north of Berners Bay, since 1978 when we restaked the former Jualin Mine. The relationships of Hyak's owners to the area reach back to 1891 when the great grand father of the majority owners of Hyak discovered and staked the Comet mine.

  Hyak presently owns outright or has interests in 412 acres of patented mining claims and approximately 500 unpatented federal mining claims in the Berners Bay Mining District. The patented lands and unpatented claims, with few exceptions, are under lease to Coeur Alaska and will be utilized for mining and related purposes under the new Kensington Mine Plan.

  We are fully in support of the plan proposed by Coeur and urge prompt issuance of the 404 permit.

  The Lower Slate Lake TSF is by far the best alternative for disposal of tailings in the Berners Bay area. It can not be seen from inside Berners Bay or Lynn Canal. It provides for stable long term storage of all tailings that may be generated by mining operations from the Kensington Mine and has the potential to contain those that may be produced from the Jualin Mine and other exploration targets. It is also important to note that these tailings have tested as being inert fill material not "toxic tailings" as some like to describe them.

  The Lower Slate Lake TSF will also ultimately be a habitat improvement and enhancement project. Just as filling in ponds and enhancing fish habitat is a "wonderful thing" in Duck Creek so it is with Lower Slate Lake. (Please reference page 3 & 4 of City and Borough Assembly lands Committee 2/11/2002. attached) If it is good to enhance habitat in Duck Creek it should also be good for Slate Lakes.

  We have studied the development options for the mines in the Berners Bay District for over thirty years and have been observing the use of the area by wild animals and human over that time. I can say that other than myself, my son and four of his friends, I know of no one alive today who used Slate Lakes to fish, hike or recreate. I can

also speak for all of us in saying that we found nothing "special" in that area and have no interest in returning there for any of these activities. There are simply much better places to go to.

Additionally, I can say that 90% of the recreational use of Berners Bay occurs within Echo Cove. The remaining use falls off as one travels further from Echo Cove. Very few people venture as far as Slate Creek Cove and those that do generally do not stay long. The waters of Berners Bay are simply too treacherous for small boats to comfortably make the crossing to Slate Cove and once there a safe secure anchorage is hard to come by. Coeur has proposed to develop the Cascade Point doc facility, thus avoiding recreational user conflicts in Echo Cove. Coeur has also reduced the disturbance footprint of the Slate Creek Cove dock to the extent reasonable and practicable to serve the mining operation. This is reasonable mitigation.

The Berners Bay Mining District has seen mining and other activity since the first discoveries were made in 1891. It is not pristine wilderness. People that decry the "industrialization of Berners Bay" ignore history and seemingly deny the capacity of the forest of Southeast Alaska to reclaim and erase man's temporary incursions.

If one looks hard enough and knows enough history they will be able to discern six clear cuts of timber in Berners Bay. The first was in Johnson Creek valley where the entire valley was logged for timber and firewood for the Jualin Mine. There is a clear cut done in the late 1940's or early 1950's evident just north of Sawmill Creek. Sawmill Creek was named for the sawmill that was set up there to cut lumber for the Jualin Mine. The hill between Echo Cove and the Echo Cove Bible Ranch was logged in the 1960's and just to the east of Echo Cove Goldbelt Corporation clear cut a portion of it's land in the late 1990's. The road to Echo Cove passes through a large clear cut in the Mabb Island area. In 1995 over one million board feet of second growth timber was cut from private lands at Jualin. Yet some call the area pristine wilderness. It is thus obvious that Berners Bay can be repeatedly logged and mined and still be defined by some as "pristine wilderness". We can have our cake and eat it too.

The Berners Bay Mining District has seen mining activity since 1891. Such activities have been carried on there for well over 100 years almost continuously except for twenty five years from 1950 through the mid 1970's. The most recent U.S.F.S. Tongass Forest plan recognizes the mineral character the Berners Bay Mining District and has accorded the area a prescription that manages the land for its mineral character. Mining fits that prescription. That someone should wish to conduct mining operations on and around these former mineral producers in an area designated for management for its mineral character should be no surprise to anyone.

As stated previously Hyak has interest in over 500 mining claims and over 400 acres of patented mining claims area encompassed by the Kensington project. Beyond the right to the minerals these patents and claims also have the right to mine those minerals and to use as much of the public domain necessary to do so. The dominance of the subsurface estate over the surface estate has been recognized from time immemorial

and in this country is codified in Common Law, the Mining Law of 1872, and Alaska Statutes. These rights have been tempered by environmental laws and regulations but they are still in effect. Absent a clear and compelling reason any diminution of our right to mine and use the patents granted by the United States could be construed as a taking under the Fifth Amendment to our Constitution. In the plan proposed by Coeur I can see no compelling environmental reason to deny these permits.

Coeur's proposed Kensington plan minimizes the use of the public domain yet provides for a safe and economically viable mining operation that is environmentally sound. We urge prompt issuance of the permits before you.

Sincerely,

E. Neil MacKinnon
President