ATTACHMENT B

POA-1990-592-M



**Alaska District**

# Department of Army, Corps of Engineers
# Alaska District

## Section 404(b)(1) Guidelines Evaluation

### KENSINGTON GOLD PROJECT
### POA-1990-592-M

This document, which will be attached to and become part of the Corps Record of Decision (ROD), constitutes a Section 404(b)(1) Guidelines (Guidelines) Evaluation of Coeur Alaska's (Coeur) proposed Kensington Gold Project as described in Coeur's final Department of the Army (DA) permit application. This evaluation addresses the potential environmental effects from the discharges of dredged or fill material to waters of the United States (U.S.), including wetlands, associated with the project. These effects are described in the U.S. Forest Service (USFS) Final Supplemental Environmental Impact Statement (FSEIS) for the Kensington Gold Project. A site-specific evaluation is presented here for the project in sufficient detail for final decision-making and compliance with the Guidelines requirements. Information presented here will be summarized in the ROD. Attachment C to the ROD lists references drawn upon for this evaluation.

Coeur proposes to discharge an approximate total of 3,487,950 cubic yards (cy) of fill material into an approximate total of 98.6 acres of waters of the U.S., including forested and scrub shrub wetlands, in conjunction with the construction of new mine facilities and associated infrastructure. The applicant's stated purpose for the project would be the "relocation of the major mine components from the Kensington Mine site at Comet Beach on Lynn Canal, to the Jualin Mine site (approximately two miles to the southeast), at Slate Cove, on the west side of Berners Bay, in order to access the ore body from the Jualin side of the peninsula." The project is discussed in the FSEIS, and includes several inter-related project components. The overall mine operation project would need the following components: (1) building pads for milling facilities, administrative and support facilities; (2) tailings disposal facilities; (3) fill pads associated with pipelines; (4) a



000131

Exhibit 8, page 1



ATTACHMENT B                                          POA-1990-592-M

waste rock disposal site; (5) access roads and bridge abutments; (6) staging
and laydown areas; (7) an infiltration gallery; (8) material and topsoil
stockpiles ; (9) a marine dock facility; and (10) berms to encircle settling
and storage ponds.

The applicant's preferred alternative, Alternative D, as described in the
FSEIS, will be addressed in this Guidelines evaluation.  The proposed work
description includes activities which are not subject to Section 404 of the
Clean Water Act (Section 404), and they are not part of this evaluation.
This includes the placement of structures (floats, docks and piles), in
navigable waters of the U.S. for the construction of a marine terminal in
Slate Creek Cove, which are subject to Section 10 of the Rivers and Harbors
Act of 1899.  The activities subject to Section 404 are the discharges of
dredged or fill material into waters of the U.S.

Coeur submitted a practicability analysis along with a cost analysis breakdown for
their proposed actions (Lower Slate Lake disposal site, the Slate Creek Cove marine
terminal, and infrastructure (roads, building pads, etc.) associated with the
mining operation), to include an analysis for each of the primary alternatives
considered[1].  An evaluation of these documents as well as other information sources
indicates that, though the previously permitted site (Alternative A in the FSEIS)
was once determined to be practicable, it is not currently practicable to the
applicant due to cost and logistics.  By contrast, the applicant's preferred
alternative (Alternative D) is the least environmentally damaging practicable
alternative[2].

---

[1] See discussion in the Corps ROD.
[2] Alternative Material Disposal Sites Cost Analysis.



000132

Exhibit 8, page 2

ATTACHMENT B

POA-1990-592-M

### PROJECT COMPONENT: MATERIAL DISPOSAL
### (LOWER SLATE LAKE)

---

**I. Evaluation of Compliance with 484(b)(1) Guidelines
[restrictions on discharge, 40 CFR § 230.10 (a)-(d)]**

---

**a. Alternatives Test.** Refer to information discussed in the DSEIS, plus the Applicant's Section 404(b)(1) Evaluation, dated November 17, 2004, for additional references.

|  | Yes of[4] | No |
|---|---|---|
| (i) Is there a practicable alternative to the proposed discharge, which would have less adverse impact on the aquatic ecosystem, so long as the alternative does not have other significant adverse environmental consequences? (For this requirement practicable alternatives may include activities which do not involve discharges to waters of the U.S. or discharges at other locations in waters of the U.S.) *The applicant submitted a Practicability Analysis and a Cost Analysis breakdown for the proposed action, Alternative D, along with its respective alternative (described in file number POA-1990-592-2), also referred to as Alternative A. The Alaska Department of Natural Resources (ADNR) analyzed the practicability of the applicant's preferred alternative versus Alternative A, and determined[3] that alternative A was neither practicable nor reasonable from the standpoint of cost or economics. The Corps reviewed these documents and other relevant information and independently determined that the previously authorized site was not practicable to the applicant due to cost and logistics, and that based on the similarities (location, logistics of material transport, construction and operation of the facility, etc.) of the alternative variants of Alternative A (Alternatives A1 through A3), these three variations were also not practicable.  In addition, the Corps also determined Alternative A and its three variants were not less environmentally damaging as they would result in the permanent loss of 34 to 113 acres of wetlands, which are a special aquatic site and are afforded greater protection under the Section 404(b)(1) Guidelines. Alternative D would result in the permanent loss of 3.44 acres of wetlands due to dam construction, the temporal loss of 20 acres of deep water habitat (Lower Slate Lake), and the conversion of 39 acres of wetland to deepwater habitat (lake). After project closure and reclamation, the lake would measure 62 acres and would be restored to the equivalent habitat value that existed prior to the project. This would include 47 acres of deepwater habitat and 15 acres of emergent wetlands/vegetated shallows.* | ☐ | ☒ |
| (ii) If the project is in a special aquatic site and is not water dependent, has the applicant clearly demonstrated that there are no practicable alternative sites available? *Not applicable. Fill material would be discharged to construct a dam in 3.44 acres of wetlands adjacent to the creek outlet of Lower Slate Lake. However, dams are a water dependent activity as they must be located in the outlet creek and its adjacent wetlands in order to fulfill their basic purpose of impounding water. The currently permitted material disposal site[5], otherwise referred to as Alternative A, or the No Action Alternative, is a Palustrine Forested & Scrub-shrub Wetland, whereas the applicant's preferred alternative, Lower Slate Lake, is a deep-water habitat (20 acres) with a narrow and irregular emergent wetland fringe. The mine tailings would be disposed of in the deepwater habitat (Lower Slate Lake), which is not a special aquatic site under the Guidelines. See the ROD for a discussion of project costs[6], as well as ADNR's letter* | ☐ NA | ☐ • NA |

---

[3] ADNR Letter, dated December 1, 2004, addressed to the USFS.
[4] An * is marked above the answer that would indicate noncompliance with the Guidelines.
[5] *DEIS, Sections 3.12.3, and 4.12. Also, see POA-1990-592-M.*
[6] ROD, Section VII. Project Cost Calculations Summary.



