

Source: U.S. Geological Survey, 1985

**FIGURE 1-2. SPECIFIC PROJECT AREA**

Exhibit 9, page 1