IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

SOUTHEAST ALASKA CONSERVATION )
COUNCIL, et al., )
)
Plaintiffs, )
) Case No. J05-0012 CV (JKS)
vs. )
) DECLARATION OF E. NEIL
UNITED STATES ARMY CORPS OF ) MACKINNON IN SUPPORT OF
ENGINEERS; et al. ) COEUR ALASKA, INC.'S
) SUMMARY JUDGMENT
Defendants. ) RESPONSE BRIEF
)

I, E. Neil MacKinnon, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am President of the Hyak Mining Company ("Hyak").

2. I have personal knowledge of the factual statements made in this declaration. They are true and accurate to the best of my knowledge.

3. Hyak is an Alaska corporation based in Juneau. Hyak restaked the former Jualin Mine in 1978 and has been working to redevelop the mines in the area north of Berners Bay ever since. The great grandfather of the Hyak majority owners staked nearby Comet Mine in 1891.

4. Hyak presently owns or has interests in 412 acres of patented mining claims and approximately 500 unpatented federal mining claims in the area north of Berners Bay. The vast majority of these lands and claims are under lease to Coeur Alaska, Inc. for use in the Kensington project.

5. I am frequently in the area of Hyak's patented lands and mining claims for monitoring and inspection purposes. This area is adjacent to a group of water bodies known as the Slate Lakes and Spectacle Lake.

6. Since I am up in that area frequently, I tried out the Slate Lakes for recreation, as did my son and four of his friends. We found nothing appealing about the area and have no

Exhibit 10, page 1

plans to return to Slate Lakes for recreational activities. There are simply much better places to visit for these activities.

7. I have not once observed any recreational user at Slate Lakes.

8. In my experience, 90 percent of the recreational use of Berners Bay occurs within Echo Cove. I have observed only a handful of recreational users at Slate Creek Cove. The natural water conditions in Berners Bay are just too treacherous for small boats to comfortably cross the Bay, and safe and secure anchorages in Slate Creek Cove are difficult to find.

9. Berners Bay is not a "pristine" wilderness. The area has seen mining and other related activities since the first mineral discoveries in 1891. These activities have been ongoing for well over 100 years, almost continuously except for a period of 25 years between 1950 and the mid-1970s. The most recent Forest Service plan for the Tongass National Forest recognizes the mineral character of the area and designates it for mineral management. It should not be surprising to anyone that someone would wish to pursue mining activities in this historical mining area.

10. There have been six clear cuts of timber in the Berners Bay area, including logging at the Johnson Creek valley, near Sawmill Creek on Berners Bay, the hill between Echo Cove and the Echo Cove Bible Ranch, the Mabb Island area, and private lands at Jualin. That some would still refer to the Berners Bay area as "pristine" simply illustrates the ability of nature to reclaim it self after man's temporary incursions.

11. The Kensington project minimizes the use of the public domain yet provides for a safe and economically viable mining operation that is environmentally sound. Hyak fully supports the plan proposed by Coeur Alaska, Inc. and its use of the Hyak lands for mining.

DECLARATION OF E. NEIL MACKINNON
SEACC. et al. v. U.S. Army Corps of Engineers, et al.

Page 2 of 3
Case No: J05-0012 CV (JKS)

Exhibit 10, page 2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 28 2006.

E. Neil MacKinnon

DECLARATION OF E. NEIL MACKINNON
SEACC, et al. v. U.S. Army Corps of Engineers, et al.

Page 3 of 3
Case No: J05-0012 CV (JKS)

Exhibit 10, page 3