**KLINE ENVIRONMENTAL RESEARCH, LLC**

1731 50th Street
Somerset, WI 54025
Phone: (715) 247-4466
Fax: (715) 247-4608
E-mail: kline@pressenter.com

## TECHNICAL MEMORANDUM

To: Rick Richins
From: Ed Kline
Subject: Dolly Varden spawning location
Date: August 23, 2004

---

On August 21, 2004, Carl Schrader (ADNR) and I set baited minnow traps in Lower Slate Lake, Upper Slate Lake, East Fork Slate Creek, Mid-Lake Slate Creek, and three previously unnamed tributaries to the lakes: North Lower Slate Creek; South Upper Slate Creek; North Upper Slate Creek (Figure 1). A fourth previously unnamed tributary, South Lower Slate Creek, had nearly zero discharge and was not fished. Our objective was to identify spawning locations by determining where sexually mature Dolly Varden were located. This was the second of several planned trips that are intended to bracket the spawning season.

We collected eleven Dolly Varden parr from the main inflow to Upper Slate Lake (North Upper Slate Creek, Table 1, Figure 1) when we retrieved the minnow traps on August 22, 2004. Parr are an early life stage of salmonids. They have distinct markings along their body called parr marks (Photograph 1). I have rarely collected parr in past surveys. As such, I suspected there was an unknown and possibly substantial portion of the Lower and Upper Slate Lakes Dolly Varden populations that had not been quantified. We now know that minnow trapping is effective at capturing parr and low capture rates reflect low abundance.

The capture of Dolly Varden parr in the north inflow to Upper Slate Lake (North Upper Slate Creek) has several implications:

- Parr abundance can be used to determine Dolly Varden spawning locations.
- North Upper Slate Creek is probably the dominant source of Dolly Varden for the Slate Lakes drainage, including Lower Slate Lake.
- Dolly Varden redds that have been observed in Lower Slate Lake have probably failed to produce fish. Only one parr has been collected in Lower Slate Lake, despite considerably more minnow trapping effort than in any of the other lakes and streams.
- Any attempts to provide Dolly Varden spawning habitat in the tailings storage facility after closure will, if successful, result in Dolly Varden production that exceeds the existing production in Lower late Lake.

Table 1. Spawning conditions and Dolly Varden capture data from August 22, 2004.

| Location | Spawning conditions | | | | Number of Dolly Varden* | | |
|---|---|---|---|---|---|---|---|
| | Water movement | Temperature (C) | Spawning gravel | Overall | Parr | Juvenile | Adult |
| Lower Slate Lk | nearshore waves | nd | some on east and west shore | Poor due to intermittent water movement | 0 | 11 | 4 |
| Upper Slate Lk | nearshore waves | nd | some on east shore | Poor due to intermittent water movement | 1 | 12 | 9 |
| East Fork Slate Cr | perennial | 15.5 | nearly absent | Poor due to lack of gravel | 0 | 0 | 0 |
| Mid-Lake Slate Cr | perennial | 18.0 | some in upper reach | Fair, limited by lack of gravel | 1 | 15 | 0 |
| South Lower Slate Cr | intermittent | nd | limited | Poor due to intermittent water flow | nd | nd | nd |
| North Lower Slate Cr | perennial but slow | nd | abundant | Poor due to intermittent water flow | 0 | 4 | 0 |
| South Upper Slate Cr | perennial but slow | 19.5 | abundant | Fair. Limited by slow water flow | 0 | 2 | 0 |
| North Upper Slate Cr | perennial | 11.5 | abundant | Good. Perennial cold, flowing water and abundant clean, rounded gravel | 11 | 9 | 1 |

*Life stage based on: parr <45 mm, juvenile ≥45 mm but <128 mm (128 mm = 50th percentile length based on all Slate Lakes basin data), adult ≥128 mm.
nd = not determined



Figure 1. Streams and lakes in the Slate Lakes basin.

Kline Environmental Research, LLC        August 23, 2004                              Page 3

005347

Exhibit 12, page 3



Photograph 1. One of eleven Dolly Varden parr, captured in North Upper Slate Creek on August 22, 2004.