# Kensington Project
# Lower Slate Lake Tailings Impoundment:
# Habitat Creation and Mitigation Plan

*Prepared for*:
Coeur Alaska, Inc.
3031 Clinton Dr.
Suite 202
Juneau, AK 99801

*Prepared by*:
Kline Environmental Research, LLC
1731 50th St.
Somerset, WI 54025

and

Earthworks Technology, Inc.
409 West Neider St.
Suite A
Coeur d'Alene, ID 83815

July 14, 2003

007284

*Existing Habitat and Biota*

Lower Slate Lake has a surface area of 20 acres, 4,127 feet of shoreline, and a maximum depth of 51 feet. The lake surface is roughly twice as long as it is wide. Much of Lower Slate Lake is surrounded by steeply sloping, partially saturated, coniferous forest with interspersed deciduous understory. Bogs exist along the northern lake edge and near the lake outlet (Kline 2001, ABR 2002). There are no distinct bays or peninsulas along the shoreline.

The bottom of the lake contains no large-scale features and slopes to a single low area near the lake center. The bottom substrate of the littoral zone varies between silt, clay, and organic sediment, with intermittent areas of gravel and beds of submerged and emergent vegetation. Sediment from Lower Slate Lake is naturally enriched in some metals. Below the depth of light penetration, sediment is an equal mix, by weight, of fine-grained organic and inorganic particles. This deeper sediment, underlying approximately half of the lake's surface area, is nearly devoid of benthic invertebrates, probably due to a lack of sunlight for primary production and a lack of oxygen in the sediment. Shallow light penetration is a result of the lake water being colored by dissolved organic compounds (Kline 2001, Earthworks 2002, Kline 2/03). The relationship between lake morphometry, productivity, light penetration, and dissolved oxygen will be investigated during August 2003 as a first step toward optimizing the final impoundment morphometry.

Mid-Lake Creek, the outlet from Upper Slate Lake, flows into Lower Slate Lake. East Slate Creek flows from Lower Slate Lake to Slate Creek which discharges into Slate Creek Cove on the northwest side of Berners Bay (Figures 1 and 2). Salmon runs in Slate Creek are a small fraction of salmon runs in nearby Johnson Creek. Pink, coho, and chum salmon spawn in both streams, however, the latter two species were not observed in appreciable numbers in Slate Creek and were generally not present at all during six years of surveys (summarized in Kline 3/03). No anadromous salmon occur in East Slate Creek due to barrier falls, as discussed below.

Dolly Varden are the only sport fish that occur in the Slate Lakes watershed above the first permanent barrier to upstream fish migration (Konopacky 5/95, 6/96, Kline 2001, Earthworks 2002). The barrier is near the confluence of East Slate Creek and West Slate Creek where the streams join to form Slate Creek (Figure 2). Few Dolly Varden reside in the steep, lower portion of East Slate Creek above the lower barrier. The gradient is less steep in the upper portion, near

Lower Slate Lake, where riffles and glides predominate. Still, fish surveys have yielded few Dolly Varden in this upper reach. Mark and recapture studies and observations on distribution relative to cascades suggest that East Slate Creek serves mainly as a one-way conduit from Lower Slate Lake to Slate Creek, although Dolly Varden occasionally travel between Lower Slate Lake and the extreme upper reach of East Slate Creek. Results of fish surveys in Mid-Lake Creek have been similar to results in East Slate Creek. No evidence of Dolly Varden spawning or schools of young fish were seen in either stream during surveys conducted in June, August, and September (Kline 2001, Earthworks 2002).

Surveys conducted in Lower Slate Lake have resulted in Dolly Varden population estimates ranging from 439 to 996 (Konopacky 1995, Earthworks 2002). The latter survey indicated that Dolly Varden mainly reside in the littoral zone. Examination of Dolly Varden stomach contents revealed that they feed in the littoral zone on benthic invertebrates and threespine sticklebacks, the only other fish species found in the lake.

No spawning activity, redds, or schools of young fish have been observed during the numerous stream and lake surveys conducted in the Slate Lakes drainage. It appears that Lower Slate Lake Dolly Varden are opportunistic spawners, possibly spawning in the littoral zone where gravel substrate exists and to a very limited extent in the inlet and outlet streams. A portion may originate in Upper Slate Lake. Additional studies will be conducted during the summer and fall of 2003 in an effort to better understand the spawning habits of Dolly Varden in Upper and Lower Slate Lake and the relationship between the two lakes.

