

**KLINE ENVIRONMENTAL RESEARCH, LLC**

1731 50th Street
Somerset, WI 54025
Phone and Fax: (715) 247-4466
E-mail: kline@pressenter.com
www.pressenter.com/~kline

# MEMORANDUM

To: Susan Hitchcock, COE
From: Ed Kline, Kline Environmental Research
CC: Rick Richins, RTR
Subject: Lower Slate Lake vs. Kensington tailings impoundment benthic productivity
Date: December 23, 2003

---

Rick Richins requested that I prepare this memo pertaining to benthic productivity of Lower Slate Lake relative to the proposed Lower Slate Lake tailings impoundment for the Kensington Project. Operational and storage capacity details were provided in a 11/03/03 memo from Eric Klepfer to Ron Rimelman. The memo below pertains only to benthic productivity and benthic acreage comparisons. This information has been provided to TetraTech and has been presented and discussed at meetings with EPA, USFS, and Alaska DNR.

As currently proposed, tailings would be under a water cover at depths ranging from 9 to 20 feet. The perimeter of the impoundment would be submerged forest soil to a water depth of 9 feet where the fringe of the tailings deposit would begin. The tailings deposit would slope toward the center of the impoundment to a maximum water depth of 20 feet. Observations made in Lower Slate Lake revealed Dolly Varden redds that were restricted to <8 inches water depth during August 2003 (<1.5 feet during a high water event in October). Based on these observations, all tailings will be deeper than Dolly Varden spawning depths.

Areas of natural sediment and tailings were calculated relative to the depth of sunlight penetration and depth distributions of benthic invertebrates. For simplicity, substrate coverage areas are based on the area of overlying water surface. Actual substrate areas are greater since the impoundment slopes toward the center. By ignoring slope, the area of natural sediment coverage relative to tailings coverage is underrepresented since submerged natural sediment is near shore, where slopes are greater.

Based on sediment sampling conducted during June 2000 and August 2001, a variety of benthic invertebrate species exist at 13 feet depth whereas sediment is nearly devoid of benthic invertebrates at 49 feet. A diverse benthic invertebrate community ceases to exist somewhere between these depths. A common estimate of the limits of rooted plants and benthic invertebrates in lakes, based on 1% penetration of surface light, is 2x the depth where a Secchi disc is no longer visible. This equates to 26 feet in Lower Slate Lake and has been used in past memos and reports to delineate benthic productivity. However, more sophisticated light penetration profiles during August 2003 revealed that the depth of 1% light penetration is only 13 feet. This finding is consistent with observations of rooted plants in Lower Slate Lake but, coincidentally, this is the depth where benthic invertebrate samples containing a variety of species had been collected. As such, 26 feet was retained as a conservative estimate of the maximum depth of a diverse benthic invertebrate population for this memo, consistent with past reports and memos. The maximum

Kline Environmental Research, LLC       December 23, 2003       Page 1

potential depth of benthic invertebrate colonization in the impoundment was assumed to be the same as in the existing lake.

Given the above data and assumptions, areas of potential rooted plant growth (0 to 13 feet) and benthic invertebrate colonization in natural sediment and tailings (0 to 26 feet) were calculated for the existing Lower Slate Lake and the tailings impoundment (Table 1).

Due to the increased size of the impoundment relative to the existing lake, the area of submerged natural sediment in the impoundment that receives sufficient sunlight for photosynthesis will be greater than in the existing lake. In addition, a larger area underlain by tailings will also provide substrate for aquatic plants. Studies conducted during operation will reveal if amendments will be required to accelerate plant colonization in tailings. It may be revealed that the productivity of tailings is sufficient and that amendments may result in overproduction of plants and seasonal anoxia (winterkill). The required depth to avoid winterkill will be refined through studies conducted in neighboring lakes during operation. For this memo it is assumed that 20 feet is sufficient to avoid winterkill given the stained water in the watershed and the resulting low productivity of the lakes.

