

**KLINE**
ENVIRONMENTAL
RESEARCH, LLC

1731 50th Street
Somerset, WI 54025
Phone: (715) 247-4466
Fax: (715) 247-4608
E-mail: kline@pressenter.com

## TECHNICAL MEMORANDUM

To:       Rick Richins
From:     Ed Kline
Subject:  Time required for benthic recolonization in the Kensington tailings storage facility
Date:     August 17, 2004

*Summary*

This technical memorandum provides information to supports the following conclusion:

A diverse and abundant benthic invertebrate community will remain in the submerged natural sediment around the perimeter of the Kensington tailings storage facility (TSF) throughout the operation. The width of this colonized band of natural sediment will vary during operation, but will be present at closure to contribute to rapid colonization of tailings after deposition ceases, and rapid colonization of newly submerged sediment as the water is raised to the final closure elevation. Airborne introduction and inflow from Upper Slate Lake will also contribute to colonization throughout the entire TSF during the first seasonal pulse of invertebrate recruitment after closure. A diverse and abundant benthic invertebrate community will be established $\leq$1 year after closure in the 11 acres of submerged natural sediment and $\leq$6 years after closure in the remainder of the TSF that will be underlain by tailings. As such, $\leq$1 year after closure, the TSF will have a larger area of productive lake bottom than currently exists and there will then be no constraints to reestablishing populations of fish, plants, and wildlife that will meet or exceed the diversity and productivity of the existing Lower Slate Lake community. Additional information on the method of discharge and rates of tailings consolidation after closure may allow the $\leq$6 year prediction pertaining to tailings to be reduced.

A variety of approaches were used to reach this conclusion. Each approach, when viewed in isolation, supports the conclusion. The weight of evidence from the combined approaches provides assurance that the conclusion is conservative. Habitability testing demonstrated that colonization of Kensington tailings will begin with the first seasonal pulse of invertebrate recruitment after closure, but that establishment of some species may be limited until the organic content of the surface layer of tailings increases through natural processes, or until dilute process water in the surface layer of tailings becomes further diluted by overlying lake water. Toxicity testing and chemical analyses have shown that Kensington process water is near the threshold of toxicity for some species due to organic milling reagents and/or an imbalance of common ions. An abundance of invertebrates found during 2004 in metal-rich tailings in an impoundment that contained highly toxic concentrations of interstitial cyanide after closure in 1998 demonstrates that any potential lag in habitability due to low organic content or process water will be less than six years. All of the above studies support previous demonstrations that Kensington tailings have low metal concentrations, low metals bioavailability, and low reactivity.

005395

Exhibit 15, page 1

*Supporting Information*

The following supporting information is summarized in this memorandum:

1. Chemical and physical analysis of Kensington tailings (Figures 1 and 2);

2. Marine *in situ* and laboratory habitability testing of Kensington tailings (Table 1, Figures 3, 4, and 5, Photographs 1, 2);

3. Freshwater laboratory habitability testing of Kensington tailings (Table 1, Figure 4);

4. Toxicity testing of Kensington process water (Table 2);

5. Comparison of Kensington process water composition to freshwater toxicity data (Tables 3 and 4);

6. Baseline data collected in the Slate Lakes basin (Table 5);

7. Sampling conducted in the Coeur Gold New Zealand, Golden Cross mine tailings impoundment during April 2004, six years after closure (Table 6, Figures 1 and 2, Photographs 3 through 10);

8. Literature relating to benthic colonization in tailings impoundments and newly formed water bodies.

*Tailings Composition*

Of 28 naturally occurring chemical elements that were measured in Kensington tailings and Lower Slate Lake sediment, the majority were more concentrated in lake sediment (Figure 1, Kline 2001, Earthworks 2002). Eight of these elements are considered common contaminants of concern, leading to the development of freshwater sediment quality guidelines (threshold effect concentrations, or TECs, MacDonald et al. 2000). Kensington tailings did not exceed any of these freshwater sediment quality guidelines. Colonization in metal-rich tailings by an abundant and diverse invertebrate community in a tailings impoundment that was closed during 1998 (see Golden Cross results) confirms that metals will not inhibit colonization in the Kensington TSF during the short-term or long-term.

Tailings are nearly devoid of organic matter (Kline 1998), whereas the organic content of Lower Slate Lake sediment is approximately 50% by weight (Kline 2001, Earthworks 2002). Inorganic sediment can support benthic invertebrates, but some species may be restricted by a lack of organic matter. Natural processes will begin to provide organic matter to the tailings immediately upon closure. Dissolved organic matter, plankton and drifting invertebrates from inflowing streams, and airborne introduction of invertebrates will provide organic carbon to the TSF. Growth of microorganisms and algae will occur in the water column and directly on the surface of tailings and supply a food source for benthic invertebrates that ingest sediment or utilize organic matter that settles from the water column (Strayer and Likens 1986, Lindegaard 1994, Goedkoop and Johnson 1996). The water column will also provide a direct food source to some species of midges and other taxa that filter-feed (Blumenshine et al. 1997). Sediment burrowing and ingestion by midge larvae and other species will cycle carbon by alternately consuming and stimulating benthic bacteria. In the process, organic matter will be worked into the tailings surface, creating a visibly distinct layer of organic-rich, oxygenated surface sediment (Stanley 1976, van de Bund et al. 1994, see Golden Cross photographs). Benthic invertebrates in

005396

Exhibit 15, page 2

organic sediment, such as in Lower Slate Lake, are naturally restricted to this thin layer near the sediment/water interface. Colonization by an abundant and diverse invertebrate community in a tailings impoundment that was closed during 1998 and has limited sources of organic carbon relative to the Kensington TSF (see Golden Cross results) confirms that low organic content in tailings will not inhibit colonization in the Kensington TSF beyond six years after closure.

Lower Slate Lake sediment samples from 4 m and 15 m contain a gravel-sized fraction that is absent from Kensington tailings (Figure 2, Maxim 2000a, Kline 2001, Earthworks 2002). Approximately 15% by weight of Lower Slate Lake sediment from both sampling depths is >500 μm, whereas there are essentially no Kensington tailings particles >500 μm. Colonization by an abundant and diverse invertebrate community in a tailings impoundment that was closed during 1998 and has tailings that are finer-grained than Kensington tailings (see Golden Cross results) confirms that tailings grain size will not inhibit colonization in the Kensington TSF during the short-term or long-term.

