# STATE OF ALASKA

**FRANK H. MURKOWSKI, GOVERNOR**

**DEPT. OF ENVIRONMENTAL CONSERVATION**

**DIVISION OF WATER**

410 Willoughby Ave., Ste 303
Juneau, AK 99801-1795
PHONE: (907) 465-5180
FAX: (907) 465-5177
http://www.state.ak.us/dec

December 6, 2004

RECEIVED
DEC 0 9 2004
CENPA - CO - R - E - JFO
Alaska District Corps of Engineers

John Leeds, III
Department of the Army
U.S. Army Engineer District, Alaska
Juneau Regulatory Field Office
8800 Glacier Highway, Suite 106
Juneau, Alaska 99801-8079

Re: Kensington Mine Section 404 Permit

Dear Mr. Leeds:

The Alaska Department of Environmental Conservation (DEC), in coordination with the State Large Mine Team, is considering the application from Coeur Alaska for a Clean Water Act (CWA) Section 404 permit to discharge mine tailings to the Lower Slate Lake disposal site. DEC is conducting this work as part of the State's authority to certify the permit under Section 401 of the CWA.

At this point in our analysis we have looked closely at the characteristics of the tailings and wanted to inform you of our findings and provide some preliminary thoughts about our CWA Section 401 certification. Our efforts have included internal review of available data and reports. We also contracted with Ecology and Environment, Inc. to review and summarize available data on both the potential toxicity and the acid generating potential of the mine tailings (see enclosure).

In general, we have concluded that available information suggests that the toxicity risks associated with the tailings will be low both during and after mining operations. A number of marine and freshwater tests show no toxic effects associated with the tailings. While one freshwater bioassay result suggests that the combination of tailings and undiluted residual milling reagents may have the potential to cause toxic effects, the generally low metals content of the tailings leads us to suspect that the milling reagents may be responsible for the observed effect. Another freshwater bioassay using a different organism found no statistical difference between the toxicity of the combination of tailings and undiluted residual milling reagents when compared to Lower Slate Lake sediments.

004745

Exhibit 16, page 1

Mr. John Leeds, III                                2                              December 6, 2004

Despite some suggestion in the one test result that undiluted residual milling reagents have the potential to cause toxic effects, we note that there will always be substantial dilution of residual milling reagents in the disposal facility during actual operations. We expect to work with the U.S. Environmental Protection Agency in our certification of the CWA Section 402 permit to include permit limits that guard against the potential for toxic effects from any residual milling reagent constituents of the discharge to Slate Creek.

As for post-closure re-colonization of the tailings by benthic organisms, our review suggests nothing to lead us to suspect that tailings toxicity would preclude or hinder re-colonization. To contend with the inevitable uncertainty about how long re-colonization will take, we are considering including in our certification of the CWA Section 404 permit contingency measures, such as adding organics to or capping deposited tails, in the event they are needed to ensure or speed re-colonization.

We can be most definitive about the acid-generating potential of the tailings. Results of a substantial number of tests performed on the acid generating potential of the tailings suggest that there is virtually no risk either during or after mining operations.

Finally, to guard against the potential for significant changes in tailings toxicity or acid generating potential over the course of mining operations, we expect to require as a condition of our certification periodic testing of tailings characteristics.

I hope you find this interim information useful. Please contact DEC's Project Manager, Pete McGee, at (907) 451-2101 if you have questions or if we can provide additional information or analysis.

                                                            Sincerely,

                                                            Dan Easton

                                                            Dan Easton, Director
                                                            Division of Water

Enclosure

cc:    Ed Fogels, State Project Manager
       Pete McGee, DEC Project Manager

G:\Water\FACILITIES\Fco-Clerical\Easton\Leeds 12-06-04.doc

**004746**

Exhibit 16, page 2