

**C O E U R**
A L A S K A

Coeur Alaska, Inc.
3031 Clinton Dr., Suite 202
Juneau, Alaska 99801
Telephone 907.789.1591
Facsimile 907.789.1503

November 17, 2004

Mr. John Leeds, III
Project Manager
Department of Army
U.S. Army Engineer District, Alaska
Juneau Regulatory Field Office
8800 Glacier Hwy., Suite 106
Juneau, AK 99801-8079

Re: Department of Army, Corps of Engineers Section 404(b)(1)
    Evaluation – Kensington Mine Project POA-1990-592-N

Dear Mr. Leeds:

Attached is the Section 404(b)(1) Evaluation for the Kensington Mine Project. It addresses the Applicant's (Coeur Alaska, Inc.) response to information requested by the Corps, including the evaluation of whether the discharge will contribute to significant deterioration of "waters of the U.S." through adverse impacts to the physical substrate, aquatic ecosystems, and other physical, chemical and biological components.

We have extended a great deal of effort into the evaluation. We believe very strongly that the mitigation proposal for the Lower Slate Lake tailings storage facility (TSF) put forward in the 404 application and plan of operations results in a net increase in vegetated shallows (about 24 acres), as compared to the loss of about 130 acres of special aquatic site habitat for the dry stack facility at Comet Beach.

If you have any questions, please call me at (907) 789-1591, or cell (208) 867-2419. I am available to discuss our conclusions with you directly, if that would be beneficial. I will also make Dr. Ed Kline (Ph.D. Fisheries Biology and Toxicology) available, should you desire. As you know, Dr. Kline is responsible for much of the research that went into the design of our mitigation proposal for the Slate Lake facility, particularly the closure plan.

Sincerely,

Robert T. Richins

Robert T. "Rick" Richins
Project Director

Attachment

cc: R. Rimelman      P. McGee        D. Crosby
    D. Cox           D. Easton       L. Hartig
    H. Gold          K. George       E. Kline
    E. Fogels        L. Russell      R. MacGillivray

004815

Exhibit 18, page 1

# KENSINGTON GOLD PROJECT
# CORPS OF ENGINEERS 404(b)(1)
# EVALUATION

**Prepared by:**

**Coeur Alaska, Inc.**
**3031 Clinton Drive; Suite 202**
**Juneau, Alaska 99801**

**November 17, 2004**

**004816**

Exhibit 18, page 2

# TABLE OF CONTENTS

*Section*                                               *Page*

Introduction . . . . . . . . . 1

    Table 1. Summary of CWA §404 discharges (placement of fill) for the proposed Kensington Gold Project, Alternative B/D . . 2

I. Evaluation of Compliance with 404(b)(1) Guidelines . . . 2

a. Alternative Test . . . . . . . 3

b. Special Restrictions . . . . . . . 3

c. Other Restrictions . . . . . . . 5

d. Actions to Minimize Potential Adverse Impacts (mitigation) . . 6

II. Factual Determinations (40 CFR § 230.11) . . . . 10

III. Technical Evaluation Factors . . . . . 12

Subpart C, Sec. 230.20, Substrate . . . . . 12

Subpart C, Sec. 230.21, Suspended particulates/turbidity . . 13

Subpart C, Sec. 230.22, Water . . . . . 14

Subpart C, Sec. 230.23, Current patterns and water circulation . . 16

Subpart C, Sec. 230.24, Normal water fluctuations . . . 17

Subpart C, Sec. 230.25, Salinity gradients . . . . 17

Subpart D, Sec. 230.30, Threatened and endangered species. . . 18

Subpart D, Sec. 230.31, Fish, crustaceans, mollusks, and other aquatic organisms in the food web . . . . 19

Subpart D, Sec. 230.32, Other wildlife . . . . 20

Subpart E, Sec. 230.40, Sanctuaries and refuges . . . 21

Subpart E, Sec. 230.41, Wetlands . . . . . 22

    Table 2. Acres of wetlands impacted from construction through Operations . . . . . . 23

Subpart E, Sec. 230.42, Mud flats . . . . . 23

Subpart E, Sec. 230.43, Vegetated shallows . . . . 24

Subpart E, Sec. 230.44, Coral reefs . . . . . 25

Subpart E, Sec. 230.45, Riffle and pool complexes . . . 25

i

**004817**

Exhibit 18, page 3

**TABLE OF CONTENTS** (continued)

*Section*                                                                                          *Page*

Subpart F, Sec. 230.50, Municipal and private water supplies          .          .          26

Subpart F, Sec. 230.51, Recreational and commercial fisheries          .          .          26

Subpart F, Sec. 230.52, Water-related recreation          .          .          .          .          27

Subpart F, Sec. 230.53, Aesthetics          .          .          .          .          .          .          28

Subpart F, Sec. 230.54, Parks, national and historical monuments, national

        seashores, wilderness areas, research sites, and similar preserves          .          29

V.  Evaluation of Dredged or Fill Material          .          .          .          .          .          30

VI.  Disposal Site Determination          .          .          .          .          .          .          32

VII.  Action to Minimize Adverse Effects          .          .          .          .          .          33

VIII.  Findings of Compliance or Non-compliance          .          .          .          .          33

References          .          .          .          .          .          .          .          .          .          34

ii

**004818**

Exhibit 18, page 4

**Kensington Gold Project**
**Corps Of Engineers 404(b)(1) Evaluation**
**Prepared by Coeur Alaska, Inc., November 17, 2004**

**Introduction**

Fundamental to Part 230_Section 404(b)(1) *Guidelines for Specification of Disposal Sites for Dredged or Fill Material* under the jurisdiction of the Clean Water Act (CWA) is the precept that fill material should not be discharged into the aquatic ecosystem, unless it can be demonstrated that such a discharge will not have an unacceptable adverse impact either individually or in combination with known and/or probable impacts of other activities affecting the ecosystems of concern.

The following 404(b)(1) evaluation was completed by Coeur Alaska, Inc, (Coeur) with regard to Coeur's proposal to discharge approximately 5,451,700 cubic yards of fill and dredged fill material into an approximate total of 91.7 acres of waters (Table 1) in conjunction with the construction of new mine facilities and associated infrastructure for the Kensington Gold Project. The project is evaluated in the January 2004 *Kensington Gold Project, Draft Supplemental Environmental Impact Statement* (DSEIS).

It is Coeur's understanding that the current Alternative D in the Preliminary Draft Final SEIS is a modified version of Alternative B in the DSEIS. Major components of Alternative D are listed in the October 27, 2004, *Kensington Gold Project, Corps of Engineers 404(b)(1) Practicability Analysis.* The mining rate is 2000 tons/day. The Slate Creek Cove marine facility would be built. The tailings storage facility (TSF) would be sized to accommodate 4.5 million tons of tailings. The major streamflow from Upper Slate Lake would be diverted in a pipeline around the TSF. Decant water from the TSF would be piped into the diversion pipeline before discharge to East Fork Slate Creek below the TSF dam. If applicable water quality standards cannot be met for metals or total suspended solids (TSS) or turbidity through site-specific criteria or Best Management Practices (BMP's), a contingency plan for water treatment, prior to discharge of decant water from the TSF into the diversion pipeline, will be implemented.

**004819**

Exhibit 18, page 5

Table 1. Summary of CWA §404 discharges (placement of fill) for the proposed Kensington Gold Project, Alternative B/D.

| Project Component | Fill Volume (cubic yards) | Fill Area, Waters of the U.S. (acres) |
|---|---|---|
| Process area | 88,000 | 5.3 |
| Tailings dam | 145,000 | 1.4 |
| Access road | 26,000 | 12.0 |
| Laydown area | 4,800 | 5.0 |
| Waste rock disposal | 311,000 | 4.8 |
| Borrow areas | 0 | 4.2 |
| Mine tailings | 4,800,000 | 45.5 |
| Contingency tailings cap | 40,000 | 0 (same 45.5 acres as tailings) |
| Tailings placement facilities | 15,000 | 8.9 |
| Topsoil stockpile | 33,000 | 1.0 |
| Slate Creek terminal | 28,900 | 3.6 |
| **TOTAL** | **5,451,700** | **91.7** |

The applicant's responses in this 404 (b)(1) evaluation refer generally to Alternative B in the DSEIS, but make distinctions when necessary so that the responses are consistent with Alternative D. Responses in this evaluation vary in detail depending on the potential severity of impact, in accordance with recent EPA guidance (*Memorandum: Appropriate Level of Analysis Required for Evaluating Compliance with the Section 404(b)(1) Guidelines Alternatives Requirements*). Most responses focus on the TSF. Where applicable, details are provided for the TSF dam specifically and the Slate Creek Cove marine facility. Of these three project components, specific information on chemical and physical characteristics of fill is provided only for tailings. Impacts from other project components are addressed only when comparing total acreages of fill (see Section III. Technical Evaluation Factors), since the fill material, locations, or wetland types are such that the impacts are self-explanatory and do not require project-specific explanations. Comparisons are made to Alternatives A and A1 for some of the items.

004820

Exhibit 18, page 6

**I. Evaluation of Compliance with 404(b)(1) Guidelines
[restrictions on discharge, 40 CFR § 230.10 Subparts (a)-(d)]**

**a. Alternative Test**
*(i) Based on discussions in the DEIS, are there available, practicable alternatives having less adverse impact on the aquatic ecosystem and without other significant adverse environmental consequences that do not involve discharges into "waters of the United States" or at other locations within these waters?*

**Applicant Answer:** No
**DSEIS Section:** none in particular
**Applicant Response:**
Please refer to *Kensington Gold Project, Corps of Engineers 404(b)(1) Practicability Analysis, October 27, 2004.* In summary, the proposed Lower Slate Lake TSF is "practicable" in that it is available and capable of being done after taking into consideration cost, existing technology, and logistics in light of overall project purposes. The analysis also clearly demonstrates that the two dry tailings alternatives evaluated in the DSEIS do not achieve the project purpose and are not practicable. Based on Coeur's criteria for assessing investment and project opportunities, Alternative D is the only scenario under which Coeur would choose to build and operate the project.

*(ii) Based on discussions in the DEIS, if the project is in a special aquatic site and is not water dependent, has the applicant clearly demonstrated that there are no practicable alternative sites available?*

**Applicant Answer:** Yes
**DSEIS Section:** 3.12.3, 4.12.3
**Applicant Response:**
Alternative B affects fewer acres of "special aquatic sites" than Alternative A. Both alternatives have the potential to affect two types of special aquatic sites: wetlands (40 C.F.R. § 230.40) and vegetated shallows (40 C.F.R. 230.43). Please refer to the following items:
Item I.a.i (above).
Kensington Gold Project, Corps of Engineers 404(b)(1) Practicability Analysis, October 27, 2004.
III. Subpart E, Sec. 230.41, Wetlands.
III. Subpart E, Sec. 230.43, Vegetated shallows.

