

Coeur Alaska, Inc.
Juneau, Alaska

*Prepared by:*

KC Harvey, LLC
Bozeman, Montana

May 5, 2005

001116

TABLE OF CONTENTS

1.0    INTRODUCTION ........................................................................................................... 1
2.0    GUIDELINES FOR RECLAMATION AND CLOSURE ........................................... 2
       2.1    Coeur Corporate Environmental Policy and Reclamation Goals ............. 2
       2.2    Summary of Final SEIS Reclamation Requirements ................................ 3
       2.3    Reclamation and Closure Principles ......................................................... 5
       2.4    Overview of the Reclamation and Closure Process .................................. 6
              2.4.1    Construction Reclamation ............................................................ 6
              2.4.2    Interim Reclamation ..................................................................... 6
              2.4.3    Temporary Closure ....................................................................... 6
              2.4.4    Final Reclamation and Permanent Closure ................................. 8
              2.4.5    Long-Term Monitoring and Maintenance .................................... 8
       2.5    Soil Salvaging and Revegetation Methods ............................................... 8
              2.5.1    Topsoil Salvage and Stockpiling .................................................. 8
              2.5.2    Revegetation Methods and Materials .......................................... 10
       2.6    Reclamation Performance Criteria ......................................................... 12
              2.6.1    General Reclamation Completion Criteria ................................. 12
              2.6.2    Revegetation Success Criteria .................................................... 13
       2.7    Updating the Reclamation Plan .............................................................. 13
       2.8    Intrusive Weed Controls ........................................................................ 14
3.0    FACILITY-SPECIFIC RECLAMATION AND CLOSURE PLANS ....................... 14
       3.1    Site Disturbance Summary ..................................................................... 14
       3.2    Comet Beach Camp Area ........................................................................ 16
              3.2.1    Reclamation Goals and Objectives ............................................ 16
              3.2.2    Reclamation and Closure Tasks ................................................. 16
              3.2.3    Post-Closure Monitoring and Maintenance ............................... 17
              3.2.4    Estimated Reclamation and Closure Costs ................................ 17
       3.3    Kensington Access Road ......................................................................... 17
              3.3.1    Reclamation Goals and Objectives ............................................ 17
              3.3.2    Reclamation and Closure Tasks ................................................. 17
              3.3.3    Post-Closure Monitoring and Maintenance ............................... 18
              3.3.4    Estimated Reclamation and Closure Costs ................................ 18
       3.4    Kensington Area Facilities ...................................................................... 18
              3.4.1    Reclamation Goals and Objectives ............................................ 19
              3.4.2    Reclamation and Closure Tasks ................................................. 19
              3.4.3    Post-Closure Monitoring and Maintenance ............................... 21
              3.4.4    Estimated Reclamation and Closure Costs ................................ 21
       3.5    Jualin Process Area ................................................................................. 21
              3.5.1    Reclamation Goals and Objectives ............................................ 22
              3.5.2    Reclamation and Closure Tasks ................................................. 22
              3.5.3    Post-Closure Monitoring and Maintenance ............................... 23
              3.5.4    Estimated Reclamation and Closure Costs ................................ 23
       3.6    Jualin Administrative/Laydown Areas .................................................... 24
              3.6.1    Reclamation Goals and Objectives ............................................ 24
              3.6.2    Reclamation and Closure Tasks ................................................. 24

001117

Exhibit 19, page 2

|       | 3.6.3  | Post-Closure Monitoring and Maintenance | 25 |
|       | 3.6.4  | Estimated Reclamation and Closure Costs | 25 |
| 3.7   | Tailings Facility Roads | | 25 |
|       | 3.7.1  | Reclamation Goals and Objectives | 26 |
|       | 3.7.2  | Reclamation and Closure Tasks | 26 |
|       | 3.7.3  | Post-Closure Monitoring and Maintenance | 27 |
|       | 3.7.4  | Estimated Reclamation and Closure Costs | 27 |
| 3.8   | Tailings Storage Facility | | 27 |
|       | 3.8.1  | Reclamation Goals and Objectives | 27 |
|       | 3.8.2  | Reclamation and Closure Tasks | 29 |
|       | 3.8.3  | Post-Closure Monitoring and Maintenance | 34 |
|       | 3.8.4  | Estimated Reclamation and Closure Costs | 34 |
| 3.9   | Jualin Access Road | | 34 |
|       | 3.9.1  | Reclamation Goals and Objectives | 34 |
|       | 3.9.2  | Reclamation and Closure Tasks | 35 |
|       | 3.9.3  | Post-Closure Monitoring and Maintenance | 36 |
|       | 3.9.4  | Estimated Reclamation and Closure Costs | 36 |
| 3.10  | Slate Creek Marine Facility Area | | 36 |
|       | 3.10.1 | Reclamation Goals and Objectives | 37 |
|       | 3.10.2 | Reclamation and Closure Tasks | 37 |
|       | 3.10.3 | Post-Closure Monitoring and Maintenance | 38 |
|       | 3.10.4 | Estimated Reclamation and Closure Costs | 38 |
| 4.0   | RECLAMATION ASSURANCES | | 39 |
| 4.1   | Summary of Estimated Reclamation Costs | | 39 |
| 4.2   | Long-Term Monitoring and Maintenance Program | | 40 |
| 4.3   | Indirect Costs and Inflation | | 43 |
|       | 4.3.1  | Mobilization/Demobilization | 43 |
|       | 4.3.2  | Contractor Overhead and Profit | 43 |
|       | 4.3.3  | Contingency | 43 |
|       | 4.3.4  | Other Indirect Costs | 43 |
|       | 4.3.5  | Inflation Cost | 44 |
| 4.4   | Post-Closure Financial Assurance | | 44 |
| 5.0   | REFERENCES CITED | | 46 |

## LIST OF FIGURES

| Figure 1 | General Project Area |
| Figure 2 | General Facilities Map |
| Figure 3 | Parcel 1 Comet Beach Camp Area |
| Figure 4 | Parcel 2 Kensington Road |
| Figure 5 | Parcels 3, 4, 5, 6, & 7 Kensington Area |
| Figure 6 | Kensington Development Rock Storage Facility |
| Figure 7 | Parcels 8, 9, 10 & 11 Jualin Process Area |

001118

Exhibit 19, page 3

Figure 8        Jualin Development Rock Storage Facility
Figure 9        Parcels 12, 15, 16, 17, & 21 Jualin Administration Area
Figure 10       Parcels 22, 23 and 27 TSF Access Road
Figure 11       Lower Slate Lake Closure Tailings and Water Elevations
Figure 12       Lower Slate Lake Closure Section A-A'
Figure 13       Parcels 24, 25, 26, & 28 TSF Area
Figure 14       Parcels 13, 18, 19, & 20 Jualin Road
Figure 15       Parcels 14, 29, & 30 Slate Creek Cove Area
Figure 16       Reclaimed Wetland Areas, Sherman Creek Drainage
Figure 17       Reclaimed Wetland Areas, Johnson Creek Drainage
Figure 18       Reclaimed Wetland Areas, Slate Creek Drainage
Figure 19       Reclaimed Wetland Areas, Slate Creek Cove Marine Facility

### LIST OF APPENDICIES

Appendix A      Reclamation Cost Estimate -Kensington Gold Project
Appendix B      Kensington Project Tailings Storage Facility Consolidation Testing & Modeling
Appendix C      Kensington Project Tailing Storage Facility Design Figures
Appendix D      Kensington Project Post-Closure Monitoring and Maintenance
Appendix E      Private Land Owner's Statement

Kensington Gold Project
Reclamation and Closure Plan

May 5, 2005
Page iii

001119

Exhibit 19, page 4

## 1.0    INTRODUCTION

The Kensington Gold Project (Project) is a proposed underground gold mine located approximately 45 miles north of Juneau in Southeast Alaska (Figure 1). The project covers both private lands managed by the Alaska Department of Natural Resources (ADNR) and public lands managed by the United States Forest Service (USFS). Coeur Alaska, Inc. (Coeur), a wholly owned subsidiary of Coeur d'Alene Mines Corporation, is the operator.

This reclamation and closure plan has been prepared in response to the Final Supplemental Environmental Impact Statement (SEIS) and Record of Decision (ROD) published by the U.S. Department of Agriculture, Forest Service in December 2004. This plan addresses conceptual reclamation principles and facility-specific reclamation plans that are required as part of the Plan of Operations (POO) for closure of the property. This plan reflects the alternative chosen in the Final SEIS ROD and includes comprehensive cost estimates to be used for bonding purposes. The plan incorporates key reclamation, closure and monitoring requirements described in the Final SEIS ROD, and individual, applicable permits for the project. This updated reclamation plan and reclamation cost estimate also serves as the basis for establishing a financial mechanism for the site to ensure that the initial reclamation and long-term operating and monitoring costs are guaranteed.

The major components associated with the Project are an underground mine, mill site, a tailings storage facility (TSF), two waste rock repositories, borrow areas, an administrative office, maintenance and generator facilities, and a marine dock facility (Figure 2). Ancillary facilities include access roads, topsoil stockpiles, diversion systems, a wastewater facility, water supply, and other minor facilities.

The focus of the project is underground mining of a mesothermal gold deposit. The mine's life is estimated to be approximately 10 years, at a production rate of approximately 2,000 tons of ore and 400 tons of underground development rock (waste rock) per day.

The mine would be accessed through the existing 800 Level portal and a newly defined portal (1,000 Level Portal) on the Jualin side of the project (Figure 2). Mined ore would be hauled or conveyed to the process facilities adjacent to the Jualin Portal. Processing of the ore would consist of a flotation circuit producing a concentrate from the diorite host rock. The flotation tailings would be slurried by gravity through a pipeline to the proposed tailings storage facility (TSF) located at Lower Slate Lake (Figure 2). The bathymetry of the lake is conducive to the conventional slurried disposal of tailings behind an embankment, and allows for the reestablishment of the lake at closure.

Mining would occur 365 days per year; year-round processing would occur over the estimated 10-year life of the mine. Site reclamation and closure tasks are expected to generally be completed two years after cessation of all mining activities. The schedule for completing the physical reclamation is discussed in Appendix A.6. Some project facilities will remain during the

001120

Exhibit 19, page 5



post closure and monitoring period. Details regarding the mining project are provided in the Final Plan of Operations (Coeur Alaska, Inc., 2005).

The principal purpose of this plan is to identify, describe, and cost the required reclamation tasks that would have to be completed either concurrently with, or at the cessation of, the mining project. Cost estimates for implementing these reclamation tasks are provided for the purpose of establishing a bond amount estimate and for determining the best bonding mechanism for the project to ensure that adequate funds are available for both reclamation and post-closure monitoring and maintenance purposes.

The reclamation guidelines and plans as outlined herein, in combination with the reclamation commitments presented in the Final SEIS-ROD, constitute the current reclamation proposal for the project. In concert with the USFS and State of Alaska this reclamation plan will be updated every three years, throughout the life of the project. Section 2.7 describes the scope and schedule for revising the reclamation plan. Prior to initiating closure activities, Coeur will submit a final reclamation and closure plan. The final reclamation and closure plan would be the basis for ultimate reclamation and closure cost estimates.

## 2.0 GUIDELINES FOR RECLAMATION AND CLOSURE

This section summarizes the various reclamation policies, goals, requirements, principles, processes, and criteria for closing the Kensington Gold Project.

### 2.1 Coeur Corporate Environmental Policy and Reclamation Goals

Coeur has adopted a Corporate Environmental Policy, which states, in summary, that the company is committed to protecting the environment, while at the same time operating the project in a responsible manner to maximize the benefits of a modern extractive industry. This is the primary goal upon which this reclamation and closure plan is derived.

Coeur's long-term goals of reclamation during and after mining and processing operations are to return the land to a safe and stable condition, consistent with the establishment of productive post-mining uses. The designated post-mining uses for the project area are defined as wildlife habitat and recreational use. Future mineral development will also be a consideration for the private lands controlled by Coeur.

Coeur will adhere to the above philosophy in developing and implementing the following reclamation goals at the project site:

1. Stabilization and protection of surficial soil materials from wind and water erosion;

2. Stabilization of steep slopes through recontouring and leveling in order to provide rounded landforms and suitable growth media surfaces for natural invasion and recolonization by native plants;

Kensington Gold Project
Reclamation and Closure Plan

May 5, 2005
Page 2

001121

Exhibit 19. page 6

3. Establishment of long-term, self-sustaining vegetation communities by reseeding with native plants and promoting natural invasion (recolonization) and succession;

4. Protection of surface and ground water quality including compliance with all water quality standards at closure;

5. Protection of public health by reducing potential hazards typically associated with mines and processing facilities;

6. Establishment of fisheries and wildlife habitat and recreational resources; and

7. Minimization of long-term closure requirements, especially for ongoing care and maintenance.

Coeur has incorporated sound engineering principles in this reclamation plan to achieve these goals and uses.

## 2.2    Summary of Final SEIS Reclamation Requirements

Based on the analysis and evaluation in the Final SEIS for the Kensington Gold Project, the USFS made the decision to select Alternative D for mining and reclamation, as documented in the ROD. Alternative D requires that the reclamation plan be revised (this document) to encompass the activities described in the Final Plan of Operations. This section of the revised reclamation and closure plan summarizes the general reclamation requirements under Alternative D, as described in the SEIS. This summary reflects current mining, mitigation and reclamation plans described in the Final Plan of Operations.

The first step in reclamation would involve the removal and storage of growth media from all areas to be disturbed. Stockpiled growth media would be seeded to reduce the potential for erosion during storage.

