Application No. 071-OYD-4-840012   4-840012

Name of Applicant  Cominco Alaska, Incorporated

Effective Date  NOV 28 1985

Expiration Date (If applicable) _____

File No.  Chukchi Sea 11

## DEPARTMENT OF THE ARMY
## PERMIT

Referring to written request dated January 12, 1984 for a permit to:

( ) Perform work in or affecting navigable waters of the United States, upon the recommendation of the Chief of Engineers, pursuant to Section 10 of the Rivers and Harbors Act of March 3, 1899 (33 U.S.C. 403);

(x) Discharge dredged or fill material into waters of the United States upon the issuance of a permit from the Secretary of the Army acting through the Chief of Engineers pursuant to Section 404 of the Clean Water Act (33 U.S.C. 1344);

( ) Transport dredged material for the purpose of dumping it into ocean waters upon the issuance of a permit from the Secretary of the Army acting through the Chief of Engineers pursuant to Section 103 of the Marine Protection, Research and Sanctuaries Act of 1972 (86 Stat. 1052; P.L. 92-532);

Cominco Alaska, Incorporated
5660 B. Street
Anchorage, Alaska  99502

is hereby authorized by the Secretary of the Army:

to  a.  place approximately 2,800,000 cubic yards (cy) of mine tailings in the south fork of Red Dog Creek, and adjacent wetlands to construct a 150' high x 2,400' long dam with a 30' crest width and 930' bottom width  b. place approximately 177,400 cy of gravel into wetlands to construct a 2.1 mile road with a 60' crown width, depth of 6' and 2:1 side slopes

in  south fork of Red Dog Creek and adjacent wetlands section 19, T. 13 N., R. 18 W., K.R.M.

at  near Kivalina, Alaska

in accordance with the plans and drawings attached hereto which are incorporated in and made a part of this permit (on drawings, give file number or other definite identification marks.)

"PROPOSED: ROAD AND DAM FILL; IN: RED DOG CREEK; NEAR: KIVALINA, ALASKA; APPLICATION BY: COMINCO ALASKA, INCORPORATED; DATED: JANUARY 1984; 4 SHEETS. ALSO SUBJECT TO ADEC SPECIAL CONDITIONS."

subject to the following conditions:

1. **General Conditions:**

   a. That all activities identified and authorized herein shall be consistent with the terms and conditions of this permit; and that any activities not specifically identified and authorized herein shall constitute a violation of the terms and conditions of this permit which may result in the modification, suspension or revocation of this permit, in whole or in part, as set forth more specifically in General Conditions j or k hereto, and in the institution of such legal proceedings as the United States Government may consider appropriate, whether or not this permit has been previously modified, suspended or revoked in whole or in part.

**ENG FORM 1721, Sep 82**          EDITION OF 1 JUL 77 IS OBSOLETE          (ER 1145-2-303)

1

The following Special Conditions wi..  ,applicable when appropriate:

**STRUCTURES IN OR AFFECTING NAVIGABLE WATERS OF THE UNITED STATES:**

   a. That this permit does not authorize the interference with any existing or proposed Federal project and that the permittee shall not be entitled to compensation for damage or injury to the structures or work authorized herein which may be caused by or result from existing or future operations undertaken by the United States in the public interest.

   b. That no attempt shall be made by the permittee to prevent the full and free use by the public of all navigable waters at or adjacent to the activity authorized by this permit.

   c. That if the display of lights and signals on any structure or work authorized herein is not otherwise provided for by law, such lights and signals as may be prescribed by the United States Coast Guard shall be installed and maintained by and at the expense of the permittee.

   d. That the permittee, upon receipt of a notice of revocation of this permit or upon its expiration before completion of the authorized structure or work, shall, without expense to the United States and in such time and manner as the Secretary of the Army or his authorized representative may direct, restore the waterway to its former conditions. If the permittee fails to comply with the direction of the Secretary of the Army or his authorized representative, the Secretary or his designee may restore the waterway to its former condition, by contract or otherwise, and recover the cost thereof from the permittee.

   e. Structures for Small Boats: That permittee hereby recognizes the possibility that the structure permitted herein may be subject to damage by wave wash from passing vessels. The issuance of this permit does not relieve the permittee from taking all proper steps to insure the integrity of the structure permitted herein and the safety of boats moored thereto from damage by wave wash and the permittee shall not hold the United States liable for any such damage.

