

**Department of the Army**

**Record of Decision**

US Army Corps
of Engineers
Alaska District

---

**Applicant:** Coeur Alaska, Incorporated
**Application Number:** 2-900592
**Waterway Number:** Lynn Canal 31

I. <u>Decision</u>: In light of the overall public interest, I have decided to issue a Department of the Army (DA) permit under Section 10 of the Rivers and Harbors Act of 1899 (33 U.S.C. 403) and Section 404 of the Clean Water Act (33 U.S.C. 1344). The permit will be issued to Coeur Alaska, Incorporated, hereafter referred to as Coeur, to perform the following work:

Develop the infrastructure to construct, operate, and reclaim the Kensington Gold Mine. The work will include placing fill into approximately 261 acres of jurisdictional wetlands and/or other waters of the United States. The proposed project involves the excavation of approximately 3,911,140 cubic yards of material from jurisdictional wetlands and/or other waters of the United States. There will be a total of 4,704,790 cubic yards of fill material deposited in jurisdictional wetlands and/or waters of the United States. The major surface components are listed below, and have been rounded to the nearest whole number.

A. Mechanized land clearing, followed by the excavation of wetlands, and the placement of fill to construct the base, containment and drain structures for the Dry Tailings Storage Facility (DTF). The DTF is a permanent disposal and storage site for mill tailings, approximately 113 acres in wetlands.

B. Mechanized land clearing followed by the excavation of wetlands, to expose the underlying gravels. The sand and gravel deposits will be removed and used as construction material, approximately 55 acres in wetlands.

C. Mechanized land clearing, followed by the excavation of wetlands, and the placement of fill for building pads for the ore process area, batch plant and personnel camp, approximately 41 acres in wetlands. The diversion of Ophir Creek and Upper Sherman Creek will be constructed around the processing facilities. This component footprint is included within the disturbance for the process facility.

D. Mechanized land clearing, followed by the excavation of wetlands, and the placement of fill to construct the dissemination area, mine water sedimentation ponds, storm water and sediment detention ponds, a sedimentation facility, topsoil stockpile areas, laydown area, fuel storage, and an explosives magazine, approximately 27 acres in wetlands.

008862

Exhibit 29, page 1