



**USDA**

United States
Department of
Agriculture

Forest Service

Tongass
National
Forest
R10-MB-343



# KENSINGTON GOLD PROJECT

# FINAL SUPPLEMENTAL ENVIRONMENTAL IMPACT STATEMENT

## VOLUME I





Cooperating Agencies



008942

Exhibit 30, page 1

# Kensington Gold Project Final Supplemental Environmental Impact Statement

VOLUME I

United States Department of Agriculture
Forest Service
Tongass National Forest

August 1997



This document is printed on recycled paper.

008955

Exhibit 30, page 2

**Tailings Dewatering and Management**

Under Alternatives B through D, flotation tailings would be thickened to approximately 55-percent solids. Under Alternatives B and C, the thickener overflow would discharge to the mill water tank, and underflow would be pumped to two filter feed tanks at the mill site. Plate filters (or design equivalent) would dewater the flotation tailings to filter cake with 15- to 18-percent moisture content (dry weight). The filtrate would be recycled completely as process water. The filter cake would be transferred to covered trucks within the covered loading area and transported to the DTF for placement. The operator would construct a 60-foot wide haul road from the process area to the DTF to meet Mine Safety and Health Administration (MSHA) requirements.

Alternative D includes an 8,000-foot tailings slurry pipeline from the mill to a dewatering facility located near the DTF. Tailings would flow from the thickeners to an agitative tank and then by gravity through the pipeline. The pipeline would parallel the access/haul road in a 10-foot wide right-of-way (see Figure 2-4, presented previously). The tank would have an 8-hour maximum holding capacity. The tailings pipeline would be 14-inch HDPE with a 20-inch casing for spill containment. Flow sensors would be used to detect any blockages or breaks, and an automatic shutdown mechanism would activate as necessary. The dewatering facility would have the same configuration as under Alternatives B and C. The dewatered tailings would be conveyed to a covered transfer area prior to loading into trucks from which the tailings would be placed in the DTF. Reclaimed water would be piped back to the mill through a steel or HDPE pipeline parallel to the slurry pipeline for recycling. Construction of the pipelines would eliminate the 80 haulage trips per day for tailings. The haul road specifications under Alternative D would be the same as for Alternatives B and C, because waste rock and till borrow material would be transported to the DTF site.

**Dry Tailings Facility Operation**

Under Alternatives B through D, dry tailings would be placed in the DTF. The overall footprint of the DTF under Alternatives B and C would be about 104 acres. The DTF would be constructed in stages (i.e., cells)—cell 1 (33 acres), cell 2 (40 acres), and cell 3 (41 acres). Each cell would have 5 to 7 lifts of tailings. Under Alternative D, construction of an engineered structural berm could increase the area of disturbance by up to 18 acres.

Under Alternatives B through D, the operating scenario for the DTF involves construction of an initial drainage system following clearing, stripping, and stockpiling of surficial materials. As shown in Figure 2-8, the drainage system would be herringbone design with drains spaced at about 100-foot intervals. The drains would be filled with gravel from the construction of the terminal area at Comet Beach. The gravel would be wrapped in geotextile materials to ensure integrity. Prior to initial tailings placement, a minimum of 2 feet of development rock would be placed over the foundation drains. Any areas of the ground that were unsuitable for direct waste rock placement would be covered with geofabric prior to rock placement. Tailings then would be placed in uncompacted lifts approximately 28 feet high. Placement would occur across the entire width of the cell, advancing in an easterly direction. Tailings would not be stored