IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, et al., <br><br> Plaintiffs, <br> vs. <br><br> UNITED STATES ARMY CORPS OF ENGINEERS; et al. <br><br> Defendants, <br> and <br><br> COEUR ALASKA, INC., et al., <br><br> Defendant-Intervenors. | Case No. J05-0012 CV (JKS) <br><br> **DECLARATION OF JAMES A. SABALA IN SUPPORT OF COEUR ALASKA, INC.'S SUMMARY JUDGMENT RESPONSE BRIEF** |

I, James Sabala, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I have personal knowledge of the factual statements made in this declaration. They are true and accurate to the best of my knowledge.

2. I hold the position of Chief Financial Officer of Coeur d'Alene Mines, Inc and Coeur Alaska, Inc.

3. Coeur has invested nearly $200 million in the Kensington Mine Project from inception of the project to date.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 3, 2006.

_____
James A. Sabala

Exhibit 31, page 1