SOUTHEAST CONFERENCE MEMBER ORGANIZATIONS

AEG Staffing Services
Alaska Airlines
Alaska Committee
Alaska Electric Light & Power
Alaska Energy Authority
Alaska Marine Highway System
Alaska Marine Lines / Lynden Transport
Alaska Municipal League
Alaska Power & Telephone
Alaska Power Association
Alaska Raptor Center
Alaska Ship & Drydock Inc.
Alaska State Chamber of Commerce
Alaska Department of Transportation
Arrow Refuse
Ballard & Associates
Bartlett Regional Hospital
Baxter Bruce & Sullivan, P.C.
Boyer Towing, Inc.
Boys & Girls Club of Southcentral Alaska
Cape Fox Corporation
Capital Disposal
Carson Dorn, Inc.
Catholic Community Services
Cellular One/Dobson Communications
Center for Community
Central Council Tlingit & Haida Indian Tribes of Alaska
CH2M Hill
Channel Construction, Inc.
Chelan Produce Company
Chilkoot Indian Association
City and Borough of Juneau
City and Borough of Sitka
City and Borough of Yakutat
City of Angoon
City of Coffman Cove
City of Cordova
City of Craig
City of Gustavus
City of Hoonah
City of Kake
City of Kasaan
City of Ketchikan
City of Pelican
City of Petersburg

City of Petersburg Community Development
City of Prince Rupert
City of Saxman
City of Skagway
City of Thorne Bay
City of Whitehorse
City of Wrangell
Coastal Helicopters Inc.
Coeur Alaska, Inc.
Community of Elfin Cove
Craig Clinic (City of Craig)
Cruise West
Dept. of Commerce
Derecktor Shipyards
Diocese of Juneau
DOT/PF
Electric Power Systems, Inc.
Elgee Rehfeld Mertz, LLC
Elliot Bay Design Group
F/V Icy Queen, Inc.
First Bank
First National Bank of Alaska
Four Dam Pool Power Agency
Gastineau Human Services
Glacier Bay National Park & Reserve
Goldbelt, Incorporated
Greater Ketchikan Chamber of Commerce
Greater Sitka Chamber of Commerce
Gustavus Electric Co.
Haines Borough
Haines Chamber of Commerce
Haines Sanitation
Hames Corporation
Holland America Line
Inside Passage Electric Cooperative,  Inc.
Inter-Island Ferry Authority
International Brotherhood of Electrical Workers
Int'l Union of Operating Engineers Local 302
Juneau Chamber of Commerce
Juneau Convention & Visitors Bureau
Juneau Economic Development Council
Kake Tribal Corp
Kennecott Greens Creek Mining Co.
Ketchikan Gateway Borough
Ketchikan General Hospital
Ketchikan Indian Community
Kootznoowoo Inc.
Madison Lumber and Hardware
McDowell Group

Metlakatla Indian Community
Naukati West Inc.
North West CruiseShip Association
Northland Services, Inc.
Office of the Governor
Organized Village of Kake
Petersburg Chamber of Commerce
Petersburg Economic Development Council
PND, Inc.
Polarconsult Alaska Inc.
Port of Bellingham
Portland Canal Development Council
Prince of Wales Chamber of Commerce
Princess Tours
Red Onion Saloon, Inc.
Regional District Kitimat-Stikine
RIDOLFI Inc.
Sargent Preston's Lodge
SE Alaska Rainforest Wild
Sea Level Transport, LLC
Sealaska Corporation
SEARHC
Service Auto Parts, Inc.
Shee Atika Inc.
Sitka Convention & Visitors Bureau
Sitka Economic Development Association
Sitka Tribe of Alaska
Skagway Chamber of Commerce
Southeast Alaska Regional Dive Fisheries Association
Southeast Stevedoring Corp.
Southeast Strategies
State of Alaska
The Boat Company
The Nature Conservancy in Alaska
Thomas Bay Power Authority
Thompson Management Services, Inc.
Tollhouse Energy Company
United Way of SE Alaska
University of Alaska Southeast
US Environmental Protection Agency
USDA Forest Service
USDA Rural Development
Waypoint Inn at Herring Bay
Wells Fargo Bank Alaska
Whale Tail Pharmacy LLC
White Pass & Yukon Route, Ltd.
Wostmann and Associates
Wrangell Chamber of Commerce



SITE MAP I ABOUT US I HOME

HOT TOPI(
» Annual Mt(
KTN
» 2006 Mid-!
» Resolution
» AK Waters
» 2005 Annu
» Post Meeti
» Legislative
» Newsletter
» SEC in the
» Members F
» SE Confere

Regional Issues

Programs

Calendar & Events

Membership

Members Only

Committees

Links

## Welcome to Southeast Conference

The mission of Southeast Conference is to undertake and support activities that promote strong economies, healthy communities, and a quality environment in Southeast Alaska.

Southeast Conference was formed in 1958 as an association of communities joined to advocate for establishment of the Alaska Marine Highway System. While our commitment to its development and efficient operation continues, Southeast Conference has greatly expanded both its membership base and its overall mission.

Today, Southeast Conference is a regional, nonprofit corporation that advances the collective interests of the people, communities and businesses in southeast Alaska. Members include municipalities, Native corporations and village councils, regional and local businesses, civic organizations and individuals from throughout the region.

Southeast Conference is the State-designated Alaska Regional Development Organization (ARDOR), the federally-designated Economic Development District (EDD), and the federally-designated Resource Conservation and Development Council (RC&D) for Southeast Alaska. Each of these designations requires Southeast Conference to take an active role in regional resource management and economic development planning.




**Southeast Conference**
P.O.Box 21989, Juneau, Alaska 99802-1989.
Phone: (907) 463-3445
Fax: (907) 463-5670
Contact Us email etc.

Copyright © 2002, **Southeast Conference**, all rights reserved.

Site designed by **WebWeavers**, LLC

Exh. B