Amy Gurton Mead
Robertson, Monagle & Eastaugh
801 W. 10th Street, Suite 300
Juneau, Alaska 99801
(907) 586-3340 (telephone)
(907) 586-6818 (facsimile)
agmead@romea.com

Of Attorneys for
Southeast Conference

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ARMY CORP OF ENGINEERS, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. J05-0012 CV (JKS) <br> ) <br> ) <br> ) <br> ) |

AMICUS BRIEF OF SOUTHEAST CONFERENCE
IN SUPPORT OF AFFIRMANCE

TABLE OF CONTENTS

**TABLE OF EXHIBITS** . . . . . . . . . . . . . . . . . . . . . . . . . 3

**STATEMENT OF IDENTITY OF AMICUS CURIAE** . . . . . . . . . . . . . . 4

**ARGUMENT** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

    I.   INTRODUCTION . . . . . . . . . . . . . . . . . . . . . . 5

    II.  THE KENSINGTON PROJECT WILL BRING A
        NECESSARY ECONOMIC TRANSFUSION TO
        SOUTHEAST ALASKA . . . . . . . . . . . . . . . . . . . . 6

    III. COEUR HAS CONSISTENTLY ACTED IN A
        RESPONSIBLE, COMMUNITY-ORIENTED
        MANNER IN DEVELOPING THE KENSINGTON PROJECT . . . . . 7

**CONCLUSION** . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

**TABLE OF EXHIBITS**

| | |
|---|---|
| Exhibit A | List of SEC member organizations |
| Exhibit B | Hard copy of SEC home page |
| Exhibit C | SEC Resolution 06-03 |
| Exhibit D | Fiscal Year 2006 Work Plan |
| Exhibit E | Minutes from the SEC 48th Annual Business Meeting, held Wednesday, September 28, 2005 |
| Exhibit F | SEC Resolution 05-19 |
| Exhibit G | "*Southeast Alaska Economic Profile*," by Linda J. Snow of Southeast Strategies |
| Exhibit H | Letter from SEC to Cindi Godsey, EPA, dated August 5, 2004 re: Kensington Gold Mine |

Declaration of James Douglas Becker

Declaration of Timothy Arnold

Declaration of Randy Wanamaker

**STATEMENT OF IDENTITY OF AMICUS CURIAE**

Southeast Conference is a private organization membership consisting of 30 communities, nine chambers of commerce, nine native corporations and organizations, and numerous other business, associations, and non-profit groups.[1] It is one of the eleven Alaska Regional Development Organizations, a member of the National Congress for Community Economic Development, and the National Association of Resource Conservation & Development Council organization for the Southeast Alaska region. The Conference's goal is to "support activities that promote strong economies, healthy communities, and a quality environment in Southeast Alaska."[2]

Southeast Conference strongly supports the development of the Kensington Gold Mine as it believes the mine to be of utmost importance to the continuing economic vitality of Southeast Alaska.[3]

Southeast Conference has filed a motion for leave to file its amicus brief concurrently with this pleading.

---

[1] See Exh. A for a complete list of current member organizations.
[2] Exh. B
[3] Exh. C

**ARGUMENT**

I.   INTRODUCTION

Founded in 1958, Southeast Conference is a regional, nonprofit organization with a membership consisting of Southeast Alaska communities, chambers of commerce, native corporations and organizations, non-profit groups, and local Southeast Alaska businesses.[4]  SEC's mission is "To help develop strong economies, healthy communities, and a quality environment in Southeast Alaska."[5]  Towards those ends, SEC staunchly supports the Kensington project as vitally important to the economic vitality of Southeast Alaska.

As part of its comprehensive economic strategy for the region, SEC annually adopts a number of working objectives.  One of those objectives is to "encourage and assist" the "responsible development of the mining sector" in Southeast Alaska."[6]  SEC's support of the Kensington project is consistent with that directive.  The Kensington mine project has been carefully (twice) reviewed and is now fully permitted.  The project plan is well-supported by an "overwhelming abundance of scientific information and sound engineering."[7]  Coeur has engaged in extensive community outreach, and the project has

---

[4] See Exh. A. *See also* http://www.seconference.org/mems.htm.
[5] http://www.seconference.org/goals.html.
[6] Exh. D
[7] Exh. C

5

already created hundreds of jobs. The mine is, without question, a much-needed boon to the region as a whole.

