Amy Gurton Mead
Robertson, Monagle & Eastaugh
801 W. 10th Street, Suite 300
Juneau, Alaska 99801
(907) 586-3340 (telephone)
(907) 586-6818 (facsimile)
agmead@romea.com

Of Attorneys for
Southeast Conference

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES ARMY CORP OF ENGINEERS,<br><br>　　　　　　　Defendants. | Case No. J05-0012 CV (JKS)<br><br>**Declaration of Randy Wanamaker in Support of SEC'S Amicus Brief** |

I, RANDY WANAMAKER, pursuant to 28 U.S.C. sec. 1746, hereby state and declare as follows:

1. My name is Randy Wanamaker. I am a Director of Southeast Conference, a non-profit organization working to meet and improve the transportation, energy, social welfare and economic needs of Southeast Alaska. I am a Director and former Chairman of the Board of Directors of Goldbelt, Incorporated ("Goldbelt"), and Deputy Mayor of the City and Borough of

Juneau. I am also a Certified Professional Geologist and Registered Environmental Assessor. I have served as Chairman of the Alaska Water Resources Board and Senior Groundwater Program Manager for the U.S. Environmental Protection Agency.

2.  The Kensington Project is very important to the economic and employment future of the communities and people of Southeast Alaska. For over a decade, the population of Southeast Alaska has been shrinking as a result of the loss of jobs in the timber industry, the closure of canneries and changes to the fishing industry and the transfer of government to other regions of the state. This has resulted in a "brain drain" of our youth and young working families. Most young people are leaving the region and the state for college or work and they are not returning. Young families are leaving due to the high cost of living and the lack of good paying jobs. Schools are losing students and closing throughout the region as the young families migrate out in search of better economic and employment opportunities. New high schools in development in both Juneau and Haines are threatened by the dwindling student enrollments.

The Kensington will provide a much needed economic and employment shot in the arm for our communities:

- It is the only large project planned for our region, and without it, the loss of people is likely to accelerate. Most of the communities of Southeast Alaska have residents working on the current construction project, in training or waiting for training so that they can be employed at the mine

2

once operations begin. The Kensington project will provide the family wage jobs that our citizens need to be able to remain in our region.

- The community of Juneau has already accounted for the expected property and sales taxes from the mine into its budget projections. These revenues are needed to help sustain current services and programs.

- Haines is actively working to train its residents to become employable at the mine and to attract new residents from among the 225 new employees who will work at the mine.

- Among the many Alaska residents working on the mine construction or seeking training for employment for mine operations are numerous Alaska Native People seeking a way out of chronic under-employment and unemployment.

3. I am a Tlingit, born and raised in Juneau. My traditional name is Tsaaw Eesh, my moiety is Eagle, and my clan is Kaagwaantaan (Killerwhale). My Elders were traditional Leaders of Auk Kwaan Clans. I am related to and descended from the original Auk Kwaan Clans who lived near and used the greater Daxanáak area (Berners Bay).

In the late 1800's and early 1900's, my ancestors lived and worked in the mines along Lynn Canal, including the Kensington. My Granduncle was Jake Cropley, the last Traditional Leader of the Auk Kwaan. His son, Alton Ike Cropley (Kaagwaantaan, Killerwhale), is my uncle and he still lives near me in Juneau. My Grandfather was Henry Cropley, Jake Cropley's brother. All three men worked in the local mines and all three helped to

teach me the history of Tlingit People and the mining industry in northern Southeast Alaska.

4. Berners Bay and surrounding lands, including Cascade Point and the lands on which the Kensington project will be developed, are within the aboriginal territory of the Auk Kwaan Tlingit Clans, whose descendants are the modern day shareholders of Goldbelt. These more than 3000 shareholders live primarily in the communities of northern Southeast Alaska along with their extended families.

5. The area of the Kensington Project, which encompasses ancient villages, numerous petroglyphs, and burial sites, is very important to the Tlingit people. Additionally, it is an important traditional subsistence resource area. The east side of Lynn Canal and the Berners Bay area are part of the Great Migration Route of the Tlingit Kaagwaantaan Clan. Berners Bay proper is a traditional economic trading and subsistence harvest area. Berners Bay was also an important gathering area where Coastal Tlingit Clans met to trade and renew social and economic ties with each other and with Tlingits from the interior of Canada who came down routes along the icefields to Berners Bay.

