IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES ARMY CORPS OF ENGINEERS; et al. <br><br> Defendants. | No. J05-0012 CV (JKS) <br><br> **ENTRY OF APPEARANCE** |

COMES NOW, the law firm of SIMPSON, TILLINGHAST & SORENSEN, P.C. of One Sealaska Plaza, Suite 300, Juneau, Alaska 99801 and enters its appearance on behalf of the BERNERS BAY CONSORTIUM for the purpose of filing its Motion for Leave to File an Amicus Brief, its Amicus Brief and Proposed Order. All notices, motions, and pleadings should be sent to this law firm's address to the attention of the undersigned attorney.

Dated this __5th__ day of May, 2006.

_____
Stephen F. Sorensen (ABA 8206064)
SIMPSON, TILLINGHAST & SORENSEN, P.C.
One Sealaska Plaza, Suite 300
Juneau, Alaska 99801
Ph: 907-586-1400
Fax: 907-586-3065
Email: ssorensen@stsl.com

Attorneys for Berners Bay Consortium