IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, et al., ) ) )<br><br>Plaintiffs, )<br>vs. )<br>)<br>UNITED STATES ARMY CORPS OF )<br>ENGINEERS; et al. )<br>)<br>Defendants. )<br>) | No. J05-0012 CV (JKS)<br><br>**PROPOSED ORDER** |

IT IS ORDERED that the Berners Bay Consortium's motion for leave to file brief as amicus curiae in opposition to plaintiffs' motion for summary judgment is granted.

SO ORDERED this ____ day of _____, 2006.

By the Court:

_____
JAMES K. SINGLETON
UNITED STATES DISTRICT JUDGE

proposed order submitted by:

Stephen F. Sorensen (ABA 8206064)
SIMPSON, TILLINGHAST & SORENSEN, P.C.
One Sealaska Plaza, Suite 300
Juneau, Alaska 99801
Ph: 907-586-1400
Fax: 907-586-3065
Email: ssorensen@stsl.com

Attorneys for Berners Bay Consortium