Stephen F. Sorensen
Simpson, Tillinghast & Sorensen, P.C.
One Sealaska Plaza, Suite 300
Juneau, Alaska 99801
Phone: (907) 586-1400
Fax: (907) 586-3065
ssorensen@stsl.com

Attorneys for the
Berners Bay Consortium

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) No. J05-0012 CV (JKS) ) |
| UNITED STATES ARMY CORPS OF ENGINEERS; et al. | ) ) ) |
| Defendants. | ) ) |

**THE BERNERS BAY CONSORTIUM'S BRIEF AS AMICUS CURIAE IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

The Berners Bay Consortium ("BBC") submits this brief as amicus curiae in opposition to plaintiffs' motion for summary judgment.

**INTRODUCTION**

The BBC, on behalf of the Native Alaskan shareholders of its member corporations, respectfully urges this Court to deny plaintiffs' motion for summary judgment. The BBC and its Native members have participated in the environmental planning of the Kensington project and have thoroughly studied the final proposal. The BBC is convinced that the proposed mine is an environmentally sound and responsible project. As a result, the BBC and its Native members

Southeast Alaska Conservation Council, et al. v.
U.S. Army Corps of Engineers, et al.
J05-0012 CV (JKS)

wholeheartedly support the Kensington project. The proposed mine will bring severely needed jobs and economic opportunities to the Native Villages of Southeast Alaska. Plaintiffs' attempt to derail this extremely valuable and carefully considered proposal threatens to rob Native Alaskans of the vital opportunities offered by the Kensington project.

## BACKGROUND

The Berners Bay Consortium ("BBC") was formed in January 1995 for the purpose of developing recruitment and training opportunities for Native Alaskans. The Kake Tribal Corporation ("Kake"), the Klukwan Tribal Corporation ("Klukwan"), and Goldbelt, Inc. ("Goldbelt") are members of the BBC, as is Coeur Alaska, Inc. ("Coeur Alaska"). Kake, Klukwan, and Goldbelt are Alaska Native Village Corporations organized under the Alaska Native Claims Settlement Act (ANCSA). *See* Declaration of Duff W. Mitchell ("Mitchell Declaration"), at ¶ 3.

Congress enacted ANCSA in 1971 to settle the aboriginal land claims of Native groups in Alaska. 43 U.S.C. § 1601(a). Among other provisions, ANCSA provided for the creation of "Village Corporations" to "hold, invest, manage and/or distribute lands, property, funds, and other rights and assets for and on behalf of a Native village." 43 U.S.C. § 1602(j). The Kake and Klukwan Tribal Corporations represent Tlingit villages in Southeast Alaska. Goldbelt includes both Tlingit and Haida shareholders. *See* Mitchell Declaration, at ¶ 3.

## ARGUMENT

**I.  The BBC's Native Alaskan Members Support the Environmental Soundness of the Kensington Project.**

The Tlingit and Haida people have subsisted on the land and water of Southeast Alaska for over 10,000 years. The health of the environment is of critical concern to the BBC and its Native members, and they are deeply committed to serving as responsible stewards of their land

Southeast Alaska Conservation Council, et al. v.
U.S. Army Corps of Engineers, et al.
J05-0012 CV (JKS)

- 2 -

and marine resources. As a result, the BBC and its Native members carefully review proposed development in Southeast Alaska to insure the long-term sustainability of their environmental surroundings. *See* Mitchell Declaration, at ¶ 8.

Coeur Alaska, Inc., demonstrating its commitment to including the entire Southeast Alaska community, invited the BBC and its Native members to participate in the environmental planning of the Kensington project. The BBC worked with Coeur Alaska to develop the final project design, and it carefully reviewed the completed proposal. The BBC and its Native members have concluded that the Kensington project is environmentally sound and that it meets and respects the concerns of Native Alaskans in preserving the environmental integrity of their surroundings. *See* Mitchell Declaration, at ¶ 9, 15.

