IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, et al., <br><br> Plaintiffs, <br> vs. <br><br> UNITED STATES ARMY CORPS OF ENGINEERS; et al. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. J05-0012 CV (JKS) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DECLARATION OF DUFF W. MITCHELL

I, Duff W. Mitchell, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is Duff W. Mitchell. I reside in Juneau, Alaska.

2. I hold the rank of Lieutenant Colonel, Commander 3rd Battalion, 297th Infantry, United States Army, headquartered in Juneau.

3. I am the Chief Operating Officer of the Kake Tribal Corporation ("Kake"), which is an Alaska Native Village Corporation organized under the Alaska Native Claims Settlement Act (ANSCA). Kake is a member of the Berners Bay Consortium, which was formed in January 1995 for the purpose of developing recruitment and training opportunities for Native Alaskans. The Klukwan Tribal Corporation and Goldbelt, Inc., two other Alaska Native Village Corporations, are also members of the Berners Bay

Consortium, as is Coeur Alaska, Inc. The Kake, Klukwan, and Goldbelt shareholders, are descended from the Tlingit people. Some shareholders are Haida, as well.

4. I know Berners Bay like the back of my hand. I regularly crabbed in Berners Bay for a period of ten years, until about 1997. During that period I was crabbing in the Bay approximately two times a week during the summer season. I tried to make sure that one of my weekly visits occurred on the weekend when there were more boaters on the bay. I stopped crabbing in Berners Bay when I took a position with Kake. Since then I have continued to visit Berners Bay from time to time.

5. During my ten years crabbing in Berners Bay, I never saw anyone using the Lower Slate Lake area for recreation. I have tied up at the area where Slate Creek meets Berners Bay below Lower Slate Lake. The area is mosquito-infested. Also, I never saw anyone climbing to Slate Lake for recreational purposes. Occasionally I saw a bulldozer headed up that way from Slate Creek along the old road, but that's it.

6. I have observed many boats using Berners Bay, including crab boats, fishing boats, sightseeing boats, kayaks, and other crafts. Some of these are motorized and some are oar-powered. Air boats use the bay for hunting excursions. Helicopters fly over the bay for sightseeing and other purposes.

Other than the air boats, which are quite noisy, the watercraft on the bay do not create a noise or visual disturbance.

7. I understand that the Kensington gold project proposes to shuttle its workers from Cascade Point across the bay to Slate Creek Cove, and that there will be up to five round trips per day. This proposed use would not affect the recreational uses of the bay.

8. Environmental protection of Berners Bay and all of Southeast Alaska is extremely important to me. The membership of Berners Bay Consortium is very concerned with environmental preservation. These are our ancestral Tlingit lands. The Tlingit and Haida people have depended on the land and water of Southeast Alaska for over 10,000 years. We are committed to being responsible stewards of the environment and review all development projects in the region with a critical eye.

9. Coeur Alaska has gone to great lengths to recognize and respond to environmental concerns, including concerns initially raised by the Berners Bay Consortium. For example, Coeur Alaska, Inc. invited the BBC and its Native members to participate in the environmental planning of the mine. We worked with Coeur to make sure the project respects the environment. We have carefully reviewed the Kensington proposal and have found it be an environmentally sound project

10. The economic situation in much of Southeast Alaska, particularly Native Villages, is depressed. Native Villages like Kake are not blessed with the diverse economies that exist in larger communities like Juneau. The area has lost many timber and fishing related jobs over the last 10 years. Jobs and economic opportunities are nonexistent in the Village of Kake. Unemployment is high. Kake's population has shrank significantly, and more people are leaving in search of jobs and meaningful employment.

11. The Kensington project offers much needed economic opportunities, jobs, and educational programs. Through an agreement with Coeur Alaska, the BBC member corporations have secured preferential employment and training opportunities for the Native Alaskan shareholders.

12. Native Corporations are also benefiting from partnerships and joint ventures in connection with the construction and operation of the mine. In terms of Kake, for example, we are partnering with TIC, a heavy industrial contractor, to install mill equipment at the Kensington site, involved in a joint venture with ESS, a catering and support services organization, to provide catering at Comet Beach, partnering with Western Marine to construct the Slate Creek Cove dock, and working with Redpath for underground activities.

13. The economic benefits offered by the Kensington project will produce spin-off effects outside the Juneau area. Coeur Alaska plans to train and recruit Native Alaskans from the BBC member corporations. Workers will potentially commute from Native villages, giving a boost to the businesses and organizations necessary to support the workers and their families. For example, the Haines school district is looking to attract mine workers to live in Haines, and has created a brochure to advertise the benefits the community has to offer. Klukwan is looking to provide a high-speed ferry service from Haines that will allow the workers to commute to the mine site.

14. The Kensington project also offers valuable educational opportunities that will have a long-lasting impact. For example, Coeur Alaska has plans to reinstitute a local mining vocational education and training program that was successfully operated in 1997 through a partnership with Native Village Corporations, the Alaska Department of Labor, and the University of Alaska.

15. The BBC strongly supports the environmental integrity of the Kensington project and is depending on the much needed economic boost, jobs, and educational opportunities that it offers.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 27th day of April, 2006.

*Duff W. Mitchell*