John W. Hartle
City Attorney
CITY AND BOROUGH OF JUNEAU
155 S. Seward Street
Juneau, Alaska  99801
Ph:  (907)586-5340
Fax:  (907)586-1147
Email:  hartle@cbjlaw.com

Attorney for City and Borough of Juneau
*Amicus Curiae*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| UNITED STATES ARMY CORPS OF ENGINEERS, et al., | ) ) ) |
| Defendants, | ) ) |
| v. | ) ) |
| COEUR ALASKA, INC., et al., | ) ) |
| Intervenor Defendants. | ) Case No.: J05-00012 CV (JKS) ) |

**CITY AND BOROUGH OF JUNEAU'S NOTICE OF *AMICUS BRIEF*
FILING AS ATTACHMENT TO MOTION FOR LEAVE**

The City and Borough of Juneau hereby notices this Court that the *Amicus Brief*

filed at Docket No. 63 in the above-captioned case shall be filed as an attachment to the

City and Borough of Juneau's Motion for Leave to Participate as *Amicus Curiae* filed at Docket No. 64.

Respectfully submitted this 5th day of May, 2006.

                CITY AND BOROUGH OF JUNEAU

                By: /s/ John W. Hartle
                    John W. Hartle
                    City Attorney
                    City and Borough of Juneau
                    155 S. Seward Street
                    Juneau, Alaska  99801
                    Ph: (907)586-5340
                    Fax: (907)586-1147
                    Email: hartle@cbjlaw.com
                    Alaska Bar No. 9112116

                    Attorney for
                    City and Borough of Juneau
                    *Amicus Curiae*

SEACC, et al. v. U.S. Army Corps of Engineers, et al.      CBJ's Notice of Filing
Case No. J05-00012 CV (JKS)      Amicus Brief as Attachment
Page 2 of 2