SUE ELLEN WOOLRIDGE
United States Department of Justice
Environment and Natural Resources Division
Washington, D.C.
DEBORAH M. SMITH
Acting United States Attorney
Anchorage, Alaska
MARK A. NITCZYNSKI
U.S. Department of Justice
Environmental Defense Section
1961 Stout Street - 8th Floor
Denver, CO  80294
Phone: (303) 844-1498
Fax: (303) 844-1350
mark.nitczynski@usdoj.gov
RICHARD L. POMEROY
Assistant United States Attorney
District of Alaska
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513
Telephone: (907) 271-5071

Attorneys for Defendants United States
Army Corps of Engineers, et al.

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, et al.,<br><br>　　　　　Defendants. | Case No. J05-0012 CV (JKS)<br><br>UNITED STATES' REQUEST FOR ORAL ARGUMENT |

　　　Federal Defendants respectfully request that the Court hold oral argument on the cross-motions for summary judgment filed on Count One of the First Amended Complaint for Declaratory and Injunctive Relief ("First Amended Complaint") [Dkt. No. 28].  Plaintiffs Opening Brief on Count One was filed April 7, 2006 [Dkt. No. 41].  Responses and cross-motions have been filed on this May 5, 2006.  Plaintiffs' reply brief is due May 17, 2006.

SEACC v. United States Army Corps of Engineers, No.
J05-0012 CV (JKS); U.S. Request for Oral Argument

Federal Defendants believe that oral argument would assist the Court's consideration of the issues raised in the briefs submitted to the Court.

                                              Respectfully submitted,

                                              SUE ELLEN WOOLDRIDGE
                                              Assistant Attorney General
                                              Environment and Natural Resources Division
                                              UNITED STATES DEPARTMENT OF JUSTICE


                                              /s/ Mark A. Nitczynski
                                              MARK A. NITCZYNSKI
                                              Environmental Defense Section
                                              UNITED STATES DEPARTMENT OF JUSTICE
                                              999 18th Street, Ste. 945
                                              Denver, CO  80202
                                              PHONE: (303) 312-7300
                                              FAX: (303) 312-7331

                                              TIMOTHY M. BURGESS
                                              United States Attorney
                                              District of Alaska
                                              RICHARD L. POMEROY
                                              Assistant U.S. Attorney

                                              Attorneys for Defendants United States Army
                                              Corps of Engineers, et al.

CERTIFICATE OF SERVICE

I, Mark A. Nitczynski, certify that on this May 5, 2006, I caused to be filed electronically the foregoing UNITED STATES' REQUEST FOR ORAL ARGUMENT with the Clerk of Court using the CM/ECF system, which sent a Notice of Electronic Filing to the following persons: Demian A. Schane and Thomas S. Waldo (counsel for Plaintiffs); John C. Berghoff, Jr. (counsel for Defendant-Intervenor Coeur Alaska, Inc.); David C. Crosby (counsel for Defendant-Intervenor Goldbelt, Inc.); Ruth Hamilton Heese and Cameron Leonard (counsel for Defendant-Intervenor State of Alaska); John W. Hartle (counsel for *amicus* City and Borough of Juneau); Amy Guerton Mead (counsel for *amicus* Southeast Conference); and Stephen F. Sorenson (counsel for *amicus* Berners Bay Consortium).

   /s/ Mark A. Nitczynski
MARK A. NITCZYNSKI