John C. Berghoff, Jr., ILBA# 0181528
Michael P. Rissman, ILBA# 6194350
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL  60606
Phone: (312) 782-0600/Fax: (312) 701-7711
jberghoff@mayerbrownrowe.com
mrissman@mayerbrownrowe.com

Eric B. Fjelstad, ABA# 9505020
Robert A. Maynard, ABA# 8610093
Perkins Coie LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501
Phone: (907) 279-8561/Fax: (907) 276-3108
efjelstad@perkinscoie.com
rmaynard@perkinscoie.com

Attorneys for Defendant-Intervenor Coeur Alaska, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, et al., ) ) ) Plaintiffs, ) vs. ) ) UNITED STATES ARMY CORPS OF ) ENGINEERS, et al. ) ) Defendants, ) and ) ) COEUR ALASKA, INC., et al. ) ) Defendant-Intervenors. ) | Case No. J05-0012 CV (JKS) **COEUR ALASKA, INC.'S REQUEST FOR ORAL ARGUMENT ON CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

Defendant-Intervenor Coeur Alaska, Inc. ("Coeur Alaska") respectfully requests that the Court hold oral argument on Plaintiffs' Motion for Summary Judgment and Defendants' Cross-Motions for Summary Judgment following the close of briefing.

Plaintiffs filed their Opening Brief [Docket No. 41] on April 7, 2006. Defendant Goldbelt, Inc. filed its Brief in Opposition [Docket No. 61] on May 3, 2006. Coeur Alaska filed its Brief in Opposition [Docket No. 71] on May 5, 2006, and the other Defendants' briefs in opposition are also due May 5, 2006. Under Local Rule 16.3(c)(2), Defendants' briefs in opposition are deemed to be cross-motions for summary judgment. Plaintiffs' reply brief is due on May 17, 2006.

Coeur Alaska believes that oral argument will aid the Court in its consideration of the issues raised in the parties' briefing.

Dated: May 5, 2006                Respectfully submitted,

                                 MAYER, BROWN, ROWE & MAW LLP
                                 Attorneys for Defendant-Intervenor
                                 COEUR ALASKA, INC.

                                 /s/ John C. Berghoff, Jr.
                                 John C. Berghoff, Jr., ILBA# 0181528
                                 Michael P. Rissman, ILBA# 6194350
                                 71 South Wacker Drive
                                 Chicago, IL  60606
                                 Phone: (312) 782-0600
                                 Fax: (312) 701-7711
                                 jberghoff@mayerbrownrowe.com
                                 mrissman@mayerbrownrowe.com

CERTIFICATE OF SERVICE

I hereby certify that on the 5th of May, 2006, a true and correct copy of the foregoing was served electronically on Demian A. Schane and Thomas S. Waldo (representing plaintiffs), Mark Nitczynski and Richard L. Pomeroy (representing federal defendants), Ruth Hamilton Heese and Cameron M. Leonard (representing defendant-intervenors), and David C. Crosby (representing defendant-intervenor Goldbelt, Inc.).  A courtesy copy was sent via email to Jim Ustasiewski.

/s/ John C. Berghoff, Jr.
John C. Berghoff, Jr.
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL  60606
Phone: (312) 782-0600
Fax: (312) 701-7711
Email: jberghoff@mayerbrownrowe.com
ILBA# 0181528