Stephen F. Sorensen
Simpson, Tillinghast & Sorensen, P.C.
One Sealaska Plaza, Suite 300
Juneau, Alaska 99801
Phone: (907) 586-1400
Fax: (907) 586-3065
ssorensen@stsl.com

Attorneys for the Berners Bay Consortium
*Amicus Curiae*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, et al., <br><br> Plaintiffs, <br> vs. <br><br> UNITED STATES ARMY CORPS OF ENGINEERS; et al. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) No. J05-0012 CV (JKS) |

**BERNERS BAY CONSORTIUM NOTICE OF *AMICUS CURIAE* BRIEF FILING AS ATTACHMENT TO MOTION FOR LEAVE**

The Berners Bay Consortium hereby notices the Court of its filing of its Motion for Leave to file Amicus Brief and the Amicus Brief, both of which are attached and have been filed at Docket No. 75.

Dated this _8th___ day of May, 2006.

_____
Stephen F. Sorensen (ABA 8206064)
SIMPSON, TILLINGHAST & SORENSEN, P.C.
One Sealaska Plaza, Suite 300
Juneau, Alaska 99801
Ph: 907-586-1400
Fax: 907-586-3065
Email: ssorensen@stsl.com

Attorneys for Berners Bay Consortium