Stephen F. Sorensen
Simpson, Tillinghast & Sorensen, P.C.
One Sealaska Plaza, Suite 300
Juneau, Alaska 99801
Phone: (907) 586-1400
Fax: (907) 586-3065
ssorensen@stsl.com

Attorneys for the
Berners Bay Consortium

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, et al., <br><br> Plaintiffs, <br> vs. <br><br> UNITED STATES ARMY CORPS OF ENGINEERS; et al. <br><br> Defendants. | No. J05-0012 CV (JKS) <br><br> **THE BERNERS BAY CONSORTIUM'S MOTION FOR LEAVE TO FILE BRIEF AS AMICUS CURIAE IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

The Berners Bay Consortium ("BBC") respectfully moves for leave to file the attached brief as amicus curiae in opposition to plaintiffs' motion for summary judgment. In support of its motion, the BBC states as follows:

1. The Berners Bay Consortium ("BBC") was formed in January 1995 for the purpose of developing recruitment and training opportunities for Native Alaskans. The Kake Tribal Corporation, the Klukwan Tribal Corporation, and Goldbelt, Inc. are members of the BBC, as is Coeur Alaska, Inc.

2. The health of the environment is of critical concern to the BBC and its Native members, who have subsisted on the land and water of Southeast Alaska for over 10,000 years.

Southeast Alaska Conservation Council, et al v.
U.S. Army Corps of Engineers, et al
J05-0012 CV (JKS)

The BBC and its Native members have thoroughly reviewed the Kensington project and have concluded that the proposed mine is an environmentally sound and responsible project.

3.  The BBC and its Native members also support the Kensington project because it will bring severely needed economic and employment benefits to Native Alaskans and Southeast Alaska as a whole. Through an agreement with Coeur Alaska, Inc., shareholders of the BBC member corporations have preferential employment and training opportunities in connection with the Kensington project. It is expected that 25 percent of the project's hires will be Native Alaskans. The Native Villages represented by the BBC member corporations also stand to benefit from the much-needed economic boost that the Kensington Project will provide to, for example, service industries.

4.  BBC's motion for leave to file an amicus brief should be granted because the BBC's Native members are keenly interested in maintaining the long-term environmental health of their environmental surroundings. They also represent a unique constituency affected by the fate of the Kensington project. The BBC's input will assist the Court by providing insight into the much needed economic benefits that the Kensington project offers to Native Alaskans who inhabit the region.

//
//
//
//
//
//
//

Southeast Alaska Conservation Council, et al v.
U.S. Army Corps of Engineers, et al
J05-0012 CV (JKS)

- 2 -

WHEREFORE, for the reasons stated above, the Berners Bay Consortium respectfully requests that it be granted leave to file the attached brief as amicus curiae in opposition to plaintiffs' motion for summary judgment.

Respectfully submitted this 5th day of May, 2006.

Stephen F. Sorensen (ABA 8206064)
SIMPSON, TILLINGHAST & SORENSEN, P.C.
One Sealaska Plaza, Suite 300
Juneau, Alaska 99801
Ph: 907-586-1400
Fax: 907-586-3065
Email: ssorensen@stsl.com

Attorneys for Berners Bay Consortium

Southeast Alaska Conservation Council, et al v.
U.S. Army Corps of Engineers, et al
J05-0012 CV (JKS)

- 3 -

## CERTIFICATE OF SERVICE

I, Stephen F. Sorensen, certify that on May 5, 2006, a true and correct copy of BERNERS BAY CONSORTIUM'S MOTION FOR LEAVE TO FILE BRIEF AS AMICUS CURIAE IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT; THE BERNERS BAY CONSORTIUM'S BRIEF AS AMICUS CURIAE IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT; PROPOSED ORDER; and ENTRY OF APPEARANCE was served by email to the following:

| | | |
|---|---|---|
| Demian A. Schane Earthjustice<br>325 Fourth Street<br>Juneau, AK 99801<br>907-586-2751<br>907-463-5891 (fax)<br>dschane@earthjustice.org | Thomas S. Waldo<br>Earthjustice<br>325 Fourth Street<br>Juneau, AK 99801<br>907-586-2751<br>907-463-5891 (fax)<br>twaldo@earthjustice.org | Mark A. Nitczynski<br>U.S. Department of Justice<br>(Denver, CO)<br>999 18th Street, Suite 945,<br>North Tower<br>Denver, CO 80202<br>303-312-7388<br>303-312-7388 (fax)<br>mark.nitczynski@usdoj.gov |
| Richard L. Pomeroy<br>U.S. Attorney's Office (Anch)<br>Anchorage<br>222 West 7th Avenue, #9<br>Anchorage, AK 99513<br>907-271-5071<br>907-271-2344 (fax)<br>richard.pomeroy@usdoj.gov | John C. Berghoff, Jr.<br>Mayer, Brown, Rowe & Maw LLP<br>71 South Wacker Drive<br>Chicago, IL 60606<br>312-782-0600<br>312-701-7711 (fax)<br>jberghoff@mayerbrownrowe.com | Ruth Hamilton Heese<br>State of Alaska Department of Law<br>(Juneau)<br>123 4th Street 6th Floor<br>Juneau, AK 99811-0300<br>907-465-3600<br>907-465-6735 (fax)<br>ruth_hamilton_heese@law.state.ak.us |
| Cameron M. Leonard<br>Attorney General's Office (Fbks)<br>100 Cushman Street, Suite 400<br>Fairbanks, AK 99701<br>907-451-2954<br>907-451-2985 (fax)<br>cam_leonard@law.state.ak.us | David C. Crosby<br>David C. Crosby, P.C.<br>5280 Thane Road<br>Juneau, AK 99801-7717<br>907-586-6262<br>907-586-5959 (fax)<br>crosbylaw@gci.net | |

/s/ Stephen F. Sorensen

Stephen F. Sorensen

Southeast Alaska Conservation Council, et al v.
U.S. Army Corps of Engineers, et al
J05-0012 CV (JKS)

- 4 -

SIMPSON, TILLINGHAST & SORENSEN
One Sealaska Plaza, Suite 300
Juneau, Alaska 99801
(907) 586-1400    FAX: (907) 586-3065