SUE ELLEN WOOLDRIDGE
United States Department of Justice
Environment and Natural Resources Division
Washington, D.C.
DEBORAH M. SMITH
Acting United States Attorney
Anchorage, Alaska
MARK A. NITCZYNSKI
U.S. Department of Justice
Environmental Defense Section
1961 Stout Street - 8th Floor
Denver, CO  80294
Phone: (303) 844-1498
Fax: (303) 844-1350
mark.nitczynski@usdoj.gov
RICHARD L. POMEROY
Assistant United States Attorney
District of Alaska
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513
Telephone: (907) 271-5071

Attorneys for Defendants United States
Army Corps of Engineers, et al.


UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | | |
|---|---|---|
| SOUTHEAST ALASKA CONSERVATION<br>) COUNCIL, et al., | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | Case No. J05-0012 CV (JKS) |
| v. | ) <br> ) | UNITED STATES' REQUEST FOR |
| UNITED STATES ARMY CORPS<br>OF ENGINEERS, et al., | ) <br> ) | ORAL ARGUMENT |
| Defendants. | ) <br> ) <br> ) <br> ) | |

The Federal Defendants respectfully request that the Court hold oral argument on the

cross-motions for summary judgment filed on Count One of the First Amended Complaint for

Declaratory and Injunctive Relief [Dkt. No. 28].  Plaintiffs Opening Brief on Count One was

filed April 7, 2006 [Dkt. No. 41].  Responses and cross-motions were filed on May 5, 2006.

Plaintiffs' reply brief is due May 17, 2006.  The Federal Defendants believe that oral argument

would assist the Court's consideration of the issues raised in the briefs submitted to the Court.[1]/

                                   Respectfully submitted,

                                   SUE ELLEN WOOLDRIDGE
                                   Assistant Attorney General
                                   Environment and Natural Resources Division
                                   UNITED STATES DEPARTMENT OF JUSTICE


                                      /s/ Mark A. Nitczynski
                                   MARK A. NITCZYNSKI
                                   Environmental Defense Section
                                   UNITED STATES DEPARTMENT OF JUSTICE
                                   999 18th Street, Ste. 945
                                   Denver, CO   80202
                                   PHONE: (303) 312-7300
                                   FAX: (303) 312-7331

                                   DEBORAH M. SMITH
                                   Acting United States Attorney
                                   District of Alaska
                                   RICHARD L. POMEROY
                                   Assistant U.S. Attorney

                                   Attorneys for Defendants United States Army
                                   Corps of Engineers, et al.


### CERTIFICATE OF SERVICE

I, Mark A. Nitczynski, certify that on this May 9, 2006, I caused to be filed electronically the foregoing UNITED STATES' REQUEST FOR ORAL ARGUMENT with the Clerk of Court using the CM/ECF system, which sent a Notice of Electronic Filing to the following persons: Demian A. Schane and Thomas S. Waldo (counsel for Plaintiffs); John C. Berghoff, Jr. (counsel for Defendant-Intervenor Coeur Alaska, Inc.); David C. Crosby (counsel for Defendant-Intervenor Goldbelt, Inc.); Ruth Hamilton Heese and Cameron Leonard (counsel for Defendant-Intervenor State of Alaska); John W. Hartle (counsel for *amicus* City and Borough of Juneau); Amy Guerton Mead (counsel for *amicus* Southeast Conference); and Stephen F. Sorenson (counsel for *amicus* Berners Bay Consortium).

   /s/ Mark A. Nitczynski
MARK A. NITCZYNSKI

---

[1]/ This request is being submitted pursuant to the notice sent by the Court on May 8, 2006 regarding the request for argument submitted by the United States on May 5, 2006. The earlier request was incorrectly submitted as a "Notice" with the Court, and this request is being submitted using the event "motion for a hearing."

SEACC v. United States Army Corps of Engineers, No.
J05-0012 CV (JKS); U.S. Request for Oral Argument    2