IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| UNITED STATES ARMY CORPS OF ENGINEERS, et al., | ) ) ) |
| Defendants, | ) ) |
| v. | ) ) |
| COEUR ALASKA, INC., et al., | ) ) |
| Intervenor Defendants. | ) Case No.: J05-00012 CV (JKS) ) |

**ORDER GRANTING CITY AND BOROUGH OF JUNEAU'S MOTION FOR LEAVE TO PARTICIPATE AS *AMICUS CURIAE***

The Court, having considered the City and Borough of Juneau's motion to participate as *amicus curiae* in this litigation and being fully advised,

IT IS ORDERED that the City and Borough of Juneau's motion to participate as *amicus curiae* is granted and the city and borough's *amicus* brief may be filed.

DATED this 9th day of May 2006.

　　　　　　　　　　　　　　　　　　　_____/s/James K. Singleton, Jr.___
　　　　　　　　　　　　　　　　　　　James K. Singleton, Jr.
　　　　　　　　　　　　　　　　　　　United States District Judge

SEACC, et al. v. U.S. Army Corps of Engineers, et al.　　　Order Granting CBJ's Motion
Case No. J05-00012 CV (JKS)　　　For Leave to Participate as Amicus
　　　Page 1 of 1