SUE ELLEN WOOLDRIDGE
United States Department of Justice
Environment and Natural Resources Division
Washington, D.C.
DEBORAH M. SMITH
Acting United States Attorney
Anchorage, Alaska
MARK A. NITCZYNSKI
U.S. Department of Justice
Environmental Defense Section
1961 Stout Street - 8th Floor
Denver, CO  80294
Phone: (303) 844-1498
Fax: (303) 844-1350
mark.nitczynski@usdoj.gov
RICHARD L. POMEROY
Assistant United States Attorney
District of Alaska
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513
Telephone: (907) 271-5071

Attorneys for Defendants United States
Army Corps of Engineers, et al.

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, et al.,     ) <br>     ) <br> Plaintiffs,     ) <br>     ) <br> v.     ) <br>     ) <br> UNITED STATES ARMY CORPS OF ENGINEERS, et al.,     ) <br>     ) <br> Defendants.     ) <br>     ) | Case No. J05-0012 CV (JKS) <br><br> UNITED STATES' RESPONSE TO MOTIONS FOR LEAVE TO FILE BRIEFS AS *AMICUS CURIAE* |

The Federal Defendants take no position on the motions filed by Southeast Conference and Berners Bay Consortium for leave to file briefs as *amicus curiae*.  Dkt. Nos. 72, 75.  See also Dkt. Nos. 68, 73, 74, 77, 84, 85.

Respectfully submitted,

SUE ELLEN WOOLDRIDGE

SEACC v. United States Army Corps of Engineers,
No. J05-0012 CV (JKS); U.S. Response to Motions
for Leave to File Briefs as *Amicus Curiae*

Assistant Attorney General
Environment and Natural Resources Division
UNITED STATES DEPARTMENT OF JUSTICE


   /s/ Mark A. Nitczynski
MARK A. NITCZYNSKI
Environmental Defense Section
UNITED STATES DEPARTMENT OF JUSTICE
999 18th Street, Ste. 945
Denver, CO   80202
PHONE: (303) 312-7300
FAX: (303) 312-7331

DEBORAH M. SMITH
Acting United States Attorney
District of Alaska
RICHARD L. POMEROY
Assistant U.S. Attorney

Attorneys for Defendants United States Army
Corps of Engineers, et al.


<u>CERTIFICATE OF SERVICE</u>

I, Mark A. Nitczynski, certify that on this May 15, 2006, I caused to be filed electronically the foregoing UNITED STATES' RESPONSE TO MOTIONS FOR LEAVE TO FILE BRIEFS AS *AMICUS CURIAE* with the Clerk of Court using the CM/ECF system, which sent a Notice of Electronic Filing to the following persons: Demian A. Schane and Thomas S. Waldo (counsel for Plaintiffs); John C. Berghoff, Jr. (counsel for Defendant-Intervenor Coeur Alaska, Inc.); David C. Crosby (counsel for Defendant-Intervenor Goldbelt, Inc.); Ruth Hamilton Heese and Cameron Leonard (counsel for Defendant-Intervenor State of Alaska); John W. Hartle (counsel for *amicus* City and Borough of Juneau); Amy Guerton Mead (counsel for *amicus* Southeast Conference); and Stephen F. Sorenson (counsel for *amicus* Berners Bay Consortium).

   /s/ Mark A. Nitczynski
MARK A. NITCZYNSKI

SEACC v. United States Army Corps of Engineers,
No. J05-0012 CV (JKS); U.S. Response to Motions
for Leave to File Briefs as *Amicus Curiae*                    2