Case 1:05-cv-00012-JKS   Document 94   Filed 05/17/2006   Page 1 of 3

Demian A. Schane
Thomas S. Waldo
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: dschane@earthjustice.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, and LYNN CANAL CONSERVATION,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS; COLONEL TIMOTHY J. GALLAGHER, in his official capacity as District Engineer; LARRY L. REEDER, in his official capacity as Chief of the Regulatory Branch; DOMINIC IZZO, in his official capacity as Principal Deputy Assistant Secretary of the Army (Civil Works); and UNITED STATES FOREST SERVICE,<br><br>Defendants,<br><br>and<br><br>COEUR ALASKA, INC., GOLDBELT, INC., and the STATE OF ALASKA,<br><br>Intervenor-Defendants. | Case No. J05-0012 CV (JKS) |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE THEIR REPLY BRIEF
ON COUNT I IN EXCESS OF THE PAGE LIMIT**

*SEACC v. U.S. Army Corps of Eng'rs*
J05-0012 CV (JKS)

Plaintiffs hereby move for leave to file their Reply Brief on Count I in excess of the 25-page limit contained in Local Rule 10.1(*l*).  Plaintiffs seek permission to file a reply brief that is 38 pages.  A proposed order is attached.

Plaintiffs are responding to 135 pages of opposition briefing.  Pursuant to the Court's Order of April 25, 2006 (Docket No. 59), Federal Defendants and Intervenor-Defendants Coeur Alaska, State of Alaska, and Goldbelt filed separate briefs in opposition to Plaintiffs' opening brief, totaling 111 pages.  *See* Docket Nos. 61, 67, 71, & 80.  *See id*.  In addition, three amici curiae filed separate briefs, totaling 24 pages.  *See* Docket Nos. 63, 68, & 74.

Given the combined length of these briefs, a single reply brief of 38 pages is limited, appropriate, and necessary to provide an adequate response.

Respectfully submitted this 17th day of May 2006,

   /s/ Demian A. Schane

Demian A. Schane (ABA# 0403007)
Thomas S. Waldo (ABA# 9007047)
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: dschane@earthjustice.org

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

    I, Demian Schane, certify that on May 17, 2006, a true and correct copy of PLAINTIFFS' MOTION FOR LEAVE TO FILE THEIR REPLY BRIEF ON COUNT I IN EXCESS OF THE PAGE LIMIT was served electronically to Mark A. Nitczynski, Richard L. Pomeroy, John C. Berghoff, Jr., David C. Crosby, Ruth Hamilton Heese, Cameron M. Leonard, John W. Hartle, Amy Gurton Mead, and Stephen F. Sorensen.  A courtesy copy was also sent via e-mail to Lawrence L. Hartig and Jim Ustasiewski.


/s/ Demian A. Schane
Demian A. Schane