IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, and LYNN CANAL CONSERVATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS; COLONEL TIMOTHY J. GALLAGHER, in his official capacity as District Engineer; LARRY L. REEDER, in his official capacity as Chief of the Regulatory Branch; DOMINIC IZZO, in his official capacity as Principal Deputy Assistant Secretary of the Army (Civil Works); and UNITED STATES FOREST SERVICE,<br><br>    Defendants,<br><br>    and<br><br>COEUR ALASKA, INC., GOLDBELT, INC., and the STATE OF ALASKA,<br><br>    Intervenor-Defendants. | Case No. J05-0012 CV (JKS) |

**PROPOSED ORDER GRANTING PLAINTIFFS LEAVE TO FILE
REPLY BRIEF IN EXCESS OF PAGE LIMIT**

Upon consideration of Plaintiffs' motion (Docket No. ___) for leave to file a reply brief of 38 pages, and any responses thereto, it is hereby ORDERED that the motion is GRANTED. Plaintiffs may file their reply brief.

SO ORDERED this _____ day of _____, 2006.

_____
**James K. Singleton, Jr.**
United States District Judge

*SEACC v. U.S. Army Corps of Eng'rs*
J05-0012 CV (JKS)