

# Final Environmental Impact Statement
# Pogo Gold Mine Project

Delta, Alaska

National Pollutant Discharge Elimination System (NPDES)
Permit Application No. AK-005334-1

September 2003



Prepared By:



U.S. Environmental Protection Agency
Region 10
Office of Water, NPDES Permits Unit

Cooperating Agencies:



U.S. Army Corps of Engineers



Alaska Department of Natural Resources

With Assistance From:



Baker
Engineering & Energy
Michael Baker Jr., Inc.

Volume I

*Final*

# Pogo Gold Mine
# Environmental Impact Statement

Prepared by:

<u>Lead Federal Agency</u>:   Environmental Protection Agency
Region 10
1200 Sixth Avenue
Seattle, WA 98101

<u>Cooperating Agencies</u>:   United States Army Corps of Engineers

State Of Alaska, Department of Natural Resources

With assistance from:

Michael Baker Jr., Inc.

September 2003