


**UNITED STATES DEPARTMENT OF COMMERCE**
**National Oceanic and Atmospheric Administration**
*National Marine Fisheries Service*
*P.O. Box 21668*
*Juneau, Alaska 99802-1668*
March 18, 2005

# RECEIVED

**MAR 2 4 2005**

CENPA - CO - R - E - JFO
Alaska District Corps of Engineers

John Leeds
United States Army Corps of Engineers
8800 Glacier Hwy, Suite 106
Juneau, Alaska 99801

Forrest Cole
United States Forest Service
Juneau Ranger District
8465 Old Dairy Road
Juneau, Alaska 99801

Dear Mr. Leeds and Mr. Cole:

This document transmits the National Marine Fisheries Service's (NOAA Fisheries) biological opinion based on our review of the Kensington Gold Project, in accordance with section 7 of the Endangered Species Act of 1973, as amended (16 U.S.C. 1531 et seq.). Your request of November 17, 2004, for formal consultation under section 7 of the Act initiated the consultation procedures that produced this biological opinion.

This biological opinion is based on information provided in the November 17, 2004, Biological Assessment/Biological Evaluation (BA/BE) and the Supplemental Environmental Impact Statement (SEIS) for the Kensington Gold Project, both of which provided background material for the section 7 consultation. Subsequent discussions with the U.S. Forest Service, U.S. Army Corps of Engineers, Coeur d'Alene Mines Corporation, Coeur Alaska, Inc., and Goldbelt, Inc. provided additional information for this consultation. NOAA Fisheries also incorporated information from numerous species experts and the results of literature review into this analysis.

After reviewing the current status of both the eastern and western population of Steller sea lions and the Central North Pacific humpback whale population, the environmental baseline for the action area, the proposed action, and the cumulative effects of other actions on listed species, NOAA Fisheries has determined that the revised Plan of Operations for the Kensington Gold Project, as proposed, is not likely to jeopardize the continued existence of these listed species in the wild, or destroy or adversely modify designated critical habitat found in proximity to the action area. However, because the proposed action is expected to negatively impact individual animals, NOAA Fisheries has included a list of conservation recommendations to minimize such adverse effects to Steller sea lions and humpback whales using the action area. Many of these

**Exhibit 52, page 1 of 23**

002491



recommendations are consistent with our previously transmitted recommendations during informal section 7 consultation and Essential Fish Habitat (EFH) consultation.

In formulating this opinion, NOAA Fisheries used the best available information. A complete administrative record of this consultation is on file at the Alaska Regional Office, NOAA Fisheries, Juneau, Alaska.

Sincerely,

James W. Balsiger
Administrator, Alaska Region

NMFS Final Biological Opinion on the Kensington Gold Project

# Endangered Species Act
## Section 7 Consultation - Biological Opinion

**Agency**:                     United States Forest Service
                                United States Army Corps of Engineers
                                Alaska Region

**Activities Considered**:      Kensington Gold Project Operations

**Consultation By**:            National Marine Fisheries Service
                                Protected Resources Division
                                Alaska Region

**Date**:                       March 2005

### 4.3    Marine Mammal Prey Resources Within the Action Area

#### 4.3.1    Herring

***Ecological Importance***

Pacific herring (*Clupea pallasii*) play a "key role in subarctic Pacific pelagic ecosystems by being in an intermediary trophic position between plankton and consumers of herring such as other fishes, birds and mammals" (Kline 2001). Pacific herring are an important nutritional resource for several species of marine mammals, supporting the nutritional needs of Steller sea lions, humpback whales, and other species through direct consumption as well as secondary consumption, when the mammals feed on other fish species such as pollock and salmon, which also feed on herring. In dietary analyses of Steller sea lion populations foraging in Berners Bay and Lynn Canal, herring have been found as a component of 90% of the animals' diets (J. Vollenweider, pers. comm.). Herring are an important prey resource for marine mammals due to their high lipid concentrations and energy content, measured at around 4.5 to 8.1 kJ/g wet mass (Paul and Paul 1998, Anthony et al. 2000). During their different life stages, herring are also an important prey resource for several Steller sea lion prey species, including: pollock, salmon and Pacific cod.

Herring populations, or stocks, are scattered across the region from Lynn Canal to Prince of Wales Island, with the main spawning concentrations occurring in the vicinities of Ketchikan, Craig, Frederick Sound, Sitka, and Auke/Berners Bays (Skud 1959). Population research conducted in southeast Alaska and Prince William Sound suggests that regional herring stocks are comprised of multiple, distinct subpopulations, or races, which are part of a larger regional metapopulation, with potential recruitment occurring between subregions (Rounsefell and Dahlgren 1935, Skud 1959, Brown and Norcross 2001). Recent genetic analysis of satellite mitochondrial DNA loci from 65 Pacific herring sampling locations in British Columbia, southeast Alaska and Washington state found herring spawning in Southeast Alaska to be distinct from those spawning further south in the Queen Charlotte Islands (Beacham et al. 2001). There was little evidence of genetic substructure among the herring stocks examined, but for locations where genetically distinct populations were identified, differences in timing of spawning was the main isolating mechanism and geographic isolation of the spawning population was thought to have an effect in maintaining genetic distinctiveness of the spawning population. Applying the metapopulation model (Levins 1970) to southeast Alaska herring stocks, it is probable that the viability of the Lynn Canal subpopulation that spawns in and around Berners Bay will indirectly impact the viability of other southeast regional herring populations through recruitment, genetic diversity, and sharing of predation pressures from marine mammal populations in northern southeast Alaska waters.

***Status of the population***

The Lynn Canal herring population has been depressed for the past 20 years (See Figure 4.1). Data on spawning distribution have been collected by Alaska Department of Fish and Game since 1972, which show notable trends in the extent of spawning activity and herring biomass. During the winters of 1972 through 1979, biomass estimates for the Lynn Canal population exceeded 2.27 million kilograms, or approximately 2,500 tons (Carlson 1980). However, since 1981, spawning biomass estimates have been at or below 2,000 tons and the commercial fishery in Lynn Canal has been closed; for 2001-2003, the spawning biomass estimate was less than 1,000 tons and a more precise estimate for 2004 was 743 tons based on survey dives to measure egg density (M. Pritchett, pers comm). Along with declines in biomass estimates, the geographic extent of the population's spawning grounds has also declined. From 1972 to

NMFS Final Biological Opinion on the Kensington Gold Project

1989, herring spawn was observed in Auke Bay in 14 out of the 18 years, or 78% of the time. However, 1989 was the last year that herring spawn was observed in Auke Bay, and no spawning activity has been observed south of Yankee Cove for the past 15 years (M. Pritchett, pers comm.). Based on the information available, it seems likely that abandonment of the Auke Bay spawning grounds was caused by a combination of factors, including increased shoreline development in the bay, declines in water quality, and low numbers of herring available to spawn and rebuild the stock (Wing, pers comm.,Koski, pers comm.). Continuing trends in small population size and the lack of steady population growth despite the fishery's closure suggest that a population bottleneck may have occurred.

**Figure 4.1. Lynn Canal herring population biomass estimates and commercial harvest threshold.**
Data provided by Mark Pritchett, Alaska Department of Fish and Game.



Worldwide, declines in herring populations are believed to be the result of a number of factors, including overharvest, habitat loss and/or degradation (particularly spawning habitat), depensatory predation pressures, disease, water pollution, and unfavorable oceanographic conditions (Pearson et al. 1999).

Due to the depressed condition of the Lynn Canal herring stock, any additional factors affecting survival rates or fecundity (reproductive success) for the population in its current state could lead to further significant declines in the Berners Bay/Lynn Canal herring population. Significant declines in this

59

**Exhibit 52, page 5 of 23**

**002556**

NMFS Final Biological Opinion on the Kensington Gold Project

animals represent if the action is not likely to affect the fitness of the animals themselves (for example, see Anderson 2000, Beatty and Mills 1979, Brandon 1990, Stearns 1992).

