Demian A. Schane
Thomas S. Waldo
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: dschane@earthjustice.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, and LYNN CANAL CONSERVATION, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| UNITED STATES ARMY CORPS OF ENGINEERS; COLONEL TIMOTHY J. GALLAGHER, in his official capacity as District Engineer; LARRY L. REEDER, in his official capacity as Chief of the Regulatory Branch; DOMINIC IZZO, in his official capacity as Principal Deputy Assistant Secretary of the Army (Civil Works); and UNITED STATES FOREST SERVICE, | ) ) ) ) ) ) ) ) | Case No. J05-0012 CV (JKS) |
| Defendants, | ) ) ) | |
| and | ) ) | |
| COEUR ALASKA, INC., GOLDBELT, INC., and the STATE OF ALASKA, | ) ) ) | |
| Intervenor-Defendants. | ) | |

**PLAINTIFFS' MOTION FOR SHORTENED TIME ON THEIR MOTION FOR
LEAVE TO FILE THEIR REPLY BRIEF IN EXCESS OF PAGE LIMIT**

*SEACC v. U.S. Army Corps of Eng'rs*
J05-0012 CV (JKS)

Pursuant to Local Rule 7.2(c), Plaintiffs Southeast Alaska Conservation Council, Sierra Club, and Lynn Canal Conservation hereby move for shortened time and expedited consideration of their motion to file Plaintiffs' Reply Brief on Count I in excess of Local Rule 10.1(*l*)'s 25-page limit.  A proposed order is attached.

Due to the ongoing harm from construction activities at the proposed mine site, briefing of the merits of this case is currently under expedited consideration.  *See* Order of April 7, 2006 (Docket No. 37).  Plaintiffs have responded to 135 pages of opposition briefing from four defendants and three *amici* curiae with a single reply brief of 38 pages and moved for leave to exceed Local Rule 10.1(*l*)'s 25-page limit.

As required by Local Rule 7.2(c)(1)[A], the attached declaration of counsel explains why shortened time is needed, the efforts made to work out the problem with counsel for the other parties, the positions taken by the parties, and the significant dates.  As explained in the declaration, construction of a dam at Lower Slate Lake is scheduled to begin in about six weeks. Without shortened time, briefing and decision of the motion to file an over-length reply could take up about half of that critical time, greatly increasing the likelihood that Plaintiffs will need to file a motion for preliminary injunction.

The question of whether to oppose an over-length reply brief that responds to 135 pages of opposition briefing is simple.  It should not take more than one day for Defendants and Intervenor-Defendants to file a response.

Respectfully submitted this 17th day of May 2006,


_/s/ Demian A. Schane_

Demian A. Schane (ABA# 0403007)
Thomas S. Waldo (ABA# 9007047)
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: dschane@earthjustice.org

Attorneys for Plaintiffs


## CERTIFICATE OF SERVICE

I, Demian Schane, certify that on May 17, 2006, a true and correct copy of PLAINTIFFS' MOTION FOR LEAVE TO FILE THEIR REPLY BRIEF ON COUNT I IN EXCESS OF THE PAGE LIMIT was served electronically to Mark A. Nitczynski, Richard L. Pomeroy, John C. Berghoff, Jr., David C. Crosby, Ruth Hamilton Heese, Cameron M. Leonard, John W. Hartle, Amy Gurton Mead, and Stephen F. Sorensen. A courtesy copy was also sent via e-mail to Lawrence L. Hartig and Jim Ustasiewski.


_/s/ Demian A. Schane_
Demian A. Schane