IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

SOUTHEAST ALASKA CONSERVATION COUNCIL,    )
SIERRA CLUB, and LYNN CANAL CONSERVATION,   )
                                            )
      Plaintiffs,                           )
                                            )
          v.                                )
                                            )
UNITED STATES ARMY CORPS OF ENGINEERS;      )
COLONEL TIMOTHY J. GALLAGHER, in his official )
capacity as District Engineer; LARRY L. REEDER, in his ) Case No. J05-0012 CV (JKS)
official capacity as Chief of the Regulatory Branch;  )
DOMINIC IZZO, in his official capacity as Principal  )
Deputy Assistant Secretary of the Army (Civil Works); and )
UNITED STATES FOREST SERVICE,               )
                                            )
      Defendants,                           )
                                            )
      and                                   )
                                            )
COEUR ALASKA, INC., GOLDBELT, INC., and the )
STATE OF ALASKA,                            )
                                            )
      Intervenor-Defendants.                )

**PROPOSED ORDER SHORTENING TIME**

      Plaintiffs Southeast Alaska Conservation Council, Sierra Club, and Lynn Canal

Conservation have moved for shortened time on their motion for leave to exceed the page limit

for reply briefs.  Docket No. ___.  The motion is granted.  Defendants and Intervenor-Defendants

shall submit any response to Plaintiffs' motion no later than May 18, 2006.

      SO ORDERED this _____ day of _____, 2006.


                              _____
                              **James K. Singleton**
                              United States District Judge