Amy Gurton Mead
Robertson, Monagle & Eastaugh
801 W. 10th Street, Suite 300
Juneau, Alaska 99801
(907) 586-3340 (telephone)
(907) 586-6818 (facsimile)
agmead@romea.com

Of Attorneys for
Southeast Conference

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) Case No. J05-0012 CV (JKS) |
| UNITED STATES ARMY CORP OF ENGINEERS, | )<br>)<br>) |
| Defendants. | )<br>) |

**NOTICE OF ERRATUM**

Southeast Conference hereby provides notice of an error in filing yesterday's Amicus Brief. Due to a problem with the Electronic Case Filing System, Southeast Conference was unable to attaché the exhibits and declarations. This notice contains Exhibits A-H and Declarations of Timothy Arnold and Douglas Becker.

RESPECTFULLY SUBMITTED May 18, 2006.

s/Amy Gurton Mead
AMY GURTON MEAD
Robertson, Monagle & Eastaugh
801 W 10th St., Ste. 300
Juneau, AK  99801
(907) 586-3340 (telephone)
(907) 586-6818 (facsimile)
agmead@romea.com

Of Attorneys for Southeast Conference

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 18, 2006, a copy of the foregoing document was served electronically on the following attorneys:

Demian A. Schane
Thomas S. Waldo
Mark Nitczynski
Richard L. Pomeroy
David C. Crosby
Cameron M. Leonard
Ruth Hamilton Heese
John C. Berghoff, Jr.
Michael P. Rissman
Eric B. Fjelstad
Robert A. Maynard
Lawrence L. Hartig
Jim Ustasiewski


s/s Laurie Gyles-Chesnut