POA-1990-592-M

**000133**

Exhibit 8, page 3

ATTACHMENT B                                                    POA-1990-592-M

*addressed to the USFS, dated December 1, 2005. See the FSEIS, Section 2, for a discussion of alternatives. Documentation in the FSEIS examined alternative material disposal locations[7] and determined that the lake site was the only acceptable one for their purposes. The Corps examined the proposed site as well as the permitted site, and all available information and determined that the lake site is the least environmentally damaging practicable alternative.*

**b.    Special restriction. Will the discharge:**
*Refer to the Applicant's Section 404(b)(1) Evaluation, dated November 17, 2004, for additional references.*

(i) Violate State water quality standards?[8] Not applicable. *DSEIS: Section 4.6, Appendix A: Surface Water Quality. FSEIS: Section 4.6.7 See Section 401 Water Quality Certification, issued by the Alaska Department of Environmental Conservation, dated May 6, 2005.*    ☐  ☒

(ii) Violate toxic effluent standards (under Section 307 of the Act)? *DSEIS: Section 4.6, Appendix A: Surface Water Quality. FSEIS: Appendix A - Water Quality Analysis.*    ☐  ☒

(iii) Jeopardize endangered or threatened species or their critical habitat? *DSEIS: Sections 4.10 and 4.11. FSEIS: Sections 4.10.3, and 4.11.2. Also, refer to attached Rod, discussion of comments received, with specificity to ESA consultation.*    ☐  ☒

(iv) Violate standards set by the Department of Commerce to protect marine sanctuaries? *Not Applicable (NA). There are no marine sanctuaries on or near the project site.*    ☐  ☐
                                                                                   NA  NA

**c.    Other restrictions. Will the discharge contribute to significant degradation of "waters of the United States" through adverse impacts to:** *Refer to the Applicant's Section 404(b)(1) Evaluation, dated November 17, 2004, for additional references. Also, see the FSEIS: Appendix A, Water Quality Analysis.*

|  | Yes | No |
|---|---|---|
| (i) Human health or welfare, through pollution of municipal water supplies, fish, shellfish, wildlife and special aquatic sites? See *DSEIS: Sections 4.8, Groundwater Quality; 4.6, Surface Water Quality; and 4.12, Soils, Vegetation, and Wetlands. FSEIS: Section 4.7.3, Groundwater Quality; 4.5.6, Surface Water Quality; 4.12.3., Wetlands.* | ☐ | ☒ |
| (ii) Life stages of aquatic life and other wildlife? *DSEIS: Sections 4.11, Wildlife; and 4.12, Soils, Vegetation, and Wetlands. Also, refer to Section XI of the ROD.* | ☐ | ☒ |
| (iii) Diversity, productivity and stability of the aquatic life and other wildlife or wildlife habitat or loss of the capacity of wetlands to assimilate nutrients, purify water or reduce wave energy? *DSEIS: Sections 4.6; 4.9; 4.11; and 4.12. FSEIS:4.9.6., 4.11.2., and 4.12.3.* | ☐ | ☒ |
| (iv) Recreational, aesthetic and economic values? *DSEIS: Sections 3.13 through 3.15; and 4.13 through 4.15. FSEIS: 4.13.3., 4.14.3., 4.15.3.* | ☐ | ☒ |

**d.    Actions to minimize potential adverse impacts (mitigation). Will all appropriate and practicable steps (40 CFR § 230.70-77, Subpart H) be taken to minimize the potential adverse impacts of the discharge on the aquatic ecosystem?** [Refer to Applicant's Section 404(b)(1) Evaluation, dated November 17, 2004, for additional references.] *DEIS: Section 2.5. FSEIS: Section 2.5.1: Mitigation. For follow-up, refer to ROD, Section VII, Subpart G.*    ☒  ☐

---

[7] USFS FSEIS, Section 2.4 Project Alternative and Components Considered but not Studied in Detail.
[8] ADEC letter to the Corps, dated December 6, 2004.



000134

Exhibit 8, page 4

ATTACHMENT B                                                    POA-1990-592-M

## II.  Factual Determinations
## (40 CFR § 230.11)

The determinations of potential short-term or long-term effects of the proposed discharges of dredged or fill material on the physical, chemical and biological components of the aquatic environment included items a – h, below, in making a findings of compliance or non-compliance.

Subpart C: Potential Impacts on Physical & Chemical Characteristics of the Aquatic Ecosystem;
Subpart D: Potential Impacts on Biological Characteristics of the Aquatic Ecosystem;
Subpart E: Potential Impacts on Special Aquatic Sites; and
Subpart F: Potential Impacts on Human Use Characteristics.
Subpart G: Evaluation and Testing

There is potential for short-term or long-term adverse effects (in light of Subparts C-G, listed above) of the proposed discharge as related to:

|  |  | Yes | No |
|---|---|---|---|
| a. | Physical substrate determinations *[FSEIS: Section 4.12.1; Appendix C]*. *The project site is a deep water lake with an irregular emergent wetland fringe. The lake bottom soils are primarily sandy silt, underlying organic mats. During the life of the project, the lake substrate would be covered by processed mine wastes, consisting of grains that are sand sized to very fine material. No dredging or other impacts to the substrate would occur. However, the substrate under the proposed dam is primarily emergent wetland, all of which would be mechanically land cleared prior to the deposition of fill to construct the dam.* | ☒ | ☐ |
| b. | Water circulation, fluctuation and salinity determinations *[FSEIS: Section 3.6 through 3.10]* *The lake is fairly shallow, approximately 51 feet deep, with little stratification. There are no water currents, other than wind driven. The proposed dam would permanently block flow out of the lake and there would be little fluctuation in water level. Salinity is not applicable to this freshwater lake.* | ☒ | ☐ |
| c. | Suspended particulates/turbidity determinations *[FSEIS, , Appendix C -Ecological Risk Assessment of Aqueous Tailings Disposal at the Kensington Goldmine] The introduction of mine tailings into the lake would result in an increase of total suspended solids (TSS)). The TSS would be discharged at the deepest portion of the lake via a slurry pipeline and silt curtains would be required to minimize the size of the silt plume. A nontoxic chemical flocculent would be added to the slurry to enhance the deposition of suspended particles in the Lower Slate Lake disposal site. These effects would persist as long as the tailings discharge occurred. Upon project closure the tailings would be capped and suspended particulate/turbidity levels would be equal to pre-project conditions.* | ☒ | ☐ |
| d. | Contaminant determinations *[FSEIS, , Appendix C -Ecological Risk Assessment of Aqueous Tailings Disposal at the Kensington Goldmine] Testing was performed on the tailings material to be placed in Lower Slate Lake. The principal contaminants of concern would be aluminum, chromium, pH, and Total Suspended Solids. There are anticipated to be short term effects. Over the short and long term acceptable constraints are available and would be implemented to ensure contaminants are reduced to acceptable levels within the disposal sites and would not be transported beyond the limits of the disposal site* | ☒ | ☐ |
| e. | Aquatic ecosystem structure and function determinations *[FSEIS: Section 4.9 and 4.12]* *The USFS and the Corps determined that with the introduction of processed mine waste, all of the macroscopic and most if not all of the microscopic life in the lake would die. This would be a temporal effect as after project closure the lake's aquatic ecosystem structure and functions would be restored and expanded.* | ☒ | ☐ |



Page 5                                              POA-1990-592-M

ATTACHMENT B                                                POA-1990-592-M

| | | | |
|---|---|---|---|
| f. | Proposed disposal site determination (disposal sites and/or size of mixing zone are acceptable) [FSEIS: Section 2, Description of proposed actions and other Alternatives] | ☐ | ☒ |
| g. | Determination of cumulative effects on the aquatic ecosystem [FSEIS: Sections 4.12, and 4.21] After project closure there would an approximate increase in size of the lake by greater than 260% to approximately 62 acres with a water depth of about 30 feet. This would be a beneficial impact. | ☒ | ☐ |
| h. | Determination of secondary effects on the aquatic ecosystem [FSEIS: Section 4] Secondary effects of the dam and tailings discharge would include an increase in the size of Lower Slate Lake and the surface water elevation of Lower Slate Lake. In addition, there would be noise and air quality impacts from the operation of heavy equipment used to construct the dam. | ☒ | ☐ |

### III. Technical Evaluation Factors
### 40 CFR § 230 Subparts C-F

a. **Potential Impacts on Physical and Chemical Characteristics of the Aquatic Ecosystem (Subpart C)**