Lower Slate Lake was fished using flycasting and rod and reel with a variety of lures from shore, float tubes, and boats during June 2000 and August and September 2001, for an average of 3.9 rod hours per fish. The average length of these hook and line captured fish was 7.7 inches and the average weight was 0.16 pounds (Kline 2001, Earthworks 2002). It is difficult for a person to hike or wade the perimeter of much of the lake due to the steep banks and sections that are lacking a shallow littoral zone.

Based on a literature comparison, Dolly Varden in Lower Slate Lake are small, in poor condition, and exhibit slow growth relative to anadromous Dolly Varden. Lower Slate Lake Dolly Varden,

Kline Environmental Research, LLC
and Earthworks Technology, Inc.         July 14, 2003                      Page 7

averaging five inches fork length for all capture methods pooled, were at the extreme lower end of the anadromous Dolly Varden length distribution from another Southeast Alaska lake (Heiser 1966). Their weight was 17% less than that of anadromous Dolly Varden of comparable length. Their annual growth rate (length and weight) averaged 59% less than the rate for anadromous Dolly Varden of comparable initial length. Based on these comparisons, Lower Slate Lake and streams in the Slate Creek drainage offer limited fish habitat. This limited habitat is reflected in a non-diverse, sparsely populated, assemblage of small fish.

Several multi-season wildlife surveys were conducted during the late 1980's and early 1990's in the Slate Lakes area (e.g. Dames and Moore 1990, King 1991, Cedar Creek Assoc. 1991). The area is within the general distribution area of the Berners Bay moose population. The herd is estimated at near 100 animals. Sign near the shores of Upper and Lower Slate Lakes indicated some use by moose during summer months that may be limited by a lack of shrubs and by the narrow, incised topography that limits development of preferred riparian vegetation.

Evidence also suggested that Canada geese may use the lakes for nesting and brood rearing (Dames and Moore 1990), although a different report generalized that this species usually nests within 100 yards of the marine shoreline in the region (Cedar Creek Assoc. 1991). During June 1990, 105 Vancouver Canada geese were observed on Lower Slate Lake. Observations made during November of 2002 included abundant goose sign around Spectacle Lakes, significant but less goose sign at Upper Slate Lake, and minor goose sign at Lower Slate Lake (Icy Strait Environmental 2002).

The following waterbird species were observed during surveys conducted in 1990 and 1991 in Slate Creek Cove (King 1991): loon, grebe, goldeneye, merganser, gull, mallard, teal, wigeon, harlequin, bufflehead, Canada goose, scoter, murrelet, scaup, sandpiper, and guillemot. This list provides an indication of the variety of species that reside in the immediate area, many of which could conceivably use the Lower Slate Lake impoundment.

Other observations near Slate Lakes include beaver cuttings, red squirrel calls, a boreal toad at Upper Slate Lake, no sign of snowshoe hare, and no bats observed in flight (Dames and Moore 1990, Cedar Creek Assoc. 1991). A lack of prey, including Sitka black-tailed deer, is suspected to

located that is likely to be applicable to the tailings impoundment due to factors such as colored water and extreme summer and winter photoperiods that are not well studied.

Collection of a long time-series of profiles during operation in nearby lakes will allow determination of the site-specific relationship between variables that influence the potential for winterkill. While this habitat plan emphasizes establishment of a broad littoral zone, there may be a point where oxygen consumption resulting from decomposition of organic matter produced in the littoral zone would result in winterkill. Part of the design process will be to identify a balance of shallow and deep water that will be appropriate for the impoundment. Given the ability to choose the morphometry of the impoundment and the opportunity to collect long-term, site-specific data, winterkill should be considered a factor that can be designed out of the final plan. Dissolved oxygen and other variables will be profiled in Upper Slate Lake and Lower Slate Lake during August 2003 to compare late summer trophic status and stratification.

As with habitat, restoration of biota will be accomplished by a combination of active and passive methods. Transplanting wetland plants and riparian vegetation will probably be worthwhile. Small-scale field studies could be used to determine if addition of soil or organic matter will be required for establishment of plants. Brook trout could be stocked in the impoundment after closure and Dolly Varden could gradually be reintroduced from Upper Slate Lake by way of migration through Mid-Lake Creek. Inter-species competition could then be allowed to determine the eventual sport fish assemblage in the impoundment. Wildlife restoration and invertebrate recolonization will be strictly passive after creation of habitat.

## Conclusions

The Lower Slate Lake tailings impoundment offers an opportunity to transform an existing lake with poor diversity and productivity into a unique and varied collection of productive habitats. Central to this plan is the creation of a lake of similar size, but with a large, adjacent littoral area and wetland that can provide greater benefits to fish and wildlife than the few and fragmented wetlands that currently exist. With improved access, the Lower Slate Lake tailings impoundment and other lakes in the vicinity could provide excellent recreational opportunities.