Because the estimated depth limit of a diverse benthic invertebrate population in Lower Slate Lake is 26 feet and the maximum impoundment depth is 20 feet, the entire impoundment can potentially be colonized by benthic invertebrates. Because the area of productive submerged natural sediment in the impoundment is equal to that in the existing lake, even marginal colonization in tailings would result in a larger benthic population than in the existing lake. Based on extensive habitability testing already conducted, the entire impoundment will be extensively colonized by benthic invertebrates and will far exceed the existing community. The above information is summarized in Table 1 and Figures 1 through 4 of this memo.

The habitability testing was conducted using an *in situ* experiment in Auke Bay and standard EPA marine and freshwater sediment habitability testing under laboratory conditions. All of the testing involved the conservative comparison of habitability in tailings immediately after the milling process vs. natural sediment collected from freshwater and marine waterbodies, including Lynn Canal and Lower Slate Lake. The overwhelming conclusion from these experiments was that Kensington tailings are as habitable by benthic invertebrates as natural aquatic sediment. The most powerful experiment was in Auke Bay where over 100 different species colonized Kensington tailings in a matter of months. This complex community in tailings was indistinguishable from the community that colonized natural marine sediment based on univariate and multivariate statistical techniques.

The only notable exception to the habitability tests results was poor survival of a freshwater amphipod species under laboratory conditions. The test methodology was overly conservative in that tailings were not first suspended in flow-through test water. Rather, the tailings, while saturated with process water, were placed in the bottom of the test chambers and water was slowly added on top of the tailings. After two volume turnovers, the burrowing amphipods were added. Good growth of surviving amphipods and differences in basic water chemistry of water overlying tailings relative to the Slate Lake sediment for the first 24 to 48 hours of the test suggest that interstitial, residual process water early in the test was the source of mortality. The test represented benthic conditions at the point of discharge during operation and is not relevant to the issue of

recolonization after closure, although it is notable that a freshwater midge larvae thrived in tailings under the same conditions.

Given the above information and data from marine and lake tailings disposal operations in Canada, it would be extremely conservative to consider the possibility that tailings will not be colonized by benthic invertebrates. Nonetheless, the acreage of submerged natural sediment in the Kensington impoundment will be equal to the acreage of productive benthic substrate in the existing lake. Furthermore, all of the submerged natural sediment will be covered by $\leq 9$ ft of water, so the area of natural substrate that could support rooted plants in the impoundment would exceed that in the existing lake by 5 acres. As such, the worst-case scenario provides mitigation in the form of increased benthic productivity.

Increased benthic productivity as mitigation is considerably greater under the more realistic scenario of rapid or eventual benthic invertebrate colonization in tailings. The area of productive benthic substrate in Lower Slate Lake would increase from 11.3 acres to 55.6 acres, nearly a five-fold increase.

Table 1. Zonation of Lower Slate Lake and the tailings impoundment based on water surface area overlying bottom types. The tailings impoundment was sized so that the area of submerged natural sediment (11.3 ac) would equal the existing area of productive sediment in Lower Slate Lake

| Bottom type | Lower Slate Lake acreage (natural sediment) | Tailings impoundment acreage | | |
|---|---|---|---|---|
| | | Natural sediment | Tailings | Impoundment total |
| rooted plants and benthic invertebrates | 6.3 | 11.3 | 18.4 | 29.8 |
| benthic invertebrates (deeper than and including rooted plants) | 11.3 | 11.3 | 44.3 | 55.6 |
| unproductive | 9.0 | 0 | 0 | 0 |
| total | 20.3 | 11.3 | 44.3 | 55.6 |



Figure 1. Zones of benthic productivity in Lower Slate Lake and measured conditions in the lake.

Kline Environmental Research, LLC        December 23, 2003        Page 4

006917



Figure 2. Zones of benthic productivity in Lower Slate Lake superimposed on a topographic map with the outline of the proposed final water level of the tailings impoundment.

Kline Environmental Research, LLC         December 23, 2003         Page 5

006918

Exhibit 14, page 5

Figure 3. Zones of benthic productivity in the Lower Slate Lake tailings impoundment prior to recolonization of tailings.



Figure 4. Zones of benthic productivity in the Lower Slate Lake tailings impoundment after recolonization of tailings.

Kline Environmental Research, LLC          December 23, 2003          Page 7

006920

Exhibit 14, page 7