*Marine Habitability Testing*
The term "habitability" is used to describe all sediment characteristics, chemical and physical, that influence the ability of invertebrates to colonize benthic substrate and thrive. Sediment habitability for marine benthos was extensively investigated using Kensington tailings produced during 1994 and 1998 as part of the Lynn Canal underwater tailings placement proposal (Table 1). Testing included a long-term experiment conducted on the ocean floor (*in situ*) that incorporated the natural process of recolonization, 117 species, and the complete range of benthic life stages of those species (Figure 3, Photographs 1 and 2, Kline 1998). The conclusion from this experiment was that Kensington tailings were as habitable by marine benthic invertebrates as natural marine sediment. The following is the abstract from a peer-reviewed publication of the marine *in situ* experiment using Kensington tailings (Kline and Stekoll 2001):

*An experiment was conducted to determine if a tailings substrate would inhibit recolonization of benthic macrofauna upon closure of a submarine tailings disposal (STD) operation. Trays of defaunated marine sediment, serving as a reference, and trays of tailings from a proposed gold mine were placed at 21 m depth on the ocean floor to allow colonization via settlement from the water column. Trays of reference sediment and tailings, and cores of ambient sediment were collected 9, 17, and 22 months after tray placement. Probable tray effects, which were desirable given the objectives of this study, precluded direct comparison of ecological succession in the tray sediments to the ambient assemblage. The ambient macrofauna assemblage was distinguishable from the reference sediment and tailings assemblages throughout the experiment and displayed more pronounced seasonality. Differences between the reference sediment and tailings assemblages were generally insignificant, including total abundance, total biomass, number of taxa, average size of individuals, numerically dominant taxa, abundance by ecological guilds, and overall community composition. Upon cessation of STD, recolonization of a benthic macrofauna community should not be inhibited by the presence of these tailings as a benthic substrate.*

USEPA marine sediment habitability tests were conducted in the laboratory using Kensington tailings produced during 1998 (Table 1, EVS 1999a, 1999b, PSEP 1995, USEPA 1998). The

005397

Exhibit 15, page 3

results of these experiments confirmed the overall similar habitability of Kensington tailings and natural marine sediment. The results were, however, more variable than the more realistic *in situ* results (Figure 4). This directly comparable combination of *in situ* and laboratory data provides a case-specific demonstration of the difficulty in interpreting USEPA laboratory sediment toxicity tests for the purpose of evaluating habitability of mine tailings. Specific inconsistencies between the marine *in situ* and laboratory tests and a USEPA freshwater amphipod test are detailed later in this memorandum (see *Freshwater Habitability Testing*).

The finding that USEPA laboratory sediment habitability tests can be unrepresentative of tailings in a receiving environment is consistent with the findings of a USEPA funded study (Burton et al. 2000). Among the study objectives was to determine whether standard USEPA acute and chronic sediment toxicity and bioaccumulation tests are appropriate indicators of ecological risk. The following quotes were taken from the final report:

> *"In situ methods have worked very well and provided more accurate measures of contamination than traditional laboratory assays..."*

> *"These differences should not be surprising, as the exposures of the test organisms in the laboratory differ from that in the field..."*

> *"...a tiered, weight-of-evidence approach that focuses on in situ assessments is superior to traditional approaches..."*

Even if USEPA laboratory habitability tests were representative of tailings habitability in a natural environment, their utility with regard to assessing the habitability of tailings is limited due to interstitial process water. For a typical assessment of sediment habitability, sediment is collected from a natural body of water. The interstitial water is therefore relevant because it has had the opportunity to reach an equilibrium that reflects the influence of the sediment and the overlying water. In contrast, process water composition reflects the millings process, not the long-term conditions on the bottom of the TSF after closure. As such, habitability tests that include interstitial process water should be considered to represent habitability ranging from shortly after closure to more extreme than will ever occur in the TSF, depending on the actual interstitial process water concentration at closure (see below, *Tailings Consolidation*). In addition, comparing habitability in tailings to natural reference sediment skews the results in favor of the natural sediment because the tailings have had no opportunity to become naturalized (see above, *Tailings Composition*). Again, this restricts interpretation of laboratory tests with Kensington tailings to an undefined short-term period after closure of the TSF.

The *in situ* marine results are relevant to a long-term assessment of freshwater habitability because there is no characteristic of Kensington tailings solids that would be expected to cause toxicity in freshwater that would not also cause toxicity in saltwater. This general statement includes metals toxicity. Similar freshwater and marine sediment quality guidelines for metals reflect the overall similarity in the sensitivity of freshwater and marine invertebrates. A marine equivalent to the freshwater TEC (MacDonald et al. 2000) is the National Oceanic and Atmospheric Administration effect range low (ERL). Overall, the TECs and ERLs that are

005398

Exhibit 15, page 4

relevant to Kensington tailings are similar (Figure 5), and Kensington tailings do not exceed the guidelines.

The *in situ* marine results are also relevant to the TSF because freshwater and marine soft-bottom benthos exhibit many similarities. Crustaceans, annelids, and bivalves are present in Lynn Canal sediment and in Lower Slate Lake sediment. The main difference is the presence of insect larvae, midges in particular, in freshwater sediment whereas insects are uncommon in the ocean. Midges are the most abundant benthic macroinvertebrate group in Lower Slate Lake and a common component in the diet of Dolly Varden.

*Freshwater Habitability Testing*
USEPA freshwater sediment habitability tests (USEPA 2000) using midges (*Chironomus tentans*) and amphipods (*Hyalella azteca*) were conducted using Kensington tailings produced during 2000 (Table 1, Figure 4, AScI 2000a, 2000b). The former test is more relevant because midges have comprised 73% of macroinvertebrates in Lower Slate Lake samples, compared to 2% for amphipods (Table 5). Midges displayed 83% survival and 42% emergence in Kensington tailings, and comparable egg production as in Lower Slate Lake sediment. This life-cycle test demonstrated that midges will immediately be capable of colonizing tailings at closure since the test represented a condition that was as or more extreme than will occur during operation. Process water in the tailings was undiluted when placed in the bottom of the test chambers. Flow-through test water (dechlorinated tap water) was added slowly on top of the tailings to allow two volume turnovers of overlying water over a 24 hour period before introducing midges to the test chambers. Under this same extreme testing scenario, 5% of amphipods (*Hyalella azteca*) survived.

The test methods and results of other studies indicate that low survival of amphipods was the result of interstitial process water. The amphipods burrowed into the tailings and were exposed to process water that had not achieved equilibrium with overlying water, as indicated by elevated pH, conductivity, and hardness in water overlying tailings relative to water overlying lake sediment (AScI 2000b). These elevated values are consistent with the elevated pH and total dissolved solids of process water. As such, midges and amphipods may have been exposed to undiluted process water at the beginning of the habitability tests as it was displaced upward, and may have continued to be exposed due to the slow overlying water exchange rate. The experiments were thus a combination of tailings habitability and process water toxicity tests. Marine whole effluent toxicity (WET) testing using Kensington process water resulted in toxicity to three species at concentrations ranging from 16 to 78% after exposures that ranged from 20 minutes to 48 hours (Table 2, EVS 1999c). Additional studies indicated that process water toxicity was probably due to a combination of ionic imbalances and potassium amyl xanthate (PAX), an organic milling reagent (Tables 3 and 4, Harris 1984, Kline 1994, Kline 1998, Maxim Technologies 2000b, Kline and Stekoll 2000).