**b. Special Restrictions. Will the discharge:**
*(i) violate state water quality standards?*

**Applicant Answer:** No
**DSEIS Section:** 4.6, Appendix A
**Applicant Response:**

004821

Exhibit 18, page 7

Please refer to the following items:
> III. Subpart C, Sec. 230.21, Suspended particulates/turbidity
> III. Subpart C, Sec. 230.22, Water

### (ii) *violate toxic effluent standards (under Section 307 of the Act)?*

**Applicant Answer:** No
**DSEIS Section:** 4.6, Appendix A
**Applicant Response:**
> Priority pollutants defined under Section 307 of the Clean Water Act that could be present in discharge from the project are limited to metals and selenium. These naturally occurring elements will meet applicable water quality criteria through the NPDES processes.

Please refer to the following items:
> III. Subpart C, Sec. 230.21, Suspended particulates/turbidity.
> III. Subpart C, Sec. 230.22, Water.

### (iii) *jeopardize endangered or threatened species or their critical habitat?*

**Applicant Answer:** No
**DSEIS Section:** 4.10, 4.11
**Applicant Response:**
Please refer to the following item:
> III. Subpart D, Sec. 230.30, Threatened and endangered species.

### (iv) *violate standards set by the Department of Commerce to protect marine sanctuaries?*

**Applicant Answer:** No
**DSEIS Section:** not applicable
**Applicant Response:**
Please refer to the following item:
> III. Subpart E, Sec. 230.40, Sanctuaries and refuges.

### (v) *evaluation of the information in the DEIS indicates that the proposed discharge material meets testing exclusion criteria for the following reason(s):*

**Applicant Answer:** Yes
**Answer selected by applicant from three choices:**
> *"Acceptable constraints are available and will be implemented to reduce contamination to acceptable levels within the disposal site and prevent contaminants from being transported beyond the boundaries of the disposal site."*

Coeur Alaska, Inc.                    November 17, 2004                    4
404(b)(1) Evaluation

004822

**Applicant Response:**
Please refer to the following item:
> III. Subpart C, Sec. 230.20, Substrate.
> III. Subpart C, Sec. 230.22, Water.

**c. Other Restrictions. Will the discharge contribute to significant degradation of "waters of the United States" through adverse impacts to:**
*(i) human health or welfare, through pollution of municipal water supplies, fish, shellfish, wildlife and special aquatic sites?*

**Applicant Answer:** No
**DSEIS Section:** 4.6, 4.8, Appendix C
**Applicant Response:**
Please refer to the following items:
> III. Subpart C, Sec. 230.20, Substrate.
> III. Subpart C, Sec. 230.22, Water.
> III. Subpart F, Sec. 230.50, Municipal and private water supplies.

*(ii) life stages of aquatic life and other wildlife?*

**Applicant Answer:** No
**DSEIS Section:** 4.9, 4.10
**Applicant Response:**
Please refer to the following items:
> III. Subpart D, Sec. 230.30, Threatened and endangered species.
> III. Subpart D, Sec. 230.31, Fish, crustaceans, mollusks, and other aquatic
>     organisms in the food web.
> III. Subpart D, Sec. 230.32, Other wildlife.

*(iii) diversity, productivity and stability of the aquatic life and other wildlife or wildlife habitat or loss of the capacity of wetlands to assimilate nutrients, purify water or reduce wave energy?*

**Applicant Answer:** No
**DSEIS Section:** 4.9, 4.11, 4.12
**Applicant Response:**
Water sampling throughout the Slate Lakes basin during 2004 has demonstrated that the inflow and outflow water of Lower Slate Lake has similar chemical characteristics, including concentrations of nutrients, metals, and major ions (Kline 11/10/04). As such, diversion of the outflow from Upper Slate Lake around the TSF during construction and operation will not have an appreciable effect on water chemistry below the TSF. Similar biological communities in Upper and Lower Slate Lakes and associated streams corroborates the finding of similar water quality (Kline 5/28/04)

**004823**

Exhibit 18, page 9

Please refer to the following items:

    III. Subpart C, Sec. 230.23, Current patterns and water circulation.
    III. Subpart D, Sec. 230.30, Threatened and endangered species.
    III. Subpart D, Sec. 230.31, Fish, crustaceans, mollusks, and other aquatic
        organisms in the food web.
    III. Subpart D, Sec. 230.32, Other wildlife
    III. Subpart E, Sec. 230.41, Wetlands
    III. Subpart E, Sec. 230.43, Vegetated shallows
    III. Subpart E, Sec. 230.45, Riffle and pool complexes

*(iv) recreational, aesthetic and economic values?*

**Applicant Answer:** No
**DSEIS Section:** 3.13, 3.14, 3.15, 4.13.3, 4.14.3, 4.15.3
**Applicant Response:**

    III. Subpart F, Sec. 230.51, Recreational and commercial fisheries
    III. Subpart F, Sec. 230.52, Water-related recreation
    III. Subpart F, Sec. 230.53, Aesthetics

**d. Actions to Minimize Potential Adverse Impacts (mitigation). Will all appropriate and practicable steps (40 CFR § 230.70-77, Subpart H) be taken to minimize the potential adverse impacts of the discharge on the aquatic ecosystem?**

**Applicant Answer:** Yes
**DSEIS Section:** 2.5
**Applicant Response:**

*Slate Creek Cove*
    The proposed Slate Creek Cove terminal construction plan includes specific best management practices (BMP's) to reduce sedimentation, construction prohibition "windows," and seasonal noise constraints (Coeur 9/04).
    The overall policy and direction of this plan is comprised of "standard operating procedures" (SOP's), to be followed by Coeur and all its contractors, service providers, and consultants as part of the marine facilities construction and operating plans. These SOP's will be included in all related construction and service contracts.
    Coeur will work with ADNR to develop effective monitoring and mitigation programs and appropriate environmental thresholds for mitigation for the Slate Creek Cove dock site as part of the State's Tideland Leases for the facility.
    The effectiveness of the monitoring programs would be evaluated after year one of construction, and year one of operations, and every third-year thereafter in order to facilitate the goals and policies of the program. The findings of the review or "environmental audit," would be presented to the "Berners Bay Working Group" and key resource management agencies during the month of February of that year, in order to

004824

Exhibit 18, page 10

evaluate programs and recommend modifications an/or realignments to policies, where necessary.

Coeur will commit to these policies, BMP's, mitigation activities, and monitoring programs, to be incorporated into the overall mitigation component of the Final Plan of Operations, to be approved by the U.S. Forest Service. It is understood that approval of this plan by the U.S. Forest Service does not relieve Coeur of its responsibilities to comply with other Federal, State, and Local laws, rules, and regulations.

*Tailings Storage Facility (TSF)*
*Reclamation Objectives*
1. Reestablish aquatic habitat within the TSF;
2. Reestablish riparian habitat at the margins of the TSF;
3. Maintain the integrity of the impoundment; and
4. Maintain the water quality and aquatic habitat downstream of the TSF.

*Construction Phase*

Maintenance of the fish population in Lower Slate Lake is not an objective during construction and operation of the TSF. Prior to operation of the TSF, if the resource agencies identify a suitable location, the majority of Dolly Varden char would be trapped from Lower Slate Lake using minnow traps or other methods and relocated. Alternatively, the Dolly Varden char and three-spine stickleback populations would be left in the lake, but with no expectation of survival during construction or operation.

Except for emergency spillways that are unlikely to be used, a spillway for downstream movement of Lower Slate Lake fish would not be available until closure. Consequently, Lower Slate Lake Dolly Varden char would not migrate to East Fork Slate Creek, as they do now, until a population is reestablished in the TSF after closure and a spillway is installed. To replace the source of Dolly Varden char to East Fork Slate Creek and prevent their migration from Upper Slate Lake to the TSF during construction and operation, downstream migrants from Upper Slate Lake would be manually relocated or routed through diversion of Mid-Lake Slate Creek. By relocating migrants, subtleties of timing and life stage relating to downstream movement would be preserved. Ensuring fish passage is a condition of ADNR's Title 41 authorization.

If selected, manual relocation would involve capturing Dolly Varden char from Mid-Lake Slate Creek and releasing them to East Fork Slate Creek below the dam. The capture location would be near the uppermost cascade to minimize capture of Dolly Varden char that may have otherwise returned to Upper Slate Lake. Capture would be accomplished by determining the most effective and low-maintenance method that does not cause unacceptably high mortality. Capture methods that would be considered for manual relocation are a fence trap, net trap, inclined plane trap, rotary screw trap, or minnow traps or other methods. If Mid-Lake Slate Creek is diverted through a pipe, passive relocation through the diversion pipe may be used.

All timber would be removed from the dam site and the perimeter of Lower Slate Lake between the existing shoreline (elevation 650 ft) up to the maximum project closure water elevation. Logging of the perimeter would be done in stages, corresponding with

rises in lake elevation. BMPs for erosion control would be used during and after logging to minimize sediment transport to Lower Slate Lake and East Fork Slate Creek.

The dam site would be excavated as necessary for dam construction. Topsoil would be stockpiled and used for reclamation for project components outside the area disturbance of the TSF, unless it is used as a tailings capping material at closure.

*Operation Phase*

Dolly Varden char relocation alternatives that apply to the construction phase also apply to the operation phase, and were addressed above. Dolly Varden char monitoring during operation would focus on their relocation from the upper reach of Mid-Lake Slate Creek to below the dam in East Fork Slate Creek. A holding pen would be used on occasion after Dolly Varden char relocation to permit health observations before releasing fish to East Fork Slate Creek. More broadly, extensive water quality and aquatic life monitoring program as described in Chapter 2 of the Final SEIS and incorporated into the Final Plan of Operations would be conducted to allow further optimization of the Final Reclamation Plan prior to closure.

No habitat reclamation measures would be taken during operation. BMPs for erosion control would continue to be applied.

*Temporary Shutdown*

In the event of temporary shutdown of the mine or discharge to the TSF, BMPs for erosion control, maintenance of flow to East Fork Slate Creek, and relocation of Dolly Varden around the TSF would continue.

*Closure Phase*

After cessation of tailings placement, it is anticipated that the water in the TSF would be consistent with background water quality. Under Alternative D in the Final SEIS, the water treatment system, if needed, would continue to be operated until Coeur demonstrates to USEPA and ADEC that it is no longer required. If Mid-Lake Slate Creek is diverted (as under Alternatives C and D), the diversions would be removed and the TSF would be allowed to fill naturally and a spillway would be constructed to allow safe and unobstructed downstream movement of fish from the TSF to lower East Fork Slate Creek. The spillway would be designed to avoid injury to fish resulting from impact, supersaturation of dissolved gases, or entrainment, under all flow conditions. The opportunity for upstream movement of fish from East Fork Slate Creek to the TSF would not be provided.