Final reclamation would begin at the final stages of mining operations. Facilities not necessary for the reclamation process, including storage tanks and buildings, would be decommissioned and either salvaged or demolished. These materials would be removed from the site. After facilities were removed, concrete pads would be broken into pieces and covered with fill material. Compacted areas (excluding the buried concrete pads) would be ripped, and all areas would be graded to blend with the surrounding natural topography. Roads would remain in place as long as required to conduct monitoring activities. Closure and reclamation of all roads on the Kensington side would include removing culverts, ripping the road surface, and contouring the cut-and-fill slopes to blend with the surrounding terrain. Stream crossings would be returned to their original condition, and bridges and culverts would be removed if they were determined not to be necessary for post-closure access. The access road from Slate Creek Cove to the Jualin Mine site could remain in place under RS 2477. All piers, decking, and pilings would be removed from the Slate Creek Cove marine terminal. The fill within the tideland lease area is

Kensington Gold Project
Reclamation and Closure Plan

May 5, 2005
Page 3

001122

Exhibit 19, page 7



expected to have recolonized naturally and removal may not be required. The fill will be removed as is necessary under the State of Alaska tideland lease. This issue will be evaluated prior to closure and addressed in the final closure plan. For the purpose of bonding removal of the fill was included in this plan.

Later stages of final reclamation would include the removal of stormwater diversions and sedimentation ponds, followed by regrading and revegetation. The final stages of reclamation would include removal of the remaining structures and covering the mine portals with a steel grate. Growth media would be spread over regraded areas to a maximum depth of one-foot followed by seeding. The depth of growth media, plant species, and seed mixtures, as well as the use of fertilizer and soil amendments (e.g., lime), would be determined through the use of test plots developed during the life of the operation. Mulch and other BMPs would be used to minimize erosion until vegetation became established. A monitoring program would be established to track reclamation success (see Section 4.2).

The tailings access road would remain as long as necessary for maintenance and monitoring of the TSF, which is being bonded for 100 years.

The tailings in the Lower Slate Lake TSF would be deposited to an elevation of 704 feet with a water cover of at least nine feet. At closure, the lake level would be raised to an elevation at which the TSF would create or inundate at least the same acreage of natural sediment in shallow areas that support plant life and macroinvertebrates as was present in Lower Slate Lake before mining. The contingency water treatment system and diversion pipeline would continue to be operated, if needed, until the operator demonstrated that downstream water quality can be protected without the need for treatment. Once this was demonstrated to USEPA, ADEC, and the Forest Service, the treatment system and pipeline would be removed. A four- to six-inch tailings cover/amendment is a contingency for reclamation of the TSF. Coeur Alaska will be conducting testing during mine operations to demonstrate the habitability of the tailings and if a cover/amendment is necessary.

The time required to implement the TSF reclamation plan, including establishing the final lake level, would vary depending on upstream flows and precipitation. Coeur Alaska would be required to continue to comply with minimum instream flows established by ADNR throughout the reclamation period.

The TSF reclamation would focus on restoring resident fish populations and would include a littoral zone, as well as areas deep enough for overwintering. The discharge from the reclaimed lake would occur through a spillway constructed in bedrock. The spillway would be designed to handle runoff conditions and storm events as required by the State Dam Safety Engineer. A reconstructed channel from the spillway would be designed so that fish would be able to safely move down the system and into East Fork Slate Creek. The project operator would be required to establish a funding mechanism to ensure the long-term monitoring and maintenance of the tailings dam. The details of the funding and long-term plan would be established with the Dam Safety permit from the state. Financial assurance will also be established to ensure the overall site reclamation program is carried out to completion.

001123

Exhibit 19, page 8

### 2.3    Reclamation and Closure Principles

In addition to the general policy, goals and SEIS ROD requirements discussed above, the following reclamation and closure principles will apply for the life of the project and during closure:

1.  The reclamation plan will be reviewed and updated every three years and two years prior to closure. This review would cover the status of reclamation activities, monitoring and revegetation trial results, task scheduling and completion, and costs, particularly as related to financial assurance requirements.

2.  The reclamation plan will describe reclamation requirements as they relate to interim, long-term shutdown, and final reclamation at closure.

3.  All surface mining disturbances associated with the Kensington Gold Project will be bonded for an amount equal to the actual cost estimate of reclaiming the disturbed areas.

4.  Bond release criteria will be developed for all reclamation activities.

5.  Soil or soil-like growth media (organic material and/or suitable subsoil) will be inventoried for volume and general reclamation suitability and stored for future reclamation use. Protection from erosion will be provided.

6.  Mine revegetation test plot research will be conducted after the initial year of operation at the site to evaluate the potential of native species revegetation and dormant seeding of natural species in the spring and fall seasons.

7.  Disturbed areas no longer involved in mining operations will receive reclamation treatment within two years, as described in the reclamation plan.

8.  Best management practices (BMPs) for interim drainage stabilization and erosion control will be implemented during the life of the project.

9.  Sediment control facilities such as dispersion terraces, ponds, dikes, and infiltration basins will be designed and installed before surface-disturbing activities begin.

10. Sediment control facilities will be inspected regularly, and maintained according to the schedule defined in the storm water pollution prevention plan.

11. Following construction, cut-and-fill embankments and growth media stockpiles will be seeded with native grasses to reduce the potential for soil erosion and to enhance natural plant reinvasion.

12. Unchanneled runoff from disturbed surface areas will be dispersed into undisturbed forest areas, to the extent practicable.

Kensington Gold Project
Reclamation and Closure Plan

May 5, 2005
Page 5

001124

Exhibit 19, page 9

13.     Engineered facilities and associated construction materials will be monitored during construction, operation, and a defined post-closure period.

14.     Environmental audits will be conducted by the state at six year intervals that corresponds with every other revision of the reclamation plan.

## 2.4    Overview of the Reclamation and Closure Process

Coeur considers reclamation to be a progressive process directly tied to the design, construction, operation, and closure of the mining operation. Reclamation will, therefore, generally occur in the following phases, with some overlap:

1.     Construction Reclamation,

2.     Interim Reclamation,

3.     Temporary Closure,

4.     Final Reclamation and Closure, and

5.     Long-Term Monitoring and Maintenance.

### 2.4.1   Construction Reclamation

Construction reclamation activities will occur during and directly after the mine and process facilities are constructed in the form of topsoil salvaging and stockpiling. This phase of reclamation will involve the removal and storage of topsoil from all areas to be disturbed. During construction, vegetation will be cleared from the surfaces that will be developed. Topsoil and soil-like growth media will be removed where possible and stockpiled for reclamation activities. Topsoil stripping and stockpiling will continue as mine facilities are developed.

### 2.4.2   Interim Reclamation

Interim reclamation is defined as temporary measures for reducing the potential for erosion and sedimentation, and other activities required to protect surface- and ground-water resources. Interim reclamation would be done to stabilize road cuts, stockpiles and other disturbances that result from exploration, construction, and operational activities. Interim reclamation measures could include seeding, fertilizing, mulching, temporary diversions, sedimentation control systems, and other BMPs included in the USFS Soil and Water Conservation Handbook (USFS, 1996).

### 2.4.3   Temporary Closure

Temporary closure means the cessation of the mining and processing operations for a period of not more than three years. If conditions require temporary closure to extend beyond three years,

Kensington Gold Project
Reclamation and Closure Plan

May 5, 2005
Page 6

001125

Exhibit 19, page 10



final reclamation and permanent closure activities would begin unless Coeur is granted an approval for extension by the USFS and ADNR. Temporary closure scenarios that require modifications to the plan of operations or reclamation plan would be coordinated with and submitted to the appropriate federal and state agencies for approval.

Temporary closure may include planned or unplanned cessation of mining and processing operations. Planned temporary closures that have specific conditions defining their beginning and end include the following:

- Interruptions in the active beneficiation process for metallurgical or operating reasons;

- Any other planned conditions that interrupt active mining or beneficiation, including modification to process components or suppressed market economics; and

- Change in ownership requiring the temporary cessation of operations while operating permits are transferred to the new owner/operator.

Unplanned temporary closures may include the following:

- Closure because of unforeseen weather events;

- A failure in a major mining or processing system component, or a system failure that causes the system or a portion thereof to shut down;

- Discontinuation of operations due to temporary economic considerations or unforeseen labor disputes; and

- The discontinuation of operations due to litigation or other legal constraints.

Within 30 days, Coeur would notify the Forest Service of a temporary closure. Notification principles or requirements include the following:

- Reasons for shutdown;

- Estimated schedule for resuming production; and

- Outline of reclamation, water management, and monitoring activities to be implemented by Coeur during this period.

During temporary closure, Coeur would maintain compliance with all environmental permits and programs as applicable. Water management and erosion control measures would be implemented to protect on-site water quality. Interim reclamation activities would continue as planned. All permit requirements would be met.

Kensington Gold Project
Reclamation and Closure Plan


May 5, 2005
Page 7

001126

Exhibit 19, page 11

### 2.4.4   Final Reclamation and Permanent Closure

Closure is defined as the cessation of all mining and processing as a result of project completion, or depletion of the economic mineral resources for the project to the extent that the operation is no longer feasible. Final reclamation and closure activities would occur according to the provisions of this reclamation and closure plan as required by the USFS.

Under the present permitting and economic scenario and proposed mine plan, construction would begin in 2005, and production would cease in 2015. Final reclamation would be initiated at the cessation of mining and processing operations. Notification of final closure would be given to the Forest Service 90 days prior to cessation of mining and processing operations. This notice would state the date on which final reclamation activities would begin.

Final reclamation involves final contouring of haul roads, borrow areas, waste rock dumps, the TSF, building and facility sites, the marine facilities, and other affected land that cannot practicably be reclaimed concurrently during mining operations. Physical reclamation would be completed within approximately two years after cessation of mining and processing operations. Final closure of the TSF will occur when the TSF can discharge and meet closure water quality standards.

### 2.4.5   Long-Term Monitoring and Maintenance

Post-closure reclamation activities consist of monitoring and maintenance until closure and reclamation performance standards are achieved. Post-closure reclamation may include passive water treatment to meet requirements of the Alaska Department of Environmental Conservation (ADEC), and any NPDES permits still in force. The duration of the passive water treatment is estimated to be approximately five years, the initial period immediately following cessation of all mining activities. Post-closure monitoring is expected to be required for 30 years, except that it would be regularly reviewed, and reclamation progress may result in a reduction or extension of the post-closure monitoring period. The long-term monitoring and maintenance program is discussed in further detail below in Section 4.2.

## 2.5   Soil Salvaging and Revegetation Methods

### 2.5.1   Topsoil Salvage and Stockpiling

For the purposes of this plan, the term "growth media" is defined as all native soil material with physical and chemical properties capable of establishing and sustaining vegetation with or without soil amendments. "Growth media" is interchangeable with the terms "topsoil" or "coversoil." Upland soils in the Jualin Mine area are generally moderately well drained silt or sandy soils spread over bedrock or glacial till. Wetland soils tend to be thick, consisting of organic material or silty loams. Salvaged material will consist of A and B horizon material and will include some underlying glacial till in order to obtain the required volume. The volume of potential glacial till amendments to growth media will be limited based on test plot results and USFS approval.

Kensington Gold Project
Reclamation and Closure Plan

May 5, 2005
Page 8

001127

Exhibit 19, page 12

As discussed above, initial reclamation activities will occur during and directly after the mine and process facilities are constructed in the form of topsoil salvaging and stockpiling. Topsoil will be removed where possible and stockpiled for reclamation activities. Topsoil stripping and stockpiling will continue as mine facilities are developed. In some cases, topsoil will be stripped and directly placed on areas undergoing reclamation. All topsoil stockpiles will be located and shaped so that run-on and run-off is controlled. Stockpiled topsoil would be seeded to reduce the potential for erosion during storage and maintain viability.

During reclamation, topsoil would be placed over all disturbed areas excluding rock cuts, areas of riprap, open water, and slopes too steep to retain topsoil. Development rock storage piles would be treated as described in Section 3 below.

A summary of topsoil requirements for reclaiming facilities that require topsoil, and the stockpile source for the corresponding facility, is as follows:

| Parcel Number[1] | Description | Required Topsoil (cubic yards) | Topsoil Stockpile Parcel Number |
|---|---|---|---|
| 4 | Kensington Development Rock Storage | 23,000 | 6 |
| 5 | Kensington Water Treatment Plant/Ponds | 6,940 | 6 |
| 9 | Jualin Development Rock Storage | 6,940 | 11 |
| 18 | Jualin Borrow Source #1 | 3,225 | 30 |
| 19 | Jualin Borrow Source #2 | 2,100 | 30 |
| 24 | TSF Lake Cap (Contingency Measure) | 41,250 | 25 |
| 28 | Tailings Dam Plunge Pool Area | 10,970 | 25 |
| 29 | Slate Creek Cove Marine Terminal | 1,940 | 30 |
| | *Total Topsoil Required* | 96,365 | - |

[1]Parcel numbers are shown in a table in Section 3.1

The distribution of required topsoil in each stockpile is as follows:

| Parcel Number[1] | Parcel Area (Acres) | Required Topsoil (acre-feet) | Nominal Depth (feet) |
|---|---|---|---|
| 6 | 2.1 | 18.6 | 8.8 |
| 11 | 0.3 | 4.3 | 14.0 |
| 25 | - | 32.4 | - |
| 30 | 0.2 | 4.5 | 23 |
| | *Total* | 54.0 | |

[1]Parcel numbers are shown in a table in Section 3.1

The topsoil volumes are summarized in units of acre-feet to allow easy comparison with the parcel size and potential source areas. For example Parcel 6 requires 18.6 acre-feet of soil indicating that 1 foot of material would need to be salvaged from an 18.6 acre area. The volume may also be easily compared to the parcel area to evaluate the storage capacity of each site. Parcel 6 would need to have a nominal depth of 8.8 feet to store the required volume. The

Kensington Gold Project
Reclamation and Closure Plan

May 5, 2005
Page 9

001128

Exhibit 19, page 13

storage volumes and stockpile depths indicated will be optimized based on the volumes of materials available during construction. Topsoil will also be stored within the TSF margin area (Parcel 25).