**MAINTENANCE DREDGING:**

   a. That when the work authorized herein includes periodic maintenance dredging, it may be performed under this permit for _____ years from the date of issuance of this permit (ten years unless otherwise indicated);

   b. That the permittee will advise the District Engineer in writing at least two weeks before he intends to undertake any maintenance dredging.

**DISCHARGES OF DREDGED OR FILL MATERIAL INTO WATERS OF THE UNITED STATES:**

   a. That the discharge will be carried out in conformity with the goals and objectives of the EPA Guidelines established pursuant to Section 404(b) of the Clean Water Act and published in 40 CFR 230;

   b. That the discharge will consist of suitable material free from toxic pollutants in toxic amounts.

   c. That the fill created by the discharge will be properly maintained to prevent erosion and other non-point sources of pollution.

**DISPOSAL OF DREDGED MATERIAL INTO OCEAN WATERS:**

   a. That the disposal will be carried out in conformity with the goals, objectives, and requirements of the EPA criteria established pursuant to Section 102 of the Marine Protection, Research and Sanctuaries Act of 1972, published in 40 CFR 220-228.

   b. That the permittee shall place a copy of this permit in a conspicuous place in the vessel to be used for the transportation and/or disposal of the dredged material as authorized herein.

This permit shall become effective on the date of the District Engineer's signature.

Permittee hereby accepts and agrees to comply with the terms and conditions of this permit.

_[signed] H M Gugerich - President_    _Jan 25/'85_
PERMITTEE & TITLE                        DATE

BY AUTHORITY OF THE SECRETARY OF THE ARMY:

_[signed]_                               _November 29, 1985_
For: Robert K. Oja, Chief, Regulatory Branch    DATE
DISTRICT ENGINEER, Colonel Wilbur T. Gregory, Jr.
FOR: U.S. ARMY, CORPS OF ENGINEERS

Transferee hereby agrees to comply with the terms and conditions of this permit.

_____   _____
TRANSFEREE                     DATE

19492

4

U.S. GOVERNMENT PRINTING OFFICE : 1983 O - 404-308

STATE OF ALASKA

DEPARTMENT OF ENVIRONMENTAL CONSERVATION

CERTIFICATE OF REASONABLE ASSURANCE

A Certificate of Reasonable Assurance, as required by Section 401 of the Clean Water Act, has been requested by Cominco Incorporated, 5660 "B" Street, Anchorage, Alaska 99502.

The proposed activity requires placement of approximately 2,800,000 cubic yards of dredged and fill material in the south fork of Red Dog Creek and adjacent wetlands to construct a tailing dam. The dam will be 150 feet high and 30 feet wide at the crest, with an embankment approximately 2,400 feet long. The upstream slope will be 2:1 with downstream side slope of 4:1. A spillway will be constructed to meet the 10-year, 24-hour rainfall event. The proposed construction also requires placement of approximately 177,408 cubic yards of fill material in wetlands to construct a gravel access road connecting the mill site, tailing dam, and mine. The 2.1 mile road will be constructed 6 feet high and 60 feet wide at the crown with 2:1 side slopes.

The proposed activity is located at the Red Dog Mine Site in Section 19, T.13N., R.18W., Kateel River Meridian.

Public Notice of the application for this certification has been made in accordance with 18 AAC 15.180.

Water Quality Certification is required for the proposed activity because the activity will be authorized by a Department of the Army permit identified as Chukchi Sea 11, NPACO 071-OYD-4-840012 and a discharge may result from the proposed activity.

Having reviewed the application and comments received in response to the public notice, the Alaska Department of Environmental Conservation certifies that there is reasonable assurance that the proposed activity, as well as any discharge which may result, is in compliance with the requirements of Section 401 of the Clean Water Act which includes the Alaska Water Quality Standards, 18 AAC 70, and the Standards of the Alaska Coastal Management Program, 6 AAC 80. In accordance with standard stipulations for similar projects, we recommend that:

1. Adequate culverts are installed and maintained in the access road to assure natural drainage patterns.

September 5, 1984
Date

Douglas L. Lowery
Regional Environmental Supervisor

Exhibit 23, page 3