## II. THE KENSINGTON PROJECT WILL BRING A NECESSARY ECONOMIC TRANSFUSION TO SOUTHEAST ALASKA

The current statistics for the region are not encouraging. The population continues to decrease due to out-migration - especially by those in the 25 - 35 year old range - by as much as 4500 persons per year.[8] A major cause, according to a local economist, is a continuing loss of jobs.[9] Significantly, the economist found that jobs in some of the historically highest-earning industries, such as mining, are the ones that have been steadily declining.[10]

If the Kensington mine is allowed to become operational, it will help halt this alarming trend. The mine, which has already "publicly committed to hiring its future employees from Southeast Alaska communities,"[11] will be the second largest private sector employer in the region.[12] That fact cannot be ignored. As noted by the Conference,

> Juneau and Southeast Alaska need the 200 plus high-paying jobs and $16 million annual payroll. We need these jobs to provide an opportunity for our youth to

---

[8] Exh. G. *See also* Declaration of Randy Wanamaker at ¶ 2, discussing the disturbing migration of young Native Alaskans out of Southeast Alaska.
[9] Exh. G
[10] *Id.*
[11] Exh. F
[12] http://www.seconference.org/pdf/McDowell-SECMid-winter2006.pdf

6

remain here, and not lose them to the Lower 48. . .[13]

If Southeast Alaska is going to avoid stagnation, if it is going to remain viable, it needs the Kensington mine and the economic opportunities a fully-functioning mine will create.

### III. COEUR HAS CONSISTENTLY ACTED IN A RESPONSIBLE, COMMUNITY-ORIENTED MANNER IN DEVELOPING THE KENSINGTON PROJECT

Coeur's efforts to develop its mine with as much community input as possible has resulted in organizations such as SEC to firmly support the project.

As explained by Tim Arnold, Coeur Alaska's General Manager, Coeur has actively solicited input from Native communities, local industry, and conservationists.[14] The company has held workshops and met with Native elders, cooperated with environmental groups like the Kensington Coalition in developing key aspects of the project plan, and attended meetings and held presentations for local government, industry, and community

---

[13] Exh. C, Resolution 05-19 "A resolution supporting Coeur Alaska's Kensington Mine as a Regional Economic Development and Employment Opportunity for Southeast Alaskans." See also Exh. H, letter from SEC Board President and Director to the U.S. E.P.A., stating
> This type of project is vitally important to us as a region. Southeast Alaska is losing population. Downturns in timber and fishing over the last decade, and losses of thousands of jobs, make this project all the more important to us. This project will ease unemployment and increase the tax base in our communities.

[14] See Declaration of Timothy Arnold at ¶ 2.

7

organizations.[15]  Additionally, Coeur has contributed both money and resources to the community – sponsoring local restoration projects, donating equipment and funds to local non-profit groups (including the Haines hospital and library, Special Olympics of Alaska, Big Brothers and Big Sisters, and Litter Free, to name a few), participating in local science fairs, and aiding in the funding of a scholarship at the University of Alaska for students wishing to study environmental science.

It is this kind of active-involvement with the community, along with Coeur's environmentally responsible and fully-disclosed intentions with respect to its plan for the project area, that has reassured the SEC member organizations, the Native community[16], and local industry.[17]  SEC firmly believes that the project is one of the community's best hopes for a sustainable future.[18]

---

[15] See Arnold Declaration at ¶¶ 3 – 6; See also Declaration of James Douglas Becker at ¶ 5.
[16] See, also, Mr. Wanamaker's declaration.  Mr. Wanamaker, a respected Tlingit who is descended from the Native Alaskans who originally lived near and used Berners Bay, firmly supports the mine.  See also Exh. A to Mr. Wanamaker's declaration, a letter from Austin H. Brown in support of the mine.  Mr. Brown was a Tlingit Elder whose family, according to Native custom, owns the land on which the Kensington project sits.
[17] See Mr. Becker's declaration, a commercial fisherman and user of Berners Bay since the 1970s, and president of the Juneau chapter of the United Southeast Alaska Gillnetters.
[18] See Wanamaker Declaration at ¶ 12.

8

## CONCLUSION

SEC, as an organization created for the sole purpose of working for the benefit of the Southeast Alaska region as a whole, strongly supports the Kensington mine. The mine, which will be operated in an environmentally responsible manner, will provide desperately needed economic opportunities to the residents of Southeast Alaska. SEC respectfully requests that the Court dismiss the Plaintiffs' complaint in its entirety, with prejudice.

RESPECTFULLY SUBMITTED May 5, 2006.

>s/Amy Gurton Mead
>AMY GURTON MEAD
>Robertson, Monagle & Eastaugh
>801 W 10th St., Ste. 300
>Juneau, AK  99801
>(907) 586-3340 (telephone)
>(907) 586-6818 (facsimile)
>agmead@romea.com
>
>Of Attorneys for Southeast Conference

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 5, 2006, a copy of the foregoing document was served electronically on the following attorneys:

Demian A. Schane
Thomas S. Waldo
Mark Nitczynski
Richard L. Pomeroy
David C. Crosby
Cameron M. Leonard
Ruth Hamilton Heese
John C. Berghoff, Jr.
Michael P. Rissman
Eric B. Fjelstad
Robert A. Maynard
Lawrence L. Hartig
Jim Ustasiewski


_____

Laurie Gyles-Chesnut