6. During the late part of the 19th century and the early 20th century, the mountainous areas of Juneau, Lynn Canal and Berners Bay were extensively explored and numerous mines, both small and large, were developed. Among these was the original Kensington Mine. According to family and clan oral history, both

as taught to me and based on my interviews with descendants of Tlingits who lived through the development and the closure of mining in the early part of the 20th century, mining and mining companies were generally not disruptive to the traditional Tlingit way of life. The early mining companies employed Tlingits in all phases of mining and provided work schedules to accommodate the subsistence lifestyle of the Tlingit People and the seasonal lifestyle of the local commercial fishermen who worked in the mines. Tlingits were paid and treated the same as non-Tlingit employees. In fact, mining companies often hired local Tlingits for their knowledge of the region to help guide exploration parties and to build in difficult terrain. They often paid for the land when the land belonged to a Tlingit family or clan, when other industries, including the government, did not.

7.   Modern Tlingit Clan Elders remember the fairness and benefits of past mining employment and many actively support the current efforts of Coeur to reopen the Kensington. They also believe the Kensington will provide good paying jobs and provide a path and encouragement for young Tlingits to pursue careers in technical fields. Many have testified or written in support of the Kensington in numerous federal, state and local permitting hearings.

8.   These Elders would not support this development if it would negatively affect use of the area for subsistence

5

activities. Goldbelt shareholders and other Alaska Natives have participated in the process of assessing the environmental impacts of the Kensington project – including the impacts of constructing the Cascade Point dock and transporting mine workers across Berners Bay. They understand that Goldbelt and Coeur have agreed to extraordinary mitigation measures to insure that the resources of Berners Bay will not be harmed. These Native people agree with the adequacy of the Supplemental Environmental Impact Statement, which concluded that with the mitigation required by the Forest Service's decision, the impacts of the project on Berners Bay will be minimal. As an experienced environmental professional and as a current Tlingit Leader with knowledge of Berners Bay, I agree with the adequacy of the environmental review and mitigation requirements for this project.

9. As I mentioned above, the Kensington project area is part of the ancestral homelands of the Tlingit People of Southeast Alaska. In recognition of these ancestral ties, Coeur initiated and maintained contact with the leaders of the Tlingit People of the Juneau Region. The purpose of the contact was to determine any Tlingit concerns regarding the Kensington Project and to determine how to address those concerns.

This cultural outreach effort has been actively maintained by Coeur. Its success is illustrated by the letters of Mr. Austin H. Brown, an Elder of the Tlingit Dakl'aweidi Clan, who

actively supported the Kensington Project. (Mr. Brown is recently deceased).[1] According to traditional Tlingit custom, Mr. Brown's family owns the Kensington land at Sherman Creek.

    10. Subsistence is an integral component of the Tlingit identity. It is more than the gathering of food, it is an essential part of Tlingit heritage. Subsistence activities feed, clothe and define key aspects of Tlingit culture. The gathering and use of food and other natural resources are part of specific Tlingit Clan traditions and subsistence areas are often considered territorial clan or family areas with enforceable rights. Subsistence has been a part of the traditions in and around the Kensington and Berners Bay area for thousands of years and is practiced even today.

    Coeur went beyond the requirements of the National Environmental Policy Act and the National Historic Preservation Act by reaching out to the traditional cultural bearers and subsistence users of the Berners Bay area. Through facilitated interviews, Coeur learned cultural aspects of clan history for the Kensington and Berners Bay area that would not have come out through the usual permit process. Coeur was able to acknowledge and respect this history satisfactorily as evidenced by the letters of support from Mr. Brown and numerous tribal organizations.

---

[1] See Exh. A.

7

11. I was raised by elderly men and women who were quite traditional. These people lived through a time of great transition for Tlingit People and they taught me our history. Our elders who lived in the Juneau area during the first days of mining, commercial fishing and logging were very industrious. They saw the changes coming and sought to adapt and work with the new culture developing in their traditional areas. In some ways they were successful, in others they were not.

One of my elders was my aunt, Elizabeth Peratrovich. I remember her quite well because she was such a respected person and she lived until I was fourteen. She often visited my parents to enlist their help to organize events or lobby the territorial legislature and the cities of Juneau and Douglas in the 1950's.