## II.   The Kensington Project Offers Much Needed Economic Opportunities to the Native Villages of Southeast Alaska.

The economic situation in much of Southeast Alaska is depressed, especially in Native Villages. These communities do not enjoy the economic diversity that exists in larger communities, such as Juneau. Over the last decade, there has been a significant jobs loss in the region, primarily due to mill closures in Ketchikan and Wrangell and the declining fishing industry. Native Villages, in particular, have suffered and continue to suffer from this downturn. In the Village of Kake, for example, jobs are essentially nonexistent. Unemployment is rampant. Kake has experienced significant population loss and is continuing to lose its Native residents as they are forced to leave the village in search of meaningful employment. *See* Mitchell Declaration, at ¶ 10.

The Kensington project offers hope to the Native Villages of Southeast Alaska. Through an agreement with Coeur Alaska, shareholders of the BBC member corporations have secured preferential employment and training opportunities in connection with the Kensington mine

Southeast Alaska Conservation Council, et al. v.
U.S. Army Corps of Engineers, et al.
J05-0012 CV (JKS)
- 3 -

project. These preferences are extremely valuable to the BBC. It is expected that 25 percent of the mine's hires will be Native Alaskans. *See* Mitchell Declaration, at ¶ 11.

Native Corporations are also benefiting from partnerships and joint ventures in connection with the construction and operation of the mine. Kake, for example, is partnering with TIC, a heavy industrial contractor, to install mill equipment at the Kensington site, is involved in a joint venture with ESS, a catering and support services organization, to provide catering at Comet Beach, is partnering with Western Marine to construct the Slate Creek Cove dock, and is working with Redpath for underground activities. *See* Mitchell Declaration, at ¶ 12.

In addition, the economic benefits offered by the Kensington project are not limited to the Juneau area. Coeur Alaska, through its partnership with the BBC, plans to train and recruit Native Alaskans from the BBC member corporations. There is the potential for workers to commute from Native Villages. This will spawn regional economic benefits for the service industries necessary to support the mine's workers. For example, the Haines school district has prepared a recruiting brochure aimed at attracting mine workers to live in Haines. The Klukwan Tribal Corporation is exploring the possibility of providing a fast ferry service, so that the Kensington workers can commute from Haines. *See* Mitchell Declaration, at ¶ 13.

The Kensington project also offers educational opportunities that could extend far beyond the life of the mine. Coeur Alaska has plans to reinstitute a local mining vocational education and training program that was successfully operated in 1997 through a partnership with Native Village Corporations, the Alaska Department of Labor, and the University of Alaska. These severely needed employment, economic, and educational opportunities are crucial to the BBC and its Native members. *See* Mitchell Declaration, at ¶ 14.

Southeast Alaska Conservation Council, et al. v.
U.S. Army Corps of Engineers, et al.
J05-0012 CV (JKS)

- 4 -

The Kensington project will provide a vital boost to the declining economic situation plaguing Native Villages in Southeast Alaska. It will do so while simultaneously preserving the environmental integrity that the region's Native inhabitants have depended upon for thousands of years. Therefore, the BBC and its Native members urge this Court to deny plaintiff's efforts to block the Kensington project.

## CONCLUSION

For the reasons stated above, the amicus curiae Berners Bay Consortium requests that this Court deny plaintiffs' motion for summary judgment.

Respectfully submitted this 5th day of May, 2006.

*/s/ Stephen F. Sorensen*

Stephen F. Sorensen (ABA 8206064)
SIMPSON, TILLINGHAST & SORENSEN, P.C.
One Sealaska Plaza, Suite 300
Juneau, Alaska 99801
Ph: 907-586-1400
Fax: 907-586-3065
Email: ssorensen@stsl.com

Attorneys for Berners Bay Consortium

Southeast Alaska Conservation Council, et al. v.
U.S. Army Corps of Engineers, et al.
J05-0012 CV (JKS)

- 5 -