For designated critical habitat, our analyses will depend on whether the critical habitat designation identifies primary constituent elements. If a designation contains primary constituent elements, our analyses begin by identifying whether and how those elements are likely to respond to an action's direct and indirect effects on the environment (if a designation does not contain primary constituent elements, our analyses begin by identifying the habitat variables that give the designated area conservation value for the listed species). Once we identify the responses of the habitat's constituent elements, we identify the consequence of those responses on the conservation value of the designated area; for the purposes of consultation, 'conservation value' means the value of the designated area for the 'conservation' (as it is defined by section 3 of the Endangered Species Act of 1973, as amended) of the listed species. The conservation value of this critical habitat is established in the *Status of Listed Resources,* and provides the point of reference for this step of our analyses.[1]

## 5.2    Evidence Available for the Assessment

We compiled information from scientific and commercial sources on the status and behavior of Steller sea lions and humpback whales in relation to the action area and action activities.  The information was obtained from the Alaska Stock Assessment Reports (Angliss and Lodge 2004); Steller sea lion Recovery Plan (NMFS 1992), Humpback whale Recovery Plan (NMFS 1991); NMFS SEIS on Steller sea lion Protection Measures (NMFS 2001a); several section 7 consultation biological opinions on actions affecting Steller sea lions (NMFS 2000, 2001b, 2003a, 2003b); peer-reviewed scientific literature; white papers, unpublished reports, and research summaries from government agencies, academic institutions, non-profit organizations, and private industry; and communication with species experts and observers as identified in the reference section.

## 5.3    Elements of the Proposed Action that Pose Potential Risk to Listed Resources

Several elements of the activities that would result from the issuance of the proposed permits for the Kensington Gold Project will produce direct and indirect effects on the natural environment of the action area that are relevant to this effects analysis. These elements include increases in vessel traffic in Berners Bay, noise associated with that increased vessel traffic and the construction of two docks, alteration of the prey base of Berners Bay, potential discharges of heavy metals and other pollutants from mine operations, and an increase risk of petroleum spills from increased vessel traffic.

The following narratives summarize aspects of the construction and operations phases of the proposed Kensington Gold Project that pose direct potential risks to Steller sea lions and humpback whales. We follow these summaries by identifying the co-occurence of listed species with these direct effects and the nature of that co-occurrence (these represent our *exposure analyses*). Once we identify which listed

---

1 This analysis does not rely on the regulatory definition of "destruction or adverse modification" of critical habitat at 50 C.F.R. 402.02, recently at issue in Gifford Pinchot Task Force v. U.S. Fish and Wildlife Service, 378 F.3d 1059 (9th Cir. 2004).

79

002576

NMFS Final Biological Opinion on the Kensington Gold Project

resources are likely to be exposed to an action's effects and the nature of that exposure, we evaluate the available literature to determine how those listed resources are likely to respond given their exposure (these represent our *response analyses*). After we complete our exposure and response analyses for these direct effects, we will repeat this process to examine the potential indirect effects of the Kensington Gold Project that will primarily result from alterations of the prey base in Berners Bay.

## 5.4    Timing, Duration and Frequency of Action

### 5.4.1    Construction Phase

The construction phase of the action is projected to last 14-18 months. During this time, the following activities will take place: 12 to 14 helicopter trips/month for building of the tunnel, one barge per day to transport supplies to the construction crews of various structures, and crew shuttles two to five times per day at morning, afternoon/early evening, and late evening. The BA/BE states that no in-water construction activities will take place between 15 March and 30 June to avoid impacts to Steller sea lions and humpback whales using the area. The expected noise produced by these activities is listed in Table 5.1.

Construction related noise is expected to result from the use of helicopters, diesel-powered generators, quarry blasting, construction vehicles, and vessel transit. Noise levels are predicted to be 72 dBA directly beneath a helicopter flying at 2,000 feet, and noise perceived at Cove Point from a helicopter overhead is projected to be 62 dBA. Noise from barge unloading, above water, at Slate Creek Cove is estimated to be approximately 48 dBA to a receiver on a boat moored off Cove Point. Periodic blasting may occur to produce road fill and base no more than once a day for the 14-18 month duration of construction. Blasting could measure up to 84.2 dBA off Cove Point and be heard across the bay at the Berners Bay Cabin. According to the BA/BE, during the marine terminal construction window, blasting activities would not occur when humpback whales or Steller sea lions are within 1,000 feet, as determined by on-site monitoring using a NMFS-approved observer. In addition, the BA/BE states that construction equipment will have noise control devices, and that additional noise reduction measures will be incorporated (i.e., instituting speed limits, controlling helicopter altitudes, implementing flight path requirements, refraining from compression braking on haul roads from the Slate Creek Cove dock to the mining site).

The noise levels provided in the BA/BE and during consultation were measured *in-air*, rather than *in-water*. These levels are relevant to assess noise effects for Steller sea lions surfacing or hauled out. When animals are underwater, sound is perceived differently. Sound pressure waves move much faster in water than in air, so noise levels measured in air must be increased 26 dB to the noise referenced in air (NOAA 2005). Air and water sound pressures also differ in units of reference pressure; in air, the reference pressure is 20 µPa @ 1m and in water the reference pressure is 1 µPa @ 1 m. It is also important to note that sound pressures are measured on a logarithmic scale (NOAA 2005). To account for the difference between air and water noise levels, NMFS has provided conversions in the far right column in table 5.1.

80

NMFS Final Biological Opinion on the Kensington Gold Project

**Table 5.1. Noise levels predicted during the construction period** (L. Russell, pers. comm., and NMFS conversions):

| Location | Equipment Type | Typical In-Air Noise Level (dBA) at 50 feet (re 20 μPa @ 1m) | Typical In-Water Noise Level (dBA) at 50 feet (re 1 μPa @ 1m) |
|---|---|---|---|
| On-water | Crane (Movable) | 75 – 88 | 101 - 114 |
| | Air Compressor | 75 – 87 | 101 - 113 |
| | Welder (Diesel) | 72 – 82 | 98 - 108 |
| Onshore | Compactor | 72 | 98 |
| | Front End Loader | 81 – 84 | 107 –110 |
| | Bulldozer | 82 | 108 |
| | Excavator | 81 | 107 |
| | Dump Truck | 85 – 87 | 111 - 113 |

### 5.4.2   Operations Phase

According to the BA/BE, at the proposed operating speed of 18 knots (outside the April/May eulachon/herring window when speed will be reduced to 12-13 knots), the crew shuttle is expected to take 15 minutes to cross the bay  six to ten times a day.  If listed species were in the bay year-round, taking the more precautionary approach of ten trips (five roundtrips) daily as an upper limit estimate, the duration of exposure to vessel traffic from the crew shuttle would be 2.5 hours a day (10 crossings x 15 min); 17.5 hours a week.

During the April/May window, transits will be reduced to two or three roundtrips daily at a reduced speed of 12-13 knots.  At the slower speed, the Berners Bay crossing is expected to take approximately 23 minutes; thus, the expected duration of exposure would be reduced to 2.3 hours daily (6 crossings x 23 min), 16.1 hours a week.  The BA/BE states that the reduced transit schedule will apply for two or three weeks; assuming that this mitigation measure may last three weeks, annual exposure time from the crew ferry would total 905.8 hours ([17.5 hours x 49 weeks] + [16.1 x 3 weeks]).  It should be noted that this is likely a minimum exposure estimate, as vessels will continue to be operational for some amount of time on either end of the transit during docking maneuvers.