   *FSEIS-Section 4.0 Environmental Impacts*

| | Significant | Not significant |
|---|---|---|
| 1. Substrate [FSEIS: Sections 4.3 and 4.4, Appendix C] | ☐ | ☒ |
| 2. Suspended particulates/turbidity [FSEIS: Section 4.5, and 4.9] [FSEIS, , Appendix C -Ecological Risk Assessment of Aqueous Tailings Disposal at the Kensington Goldmine] | ☐ | ☒ |
| 3. Water [FSEIS: Section 4.5 through 4.10] | ☐ | ☒ |
| 4. Alteration of current patterns and water circulation [FSEIS: Section 4.5] | ☐ | ☒ |
| 5. Alteration of Normal Water fluctuations/hydro period [FSEIS: Sections 4.5 and 4.7] | ☐ | ☒ |
| 6. Alteration of salinity gradients [FSEIS: Section 4.3] | ☐ | ☒ |

b. **Potential Impacts on the Biological Characteristics of the Aquatic Ecosystem (Subpart D)**

| | Significant | Not significant |
|---|---|---|
| 1. Threatened and Endangered species (§230.30) [See ROD, Endangered Species Act, Consultation Process]. NA. There are no threatened or endangered species or their critical habitat within this portion of the project area. | ☐ | ☐ |
| 2. Aquatic Food Web (§230.31) [FSEIS: Sections 4.9, & 4.10] The discharge of the mine tailings would result in elimination the lake's food web during operation. However, this function would be restored upon closure of the disposal facility. | ☐ | ☒ |
| 3. Other wildlife [FSEIS: Section 4.11]. Modification of the lake would result in impacts to wildlife, such as waterfowl, deer, bear and various small mammals. | ☐ | ☒ |

000136

Exhibit 8, page 6

ATTACHMENT B                                                            POA-1990-592-M

**c. Potential Impacts on Special Aquatic Sites (Subpart E)**

| | | |
|---|---|---|
| 1. Wetlands *[FSEIS: Sections 4.9 & 4.12].*<br>*The project site (Lower Slate Lake) is primarily a deep water habitat with a narrow emergent wetland fringe. Construction of the dam to create the impoundment would result in the permanent loss of 3.44 acres of wetlands. The expansion of the lake would involve inundating approximately 39 acres of adjacent forested and scrub-shrub wetlands, converting them to deep water habitat.* | ☐ | ☒ |

| | | |
|---|---|---|
| 2. Sanctuaries and refuges *[FSEIS: Section 4.11] NA.. There are no sanctuaries or*<br>*refuges in the project area.* | ☐ | ☐ |

| | | |
|---|---|---|
| 3. Mud Flats – NA. *There are no mud flats in the project area.* | ☐ | ☐ |

| | | |
|---|---|---|
| 4. Vegetated Shallows – *There are vegetated shallows in Lower Slate Lake.*<br>*These would be inundated and converted to deepwater habitat. After project closure the lake would be restored to a mixture of deepwater habitat and emergent wetland/vegetated shallows along the lake margins.* | ☐ | ☒ |

| | | |
|---|---|---|
| 5. Coral reefs – NA. *There are no coral reefs in the project area.* | ☐ | ☐ |

| | | |
|---|---|---|
| 6. Riffle and pool complexes – *NA. There would not be any discharges to riffle/pool complexes.* | ☐ | ☐ |

**d. Potential Effects on Human Use Characteristics (Subpart F)**
*Description of Social Environment* [Base condition]: See FSEIS, Sections 4.0 Environmental Impacts, and 3.15
Socioeconomics.

| | | |
|---|---|---|
| 1. Effects on municipal and private water supplies – *NA. The project would not impact either municipal or private water supplies.* | ☐ | ☐ |

| | | |
|---|---|---|
| 2. Recreational and Commercial fishing impacts (including subsistence fishing)<br>*FSEIS: Sections 4.15 & 4.20. NA. Lower Slate Lake is not subject to fishing pressure, whether subsistence, recreational or commercial.* | ☐ | ☐ |

| | | |
|---|---|---|
| 3. Effects on water-related recreation *[FSEIS: Section 4.13]*<br>*NA. Lower Slate Lake is isolated from roads and has not been recorded as having any recreational values. The proposed discharge would not impact water related recreation.* | ☐ | ☐ |

| | | |
|---|---|---|
| 4. Aesthetics *[FSEIS: Section 4.14]*<br>*The discharge of fill would adversely impact the site's aesthetic values, however upon project closure the site's aesthetic values would be restored..* | ☐ | ☒ |

| | | |
|---|---|---|
| 5. Effects on parks, National and historic monuments, National seashores,<br>wilderness areas, research sites, and similar preserves. *NA. The project site is not located in one of these areas.* | ☐ | ☐ |



000137

Exhibit 8, page 7

ATTACHMENT B                                                    POA-1990-592-M

---

**IV.   Evaluation of Dredged or Fill Material
(Subpart G, 40 CFR § 230.60)**

**a.**   The following information has been considered in evaluating the biological availability of possible contaminants in dredged or fill material: (checked boxes apply).  *[FSEIS, , Appendix C -Ecological Risk Assessment of Aqueous Tailings Disposal at the Kensington Goldmine]*

1. ☒   Physical characteristics (receiving waters, bottom sediments, slurry constituents).
2. ☒   Hydrography in relation to known or anticipated sources of contaminants
3. ☒   Results from previous testing of the material or similar material in the vicinity of the project
4. ☐   Known, significant, sources of persistent pesticides from land runoff or percolation
5. ☐   Spill records for petroleum products or designated (§311 of CWA) hazardous substances
6. ☒   Other public records of significant introduction of contaminants from industry, municipalities or other sources
7. ☒   Known existence of substantial material deposits of substances which could be released in harmful quantities to the aquatic environment by man-induced discharge activities

**b.**   An evaluation of the information above indicates that there is reason to believe the proposed dredged or fill material is not a carrier of contaminants, or that levels of contaminants are substantively similar at extraction and disposal sites. The material meets the testing exclusion criteria[9].  *The tailings material was tested and will contain contaminants.  See factual determinations, above.*                      ☐ Yes  ☒ No  ☐ Unknown

**c.**   Is the discharge site adjacent to the extraction site and subject to the same sources of contaminants, or are the materials at the two sites substantially similar?                      ☐ Yes  ☒ No  ☐ Unknown

**d.**   If there is a high probability that the material proposed for discharge is a carrier of contaminants, or are there constraints available that are acceptable to the permitting authority and the Regional Administrator to reduce potential contamination to acceptable levels within the disposal site?           ☒ Yes  ☐ No
*As noted above the material has been tested and would contain contaminants.  Constraints are available and will be implemented to ensure potential contamination is reduced to acceptable levels and that contaminants will not be transported beyond the disposal site.  See ROD Section XI, Subpart G for a complete description of these constraints.*

---

**V.   Disposal Site Determination
40 CFR §230.11(f)**

**a.**   The following factors, as appropriate, have been considered in evaluating the disposal site.

1. Depth of water at the disposal site                                             ☒
2. Current velocity, direction, and variability at disposal site                   ☐
3. Degree of turbulence                                                            ☐
4. Water column stratification                                                     ☐
5. Discharge vessel speed and direction                                            ☐
6. Rate of discharge                                                               ☒
7. Dredged material characteristics                                                ☐
8. Other factors affecting rates and patterns of mixing                            ☒

**b.**   An evaluation of the appropriate factors in V. a. above indicates that the      ☒ Yes
disposal site and/or size of mixing zone is acceptable.                                 ☐ No

---

[9] ADEC letter to the Corps, dated December 6, 2004.



000138

ATTACHMENT B                                                      POA-1990-592-M

---

**VI. Actions to Minimize Adverse Effects**
**(Subpart H, 40 CFR § 230.70)**

---

All appropriate and practicable steps would be taken, through application of
recommendations ☒ **Yes**
of §230.70 - 230.77, to ensure minimal adverse effects of the proposed
discharge.        ☐ **No**

Actions taken: Inclusion of Best Management Practices in the Mining Plan of
Operations (POO), DA Permit Special Conditions to include incorporation of the
Mining POO, inclusive of reclamation appendix. See Attachment D to the ROD, for
a list of Special Conditions to be appended to the Corps (DA) permit. State and
local permits have been conditioned to reduce impacts resulting from the material
discharge into Lower Slate Lake, as well as into adjacent waters of the United
States, including wetlands.