As such, the midge and amphipod test results were a conservative measure of the success of invertebrates that attempt to colonize tailings immediately upon closure. The results indicate that under a worst-case, midges will have greater initial success than amphipods, and that success among other species may also vary depending on their tolerance to process water. Colonization success will improve over time as interstitial process water dilutes and as tailings become

005399

Exhibit 15, page 5

naturalized, but the test results provide no information regarding the rate of improvement. A greater understanding of expected interstitial process water concentrations may reveal that dilution and entrainment of lake water during settling will render process water inconsequential.

Amphipods themselves are not critical to the reclamation objectives for the TSF. The value of the test was to call attention to the potential influence of tailings consolidation on the rate of benthic recolonization after closure. Given the attention that the freshwater amphipod test results have received during the review of data for the project, the following points are noteworthy:

- Five separate laboratory habitability tests were conducted with two marine amphipod species (EVS 1999a). Survival in Kensington tailings averaged 81% of survival in Lynn Canal sediment.

- Survival in Kensington tailings was 90% for one of the amphipod species compared to 64% in Lynn Canal sediment (EVS 1999a).

- The testing laboratory collected amphipods from the ocean to use for testing along with their native and uncontaminated sediment (EVS 11/99a). They removed the amphipods from the sediment and returned them to the same sediment in test chambers. During one of the USEPA tests, half of the amphipods died in their native, uncontaminated sediment while survival in Kensington tailings exceeded that in the native sediment.

- Ten different species of amphipods colonized trays of natural marine sediment when placed in the ocean for 22 months (Kline 1998, Kline and Stekoll 2001). The same 10 species colonized trays of Kensington tailings.

- The *in situ* invertebrate community in tailings trays was indistinguishable from the marine reference sediment tray community. During the 22 month experiment, 117 different invertebrate taxa were identified in the tailings trays, demonstrating that Kensington tailings habitability is not species-specific (Kline 1998, Kline and Stekoll 2001).

- Process water toxicity is species specific (EVS 1999c)

Most importantly, amphipod mortality was not the result of metals toxicity, given the numerous species that have thrived in Kensington tailings, low tailings metal content (Figure 1, Maxim Technologies 2000c), and low uptake of metals by benthos (EVS 1999b). An independent review by Bill Stubblefield, Ph.D., co-author of the USEPA funded study that is referenced above stated the following:

> *"Kline posits a credible explanation for the results observed in the laboratory toxicity tests, i.e., that process waters contained within the sediments contained sufficient concentrations of contaminants to render them toxic."*

Stubblefield concluded:

> *"...I generally concur with the conclusions reached by Tetra Tech in the ecological risk assessment (see USFS 2004); that is:*

Kline Environmental Research, LLC          August 16, 2004          Page 6

005400

Exhibit 15, page 6

*Though most of this habitat would be underlain by tailings, it is expected that at least some colonization would occur soon after closure, and that conditions would improve in time so that the overall productivity of the closed facility would be higher than currently present in Lower Slate Lake. The higher productivity should provide better long-term conditions for Dolly Varden char than currently exist in Lower Slate Lake."*

### Tailings Consolidation After Closure

The tailings deposit will consolidate at an exponentially decreasing rate until approaching complete consolidation approximately ten years after closure (Knight Piésold Ltd.). As tailings consolidate, a mix of interstitial lake water and process water, entrained during deposition, will be displaced upward, through the tailings/water interface where invertebrates will attempt to colonize. Interstitial water below the tailings/water interface will be influenced by overlying lake water, but the ratio of process water to lake water in the thin, biologically active zone would be difficult to predict. However, the proportion of lake water should steadily increase over time after closure as the rate of consolidation steadily decreases.

While it was not emphasized for most of the above studies, the results of habitability tests were generally correlated with the opportunity for interstitial process water to become diluted prior to test initiation. This correlation is crude, due to variable species sensitivity to process water, and did not become apparent until the freshwater habitability tests had been conducted. The overall conclusion of the habitability testing is that Kensington tailings are habitable in the absence of process water, but variability between species increases as the concentration of interstitial process water increases.

Given the complexity of attempting to predict the exposure of benthic invertebrates to process water during the period of consolidation, combined with variability in species sensitivity to process water, any attempt to minimize the influence of process water during habitability testing would preclude the ability to predict rates of colonization. If process water had been completely rinsed from tailings prior to habitability testing, interpretation of results would have been restricted to ten years post-closure. If process water had been partially rinsed from tailings prior to habitability testing, interpretation would have been restricted to an unknown intermediate time between zero and ten years ($\leq$10 years) after closure.

The intermediate rinsing scenario generally describes the marine *in situ* and marine laboratory test methods. Process water was not relevant to the Lynn Canal proposal because tailings would have entrained seawater as the density current traveled downslope. Near-field modeling demonstrated that process water would have been diluted to sub-toxic concentrations within 10 m of the end of the discharge pipe (Kline Environmental Research 2000). As such, with regard to the TSF, the marine habitability tests by themselves only demonstrate that colonization of tailings will be unrestricted within ten years of closure.

An extremely narrow view is required when interpreting the freshwater midge and amphipod test data. Any attempt to minimize the influence of process water would have been difficult to interpret. By not rinsing the tailings, an objective but highly conservative lower bound for the conclusion that is presented at the beginning of this memorandum was formulated (immediate

005401

Exhibit 15, page 7



but restricted colonization). The upper bound would have been based on the marine habitability studies (complete colonization ≤10 years after closure when consolidation is complete), were it not for the Golden Cross tailings impoundment, which was closed in 1998 (see below).

*Golden Cross Tailings Impoundment*

Coeur Gold New Zealand, Inc. operated the Golden Cross mine, an open-pit and underground gold and silver operation, from December 1991 to April 1998. Ore processing included a carbon-in-pulp (CIP) cyanidation process. Tailings were placed behind a dam and submerged when closure of the impoundment was completed during May 1998. The impoundment was drained and refilled during May 1999. Tailings along the perimeter of the impoundment were capped prior to submersion with 1.5 to 4 meters of rock in a band that varied from 50 to 80 meters in width. Uncapped tailings cover the majority of the impoundment bottom. The rate of settlement of tailings was measured at 1.55 meters over the first 631 days after closure. The maximum water depth of the impoundment during April 2004 was 3.5 meters.

The impoundment was designed to provide storage for tailings and allow discharge of untreated water to receiving waters. No specific measures were taken to establish aquatic plants, invertebrates, or fish, or to encourage use of the impoundment by wildlife after closure, with the exception of a near-shore island that was created. Native plants were introduced along the shoreline during May 2000. The main source of inflow to the impoundment is a rock and boulder lined ditch that is usually flowing, due to the wet climate of the region, but does not flow during extended periods of low precipitation. During the April 2004 study, the ditch was not flowing and was overgrown with what appeared to be grasses and other non-aquatic vegetation (Photograph 4). No fish occur upstream of the impoundment.