The tailings will be deposited to an approximate final elevation of 704 feet with an assumed cover of approximately 9 feet, i.e., the lake will be at an elevation of 713 feet prior to implementation of the closure/reclamation plan. Coeur will initially ensure that all of the remaining tailings in the lake have settled. The plan then calls for the lake elevation to rise to a final elevation of 737 feet, which will be maintained by the spillway in the dam. Raising the lake to the final elevation will provide for inundation of an area of natural ground (uncovered by tailings) equivalent in size (approximately 11.3 acres) to the current productive zone within Lower Slate Lake. Based on the findings of the Ecological Risk Assessment (ERA, Appendix C, DSEIS), this "productive" zone will support initial re-establishment of macroinvertebrate populations as needed to support

004826

restored fish populations. As shown in the ERA, the settled tailings will not re-suspend, i.e., the inundated natural area will not be affected by tailings. Airborne introduction and inflow from Upper Slate Lake will provide macroinvertebrates to the TSF. If benthic monitoring during operation reveals that recolonization in tailings after closure could be significantly accelerated by addition of organic matter, a thin layer of topsoil or other source of organic matter will be placed on top of the tailings.

Numbers of threespine stickleback and Dolly Varden that migrate out of Upper Slate Lake would be well understood before closure through the measures that would be taken to bypass the TSF during operation. This information would be used to determine whether passive restocking of the TSF after closure via natural downstream migration would result in a balanced reestablishment of fish along with their food source. It may be determined that restocking can be accelerated by trapping and relocating Upper Slate Lake fish, or that fish should be blocked from entering the TSF until a sufficient prey base is established. If the resource agencies prefer, any remaining physical barriers to upstream movement from the TSF to Upper Slate Lake would be removed.

The TSF would not contain any flooded timber and much of the riparian zone would be forested with the timber that currently exists along the ~737-foot contour. Disturbed areas would be planted to reestablish the existing woody and non-woody vegetation types. Studies would be conducted in Upper Slate Lake during operation to determine substrate requirements and transplanting methods for submergent and emergent macrophytes. A transplanting plan would then be developed to accelerate establishment of an aquatic plant community that is similar to the existing community.

*Post-Closure Phase*

Abundance and diversity of phytoplankton, zooplankton, benthic invertebrates, macrophytes, threespine sticklebacks, and Dolly Varden would be monitored in the TSF, beginning at closure and continuing until a self-sustaining community has become established. It is anticipated that macroinvertebrates should colonize the natural areas and support a restored fish population within one year of closure. Two surveys per year would be conducted for the first 2 years after closure, followed by one survey per year until restoration of the aquatic community is determined to be complete. Coeur will specifically work with the Forest Service and the State to determine "measures" of reclamation success, monitoring programs, reporting, and corrective measures to be taken if goals are not achieved. Corrective measures, such as replantings, restocking, substrate additions, or other habitat modifications, would be taken as necessary to accelerate recovery. Studies that would be conducted during operation (see above) would provide the necessary information to establish a schedule for reestablishment of the aquatic community in the TSF. Upper Slate Lake would serve as a model since it has been shown to support a more productive population of Dolly Varden than Lower Slate Lake. Use of Upper Slate Lake as a model should therefore ensure that the objective of restoring a similar community is exceeded.

004827

Exhibit 18, page 13

## II. Factual Determinations (40 CFR § 230.11)

*There is minimal potential for short-term or long-term significant adverse environmental effects of the proposed discharge as related to:*

### a. Physical substrate determinations
**Applicant Answer:** Yes

> III. Subpart C, Sec. 230.20, Substrate

### b. Water circulation, fluctuation and salinity determinations
**Applicant Answer:** Yes

> See III. Subpart C, Sec. 230.23, Current patterns and water circulation
> See III. Subpart C, Sec. 230.24, Normal water fluctuations
> See III. Subpart C, Sec. 230.25, Salinity gradients

### c. Suspended particulate/turbidity determinations
**Applicant Answer:** Yes

> See III. Subpart C, Sec. 230.21, Suspended particulates/turbidity

### d. Contaminant determinations
**Applicant Answer:** Yes

> See III. Subpart C, Sec. 230.20, Substrate
> See III. Subpart C, Sec. 230.22, Water

### e. Aquatic ecosystem structure and function determinations
**Applicant Answer:** Yes

> See III. Subpart C, Sec. 230.20, Substrate
> See III. Subpart D, Sec. 230.31, Fish, crustaceans, mollusks, and other aquatic
>    organisms in the food web
> See III. Subpart E, Sec. 230.41, Wetlands
> See III. Subpart E, Sec. 230.43, Vegetated shallows
> See III. Subpart E, Sec. 230.45, Riffle and pool complexes

### f. Proposed disposal site determination
### (disposal sites and/or size of mixing zone are acceptable)
**Applicant Answer:** Yes

> See Kensington Gold Project, Corps of Engineers 404(b)(1) Practicability
Analysis, October 27, 2004, regarding disposal site location determination.

### g. Determination of cumulative effects on the aquatic ecosystem
**Applicant Answer:** Yes

> See III. Subpart D, Sec. 230.30, Threatened and endangered species
> See III. Subpart D, Sec. 230.31, Fish, crustaceans, mollusks, and other aquatic
>    organisms in the food web
> See III. Subpart D, Sec. 230.32, Other wildlife

Coeur Alaska, Inc.                   November 17, 2004                   10
404(b)(1) Evaluation

***h. Determination of secondary effects on the aquatic ecosystem***
**Applicant Answer:** Yes

> See III. Subpart D, Sec. 230.30, Threatened and endangered species
> See III. Subpart D, Sec. 230.31, Fish, crustaceans, mollusks, and other aquatic organisms in the food web
> See III. Subpart D, Sec. 230.32, Other wildlife

**004829**

Exhibit 18, page 15

### III. Technical Evaluation Factors, 40CFR § 230 Subparts C-F

#### Subpart C, Sec. 230.20, Substrate.

*(a) The substrate of the aquatic ecosystem underlies open waters of the United States and constitutes the surface of wetlands. It consists of organic and inorganic solid materials and includes water and other liquids or gases that fill the spaces between solid particles.*

*(b) Possible loss of environmental characteristics and values: The discharge of dredged or fill material can result in varying degrees of change in the complex physical, chemical, and biological characteristics of the substrate. Discharges which alter substrate elevation or contours can result in changes in water circulation, depth, current pattern, water fluctuation and water temperature. Discharges may adversely affect bottom-dwelling organisms at the site by smothering immobile forms or forcing mobile forms to migrate. Benthic forms present prior to a discharge are unlikely to recolonize on the discharged material if it is very dissimilar from that of the discharge site. Erosion, slumping, or lateral displacement of surrounding bottom of such deposits can adversely affect areas of the substrate outside the perimeters of the disposal site by changing or destroying habitat. The bulk and composition of the discharged material and the location, method, and timing of discharges may all influence the degree of impact on the substrate.*

**Applicant Answer**: not significant
**DSEIS Sections**: 2.3.4, 3.9.1, 3.10.2, 3.12.1, 4.3.3, 4.9.3, Appendix C
**Applicant Response:**

The DSEIS summarizes the results of extensive testing that has demonstrated the low potential for acid generation or metals mobility from Kensington waste rock and tailings. These findings are consistent with the fact that sulfides partition to the concentrate, which will be shipped off site. The findings are also supported by the lack of environmental impacts in the vicinity of historical waste rock dumps. Given that tailings will not generate acid or release metals under an oxidizing environment such as the DTF, deposition of tailings underwater in the TSF further assures that tailings will not be reactive.

The only conceivable contaminants in the tailings solids are naturally occurring metals. Much of the metal content of the ore is removed from the site with the concentrate. Of 28 naturally occurring chemical elements that were measured in Kensington tailings and Lower Slate Lake sediment, the majority are more concentrated in lake sediment. No metals in Kensington tailings exceed freshwater sediment quality guidelines (Kline 8/17/04).

Tailings are nearly devoid of organic matter (Kline 1998), whereas the organic content of Lower Slate Lake sediment is approximately 50% by weight (Kline 2001, Earthworks 2002). Benthic invertebrates in organic sediment, such as in Lower Slate Lake, are restricted to the thin, oxygenated layer near the sediment/water interface. Inorganic sediment can support benthic invertebrates, but some species may be restricted by a lack of organic matter. Natural processes will begin to provide organic matter to the tailings immediately upon closure. Dissolved organic matter, plankton and drifting invertebrates from inflowing streams, and airborne introduction of invertebrates will

004830

Exhibit 18, page 16

provide organic carbon to the TSF. Growth of microorganisms and algae will occur in the water column and directly on the surface of tailings and supply a food source for benthic invertebrates that ingest sediment or utilize organic matter that settles from the water column. The water column will also provide a direct food source to some species of midges and other taxa that filter-feed. Sediment burrowing and ingestion by midge larvae and other species will cycle carbon by alternately consuming and stimulating benthic bacteria. In the process, organic matter will be worked into the tailings surface, creating a visibly distinct layer of organic-rich, oxygenated surface sediment (Kline 8/17/04).

A contingency plan calls for addition of a thin layer of organic-rich sediment, such as terrestrial topsoil, if benthic monitoring during operation indicates that recolonization in tailings will be significantly accelerated by an organic cap.

Kensington tailings and Lower Slate Lake sediment are fine-grained and comprised mainly of similar sized particles. Lower Slate Lake sediment samples from 4 m and 15 m contain a gravel-sized fraction that is absent from Kensington tailings (Maxim 2000, Kline 2001, Earthworks 2002). Approximately 15% by weight of Lower Slate Lake sediment from both sampling depths is >500 $\mu$m, whereas there are essentially no tailings particles >500 $\mu$m.

Aquatic invertebrates will colonize Kensington tailings after deposition ceases. A variety of approaches were used to reach this conclusion. Habitability testing demonstrated that colonization of Kensington tailings will begin with the first seasonal pulse of invertebrate recruitment after closure, but that establishment of some species may be limited until the organic content of the surface layer of tailings increases through natural processes, or until dilute process water in the surface layer of tailings becomes further diluted by overlying lake water. Toxicity testing and chemical analyses have shown that Kensington process water is near the threshold of toxicity for some species due to degradable organic milling reagents and/or an imbalance of common ions. Pioneer species, including midge larvae, will immediately begin to colonize tailings. Their activities will irrigate the biologically active surface layer of tailings with overlying lake water through a process known as bioturbation. This is one example of how the surface layer of tailings will become naturalized and more habitable over time.

See Subpart D, Sec. 230.31 for additional information regarding impacts to benthic organisms and recolonization.

### Subpart C, Sec. 230.21, Suspended particulates/turbidity.

(a) Suspended particulates in the aquatic ecosystem consist of fine-grained mineral particles, usually smaller than silt, and organic particles. Suspended particulates may enter water bodies as a result of land runoff, flooding, vegetative and planktonic breakdown, resuspension of bottom sediments, and man's activities including dredging and filling. Particulates may remain suspended in the water column for variable periods of time as a result of such factors as agitation of the water mass, particulate specific gravity, particle shape, and physical and chemical properties of particle surfaces.