Topsoil stockpile parcels that become full (i.e. Parcel 30) would have topsoil relocated to surrounding laydown areas for alternative storage space (i.e. in Parcel 14).

An average of one foot of topsoil is the goal for application to disturbed areas. Topsoil is expected to be limited, based on measured depths of the A- and B-horizons throughout the planned disturbance area. As indicated under the reclamation principles discussed above, an updated inventory of suitable soil or soil-like growth media (organic material and/or suitable subsoil) will be carried out during the first year of mine construction. If it is determined that there is insufficient topsoil material to cover all the required areas to an average depth of one-foot, a detailed report will be prepared to identify all areas of the mine site that require topsoil as part of the reclamation process. These areas would be rated as to their environmental sensitivity and revegetation potential without topsoil. These ratings will include erosion and sediment accumulation rate calculations. Those areas that are identified as being the least environmentally sensitive and having the greatest potential for revegetation with less than the one-foot average goal, may receive less than one-foot of topsoil. Recommendations for final depth of growth media placement will be updated based on test plot results that will be presented to the USFS for approval prior to closure.

### 2.5.2  *Revegetation Methods and Materials*

The overall goal of disturbed site revegetation is to mimic the adjacent undisturbed muskeg/spruce communities, to the extent possible. However, the focus of the revegetation effort will be on establishing grasses, shrubs, and forbs to stabilize the reclaimed landforms and to provide successful plant communities that would lead to the natural recolonization of the muskeg/spruce vegetation community.

Coeur will construct a test plots after Year One of operation for the purpose of conducting revegetation test work to develop data that would accelerate rapid and successful reclamation of the upland and wetland sites. This research would also consider the following:

- Species of native trees, shrubs, grasses, and forbs to determine the revegetation combination for the site.

- Topsoil or soil resource needs to determine the best methods for applying and stabilizing topsoil as well as the depth for optimum plant growth.

- Potential mulching and best method of application.

- Sufficient growth, for the purposes of reclamation bond release.

The results of this research would be used to optimize the revegetation scheme at the site.



In general, revegetation methods and materials will be as follows:

*Ripping.* Ripping will loosen and break-up compaction caused by operation of heavy equipment. Surface manipulation such as ripping is also needed in areas that are likely to develop rills and gullies. Areas requiring ripping include haul roads, the process area and development rock disposal bench, marine facilities, intermediate fuel storage, explosive storage, batch plant, and personnel camp. Areas of compacted fill surfaces will be ripped with a bulldozer to an approximate depth of one foot prior to topsoil placement.

Borrow areas will be regraded and ripped as required where heavy equipment has caused compaction of the native material.

*Growth Media Placement and Grading.* Topsoil salvaged from the disturbed areas will be used for the growth media source (see Section 2.5.1 above). An average of one foot of stockpiled topsoil will be placed and graded over areas identified in Section 3 as requiring topsoil. Coeur acknowledges that during the distribution process, some areas may receive more or less material than the target numbers; however, the average distribution of topsoil within a particular site will be near the target depth. Coeur intends to develop test plot programs that will identify appropriate reclamation techniques for various thicknesses of topsoil. In the event sufficient growth media is not available for placement, these techniques would be employed to meet release criteria.

*Growth Media Scarification.* Where necessary, growth media will be scarified. A roughened configuration will serve to trap moisture, reduce wind shear, minimize surface erosion by increasing infiltration, and create micro-habitats conducive to seed germination and revegetation.

*Seeding, Mulching and Fertilizing.* The focus of initial revegetation is on establishing grasses for growth media stabilization that allow successional plant communities of forbs, alder, and muskeg/spruce. Upland areas include the development rock disposal sites, while the remaining area soils will normally be saturated, resulting in wetlands. The seed mixes proposed for upland and wetland areas are as follows:

| Upland Sites | |
| --- | --- |
| **Species** | **Percent Seed Mixture** |
| Boreal red fescue (*Festuca rubra*) | 30 |
| Nortan tufted hairgrass (*Deschampsia caespitosa*) | 60 |
| Blue joint (*Calamogrostis Canadensis*) | 10 |
| **Wetland Sites** | |
| **Species** | **Percent Seed Mixture** |
| Nortan tufted hairgrass (*Deschampsia caespitosa*) | 50 |
| Gruening alpine blue grass (*Poa alpina*) | 30 |
| Egan American slough (Beckmannia Syzigachne) | 10 |
| Sedge species (*Carex sp.*) | 10 |

Native Alaskan plants are available through suppliers in Anchorage, Fairbanks, and Delta Junction and will be pursued as the preferred species as recommended by the USFS. The species

001130

Exhibit 19, page 15



list for the project site is based on current and projected availability of native species and their projected success. Final seed mixes will be submitted to the USFS for approval.

Revegetation will be implemented using hydroseeding or broadcast seeding. For costing purposes hydroseeding that combines seed, mulch, and fertilizer has been assumed. If some areas of terrain are too rough for hydroseeding equipment, handseeders will be used to spread seed. Mulch and fertilizer will be spread by hand in these areas. Generally, seeding will be implemented from spring (May) until mid-September, during periods with minimum standing water to maximize germination.

Seed will be applied at the rate of 30 to 45 pounds per acre (pure live seed), dependent on the results of the test plots. Fertilizer will be applied at a rate equivalent to about 120 pounds of nitrogen, 40 pounds of phosphorous (as $P_2O_5$), and 75 pounds of potassium (as $K_2O$) per acre. Specific fertilizer prescriptions will be based on results of soil tests to be completed by Coeur during operations. Wood fiber mulch will be applied to the seeded surfaces at a rate of about 1,200 pounds per acre, dependent on the results of the ongoing test plots.

## 2.6    Reclamation Performance Criteria

### 2.6.1    General Reclamation Completion Criteria

The Project will be considered successfully reclaimed when all activities identified in the plan have been completed. This will include facility shutdown and reclamation shutdown and reclamation tasks such as building removal, portal closing, regarding and revegetation, in accordance with the facility-specific plans described below in Section 3. Coeur will seek release of the reclamation surety on a facility-by-facility basis, as quantitative data indicate that the agreed-upon reclamation and revegetation criteria have been met. The following summarizes general site reclamation and closure completion criteria.

1.    All applicable activities have been completed consistent with the reclamation plan, including demolition, regrading, and other applicable activities.

2.    No rills and gullies are present on any reclaimed area which area greater than 12 inches deep. Any area which exhibits rills and gullies greater than 12 inches will be filled with borrow material, regraded and seeded. Remediation of the site drainage contributing to the rill and gully will be completed. Subsequent inspections will be completed to verify the condition does not persist.

3.    If vegetative cover does not meet the revegetation success criteria (Section 2.6.2 below) three years after seeding, Coeur will assess the conditions and initiate mitigation, such as fertilizer, seed mixture change, re-seeding, or remediation of soil contamination. If two years after the mitigation efforts, the site still does not meet the criteria but no rills and gullies are present (Condition 2), then Coeur Alaska will submit a plan to the USFS for approval and propose further action, consisting of either remedial measures or criteria modification.

Kensington Gold Project
Reclamation and Closure Plan

May 5, 2005
Page 12

001131

Exhibit 19, page 16

4.  No single plant species, from the seed mixture, may constitute more than 50 percent of the species found in the reclaimed areas. If, after three years, this condition cannot be met, Coeur will assess the condition and determine appropriate action. If two years after mitigation efforts the diversity of plant species continues to fail, then one additional seeding will be accomplished. If, one year after the second seeding, no rills and gullies are present (Condition 2), then the site would be released.

5.  Natural succession will be determined by the plant species present for a given site. If two or more native species from natural succession are present, the site can be released three years after the initial seeding. Seeding to augment natural succession will be completed if these criteria are not initially met. After two years of seed augmentation and other release criteria are met, the site would be released.

6.  Water quality sampling indicates that all water quality criteria are in compliance with applicable limits and closure standards.

### 2.6.2  Revegetation Success Criteria

Coeur and appropriate regulatory agency personnel would monitor vegetation success qualitatively by visual inspection on an ongoing basis and quantitatively once per year. Quantitative analysis would be conducted at the end of the growing season (end of August) by a qualified professional.

An aerial vegetative cover greater than or equal to 75 percent will be used to quantify revegetation success. Undisturbed reference sites and revegetation test plots (including both wetland and upland communities) will be used to judge revegetation performance for reclaimed areas. The reference sites will be used to assess the existing percent aerial cover and compared to release criteria. Representative reference sites will be selected and agreed upon by the principal land management agencies and Coeur.

## 2.7    Updating the Reclamation Plan

The reclamation plan will be updated on a regular basis throughout the project on a three year cycle. Once construction of mine facilities is completed, additional information will be available that will be used to refine the scope of reclamation and the cost estimated for the reclamation bond. As-built maps will be compiled to delineate actual areas of disturbance and areas and quantities estimated in the previous plan will be updated. Additional information including characterization of site conditions and soils, results from test plots, closure water quality standards, and data compiled from operational monitoring will be considered in revising the reclamation plan. A final reclamation plan and schedule will be prepared two years prior to closure.

The reclamation bond will be recalculated each time that the reclamation plan is updated. The updated bond calculation will include adjustment to reclamation quantities based on current

Kensington Gold Project
Reclamation and Closure Plan

May 5, 2005
Page 13

001132

Exhibit 19, page 17

conditions at the time the estimate is prepared, adjustments to labor and equipment rates, appropriate adjustments to indirect rates, and recalculation of the estimated inflation cost.

The reclamation plan will be submitted to the USFS and state agencies for review and comment during each revision.

## 2.8    Intrusive Weed Controls

Coeur is committed to the control of invasive weeds at the site. Any equipment mobilized to the site will be power washed prior to transport to the site.

## 3.0    FACILITY-SPECIFIC RECLAMATION AND CLOSURE PLANS

### 3.1    Site Disturbance Summary

For the purposes of this reclamation and closure plan, the Kensington Gold Project has been delineated into nine primary facilities (Figure 2). These represent the main areas of disturbance for construction and mining activities and include the following:

- Comet Beach Camp Area – Kensington Side (Figure 3)

- Kensington Access Road – Kensington Side (Figure 4)

- Kensington Area Facilities – Kensington Side (Figures 5 and 6)

- Jualin Process Area – Jualin Side (Figures 7 and 8)

- Jualin Administrative/Laydown Areas – Jualin Side (Figure 9)

- Tailings Facility Road – Jualin Side (Figure 10)

- Tailings Storage Facility – Jualin Side (Figures 11, 12 and 13)

- Jualin Access Road – Jualin Side (Figure 14)

- Slate Creek Marine Facility Area – Jualin Side (Figure 15).

Kensington Gold Project
Reclamation and Closure Plan

May 5, 2005
Page 14

001133

Exhibit 19, page 18

The components of each facility are further delineated into the following "parcels" or reclamation units:

| Parcel Number | Description | Total Disturbed Acres |
|---|---|---|
| 1 | Kensington Comet Beach Camp | 3.2 |
| 2 | Kensington Road | 8.1 |
| 3 | Kensington Borrow Source | 1.5 |
| 4 | Kensington Development Rock Storage | 14.3 |
| 5 | Kensington Water Treatment Plant/Ponds | 4.3 |
| 6 | Kensington Snow/Topsoil Stockpile Area | 2.1 |
| 7 | Kensington 2050 Level Portal Waste Rock Dump | 1.5 |
| 8 | Jualin Process Area | 12.9 |
| 9 | Jualin Process Area Development Rock Storage | 4.3 |
| 10 | Jualin Process Area Treatment Pond | 1.5 |
| 11 | Jualin Process Area Snow/Topsoil Stockpile Area | 0.3 |
| 12 | Jualin Pumphouse Area | 0.1 |
| 13 | Jualin Access Road | 33.8 |
| 14 | Jualin Laydown Area #1 | 0.4 |
| 15 | Jualin Laydown Area #2 | 3.5 |
| 16 | Jualin Laydown Area #3 | 0.8 |
| 17 | Jualin Administration Area | 2.5 |
| 18 | Jualin Borrow Source #1 | 2.0 |
| 19 | Jualin Borrow Source #2 | 1.3 |
| 20 | Jualin Borrow Source #3 | 3.6 |
| 21 | Jualin Borrow Source #4 | 0.7 |
| 22 | Tailings Facility Access Road and Pipeline | 7.4 |
| 23 | Tailings Facility Access Road | 2.6 |
| 24 | Tailings Lake | 39.9 |
| 25 | Tailings Lake Margin Working Area | 17.9 |
| 26 | Tailings Dam Borrow Source | 4.6 |
| 27 | Tailings Facility Access Road and Pipeline | 10.1 |
| 28 | Tailings Dam Plunge Pool Area | 6.8 |
| 29 | Slate Creek Cove Marine Terminal | 1.9 |
| 30 | Slate Creek Cove Snow/Stockpile Area | 0.2 |
| | **Total Disturbed Acres** | **194.1** |

Facility-specific reclamation plans including goals and objectives, reclamation and closure tasks, post-closure monitoring and maintenance, and estimated reclamation costs are described below for each of the nine facilities and associated parcels. These plans form the basis for the reclamation cost estimate provided as Appendix A, Reclamation Cost Estimate - Kensington Gold Project.

Kensington Gold Project
Reclamation and Closure Plan

May 5, 2005
Page 15

001134

Exhibit 19, page 19

### 3.2    Comet Beach Camp Area

Existing facilities at the Comet Beach Camp (Parcel 1) will be used during construction and operation of the mine and will be removed and reclaimed during closure. Major facilities at the camp (Figure 3) include a fuel storage cell, a generator building, a modular bunkhouse, and four miscellaneous wooden buildings. As illustrated on Figure 16, the site is located within an upland area and reclamation will focus on establishing upland plant species.

#### 3.2.1    Reclamation Goals and Objectives

The reclamation goal for the Comet beach Camp area is to return the land to a safe and stable condition, suitable for use as wildlife habitat and for recreational use. Existing and future facilities in the area will be demolished and salvaged and the site will be stabilized and protected from erosion. The reclaimed surface will be treated to establish a long-term, self-sustaining vegetation community.