Elizabeth's Father, Andrew Wanamaker, was a Presbyterian Minister. He and my Grandfather, Henry Cropley, were the best of friends. They took me with them when I was a boy and taught me our history, and how to fish and gather food. In traveling with them, I met many people from many ethnic backgrounds who had helped to build the bridges, roads and buildings of Southeast Alaska. I learned the history of the region directly from the people who lived it.

These people were the examples from my early life that lead me to service on the Juneau School Board and then the Juneau Assembly. From these people I learned that we cannot prevent

change but we can adapt, and through adaptation, provide a better future for our children and grandchildren.

12. In my opinion, the Kensington is needed to help provide a better future for our children and grandchildren. It has been responsibly planned, permitted and developed. It will not be disruptive to the Tlingit way of life or damage the environment. It is precisely for these reasons why so many Native and business organizations and citizens of so many ethnic backgrounds from across Southeast Alaska support the Kensington Project, and it is why I believe the Kensington is one of our best hopes for a sustainable future for our region and people as a whole.

DATED this **3rd** day of **MAY**, 2006, at Juneau, Alaska.

*Randy Wanamaker*
Randy Wanamaker



Austin H. Brown
501 Kennedy Street
Juneau, Alaska
99801-1056

February 5, 1999

To Klukwan and Haines Alaska Native Brotherhood and Sisterhood:

My name is Austin Harding Brown. I am Tlingit, of the Eagle Moiety, Killer Whale Clan; from Klukwan, Alaska. I am a lifelong member of the Alaska Native Brotherhood, born and raised in Klukwan.

For generations, my family has owned and used subsistence sites at Sherman Creek and Echo Cove near Juneau. In 1904 my Grandfather homesteaded Comet Beach according to Territorial Law, and my Grandfather marked our land at Sherman Creek according to traditional Tlingit custom.

We used the Comet Beach and Sherman Creek areas for berry picking and mink trapping. Goat meat was hunted in the upper valley area above the present Kensington Mine. The Sherman Creek area was also used as a seasonal fish camp. Our family's subsistence lifestyle and uses in these areas continued without harm or interruption during the period of mining and logging earlier in this century.

Along with many other Native People, my Grandfather and Father worked at the mines above Sherman Creek Valley and at William Henry Bay. My Grandfather and Father did not object to the mining because the mines did not interfere with our living there; mining did not harm our subsistence lifestyles; and because the Sherman Creek/Kensington Mine area does not have items of cultural significance such as burial or village sites.

After listening to an explanation of the mining plan from our family friend, Randy Wanamaker, an environmental geologist, who is Eagle - Killer Whale, from Sitka, I support the new Kensington Mine proposal. I think the mining plan is safe and that Randy will look out for Native interests.

The mine employment opportunities will be good for our Alaska Native People; I encourage you to join me in this support.

Sincerely,

*[signature: Austin H. Brown]*
Austin H. Brown

Exh. A



Austin H. Brown
501 Kennedy Street
Juneau, Alaska
99801-1056

February 5, 1999

To all Interested Parties, including Alaska Native Organizations and Federal, State and Local Permitting Agencies:

My name is Austin Harding Brown. I am Tlingit, of the Eagle Moiety, Killer Whale Clan; from Klukwan, Alaska. I am a Sealaska and Goldbelt Shareholder and a lifelong member of the Alaska Native Brotherhood.

For generations, my family has owned and used subsistence sites at Sherman Creek and Echo Cove near Juneau. In 1904 my Grandfather homesteaded Comet Beach according to Territorial Law, and my Grandfather marked our land at Sherman Creek according to traditional Tlingit custom. The Echo Ranch Bible Camp area is also one of our family's seasonal subsistence sites.

We used the Comet Beach and Sherman Creek areas for berry picking and mink trapping. Goat meat was hunted in the upper valley areas of the present Kensington Mine site. Sherman Creek was also used as a seasonal fish camp while the Echo Ranch Bible Camp area was used for berry picking, trading and seasonal living.

Our family's subsistence lifestyle, trading and other uses in these areas continued without harm or interruption during the period of mining and logging earlier in this century.

I support the Goldbelt Cascade Point Project because I trust Goldbelt to be a responsible steward of the land; because the employment opportunities will be good for our Shareholders; and, because the Cascade Point site does not have cultural significance.

I have asked our family friend, Randy Wanamaker, a Tlingit, Eagle - Killer Whale from Sitka to explain my family's historical use of this land and to express my support for the Goldbelt Project.

Sincerely,

*Austin H Brown* (signature)

Austin H. Brown