The SEIS presents a somewhat different scenario stating that crew shuttle crossings are scheduled to depart Cascade Point at 5:00 am, 3:00 pm, 6:00 pm, and 1:00 am on weekdays (four times a day) and 5:00 am and 6:00 pm on weekends (two times a day).  Under this schedule, the crew shuttle would be underway for approximately two hours per day on weekdays and one hour per day on weekends.  If listed species were in the bay year-round, this results in 12 hours of exposure a week for the majority of the year.  The reduced schedule of two or three times a day at reduced speeds for the two or three week forage fish run results in 16.1 hours a week as above.  Under this scenario, annual exposure time from the crew ferry would total 636.3 hours ([12 hours x 49 weeks] + [16.1 x 3 weeks]).

81

002578

NMFS Final Biological Opinion on the Kensington Gold Project

Listed species in Berners Bay will also be exposed to barge and tug vessel transit. The incoming barge would deliver fuel and supplies four times per week, entering the bay from Lynn Canal and crossing the bay in 30-45 minutes. Using the upper time estimate from this information, if listed species were in the bay, their exposure time to the incoming barge/tug traffic would be 1.5 hours a day; 10.5 hours a week. In addition, barges carrying ore concentrate out of the bay 4-5 times per month would result in exposure time of 7.5 hours per month (1.5 hours x 5). Thus, barge/tug traffic in total results in 49.5 hours of exposure per month or an annual total of 594 hours.

Barges will dock for two or three hours at Slate Creek Cove for loading and unloading. This adds to the noise exposure window for listed species, particularly for Steller sea lions that may be hauled out at the mouth of the cove. Docking noise would thus result in 63 hours of exposure per month at Slate Creek Cove ([16 times per month incoming x 3 hours] + [5 times per month outgoing x 3 hours]), for an annual total of 756 hours.

Noise during marine operations will include crew shuttle, barge, and tug transit, loading and unloading of supplies and personnel, and onshore transportation activity that could be perceived by animals in nearby waters. The crew shuttle is expected to produce 80 dBA of noise in-air (combination of mechanical noises and wind/water resistance) as perceived at 50 feet, measured at the middle of the bow at full speed. Because the crew shuttle has not been purchased for this project, the applicant was not able to provide precise noise measurements underwater for this vessel. Examples from Richardson et al. (1995) of source levels of noise (in-water) from small boats with outboard engines range from 151 dB re 1 µPa @ 1m in a 12 m fishing boat underway at 7 knots to 159 dB re 1 µPa @ 1m for a 34 m vessel powered by a twin diesel engine. Large outboard engines can produce source levels up to 175 dB re 1 µPa @ 1m. Noise source levels for larger vessels such as supply ships (length category of 55-85 m), diesel-powered with two propellers, are generally 170-180 dB re 1 µPa @ 1m. The crew shutter is described as a three diesel engine vessel with three propellers (Section 2.1.3). Based on the values by Richardson et al. (1995) for similar vessels, we would expect in-water noise from the crew shuttle to be less than 180 re 1 µPa @ 1m.

Although precise noise levels were not provided for tugs operating in the action area, average source levels of noise (in-water) measured for tugs pulling empty barges range from 145 to 166 dB re 1 µPa @ 1m (Richardson et al. 1995). In addition to the vessel noise, the greatest noise levels during operations are expected to be from haul trucks (94 dBA at 50 feet in-air) and barge unloading (89 dBA at 50 feet in-air).

## 5.5    Exposure of Listed Species to the Direct Effects of the Proposed Action

Exposure analyses have three purposes in consultations. First, we conduct exposure analyses to identify the physical, chemical, and biotic phenomena produced by an Action. Second, we conduct these analyses to estimate the spatial and temporal distribution of those phenomena in the environment. Third, we conduct exposure analyses to estimate any overlap between threatened and endangered species and designated critical habitat in space and time. To fulfill the purposes of this last part of these analyses, we try to identify the number, age, gender, and condition of the individuals that are likely to be exposed, the populations those individuals represent, the duration of any exposure, the frequency of that exposure, and exposure concentrations.

NMFS Final Biological Opinion on the Kensington Gold Project

### 5.5.1  Steller Sea Lions

As indicated in earlier sections of this document, Steller sea lions occur in the action area throughout the year with the greatest number occurring in the spring. Steller sea lions use haulouts near Berners Bay consistently between October and May each year and animals are likely to be foraging in Berners Bay whenever prey is available in the bay. Some animals also use two haulouts in Berners Bay, Slate Creek Cove and Cove Point primarily in the spring. Thus, some number of Steller sea lions will likely be exposed to construction and operation activities year round. However, outside of the springtime, it is likely that most animals are foraging elsewhere and fewer animals will be exposed to the construction and operation activities. From supplemental information provided by the applicant, the construction of the Slate Creek Cove marine terminal will take place about 1,800 feet from the seasonal haulout site for Steller sea lions. The haulout site is used by juveniles, adult females and males, and appears to be used only during the peak of the eulachon and herring spawning in April and May. There is little information on the number of animals that use the haulout site or how frequently they use it. A small number of animals were observed in 2003 hauled out at Pt. St. Mary to the south of Slate Creek Cove. This haulout site is not immediate to the construction zone, but noise from construction activities may carry across from the opposite shore and be perceived by hauled out animals. Steller sea lions are not known to haulout near the Cascade Point marine terminal site.

The western population of Steller sea lions is estimated at 34,779 animals (Angliss and Lodge 2004). The eastern population is estimated at 31,028, of which 16,674 animals are from southeast Alaska, which includes the action area (Angliss and Lodge 2004). The southeast Alaska region represents 54% of the eastern population of Steller sea lions. Based on branding studies, animals from the western population rarely use the action area. Of 348 identifiable animals using haulouts in Lynn Canal near Berners Bay, only 1.4% were from the western population, the remaining 98.6% were from the eastern population branded in southeast Alaska (L. Jemison, pers. comm.). No animals branded in northern California or southern Oregon have been observed in Lynn Canal (L. Jemison, pers. comm.).

The proposed crew shuttle route across the bay, an almost straight line from Cascade Point to Slate Creek Cove terminal site, will take the ferry directly through areas where large aggregations of sea lions have been observed to cooperatively feed (Gende et al. 2001, Sigler et al. 2004). Based on data collected in 2002 and 2003, the mean distance of large groups of sea lions relative to the proposed transit lane is between 100 and 250 meters. The distribution of Steller sea lions is likely to be variable depending on the distribution of prey, however it is clear that the proposed transit lane passes through an area where prey and sea lions tend to concentrate.

Individual sea lions have a low likelihood of constant exposure to noise and vessel traffic associated with construction activity and ferry, barge and tug operations because it is unlikely that they remain resident in the bay for extended periods of time. Individual sea lions are more likely to be exposed to these activities intermittently for a day or several days while foraging; at most, a sea lion might be exposed regularly over several months if the animal used the action area for an entire foraging season. Sea lions are most likely to forage in Berners Bay and move between the bay, Lynn Canal, and surrounding waters to haulout and feed, rather than become resident in the action area. As a result, individual sea lions are likely to be exposed to the construction or operation activites intermittently throughout a year.

002580

NMFS Final Biological Opinion on the Kensington Gold Project

### 5.5.2 Humpback Whales

Individual humpback whales overwinter in southeast Alaska, and are seen in Lynn Canal during all months of the year (see Section 4.5). Although we only have records of humpback whale observations in Berners Bay from April through November, we can assume that some of these individuals also use the bay during the remaining winter months given that they are observed consistently within 20 miles of the action area, in particular during the months of December, January and February (T.Quinn, pers. comm.). Given that a lack of data about humpback whales in Berners Bay is not evidence of absence, it is reasonable to assume that these animals may be exposed to construction activities associated with the action in any month of the year. However, as humpback whales likely are feeding on overwintering herring and following the prey as it moves out of Berners Bay along the coast in Lynn Canal and Auke Bay, whales may not be as likely to occupy the action area in winter months. If the quantity, quality, or distribution of the forage fish is altered by the construction activities through degradation of fish habitat, it could have adverse effects on individual humpback whales using Lynn Canal even if the whales were not directly exposed to construction and operations in the action area.