---

**VII. Findings of Compliance or Non-compliance**
**(40 CFR § 230.12)**

---

a. ☐  On the basis of these Guidelines (Subparts C through G), the proposed disposal site for discharge of dredged or fill
material complies with the Section 404(b)(1) guidelines

b. ☒  On the basis of these Guidelines (Subparts C through G), the proposed disposal site for the discharge of dredged or
fill material complies with the Section 404(b)(1) Guidelines with the inclusion of the appropriate and practicable
discharge conditions to minimize pollution or adverse effects to the affected aquatic ecosystem. See Attachment D
for a complete list of Special Conditions to be attached to the permit.

c. ☐  The proposed disposal site for discharge of dredged or fill material does not comply
with the Section 404(b)(1) guidelines for the following reasons:
   1. There is a less damaging practicable alternative                                                    ☐
   2. The proposed discharge will result in significant  degradation of the aquatic ecosystem            ☐
   3. The proposed discharge does not include all practicable and appropriate measures to
      minimize potential harm to the aquatic ecosystem                                                    ☐
   4. There does not exist sufficient information to make a reasonable judgment as to whether
      the proposed discharge will comply with these Guidelines.                                           ☐



**000139**

Exhibit 8, page 9

ATTACHMENT B                                                                POA-1990-592-M

## PROJECT COMPONENT: MARINE TERMINAL
### (SLATE CREEK COVE)

┌─────────────────────────────────────────────────────────────────┐
│ **I.  Evaluation of Compliance with 404(b)(1) Guidelines** │
│ **[restrictions on discharge, 40 CFR § 230.10 (a)-(d)]** │
└─────────────────────────────────────────────────────────────────┘

**a.  Alternatives Test.** Based on information discussed in the FSEIS,

Preliminary:

|  |  | Yes | No |
|---|---|:---:|:---:|
| (i) Is there a practicable alternative to the proposed discharge, which would have less adverse impact on the aquatic ecosystem, so long as the alternative does not have other significant adverse environmental consequences? (For this requirement practicable alternatives may include activities which do not involve discharges to waters of the U.S. or discharges at other locations in waters of the U.S.) *The applicant submitted a Practicability Analysis and a Cost Analysis breakdown[10] for the proposed action, and its respective alternative (described in file number POA-1990-592-2). The Alaska Department of Natural Resources (ADNR) analyzed the practicability of the applicant's preferred alternative versus Alternative A, and determined[11] that alternative A was neither practicable nor reasonable from the standpoint of cost or economics. The Corps reviewed these documents and other relevant information and independently determined that although both alternatives were feasible, the alternative site (Comet Beach) described as the permitted action[12], and as the No Action Alternative in the FSEIS, was not practicable due to cost, and logistics, and would not be less environmentally damaging. We have determined Slate Creek Cove to be the least environmentally damaging practicable alternative* | | ☐ | ☒ |
| (ii) If the project is in a special aquatic site and is not water dependent, has the applicant clearly demonstrated that there are no less environmentally damaging practicable alternative sites available? *The proposed discharges at Slate Creek Cove for the marine terminal include a discharge to approximately 1 acre of wetlands(a special aquatic site) for a staging/storage area located above the high tide line. Staging/storage are not water dependent activities as they do not require access or proximity to or siting in special aquatic sites in order to fulfill their basic purpose. As noted in (i) above the applicant submitted a Practicability Analysis and a Cost Analysis breakdown[13] for the proposed action, and its respective alternative (POA-1990-592-2). The Corps has reviewed all available information and determined the applicant has clearly demonstrated there are no less environmentally damaging practicable alternative sites available* | | ☒ | ☐ |

**b.   Special restriction.** Will the discharge: *Refer to the Applicant's Section 404(b)(1) Evaluation, dated November 17, 2004, for additional references. Note that the applicant's evaluation is for reference only, and has not been incorporated by reference anywhere in this document or in the ROD.*

|  |  | Yes | No |
|---|---|:---:|:---:|
| (i) violate State water quality standards? *See FSEIS, Appendix A: Water Quality Analysis. Also, see Section 401 Water Quality Certification, issued by the Alaska Department of Environmental Conservation, dated May 6, 2005.* | | ☐ | ☒ |
| (ii) violate toxic effluent standards (under Section 307 of the Act)? *See FSEIS, Section4.10.3, Aquatic Resources: Marine.* | | ☐ | ☒ |

---

[10]Alternative Material Disposal Sites Cost Analysis, submitted November 19, 2004, and corrected on November 23, 2004.
[11] ADNR Letter, dated December 1, 2004, addressed to the USFS.
[12] Corps permit, POA-1990-592-2, Issued May 6, 1998.
[13]Alternative Material Disposal Sites Cost Analysis, submitted November 19, 2004, and corrected on November 23, 2004.

000140

Exhibit 8, page 10

ATTACHMENT B                                                    POA-1990-592-M

(iii) jeopardize endangered or threatened species or their critical habitat? *See ROD, under Consideration of Comments, Endangered Species Act Consultation Process.*     ☐  ☒

c.  **Other restrictions. Will the discharge contribute to significant degradation of "waters of the United States" through adverse impacts to:** *See FSEIS, Section 4.0 Environmental Impacts, and Appendix A, Water Quality Analysis. Also. see applicant's Section 404(b)(1) Evaluation, dated November 17, 2004, for additional references.*

|   |   | Yes | No |
|---|---|---|---|
| (i) | Human health or welfare, through pollution of municipal water supplies, fish, shellfish, wildlife and special aquatic sites? *See FSEIS, Section 4.10, and 4.11.* | ☐ | ☒ |
| (ii) | life stages of aquatic life and other wildlife? *See FSEIS, Section 4.11.* | ☐ | ☒ |
| (iii) | diversity, productivity and stability of the aquatic life and other wildlife or wildlife habitat or loss of the capacity of wetland to assimilate nutrients, purify water or reduce wave energy? *See FSEIS, Section 4.0 Environmental Consequences.* | ☐ | ☒ |
| (iv) | recreational, aesthetic and economic values? *See FSEIS, Sections 4.14 and 4.15.* | ☐ | ☒ |

d.  **Actions to minimize potential adverse impacts (mitigation). Will all appropriate and practicable steps (40 CFR § 230.70-77, Subpart H) be taken to minimize the potential adverse impacts of the discharge on the aquatic ecosystem?** *See Applicant's Section 404(b)(1) Evaluation, dated November 17, 2004. See FSEIS, Section 2.5.2.*     ☒  ☐

---

**II.  Factual Determinations**
**(40 CFR § 230.11)**

---

The determinations of potential short-term or long-term effects of the proposed discharges of dredged or fill material on the physical, chemical and biological components of the aquatic environment included items a – h, below, in making a findings of compliance or non-compliance.