*Objectives*

1. Describe the chemical and biological characteristics of the Golden Cross tailings impoundment.

2. Compare the Golden Cross results to data that pertains to the proposed Kensington TSF.

*Methods*

On April 4, 2004, fifteen benthic samples were collected from the impoundment using scuba (five at each of three sampling locations). In addition, a mass of benthic algae was collected from Site 2, and oblique tows using an 8" diameter, 153 µm mesh plankton net were conducted using scuba. A water sample was collected at the spillway on April 5.

Three core samples were collected for invertebrates. The corer was a 25 cm long, 86 mm inside diameter (0.00581 m²) section of PVC pipe. The corer was pressed approximately 20 cm into the sediment, carefully capped to avoid loss of surface sediment, excavated and sealed on the bottom by hand, and brought to the surface. The sample was rinsed through a 250 µm mesh sieve. The sieve contents were preserved in 70% ethyl alcohol. In the laboratory, invertebrates were identified to the lowest practical taxonomic level.

005402

Exhibit 15, page 8



Pre-cleaned sample jars, provided by the analytical chemistry laboratory, were brought to the impoundment bottom and filled by using a coring/scooping action through the upper ~20 cm of bottom material. One jar was filled for chemical analysis and one for grain size analysis from each of the three sites. The samples were refrigerated and delivered to Hill Laboratories Ltd.

*Results and Kensington Comparisons*
*General Description*
Site 1 (~1 m water depth) was within a zone that appeared to be a mix of tailings and rock capping material, and had been naturally colonized by rooted plants. Site 2 was near the maximum impoundment depth (3+ m). Site 3 appeared similar to Site 2, and was chosen to represent an intermediate impoundment depth that was distant from the other sites. Extensive scuba diving indicated that Sites 2 and 3 were typical in appearance of the uncapped tailings in the majority of the impoundment (Photograph 7).

Throughout the impoundment, the bottom was light brown in color with accumulations of algae ranging from intermittent patches and masses to near complete coverage by a thin film (Photograph 8). The light brown surface material was present as a veneer on top of the gray tailings (Photographs 9 and 10). The brown material had the same fine-grained, clay-like consistency as tailings. Evidence of benthic invertebrates was obvious throughout the impoundment in the form of cones formed by invertebrates as they burrowed into the tailings.

*Physical and Chemical Characteristics*
Water chemistry results from the outflow water sample included: TSS <3 mg/L, pH = 7.1, total hardness = 42 mg/L as CaCO3, WAD cyanide <0.001 mg/L. Nitrogen, phosphorous, and chlorophyll *a* concentrations indicate that the Golden Cross impoundment is nutrient limited and oligotrophic (low primary productivity). Primary productivity is also low in Lower Slate Lake. Secchi disk visibility is limited to ~ 3m in the Golden Cross impoundment and in Lower Slate Lake. Dissolved organic carbon is high in Lower Slate Lake compared to the Golden Cross impoundment.

Cyanide in Golden Cross outflow was below detection (<0.001 mg/L), although the liquid portion of the tailings that were discharged to the impoundment generally had weak acid dissociable (WAD) cyanide values in the range of 15 to 30 mg/L. Total cyanide in tailings during April 2004 was detected at 6.0, 11.5, and 22.4 mg/kg dry weight at sites 1, 2, and 3, respectively. During May 2000, interstitial water was sampled from tailings core samples (Harrison 2002). Maximum interstitial concentrations were 2.6 mg/L WAD cyanide and 27.1 mg/L total cyanide.

Total organic carbon in the Golden Cross benthic samples was 0.33, 0.61, and 0.73% dry weight at sites 1, 2, and 3, respectively. The organic content (ash-free dry weight) of Kensington tailings produced during 1994 was also <1% (Kline 1998). The organic content of Lower Slate Lake sediment from 4 m and 15 m was approximately 50% (Kline 2001, Earthworks 2002). The Golden Cross results are for the upper ~20 cm of homogenized substrate. The burrowing invertebrate zone and algae layer are obviously higher in organic content, but were a minor component of the sample volume.

005403



In general, Site 3 had the highest metal concentrations and Site 1 had the lowest. Metal concentrations were compared to threshold effect concentrations (TEC), below which adverse effects to aquatic biota are not expected to occur (MacDonald et al. 2000). Compared to Lower Slate Lake sediment and Golden Cross tailings, Kensington tailings have low concentrations for the eight common metals of concern, with the exception of Pb. However, Kensington tailings were below the TEC for all eight metals, including Pb.

Particle size distributions of Golden Cross benthic samples were finer than Kensington tailings and Lower Slate Lake sediment. Golden Cross Site 1 had a coarser fraction, presumably from the intermixed capping material. Sites 2 and 3 size distributions were nearly identical. Lower Slate Lake sediment samples from 4 m and 15 m contain a gravel-sized fraction that is absent from Kensington and Golden Cross tailings (Maxim 2000a, Kline 2001, Earthworks 2002).

*Biota*
Plants identified in the Golden Cross impoundment included the submergent macrophyte species, *Potamogeton crispus*, which was patchily distributed at $\leq 1$ m water depth and first observed during 2001. The same genus of plant is common in Lower Slate Lake. Nine algae taxa were identified in a single benthic algae sample.

In the water column, occasional water bugs (Hemiptera) and dense clouds of water fleas (*Daphnia sp.*) were visible while scuba diving. Plankton tows did not capture any additional taxa besides these two. Seven taxa of zooplankton were identified in Lower Slate Lake samples.

Twelve invertebrate taxa were identified in Golden Cross benthic samples (9 taxa in cores, 3 additional taxa in the single benthic algae sample). The core samples from Sites 2 and 3 (uncapped tailings) contained invertebrates at an average density of over $15,000/m^2$. Despite having the highest metal and cyanide content of the three sites, samples from Site 3 had the highest average abundance and highest number of species of invertebrates per sample. As in Lower Slate Lake, the Golden Cross benthic samples were numerically dominated by chironomids (midges). All four of the lake-dwelling invertebrate orders that have been identified in Lower Slate Lake Dolly Varden gut contents were found in the Golden Cross tailings impoundment.

Given the interest in amphipods generated by results of habitability testing with Kensington tailings (AScI 2000a), the absence of amphipods in Golden Cross samples is of interest. A peer-reviewed paper that included detailed results for benthic samples collected from the littoral zone of a New Zealand lake revealed that amphipods were absent in 7 out of 8 samples that were collected (James et al. 1998). Furthermore, unlike the Kensington TSF, colonization of the Golden Cross impoundment is limited to airborne sources. This limitation greatly restricts the rate of colonization by strictly aquatic taxa, including amphipods (Barnes 1983, Voshell and Simmons 1984, Layton and Voshell 1991).