(b) Possible loss of environmental characteristics and values: The discharge of dredged or fill material can result in greatly elevated levels of suspended particulates in the water column for varying lengths of time. These new levels may reduce light

**004831**

Exhibit 18, page 17

*penetration and lower the rate of photosynthesis and the primary productivity of an aquatic area if they last long enough. Sight-dependent species may suffer reduced feeding ability leading to limited growth and lowered resistance to disease if high levels of suspended particulates persist. The biological and the chemical content of the suspended material may react with the dissolved oxygen in the water, which can result in oxygen depletion. Toxic metals and organics, pathogens, and viruses absorbed or adsorbed to fine-grained particulates in the material may become biologically available to organisms either in the water column or on the substrate. Significant increases in suspended particulate levels create turbid plumes which are highly visible and aesthetically displeasing. The extent and persistence of these adverse impacts caused by discharges depend upon the relative increase in suspended particulates above the amount occurring naturally, the duration of the higher levels, the current patterns, water level, and fluctuations present when such discharges occur, the volume, rate, and duration of the discharge, particulate deposition, and the seasonal timing of the discharge.*

**Applicant Answer:** not significant
**DSEIS Section:** 4.6.4, 4.6.5, Appendix A
**Applicant Response:**

Total suspended solids (TSS) concentrations in the TSF will be controlled using enhanced settling, prior to discharge, to meet TSS and turbidity limits in East Fork Slate Creek. This will involve:  1) increasing the tailings density, or "thickening" tailings, to reduce the proportion of mill water and limit the dispersal of suspended solids; 2) utilizing environmentally compatible flocculants and coagulants to reduce suspension of fines; and 3) employing TSS best management practices (BMP's) such as turbidity curtains or barriers, submerged diffuser discharge pipes, and a skimmer decant barge. Water would be discharged only when it meets applicable water quality criteria (Knight Piesold 2004, Richins 8/5/04).  In the event Coeur cannot demonstrate that the discharge from the TSF would meet applicable water quality criteria for TSS or turbidity through the NPDES processes, the company will employ chemical or mechanical treatment.

Due to their inorganic composition, low metal concentrations and inertness (see Subpart C, Sec. 230.20, Substrate), suspended Kensington tailings will not pose a risk of toxicity.  They also will not carry pathogens or viruses, or consume oxygen.

After closure of the operation, tailings will be submerged by at least 9 feet of water.  Therefore, they will not be resuspended and TSS concentrations will be similar to the existing background concentrations in Lower Slate Lake.

**Subpart C, Sec. 230.22, Water.**

*(a) Water is the part of the aquatic ecosystem in which organic and inorganic constituents are dissolved and suspended. It constitutes part of the liquid phase and is contained by the substrate. Water forms part of a dynamic aquatic life-supporting system. Water clarity, nutrients and chemical content, physical and biological content, dissolved gas levels, pH, and temperature contribute to its life-sustaining capabilities.*

*(b) Possible loss of environmental characteristics and values: The discharge of dredged or fill material can change the chemistry and the physical characteristics of the receiving water at a disposal site through the introduction of chemical constituents in*

004832

Exhibit 18, page 18

*suspended or dissolved form. Changes in the clarity, color, odor, and taste of water and the addition of contaminants can reduce or eliminate the suitability of water bodies for populations of aquatic organisms, and for human consumption, recreation, and aesthetics. The introduction of nutrients or organic material to the water column as a result of the discharge can lead to a high biochemical oxygen demand (BOD), which in turn can lead to reduced dissolved oxygen, thereby potentially affecting the survival of many aquatic organisms. Increases in nutrients can favor one group of organisms such as algae to the detriment of other more desirable types such as submerged aquatic vegetation, potentially causing adverse health effects, objectionable tastes and odors, and other problems.*

**Applicant Answer:** not significant
**DSEIS Section:** 4.6, Appendix A
**Applicant Response:**

State water quality standards will not apply within the disposal area (see ADEC draft 401 cert. of 404 permit application), in which disposal area includes all of the lake bottom and the water column above it (40 C.F.R. section 230.3(i). Coeur anticipates DEC will be issuing its 401 certification of the 402 and 404 permits certifying that the discharge from the lake will meet State of Alaska water quality standards. The Corps is to rely on the State 401 certification to establish such compliance (33CFR section 320 (4)(d)). EPA commented on the 404 application, expressing concerns that water treatment may be required to meet state water quality standards for turbidity, aluminum, iron and lead. In response to these concerns, Coeur modified its 402 permit application to provide a contingency for water treatment, and confirmed with the COE that Coeur's application for the 404 permit did not need to be amended since the water treatment plant being added would be within the area that is already included in the application. The treatment alternatives are described in letters to the EPA.

Total suspended solids (TSS) in the TSF will be treated using enhanced settling, prior to discharge, to meet turbidity limits in East Fork Slate Creek. This will involve: 1) increasing the tailings density, or "thickening" tailings, to reduce the proportion of mill waste and limit the dispersal of suspended solids, 2) utilizing environmentally compatible flocculants and coagulants to reduce suspension of fines; and 3) employing TSS best management practices (BMPs) such as turbidity curtains or barriers, submerged diffuser discharge pipes, and a skimmer decant barge (Knight Piesold 6/8/04). Water would only be discharged when it meets applicable water quality criteria. If during the NEPA, 402 permitting and 401 certification processes, it is determined that the above measures will not adequately address EPA's concerns over turbidty, Coeur could add chemical and mechanical water treatment. This would remove any doubt of compliance with turbidity limits.

Water quality sampling has shown that the natural background concentrations of aluminum in the Slate Creek drainage occasionally exceed water quality criteria for aquatic life use (DSEIS). Initially, it was assumed in the DSEIS that a natural background site-specific criterion would be developed as provided in State regulations (18 Alaska Administrative Code § 70.235(b). It proved difficult to correlate the concentrations of aluminum going into Lower Slate Lake and those in the water coming out, and a natural condition site-specific criterion was not pursued further. It appears that

004833

Exhibit 18, page 19

a site-specific criterion could be developed pursuant to 18 AAC § 235(c), which allows setting a higher criterion if the applicant demonstrates that due to site-specific conditions, the aquatic life use will still be protected at the higher criterion. Preliminary testing by Coeur using methods based on EPA's Water Effect Ratio protocol has indicated that water in the Slate Lakes drainage decreases the bioavailability of aluminum in these waters. If a site-specific criterion is not developed and incorporated in to the final 402 permit for the discharge from the TSF, or if it is found that the concentrations in the discharge would exceed the limit in the 402 permit, Coeur can add treatment to assure consistent compliance with the permit limit for aluminum. The possible treatment methods include: 1) granular activated carbon (GAC) adsorption; 2) membrane treatment, or 3) chemical precipitation, flocculation.

The State water quality criteria for iron and lead are expressed in terms of dissolved concentrations. The data EPA is likely basing its comments on are in terms of total concentrations of these metals. Coeur anticipates that the incorporation of an appropriate "translator" into the final 402 permit and 401 certification will eliminate concerns that the permit limits for these metals will be exceeded (8/5/04 letter from Coeur to EPA). If there is still a concern that the discharge from the TSF might occasionally exceed the permit limits for iron or lead, Coeur can add water treatment.

### Subpart C, Sec. 230.23, Current patterns and water circulation.

*(a) Current patterns and water circulation are the physical movements of water in the aquatic ecosystem. Currents and circulation respond to natural forces as modified by basin shape and cover, physical and chemical characteristics of water strata and masses, and energy dissipating factors.*

*(b) Possible loss of environmental characteristics and values: The discharge of dredged or fill material can modify current patterns and water circulation by obstructing flow, changing the direction or velocity of water flow, changing the direction or velocity of water flow and circulation, or otherwise changing the dimensions of a water body. As a result, adverse changes can occur in: Location, structure, and dynamics of aquatic communities; shoreline and substrate erosion and depositon rates; the deposition of suspended particulates; the rate and extent of mixing of dissolved and suspended components of the water body; and water stratification.*

**Applicant Answer:** not significant
**DSEIS Section:** 3.5, 3.10.1, 4.5
**Applicant Response:**

Lower Slate Lake becomes thermally stratified during the summer months at a depth of approximately 12 feet (Kline 11/19/04). Upper Slate Lake and both lobes of Spectacle Lake also display late-summer thermoclines at depths ranging from 10 to 15 feet, despite differences in maximum depth, surface area, and basin shape. This finding indicates that the TSF is likely to have a similar pattern of seasonal stratification and seasonal turnover as Lower Slate Lake currently does.

Dissolved oxygen (DO) concentrations, in contrast, differed among the lakes. Upper Slate Lake DO concentrations dropped below 4 mg/L at a depth of 30 feet, whereas the south lobe of Spectacle Lake, which is comparable in area and depth to

**004834**

Exhibit 18, page 20

Upper Slate Lake, dropped below 4 mg/L at a depth of 13 feet. Major differences between Slate Lakes and Spectacle Lakes are the former have relatively large, perennial, inflowing streams, relatively large catchment basins, and a lower proportion of shoreline muskeg. Because the TSF will retain these characteristics of the Slate Lakes, and because of wind generated mixing and seasonal turnover, it is expected that DO will not approach anoxia in the water column.

Wind generated waves will also act to sort shoreline sediment, as they do in any lake or reservoir. The result will be a variety of nearshore substrate types, as there is in Lower Slate Lake.

### Subpart C, Sec. 230.24, Normal water fluctuations.

*(a) Normal water fluctuations in a natural aquatic system consist of daily, seasonal, and annual tidal and flood fluctuations in water level. Biological and physical components of such a system are either attuned to or characterized by these periodic water fluctuations.*

*(b) Possible loss of environmental characteristics and values: The discharge of dredged or fill material can alter the normal water-level fluctuation pattern of an area, resulting in prolonged periods of inundation, exaggerated extremes of high and low water, or a static, nonfluctuating water level. Such water level modifications may change salinity patterns, alter erosion or sedimentation rates, aggravate water temperature extremes, and upset the nutrient and dissolved oxygen balance of the aquatic ecosystem. In addition, these modifications can alter or destroy communities and populations of aquatic animals and vegetation, induce populations of nuisance organisms, modify habitat, reduce food supplies, restrict movement of aquatic fauna, destroy spawning areas, and change adjacent, upstream, and downstream areas.*

**Applicant Answer:** not significant
**DSEIS Section:** 3.5, 4.5
**Applicant Response:**

Coeur Alaska is in receipt of draft water right permits from ADNR. The water right associated with the TSF has low flow requirements to be met in East Fork Slate Creek. Within the TSF after closure, fluctuations in water level will be dictated by the width of the spillway, as they are now dictated by the width of the outflow of Lower Slate Lake. Observations made during dry and wet periods have revealed that the water level of Lower Slate Lake typically varies by approximately six inches. This observation is consistent with the abrupt transition from terrestrial to aquatic habitat, with only a narrow "beach" around much of the perimeter of Lower Slate Lake (Kline 2001). In short, water level fluctuations are not a major influencing factor in the ecological processes in Lower Slate Lake.