#### 3.2.2    Reclamation and Closure Tasks

Parcel 1 reclamation tasks are identified on Figure 3 and primarily consist of demolition and salvage of the buildings and related infrastructure, grading and preparation of the site, seeding of native species, installation of BMPs, and demobilization of salvaged materials and equipment. A contingency cost has been estimated for remediation in the event of hydro carbon contamination of soil at the fuel storage facility. Past operations of the fuel storage facility have not encountered problems. The tanks are located above grade and within a lined secondary containment facility. Rainfall accumulating within the secondary containment is frequently monitoring for discharge. Should fuel spillage occur within the lined facility, it would not go unnoticed and would be cleaned up in a timely manner. The likelihood of fuel contamination below the secondary containment is low given the level of monitoring.

Parcel 1 has an area of approximately 3.2 acres. Grading of the site will be completed to contour and smooth the area. Topsoil will be redistributed across the site during grading; therefore, import of growth media will not be required. The site will be scarified along the contour and seeded. Planting will include hydro seeding, and application of mulch and fertilizer.

It is anticipated that equipment and materials salvaged during closure will be staged at the Comet Beach site for demobilization. This will include the folding Atco building located at the camp, the folding Atco building for the water treatment plant, and the Atco modular bunkhouse units. The bunkhouse and other ancillary buildings will likely be used to support construction/closure activities. For this reason, reclamation of Parcel 1 will follow completion of reclamation activities in the Kensington area. Mobile equipment will also be transported from the site once reclamation in the Kensington area and reclamation of the Kensington road is completed. When possible, equipment will be relocated to the Jualin site by traveling through the underground workings.

Kensington Gold Project
Reclamation and Closure Plan

May 5, 2005
Page 16

001135

Exhibit 19, page 20

### 3.2.3   Post-Closure Monitoring and Maintenance

Post-closure activities for Parcel 1 will consist of monitoring and maintenance of BMPs for erosion control and monitoring of seeded areas to evaluate revegetation success. Section 4.2 describes the scope of anticipated monitoring and maintenance programs.

### 3.2.4   Estimated Reclamation and Closure Costs

Closure costs for Parcel 1 are outlined on Table A-1 (Appendix A) and are estimated at approximately US$132,000. This subtotal includes cost for demolition, salvage, earthworks, and seeding and planting. Cost for contingency (10%) and indirect costs are not included in the subtotal. Appendix A includes detailed analysis of unit cost, production and other assumptions used to estimate cost for each item included.

Cost estimated for demobilization assumes that a 3,000-ton barge would be used for removal of the salvaged buildings and materials, and transport of the mobile construction equipment. A landing craft was also included in the cost for final removal of equipment used during the reclamation activities.

## 3.3   Kensington Access Road

Reclamation of the Kensington Road (see Figure 4) will be completed following closure of the Kensington area, when access to the Kensington Mine site is no longer required. The road alignment has an area of approximately 8.1 acres. This activity will include physical reclamation of the road and the removal of two existing bridges.

### 3.3.1   Reclamation Goals and Objectives

The primary reclamation goal for the Kensington road is to return the land to a safe and stable condition, suitable for use as wildlife habitat and for recreational use. The site will be stabilized and protected from erosion. The reclaimed surface will be treated to establish a long-term, self-sustaining vegetation community. The road alignment is within an area that is characterized as wetland (see Figure 16); therefore reintroduction of native wetland species will be accomplished by seeding the wetland broadcast seed mixture described in Section 2.5.2.

### 3.3.2   Reclamation and Closure Tasks

Reclamation tasks for Parcel 2 are identified on Figure 4. Closure of the road will include removal of the two existing timber bridges that cross the upper tributaries of Sherman Creek. Wood debris from the bridge removal will be scattered in reclaimed areas. Grading required to reclaim the road will consist of excavation of the road fill using a track excavator and filling the road cut. The excavation quantity (2.900 cy) is based on the typical road section presented on Figure 4. The resulting surface will be graded using a dozer and will be scarified along the alignment prior to planting. Topsoil will be uncovered in the excavation and will be redistributed across the reclaimed surface. BMPs will be installed along the alignment to minimize potential for soil erosion.

Kensington Gold Project
Reclamation and Closure Plan

May 5, 2005
Page 17

001136

Exhibit 19, page 21

### 3.3.3   Post-Closure Monitoring and Maintenance

Post-closure activities for Parcel 2 will consist of monitoring and maintenance of BMPs for erosion control and monitoring of seeded areas to evaluate revegetation success. Section 4.2 describes the scope of anticipated monitoring and maintenance programs.

### 3.3.4   Estimated Reclamation and Closure Costs

Closure costs for Parcel 2 are outlined on Table A- 3 (Appendix A) and are estimated at approximately US$60,000. This subtotal includes cost for bridge demolition, earthworks, and seeding and planting. Cost for contingency (10%) and indirect costs are not included in the subtotal. Appendix A includes detailed analysis of unit cost, production and other assumptions used to estimate cost for each item included.

## 3.4   Kensington Area Facilities

Reclamation activities in the Kensington area will commence at the conclusion of active mining. Five separate parcels are included in the Kensington area. The location of each parcel is identified on Figure 5. The following parcel numbers are included:

- Parcel 3 – Kensington Borrow Source

- Parcel 4 – Kensington Development Rock Storage

- Parcel 5 – Kensington Water Treatment Plant/Ponds

- Parcel 6 – Kensington Snow/Topsoil Stockpile Area

- Parcel 7 – Kensington 2050 Level Portal Waste Rock Dump.

A summary of the disturbance and planned physical reclamation for each parcel is as follows:

| Parcel/Location | Disturbed Area (acres) | Proposed Reclamation (acres) | | |
|---|---|---|---|---|
| | | Wetland[1] | Uplands | No Action |
| Parcel 3 | 1.5 | 1.5 | 0 | 0 |
| Parcel 4 | 14.3 | 0 | 14.3 | 0 |
| Parcel 5 | 4.3 | 4.3 | 0 | 0 |
| Parcel 6 | 2.1 | 2.1 | 0 | 0 |
| Parcel 7 | 1.5 | 0 | 0 | 1.5 |
| Totals | 23.7 | 7.9 | 14.3 | 1.5 |

[1] Figure 16 illustrates the areas that will be reclaimed as wetland sites.

Of the total area (23.7 acres) 7.9 acres will be reclaimed as wetland. The 14.3-acre development rock site will be established as an upland area. It is not anticipated that the reclaimed

Kensington Gold Project
Reclamation and Closure Plan

May 5, 2005
Page 18

001137

Exhibit 19, page 22



development rock deposit will saturate and support wetland species. Physical reclamation of the historic 2,050 Level Portal waste rock deposit is not proposed.

### 3.4.1  Reclamation Goals and Objectives

Reclamation activities in the Kensington area will focus on removing the infrastructure used for water treatment during active mining and to return the land to a safe and stable condition. The two mine portals will be closed to restrict public access by installing a steel frame and grate to cover the openings. The development rock site and surrounding areas will be stabilized and protected from erosion. The reclaimed surface will be treated to establish a long-term, self-sustaining vegetation community. Mine drainage from the 800 Level Portal will be diverted into a wetland planned in the location of the existing Waste Water Treatment Plant (WWTP) ponds, where passive treatment will occur. Monitoring and maintenance of the passive wetland system for a period of five years is included in the LTMM cost described in Section 4.2. Characterization of water quality for mine discharge will be evaluated during active mining to determine if additional measures are required.

### 3.4.2  Reclamation and Closure Tasks

Specific reclamation activities for each parcel are described in the following sections.

***Parcel 3 – Kensington Borrow Source.***  The Kensington Borrow Source will be reclaimed as a wetland area. The site will be contoured to eliminate any overstep cut slopes. It is anticipated that excavation from the borrow pit will result in a depression that will provide areas of open water and or saturated soils for much of the year.

Reclamation activities to contour the borrow area will be completed once excavation of material from the source is no longer required. This will likely occur during the active mining phase of the project. Natural succession of wetland species from surrounding areas will occur once activities within the area are discontinued. Coeur will monitor the success of establishing wetland habitat prior to closure and determine if additional reclamation measures are required.

***Parcel 4 – Kensington Development Rock Storage.***  During construction and operation of the mine, it is estimated that approximately 500,000 cubic yards of development rock will be produced and placed within Parcel 4. Figure 6 illustrates the anticipated ultimate disturbance footprint for the development rock deposit and provides a conceptual grading plan and cross section of the area at closure. To the extent practical, the deposit will be backfilled at or near the closure slope angle. This will require placement of rock by end dumping from several different elevations. This approach will require constructing a haul road down from the portal to accommodate dumping at a lower elevation, thereby minimizing the quantity of grading required at closure. The working slopes will be end dumped from each bench elevation and will be dozed to reduce the slope angle. A bench will likely be provided at the lower elevation to accommodate regrading and is illustrated in the conceptual section on Figure 6.

The final surface will be graded to a 2:1 slope by dozing from the top down. The conceptual grading plan presented on Figure 6 has a final crest elevation of approximately 760 feet, resulting

001138

Exhibit 19, page 23

in a slope height of approximately 170 feet. The actual configuration of the deposit will be dependent upon the quantity of rock placed in the facility. Prior to closure, Coeur will evaluate the actual closure configuration considering the final volume deposited in the facility. Final grading may include a mid-slope bench to reduce the length of continuous slopes. The final slope will likely encroach into Parcel 5, in the area of the WWTP ponds. Based on the conceptual design, it is estimated that an excavation volume of approximately 87,000 cubic yards will be required to grade the slopes at closure.

The graded development rock surface will be covered with an average thickness of 12 inches of growth media that will be stockpiled in Parcel 6 during mine construction. Final depth of growth media placement will be dependent upon the quantity of material available and the area of surfaces requiring treatment. The treated surfaces will be scarified along contour where practical and seeded using the upland seed mixture presented in Section 2.5.2.

Closure of the 800 Level Portal is also included in Parcel 4. The objective of the portal closure is to restrict public access to the underground workings. Closure of the portal will consist of constructing a structural steel frame in the portal opening and covering the portal with a steel grate.

***Parcel 5 – Kensington Water Treatment Plant/Ponds.*** Reclamation in Parcel 5 will include decommission and demolition of the WWTP facility and ponds, earthwork to grade the site and place growth media, and seeding. The WWTP pond area will be graded to construct a wetland that will receive mine drainage from the 800 Level Portal. Placement of a gravel subgrade within the wetland site was included in the estimated cost. The design for the wetland treatment facility will be developed during future revision to the reclamation plan. The wetland will also be useful as a BMP for surface water originating from the reclaimed surface of the Kensington Development Rock Storage Facility.

Closure of the WWTP and ponds will require removal of the WWTP equipment and building that will be dismantled and transported to the Comet Beach area for salvage and transport from the site. The WWTP building will consist of a 40x60 foot folding Atco building and a crane will be required to dismantle and load the building panels onto a flatbed truck for transport. The WWTP equipment consists of skid-mounted units that will be salvaged. The concrete slab beneath the building will be crushed using an excavator and the concrete debris will be buried in-place. Membrane liners in the ponds will be cut and folded into the bottoms of the ponds and buried. A dozer will be used for regrading the site and will push material from the pond containment dikes into the pond bottom to bury the liner material. The existing pond area will be contoured to form a wetland depression and an outfall will be constructed from the wetland that will discharge to Sherman or Ophir Creek on the north side of the parcel. The outlet will be constructed of glacial cobble and boulder that will not be susceptible to erosion. The configuration for the wetland will be determined based on the conditions prior to mine closure.

The graded surface will be covered with an average of 12 inches of growth media depending on availability and seeded using the wetland broadcast seed mixture presented in Section 2.5.2.

**Parcel 6 – Kensington Snow/Topsoil Stockpile Area.** Reclamation of the Kensington Snow/Topsoil storage area may commence once the topsoil stockpiles have been depleted during reclamation activities. Grading of the area will be performed to blend the site with the surrounding contours and to redistribute growth media across the site. The area will be seeded to reintroduce native wetland species using the wetland broadcast seed mixture presented in Section 2.5.2.

**Parcel 7 – Kensington 2050 Level Portal Waste Rock Dump.** The 2050 elevation waste rock dump is a historic waste rock deposit coving an area of approximately 1.5 acres. New dumping of development rock in this location is not included in the Final Plan of Operations. Over the years native vegetation has become established on the deposit and no physical reclamation of the area is planed. Closure of the 2050 Level Portal is planned and will consist of a steel frame and metal grate installed in the opening similar to that planned for the 800 Level Portal.

### 3.4.3   Post-Closure Monitoring and Maintenance

Post-closure activities in the Kensington area will consist of surface water quality monitoring as required by the NPDES permit, and stormwater monitoring during closure required under the stormwater discharge permit. Monitoring of seeded areas will be conducted to evaluate revegetation success, and to identify periodic maintenance of erosion controls. Monitoring of the passive wetland system proposed in Parcel 5 will be monitored for a period of five years. Section 4.2 describes the scope of anticipated monitoring and maintenance programs.

### 3.4.4   Estimated Reclamation and Closure Costs

Closure costs for Parcels 3-7 are outlined on Table A- 3 (Appendix A) and are estimated at approximately US$371,000. This subtotal includes cost for demolition of the WWTP facilities, earthworks to reclaim the Kensington Development Rock Storage Facility and other parcels, constructing the 800 and 2,050 Level Portal closures, and revegetating the disturbed areas. Cost for contingency (10%) and indirect costs are not included in the subtotal. Appendix A includes detailed analysis of unit cost, production and other assumptions used to estimate cost for each item included.