As indicated previously in this document, the Central North Pacific population of humpback whales is estimated at around 4,005 animals (Calambokidis et al. 1997), and the southeast Alaska population is estimated at around 961 animals (Straley et al. 2002). This total for the southeast Alaska population, however, represents only animals identified north of Chatham Strait, and is thus a minimum estimate since there is little photo-identification effort in the lower half of southeast Alaska) (Angliss and Lodge 2004).
Only a fraction of these animals are likely to forage in and travel through the waters of northern Lynn Canal and Berners Bay. As described in Section 4.6, there has been little effort directed at investigating the humpback population near Juneau that forages in the waters of Lynn Canal and Berners Bay. To date, only 18 humpback whales have been photographically identified as unique individuals in Lynn Canal (Peterson 2001). These animals represent 1.9 % of the 961 animals identified in northern southeast Alaska, and 0.045% of the entire Central North Pacific humpback population.

Like Steller sea lions, individual humpback whales have a low likelihood of being constantly exposed to construction activity and ferry, barge and tug operations in a single year. Although humpback whales in southeast Alaska exhibit site fidelity to their foraging areas (i.e., Glacier Bay, Prince William Sound, Sitka Sound), they also appear to move between foraging sites within a foraging area rather than remain in a single location (i.e., Glacier Bay whales identified in Lynn Canal). A likely scenario may be that individual animals forage in Berners Bay, then move between the bay, Lynn Canal, and surrounding waters rather than becoming resident in the action area. As a result, individual humpback whales are likely to be exposed to construction or operation activities for a day or several days rather than for an entire foraging season.

### 5.6    Response Analyses to the Direct Effects of the Proposed Action

Response analyses are designed to identify how listed resources are likely to respond or react after being exposed to an action's direct and indirect effects on the environment. "Responses" include physical, behavioral, and physiological reactions of individual animals, including acute responses like being wounded or dying upon exposure; physiological responses like reduced fecundity or increased

Exhibit 52, page 11 of 23

002581

NMFS Final Biological Opinion on the Kensington Gold Project

**Table 5.2. Anticipated untreated water quality from the proposed tailing storage facility (TSF) in East Fork Slate Creek based on water quality modeling by EPA** (EPA draft NPDES Permit 2004).

| Projected Untreated TSF Water Quality | | | | |
|---|---|---|---|---|
| Parameter | Units | Projected TSF Discharge | | |
| | | Minimum | Mean | Maximum |
| Aluminum | ug/L | see below | see below | see below |
| Ammonia | mg/L | 0.128 | 0.57 | 0.7 |
| Arsenic | ug/L | 0.59 | 0.82 | 0.9 |
| Cadmium | ug/L | 0.0056 | 0.025 | 0.031 |
| Chromium | ug/L | 0.94 | 2.0 | 2.3 |
| Copper | ug/L | 0.68 | 1.7 | 1.9 |
| Iron | ug/L | 400 | 760 | 900 |
| Lead | ug/L | 0.12 | 0.55 | 0.67 |
| Mercury | ug/L | 0.002 | 0.01 | 0.01 |
| Nickel | ug/L | 0.97 | 1.8 | 2.1 |
| Nitrate | ug/L | <10[a] | <10[a] | <10[a] |
| pH | s.u. | 6.5 – 8.5 | | |
| Selenium | ug/L | 0.13 | 0.59 | 0.71 |
| Silver | ug/L | 0.02 | 0.02 | 0.02 |
| Sulfate | ug/L | 24 | 98 | 118 |
| TSS | mg/L | see below | see below | see below |
| TDS | mg/L | 114 | 218 | 246 |
| Zinc | ug/L | 2.8 | 11 | 13 |
| a - Values assume continued implementation of the explosives BMP Plan | | | | |

### 5.6.9   Summary of the Direct Effects of the Proposed Action on Listed Species

In the preceding response analyses, we have examined acute, chronic, or latent reactions that may be exhibited by Steller sea lions and humpback whales likely to be exposed to the direct effects of the action (i.e. noise, vessel traffic, discharge, and risk of petroleum exposure). Here we summarize these responses and their predicted impacts to listed species.

Based on characteristic vessel noise signatures from Richardson et al. (1995), we expect that listed species and their prey may be exposed intermittently to in-water source levels of noise from vessel activity ranging from 145 dB to 180 dB re 1 μPa @ 1m. In-water construction noise levels are expected to range from 98 to 113 dBA re 1 μPa @ 1m as perceived at 50 ft. As noted, individual sea lions and humpback whales have a low likelihood of constant exposure to noise and vessel traffic associated with construction

Exhibit 52, page 12 of 23

002602

activity and ferry, barge and tug operations because it is unlikely that they remain resident in the bay for extended periods of time (i.e. several months), and much of construction activity will be conducted when fewer animals are in the bay (1 July through 15 March). As the level for temporary threshold shift (TTS) has been established at 180 dB for marine mammals (NMFS 2005), it is possible that TTS may occur in listed species as a result of exposure to the louder sounds associated with the proposed action. This is a reversible condition, however, and the duration and intensity of effect would not be sufficient to cause injury or mortality to individuals.

Sea lions are accustomed to vessel traffic and its associated noise, as it is a component of their habitat throughout their range. Thus, they are adept at avoiding vessels and are unlikely to be struck by a vessel transiting through Berners Bay. Based on numerous records of collision, however, humpback whales do not appear to avoid vessels as successfully as sea lions. Crew shuttle, barge and tug transits in Berners Bay pose a higher risk of collision for humpback whales than those posed by baseline conditions. The risk of vessel collision is likely to be higher during April and May when whales use Berners Bay to forage on herring and eulachon, but the reduction in transits across the bay and a slower operating speed should reduce the likelihood of collisions. Throughout the remainder of the year, the chance of collision is likely to be lower given the limited usage of the action area. Population level consequences are not predicted for either listed species as a result of the increased vessel noise or traffic with respect to Kensington Gold Project operations.

We expect the proposed action to increase disturbance to humpback whales and Steller sea lions. Research has shown that humpback whales have exhibited behavioral changes in the presence of vessels, including greater variability in the number of blows per surfacing, increased dive intervals, and changes in swim speed, pod composition, and direction of travel. Steller sea lions cooperatively feeding in Berners Bay may be disrupted by passing vessels, possibly resulting in fewer successful foraging attempts by individuals. Such behavioral alterations in the presence of the crew shuttle, barges, or tugs may result in an individually incurred energetic cost, and may even cause individuals to leave the action area if sufficiently disturbed. Displacement may adversely affect individual animals by requiring additional energy investment to forage elsewhere, and thus may translate into the reduced fitness of an individual. However, the effect of such displacement, if it were to occur, is not expected to be of a magnitude to impact a significant portion of the population of any of the three listed species using the action area. Although individual humpback whales and Steller sea lions may be disturbed or otherwise adversely affected by the direct effects of the action, the recovery or survival of these species would not be compromised.