Subpart C: Potential Impacts on Physical & Chemical Characteristics of the Aquatic Ecosystem;
Subpart D: Potential Impacts on Biological Characteristics of the Aquatic Ecosystem;
Subpart E: Potential Impacts on Special Aquatic Sites; and
Subpart F: Potential Impacts on Human Use Characteristics.
Subpart G: Evaluation and Testing

There is potential for short-term or long-term adverse effects (in light of Subparts C-F, listed above) of the proposed discharge as related to:

|   |   | Yes | No |
|---|---|---|---|
| a. | Physical substrate determinations [*See FSEIS, Sections 3.3, and 3.12, and the Final Mining Plan of Operations, inclusive of Appendix 1]* The proposal is to discharge fill material into intertidal waters as well as into wetlands located above the High Tide Line (HTL), all in conjunction with the construction of a marine terminal in Slate Creek Cove. Final reclamation require reclamation of the intertidal fill and restoration of the staging/storage area to wetland.. The temporary fill discharge into the intertidal waters, would allow for natural recolonization by benthic flora and faunal species. | ☒ | ☐ |



000141

Exhibit 8, page 11

ATTACHMENT B                                                    POA-1990-592-M

| b. | Water circulation, fluctuation and salinity determinations. [*See FSEIS, Sections 2.3.18, and 3.10, and 3.3.and 4.10.*] *There would be a short term, localized effect due to the fill below the high tide line. But the placement of fill would not alter the tidal pattern. The wetlands at the staging/storage area are not inundated by surface water and there would be little effect.* | ☒ | ☐ |
|---|---|---|---|

| c. | Suspended particulate/turbidity determinations [*See FSEIS, Sections 3.10, and 4.10*] *The discharge of fill into the intertidal waters would occur at low tide. There is expected to be minimal turbidity. Any suspended sediment would be flushed out of the cove by the tidal action.* | ☒ | ☐ |
|---|---|---|---|

| d. | Contaminant determinations *Only clean fill material would be discharged and it would not be a carrier of contaminants.* | ☐ | ☒ |
|---|---|---|---|

| e. | Aquatic ecosystem structure and function determinations [*See FSEIS, Section 4.10.*] *The discharge of fill material into waters and U.S. in Slate Creek Cove would result in the minor and temporary disruption of the cove's inhabitant, and would be restored after project closure. The discharge into wetlands for the staging/storage area would result in a temporal loss, the area would be restored after project closure.* | ☒ | ☐ |
|---|---|---|---|

| f. | Proposed disposal site determination (disposal sites and/or size of mixing zone are acceptable) *The project site is subject to tidal waters and the twice daily flushing of the cove waters. Due to the water depths of the cove as well as tidal actions, the size of the mixing zone is acceptable.* | ☒ | ☐ |
|---|---|---|---|

| g. | Determination of cumulative effects on the aquatic ecosystem [*See FSEIS, Section 4.21*] *The cumulative direct impacts to Slate Creek Cove by the discharge of intertidal fill would be minimal. The cumulative effects of the discharge to wetlands for the staging/storage area would also be minimal. Both areas would be restored upon project closure.* | ☒ | ☐ |
|---|---|---|---|

| h. | Determination of secondary effects on the aquatic ecosystem [*See FSEIS, Section 4; and Table 4-38, pages 4-152 through 154*] *Secondary impacts would be those associated with operation of the facility. They would include noise and air quality due to heavy equipment operation, as well as human disturbance. These impacts would be minimal and would cease upon project closure.* | ☒ | ☐ |
|---|---|---|---|

---

**III. Technical Evaluation Factors**
**40 CFR § 230 Subparts C-F**

---

**a. Potential Impacts on Physical and Chemical Characteristics of the Aquatic Ecosystem** (Subpart C). FSEIS: Sections 4.0 Environmental Impacts.

|  |  | Significant | Not significant |
|---|---|---|---|
| 1. | Substrate [FSEIS: Sections 4.3 and 4.4] | ☐ | ☒ |
| 2. | Suspended particulates/turbidity [FSEIS: Sections 4.5 and 4.9] | ☐ | ☒ |
| 3. | Water [FSEIS: Sections 4.5 through 4.10] | ☐ | ☒ |
| 4. | Alteration of current patterns and water circulation [FSEIS: Section 4.5] | ☐ | ☒ |



000142

Exhibit 8, page 12

ATTACHMENT B                                                    POA-1990-592-M

| | | | |
|---|---|---|---|
| 5. | Alteration of Normal Water fluctuations/hydro period [FSEIS: Sections 4.5 and 4.7] | ☐ | ☒ |

| | | | |
|---|---|---|---|
| 6. | Alteration of salinity gradients [FSEIS: Section 4.3] | ☐ | ☒ |

**b. Potential Impacts on the Biological Characteristics of the Aquatic Ecosystem. (Subpart D).** *See FSEIS, Section 4.0*

| | | | |
|---|---|---|---|
| 1. | Threatened and endangered species (§230.30) *[See ROD, Endangered Species Act, Consultation Process]* | ☐ | ☒ |

| | | | |
|---|---|---|---|
| 2. | Aquatic Food Web (§230.31) *[FSEIS: Section 4.10]* | ☐ | ☒ |

| | | | |
|---|---|---|---|
| 3. | Other wildlife *[FSEIS: Section 4.11]* | ☐ | ☒ |

**c. Potential Impacts on Special Aquatic Sites (Subpart E)** — The intertidal area is not a special aquatic site. The staging/storage area would involve the discharge of fill into wetlands.

| | | | |
|---|---|---|---|
| 1. | Wetlands: *[FSEIS, Section 4.12] Approximately 1 acre of wetlands would be filled. They would be restored upon project closure* | ☐ | ☒ |

| | | | |
|---|---|---|---|
| 2. | Sanctuaries and refuges: *NA. There are no sanctuaries or refuges in the project area.* | ☐ | ☐ |

| | | | |
|---|---|---|---|
| 3. | Mud Flats: *NA. There are no mud flats in the project area.* | ☐ | ☐ |

| | | | |
|---|---|---|---|
| 4. | Vegetated Shallows: *NA. There are no vegetated shallows in the project area.* | ☐ | ☐ |

| | | | |
|---|---|---|---|
| 5. | Coral reefs: *NA. There are no coral reefs in the project area.* | ☐ | ☐ |

| | | | |
|---|---|---|---|
| 6. | Riffle and pool complexes: *NA. There are no riffle and pool complexes in the project area* | ☐ | ☐ |

**d. Potential Effects on Human Use Characteristics (Subpart F).** *Description of Social Environment* [Base condition] : Refer to *See Applicant's Section 404(b)(1) Evaluation, dated November 17, 2004. Also, FSEIS, Section 4.15.*

| | | | |
|---|---|---|---|
| 1. | Effects on municipal and private water supplies: *NA. The project would not impact either municipal or private water supplies.* | ☐ | ☐ |

| | | | |
|---|---|---|---|
| 2. | Recreational and Commercial fishing impacts (including subsistence fishing): *NA. The site has not been recorded as being used for recreational, commercial and/or subsistence fishing.* | ☐ | ☐ |

| | | | |
|---|---|---|---|
| 3. | Effects on water-related recreation: *[FSEIS: Section 4.13] NA. The site has not been recorded as being used for water related recreational purpose..* | ☐ | ☐ |



000143

Exhibit 8, page 13

ATTACHMENT B                                                        POA-1990-592-M

| | | | ☐ | ☒ |
|---|---|---|---|---|

*4. Aesthetics: [FSEIS: Section 4.14]*
*Aesthetic values are dependent upon the subjective interpretation of the observer, and therefore positive, negative, or no effect impacts would be expected. The work would conform to the existing aesthetic settings which include, historical use by the Jualin Mine Company.*

*5.* Effects on parks, national and historic monuments, national seashores,   ☐   ☐
wilderness areas, research sites, and similar preserves: *See FSEIS, Section 4.13 NA. The site is not located in one of these areas.*

---

### IV.  Evaluation of Dredged or Fill Material
### (Subpart G, 40 CFR § 230.60)

a.  The following information has been considered in evaluating the biological availability of possible contaminants in dredged or fill material: (checked boxes apply)

1. ☒  Physical characteristics
2. ☒  Hydrography in relation to known or anticipated sources of contaminants
3. ☒  Results from previous testing of the material or similar material in the vicinity of the project
4. ☐  Known, significant, sources of persistent pesticides from land runoff or percolation
5. ☐  Spill records for petroleum products or designated (§311 of CWA) hazardous substances
6. ☒  Other public records of significant introduction of contaminants from industry, municipalities or other sources; and
7. ☒  Known existence of substantial material deposits of substances, which could be released in harmful quantities to the aquatic environment by man-induced discharge activities.

b.  An evaluation of the information above indicates that there is reason to believe the proposed dredged or fill material is not a carrier of contaminants, or that levels of contaminants are substantively similar at extraction and disposal sites. The material meets the testing exclusion criteria.   ☒ Yes   ☐ No
*Only clean fill material would be discharged.*

c.  Is the discharge site adjacent to the extraction site and subject to the same sources of contaminants, or are the materials at the two sites substantially similar?   ☐ Yes   ☒ No

d.  If there is a high probability that the material proposed for discharge is a carrier of contaminants, are there constraints available that are acceptable to the permitting authority and the Regional Administrator to reduce potential contamination to acceptable levels within the disposal site?  *Not applicable. The material would be clean material and there is no reason to believe it would be a carrier of contaminants.*   ☐ Yes   ☐ No

---

### V.  Disposal Site Determination
### 40 CFR §230.11(f)

a.  The following factors, as appropriate, have been considered in evaluating the disposal site.