005404

Exhibit 15, page 10

*Interpretation*

The Golden Cross data provide a conservative measure for predicting benthic colonization in the Kensington TSF for the following reasons:

- Golden Cross tailings have a higher metal content than Kensington tailings;

- Golden Cross tailings had highly toxic concentrations of cyanide in the liquid portion of the tailings that were placed in the impoundment, thereby demonstrating that release of marginally toxic Kensington process water from consolidating tailings after closure of the TSF should not inhibit benthic recolonization;

- Golden Cross tailings were discharged subaerially, providing no opportunity for dilution of process water compared to the subaqueous proposal for Kensington;

- Golden Cross tailings had a similarly low organic content as Kensington tailings;

- Kensington tailings are more similar in grain size to Lower Slate Lake sediment than Golden Cross tailings;

- The Golden Cross impoundment has no natural sediment, no pre-operation aquatic community, no nearby lakes, and no perennial inflowing stream, whereas the Kensington TSF will have submerged natural sediment, a remnant invertebrate community from pre-operation, and a natural inflowing stream from a nearby lake as a source of invertebrates.

The Golden Cross tailings impoundment data provides a conservative limit of $\leq 6$ years for establishment of a varied and abundant benthic invertebrate population in the portion of the Kensington TSF that will be underlain by tailings.

*Other Literature*

Literature pertaining to freshwater colonization of mine tailings is scarce and generally lacking in detail, but what is available is consistent with the conclusion of this memorandum. Tailings from the processing of copper, lead, and zinc massive sulfide ores were discharged to Anderson Lake in central Manitoba between 1979 and 1994. The mean depth of tailings deposition in Anderson Lake was 6.9 ft (2.1 m). Older areas of deposition had developed a biologically active organic layer and supported benthic invertebrates (MEND 1990). Sulfide tailings from a copper, gold, and silver mine were deposited in Mandy Lake near Flin Flon, Manitoba during 1943 and 1944. The tailings were predominately pyrite, with elevated levels of zinc and copper. When sampled during 1975 and 1976, no distinction was apparent in the benthic animal assemblages between tailings and non-tailings areas of the lake (Hamilton and Fraser 1978).

There is a greater amount of information in the published literature that pertains to sources of benthic invertebrates, sediment organic content, and rates of colonization. The literature demonstrates that sources of benthic invertebrates for the TSF will not be lacking, and they will rapidly colonize the newly submerged tailings and natural sediment in seasonal pulses that correspond with their life cycles. This process of rapid benthic recruitment is well documented in newly created or disturbed reservoirs, lakes, and ponds (Paterson and Fernando 1969, Voshell and Simmons 1984, Niemi et al. 1990, Bass 1992). The literature also provides examples of rapid and diverse colonization of water bodies that have low organic content and/or no direct link to flowing water (Barnes 1983, Layton and Voshell 1991, Hayward et al. 2001). In these

005405

Exhibit 15, page 11

examples, recruitment was limited to airborne sources and/or initial productivity was dependent on the water column, yet benthic colonization was rapid.

It is this literature that supports the prediction that an invertebrate population will persist along the margin of the TSF during operation. This literature also allowed the conclusion to be drawn that the 11 acres of natural sediment will become colonized by a diverse and abundant invertebrate community $\leq$1 year after closure of the TSF. Given that the 11 acres will not be lacking in organic matter, the TSF will have a water link to a nearby lake, and much of the literature demonstrates dense and diverse invertebrate colonization after weeks or months in new reservoirs and ponds, the predicted $\leq$1 year return to productivity should be considered conservative. Finally, the opportunistic feeding habit of Dolly Varden eliminates the need for academic definitions on the specific meaning of "diverse and abundant invertebrate community". In short, the reclamation objectives will be met because numerous and varied benthic invertebrates will be available for Dolly Varden to feed on, in addition to sticklebacks which are abundant and will naturally be introduced from Upper Slate Lake.

### Research Recommendations

- Develop a prediction of the percent process water versus lake water that will comprise the interstitial water of the settled tailings after closure.

- Develop tailings consolidation curves for Kensington and Golden Cross for comparison of process water release rates after closure.

- Calculate the approximate area of submerged natural sediment at various points in time during operation through to closure, prior to submersion of the final 11 acres.

- Conduct invertebrate surveys in natural sediment and tailings during operation in the TSF. Use the results to refine the reclamation plan, with the expectation that the predicted time for colonization in tailings may decrease.

### References

AScI Corporation. 2000a. Results of life-cycle Chironomus tentans habitability test with tailing sample from Utah and lake sediments from Alaska.

AScI Corporation. 2000b. Results of 42-day Hyalella azteca habitability tests with tailing sample from Dawson Metallurgical Laboratories, Utah and lake sediment samples from Lower Slate Lake, Alaska.

Barnes, LE. 1983. The colonization of ball-clay ponds by macroinvertebrates and macrophytes. Freshwater Biology 13:561-578.

Bass, D. 1992. Colonization and succession of benthic macroinvertebrates in Arcadia Lake, a South-Central USA reservoir. Hydrobiol. 242:123-131.

Blumenshine, SC, Y Vadeboncoeur, DM Lodge, KL Cottingham, SE Knight. 1997. Benthic-pelagic links: responses of benthos to water-column nutrient enrichment. J. N. Am. Benthol. Soc. 16:466-479.

005406

Exhibit 15, page 12

Burton, Krane, Tiernan, Landrum, Stubblefield, Clements. 2000. Final Report: Sediment Contamination Assessment Methods: Validation of Standardized and Novel Approaches. EPA Grant Number R826200.

Earthworks Technology, Inc. (Kline). 2002. Kensington Project, August-September 2001 Slate Lakes Basin Survey, Data Report.

EVS Environment Consultants. 1999a. Kensington Project, Underwater Tailings Placement Studies: Tailings Habitability Testing.

EVS Environment Consultants. 1999b. Kensington Project, Underwater Tailings Placement Studies: Bioaccumulation/Habitability Testing.

EVS Environment Consultants. 1999c. Kensington project, underwater tailings placement studies: Whole effluent toxicity testing.

Goedkoop, W and RK Johnson. 1996. Pelagic-benthic coupling: Profundal benthic community response to spring diatom deposition in mesotrophic Lake Erken. Limnol. Oceanogr. 41:636-647.

Hamilton, R. and W.W. Fraser. 1978. A case history of natural underwater revegetation: Mandy Mine high sulfide tailings. Reclamation Review 1:61-65.

Harris, P.J. 1984. Influence of the substituent group on the decomposition of xanthates in aqueous solutions. S.-Afr. Tydskr. Chem. 37:91-95.

Harrison, R. 2002. Environmental Geochemistry of Tailings Storage Facilities Decommissioning, Waihi, New Zealand, MS Thesis, University of Waikato

Hayward, JMR, CG Ingersoll, JR Jones, and DW Whites. 2001. Influence of sediment type and exposure time on likeness of colonization tray and background macroinvertebrate assemblages. J. Freshwater Ecology 16:565-573.

James, M.R., M. Weatherhead, C. Stanger, and E. Graynoth. 1998. Macroinvertebrate distribution in the littoral zone of Lake Coleridge, South Island, New Zealand – effects of habitat stability, wind exposure, and macrophytes. NZ J Mar Freshw Res 32:287-305.

Kline Environmental Research, LLC. 2000. Kensington Project, Underwater Tailings Placement, Interpretation of Effluent Toxicity Tests.