### Subpart C, Sec. 230.25, Salinity gradients.

*(a) Salinity gradients form where salt water from the ocean meets and mixes with fresh water from land.*

004835

Exhibit 18, page 21

*(b) Possible loss of environmental characteristics and values: Obstructions which divert or restrict flow of either fresh or salt water may change existing salinity gradients. For example, partial blocking of the entrance to an estuary or river mouth that significantly restricts the movement of the salt water into and out of that area can effectively lower the volume of salt water available for mixing within that estuary. The downstream migration of the salinity gradient can occur, displacing the maximum sedimentation zone and requiring salinity-dependent aquatic biota to adjust to the new conditions, move to new locations if possible, or perish. In the freshwater zone, discharge operations in the upstream regions can have equally adverse impacts. A significant reduction in the volume of fresh water moving into an estuary below that which is considered normal can affect the location and type of mixing thereby changing the characteristic salinity patterns. The resulting changed circulation pattern can cause the upstream migration of the salinity gradient displacing the maximim sedimentation zone. This migration may affect those organisms that are adapted to freshwater environments. It may also affect municipal water supplies.*

**Applicant Answer:** not significant
**DSEIS Section:** 3.10.1, 4.10
**Applicant Response:**
    The Slate Creek Cove marine terminal involves fill that is not in the realm of a discharge that could affect salinity gradients. The fill is not in the immediate vicinity of a stream. The maximum distance that the fill protrudes from shore (~240 feet from mean high water to toe) is similar to the size of natural shoreline protrusions in both directions along the same shore of Slate Creek Cove.


*Subpart D, Sec. 230.30, Threatened and endangered species.*
    *(a) An endangered species is a plant or animal in danger of extinction throughout all or a significant portion of its range. A threatened species is one in danger of becoming an endangered species in the foreseeable future throughout all or a significant portion of its range. Listings of threatened and endangered species as well as critical habitats are maintained by some individual States and by the U.S. Fish and Wildlife Service of the Department of the Interior (codified annually at 50 CFR 17.11). The Department of Commerce has authority over some threatened and endangered marine mammals, fish and reptiles.*
    *(b) Possible loss of values: The major potential impacts on threatened or endangered species from the discharge of dredged or fill material include:*
    *(1) Covering or otherwise directly killing species;*
    *(2) The impairment or destruction of habitat to which these species are limited. Elements of the aquatic habitat which are particularly crucial to the continued survival of some threatened or endangered species include adequate good quality water, spawning and maturation areas, nesting areas, protective cover, adequate and reliable food supply, and resting areas for migratory species. Each of these elements can be adversely affected by changes in either the normal water conditions for clarity, chemical content, nutrient balance, dissolved oxygen, pH, temperature, salinity, current patterns, circulation and fluctuation, or the physical removal of habitat; and*

Coeur Alaska, Inc.                      November 17, 2004                           18
404(b)(1) Evaluation

*(3) Facilitating incompatible activities.*
*(c) Where consultation with the Secretary of the Interior occurs under section 7 of the Endangered Species Act, the conclusions of the Secretary concerning the impact(s) of the discharge on threatened and endangered species and their habitat shall be considered final.*

**Applicant Answer:** not significant
**DSEIS Section:** 3.10.4, 3.11.2
**Applicant Response:**

The USFWS stated that there are no threatened or endangered species within their jurisdiction that occur within the Tongass National Forest. The only threatened or endangered species in the project area are Steller sea lions and humpback whales. A Biological Assessment/Evaluation concluded that operation of the marine facilities was not likely to adversely affect populations of these species (Tetra Tech 5/04). Critical habitat for the humpback whale has not been designated and no critical habitat for the Steller sea lion would be affected.

**Subpart D, Sec. 230.31, Fish, crustaceans, mollusks, and other aquatic organisms in the food web.**

*(a) Aquatic organisms in the food web include, but are not limited to, finfish, crustaceans, mollusks, insects, annelids, planktonic organisms, and the plants and animals on which they feed and depend upon for their needs. All forms and life stages of an organism, throughout its geographic range, are included in this category.*

*(b) Possible loss of values: The discharge of dredged or fill material can variously affect populations of fish, crustaceans, mollusks and other food web organisms through the release of contaminants which adversely affect adults, juveniles, larvae, or eggs, or result in the establishment or proliferation of an undesirable competitive species of plant or animal at the expense of the desired resident species. Suspended particulates settling on attached or buried eggs can smother the eggs by limiting or sealing off their exposure to oxygenated water. Discharge of dredged and fill material may result in the debilitation or death of sedentary organisms by smothering, exposure to chemical contaminants in dissolved or suspended form, exposure to high levels of suspended particulates, reduction in food supply, or alteration of the substrate upon which they are dependent. Mollusks are particularly sensitive to the discharge of material during periods of reproduction and growth and development due primarily to their limited mobility. They can be rendered unfit for human consumption by tainting, by production and accumulation of toxins, or by ingestion and retention of pathogenic organisms, viruses, heavy metals or persistent synthetic organic chemicals. The discharge of dredged or fill material can redirect, delay, or stop the reproductive and feeding movements of some species of fish and crustacea, thus preventing their aggregation in accustomed places such as spawning or nursery grounds and potentially leading to reduced populations. Reduction of detrital feeding species or other representatives of lower trophic levels can impair the flow of energy from primary consumers to higher trophic levels. The reduction or potential*

**004837**

Exhibit 18, page 23



*elimination of food chain organism populations decreases the overall productivity and nutrient export capability of the ecosystem.*

**Applicant Answer:** not significant
**DSEIS Section:** 3.9, 4.9, Appendix C
**Applicant Response:**

The impact of tailings deposition in Lower Slate Lake will be physical and restricted to the TSF. Benthic invertebrates and rooted aquatic plants will be smothered by tailings during operation. A diverse and abundant benthic invertebrate community is likely to remain in the submerged natural sediment around the perimeter of the TSF throughout the operation. The width of this colonized band of natural sediment will vary during operation, but will be present at closure to contribute to rapid colonization of tailings after deposition ceases, and rapid colonization of newly submerged sediment as the water is raised to the final closure elevation. Airborne introduction and inflow from Upper Slate Lake will also contribute to colonization throughout the entire TSF during the first seasonal pulse of invertebrate recruitment after closure.

Data from man-made impoundments demonstrate that a diverse and abundant benthic invertebrate community will be established <1 year after closure in the 11 acres of submerged natural sediment. Biological testing with Kensington tailings demonstrated that midge larvae, the dominant benthic invertebrate taxa in Lower Slate Lake, will immediately begin to colonize Kensington tailings upon closure. As such, <1 year after closure, the TSF will have a larger area of productive lake bottom than currently exists and there will then be no constraints to reestablishing populations of fish, plants, and wildlife that will meet or exceed the diversity and productivity of the existing Lower Slate Lake community. Recolonization by some invertebrate and plant species may lag until tailings become consolidated and organic matter is added to the tailings/water interface by natural processes (see Subpart C, Sec. 230.20, Substrate).

Dolly Varden in Lower Slate Lake tend to reside in the shallower portion of the lake. They may continue to reside in the perimeter of the TSF during operation, but the population is likely to steadily decline because Dolly Varden will not be allowed to enter the TSF during operation Fish and habitat surveys indicate the stream that flows into the north end of Upper Slate Lake is the dominant source of Dolly Varden for Upper and Lower Slate Lake. After closure and removal of the water diversion pipe, Upper Slate Lake will serve as the source of Dolly Varden to the TSF, as it does now for Lower Slate Lake.

The DSEIS states that the Slate Creek Cove marine terminal site contains low densities and a low diversity of organisms compared to other areas in Lynn Canal. Any substrate that is disturbed or submerged fill that is added for the Slate Creek Cove marine terminal will quickly become colonized by benthic invertebrates that are adapted to that substrate type. Impacts will be restricted to the fill footprint.

### *Subpart D, Sec. 230.32, Other wildlife.*

*(a) Wildlife associated with aquatic ecosystems are resident and transient mammals, birds, reptiles, and amphibians.*

**004838**

Exhibit 18, page 24

*(b) Possible loss of values: The discharge of dredged or fill material can result in the loss or change of breeding and nesting areas, escape cover, travel corridors, and preferred food sources for resident and transient wildlife species associated with the aquatic ecosystem. These adverse impacts upon wildlife habitat may result from changes in water levels, water flow and circulation, salinity, chemical content, and substrate characteristics and elevation. Increased water turbidity can adversely affect wildlife species which rely upon sight to feed, and disrupt the respiration and feeding of certain aquatic wildlife and food chain organisms. The availability of contaminants from the discharge of dredged or fill material may lead to the bioaccumulation of such contaminants in wildlife. Changes in such physical and chemical factors of the environment may favor the introduction of undesirable plant and animal species at the expense of resident species and communities. In some aquatic environments lowering plant and animal species diversity may disrupt the normal functions of the ecosystem and lead to reductions in overall biological productivity.*

**Applicant Answer:** not significant
**DSEIS Section:** 3.11, 4.11, Appendix C
**Applicant Response:**

For the project as a whole, populations of the following Management Indicator Species are considered not likely to be impacted: black and brown bear; Sitka black-tailed deer; Alexander Archipelago wolf; bald eagle; mountain goat; Vancouver Canada geese; hairy woodpecker; brown creeper; red-breasted sapsucker. Local displacement could occur during operation for some of these species and for red squirrel, marten, and river otter. Wildlife displacement and disturbance will cease after closure and reclamation. Also see Subpart D, Sec. 230.30, Threatened and endangered species.

**Subpart E, Sec. 230.40, Sanctuaries and refuges.**

*(a) Sanctuaries and refuges consist of areas designated under State and Federal laws or local ordinances to be managed principally for the preservation and use of fish and wildlife resources.*

*(b) Possible loss of values: Sanctuaries and refuges may be affected by discharges of dredged or fill material which will:*

*(1) Disrupt the breeding, spawning, migratory movements or other critical life requirements of resident or transient fish and wildlife resources;*

*(2) Create unplanned, easy and incompatible human access to remote aquatic areas;*

*(3) Create the need for frequent maintenance activity;*

*(4) Result in the establishment of undesirable competitive species of plants and animals;*

*(5) Change the balance of water and land areas needed to provide cover, food, and other fish and wildlife habitat requirements in a way that modifies sanctuary or refuge management practices;*

*(6) Result in any of the other adverse impacts discussed in subparts C and D as they relate to a particular sanctuary or refuge.*

**Applicant Answer:** not applicable

Coeur Alaska, Inc.                    November 17, 2004                              21
404(b)(1) Evaluation

004839

Exhibit 18, page 25

**DSEIS Section:** not applicable
**Applicant Response:**

There are no state or federal refuges or sanctuaries near the project. The nearest are the Mendenhall Wetlands State Refuge, a 4,000-acre wildlife refuge along the shores of Gastineau Channel, and the Chilkat River state critical habitat area/Alaska Chilkat Bald Eagle Preserve at the confluence of the Chilkat and Tsirku rivers, 18 miles north of Haines.