## 3.5   Jualin Process Area

Reclamation activities in the Jualin Process area will commence at the conclusion of active mining. Four separate parcels are included in the process area. The location of each parcel is identified on Figure 7. The following parcels are included:

- Parcel 8 – Jualin Process Area (Mill)

- Parcel 9 – Jualin Development Rock Storage Facility

- Parcel 10 – Jualin Process Area Treatment Pond

- Parcel 11 – Jualin Process Area Snow/Topsoil Stockpile Area

001140

Exhibit 19, page 25



A summary of the disturbance and planned physical reclamation for each parcel is as follows:

| Parcel/Location | Disturbed Area (acres) | Proposed Reclamation (acres) | | |
|---|---|---|---|---|
| | | Wetland | Uplands | No Action |
| Parcel 8 | 12.9 | 0 | 0 | 12.9 |
| Parcel 9 | 4.3 | 0 | 4.3 | 0 |
| Parcel 10 | 1.5 | 0 | 0 | 1.5 |
| Parcel 11 | 0.3 | 0 | 0.3 | 0 |
| *Totals* | 19.0 | 0 | 4.6 | 14.4 |

Of the total area (19.1 acres), an area of 4.6 acres, including the development rock facility and the snow/topsoil stockpile area, are to be reclaimed at closure. The 1,000 Level Portal, located in Parcel 8 will be covered with a steel gate. Physical reclamation of the mill site, and process treatment pond, located on private lands, are not planned. They will remain at the discretion of the private owner (Appendix E).

### 3.5.1   Reclamation Goals and Objectives

Reclamation activities in the Jualin Process area will focus on closure of the development rock site. The development rock site will be graded and stabilized and protected from erosion. The reclaimed surface will be treated to establish a long-term, self-sustaining vegetation community. The 1,000 Level Portal will be closed to restrict public access by installing a steel frame and grate to cover the opening.

### 3.5.2   Reclamation and Closure Tasks

Specific reclamation activities for each parcel are described in the following sections.

***Parcel 8 – Jualin Process Area (Mill Site).*** Physical reclamation of the process facilities including demolition and salvage are not planned. Coeur intends to forfeit the facilities to the private landowner. A cover will be constructed over the 1,000 Level Portal to restrict public entry to the underground workings. Closure of the portal will consist of constructing a structural steel frame in the portal opening and covering the portal with a steel grate. Design of the cover will be evaluated to provide for future access.

***Parcel 9 – Jualin Development Rock Storage Facility.*** During construction and operation of the mine, it is estimated that approximately 277,000 cubic yards of development rock will be produced and placed within Parcel 9. Figure 8 illustrated the anticipated ultimate disturbance footprint for the development rock deposit and provides a conceptual cross section of the area at closure. Backfill will be achieved by end dumping from a working surface at the 1,000-foot elevation. This will result in an angle of repose slope (approximately 1.25:1) during backfilling. During closure, the deposit will be graded to reduce the slope to a 2:1 slope angle.

001141

Exhibit 19, page 26

The closure surface will be graded using a dozer to cut material from the upper section of the slope and fill along the slope toe. The conceptual grading plan presented on Figure 8 has a final crest elevation of approximately 1,000 feet that will be back sloped during grading to reduce runoff to the slope face. The deposit will have a height of approximately 180 feet. Final contouring of the deposit will be dependent upon the quantity of rock placed in the facility and grading will likely include a mid-slope bench to reduce the length of the continuous slope. A volume of approximately 40,000 cubic yards of excavation at closure was estimated for the conceptual closure surface presented on Figure 8.

The graded development rock surface will be covered with an average thickness of 12 inches of growth media that will be obtained from the stockpiled in Parcel 11. The treated surfaces will be scarified along contour where practical and seeded using the upland seed mixture presented in Section 2.5.2.

*Parcel 10 – Jualin Process Area Treatment Pond.* Physical reclamation of Parcel 10 is not planned. The treatment pond will be forfeited to the private property owner and will be utilized as a BMP for stormwater management. It is anticipated that disturbed surfaces within Parcel 10 and surrounding the pond will be stabilized at the time of construction and native vegetation will become established during operation of the mine.

*Parcel 11 – Jualin Process Area Snow/Topsoil Stockpile Area.* Reclamation of the Jualin Snow/Topsoil storage area may commence once the topsoil stockpiles have been depleted. Grading of the area will be performed to blend the site with the surrounding contours and to redistribute in-place growth media across the site. The area will be seeded to reintroduce native upland species using the upland broadcast seed mixture presented in Section 2.5.2.

Prior to final closure, Coeur will evaluate site conditions within Parcels 8, and 10 to identify any unforeseen conditions that need to be addressed during reclamation.

### 3.5.3   Post-Closure Monitoring and Maintenance

Post-closure monitoring and maintenance for Parcels 9 and 11 will evaluate the success of vegetation, and provide periodic maintenance of erosion controls if required. Monitoring of stormwater quality as required during closure, and surface water required under the NPDES permit will be completed. Section 4.2 describes the scope of anticipated monitoring and maintenance programs.

### 3.5.4   Estimated Reclamation and Closure Costs

Closure costs for Parcels 8, 9 and 11 are outlined on Table A- 3 (Appendix A) and are estimated at approximately US$107,000. This subtotal includes cost of earthworks to reclaim the Jualin Development Rock Storage Facility and Parcel 11, constructing the 1,000 Level Portal cover, and seeding and planting the areas. Cost for contingency (10%) and indirect costs are not included in the subtotal. Appendix A includes detailed analysis of unit cost, production and other assumptions used to estimate cost for each item.

Kensington Gold Project
Reclamation and Closure Plan

May 5, 2005
Page 23

001142

Exhibit 19, page 27

### 3.6    Jualin Administrative/Laydown Areas

Closure in the Jualin Administrative and Laydown Area will commence at the conclusion of active mining. Five parcels are included in the area and are identified on Figure 9. The following parcel numbers are included:

- Parcel 12 – Jualin Pumphouse Area

- Parcel 15 – Jualin Laydown Area #2

- Parcel 16 – Jualin Laydown Area #3

- Parcel 17 – Jualin Administrative Area

- Parcel 21 – Jualin Borrow Source #4

A summary of the disturbance and planned physical reclamation for each parcel follows:

| Parcel/Location | Disturbed Area (acres) | Proposed Reclamation (acres) | | |
|---|---|---|---|---|
| | | Wetland[1] | Uplands | No Action |
| Parcel 12 | 0.1 | 0 | 0 | 0.1 |
| Parcel 15 | 3.5 | 0 | 0 | 3.5 |
| Parcel 16 | 0.8 | 0 | 0 | 0.8 |
| Parcel 17 | 2.5 | 0 | 0 | 2.5 |
| Parcel 21 | 0.7 | 0.7 | 0 | 0 |
| Totals | 7.6 | 0.7 | 0 | 6.9 |

[1] Figure 17 illustrates the areas that will be reclaimed as wetland sites.

Of the total area (7.6 acres), an area of 0.7 acres within the borrow source will be reclaimed as wetlands. Physical reclamation of the administrative buildings and laydown sites is not planned.

#### 3.6.1   Reclamation Goals and Objectives

Closure of the Jualin administrative area and laydown areas will consist of no action for Parcels 12, 15, 16 and 17. Parcel 21 will be reclaimed as a wetland site.

#### 3.6.2   Reclamation and Closure Tasks

*Parcel 12 – Jualin Pumphouse Area.* Physical reclamation of Parcel 12 is not planned. The pumphouse will be forfeited to the private property owner. The disturbed surfaces within Parcel 12 will be stabilized at the time of construction and native vegetation will become established during operation of the mine.

Kensington Gold Project
Reclamation and Closure Plan

May 5, 2005
Page 24

001143

Exhibit 19, page 28



*Parcel 15 & 16 – Jualin Laydown Area #2 and 3.* Physical reclamation of the laydown areas is not planned. Coeur intends to forfeit the facilities to the private landowner. These areas will be maintained for future use by the landowner. Prior to closure, Coeur will evaluate conditions within the laydown areas to determine if further reclamation/closure measures are required prior to releasing the area to the private landowner.

*Parcel 17 – Jualin Administrative Area.* The administrative building will be used during completion of the reclamation activities. Physical reclamation of the administrative facilities including demolition and buildings and other infrastructure is not planned. Coeur intends to forfeit the facilities to the private landowner. These areas will be maintained for future use.

*Parcel 21 – Jualin Borrow Source #4.* The borrow source will be reclaimed as a wetland area. The site will be contoured to eliminate any overstep cut slopes. It is anticipated that excavation from the borrow pit will result in a depression that will provide areas of open water and or saturated soils for much of the year.

Reclamation activities to contour the borrow area will be completed once excavation of material from the source is no longer required. This will likely occur during the active mining phase of the project. Natural succession of wetland species from surrounding areas will occur once activities within the site are discontinued. Coeur will monitor the success of establishing wetland habitat prior to closure and determine if additional reclamation measures are required.

### 3.6.3  Post-Closure Monitoring and Maintenance

Post-closure activities for Parcel 21 will consist of monitoring the wetland area to evaluate the success in establishment of a long-term, self-sustaining wetland community. Section 4.2 describes the scope of anticipated monitoring and maintenance programs.

### 3.6.4  Estimated Reclamation and Closure Costs

Closure costs for Parcel 21 are outlined on Table A- 3 (Appendix A) and are estimated at approximately US$1,000. This subtotal includes cost for grading the borrow area. Cost for contingency (10%) and indirect costs are not included in the subtotal. Appendix A includes unit cost, production and other assumptions used to estimate cost.

## 3.7    Tailings Facility Roads

The Tailings Facility Roads (Parcels 22, 23 and 27) provide access from the Jualin access road and mill site to the TSF and includes the alignment for the tailings slurry pipeline and reclaim water pipeline. The road is approximately 2.1 miles long, between the TSF dam and the Jualin road. The Tailings Pipeline alignment (P-27) is located on the west side of Johnson Creek and is approximately 2.4 miles in length (see Figure 10).



Kensington Gold Project
Reclamation and Closure Plan

May 5, 2005
Page 25

001144

Exhibit 19, page 29

### 3.7.1   Reclamation Goals and Objectives

The primary reclamation goal for the TSF roads is removal of the pipelines. The road surface within Parcel 27 will be reclaimed and the pipelines will be removed to return the land to a safe and stable condition, suitable for use as wildlife habitat and for recreational use.  Closure of Parcels 22 and 23 is not planned since the road will provide access to the TSF for long-term monitoring and maintenance.

### 3.7.2   Reclamation and Closure Tasks

Closure activities may begin once the tailings slurry pipeline and reclaim water line are no longer needed. The location of each parcel is identified on Figure 10. The following parcel numbers are included:

- Parcel 22 – Tailings Facility Access Road and Pipeline (125+00 to 196+82)

- Parcel 23 – Tailings Facility Access Road

- Parcel 27 - Tailings Facility Access Road and Pipeline (0+00 to 125+00)

A summary of the disturbance and planned physical reclamation for each parcel follows:

| Parcel/Location | Disturbed Area (acres) | Proposed Reclamation (acres) | | |
|---|---|---|---|---|
| | | Wetland[1] | Uplands | No Action |
| Parcel 22 | 7.4 | 0 | 0 | 7.4 |
| Parcel 23 | 2.6 | 0 | 0 | 2.6 |
| Parcel 27 | 10.1 | 2.8 | 7.3 | 0 |
| Totals | 20.1 | 2.8 | 7.3 | 10.0 |

[1] Figures 17 & 18 illustrates the areas that will be reclaimed as wetland sites.

Of the total area (20.1 acres), an area of 2.8 acres along the tailings pipeline access road alignment will be reclaimed as wetlands.

A summary of the closure tasks for each parcel is provided below.

***Parcel 22 – Tailings Facility Access Road and Pipeline.***  Physical reclamation of this portion of the Tailings Facility Road is not planned since the road will remain in use during long-term monitoring and maintenance of the facility. Reclamation activities will consist of removal of the pipelines along the alignment.

***Parcel 23 – Tailings Facility Access Road.***  Physical reclamation of this portion of the Tailings Facility Road is not planned since the road will remain in use during long-term monitoring and maintenance of the facility. A locked gate will be installed at its intersection with the Jualin access road.

Kensington Gold Project
Reclamation and Closure Plan

May 5, 2005
Page 26

001145

Exhibit 19, page 30

***Parcel 27 – Tailings Facility Access Road and Pipeline.*** Reclamation in Parcel 27 will consist of removal of the tailings and reclaim water pipelines from the process area, and minor regrading of the alignment (road) bench to control drainage. The roadway surface will be ripped and seeded. The road section will not be reclaimed to the original topography due to the steep slopes in the area.

### 3.7.3  Post-Closure Monitoring and Maintenance

Post-closure activities for Parcel 27 will consist of monitoring and maintenance of BMPs for erosion control and monitoring of seeded areas to evaluate revegetation success. Section 4.2 describes the scope of anticipated monitoring and maintenance programs.

### 3.7.4  Estimated Reclamation and Closure Costs

Closure costs for Parcels 22 and 27 are outlined on Table A-3 (Appendix A) and are estimated at approximately US$80,000. This subtotal includes cost for removal of the pipelines between the TSF and Jualin Process area, earthworks, and seeding and planting. Cost for contingency (10%) and indirect costs are not included in the subtotal. Appendix A includes detailed analysis of unit cost, production and other assumptions used to estimate cost for each item included.

## 3.8    Tailings Storage Facility

After the operation, the Tailings Storage Facility (TSF) will be restored as a productive lake. The original lakebed and surrounding terrestrial habitat will be covered with tailings. However, as the lake level is raised to its final elevation after cessation of tailings deposition, approximately 13 acres of native soil will be flooded. It is expected that a productive benthic community as in hydroelectric and other man-made impoundments will quickly colonize this native soil. This area will be similar to the area of productive sediment in the existing lake.