Direct and indirect exposure of the Berners Bay environment to petroleum products may occur through the course of normal vessel operations or accidental spills. As discussed in Section 5.6.7, petroleum components can be highly toxic and pose risks to individual humpback whales and Steller sea lions that come in direct or indirect contact with the contaminant. However, based on the information we have available, we do not anticipate that normal operations will create petroleum concentrations sufficient to affect long-term fitness of individual Steller sea lions or humpback whales. In the event of a large petroleum spill, however, listed species could be directly harmed by petroleum exposure, resulting in loss of fitness. In addition, chronic small petroleum spills or large-scale spills pose indirect risks to marine mammals through exposure and bioaccumulation via contaminated prey. This indirect exposure may result in adverse consequences to individual humpback whales and Steller sea lions (see Section 5.7.5 for further discussion of hydrocarbon effects to marine mammal prey base). However, this exposure would

106

002603

not be expected to have a population-level effect for either listed species, nor compromise their survival and recovery.

If heavy metals biomagnify through the food chain, chronic exposure may cause developmental abnormalities and impaired reproductive and immune function in marine mammals. However, if heavy metal concentrations and water quality levels are consistent with those projected under EPA's NPDES draft permit, discharge from the tailings storage facility into Slate Creek and Slate Creek Cove are not expected to reach unsafe levels for marine mammals. Thus, we do not predict fitness level consequences to listed species.

## 5.7    Response Analyses of Indirect Effects of the Proposed Action

The preceding narratives describe the probable *direct* effects of the Kensington Gold Project on the action area and the responses of listed species to those effects. The narratives contained in this section of the Opinion identify the *indirect* effects of the proposed action that will primarily result from alterations of the prey base in Berners Bay on listed species. As before, these analyses first describe the response of prey species to the proposed action. We follow this by identifying the listed species that are likely to be affected by these indirect effects and the nature of those effects (these represent our *exposure analyses*). Then we determine how those listed resources are likely to respond given their exposure (these represent our *response analyses*).

### 5.7.1    Exposure of Marine Mammal Prey to the Proposed Action

Several species of prey of Steller sea lions and humpback whales occur in the action area throughout the year. These species include: Pacific herring, eulachon, capelin, walleye pollock and salmonids. Pacific herring, eulachon, capelin, and juvenile salmonids are found year-round in the nearshore habitats of Berners Bay. Schools of adult eulachon and Pacific herring use the bay in large concentrations (hundreds to thousands of tons) during the early to mid-spring spawning aggregations. Because the remnant Lynn Canal Pacific herring stock spawns only in and around Berners Bay, the shorelines provide important habitat for this species during egg and larval life stages in spring and early summer. Adult salmonids also use the bay prior to their spawning migration into surrounding rivers and streams in the watershed. Thus, some number of prey individuals will likely be exposed to construction and operation activities year round, both at the marine terminal sites and along the vessel paths.

The proposed crew shuttle route across the bay, an almost straight line from Cascade Point to the Slate Creek Cove terminal site, will take the ferry directly through areas where large schools of eulachon and herring are known to aggregate prior to spawning in March and April. Individual adult herring and eulachon schools are likely to be exposed to vessel activities repeatedly throughout the spring months as the schools stage along the shoreline near Slate Creek Cove and Cascade Point in preparation for spawning. In addition, many individuals of the different prey species are likely to be exposed repeatedly to some form of disturbance, whether from boat noise, boat wake, or changes in water quality and habitat in and around the marine terminals (Table 5.3).

002604

NMFS Final Biological Opinion on the Kensington Gold Project

**Table 5.3. Seasonal Variability in Impacts of Disturbance on Prey Species' Fitness**

| Life Stage | Prey Species | Timing of Exposure | Source of Disturbance | Impacts of Disturbance |
|---|---|---|---|---|
| Eggs | Herring, capelin | Spring | Vessel Activity – vessel wake; fuel spills; <br><br> Marine Terminals – habitat alteration (changes in wave energy, beach morphology, sedimentation patterns, substrate); contaminant runoff | Decreased probability of survival; increased probability of developmental deformities; reduced individual/population fitness |
| Larvae | Herring, eulachon, capelin | Spring/ Summer | Vessel Activity – vessel wake; vessel noise; fuel spills <br><br> Marine Terminals – habitat alteration (impacts on temperature, salinity, turbidity, water quality); contaminant runoff | Decreased probability of survival; reduced individual/population fitness |
| Juveniles | Herring, eulachon, capelin, salmonids | Year-round | Vessel Activity – vessel wake; vessel noise and visual disturbance; fuel leakage and fuel spills <br><br> Marine Terminals – habitat alteration (changes in wave energy, beach morphology, sedimentation patterns, substrate); contaminant runoff | Short-term alteration of schooling behavior; changes in prey distribution and availability; docks may provide increased shelter/cover for both juveniles and their predators; potential impacts and fitness |
| Adults | Herring, eulachon, capelin, salmonids, pollock | Spring | Vessel Activity – vessel wake; vessel noise and visual disturbance; fuel leakage and fuel spills <br><br> Marine Terminals – degradation and loss of known spawning habitat, alteration of spawning site access along the shoreline | Short-term alteration of schooling behavior; changes in prey distribution and availability; Reduced energy budgets during critical pre-spawning aggregations→ reductions in individual fitness; Loss of spawning habitat |

### 5.7.2    Responses of Marine Mammal Prey to Vessel Activity

*Acute and chronic effects of increased vessel activity on prey species' behavior*
Researchers have definitively documented that schooling fish demonstrate avoidance reactions to vessel traffic (Olsen 1971, Soria et al. 1996, Pitcher et al. 1996), with active avoidance of the vessel occurring at a range of 150 meters, or approximately 500 feet away (Pitcher et al. 1996). Lateral avoidance behavior,

**Exhibit 52, page 15 of 23**

002605

NMFS Final Biological Opinion on the Kensington Gold Project

where schools of fish shift away from the source and direction of the disturbance, is typically triggered by vessel noise. The distance at which disturbance will occur is dependent on the alarm hearing threshold of the fish, their flight speed, environmental conditions such as turbidity and temperature, and the amount of perceived disturbance (i.e., noise, boat wake) produced by the vessel (Soria et al. 1996, Mitson and Knudsen 2003). Vertical avoidance behavior by herring and capelin schools has also been well documented (Pitcher et al. 1996, Soria et al. 1996, Vabρ et al. 2002), with evidence that rapid approach (speed greater than 10 knots) by research vessels invokes a similar response to that of fast-moving, schooling predators, both of which can cause herring to dive steeply and display predator avoidance behaviors such as dispersal or alterations in the shape and density of the school. A vertical avoidance response is often the result of visual triggers or a combination of gradually increasing noise and visual disturbances as the vessel approaches (Soria et al. 1996). Consequent losses of feeding time and the energy spent shifting, diving and reassembling the schools are real biological costs for evading these perceived dangers (Pitcher et al. 1996).

With the increase in vessel traffic in Berners Bay associated with the proposed action, particularly near remnant core spawning habitat, it is likely that schools of herring will be impacted by the increased noise and wake associated with vessels transporting crews and supplies across the bay. Risks of disturbance are expected to be highest during the spring because at the end of winter adult herring move into the shallow, nearshore environment (Norcross et al. 2001). Herring essentially do not feed while overwintering, and their energy resources are directed toward reproductive processes during this critical period in their life cycle. Energy required to avoid vessels, in addition to that expended in avoiding actual predators, may be diverted away from reproductive functions and could reduce both survival and fecundity of pre-spawning adult fish. Because herring often stage in the nearshore habitat for several weeks prior to spawning (Carlson 1980), they are likely to be in close proximity to vessels, particularly near Cascade Point, Slate Creek Cove, and the deepwater canyon running through the center of Berners Bay.

Cascade Point is a documented herring spawning area, with spawn occurring at the site in 8 of the past 33 years, or 24% of the time (M. Pritchett, pers. comm.). Herring also spawned just north of Cascade Point and South of Sawmill Cove in 10 years during that time period, which is 30% of the time (M. Pritchett, pers. comm.). Thus in any given year the estimated probability that herring will spawn at or near Cascade Point is slightly greater than 50%. Because the proposed crew shuttle route to service the Kensington mine runs from Cascade Point northward to Slate Creek Cove, the vessels will be traveling along or through this spawning corridor, with the potential to disturb herring schools just prior to or during spawning, on an annual basis.