1. Depth of water at the disposal site                                       ☒
2. Current velocity, direction, and variability at disposal site             ☒
3. Degree of turbulence                                                      ☒
4. Water column stratification                                               ☒
5. Discharge vessel speed and direction *NA.*                                ☐
6. Rate of discharge                                                         ☒
7. Dredged material characteristics                                          ☒
8. Other factors affecting rates and patterns of mixing                      ☒



Page 14                              POA-1990-592-M

000144

Exhibit 8, page 14

ATTACHMENT B

POA-1990-592-M

b.  An evaluation of the appropriate factors in V. a. above indicates that the disposal site and/or size of mixing zone are acceptable.     ☒ Yes  ☐ No

---

**VI.  Actions to Minimize Adverse Effects**
**(Subpart H, 40 CFR § 230.70)**

---

All appropriate and practicable steps would be taken, through application of recommendations of §230.70 – 230.77 to ensure minimal adverse effects of the proposed discharge.     ☒ Yes  ☐ No

Actions taken:  Best Management Practices, DA Permit Special Conditions resulting from the Endangered Species Consultation process, other Special conditions on the Corps (DA) Permit.  See Attachment D to the ROD, for a complete list of Special Conditions to be appended to the permit.

---

**VII.  Findings of Compliance or Non-compliance**
**(40 CFR§ 230.12)**

---

a.  ☐   On the basis of these Guidelines (Subparts C through G), the proposed disposal site for discharge of dredged or fill material complies with the Section 404(b)(1) guidelines

b.  ☒   On the basis of these Guidelines (Subparts C through G), the proposed disposal site for discharge of dredged or fill material complies with the Section 404(b)(1) guidelines with the inclusion of the following appropriate and practicable discharge  conditions (see subpart H) to minimize pollution or adverse effects to the affected aquatic ecosystem. *See Attachment D for the list of conditions.*

c.  ☐   The proposed disposal site for discharge of dredged or fill material does not comply with the Section 404(b)(1) guidelines for the following reasons:
    1.  There is a less damaging practicable alternative ........................................     ☐
    2.  The proposed discharge will result in significant degradation of the aquatic ecosystem  ...............................................     ☐
    3.  The proposed discharge does not include all practicable and appropriate measures to minimize potential harm to the aquatic ecosystem ......     ☐
    4.  There does not exist sufficient information to make a reasonable judgment as to whether the proposed discharge will comply with these Guidelines.     ☐



000145

Exhibit 8, page 15

ATTACHMENT  B                                                          POA-1990-592-M

### PROJECT COMPONENT:  INFRASTRUCTURE
**(ROADS, PIPELINES, BUILDING, STRUCTURAL & MATERIAL STOCKPILING PADS, BORROW PITS, POND BERMS, CREEK DIVERSION DAM, PLUNGE POOL, SPILLWAY, OTHERS )**

---

**I.  Evaluation of Compliance with 404(b)(1) Guidelines**
**[restrictions on discharge, 40 CFR § 230.10 (a)-(d)]**

---

**a.  Alternatives Test.** Refer to information discussed in the DSEIS, plus the Applicant's Section 404(b)(1) Evaluation, dated November 17, 2004, for additional references. Also, see the FSEIS, Section 2.3 (Project Components Studied in Detail, to include 2.3.8 (Diversions and Storm water), 2.3.11 (Employee Housing and Transportation), 2.3.12 (Power Supply), 2.3.16 (Borrow Areas), and 2.3.17 (Roads and Bridges).

|  | Yes *[15] | No |
|---|---|---|
| **(i)**  Is there a practicable alternative to the proposed discharge, which would have less adverse impact on the aquatic ecosystem, so long as the alternative does not have other significant adverse environmental consequences?  (For this requirement practicable alternatives may include activities which do not involve discharges to waters of the U.S. or discharges at other locations in waters of the U.S.)  *The applicant submitted a Practicability Analysis and a Cost Analysis breakdown for the proposed action, Alternative D, along with its respective alternative (described in POA-1990-592-2), also referred to as Alternative A.  The Alaska Department of Natural Resources (ADNR) analyzed the practicability of the applicant's preferred alternative versus Alternative A, and determined[14] that alternative A was neither practicable nor reasonable from the standpoint of cost or economics.  The Corps reviewed these documents and other relevant information and independently determined that the previously authorized site was not practicable to the applicant due to cost and logistics, and that based on the similarities (location, logistics of material transport, construction and operation of the facility, etc.) of the alternative variants of Alternative A (Alternatives A1 through A3), these three variations are also not practicable.  All of the infrastructure items (listed above), with the exception of the creek diversion dam (which must be located in the creek in order to divert water), were designed to avoid placement in waters of the U.S. to the maximum extent practicable.  Where placement in waters of U.S. was necessary, impacts were minimized to the maximum extent practicable.* | ☐ | ☒ |
| **(ii)** If the project is in a special aquatic site and is not water dependent, has the applicant clearly demonstrated that there are no less environmentally damaging practicable alternative sites available?  *The proposed project infrastructure components would be located primarily in wetlands, with the exception of the Mid Lake East Fork Slate Creek diversion dam which would be located within the creek channel.  The creek channel is not a special aquatic site.  The discharges for roads, building pads, and other infrastructure are not water dependent as they do not require access or proximity to or siting in special aquatic sites in order to fulfill their basic purpose.  The applicant considered other alternatives and clearly demonstrated that there were no practicable alternatives that were less damaging to the aquatic ecosystem.  The applicant has also avoided and minimized to the maximum extent practicable.  The Corps examined the proposed sites and all available information and determined that the sites for the infrastructure items would be the least environmentally damaging practicable alternative.* | ☒ | ☐* |

---

[14] ADNR Letter, dated December 1, 2004, addressed to the USFS.
[15] An * is marked above the answer that would indicate noncompliance with the Guidelines.



**000146**

Exhibit 8, page 16

ATTACHMENT B                                                                              POA-1990-592-M

b.  **Special restriction.** Will the discharge:
*Refer to the Applicant's Section 404(b)(1) Evaluation, dated November 17, 2004, for additional references.*

| | Yes | No |
|---|:---:|:---:|
| (i) Violate State water quality standards?[16] *The Alaska Department of Environmental Conservation (ADEC) has issued a Section 401 Water Quality Certification, dated May 6, 2005, which pertains to each of the 404 discharges. Also, see FSEIS Appendix A, Water Quality Analysis.* | ☐ | ☒ |
| (ii) Violate toxic effluent standards (under Section 307 of the Act)? *DSEIS: Section 4.6, Appendix A: Surface Water Quality. FSEIS: Appendix A - Water Quality Analysis.* | ☐ | ☒ |
| (iii) Jeopardize endangered or threatened species or their critical habitat? *DSEIS: Sections 4.10 and 4.11. FSEIS: Sections 4.10.3, and 4.11.2. Also, refer to attached Rod, discussion of comments received, with specificity to ESA consultation.* | ☐ | ☒ |
| (iv) Violate standards set by the Department of Commerce to protect marine sanctuaries? *NA. There are no marine sanctuaries on or near the project site.* | ☐ NA | ☐ NA |