Kline Environmental Research, LLC. 2001. Kensington Project, June 2000 Slate Creek Basin Survey, Data Report

Kline Environmental Research, LLC. 2002. Kensington Project, Literature Review, Storage of Tailings in Lakes.

Kline, E.R. 1994. Potential biological consequences of submarine mine-tailings disposal: A literature synthesis. U.S. Bureau of Mines OFR 36-94. 66 pp.

Kline, E.R. 1998. Biological impacts and recovery from marine disposal of metal mining waste. Ph.D. dissertation, University of Alaska Fairbanks.

Kline, E.R. and M.S. Stekoll. 2000. The role of calcium and sodium in toxicity of an effluent to mysid shrimp (Mysidopsis bahia). Environmental Toxicology and Chemistry 19:234-241.

005407

Exhibit 15, page 13

Kline, E.R and M.S. Stekoll. 2001. Colonization of mine tailings by marine invertebrates. Marine Environmental Research 51:13-37.

Layton, RJ and JR Voshell. 1991. Colonization of new experimental ponds by benthic macroinvertebrates. Environ. Entomol. 20:110-117.

Lindegaard, C. 1994. The role of zoobenthos in energy flow in two shallow lakes. Hydrobiol. 276:313-322.

Lough, R.G. 1976. Larval dynamics of the Dungeness crab, Cancer magister, off the central Oregon coast, 1970-71. Fish. Bull., U.S. 74:353-375.

MacDonald, D.D., C.G. Ingersoll, and T.A. Berger. 2000. Development and evaluation of consensus-based sediment quality guidelines for freshwater ecosystems. Archives of Environmental Contamination and Toxicology 39:20-31.

Maxim Technologies, Inc. 2000a. Comparison of Particle Size Distributions, Mineral Compositions, and Chemical Compositions Between Kensington Mine Tailings and Lynn Canal Sediment.

Maxim Technologies, Inc. 2000b. Milling reagent analyses report, CMRI pilot scale ore milling test, Kensington Mine Project.

Maxim Technologies, Inc. 2000c. Lynn Canal sediment / Kensington tailings comparison report.

MEND (Mine Environment Neutral Drainage). 1990. A preliminary assessment of subaqueous tailings disposal in Anderson Lake, Manitoba. http://www.nrcan.gc.ca/mets/mend/reports/2111ac-e.htm (abstract only).

Niemi, G.J., P. DeVore, N. Detenbeck, D. Taylor, A. Lima, J. Pastor, J.D. Yount, R.J. Naiman. 1990. Overview of case studies on recovery of aquatic systems from disturbance. Environ Manage 14:547-569.

Paterson, CG and CH Fernando. 1969. Macroinvertebrate colonization of the marginal zone of a small impoundment in Eastern Canada. Can. J. Zool. 47:1229-1238.

Price, E.E., M.J. Donahue, K.L. Dickson, and J.H. Rodgers, Jr. 1990. Effects of elevated calcium concentration on Na-K-ATPase activity of two euryhaline species, Cyprinodon variegatus and Mysidopsis bahia. Bull. Environ. Contam. Toxicol. 44:121-128.

PSEP (Puget Sound Estuary Program). 1995. Recommended guidelines for conducting laboratory bioassays on Puget Sound sediments. Prepared for the USEPA, Region 10, 85 pp.

Stanley, DW. 1976. Productivity of epipelic algae in tundra ponds and a lake near Barrow, Alaska. Ecology 57:1015-1024.

Strayer, D and GE Likens. 1986. An energy budget for the zoobenthos of Mirror Lake, New Hampshire. Ecology 67:303-313.

U.S. Environmental Protection Agency. 1998. Evaluation of dredged material proposed for discharge in waters of the US – Testing Manual. EPA-823-B-98-004.

U.S. Environmental Protection Agency. 2000. Methods for measuring the toxicity and bioaccumulation of sediment-associated contaminants with freshwater invertebrates

005408

Exhibit 15, page 14

U.S. Forest Service. 2004. Kensington Gold Project. Draft Supplemental Environmental Impact Statement.

van de Bund, WJ, W Goedkoop, and RK Johnson. 1994. Effects of deposit-feeder activity on bacterial production and abundance in profundal lake sediment. J. N. Am. Benthol. Soc. 13:532-539.

Voshell, JR and GM Simmons. 1984. Colonization and succession of benthic macroinvertebrates in a new reservoir. Hydrobiol. 112:27-39.

**005409**

Exhibit 15, page 15

Table 1. Summary of Kensington tailings habitability testing, corresponding to Figure 4. See Figure 4 for a complete explanation of the meaning of the tailings/sediment ratio.