### Subpart E, Sec. 230.41, Wetlands.

*(a)(1) Wetlands consist of areas that are inundated or saturated by surface or ground water at a frequency and duration sufficient to support, and that under normal circumstances do support, a prevalence of vegetation typically adapted for life in saturated soil conditions.*

*(2) Where wetlands are adjacent to open water, they generally constitute the transition to upland. The margin between wetland and open water can best be established by specialists familiar with the local environment, particularly where emergent vegetation merges with submerged vegetation over a broad area in such places as the lateral margins of open water, headwaters, rainwater catch basins, and groundwater seeps. The landward margin of wetlands also can best be identified by specialists familiar with the local environment when vegetation from the two regions merges over a broad area.*

*(3) Wetland vegetation consists of plants that require saturated soils to survive (obligate wetland plants) as well as plants, including certain trees, that gain a competitive advantage over others because they can tolerate prolonged wet soil conditions and their competitors cannot. In addition to plant populations and communities, wetlands are delimited by hydrological and physical characteristics of the environment. These characteristics should be considered when information about them is needed to supplement information available about vegetation, or where wetland vegetation has been removed or is dormant.*

*(b) Possible loss of values: The discharge of dredged or fill material in wetlands is likely to damage or destroy habitat and adversely affect the biological productivity of wetlands ecosystems by smothering, by dewatering, by permanently flooding, or by altering substrate elevation or periodicity of water movement. The addition of dredged or fill material may destroy wetland vegetation or result in advancement of succession to dry land species. It may reduce or eliminate nutrient exchange by a reduction of the system's productivity, or by altering current patterns and velocities. Disruption or elimination of the wetland system can degrade water quality by obstructing circulation patterns that flush large expanses of wetland systems, by interfering with the filtration function of wetlands, or by changing the aquifer recharge capability of a wetland. Discharges can also change the wetland habitat value for fish and wildlife as discussed in subpart D. When disruptions in flow and circulation patterns occur, apparently minor loss of wetland acreage may result in major losses through secondary impacts. Discharging fill material in wetlands as part of municipal, industrial or recreational development may modify the capacity of wetlands to retain and store floodwaters and to serve as a buffer zone shielding upland areas from wave actions, storm damage and erosion.*

Coeur Alaska, Inc.                     November 17, 2004                     22
404(b)(1) Evaluation

004840

Exhibit 18, page 26

**Applicant Answer:** not significant
**DSEIS Section:** 3.12.3, 4.12.3
**Applicant Response:**

Alternative B will impact fewer acres of wetlands than Alternative A or A1 (see table below). While approximately 98 acres of wetlands would eventually be restored under Alternative A, the DTF alone would result in the permanent loss of over 100 acres of palustrine forest and palustrine scrub-shrub wetlands. This exceeds the total wetland disturbance under Alternative B, before restoration. The entire 54.4 acre TSF (excluding the 1.4 acre tailings dam) will be productive, open water (lacustrine) habitat after reclamation. This productive open water habitat will occupy what is currently 11 acres of productive open water, 9 acres of unproductive open water, and 34.4 acres of forested evergreen and emergent wetlands that surround Lower Slate Lake.

Table 2.  Acres of wetlands impacted from construction through operations.

| Wetland Type | Alternative A | Alternative A1 | Alternative B |
|---|---|---|---|
| Estuarine rocky intertidal shoreline | - | - | 0.4 |
| Lacustrine (open water) | - | - | 20.0 |
| Palustrine aquatic plant bed | - | - | 0.1 |
| Palustrine emergent | - | - | 9.6 |
| Palustrine scrub-shrub | 56.4 | 24.4 | 0.5 |
| Palustrine forest | 150.0 | 107.6 | 19.0 |
| Upland forest (upland/wetland mix) | 38.0 | 31.3 | 2.9 |
| Disturbed (upland/wetland mix) | 23.7 | 23.7 | 39.2 |
| **TOTAL** | **268.1** | **187** | **91.7** |

*Subpart E, Sec. 230.42, Mud flats.*

*(a) Mud flats are broad flat areas along the sea coast and in coastal rivers to the head of tidal influence and in inland lakes, ponds, and riverine systems. When mud flats are inundated, wind and wave action may resuspend bottom sediments. Coastal mud flats are exposed at extremely low tides and inundated at high tides with the water table at or near the surface of the substrate. The substrate of mud flats contains organic material and particles smaller in size than sand. They are either unvegetated or vegetated only by algal mats.*

*(b) Possible loss of values: The discharge of dredged or fill material can cause changes in water circulation patterns which may permanently flood or dewater the mud*

Coeur Alaska, Inc.                         November 17, 2004                              23
404(b)(1) Evaluation

004841

Exhibit 18, page 27

*flat or disrupt periodic inundation, resulting in an increase in the rate of erosion or accretion. Such changes can deplete or eliminate mud flat biota, foraging areas, and nursery areas. Changes in inundation patterns can affect the chemical and biological exchange and decomposition process occurring on the mud flat and change the deposition of suspended material affecting the productivity of the area. Changes may reduce the mud flat's capacity to dissipate storm surge runoff.*

**Applicant Answer:** not significant
**DSEIS Section:** 3.12.3
**Applicant Response:**

The construction of the marine terminal facility and the TSF discharge will not affect mud flats. The TSF discharge will mimic natural flows in Slate Creek. The marine terminal will have a minimal footprint, will not directly impact mud flats, and is too small to conceivably affect circulation patterns.


*Subpart E, Sec. 230.43, Vegetated shallows.*

*(a) Vegetated shallows are permanently inundated areas that under normal circumstances support communities of rooted aquatic vegetation, such as turtle grass and eelgrass in estuarine or marine systems as well as a number of freshwater species in rivers and lakes.*

*(b) Possible loss of values: The discharge of dredged or fill material can smother vegetation and benthic organisms. It may also create unsuitable conditions for their continued vigor by: (1) Changing water circulation patterns; (2) releasing nutrients that increase undesirable algal populations; (3) releasing chemicals that adversely affect plants and animals; (4) increasing turbidity levels, thereby reducing light penetration and hence photosynthesis; and (5) changing the capacity of a vegetated shallow to stabilize bottom materials and decrease channel shoaling. The discharge of dredged or fill material may reduce the value of vegetated shallows as nesting, spawning, nursery, cover, and forage areas, as well as their value in protecting shorelines from erosion and wave actions. It may also encourage the growth of nuisance vegetation.*

**Applicant Answer:** not significant
**DSEIS Section:** 3.9.1, 3.12.3, 4.12.3
**Applicant Response:**

Approximately 6 acres of Lower Slate Lake fit the definition of vegetated shallows. This habitat will become covered by tailings. After closure and establishment of aquatic vegetation in submerged natural sediment and submerged tailings, approximately 30 acres of the TSF will be vegetated shallows. The Slate Creek Cove marine terminal site does not include vegetated shallows. No rooted aquatic plants were documented during a dive survey of the site (Stekoll, undated).

**004842**

Exhibit 18, page 28

**Subpart E, Sec. 230.44, Coral reefs.**

   *(a) Coral reefs consist of the skeletal deposit, usually of calcareous or silicaceous materials, produced by the vital activities of anthozoan polyps or other invertebrate organisms present in growing portions of the reef.*

   *(b) Possible loss of values: The discharge of dredged or fill material can adversely affect colonies of reef building organisms by burying them, by releasing contaminants such as hydrocarbons into the water column, by reducing light penetration through the water, and by increasing the level of suspended particulates. Coral organisms are extremely sensitive to even slight reductions in light penetration or increases in suspended particulates. These adverse effects will cause a loss of productive colonies which in turn provide habitat for many species of highly specialized aquatic organisms.*

**Applicant Answer:** not applicable
**DSEIS Section:** not applicable
**Applicant Response:**
          There are no coral reefs near the project.


*Subpart E, Sec. 230.45, Riffle and pool complexes.*

   *(a) Steep gradient sections of streams are sometimes characterized by riffle and pool complexes. Such stream sections are recognizable by their hydraulic characteristics. The rapid movement of water over a coarse substrate in riffles results in a rough flow, a turbulent surface, and high dissolved oxygen levels in the water. Pools are deeper areas associated with riffles. Pools are characterized by a slower stream velocity, a steaming flow, a smooth surface, and a finer substrate. Riffle and pool complexes are particularly valuable habitat for fish and wildlife.*

   *(b) Possible loss of values: Discharge of dredged or fill material can eliminate riffle and pool areas by displacement, hydrologic modification, or sedimentation. Activities which affect riffle and pool areas and especially riffle/pool ratios, may reduce the aeration and filtration capabilities at the discharge site and downstream, may reduce stream habitat diversity, and may retard repopulation of the disposal site and downstream waters through sedimentation and the creation of unsuitable habitat. The discharge of dredged or fill material which alters stream hydrology may cause scouring or sedimentation of riffles and pools. Sedimentation induced through hydrological modification or as a direct result of the deposition of unconsolidated dredged or fill material may clog riffle and pool areas, destroy habitats, and create anaerobic conditions. Eliminating pools and meanders by the discharge of dredged or fill material can reduce water holding capacity of streams and cause rapid runoff from a watershed. Rapid runoff can deliver large quantities of flood water in a short time to downstream areas resulting in the destruction of natural habitat, high property loss, and the need for further hydraulic modification.*

**Applicant Answer:** not significant
**DSEIS Section:** 3.5.2, 3.9.2
**Applicant Response:**

**004843**

Exhibit 18, page 29

The only impact of the operation on East Fork Slate Creek will be in the immediate area of the dam. Stream habitat in East Fork Slate Creek at the dam site is a mix of riffles, pools, and glides (Earthworks 2002). However, the stream is broad and dominated by shallow backwaters in this area. It is not a meandering riffle and pool complex. No evidence has been found that any Dolly Varden spawning habitat will be impacted by the operation (Kline 8/23/04). Best Management Practices (BMPs) and effluent limitations will preclude downstream impacts.

Impacts to Mid-Lake East Fork Slate Creek will be limited to the portion that will become submerged in the TSF. While this comprises the majority of the stream, impacted habitats are mainly either steep cascades, or low gradient split channels that flow through an alder thicket near Lower Slate Lake (Earthworks 2002). No evidence has been found to indicate that the impacted portion of Mid-Lake Slate Creek is used for spawning.