While slower colonization in tailings relative to submerged native soil would not jeopardize the reclamation goal (see below), it could be interpreted as indicating that the tailings may be less suitable for some species. Experimentation will be conducted to separate potential causes of reduced habitability of tailings. The most likely limiting factors would be lack of organic matter or residual process water. Both of these potential stressors will be alleviated over time as organic matter settles on the lake bottom and as tailings consolidation slows. A tiered, experimental approach to evaluate colonization of tailings is included in the TSF Ecological Monitoring Plan.

### 3.8.1  Reclamation Goals and Objectives

The reclamation goal for the TSF is establishment of a self-sustaining aquatic ecosystem that includes:

1.     Rooted aquatic plants that are comparable in aerial coverage to that in the existing Lower Slate Lake;

001146

Exhibit 19, page 31



2.   Dolly Varden that are equal in abundance and fitness to that in the existing Lower Slate Lake based on statistical comparisons to the baseline population estimate and the average individual condition factor and size class; and

3.   Protection of water fowl through meeting water quality standards at closure.

After the final water level is reached in the TSF, reclamation will be dominated by natural processes. Rooted aquatic plants and Dolly Varden will be used to assess the status of reclamation because:

- they are reflective of a diverse and productive lake;

- they are readily quantifiable;

- their annual and within-season variability is low once they are established;

- they are a direct food source for wildlife; and

- they require high quality and productive benthic and water column habitat.

Other ecosystem components that will be monitored are not well suited for use in assessing the status of reclamation. For example, the benthic invertebrate community in the submerged native soil and tailings in the TSF after closure may differ from Lower Slate Lake baseline data and the Upper Slate Lake community while the process of species succession progresses. This would be irrelevant to the reclamation goal if Dolly Varden were to become established in the TSF despite taxonomic differences in the benthic invertebrate assemblage.

Closure of the TSF will include construction activities at the conclusion of tailings deposition to decommission the facility and care and maintenance of the facility during post-closure. Figure 11 illustrates the anticipated configuration of the TSF at the time of closure.

During operations Coeur will maintain a working water cover zone over tailings deposition of approximately 9 feet. At the end of active operations the elevation of this cover is expected to be 713 feet. During final reclamation an additional water cover will be constructed by flooding of the tailings and native soils to the spillway pool elevation of 732 feet. This will submerge approximately 13 acres of native soils, which will replace the estimated 11 acres of productive native sediments currently in Lower Slate Lake. Figure 12 illustrates a section through the impoundment at the end of tailings placement and the depth to the submerged tailings surface. The final lake surface will be approximately 61.8 acres and have an average depth of 28 feet.

Restoration of the aquatic community will be accomplished by both passive and active measures. Surface flow from Upper Slate Lake via Mid-Lake Slate Creek will supply benthic invertebrates, phytoplankton, zooplankton, and threespine sticklebacks. Airborne adult stages of some aquatic invertebrate species will also introduce invertebrates to the lake. Additional measures for reestablishing an aquatic ecosystem would include plantings along the lake margin, placement of gravels in the littoral zone and management of the final lake elevation through the engineered

Kensington Gold Project
Reclamation and Closure Plan

May 5, 2005
Page 28

001147

Exhibit 19, page 32

spillway. If necessary, organic soil materials would be added as part of the capping plan presented later in this report. Planting of rooted aquatic plants will be completed after placement of the capping material (if required).

The scientific literature demonstrates that sources of benthic invertebrates for the TSF will not be lacking, and they will rapidly colonize the TSF in seasonal pulses that correspond with their life cycles. This process of rapid benthic recruitment is well documented in newly created or disturbed reservoirs, lakes, and ponds (Paterson and Fernando 1969, Barnes 1983, Voshell and Simmons 1984, Niemi et al. 1990, Layton and Voshell 1991, Bass 1992, Hayward et al. 2001). Much of this literature demonstrates dense and diverse invertebrate colonization after weeks or months in new reservoirs and ponds.

### 3.8.2 Reclamation and Closure Tasks

Closure activities have been organized using Parcel Numbers that corresponds with specific areas or facilities. The location of each parcel is identified on Figure 13. The following parcel numbers are included in the closure of the TSF:

- Parcel 24 – Tailings Lake

- Parcel 25 – Tailings Lake Margin Working Areas

- Parcel 26 - Tailings Dam Borrow Source

- Parcel 28 -Tailings Dam Plunge Pool Area.

Activities included in each parcel are discussed in the following sections. The acreage requiring reclamation associated with each of these locations and proposed reclamation is summarized in the following table:

| Location/Parcel | Disturbed Area (acres) | Proposed Reclamation (acres) | | |
|---|---|---|---|---|
| | | Wetland[3] | Deep Water[2] | Upland |
| Parcel 24 | 61.8[1] | 3.5 | 58.3 | 0 |
| Parcel 25 | 17.9 | 8.5 | NA | 9.4 |
| Parcel 26 | 4.6 | 0.5 | NA | 4.1 |
| Parcel 28 | 6.8 | 5.9 | NA | 0.9 |
| Totals | 91.1 | 18.4 | 58.3 | 14.4 |

[1] 18.8 acres of existing lake plus 43.0 acres of incremental increase = 61.8 acres total.
[2] Deep water is defined as areas flooded to depths greater than 6.6 feet.
[3] Figure 18 illustrates the areas that will be reclaimed as wetland sites.

Of the total 91.1 acres included in the tailings facility area an estimated area of 18.4 acres will be reclaimed as wetland. This area includes the wetland water within the tailings lake less than 6.6 feet in depth. The deep water area of the lake is estimated as 58.3 acres and consists of the portion of the lake estimated to be greater than 6.6 feet in depth.

001148

Exhibit 19, page 33

Regrading and reclamation of surface disturbance will be required at the topsoil stock pile area, the dam plunge pool area, and in an area surrounding the lake that has been designated the TSF margin area.

*Parcel 24 – Tailings Lake.* Clearing of timber up to the ultimate spillway pool elevation (732 feet) will be completed during the staged construction of the TSF embankment. Prior to raising the lake to its final elevation, the potential area of native soils influenced from tailings in the nine-foot water cover zone will be assessed (between 704 and 713 elevation). The nine-foot zone represents the operational working water depth used during tailings deposition. As stated in the EIS a 10 cm (4-inches) cover will be added, unless Coeur can demonstrate to the USFS that the cap is not necessary. For costing purposes a volume of 2,100 cubic yards of material is assumed required for this purpose at closure. This volume is included in the total volume of cover soil (41,250 cubic yards) described below.

Coeur will also be conducting a testing program to evaluate the need for additional cover over the tailings to enhance recolonization at closure. Appendix B presents recent consolidation testing and modeling of the tailings conducted by Knight Piesold and indicates that consolidation seepage to the tailing surface are predicted to be minimal over much of the facility within two years after the end of operations. The total predicted seepage to the tailings surface after closure is estimated to be 6 gpm after 2 years and 4 gpm after 5 years. This equates to less than 0.0000045 gpm per square foot. Thus, the key potential limiting factor to recolonization may be lack of organic material in the tailings.

The reclamation bond includes operation of the TSF WWTP for 18 months during the closure period in order to meet closure water quality standards. Tailings lake water would be treated and discharged at Outfall 002. Assuming that the WWTP operates at 1,000 gpm, the volume of treated water during the 18 month period is 2,420 acre-feet. If a 9-foot operational pool depth is maintained during this period, the lake volume is approximately 540 acre-feet. Therefore, the WWTP treats approximately 5.5 times the lake volume. During the following year a tailings consolidation seepage volume of approximately 9.7 acre-feet (assuming 6 gpm) may be anticipated as inflow to the lake in addition to 290 acre-feet of direct rainfall into the lake (58 inches average precipitation). These volumes indicate a dilution ratio of tailings water of 85 to 1 (relative to the consolidation seepage volume) if the lake is nine feet deep one year after the end of treatment. When the lake fills the volume increases to approximately 1,530 acre-feet. For this volume a dilution ratio of 187 to 1 is estimated one year after the end of treatment.

During closure, Coeur will characterize the constituents contained in the tailings pore water. This information combined with operation of the water treatment plant, reestablishment of diverted flow into the tailings lake, and the decline in consolidation seepage volumes over time, all factor into the quality of water in the post-closure lake. Coeur will consider all of these factors in future revisions to the reclamation plan, the evaluation of potential lake water quality, and the assessment to determine if the tailings cap is not needed.

A tailings cover, if necessary, is envisioned to be a 10 -15 cm thick layer of salvaged native soil materials. This material would be placed over the tailings surface using the submerged diffuser

and tailings discharge pipeline used during operation of the TSF. Capping of the entire submerged tailings surface (52.3 acres) would be conducted unless Coeur demonstrates that the cap is not needed and receives approval to omit the cap. In this event a total of 41,250 cubic yards of capping material would be required. This volume is based on a nominal thickness of the cap material of 6 inches and includes the 2,100 cubic yards described above. Capping materials would be salvaged from the zone to be inundated prior to Stage III tailings deposition. Upland soils in the Jualin Mine area are generally moderately well drained soils spread over bedrock or glacial till. Wetland soils tend to be thick, consisting of organic material or silty loams. Salvaged material will be stockpiled and generally will consist of A and B horizon material and will include some underlying glacial till in order to obtain the required volume. This material would be stored within the soil stockpile area located along the north east side of the TSF, within P-25.

At the time of closure, construction activities will begin to decommission the facilities used during operation of the TSF. These activities will include demolition and salvage of the various diversions, piping and pumping systems including:

- Removal of the reclaim pipeline

- Removal of the Slate Creek Diversion inlet structure

- Removal of the Slate Creek Diversion piping

- Removal of the Slate Creek Diversion plunge pool

- Removal of the tailings delivery system pipeline

- Removal of the tailings floating barge and diffuser

- Removal of the tailings lake turbidity barrier.

Placement of littoral gravel intermittently in patches along the shoreline will be completed prior to flooding the lake to the 732 foot elevation. Gravel will be placed along a total of 430 feet of shoreline, will extend into the lake 10 feet, and will have thickness of approximately 10 inches. Approximately 150 yards of gravel will be required for this task. Locations for placement have not been defined at this time. Gravel placement would likely be most practical along the north and east shorelines where access from the existing roadways is possible. This approach will minimize potential for new disturbance during construction. Gravel will be obtained from glacial deposits from Parcel 20 (see Figure 14). This source is located approximately 2.5 miles from the TSF.

Processing of the capping material will include pre-screening and stockpiling of the soils to remove oversized material. Material processing and operation of the pugmill would occur near the soil stockpile area within the lake margin area. The screened material would be mixed with lake water using a pugmill mixer and will be pumped to the submerged diffuser. The consistency

Kensington Gold Project
Reclamation and Closure Plan

May 5, 2005
Page 31

001150

Exhibit 19, page 35

of the slurry will be controlled during placement to obtain the desired cover thickness. The pugmill and stockpiles will be located within Parcel 25 the Tailings Lake margin area.

Placement of the capping material using the submerged diffuser (see Appendix C) will require the diffuser barge to travel around the surface of the impoundment at a controlled rate in order to maintain the nominal depth of cover placement. This operation will require a system of cables and anchors to facilitate moving the barge. An anchor cable would be placed at a sufficient distance away from the barge to allow the barge to swing along an arc. A system of side cables would be used to pull the barge along the arc. Upon completion of each arc the length of the anchor cable would be adjusted to position the barge for filling along the next arc. The delivery pipeline would be placed on floating barges and would include flexible sections to allow movement of the barge. Sections of delivery piping would be added or removed as necessary. Cap placement would be monitored by mapping the movement of the barge across the TSF surface using GPS mapping. The experience gained by Coeur during operation of the TSF will be used to refine the approach for operation of the submerged diffuser for placing capping material.

Once the final post-closure water level has been established in the lake, and placement of any cover material (if required) is completed, planting of rooted aquatic species will be completed. The dominant rooted aquatic plants are water lily (Nuphar polysepalum), and pondweed (Potamogeton natans). Test plots will be constructed and monitored during operations. Plots will likely be constructed in areas where open water occurs in inactive borrow sources or other areas to be identified once construction is complete. The closure cost estimate has provided a budget for planting aquatic plants. This task assumes labor to complete the planting and assumes that local stock may be either harvested or grown locally.

The Dolly Varden population that will be present when the operation begins provides an opportunity to predict how quickly the population can be restored after closure. By the end of the second or third year of production, the entire original lake bottom is likely to be covered by tailings and the area of newly submerged native soils will be less than the area that will be submerged after closure. As such, if reductions in Dolly Varden numbers during the early years of operation can be attributed to natural attrition, it will demonstrate that Dolly Varden can survive under conditions that are more challenging than the conditions that will exists at closure. If by chance this occurs, then reintroduction of Dolly Varden immediately after cessation of tailings discharge or during the final years of operation would be worthy of consideration. If this does not occur, the timing of reintroduction will be evaluated based on water quality, aquatic community and benthic monitoring conducting during the closure and post-closure period. The ultimate introduction of Dolly Varden will be coordinated with the Alaska DNR.

***Parcel 25 – Tailings Lake Margin Working Area.*** Disturbed areas associated with the diversion, reclaim water system, topsoil stockpile, WWTP, access road, and tailings pipeline are included in the margin working area. Grading of the disturbed areas will consist of regrading of the disturbed topography to blend with surrounding areas where practical. Areas where stripping had not occurred will use in-place materials to prepare the site for seeding. All areas will be scarified along contour prior to seeding. Each area will be treated with mulch and fertilizer.

001151

Exhibit 19, page 36



Disturbed areas surrounding the lake will be planted to reestablish the existing woody and non-woody vegetation types.

During construction and operation of the tailings storage facility topsoil salvage within the construction areas will be stockpiled within Parcel 25. This material will be use for reclamation at closure and will include materials that would be used for capping the tailings deposit unless capping is determined to not be necessary.

The WWTP located in Parcel 25 will also be removed once treatment is not longer required and closure water quality standards in the lake are met. The equipment will be salvaged and transported to the Slate Creek Cove facility and removed from the site.