Eulachon, capelin and herring also use the intertidal habitats at and around Cascade Point and Slate Creek Cove as nursery habitat during their larval and juvenile life stages. Their presence has been documented throughout the year in Berners Bay (J. Vollenweider, pers. comm.), and juveniles of all three species plus salmon smolts have been captured at Cascade Point during summer sampling (Harris et al. 2005). Juvenile osmerids (eulachon and capelin) and herring have been sampled by hydroacoustic trawling and pelagic trawling near Slate Creek Cove during the winters of 2003 and in December of 2004 (Sigler et al. unpublished data). Therefore, it is likely that these prey species utilize Cascade Point and Slate Creek Cove habitats year-round during different life stages.

Availability of high quality, undisturbed habitat and food resources are critical to survival during the early life stages of fish. For example, herring larvae have extremely high mortality rates, which can exceed

002606

NMFS Final Biological Opinion on the Kensington Gold Project

99% (ADF&G 1985). These mortalities are attributable to predation, environmental stresses during egg incubation and after hatching, and food availability (ADF&G 1985). Therefore, it is the larval stage that determines the strength and abundance of each given year-class of herring (Hourston and Haegele 1980). With already low survival rates under natural conditions, it is likely that herring survival rates will be even lower when spawning and larval rearing habitats are degraded around the two proposed marine facilities due to changes in water quality, sedimentation, hydrology, noise, and other anthropogenic disturbances during construction and operation of the proposed action.

At the Cascade Point facility and in the path of transiting vessels, increased stress and energy diverted to avoidance behaviors are the most likely adverse effects of vessel noise, wake, and visual disturbances to fish. Over the long term, if dock use increases in association with planned commercial, tourism and residential development of Echo Cove, then the cumulative effects of the increased noise and vessel traffic may cause juvenile schooling fish like herring and eulachon to abandon the habitat around Cascade Point. Increased vessel activity during spring months may also cause adult herring to avoid their remnant spawning grounds near Cascade Point, similar to how these fish have abandoned their traditional spawning grounds in Auke Bay coincident with increased shoreline development activities and vessel traffic (Williams et al. 2004).

***Temporal Variability in Disturbance of Prey***
Throughout the year, herring schools often follow a diel vertical migration pattern, spending daylight hours near the sea floor, then moving upward through the water column during the evening to feed (ADF&G 1994). Therefore, boat noise and boat wake are more likely to disrupt or adversely affect herring behavior in the evening, when natural behavioral patterns move them closer to the surface and therefore closer to the source of disturbance (Thomas and Thorne 2001).

Steller sea lions have been observed following a similar diel pattern of foraging, with deeper foraging dives during the day and shallower dives at night (Thomas and Thorne 2001), presumably to maximize prey encounters and optimize foraging efforts. Because the prey stays closer to the surface in the evening, the marine mammals are foraging at shallower depths in the evening. Therefore, any boat disturbance that disrupts and alters prey behavior may also affect Steller sea lion foraging success.

Limited research has shown that schooling fish typically exhibit short-term responses to vessel disturbance, with changes in behavior diminishing within a few minutes after the removal of the stimulus (Olsen 1971, Pitcher et al. 1996). Long-term or learned avoidance responses to vessels have not been documented, which suggests that vessels transiting Berners Bay may not cause schooling herring to abandon nearshore habitats in the bay. However, the vessel traffic for the Kensington Gold Project will introduce additional hours of potential disturbance daily to schooling fish and their predators, possibly disrupting Steller sea lion and humpback whale foraging and causing increased expenditures of energy by both predators and prey.

### 5.7.3   Responses of Marine Mammal Prey to Noise

Fish are able to detect and respond to a wide variety of sounds. Species differ in the range of frequencies, or bandwidth, and in the threshold sound pressure levels they are able to detect. Many behavioral and physiological investigations of fish hearing show that a number of species, and perhaps all, have the same basic acoustic capabilities as other vertebrates, including mammals (Popper et al. 2003, Ladich and

110

NMFS Final Biological Opinion on the Kensington Gold Project

Popper 2004). The addition of human-generated sounds to the background noise of a fish's environment can make that environment so loud that fish are not able to detect important signals such as those indicating presence of predators (Hasting and Popper 2005). Fish can be divided into two groups – hearing generalists and hearing specialists. Herring fit into the latter group, and their greater hearing capability is due to specialized extensions of the swim bladder that enters the cranial capsule and lies close to the inner ear (Moyle and Cech 1988). This adaptation allows herring to detect and respond to signals up to 4000 Hz with thresholds that are 20dB lower than fish with general hearing capability and is thought important for schooling behavior and detecting predators and other hazards (Whitehead 1985). This sensitive hearing capability also makes herring more vulnerable to interference from anthropogenic noise sources due to its increased dependence on sound detection as a means of avoiding predation.

### 5.7.4    Responses of Marine Mammal Prey to Proposed Dock Facilities

***Cascade Point Marine Facility***
According to the BA/BE, the footprint of the marine facility at Cascade Point will be approximately 2.7 acres, which includes the breakwater, docks, boat ramp and gangways. Because the life of the Kensington Gold Project is a minimum of ten years, and Goldbelt, Inc. has applied for a 25-year tideland lease from the State of Alaska (ADNR 2004), NMFS anticipates that the construction of this marine facility will cause long-term or permanent alteration of the site. The intertidal zone of Cascade Point is characterized by a diverse intertidal and subtidal assemblage of macrophytes (kelps), invertebrates and fish species (USFWS 1998, Stekoll 1999, NMFS 2004, Harris et al. 2005). It is also a documented spawning site for the Lynn Canal herring stock (M. Pritchett, pers. comm.) and a documented rearing site for chum and coho salmon fry, juvenile Pacific herring, walleye pollock, Pacific cod, and multiple species of sculpin (Harris et al. 2005). Therefore, it is important for NMFS to consider the effects that the development of a marine facility will have on these marine mammal prey resources.

The construction of the proposed facility will permanently alter hydrology at the site, affecting wave action, tidal flushing and lateral flows of currents along the shoreline at the site. Effects of the breakwater may include: reduced sediment flushing; reduced sediment transport along the shoreline on either side of the breakwater; changes in sediment deposition at the site and along the shore; reduced flushing of contaminant and nutrient runoff; changes in turbidity; and localized changes in temperature and salinity. Many of these conditions are likely to decrease the suitability of the site for large-bladed kelp species (M. Stekoll, pers. comm.) and their associated community assemblages. In addition, vessel activity at the dock and around the facility may also cause increased turbidity in shallow waters, uproot and displace aquatic macrophytes (kelp) and cause behavioral disturbance of fish, as discussed in Section 5.7.2.

The long-term presence of docks and vessels at the facility will likely alter the composition and structure of the vegetative community at Cascade Point. Specifically, the dredging of the intertidal zone and construction of the breakwater will result in the loss of approximately 350 linear feet of kelp habitat (USFS 2004a), or approximately one acre. The presence of shade created by vessels, the breakwater, and the docks will further impact submerged vegetation by reducing the availability of light. Increased shading of the intertidal zone will reduce the available light for phytoplankton, macrophytes, and other submerged aquatic vegetation that are important resources for juvenile fish including spawning and rearing herring.

Overall, the combined changes in site hydrology, local water conditions and light availability are likely to

111

NMFS Final Biological Opinion on the Kensington Gold Project

change the structure and composition of the submerged vegetative community at Cascade Point. Changes in the plant community may in turn affect the likelihood of utilization by spawning and rearing herring and other forage fish and adversely affect spawning success at and near the site.