c.  **Other restrictions.** Will the discharge contribute to significant degradation of "waters of the United States" through adverse impacts to: [*Refer to the Applicant's Section 404(b)(1) Evaluation, dated November 17, 2004, for additional references. Also, see the FSEIS: Appendix A, Water Quality Analysis.*]

| | Yes | No |
|---|:---:|:---:|
| (i) Human health or welfare, through pollution of municipal water supplies, fish, shellfish, wildlife and special aquatic sites? See *DSEIS: Sections 4.8, Groundwater Quality; 4.6, Surface Water Quality; and 4.12, Soils, Vegetation, and Wetlands. FSEIS: Section 4.7.3, Groundwater Quality; 4.5.6, Surface Water Quality; 4.12.3., Wetlands.* | ☐ | ☒ |
| (ii) Life stages of aquatic life and other wildlife? *DSEIS: Sections 4.11, Wildlife; and 4.12, Soils, Vegetation, and Wetlands. Also, refer to Section XI of the ROD.* | ☐ | ☒ |
| (iii) Diversity, productivity and stability of the aquatic life and other wildlife or wildlife habitat or loss of the capacity of wetlands to assimilate nutrients, purify water or reduce wave energy? *DSEIS: Sections 4.6; 4.9; 4.11; and 4.12. FSEIS:4.9.6., 4.11.2., and 4.12.3.* | ☐ | ☒ |
| (iv) Recreational, aesthetic and economic values? *DSEIS: Sections 3.13 through 3.15; and 4.13 through 4.15. FSEIS: 4.13.3., 4.14.3., 4.15.3.* | ☐ | ☒ |
| d.  **Actions to minimize potential adverse impacts (mitigation).** Will all appropriate and practicable steps (40 CFR § 230.70-77, Subpart H) be taken to minimize the potential adverse impacts of the discharge on the aquatic ecosystem? [*Refer to Applicant's Section 404(b)(1) Evaluation, dated November 17, 2004, for additional references.*] *DEIS: Section 2.5. FSEIS: Section 2.5.1: Mitigation. For follow-up, refer to ROD, Section VII, Subpart G.* | ☒ | ☐ |

---

[16] ADEC letter to the Corps, dated December 6, 2004.



**000147**

Exhibit 8, page 17

ATTACHMENT B                                                    POA-1990-592-M

| II.  Factual Determinations |
| (40 CFR § 230.11) |

The determinations of potential short-term or long-term effects of the proposed discharges of dredged or fill material on the physical, chemical and biological components of the aquatic environment included items a – h, below, in making a findings of compliance or non-compliance.

    Subpart C: Potential Impacts on Physical & Chemical Characteristics of the Aquatic Ecosystem;
    Subpart D: Potential Impacts on Biological Characteristics of the Aquatic Ecosystem;
    Subpart E: Potential Impacts on Special Aquatic Sites; and
    Subpart F: Potential Impacts on Human Use Characteristics.
    Subpart G: Evaluation and Testing

There is potential for short-term or long-term adverse effects (in light of Subparts C-G, listed above) of the proposed discharge as related to:

|  |  | Yes | No |
|---|---|:---:|:---:|
| a. | Physical substrate determinations *[FSEIS: Section 4.12.1; Appendix C]*. *The vegetative substrate under the proposed structures is primarily emergent, scrub-shrub or forested wetlands, all of which would be mechanically land cleared prior to the deposition of fill to construct the required infrastructure.* | ☒ | ☐ |
| b. | Water circulation, fluctuation and salinity determinations. *[FSEIS: Section 3.6 through 3.10; and Section 4.5.3 (Effects Common to Alternatives B, C, and D)] Few of the impacted wetlands have standing water which circulate,. However, these same waters do respond (storage) to heavy periods of precipitation. The proposed discharges are conditioned to prevent substantial changes. These are freshwater systems, salinity determinations are not applicable.* | ☒ | ☐ |
| c. | Suspended particulate/turbidity determinations  *[See FSEIS, Section 4.6.4 (Effects Common to Alternatives B, C, and D), and Section 4.9 (Aquatic Resources: Freshwater) . The permit would be conditioned to require stabilization of all disturbed soils in order to prevent erosion of disturbed sediments into waters of the U.S.* | ☒ | ☐ |
| d. | Contaminant determinations *[See FSEIS, Section 4.6.4 (Effects Common to Alternatives B, C, and D[Accidental Spills], and Section 4.6.6. through 4.6.7.) Only clean material would be discharged.* | ☐ | ☒ |
| e. | Aquatic ecosystem structure and function determinations *[FSEIS: Section 4.9 and 4.12] Modification of the area wetlands would result in the short-term modification of the area's aquatic ecosystem and functions. These would be restored upon project closure. A portion of the East Fork Slate Creek would be converted to deepwater habitat.* | ☒ | ☐ |
| f. | Proposed disposal sites determination (disposal sites and/or size of mixing zone are acceptable) *[FSEIS: Section 2, Description of proposed actions and other Alternatives]* | ☐ | ☒ |
| g. | Determination of cumulative effects on the aquatic ecosystem *[FSEIS: Sections 4.12, and 4.21 (Cumulative Effects)]* | ☐ | ☒ |
| h. | Determination of secondary effects on the aquatic ecosystem *[FSEIS: Section 4.0 ]* *Secondary effects of the proposed discharges would include noise and air quality due to heavy equipment operation to construct the operation. As well as those impacts associated with the operation of the mine.* | ☒ | ☐ |



000148

Exhibit 8, page 18

ATTACHMENT B                                                      POA-1990-592-M

| III.  Technical Evaluation Factors<br>40 CFR § 230 Subparts C-F |
|---|

**a.  Potential Impacts on Physical and Chemical Characteristics of the Aquatic Ecosystem  (Subpart C)**

*FSEIS-Section 4.0 Environmental Impacts*

|  |  | Significant | Not significant |
|---|---|:---:|:---:|
| 1. | Substrate *[FSEIS: Sections 4.3(Geology & Geochemistry) and 4.4 (Geotechnical Stability), Also, Section 2.3 (Project Components Studied in Detail).* | ☐ | ☒ |
| 2. | Suspended particulates/turbidity *[FSEIS: Section 4.5, and 4.9] Only clean material would be used and all fills would be required to be stabilized to minimize turbidity.* | ☐ | ☒ |
| 3. | Water *[FSEIS: Section 4.5 through 4.10]* | ☐ | ☒ |
| 4. | Alteration of current patterns and water circulation *[FSEIS: Section 4.5] There is little surface water present in the wetlands where the majority of the infrastructure components would be constructed:.  The diversion dam in Mid Fork East Slate Creek would result in water being piped below the tailings dam where it would reenter Slate Creek* | ☐ | ☒ |
| 5. | Alteration of Normal Water fluctuations/hydro period *[FSEIS: Sections 4.5 and 4.7]. The Alaska Department of Natural Resources, Office of Habitat Management and Permitting regulates water levels in Slate Creek which would result from releases of water below the proposed dam, and a permit has been issued to the applicant. The wetlands at the project site are not normally inundated.* | ☐ | ☒ |
| 6. | Alteration of salinity gradients *[FSEIS: Section 4.3] N.A. The aquatic resources that would be impacted are freshwater.* | ☐ | ☐ |

**b. Potential Impacts on the Biological Characteristics of the Aquatic Ecosystem (Subpart D)**

| 7. | Threatened and Endangered species (§230.30) *N.A. There are no threatened or endangered species or their critical habitat within these portions of the project site.* | ☐ | ☐ |
|---|---|:---:|:---:|
| 8. | Aquatic Food Web (§230.31) *[FSEIS: Sections 4.9, & 4.10] The discharge of fill for construction of the infrastructure components would result in the elimination of the food web that these wetlands provide.  After project these functions would be restored.* | ☐ | ☒ |
| 9. | Other wildlife *[FSEIS: Section 4.11]. Construction and operation of the various infrastructure components would affect (e.g., limit travel) wildlife and waterfowl use of the area.  This effect would be minimal due to the historic and current use of the site for mine operations.  Upon project closure and reclamation of the site the use by wildlife would increase.* | ☐ | ☒ |