| Test # | Tailings result | Sediment result | Tailings/ sediment | Test details | Natural sediment |
|---|---|---|---|---|---|
| 1 | 622 | 730 | 0.85 | Kline 9 month in situ total abundance | Auke Bay |
| 2 | 486 | 641 | 0.76 | Kline 17 month in situ total abundance | Auke Bay |
| 3 | 899 | 1047 | 0.86 | Kline 22 month in situ total abundance | Auke Bay |
| 4 | 71 | 101 | 0.70 | Kline 9 month in situ total biomass | Auke Bay |
| 5 | 190 | 206 | 0.92 | Kline 17 month in situ total biomass | Auke Bay |
| 6 | 373 | 388 | 0.96 | Kline 22 month in situ total biomass | Auke Bay |
| 7 | 42.5 | 43.1 | 0.99 | Kline 9 month in situ number of taxa | Auke Bay |
| 8 | 39.1 | 40 | 0.98 | Kline 17 month in situ number of taxa | Auke Bay |
| 9 | 49.7 | 47.7 | 1.04 | Kline 22 month in situ number of taxa | Auke Bay |
| 10 | 0.14 | 0.115 | 1.22 | Kline 9 month in situ individual size | Auke Bay |
| 11 | 0.31 | 0.393 | 0.79 | Kline 17 month in situ individual size | Auke Bay |
| 12 | 0.367 | 0.414 | 0.89 | Kline 22 month in situ individual size | Auke Bay |
| 13 | 90 | 64 | 1.41 | EVS 10 day amphipod (R. abronius) survival | Lynn Canal |
| 14 | 0.08 | 0.08 | 1.00* | EVS 10 day amphipod (R. abronius) avoidance | Lynn Canal |
| 15 | 93 | 98 | 0.95 | EVS 10 day amphipod (R. abronius) reburial | Lynn Canal |
| 16 | 59 | 81 | 0.73 | EVS 10 day amphipod (A. abdita) survival | Lynn Canal |
| 17 | 0.68 | 0.58 | 0.85* | EVS 10 day amphipod (A. abdita) avoidance | Lynn Canal |
| 18 | 39 | 87 | 0.45 | EVS 10 day amphipod (A. abdita) survival | Lynn Canal |
| 19 | 2.24 | 0.52 | 0.23* | EVS 10 day amphipod (A. abdita) avoidance | Lynn Canal |
| 20 | 29 | 43 | 0.67 | EVS 10 day amphipod (A. abdita) survival | Lynn Canal |
| 21 | 1.58 | 2.28 | 1.44* | EVS 10 day amphipod (A. abdita) avoidance | Lynn Canal |
| 22 | 100 | 100 | 1.00 | EVS 20 day polychaete (N. arenaceodentata) survival | Lynn Canal |
| 23 | 13.8 | 14.7 | 0.94 | EVS 20 day polychaete (N. arenaceodentata) individual size | Lynn Canal |
| 24 | 97.6 | 97.6 | 1.00 | EVS 28 day clam (M, nasuta) survival | Lynn Canal |
| 25 | 100 | 70 | 1.43 | EVS 28 day polychaete (N. virens) survival | Lynn Canal |
| 26 | 83 | 98 | 0.85 | ASci 20 day midge (C. tentans) survival | shallow Slate Lake |
| 27 | 1.69 | 0.98 | 1.72 | ASci 20 day midge (C. tentans) dry weight | shallow Slate Lake |
| 28 | 42.6 | 85.4 | 0.50 | ASci 20 day midge (C. tentans) emergence | shallow Slate Lake |
| 29 | 602 | 772 | 0.78 | ASci 20 day midge (C. tentans) eggs/female | shallow Slate Lake |
| 30 | 83 | 87 | 0.95 | ASci 20 day midge (C. tentans) survival | deep Slate Lake |
| 31 | 1.69 | 0.95 | 1.78 | ASci 20 day midge (C. tentans) dry weight | deep Slate Lake |
| 32 | 42.6 | 53.1 | 0.60 | ASci 20 day midge (C. tentans) emergence | deep Slate Lake |
| 33 | 602 | 810 | 0.74 | ASci 20 day midge (C. tentans) eggs/female | deep Slate Lake |
| 34 | 5 | 76 | 0.07 | ASci 42 day amphipod (H. azteca) survival | shallow Slate Lake |
| 35 | 0.29 | 0.35 | 0.83 | ASci 42 day amphipod (H. azteca) dry weight | shallow Slate Lake |
| 36 | 3.3 | 3.7 | 0.89 | ASci 42 day amphipod (H. azteca) length | shallow Slate Lake |
| 37 | 5 | 62 | 0.08 | ASci 42 day amphipod (H. azteca) survival | deep Slate Lake |
| 38 | 0.29 | 0.33 | 0.88 | ASci 42 day amphipod (H. azteca) dry weight | deep Slate Lake |
| 39 | 3.3 | 3.7 | 0.89 | ASci 42 day amphipod (H. azteca) length | deep Slate Lake |
| | | | 0.89 | average proportion for all 39 comparisons | |

*Negative response, therefore, sediment/tailings.

005410

Exhibit 15, page 16

Table 2. Standard data summaries[a] for results of Kensington process water marine toxicity tests.

| Species | Exposure duration | Calculated effect | Process water concentration (%)[b] causing the calculated effect |
|---|---|---|---|
| sheepshead minnow | 7 day | 50% reduction in survival (LC50) | >100 |
| | | 25% lower weight than controls (IC25) | 78 |
| | | 50% lower weight than controls (IC50) | >100 |
| mussel | 48 hour | 50% reduction in survival (LC50) | >100 |
| | | 50% failure to develop (EC50) | 16 |
| sand dollar | 48 hour | 50% reduction in survival (LC50) | >100 |
| | | 50% failure to develop (EC50) | >67 |
| | 20 minute | 25% reduction in fertilization (IC25) | 42 |
| | | 50% reduction in fertilization (IC50) | >67 |

[a] From EVS 1999c.
[b] The higher of the results from the sea salt and brine adjusted tests is listed to screen for effects due to salinity adjustment.

005411

Exhibit 15, page 17

Table 3. Concentration of major ions in Kensington process water used for process water marine toxicity testing. A/B is the factor by which each major ion in process water after adjustment to 30 ppt salinity differed from the respective concentration in standard 30 ppt seawater. For example, A/B = 2 would represent an ion in adjusted process water at a concentration equal to twice the concentration in 30 ppt seawater.

| | Concentration (mg/L) | | | |
|---|---|---|---|---|
| Ion | Total in process water | (A) Total in salinity adjusted effluent[a] | (B) Total in 30 ppt seawater | A/B |
| chloride | 17 | 15,962 | 16,586 | 0.96 |
| sodium | 64 | 8,930 | 9,223 | 0.97 |
| sulfate | 770 | 3,003 | 2,323 | 1.29 |
| magnesium | 1.2 | 1,064 | 1,106 | 0.96 |
| calcium | 260 | 598 | 352 | 1.70 |
| potassium | 77 | 408 | 342 | 1.19 |
| bicarbonate | 12 | 129 | 122 | 1.06 |

[a]Calculated from the measured concentration in effluent and the approximate amount added for salinity adjustment.

005412

Exhibit 15, page 18

Table 4. Concentration and toxicity of trace elements and reagents in Kensington process water used for marine toxicity testing. A/B is the factor by which each component differed from the respective median acutely toxic value. For example, A/B = 0.5 would represent a component that was one half the concentration of the median toxic value (literature values).

| Process water component | Concentration (ug/L) | | | Concentration (ug/L) | | Number of tests included[b] | Number of species tested[c] |
| | (A) Total in process water[a] | (B) Median toxic value | A/B | Minimum toxic value | Maximum toxic value | | |
|---|---|---|---|---|---|---|---|
| **Trace elements** | | | | | | | |
| antimony | 5.1 | 144,450 | < 0.01 | 9,000 | 534,000 | 8 | 5 |
| arsenic | 1.60 | 18,475 | < 0.01 | 232 | 392,400 | 75 | 31 |
| cadmium | 0.141 | 1,595 | < 0.01 | 0.100 | 18,000,000 | 2,064 | 295 |
| chromium | 11.9 | 16,950 | < 0.01 | 11.5 | 400,000 | 152 | 54 |
| copper | 10.7 | 150 | 0.07 | 3.0E-07 | 73,400 | 433 | 77 |
| lead | 4.43 | 9,550 | < 0.01 | 280 | 3,963,000 | 74 | 24 |
| manganese | 165 | 600,000 | < 0.01 | 8,220 | 2,000,000 | 31 | 15 |
| mercury | 0.073 | 238 | < 0.01 | 1.30 | 58,000 | 775 | 194 |
| nickel | 15.0 | 17,678 | < 0.01 | 13.0 | 2,916,000 | 353 | 74 |
| selenium | 2.56 | 19,500 | < 0.01 | 255 | 96,800 | 73 | 20 |
| silver | 0.61 | 19 | 0.03 | 0.390 | 700,000 | 256 | 50 |
| zinc | 23.4 | 2,880 | 0.01 | 20.0 | 390,000 | 455 | 113 |
| **Reagents** | | | | | | | |
| methyl isobutyl carbinol | 34,800 | > 230,000[d] | < 0.15 | > 100,000 | 360,000 | 2 | 2 |
| potassium amyl xanthate | 19,400 | 56,000 | 0.35 | 3,000 | 120,000 | 5 | 3 |

[a] Measured prior to salinity adjustment.
[b] Number of 1 to 7 day LC50 values that were included for determining the minimum, maximum, and median toxic values.
[c] Number of different fish and aquatic invertebrate species tested among the number of tests included.
[d] Mean of the two values.