### Subpart F, Sec. 230.50, Municipal and private water supplies.

*(a) Municipal and private water supplies consist of surface water or ground water which is directed to the intake of a municipal or private water supply system.*

*(b) Possible loss of values: Discharges can affect the quality of water supplies with respect to color, taste, odor, chemical content and suspended particulate concentration, in such a way as to reduce the fitness of the water for consumption. Water can be rendered unpalatable or unhealthy by the addition of suspended particulates, viruses and pathogenic organisms, and dissolved materials. The expense of removing such substances before the water is delivered for consumption can be high. Discharges may also affect the quantity of water available for municipal and private water supplies. In addition, certain commonly used water treatment chemicals have the potential for combining with some suspended or dissolved substances from dredged or fill material to form other products that can have a toxic effect on consumers.*

**Applicant Answer:** not applicable
**DSEIS Section:** 2.3.10, 3.7.3, 4.8.4
**Applicant Response:**

There are no municipal water supplies near the project. Domestic water will be withdrawn along with water for operations from the proposed Johnson Creek infiltration gallery. The TSF will not contaminate surface or groundwater in the Slate Creeks area because the tailings are inert and Lower Slate Lake does not appear to recharge the underlying groundwater.

### Subpart F, Sec. 230.51, Recreational and commercial fisheries.

*(a) Recreational and commercial fisheries consist of harvestable fish, crustaceans, shellfish, and other aquatic organisms used by man.*

*(b) Possible loss of values: The discharge of dredged or fill materials can affect the suitability of recreational and commercial fishing grounds as habitat for populations of consumable aquatic organisms. Discharges can result in the chemical contamination of*

004844

Exhibit 18, page 30

*recreational or commercial fisheries. They may also interfere with the reproductive success of recreational and commercially important aquatic species through disruption of migration and spawning areas. The introduction of pollutants at critical times in their life cycle may directly reduce populations of commercially important aquatic organisms or indirectly reduce them by reducing organisms upon which they depend for food. Any of these impacts can be of short duration or prolonged, depending upon the physical and chemical impacts of the discharge and the biological availability of contaminants to aquatic organisms.*

**Applicant Answer:** not significant
**DSEIS Section:** 3.28, 4.9.3, 3.13, 4.13.3, Appendix C
**Applicant Response:**

There is no road or trail access to the Slate Lakes area and the terrain leading to it is steep and difficult to hike. Dolly Varden are the only sport fish in Slate Lakes. Lower Slate Lake was fished using flycasting and rod and reel with a variety of lures from shore, float tubes, and boats during June 2000 and August and September 2001. A total of 131 rod hours yielded 34 fish, for an average of 3.9 rod hours per fish. The average length of these hook and line captured fish from Lower Slate Lake was 7.7 inches and the average weight was 0.16 pounds (Kline 2.27.03).

The only conceivable impact to commercial fisheries would be if water quality from the TSF impacted anadromous salmon in Slate Creek. The NPDES processes will prevent such an impact from occurring (Subpart C, Sec. 230.22, Water).

Conclusions from the Ecological Risk Assessment (DSEIS Appendix C) include the following statements:

"Overall, the projected risks to aquatic receptors from chemical stressors during operation of the TSF are low."

"In general, there is a low risk to terrestrial receptors from (chemicals of potential ecological concern)."

"After closure of the TSF, there is a low risk of chemical constituents to terrestrial receptors, largely because of the lack of leaching of constituents."

Coeur agrees with these conclusions. They are consistent with extensive chemical and biological testing demonstrating that Kensington tailings have a low metal content relative to natural sediment, low reactivity, low metals bioavailability, and are habitable by benthic invertebrates (Kline 8.17.04).

***Subpart F, Sec. 230.52, Water-related recreation.***
*(a) Water-related recreation encompasses activities undertaken for amusement and relaxation. Activities encompass two broad categories of use: consumptive, e.g., harvesting resources by hunting and fishing; and non-comsumptive, e.g. canoeing and sight-seeing.*

Coeur Alaska, Inc.                    November 17, 2004                    27
404(b)(1) Evaluation

**004845**

Exhibit 18, page 31

*(b) Possible loss of values: One of the more important direct impacts of dredged or fill disposal is to impair or destroy the resources which support recreation activities. The disposal of dredged or fill material may adversely modify or destroy water use for recreation by changing turbidity, suspended particulates, temperature, dissolved oxygen, dissolved materials, toxic materials, pathogenic organisms, quality of habitat, and the aesthetic qualities of sight, taste, odor, and color.*

**Applicant Answer:** not significant
**DSEIS Section:** 3.13, 4.13.3
**Applicant Response:**

The immediate area of the project is not highly used for recreation (DSEIS page 4-75). There is no road or trail access to the Slate Lakes area and the terrain leading to it is steep and difficult to hike.

During 1990 to 2001, there was an annual average of 14 moose hunters, 9.6 goat hunters, 7.7 successful bear hunters, and 1.6 trappers that used the terrain draining into Berners Bay, including the drainages of the Berners, Lace, Antler, and Gilkey rivers and Sawmill Creek. Hunting and trapping at the immediate Project site is limited because of difficult access, private ownership, and limited game populations. (See also Subpart F, Sec. 230.51, and DSEIS page 3-79 and 4-77)

***Subpart F, Sec. 230.53, Aesthetics.***
*(a) Aesthetics associated with the aquatic ecosystem consist of the perception of beauty by one or a combination of the senses of sight, hearing, touch, and smell. Aesthetics of aquatic ecosystems apply to the quality of life enjoyed by the general public and property owners.*
*(b) Possible loss of values: The discharge of dredged or fill material can mar the beauty of natural aquatic ecosystems by degrading water quality, creating distracting disposal sites, inducing inappropriate development, encouraging unplanned and incompatible human access, and by destroying vital elements that contribute to the compositional harmony or unity, visual distinctiveness, or diversity of an area. The discharge of dredged or fill material can adversely affect the particular features, traits, or characteristics of an aquatic area which make it valuable to property owners. Activities which degrade water quality, disrupt natural substrate and vegetational characteristics, deny access to or visibility of the resource, or result in changes in odor, air quality, or noise levels may reduce the value of an aquatic area to private property owners.*

**Applicant Answer:** not significant
**DSEIS Section:** 3.14, 4.14
**Applicant Response:**

The Slate Creek Cove marine terminal would be small in scale when viewed from much of Slate Creek Cove relative to the forested ridge behind it (DSEIS page 4-84). Some of the tailings pipeline route and access road would be visible from the extremely shallow northern third of Berners Bay and the Berners Bay cabin. The TSF would be visible only to the relatively few people that may enter the area (DSEIS page 4-85). In

**004846**

Exhibit 18, page 32

comparison, the DTF under Alternatives A and A1 would be highly visible to passengers on ferries and cruise ships on Lynn Canal, as would other project components that would involve fill under Alternatives A and A1. The DTF would be >220 feet high and would cover 131 acres.

***Subpart F, Sec. 230.54, Parks, national and historical monuments, national seashores, wilderness areas, research sites, and similar preserves.***

*(a) These preserves consist of areas designated under Federal and State laws or local ordinances to be managed for their aesthetic, educational, historical, recreational, or scientific value.*

*(b) Possible loss of values: The discharge of dredged or fill material into such areas may modify the aesthetic, educational, historical, recreational and/or scientific qualities there by reducing or eliminating the uses for which such sites are set aside and managed.*

**Applicant Answer:** not applicable
**DSEIS Section:** 3.13.1
**Applicant Response:**

The majority of the project area is classified as Modified Landscape with a Minerals overlay. The only facilities outside of this designation are the Slate Creek Cove marine terminal and a portion of the access road to the historic Jualin Mine. This area is designated as Old-Growth Habitat Reserve (OGH). The DSEIS states that an interagency review will use quantitative and qualitative information to determine the extent to which modifying the small OGH boundaries would be feasible.

**004847**

Exhibit 18, page 33

**V. Evaluation of Dredged or Fill Material (Subpart G, 40 CFR § 230.60)**
*a. The following information has been considered in evaluating the biological availability of possible contaminants in dredged or fill material:*

*1. Physical characteristics*
      Refer to III. Subpart C, Sec. 230.20, Substrate

*2. Hydrography in relation to known or anticipated sources of contaminants*
      There are no known or anticipated sources of contaminants.
      Refer to the following for general hydrography information:
            III. Subpart C, Sec. 230.23, Current patterns and water circulation
            III. Subpart C, Sec. 230.25, Salinity gradients
            III. Subpart F, Sec. 230.50, Municipal and private water supplies

*3. Results from previous testing of the material or similar material in the vicinity of the project*
      Refer to III. Subpart C, Sec. 230.20, Substrate

*4. Known, significant, sources of persistent pesticides from land runoff or percolation*
      There are no known pesticide sources.

*5. Spill records for petroleum products or designated (§311 of CWA) hazardous substances*
      There are no known petroleum or hazardous substance spills.

*6. Other public records of significant introduction of contaminants from industry, municipalities or other sources.*
      There are no known public records regarding introduction of contaminants.

*7. Known existence of substantial material deposits of substances which could be released in harmful quantities to the aquatic environment by man-induced discharge activities.*
      There are no known substances that fit this description.

*b. An evaluation of the information above indicates that there is reason to believe the proposed dredged or fill material is not a carrier of contaminants, or that levels are substantively similar at extraction and disposal sites. The material meets testing exclusion criteria.*

**Applicant Answer: Yes**
      The results of prior evalulations, chemical and biological tests, scientific research and experience provide a sufficient basis to conclude that recolonization and recovery of the lake will occur after all deposition of the fill material and closure. Therefore, no further testing is required. The information to back this conclusion is summarized in a memorandum by Kline (8/17/04), which references 40 publications and reports. Any of these 40 reports that have not already been provided to ACOE by Coeur and are not in

Coeur Alaska, Inc.
404(b)(1) Evaluation
      November 17, 2004
      30

**004848**

Exhibit 18, page 34

the public domain are being provided by Coeur with this 404(b)(1) Environmental Analysis.

This body of general and site-specific knowledge addresses mitigation of the TSF after closure. The impact of fill deposition will occur during operation and will be restricted to physical burial of benthic organisms. After closure, the lake will recolonize and provide a larger area of productive lake bottom habitat for benthic invertebrates and the fish and wildlife that feed on them, an increased area of vegetated shallows for fish rearing and use by wildlife, and an increased lineal distance and area of shoreline and riparian habitat.

**004849**

Exhibit 18, page 35

## VI. Disposal Site Determination (40 CFR § 230.11(f))

*a. The following factors as appropriate, have been considered in evaluating the disposal site.*

*1. Depth of water at the disposal site.*

    Lower Slate Lake maximum depth = 50 feet

    Tailings Storage Facility dam site = 0 to 1 feet

    Slate Creek Cove fill site = 0 to 30 feet.

*2. Current velocity, direction, and variability at disposal site.*

    At the Lower Slate Lake outflow in East Fork Slate Creek, a 24 hour record of transducer data was collected for a combined 586 days. Manual discharge measurements were used to develop the stage-discharge relationship. Most of the low readings occurred from December through August, with the lowest (~0.0 cubic feet per second [cfs]) occurring during February. Most of the high readings occurred during the fall, with the highest (71.52 cfs) occurring during October. The estimated two-year flood based on a USGS regression is 80 cfs (Kline 2/19/04)

    Refer to III. Subpart C, Sec. 230.25, Salinity gradients

    Refer to III. Subpart F, Sec. 230.50, Municipal and private water supplies

*3. Degree of turbulence.*

    Refer to III. Subpart C, Sec. 230.23, Current patterns and water circulation

*4. Water column stratification.*

    Refer to III. Subpart C, Sec. 230.23, Current patterns and water circulation

    Refer to III. Subpart C, Sec. 230.25, Salinity gradients

*5. Discharge vessel speed and direction.*

    Not applicable.