Removal of the Mid Slate Lake Creek diversion may occur once flow into the tailings lake has been reestablished and the lake is filled to the final spillway elevation. Operation of the diversion pipeline is required during filling of the lake in order to maintain minimum flows in Slate Creek below the TSF dam.

***Parcel 26 – Tailings Dam Borrow Area.*** Discharge from the lake will occur from the Stage 3 embankment emergency spillway that will be constructed along the right abutment of the embankment dam during the final stage of embankment operation and closure. The spillway will be excavated within competent bedrock. The design for the spillway indicates that 45,000 cubic yards of material (bedrock) will need to be excavated to construct the spillway (see attached figure, Appendix C). Spoil from the excavation will be placed within the TSF. Excavation of material from the dam borrow source and construction of the spillway will expose a bedrock surface that will not require placement of topsoil or any other reclamation.

***Parcel 28 – Tailings Dam Plunge Pool Area.*** Closure activities required in the plunge pool area will include:

- Removal of the tailings dam seepage collection system

- Regrading of the site

- Topsoil placement

- Scarification along contour

- Seed, mulch and fertilize.

Growth media placement will be required in the dam plunge pool area. For costing purposes, it was assumed that 12 inches of growth media will be placed. Actual thickness may vary depending on material availability. Material will be obtained from stockpiles in Parcel 27.

Filling of the lake will occur once construction activities are completed. Flow of water diverted from Mid-Lake Slate Creek will be reestablished into the lake for filling. The diversion pipeline will remain operational during filling in order to maintain minimal flow requirements to East

Kensington Gold Project
Reclamation and Closure Plan

May 5, 2005
Page 33

001152

Exhibit 19, page 37



Slate Creek. Discharge from the lake will not be allowed until closure water quality standards are met. The diversion pipeline will be removed once discharge from the closure spillway is possible. This will include removal of the upstream diversion structure. Removal of the seepage collection system will be completed once seepage is determined to meet closure water quality standards. The TSF access road will not be reclaimed and is required for post-closure monitoring and maintenance.

### 3.8.3  Post-Closure Monitoring and Maintenance

Post closure care and monitoring of the TSF will consist of monitoring for groundwater and surface water quality, periodic maintenance of erosion controls, monitoring and maintenance of vegetation in reclaimed areas, periodic environmental inspections, and dam safety inspections. Section 4.2 describes the scope of anticipated monitoring and maintenance programs.

### 3.8.4  Estimated Reclamation and Closure Costs

Unit costs, production rates, equipment counts and detailed assumptions for each task are presented in the attached Cost Estimate Data (Appendix A). Unit costs for mobile equipment and personnel are summarized on each cost data worksheet in Appendix A.

Table A-3 presents the estimated closure cost for the preliminary closure plan presented herein. Closure tasks include demolition/salvage, earthworks, and seeding and planting. For each item the units, quantity and estimated unit costs are presented. Quantities for each item have been derived from the preliminary site plans and will be updated based on the final designs and as-builts of the mine facilities.

The total cost estimated to conduct physical reclamation, including placement of a tailings cap in the TSF for Parcels 24, 25, 26 and 28 is approximately US$1,577,000. Closure costs are outlined on Table A-3 (Appendix A). Cost for contingency (10%) and indirect costs are not included in the subtotal. Appendix A includes unit cost, production and other assumptions used to estimate cost. Long-term monitoring and maintenance is discussed in more detail in Section 4.2.

## 3.9    Jualin Access Road

### 3.9.1  Reclamation Goals and Objectives

Closure for the Jualin road will consist of reclaiming the three borrow sources located along the road (see Figure 14). Borrow Sources #1 and 2 will be reclaimed as upland habitat, and Borrow area #3 will be reclaimed to establish wetland habitat. The upland sites will be stabilized and protected from erosion. The reclaimed surface will be treated to establish long-term, self-sustaining vegetation communities.



001153

Exhibit 19, page 38

### 3.9.2 Reclamation and Closure Tasks

Reclamation activities along the Jualin access road will commence at the conclusion of active mining. Four separate parcels are included and the location of each parcel is identified on Figure 14. The following parcel numbers are included:

- Parcel 13 – Jualin Access Road

- Parcel 18 – Jualin Borrow Source #1

- Parcel 19 – Jualin Borrow Source #2

- Parcel 20 – Jualin Borrow Source #3

A summary of the disturbance and planned physical reclamation for each parcel follows:

| Parcel/Location | Disturbed Area (acres) | Proposed Reclamation (acres) | | |
|---|---|---|---|---|
| | | Wetland[1] | Uplands | No Action |
| Parcel 13 | 33.8 | 0 | 0 | 33.8 |
| Parcel 18 | 2.0 | 0 | 2.0 | 0 |
| Parcel 19 | 1.3 | 0 | 1.3 | 0 |
| Parcel 20 | 3.6 | 3.6 | 0 | 0 |
| *Totals* | 40.7 | 3.6 | 3.3 | 33.8 |

[1] Figures 17 and 19 illustrate the areas that will be reclaimed as wetland sites.

Of the total area (40.7 acres), an area of 6.9 acres, including the three borrow areas are to be reclaimed at closure. Specific reclamation activities for each parcel are described in the following sections.

**Parcel 13 – Jualin Access Road.** Physical reclamation of the Jualin Road is not planned since the road is encumbered by an RS 2477 easement owned by the State of Alaska. The road will remain in use during long-term monitoring and maintenance of the facility and afterward to provide continual access to public and private land in the vicinity. Therefore, the closure cost presented in Appendix A, do not provide any cost for Parcel 13.

**Parcels 18 & 19 – Jualin Borrow Sources #1 and 2.** Grading of the borrow areas will be completed to contour and smooth the area. An average of 12 inches of growth media will be placed on the sites. The site will be scarified along contour and seeded using the upland seed mixture presented in Section 2.5.2. Planting will include hydro seeding, and application of mulch and fertilizer.

**Parcel 20 – Jualin Borrow Source #3.** The Jualin Borrow Source #3 will be reclaimed as a wetland area. The site will be contoured to eliminate any overstep cut slopes. It is anticipated that excavation from the borrow pit will result in a depression that will provide areas of open water and or saturated soils for much of the year.

001154

Exhibit 19, page 39

Reclamation activities to contour the borrow area will be completed once excavation of material from the source is no longer required. This will likely occur until during closure of the mine. Natural succession of wetland species from surrounding areas will occur once activities within the area are discontinued. Coeur will monitor the success of establishing wetland habitat prior to closure and determine if additional reclamation measures are required.

### 3.9.3   Post-Closure Monitoring and Maintenance

Post-closure activities will consist of monitoring and maintenance of BMPs for erosion control and monitoring of seeded areas evaluate revegetation success. Section 4.2 describes the scope of anticipated monitoring and maintenance programs.

### 3.9.4   Estimated Reclamation and Closure Costs

Closure cost for Parcels 18, 19 and 20 are outlined on Table A-3 (Appendix A) and are estimated at approximately US$35,000. This subtotal includes cost for bridge demolition, earthworks, and seeding and planting. Cost for contingency (10%) and indirect costs are not included in the subtotal. Appendix A includes detailed analysis of unit cost, production and other assumptions used to estimate cost for each item included.

## 3.10   Slate Creek Marine Facility Area

Reclamation of the Slate Creek Marine Facility will be completed during the final phase of reclamation and after work in the Jualin Process Area and Tailings Storage Facility areas is substantially completed. The marine facility will be used to support the reclamation activities and used during demobilization of salvaged materials and mobile equipment used during reclamation. Three separate parcels are included in the Slate Creek Marine Facility area. The location of each parcel is identified on Figure 15, and includes the following parcel numbers:

- Parcel 14 – Jualin Laydown Area #1

- Parcel 29 – Slate Creek Cove Marine Terminal

- Parcel 30 – Slate Creek Cove Snow/Stockpile Area

Kensington Gold Project
Reclamation and Closure Plan

May 5, 2005
Page 36

001155

Exhibit 19, page 40

A summary of the disturbance and planned physical reclamation for each parcel follows:

| Parcel/Location | Disturbed Area (acres) | Proposed Reclamation (acres) | | |
|---|---|---|---|---|
| | | Wetland[1] | Uplands | No Action |
| Parcel 14 | 0.4 | 0.4 | 0 | 0 |
| Parcel 29 | 1.9 | 1.5 | 0 | 0.4[2] |
| Parcel 30 | 0.2 | 0.2 | 0 | 0 |
| *Totals* | 2.5 | 2.1 | 0 | 0.4 |

[1] Figure 19 illustrates the areas that will be reclaimed as wetland sites.
[2] This area consists of the Jualin road right of way and will that will remain to provide access to the shoreline.

All three parcels (2.5 acres) will be reclaimed as wetland.

### 3.10.1 Reclamation Goals and Objectives

Reclamation activities in the Slate Creek Facility will focus on removing the marine terminal infrastructure used during construction and active mining, and to return the land to a safe and stable condition. The terminal and laydown areas will be stabilized and protected from erosion. The reclaimed surface will be treated to establish a long-term, self-sustaining wetland community. The terminal infrastructure including the docks, piers, gangplanks and related foundations will be demolished and or salvaged. The Jualin access road will remain in-place as part of the post-mining closure landscape.

### 3.10.2 Reclamation and Closure Tasks

Specific reclamation activities for each parcel are described in the following sections.

*Parcel 14 – Jualin Laydown Area #1.* The laydown area will remain in use during reclamation to stage salvaged materials and equipment that will be transported from the site. The bulk of these items will be transported from the site using a large freight barge, and reclamation of the area may begin once the area is no longer needed. Closure will consist of grading the disturbed area to blend with the surrounding topography, and placement of growth media. The finished surface will be scarified along contour and planted to establish native species. Installation of silt fencing will be done for sediment control.

*Parcel 29 – Slate Creek Cove Marine Terminal.* Closure of the marine terminal will consist of removal of the fuel storage containment area; demolition of improvements including foundations; and salvage of the docks, gangplanks, and piers. Parcel 29 has been subdivided into two areas (29A and 29B) in order to distinguish reclamation on USFS land and land controlled by the state of Alaska tideland lease program. Parcel 29A includes the area within Parcel 29 located above the mean high water elevation that is controlled by the USFS. Parcel 29B represents the portion of Parcel 29 located below the mean high water elevation and includes the off-shore components of the marine facility.


Kensington Gold Project
Reclamation and Closure Plan

May 5, 2005
Page 37

001156

Exhibit 19, page 41



#### Parcel 29A

Closure of the fuel storage area will require that the area be evaluated for hydrocarbon contamination. A contingency cost has been provided in the cost estimate for soil remediation in the event that contamination occurs. Should contaminated soils be encountered, Coeur will determine the appropriate measures required for remediation. Otherwise, closure will consist of cutting and folding the liner system into the storage cell and backfilling the depression during site grading.

All unnecessary foundations and other structures remaining at the site will be demolished and buried in-place when the site is graded. An average of 12-inches of growth media will be placed on the graded site and the surface will be scarified along contour and seeded to establish native species. Silt fencing will be installed along the lower perimeter of the site for sediment control. Topsoil placement and seeding within Parcel 29A will occur across a 1.5 acre area. The area encompassing the Jualin Road right-of-way will not be reclaimed and will be maintained to provide safe access to the shoreline.

#### Parcel 29B

Removal of the terminal facility will be completed using a large construction barge equipped with a large crane (~100 tons) capable of picking the docks and gangplanks. Piles will be removed and salvaged either by jacking out with a crane, or cutting them off at the mudline.

Fill placed within the tideland lease area may be removed at closure. A determination of this requirement will be made and the extent of removal defined at the time when the final reclamation plan is prepared. For bonding purposes, this plan assumes removal of the fill. The excavated material will be incorporated into the regrading of Parcel 29A. The excavated surface will be graded by dozing and to provide a uniform surface. Topsoil and seeding is not required in Parcel 29B. Access from the shoreline to the Jualin Road will be maintained.

***Parcel 30 – Slate Creek Cove Snow/Stockpile Area.*** Reclamation of the stockpile area will be completed once final excavation of material from the stockpile is completed. The site will be graded to blend with the surrounding contours and to redistribute the in-place growth media. The graded surface will be scarified along contour and planted to establish native species. Silt fencing will be used to control sediment from the site.

### *3.10.3 Post-Closure Monitoring and Maintenance*

The primary objective in the marine terminal area is the establishment of a long-term, self-sustaining vegetation community and the control of erosion from the reclaimed surface. Monitoring and maintenance of BMPs for erosion control and monitoring of seeded areas to evaluate vegetation success will be completed. Section 4.2 describes the scope of anticipated monitoring and maintenance programs.

### *3.10.4 Estimated Reclamation and Closure Costs*

Closure cost for Parcels 14, 29 and 30 are outlined on Table A-3 (Appendix A) and are estimated at approximately US$292,000. This subtotal includes cost for demolition, salvage,

001157

Exhibit 19, page 42



earthworks, and seeding and planting. Cost for contingency (10%) and indirect costs are not included in the subtotal. Appendix A includes detailed analysis of unit cost, production and other assumptions used to estimate cost.

Cost estimated for demobilization assumes that a 3,000-ton barge would be used for removal of the salvaged piping and materials, and transport of the mobile construction equipment. A landing craft was also included in the cost for final removal of equipment used during reclamation activities.

Cost estimated for reclamation of Parcel 29B are presented separately for the tideland lease on Table A-4. Estimated cost to remove the marine terminal docks, gangplanks and piers was based on discussions with a marine facility contractor. The cost estimated to remove the facilities is US$277,400. This sum includes cost for the large construction barge and crane required for removing the facilities and transporting them from the site, removal of the fill on the tideland lease, and all contingency and indirect costs.