The applicant has suggested that the breakwater will provide surrogate substrate for the colonization of the diverse kelp community that is degraded or lost on-site, based on research conducted on an artificial reef in Puget Sound (Wyllie-Echeverria et al. 2003). However, several key differences exist between the design of a breakwater and an artificial reef (T. Wyllie-Echeverria, pers. comm.). A breakwater sits partially above the water's surface and is exposed to wave action, whereas the reef was fully submerged and did not significantly alter local site hydrology. In addition, the artificial reef was designed to enhance and restore habitat, while a breakwater is designed to alter nearshore hydrology to support marina facilities. Despite the apparent success in colonization noted during the first two years of follow-up monitoring of the artificial reef, researchers found that the extent of colonization declined in subsequent years (T. Wyllie-Echeverria, pers. comm.).

It is possible that an intertidal suite of species would establish on the seaward portions of the seawall (T. Wyllie-Echeverria, pers comm., M. Stekoll, pers comm.), with colonization by species such as *Fucus gardneri*, *Alaria marginata* or other macroalgaes that are already present along the shoreline elsewhere in the bay. If conditions are adequate, there may also be colonization by *Laminaria* spp., *Nereocystis* or *Desmarestia* spp. The likelihood of successful colonization of the breakwater by macroalgaes is dependent on a number of factors, including hydrologic conditions, size, shape and treatment of materials used in constructing the breakwall, substrate composition and grazing pressures (M. Stekoll, pers. comm.).

Ideally, if the rate and degree of flushing along the outside of the breakwater are consistent with conditions along the shoreline to the north, then the hydrologic conditions should be adequate to allow colonization of the breakwater by species capable of supporting successful herring spawn. Because many macrophytes require well-flushed site conditions but the amount of flushing will be much lower on the inside (southeastern), submerged portion of the breakwater, it is unlikely that section will be suitable for kelp colonization. Some macroalgae species like *Laminaria saccharina* and *Nereocystis luetkeana* are highly sensitive to pollution by petroleum products (Antrim et al. 1995, O'Clair et al.1996), so vessel leaks or spills near the breakwater and marine facility may also affect the rate of colonization and persistence of those species.

If water quality and hydrology are adequate for colonization by macroalgaes, then substrate composition may be the greatest limiting factor in colonization success. Perennial algaes such as *Laminaria* spp. require moderate-sized rock substrates that provide sufficient surface complexity and stability for the algae to attach and develop a holdfast (M. Stekoll, pers comm.). Because breakwaters are designed to alter the natural hydrologic regime and minimize wave action along the shoreline, enhancement of marine habitats or mitigation of habitat loss are not typical design considerations. For example, a structure designed with a moderate slope and intermixed small and large rock substrate would better simulate the natural conditions of the nearshore environment, and the attention to surface complexity in breakwater design could encourage colonization (M. Stekoll, pers. comm.). If the breakwater proposed for Cascade Point is designed to include these parameters, the structure will improve the likelihood of colonization and mitigation of habitat loss. Long-term, scientific monitoring of kelp colonization and finfish utilization would enable the applicant and action agencies to assess the efficacy of the breakwater as

112

NMFS Final Biological Opinion on the Kensington Gold Project

surrogate intertidal and subtidal habitat for marine mammal prey resources.

If the breakwater does not mitigate for the loss of Cascade Point intertidal habitat, the development of this site would result in a permanent loss of at least one acre of spawning habitat for Lynn Canal herring. In addition, spawning habitats adjacent to Cascade Point will likely be impacted by habitat alteration and degradation. These losses of spawning habitat may impact spawning production and herring biomass in Berners Bay and Lynn Canal. Although it is possible that the herring would shift elsewhere to spawn, there is no documented instance where dislocated spawners have shifted to a new spawning location (Trumble 1983). Additionally, Pacific herring often exhibit homing behavior, with some herring returning to the same spawning grounds year after year, though some may change spawning areas between years (Hay et al. 2001). Therefore, herring that are dislocated from the Cascade Point spawning site might seek out suitable habitat elsewhere in the bay, or they may attempt to spawn on the breakwater or within the degraded Cascade Point terminal site. Without sufficient information on herring behavior and their ability to adjust to changes in spawning habitat, it is impossible to predict with certainty how their behavior will be modified. The extent to which the loss of current spawning habitat at Cascade Point might cause additional population-level declines in herring biomass is also unknown but the possibility of such impacts should not be discounted.

***Slate Creek Cove Marine Facility***

The proposed location for the Slate Creek Cove marine terminal provides overwintering and year-round rearing habitat for juveniles of several prey species, including capelin, eulachon, herring, and salmon (J. Vollenweider, pers. comm.) The intertidal and subtidal habitats of Slate Creek Cove also provide foraging habitat for outmigrating juvenile salmonids and larval eulachon, and adult pre-spawner eulachon and herring school in the deep waters near Slate Creek Cove during early April prior to moving into their spawning habitats (A. Eller pers. comm.). Although the construction of the proposed Slate Creek Cove facility will require less habitat alteration than the Cascade Point facility, we expect that it will modify nearshore habitat at the site and pose similar risks to marine mammal prey resources, particularly during the juvenile lifestage of forage fish species. Specifically, the construction of the proposed dock facility will alter shoreline and intertidal hydrology at the site, with the potential to affect wave action and flushing along the shoreline, though without a breakwater, the structures at this facility are expected to have less impact on such site characteristics than the proposed Cascade Point facility and breakwater.

Once the facility is constructed, vessel activity at the dock and around the facility may cause increased turbidity, noise and behavioral disturbance of fish, as well as increased risk of exposure to petroleum spills and chronic hydrocarbon contamination. Vessel movements to and from the Slate Creek marine terminal may also temporarily or chronically disturb these prey resources, increasing stress in individuals and reducing individual prey fitness. Overall, the adverse affects of the proposed Slate Creek Cove marine terminal are not likely to be as great as at Cascade Point because the facility would be sited on a steeply sloping shore with limited intertidal habitat and no known forage fish spawning habitat.

### 5.7.5   Responses of Marine Mammal Prey to Petroleum Spills and Leakage

Hydrocarbon contamination from petroleum pollution has long been recognized as one of the most potentially harmful categories of pollution to marine biota (Martin and Richardson 1991). Increased boating activity increases the probability that either acute or chronic hydrocarbon contamination will occur. Although small spills may seem inconsequential, cumulatively they can cause significant damage to the marine environment. As noted in Section 5.6.7, petroleum products are toxic and contain organic

**Exhibit 52, page 20 of 23**

**002610**

chemicals such as polycyclic aromatic hydrocarbons (PAHs) and heavy metals. Diesel fuel has more than 100 hydrocarbon compounds that harm fish larvae, shellfish and other marine organisms. Leaking of hydrocarbon products from vessels, fuel spills and storage structures is a threat to both spawning adults and developing herring larvae. Very low concentrations of PAHs are known to induce significant adverse effects on fishes including Pacific herring (Carls et al. 1999). Fish eggs and embryos are particularly sensitive to low levels of PAHs due to their high content of lipids that can accumulate PAHs from the water column. Although developing herring embryos are capable of metabolizing some PAHs, these resulting metabolites themselves have been observed to cause a variety of lethal anomalies in developing embryos such as cardiac edema (Incardona et al. 2004).