000149

Exhibit 8, page 19

ATTACHMENT B

POA-1990-592-M

**c. Potential Impacts on Special Aquatic Sites (Subpart E).**

| | | |
|---|---|---|
| 1. Wetlands *[FSEIS: Sections 4.9 & 4.12]. The wetlands present at the project site include emergent, scrub-shrub and forested the infrastructure (roads, pipelines, borrow pits, structural pads) would result in the temporal loss of these wetlands. Upon project closure they would be restored.* | ☐ | ☒ |

| | | |
|---|---|---|
| 2. Sanctuaries and refuges *[FSEIS: Section 4.11] NA. There are no sanctuaries or refuges in the project area.* | ☐ | ☐ |

| | | |
|---|---|---|
| 3. Mud Flats – *NA. There are no mud flats in the project area.* | ☐ | ☐ |

| | | |
|---|---|---|
| 4. Vegetated Shallows – *NA. There are no vegetated shallows in this portion of the project area..* | ☐ | ☒ |

| | | |
|---|---|---|
| 5. Coral reefs – *NA. There are no coral reefs in the project area.* | ☐ | ☐ |

| | | |
|---|---|---|
| 6. Riffle and pool complexes *[FSEIS: Section 4.9]* –. *NA. The infrastructure components would not be located in riffle/pool complexes.* | ☐ | ☒ |

**e. Potential Effects on Human Use Characteristics (Subpart F).**
*Description of Social Environment* [Base condition]: See FSEIS, Sections 4.0 Environmental Impacts, and 3.15 Socioeconomics.

| | | |
|---|---|---|
| 1. Effects on municipal and private water supplies – NA. *The project would not impact municipal or private water supplies.* | ☐ | ☐ |

| | | |
|---|---|---|
| 2. Recreational and Commercial fishing impacts (including subsistence fishing) *FSEIS: Sections 4.15 & 4.20. NA. The creeks and other waters of the U.S. at the site are not subject to fishing, whether subsistence, recreational or commercial.* | ☐ | ☐ |

| | | |
|---|---|---|
| 3. Effects on water-related recreation *[FSEIS: Section 4.13] NA. The area isolated from roads and has not been recorded as having any recreational values. The proposed discharges would not impact water related recreation.* | ☐ | ☐ |

| | | |
|---|---|---|
| 4. Aesthetics *[FSEIS: Section 4.14]* , *The discharges would adversely impact the sites' aesthetic values. However, the impact is not substantial due to the isolation of the project area, and its historical use for mining.* | ☐ | ☒ |

| | | |
|---|---|---|
| 5. Effects on parks, National and historic monuments, National seashores, wilderness areas, research sites , and similar preserves. *NA. The project is not located in any of these areas.* | ☐ | ☐ |



POA-1990-592-M

000150

Exhibit 8, page 20

ATTACHMENT B                                                      POA-1990-592-M

---

**IV.    Evaluation of Dredged or Fill Material
(Subpart G, 40 CFR § 230.60)**

---

c.    The following information has been considered in evaluating the biological availability of possible contaminants in dredged or fill material: (checked boxes apply). *Section 2.3, Project Components Studied in Detail]*

| | | |
|---|---|---|
| 8. | ☒ | Physical characteristics (receiving waters, bottom sediments, slurry constituents). |
| 9. | ☐ | Hydrography in relation to known or anticipated sources of contaminants |
| 10. | ☐ | Results from previous testing of the material or similar material in the vicinity of the project |
| 11. | ☐ | Known, significant, sources of persistent pesticides from land runoff or percolation |
| 12. | ☐ | Spill records for petroleum products or designated (§311 of CWA) hazardous substances |
| 13. | ☒ | Other public records of significant introduction of contaminants from industry, municipalities or other sources |
| 14. | ☒ | Known existence of substantial material deposits of substances which could be released in harmful quantities to the aquatic environment by man-induced discharge activities |

b.    An evaluation of the information above indicates that there is reason to believe the proposed dredged or fill material is not a carrier of contaminants, or that levels of contaminants are substantively similar at extraction and disposal sites. .
*Only clean material would be discharged.*                    ☒ Yes  ☐ No   ☐ Unknown

c.    Is the discharge site adjacent to the extraction site and subject to the same sources of contaminants, or are the materials at the two sites substantially similar?                    ☒ Yes  ☐ No   ☐ Unknown

d.    If there is a high probability that the material proposed for discharge is a carrier of contaminants, or are there constraints available that are acceptable to the permitting authority and the Regional Administrator to reduce potential contamination to acceptable levels within the disposal site?                    ☐ Yes  ☐ No
*Only clean material would be discharged.*

---

**V.    Disposal Site Determination
40 CFR §230.11(f)**

---

The following factors, as appropriate, have been considered in evaluating the disposal (discharge) sites.

| | |
|---|---|
| 1.  Depth of water at the disposal site | ☒ |
| 2.  Current velocity, direction, and variability at disposal site | ☒ |
| 3.  Degree of turbulence | ☒ |
| 4.  Water column stratification | ☐ |
| 5.  Discharge vessel speed and direction | ☐ |
| 6.  Rate of discharge | ☐ |
| 7.  Dredged material characteristics | ☐ |
| 8.  Other factors affecting rates and patterns of mixing | ☒ |

d.    An evaluation of the appropriate factors in V. a. above indicates that the       ☒ Yes
disposal site and/or size of mixing zone is acceptable.                              ☐ No



Page 21                                          POA-1990-592-M

000151

Exhibit 8, page 21

ATTACHMENT B                                              POA-1990-592-M

---

**VI. Actions to Minimize Adverse Effects**
**(Subpart H, 40 CFR § 230.70)**

---

All appropriate and practicable steps would be taken, through application of recommendations        ☒ Yes
of §230.70 – 230.77, to ensure minimal adverse effects of the proposed discharge.                    ☐ No

Actions taken:  Inclusion of Best Management Practices in the Mining Plan of Operations (POO) DA Permit Special
Conditions to include incorporation of the Mining POO, inclusive of reclamation appendix.  See Attachment D to the
ROD, for a list of Special Conditions to be appended to the Corps (DA) permit.  State and local permits have been
conditioned to reduce impacts resulting from the material discharge into waters of the United States, including wetlands,
for the supporting mining infrastructure (embankment, plunge pool, spillway, water treatment facility pad, etc).

---

**VII. Findings of Compliance or Non-compliance**
**(40 CFR§ 230.12)**

---

a. ☐   On the basis of these Guidelines (Subparts C through G), the proposed disposal site for discharge of dredged or fill
       material complies with the Section 404(b)(1) guidelines

b. ☒   On the basis of these Guidelines (Subparts C through G), the proposed disposal sites for the discharge of dredged
       or fill material complies with the Section 404(b)(1) Guidelines with the inclusion of the appropriate and practicable
       discharge conditions to minimize pollution or adverse effects to the affected aquatic ecosystem.  See Attachment D
       for a complete list of Special Conditions to be attached to the permit.

c. ☐   The proposed disposal site for discharge of dredged or fill material does not comply
       with the Section 404(b)(1) guidelines for the following reasons:
       1. There is a less damaging practicable alternative                                                    ☐
       2. The proposed discharge will result in significant  degradation of the aquatic ecosystem             ☐
       3. The proposed discharge does not include all practicable and appropriate measures to
          minimize potential harm to the aquatic ecosystem                                                    ☐
       4. There does not exist sufficient information to make a reasonable judgment as to whether
          the proposed discharge will comply with these Guidelines.                                           ☐



Page 22                          POA-1990-592-M

000152

Exhibit 8, page 22