005413

Exhibit 15, page 19

Table 5.  Summary of benthic macroinvertebrate data from Lower Slate Lake.  Data were pooled for three replicate grab samples at each depth for each year (number per 3 x 2.4L) and grouped into higher taxonomic levels.

| Common Names | Taxon | Lower Slate Lake, 4 m | | Lower Slate Lake, 15 m | |
|---|---|---|---|---|---|
| | | June 2000 | August 2001 | June 2000 | August 2001 |
| midges | chironomidae | 86 | 141 | 1 | 3 |
| aquatic earthworms | oligochaeta | 22 | 3 | 0 | 0 |
| clams, mussels | bivalvia | 14 | 21 | 0 | 0 |
| scuds, sideswimmers | amphipoda | 0 | 7 | 0 | 0 |
| roundworms | nematoda | 0 | 6 | 0 | 0 |
| mites | trombidiformes | 1 | 4 | 0 | 1 |
| flies | diptera (other than chironomidae) | 0 | 3 | 0 | 0 |
| beetles | coleoptera | 0 | 1 | 0 | 0 |
| caddisflies | trichoptera | 0 | 1 | 0 | 0 |
| | Total abundance | 123 | 187 | 1 | 4 |

005414

Exhibit 15, page 20

Table 6.  Macroinvertebrate taxa and abundance in the Golden Cross tailings impoundment.  Data are the average for three replicate core samples from each site (0.0058 sq. m core).

| Common Name | Family or Higher Level | Lowest Level Identification | Site 1 | Site 2 | Site 3 | In Algae Sample | Plankton |
|---|---|---|---|---|---|---|---|
| | Taxonomic Group | | Average Abundance per Sample | | | | |
| midge | Chironomidae | Chironomus | 58.0 | 24.0 | 64.0 | 0 | - |
| | Chironomidae | Tanypodinae | 1.0 | 3.3 | 4.3 | 0 | - |
| | Chironomidae | Orthocladiinae | 1.3 | 0.3 | 4.7 | 0 | - |
| aquatic earthworm | Oligochaeta | Oligochaeta | 34.3 | 1.3 | 44.3 | 0 | - |
| roundworm | Nematoda | Nematoda | 10.0 | 8.7 | 18.7 | 0 | - |
| caddisfly | Trichoptera | Oecetis sp. | 1.3 | 3.0 | 1.7 | 9 | - |
| | Trichoptera | Triplectides | 0 | 0 | 0 | 1 | - |
| seed shrimp | Ostracoda | Ostracoda | 0 | 0.7 | 0 | 13 | - |
| flatworm | Platyhelminthes | Platyhelminthes | 0 | 0 | 0 | 15 | - |
| snail | Gastropoda | Physella sp. | 0 | 0 | 0.3 | 6 | - |
| dragonfly | Odonata | Hemicordulia sp. | 0 | 0 | 0 | 1 | - |
| water flea | Cladocera | Daphnia sp. | 0.7 | 0 | 0 | 0 | present |
| water boatman | Hemiptera | Sigara sp. | 0 | 0 | 0 | 0 | present |
| | | Total abundance | 106.7 | 41.3 | 138.0 | 45 | nd |

005415

Exhibit 15, page 21



Figure 1. Elemental composition of Golden Cross tailings, Kensington tailings, and Lower Slate Lake sediment, relative to sediment Threshold Effect Concentrations (TEC). Golden Cross data are the average of benthic core samples collected in the tailings impoundment from Site 2 and Site 3. Site 1 was not included because of the presence of non-tailings material. Kensington results are the average for pilot tailings produced during 1996 and 1998. Lower Slate Lake results are the average of all samples that have been collected (12 samples collected during 2000 and 2001 from 4m and 15m depth). Dashed lines with arrows indicate the TEC for common contaminants of concern (**bold and underlined**).

005416

Exhibit 15, page 22



Figure 2. Particle size of benthic core samples from the Golden Cross tailings impoundment, Kensington tailings, and Lower Slate Lake sediment. Kensington results are for pilot tailings produced during 1998. Lower Slate Lake results are the average of all samples that have been collected (12 samples collected during 2000 and 2001 from 4m and 15m depth).

005417

Exhibit 15, page 23



Figure 3. Relation of benthic invertebrate assemblages for each sediment type from the marine *in situ* habitability experiment using multivariate analysis. The distance between points indicates the overall similarity of taxonomic composition, weighted by abundance. Each point represents the assemblage in a tray or core. Replicates for each sediment type are surrounded by 95% confidence regions.

005418

Exhibit 15, page 24



Figure 4. Responses of test organisms to Kensington tailings relative to concurrently tested natural sediment. See Table 1 for corresponding test number information. Values >1 indicate a higher value for a favorable response in tailings (e.g. Test 25, 100% polychaete survival in tailings vs. 70% survival in Lynn Canal sediment, 100/70 = 1.43). Values <1 indicate a lower value for a favorable response in tailings (e.g. Test 29, 602 eggs per midge female in tailings vs. 772 eggs per female in shallow Slate Lake sediment, 602/772 = 0.78).

005419

Exhibit 15, page 25



Figure 5.  Comparison of freshwater and marine sediment quality guidelines.

005420

Exhibit 15, page 26



Photograph 1.  Tray of Kensington tailings on the ocean floor during the in situ habitability experiment.



Photograph 2.  Kensington tailings flipped upside down out of a tray after several months on the ocean floor.  Note the invertebrate burrows and tube dwellings.

Kline Environmental Research, LLC          August 16, 2004                    Page 27

**005421**

Exhibit 15, page 27



Photograph 3. Mid-Lake Slate Creek will carry plankton, benthic invertebrates, and fish from Upper Slate Lake to the Kensington TSF after closure.



Photograph 4. The main inflow to the Golden Cross tailings impoundment (dry during April 2004) is not a significant source of invertebrates.



Photograph 5. Nearby sources of invertebrates to the Kensington TSF, including direct outflow from Upper Slate Lake.



Photograph 6. No local sources of lake invertebrates exist in the vicinity of the Golden Cross tailings impoundment. Scale is approximately equal to photograph 5.

Kline Environmental Research, LLC          August 16, 2004                    Page 28

005422

Exhibit 15, page 28



Photograph 7. Typical view in the Golden Cross tailings impoundment.



Photograph 8. Plants and invertebrate burrows in the Golden Cross tailings impoundment.



Photograph 9. Excavated tailings in the Golden Cross tailings impoundment showing the naturalized surface and invertebrate burrows.



Photograph 10. Benthic core sample from the Golden Cross tailings impoundment showing the naturalized surface and the underlying tailings.

005423

Exhibit 15, page 29