*6. Rate of discharge.*

    Discharge of tailings will be by gravity-flow through an approximately 6 inch diameter pipeline. Coeur will be processing 2000 tons of ore per day, 95% will be discharged as tailings.

    Rate of discharge is not applicable to construction of the TSF dam or the Slate Creek Cove facility. BMP's will be used to minimize introduction of suspended solids into the water column.

*7. Dredged material characteristics.*

    With the exception of removal of organic and unconsolidated material to prepare the foundation for the TSF dam, the Lower Slate Lake and Slate Creek Cove facilities do not involve dredging.

*8. Other factors affecting rates and patterns of mixing.*

    Prior to discharge in the TSF, polymer and flocculants will be added to the tailings slurry to agglomerate small particles and enhance settling. This item is not applicable to the TSF dam or Slate Creek Cove facility.

**004850**

Exhibit 18, page 36



*b. An evaluation of the appropriate factors in VI. a. above indicates that the disposal site and/or size of mixing zone are acceptable.*
**Applicant Answer:** Yes

**VII.  Action to Minimize Adverse Effects (Subpart H, 40 CFR § 230.70)**
*All appropriate and practicable steps would be taken, through application of recommendation of §230.70-230.77 to ensure minimal adverse effects of the proposed discharge.*

Applicant Answer: Yes
*Actions taken:*
        Refer to Section I.d.

**VIII.  Findings of Compliance or Non-compliance (40 CFR § 230.12)**
**(TO BE DETERMINED)**

**004851**

Exhibit 18, page 37

## References

(Documents in this list that are not in the public domain and have not been recently submitted to ACOE directly from Coeur are being provided by Coeur with this 404(b)(1) Evaluation)

AScI Corporation. 2000a. Results of life-cycle Chironomus tentans habitability test with tailing sample from Utah and lake sediments from Alaska.

AScI Corporation. 2000b. Results of 42-day Hyalella azteca habitability tests with tailing sample from Dawson Metallurgical Laboratories, Utah and lake sediment samples from Lower Slate Lake, Alaska.

Barnes, LE. 1983. The colonization of ball-clay ponds by macroinvertebrates and macrophytes. Freshwater Biology 13:561-578.

Bass, D. 1992. Colonization and succession of benthic macroinvertebrates in Arcadia Lake, a South-Central USA reservoir. Hydrobiol. 242:123-131.

Blumenshine, SC, Y Vadeboncoeur, DM Lodge, KL Cottingham, SE Knight. 1997. Benthic-pelagic links: responses of benthos to water-column nutrient enrichment. J. N. Am. Benthol. Soc. 16:466-479.

Burton, Krane, Tiernan, Landrum, Stubblefield, Clements. 2000. Final Report: Sediment Contamination Assessment Methods: Validation of Standardized and Novel Approaches. EPA Grant Number R826200.

Coeur Alaska, Inc. October 27, 2004. Kensington Gold Project, Corps of Engineers 404(b)(1) Practicability Analysis.

Coeur Alaska, Inc. September 2004. Kensington Gold Mine, Berners Bay Transportation Policy and Mitigation and Best Management Practices Plan.

Earthworks Technology, Inc. (Kline). 2002. Kensington Project, August-September 2001 Slate Lakes Basin Survey, Data Report.

EVS Environment Consultants. 1999a. Kensington Project, Underwater Tailings Placement Studies: Tailings Habitability Testing.

EVS Environment Consultants. 1999b. Kensington Project, Underwater Tailings Placement Studies: Bioaccumulation/Habitability Testing.

EVS Environment Consultants. 1999a. Kensington project, underwater tailings placement studies: Whole effluent toxicity testing.

Goedkoop, W and RK Johnson. 1996. Pelagic-benthic coupling: Profundal benthic community response to spring diatom deposition in mesotrophic Lake Erken. Limnol. Oceanogr. 41:636-647.

Hamilton, R. and W.W. Fraser. 1978. A case history of natural underwater revegetation: Mandy Mine high sulfide tailings. Reclamation Review 1:61-65.

Harris, P.J. 1984. Influence of the substituent group on the decomposition of xanthates in aqueous solutions. S.-Afr. Tydskr. Chem. 37:91-95.

Harrison, R. 2002. Environmental Geochemistry of Tailings Storage Facilities Decommissioning, Waihi, New Zealand, MS Thesis, University of Waikato.

**004852**

Exhibit 18, page 38

Hayward, JMR, CG Ingersoll, JR Jones, and DW Whites. 2001. Influence of sediment type and exposure time on likeness of colonization tray and background macroinvertebrate assemblages. J. Freshwater Ecology 16:565-573.

James, M.R., M. Weatherhead, C. Stanger, and E. Graynoth. 1998. Macroinvertebrate distribution in the littoral zone of Lake Coleridge, South Island, New Zealand – effects of habitat stability, wind exposure, and macrophytes. NZ J Mar Freshw Res 32:287-305.

Kline, E.R. 1994. Potential biological consequences of submarine mine-tailings disposal: A literature synthesis. U.S. Bureau of Mines OFR 36-94. 66 pp.

Kline, E.R. 1998. Biological impacts and recovery from marine disposal of metal mining waste. Ph.D. dissertation, University of Alaska Fairbanks.

Kline, E.R. and M.S. Stekoll. 2000. The role of calcium and sodium in toxicity of an effluent to mysid shrimp (Mysidopsis bahia). Environmental Toxicology and Chemistry 19:234-241.

Kline Environmental Research, LLC. 2000. Kensington Project, Underwater Tailings Placement, Interpretation of Effluent Toxicity Tests.

Kline, E.R and M.S. Stekoll. 2001. Colonization of mine tailings by marine invertebrates. Marine Environmental Research 51:13-37.

Kline Environmental Research, LLC. 2001. Kensington Project, June 2000 Slate Creek Basin Survey, Data Report

Kline Environmental Research, LLC. 2002. Kensington Project, Literature Review, Storage of Tailings in Lakes.

Kline memorandum to MacGillivray and Richins, February 19, 2004, Adequacy of streamflow data for Slate and Johnson Creek.

Kline memorandum to Rick Richins. May 28, 2004. Lower Slate Lake aluminum – upstream vs. downstream communities.

Kline memorandum to Richins. August 17, 2004. Time required for benthic recolonization in the Kensington tailings storage facility.

Kline memorandum to Richins. August 23, 2004. Dolly Varden spawning location.

Kline memorandum to Richins. October 21, 2004. Comparison of water quality for the Kensington DTF and TSF.

Kline memorandum to Richins. November 10, 2004. 2004 Lower Slate Lake inflow and outflow water quality summary

Knight Piesold, June 8, 2004, Tailings Treatment Facility TSS Best Management Practices.

Layton, RJ and JR Voshell. 1991. Colonization of new experimental ponds by benthic macroinvertebrates. Environ. Entomol. 20:110-117.

Lindegaard, C. 1994. The role of zoobenthos in energy flow in two shallow lakes. Hydrobiol. 276:313-322.

004853

Exhibit 18, page 39

Lough, R.G. 1976. Larval dynamics of the Dungeness crab, Cancer magister, off the central Oregon coast, 1970-71. Fish. Bull., U.S. 74:353-375.

MacDonald, D.D., C.G. Ingersoll, and T.A. Berger. 2000. Development and evaluation of consensus-based sediment quality guidelines for freshwater ecosystems. Archives of Environmental Contamination and Toxicology 39:20-31.

Maxim Technologies, Inc. 2000a. Comparison of Particle Size Distributions, Mineral Compositions, and Chemical Compositions Between Kensington Mine Tailings and Lynn Canal Sediment.

MEND (Mine Environment Neutral Drainage). 1990. A preliminary assessment of subaqueous tailings disposal in Anderson Lake, Manitoba. http://www.nrcan.gc.ca/mets/mend/reports/2111ac-e.htm (abstract only).

Niemi, G.J., P. DeVore, N. Detenbeck, D. Taylor, A. Lima, J. Pastor, J.D. Yount, R.J. Naiman. 1990. Overview of case studies on recovery of aquatic systems from disturbance. Environ Manage 14:547-569.

Paterson, CG and CH Fernando. 1969. Macroinvertebrate colonization of the marginal zone of a small impoundment in Eastern Canada. Can. J. Zool. 47:1229-1238.

Price, E.E., M.J. Donahue, K.L. Dickson, and J.H. Rodgers, Jr. 1990. Effects of elevated calcium concentration on Na-K-ATPase activity of two euryhaline species, Cyprinodon variegatus and Mysidopsis bahia. Bull. Environ. Contam. Toxicol. 44:121-128.

PSEP (Puget Sound Estuary Program). 1995. Recommended guidelines for conducting laboratory bioassays on Puget Sound sediments. Prepared for the USEPA, Region 10, 85 pp.

Richins letter to EPA Region 10. August 5, 2004. Comments to Draft NPDES Permit AK-005057-1 Kensington Gold Project.

Stanley, DW. 1976. Productivity of epipelic algae in tundra ponds and a lake near Barrow, Alaska. Ecology 57:1015-1024.

Stekoll, Biological Survey of Slate Creek Terminal Site, Berner's Bay, SE Alaska, Michael S. University of Alaska Southeast

Strayer, D and GE Likens. 1986. An energy budget for the zoobenthos of Mirror Lake, New Hampshire. Ecology 67:303-313.

Tetra Tech. May 2004. Biological Assessment/Evaluation (BA/BE).

U.S. Environmental Protection Agency. 1998. Evaluation of dredged material proposed for discharge in waters of the US – Testing Manual. EPA-823-B-98-004.

U.S. Environmental Protection Agency. 2000. Methods for measuring the toxicity and bioaccumulation of sediment-associated contaminants with freshwater invertebrates

U.S. Forest Service. 2004. Kensington Gold Project. Draft Supplemental Environmental Impact Statement.

004854

Exhibit 18, page 40

van de Bund, WJ, W Goedkoop, and RK Johnson. 1994. Effects of deposit-feeder activity on bacterial production and abundance in profundal lake sediment. J. N. Am. Benthol. Soc. 13:532-539.

Voshell, JR and GM Simmons. 1984. Colonization and succession of benthic macroinvertebrates in a new reservoir. Hydrobiol. 112:27-39.

Wayland, R.H. III EPA, Michael L. Davis, DOA, undated, Memorandum: Appropriate Level of Analysis Required for Evaluating Compliance with the Section 404(b)(1) Guidelines Alternatives Requirements

004855

Exhibit 18, page 41