## 4.0   RECLAMATION ASSURANCES

### 4.1   Summary of Estimated Reclamation Costs

Cost estimates for reclaiming and closing each facility and parcel are discussed above in Section 3. The total life of mine estimated direct cost to reclaim the Kensington Mine Project, to complete the physical reclamation is US$3,117,000. The cost breakdown tables and supporting assumptions are presented in Appendix A. The estimates are based on unit costs developed using third-party costs for reclamation and reflect current pricing conditions. The following table provides a summary of closure cost for each area discussed in Section 3.

| Location | Cost US$ |
|---|---|
| Mobilization and Support | $463,000 |
| Comet Beach Camp Area – Kensington Side | $132,000 |
| Kensington Access Road – Kensington Side | $60,000 |
| Kensington Area Facilities – Kensington Side | $371,000 |
| Jualin Process Area – Jualin Side | $107,000 |
| Jualin Administrative/Laydown Areas – Jualin Side | $1,000 |
| Tailings Facility Road – Jualin Side | $80,000 |
| Tailings Storage Facility – Jualin Side | $1,577,000 |
| Jualin Access Road – Jualin Side | $35,000 |
| Slate Creek Marine Facility Area – Jualin Side | $292,000 |
| **Total** | $3,117,000 |

Cost for long-term monitoring and maintenance is presented in the following section.

Kensington Gold Project
Reclamation and Closure Plan

May 5, 2005
Page 39

001158

Exhibit 19, page 43

## 4.2    Long-Term Monitoring and Maintenance Program

A long-term monitoring and maintenance (LTMM) program is included in the reclamation and closure plan cost estimates discussed above. Specific LTMM plans regarding each facility and parcel are discussed above in Section 3. Modifications to the LTMM program will be consistent with the periodic reclamation and closure plan review. It is expected that historical data would play a key role in developing specific future LTMM program amendments.

During mine operation, inspections would be part of the normal mine operation and maintenance schedule. Therefore, important information necessary for developing detailed post-closure monitoring and maintenance schedules and costs and related financial assurance requirements would be collected during this time. This would involve special efforts necessary to document unusual climatic events that could result in extraordinary maintenance needs. Operational monitoring would continue after operations cease as long as Coeur personnel are available onsite. This would include inspections during the vegetation reestablishment period. At the time of release of the TSF from reclamation liability, long-term monitoring and maintenance would be implemented based on the schedule developed in the final revised reclamation plan. The LTMM schedule would include the following:

- Water quality monitoring as required by NPDES permits still in force.

- Sediment and debris build-up in the diversions would be assessed annually during operation.

- Annual inspections of the TSF would occur during the first 5 years after cessation of mining and processing, with a comprehensive inspection after the fifth year.

- An inspection of the TSF following any extreme event believed to exceed the 100-year, 24-hour storm event.

- A comprehensive inspection and review at year 10, 20 and at Year 30.

- Any necessary remedial work would be carried out as needed, based on site inspections.

- Maintenance of the physical integrity of the TSF, mine portal closures, diversions and roads.

Components of the LTMM program include activities that are incorporated in specific plans in the Kensington Gold Project Plan of Operations, including:

1. Surface water quality relative to non-point source discharges is included under the Freshwater Monitoring Plan (FWMP) for the Kensington Gold Project (Appendix 4 of the Plan of Operations).

Kensington Gold Project
Reclamation and Closure Plan

May 5, 2005
Page 40

001159

Exhibit 19, page 44



2. Discharge from point sources including the Kensington WWTP, the TSF WWTP, and the Comet Beach Camp Domestic Waste Water Treatment Plan and included in the NPDES Permit for the project Number AK-005057-1. Certain monitoring requirements for non-point source discharges required under this permit overlap with the FWMP and are therefore addressed in the FWMP.

3. The TSF Ecological Monitoring Plan (Appendix 4 of the Plan of Operations) includes monitoring of wildlife, fisheries, invertebrates, aquatic plants, and lake habitat.

4. Groundwater monitoring to determine baseline groundwater quality in the vicinity of the TSF will begin during construction. Monitoring will occur annually during operations and will continue until year ten during the post-closure period. Coeur will prepare a groundwater monitoring plan that will define the locations and monitoring.

5. TSF dam inspections for dam safety and post-closure maintenance will be included in the Dam Safety Permit being written by the ADNR, Dam Safety Program. Since the dam will be constructed in stages, specific requirements will be determined for each stage of construction.

Costs included in the reclamation bond for LTMM are presented on five tables presented in Appendix D. Specific components included in the LTMM program include the following:

| Table | Item | Location | Duration[1] | Budget |
|-------|------|----------|-------------|--------|
| D-1 | Environmental Monitoring, and Dam Inspection and Maintenance | TSF | 0 to 100 years | $955,000 |
| D-2 | Habitat and Biota Reclamation Monitoring | TSF | Years 1, 3 and 5 | $135,000 |
| D-3 | Water Quality Monitoring | Site-wide | Years 1, 2, 3, 5, 10, 20 and 30 | $85,000 |
| D-4 | Soil and Vegetation Monitoring and Maintenance | Site-wide | Years 1, 2, 3, 5 and 10 | $102,000 |
| D-5 | Kensington Wetland Treatment Site Monitoring | Kensington | Years 1, 2, 3 and 5 | $20,000 |

[1] Duration indicates year during post-closure period.

LTMM items included in Tables D-1 and D-2 are specific to the TSF. Water quality monitoring and soil and vegetation monitoring in reclaimed areas summarized in Tables D-3 and D-4 include all areas throughout the site. Site-wide water quality monitoring will consist of quarterly and annual monitoring in locations outlined in the FWMP during years 1, 2, 3, 4, 5, 10, 20 and 30. Quarterly monitoring is planned for years 1 and 2.

Soil and vegetation monitoring in all reclaimed areas (site-wide) is planned with inspections and maintenance activities planned during years 1, 2, 3, 5, and 10 during the post closure period. This program will focus on monitoring reclaimed areas for vegetation success and identifying and

Kensington Gold Project
Reclamation and Closure Plan

May 5, 2005
Page 41

001160

Exhibit 19, page 45



correcting any erosion problems. Vegetation surveys will be completed during each year to evaluate revegetation success criteria.

LTMM for the passive wetland treatment system located at the Kensington site is planned for years 1, 2, 3 and 5 and estimated costs are presented on Table D-5. This program will include water quality monitoring and a survey of wetland vegetation.

The construction of the TSF will necessitate some LTMM that will be required for a number of years after closure and final reclamation of the mine. As discussed above in Section 3.8, the proposed TSF final closure configuration has a spillway, constructed in bedrock, to reestablish the natural runoff and flows from Lower Slate Lake. Maintaining the long-term integrity of the TSF and protecting long-term water quality is a key component of the LTMM program.

Table D-1 presents the proposed TSF post-closure care and maintenance tasks. Costs for LTMM of the tailings dam facility over a 100 year period in the amount of US$955,000 are estimated. From this amount a long-term perpetual care fund could be created to provide this level of funding over the long-term.

Cost allowances and estimated costs were developed in 2005 dollars for a period of 100 years for the following components:

- Groundwater well and surface water quality analysis on an annual basis for the first 10 years after closure.

- Periodic maintenance to erosion control systems.

- Periodic geotechnical, dam safety, and environmental inspections.

Post-closure monitoring of TSF ecosystem as described in the TSF Ecological Monitoring Plan during reclamation and post-closure period will include wildlife, fisheries, invertebrates, aquatic plants, and lake habitat monitoring (Table D-2). A budget of US$135,000 has been provided for post-closure monitoring for the tailings lake.

During closure, a contingency cost for active water treatment has been included in the reclamation budget that is presented on Table D-6. Active treatment of TSF water would be provided using the TSF WWTP for an 18 month period. Active treatment of flows from the underground workings is also included for a twelve month period at the Kensington site. A cost for active water treatment of US$789,000 is estimated.

Goals for the Kensington Gold Project reclamation were described above in Section 2. The objective of the LTMM program is to monitor the success of reclamation by comparing monitoring results with performance standards associated with each reclamation goal. Reclamation bond release or initiation of contingency actions can be triggered if a reclamation goal is met or not. Table D-7 provides a summary of the goals included in the reclamation plan,

001161

Exhibit 19, page 46



applicable performance standards, monitoring methods, and contingency actions included in the LTMM program.

## 4.3    Indirect Costs and Inflation

Indirect cost have been either included in the cost estimate as line items or applied as a percentage of the direct cost total. The approach used in estimating each indirect cost is discussed below.

### 4.3.1    Mobilization/Demobilization

Task number 0.01 (see Table A-3) includes cost estimated for barges and landing craft to mobilize construction equipment to the site. Task 0.02 includes cost for personnel transportation (ferry boat) and periodic deliveries (landing craft). Demobilization cost is included for several of the parcel and includes cost for removing salvaged equipment and materials, and demobilization of construction equipment (see Tasks 1.40 and 29.40). Cost has also been included to remove the marine terminal docks and piers (Task 29.13).

### 4.3.2    Contractor Overhead and Profit

Overhead and profit has been built into the labor rate presented in Appendix A using a percentage of the wage base rate. Equipment rental rates are based on rates quoted from a rental supply company located in Juneau that include overhead and profit.

### 4.3.3    Contingency

A 10 percent contingency was applied to all direct cost and LTMM costs estimated.

### 4.3.4    Other Indirect Costs

Other indirect costs were estimated as a percentage of the total estimated direct and LTMM cost.

| Category | Percentage of Estimate |
| --- | --- |
| Engineering and Redesign | 2 |
| Agency Administration | 2 |
| Federal Contract on Direct Costs | 3 |

Kensington Gold Project
Reclamation and Closure Plan

May 5, 2005
Page 43

001162

Exhibit 19, page 47

The total direct cost and cost estimated for each indirect category is as follows:

| Cost Item | Amount US$ |
|---|---|
| Total Direct and LTMM Costs | $5,203,000 |
| Indirect Costs | |
| Contingency | $520,000 |
| Engineering Redesign | $104,000 |
| Agency Admin | $104,000 |
| Fed. Contract Direct Cost | $156,000 |
| **Total Direct and Indirect Costs** | **$6,088,000** |

### 4.3.5  Inflation Cost

Inflation was added to the total direct and indirect cost to account for the potential period for time that could elapse between updating the reclamation plan and completing reclamation activities. A six year term is used for calculating inflation assuming that the mine forfeits the bond at the end of the three year cycle for updating the reclamation plan, that one year passes before reclamation begins, and that reclamation occurs over a two year period. A construction cost inflation rate of 3.2 percent was used to calculate the inflation cost ($1,266,000). Additional information on the inflation cost calculation is presented in Appendix A.

The total estimated reclamation cost including direct and indirect cost and inflation is approximately $7,354,000.

### 4.4    Post-Closure Financial Assurance

For the purposes of reclamation bonding, there will be three distinct phases of closure:

- Phase I will cover the period after operations cease and reclamation is actively under way.

- Phase II will cover the period after final reclamation has been completed; monitoring and maintenance would be ongoing. Phase II bonding would still be provided by the reclamation bond.

- Phase III will cover the period when all agencies accept the reclamation effort and release the bonds. Phase III financial assurance would be provided in accordance with the terms of the ROD.

Coeur will provide an acceptable financial assurance as a condition of the approved Plan of Operations, Record of Decision and this reclamation and closure plan. Coeur anticipates applying for partial release of reclamation surety bond monies in subsequent years, as allotting credit for successfully completed discrete reclamation procedures reduces the final reclamation costs. A full release of the surety would be requested when all requirements of the final reclamation and closure plan have been met. The funds for long-term monitoring and maintenance costs, however, would still be guaranteed by establishment of a trust agreement.

Kensington Gold Project
Reclamation and Closure Plan

May 5, 2005
Page 44

001163

Exhibit 19, page 48

In the event a new operator assumes control of the project, the new operator or landowner would agree to assume full responsibility for the reclamation and maintenance of all affected land and structures that are the subject of these principles. The new owner/operator would also be required to assume all related permit conditions that may apply to the overall reclamation process. The new operator would transfer to its name all applicable state and federal permits and provide evidence that a surety acceptable to the agency covering the reclamation of disturbed land, including post-closure monitoring and maintenance, is filed.

Kensington Gold Project
Reclamation and Closure Plan

May 5, 2005
Page 45

001164

Exhibit 19, page 49

## 5.0   REFERENCES CITED

Barnes, LE. 1983. The colonization of ball-clay ponds by macroinvertebrates and macrophytes. Freshwater Biology 13:561-578.

Bass, D. 1992. Colonization and succession of benthic macroinvertebrates in Arcadia Lake, a South-Central USA reservoir. Hydrobiol. 242:123-131.

Coeur Alaska, Inc. 2005. Final Plan of Operations for the Kensington Gold Project.

Hayward, JMR, CG Ingersoll, JR Jones, and DW Whites. 2001. Influence of sediment type and exposure time on likeness of colonization tray and background macroinvertebrate assemblages. J. Freshwater Ecology 16:565-573.

Layton, RJ and JR Voshell. 1991. Colonization of new experimental ponds by benthic macroinvertebrates. Environ. Entomol. 20:110-117.

Niemi, G.J., P. DeVore, N. Detenbeck, D. Taylor, A. Lima, J. Pastor, J.D. Yount, R.J. Naiman. 1990. Overview of case studies on recovery of aquatic systems from disturbance. Environ Manage 14:547-569.

Paterson, CG and CH Fernando. 1969. Macroinvertebrate colonization of the marginal zone of a small impoundment in Eastern Canada. Can. J. Zool. 47:1229-1238.

Spencer E. R. 2005. Heavy Construction Cost Data, 19th Annual Edition, RS Mean Construction Publishers and Consultants.

United States Forest Service (USFS). 2004. Training Guide for Reclamation Bond Estimation and Administration, April 2004.

Voshell, JR and GM Simmons. 1984. Colonization and succession of benthic macroinvertebrates in a new reservoir. Hydrobiol. 112:27-39.

001165

Exhibit 19, page 50