Chronic discharges of diesel and other fuels from boats during docking, idling, and refueling at the Cascade Point and Slate Creek Cove marine terminals are likely to create elevated concentrations of hydrocarbons and heavy metals in the water column and sediments in the vicinity of those facilities (McMahon 1989, McGee et al. 1995). In addition, the breakwater at the Cascade Point facility will reduce the rate of hydrologic flushing in and around the facility by reducing wave action and currents that would otherwise occur at this site. With reduced rates of flushing and frequent small petroleum releases from fueling activities and idling boats at Cascade Point, it is likely that hydrocarbon concentrations in the water column and sediments near the terminal will be greater than in other parts of the bay. Therefore, it is probable that developing herring eggs and larvae near the Cascade Point marine terminal will be exposed to elevated levels of PAHs. Chronic poisoning of herring can result from these regular, low level inputs of hydrocarbons. This exposure may have detrimental affects to individual herring and the Lynn Canal population as a whole.

A single spill during the critical spawning/incubation/larval rearing period could result in mortality and developmental deformities in large numbers of herring along the shoreline of Berners Bay. A significant petroleum spill in the wrong place at the wrong time is damaging, as demonstrated by the impacts of the Exxon Valdez spill on Pacific herring embryos in Prince William Sound (Carls et al. 2002).

In addition to supporting spawning and developing herring embryos, Berners Bay appears to be a very important nursery area for larval and young-of-the-year herring, capelin and eulachon (M. Sigler, pers. comm., A. Eller, pers. comm.). Recent survey work completed by NMFS' Auke Bay Laboratory has identified large dense schools of juvenile osmerids (capelin and eulachon) and herring located at depths of 50 to 70 meters between Point Saint Mary and Slate Creek Cove in Berners Bay during winter surveys. Additional work by Andrew Eller, UAS, has found juvenile eulachon overwintering near Slate Creek Cove, where these fish are likely to imprint for their return to the rivers of Berners Bay to spawn as adults. Through underwater camera tow surveys at Sawmill Cove, NMFS (2004) also documented the presence of a school of juvenile herring. These young fish are also vulnerable to the toxic effects of PAHs and heavy metals found in petroleum products.

Exhibit 52, page 21 of 23

002611

NMFS Final Biological Opinion on the Kensington Gold Project

### 5.7.6    Summary of the Proposed Action on Prey Species

The Kensington Gold Project has the potential to adversely affect marine mammal prey in the following ways: 1) construction of the marine facilities may degrade or destroy *rearing* habitat; 2) construction of the marine facility at Cascade Point may degrade or destroy *spawning* habitat; 3) the breakwater and boat traffic near the Cascade Point facility may degrade adjacent herring spawning habitat; 4) vessel traffic, noise, and changes in shoreline structure and intertidal habitat may alter the behavior of schooling adult fish and rearing juveniles in Berners Bay; 5) disturbance may increase individual stress and fitness; 6) in-water structures and boat traffic may alter shoreline migration patterns, shifting the fish into areas where predation risks are greater (i.e., schooling along the edge of the breakwater, where fewer escape routes are available); 7) vessel fuel leakage, contaminant spills, pollutant runoff and increased shoreline development of the Bay may impair water quality, particularly in areas where vessel activity and development are concentrated. Such impacts may happen alone or in tandem with other impacts. The overall effect of these stressors on prey resources depends on the frequency, magnitude, duration, and timing of disturbance. The extent of impacts on prey will also depend on the sensitivity of individual species and different lifestages and whether the impacts occur alone or affect the animals as a suite of multiple stressors.

If the loss and degradation of habitats are compounded by additional stressors such as increased disturbance during larval and juvenile development, exposure to hydrocarbons and other contaminants or increased predation, the adverse effects to individual eulachon, capelin, salmon, pollock or other prey species may be extended out to the population level, affecting fitness and population dynamics in the Bay.

NMFS is concerned that the Lynn Canal herring stock is particularly susceptible to adverse impacts from the Kensington Gold Project because of the current condition of the population, its life history and its reliance on Berners Bay during all lifestages, particularly during spawning and larval development. As discussed in Section 4.3.1, the Lynn Canal herring population is a keystone species in the marine ecosystem of Lynn Canal. Herring are an integral component of the food web and are consumed by a wide variety of vertebrate species at different trophic levels. The Lynn Canal herring population is an important, year-round prey resource for Steller sea lions, humpback whales and other marine mammals that utilize Lynn Canal habitats. Specifically, this population supports the Steller sea lions that haulout and forage around Benjamin Island, Gran Point and Met Point. The herring are also consumed by sea lions foraging in Auke Bay during the winter months and in Berners Bay during the spring. The humpback whales commonly seen around North Pass, Shelter Island and Berners Bay feed on Lynn Canal herring and this forage fish is an important component of their diet throughout the year. Herring are also preyed upon by other fish species – during the larval and juvenile life stages, they are consumed by salmon, pollock, and other nearshore fish, which are also marine mammal prey resources. Further declines in the herring population could have cascading effects on the Lynn Canal food web, with affects on the fitness of other fish, marine mammals, and seabirds.

### 5.7.7    Summary of the Indirect Effects of the Proposed Action on Listed Species

Feeding in the productive waters of Alaska (including the action area) represents a critical component in the life history of humpback whales and Steller sea lions. Although not limited to southeast Alaska or the action area, humpback whales and Steller sea lions return annually to specific feeding locations in southeast Alaska such as Frederick Sound, Chatham Strait, North Pass, Sitka Sound, Glacier Bay, Point

**Exhibit 52, page 22 of 23**

**002612**

NMFS Final Biological Opinion on the Kensington Gold Project

# 8.0 CONSERVATION RECOMMENDATIONS

In addition to section 7(a)(2), which requires agencies to ensure that proposed projects will not jeopardize the continued existence of listed species, section 7(a)(1) of the ESA places a responsibility on all Federal agencies to utilize their authorities in furtherance of the purposes of the Act by carrying out programs for the conservation of endangered species. Conservation Recommendations are discretionary activities designed to minimize or avoid adverse effects of a proposed action on listed species or critical habitat. Due to potential adverse effects on herring spawning habitat of the Lynn Canal Pacific herring population that may in turn negatively impact listed species, NMFS maintains its earlier recommendation, proposed during both informal section 7 consultation and EFH consultation, to use an alternative dock location to Cascade Point, preferably outside Berners Bay, to facilitate transportation of crews to the mine. The following conservation measures are also recommended for Steller sea lions, humpback whales, and the habitat they depend upon in the action area.

1) Any crew shuttle transits across Berners Bay during the eulachon run and herring spawning periods of April and May should be suspended. NMFS recommends use of other transportation routes during this time to minimize adverse effects on listed species and their prey base. This is consistent with the measure under consideration in the final State Tidelands Lease of the Cascade Point dock facility to prohibit vessel operation from the Cascade Point terminal from the time pre-spawning aggregations of herring are observed around the dock facility until spawning has been completed. A similar measure is contained in the EFH Assessment (B-13), which states that, "Potential impacts on herring spawning from dock operations would be minimal assuming that the State of Alaska requires no use of the facility during the herring spawning period and no fueling for an extended period (i.e. through the eggs hatching). In addition, NMFS recommends that Coeur limit disturbance from vessel noise, lights, and other sources that may discourage herring from utilizing spawning habitat in the vicinity of Cascade Point.

2) Fueling of vessels at the Cascade Point marine terminal should be prohibited from the time pre-spawning aggregations of herring are observed around the dock facility until herring eggs have hatched. This is consistent with the measure under consideration in the final State Tidelands Lease of the Cascade Point dock facility to limit fueling during this time to a U.S. Coast Guard approved facility outside Berners Bay such as Auke Bay.

3) Dock facilities should serve only the Kensington Gold Project and public or other private uses should be entirely restricted in order to protect and avoid additional cumulative impacts to marine mammal populations in Berners Bay.

4) Construction should not occur between March 15 and June 30 to minimize potential noise impacts to marine mammals. NMFS is concerned that further impacts to marine mammals may occur from construction during spring and summer. NMFS recommends that near-water construction occur during winter months when fewer marine mammals are present.

Exhibit 52, page 23 of 23

002625