Amy Gurton Mead
Robertson, Monagle & Eastaugh
801 W. 10th Street, Suite 300
Juneau, Alaska 99801
(907) 586-3340 (telephone)
(907) 586-6818 (facsimile)
agmead@romea.com

Of Attorneys for
Southeast Conference

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. J05-0012 CV (JKS) ) |
| UNITED STATES ARMY CORP OF ENGINEERS, | ) ) **Declaration of** ) **Timothy Arnold** |
| Defendants. | ) ) |

I, Timothy Arnold, pursuant to 28 U.S.C. § 1746, hereby state and declare as follows:

1.  I am the General Manager for Coeur Alaska.

2.  Coeur has made it a priority to develop the Kensington Mine project with as much community involvement as possible. Over the years, we have sought input from and consulted with local industry, environmentalists and the Native communities, and we have contributed resources – both financial and otherwise – in and around Southeast Alaska.

3. Coeur has been committed to working with the Native communities:

a. We conducted a Native traditional values assessment, where we had hearings and brought in Elders and had them record their history, and we modified the project plan to avoid areas where traditional Native ceremonies and sacred activities were held;

b. We have held workshops in Kake and Haines and met with Shareholders in order to actively solicit Native input;

c. We have entered into an agreement with the Berners Bay Consortium (consisting of Goldbelt, Kake Tribal, and Klukwan) to promote environmentally responsible development of the Kensington and Jualin Mines and Native training and hire.

4. Coeur has actively solicited input from local environmental groups such as the Kensington Coalition (consisting of nine major environmental groups in Southeast Alaska). Input from the Coalition resulted in Coeur redesigning its project, with the Coalition's involvement. For example, the Coalition co-engineered our reclamation plan. Our work with the Kensington Coalition included: negotiating solutions regarding monitoring programs and reporting; special interest group access to the project; special interest group input to project design; and a fisherman's rapid payment liability fund.

5. Coeur has engaged in ongoing efforts to seek community input and address community concerns:

a. We are instituting a working group called the Berners Bay Working Group. Members of the group include conservationists, recreationists, government agencies, and users of Berners Bay. The group's purpose is to monitor transportation and use impacts in the bay;

b. Coeur representatives have attended at least one hundred Planning Commission, Commissioners, and Committee of the Whole meetings held by the City and Borough of Juneau in order to better understand the community's concerns and to get community input;

c. We have developed a comprehensive Berners Bay Transportation Plan, working with local agencies and special interest groups;

d. Coeur has given presentations and sought input from Juneau Rotary, Juneau Chamber of Commerce, Alaska Miners Association, Resource Development Council, Haines Chamber of Commerce, and Southeast Conference;

e. We have consulted with local fishermen and attended meetings held by the United Southeast Alaska Gillnetters, United Fishermen of Alaska, and the Southeast Alaska Fishermen's Alliance.

f. Coeur funded a doctorial program for a University of Alaska Southeast student and we utilized his unbiased results in the environmental design of our project.

6. With an eye towards free-flowing information (which we believe is the best way for us to address community concerns), Coeur has an 'open door policy' with respect to its operations:

a. We have held open-houses in both Juneau and Haines upon the issuance of all major permits and three EISs;

b. we have invited environmentalists, legislators and public interest groups to briefings and presentations at the Coeur offices and to the project site;

c. Coeur has held site tours for Native groups (Sealaska, Kake, Goldbelt and Klukwan) at Kensington and at other Coeur operations like Rochester and Silver Valley (attended by Cape Fox, Goldbelt, Koniag and Klukwan). We have taken environmentalists, agencies, general public and elected officials to the Kensington minesite. We also arranged a tour at Golden Cross (in New Zealand) for the Kensington Coalition's (which is comprised of nine Southeast Alaska environmental groups) technical representative;

d. We release regular emails to supporters and distribute newsletters in the Juneau Empire to keep the public informed of our operations. All of our press releases contain contact information;

e. We have held presentations at local area schools (UAS and JDHS) and conducted lectures at UAS with guest speakers specializing in the various sciences relevant to the project (including toxicologist, mining technology, and oceanographers.)

7. Coeur believes in giving back to the community and we have been actively engaged in doing so over the years:

a. We have been a major contributor to the Pt. Retreat Lighthouse Restoration Project;

b. Contributed X-Ray equipment to the Haines hospital;

c. Donated to the Haines Library building fund;

d. Participated in the National Ocean Science Bowl as both a funding source and judge;

e. Participated in judging JDHS Science Team projects;

f. Made donations to many local civic and nonprofit organizations (including, but not limited to, Lions Club, Boy Scouts, Territorial Sportsmen's scholarship fund, Discovery Southeast, Alaska Peace Officers, Big Brothers Big Sisters, Capital City High School Science Fair, Juneau Gold Rush Commission, JDHS Activities, JDHS Science Team sponsorship, Juneau Ski Club (major sponsor), Litter Free, Mendenhall Watershed Partnership, and Special Olympics of Alaska.)

g. Money we received from the Dupont Environmental Leadership Award was used to establish three endowment funds for education scholarships at UAS, the University of Idaho, and the University of Nevada Reno for students studying environmental science;

   h. Contributed to the Sealaska Heritage Foundation;

   i. Participated as major sponsor and designer of a local stream restoration project;

   j. Sponsored the Alaska SeaLife Center; and

   k. Sponsored Native dance groups.

 8. Coeur's efforts to actively engage the community has resulted in letters and resolutions of support from Southeast Conference, the Resource Development Council, both Juneau and Haines Chambers of Commerce, State Legislators, the Alaska Delegation including Senators Stevens and Murkowski and Representative Young, the City of Haines, the City and Borough of Juneau, Governors Murkowski, Knowles, and Secretary/Governor Andrus (Idaho), to name just a few.

 9. Coeur was recently nominated by Goldbelt, Inc., for the Bureau of Land Management's Hardrock Mineral Community Outreach and Economic Security Award.  (See Exh. A)

 I declare that to my knowledge, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED   27 April 2006

            _____
            Timothy Arnold

Amy Gurton Mead
Robertson, Monagle & Eastaugh
801 W. 10th Street, Suite 300
Juneau, Alaska 99801
(907) 586-3340 (telephone)
(907) 586-6818 (facsimile)
agmead@romea.com

Of Attorneys for
Southeast Conference

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, et al., | )<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) Case No. J05-0012 CV (JKS) |
| UNITED STATES ARMY CORP OF ENGINEERS, | )<br>) |
| Defendants. | ) Declaration of<br>) James Douglas Becker |

I, James Douglas Becker, pursuant to 28 U.S.C. § 1746, hereby state and declare as follows:

1. I am a commercial fisherman (salmon and halibut) in Southeast Alaska. I have been fishing professionally with my own boat since 1972.

2. I am the current president of the Juneau chapter of the United Southeast Alaska Gillnetters. I have been a member of various professional fishing organizations since at least 1972.

3. I have personally had, both as a board member of USAG and individually, many conversations concerning the Kensington Mine project. In my experience, many members of my industry were initially concerned with the project. In particular, we were concerned with whether the mine operations would pollute Berners Bay and Lynn Canal. We were also concerned that the public would perceive those areas to be polluted, and subsequently the fish harvested from there tainted, regardless of it being true or not.

4. Those concerns were alleviated upon taking a close look at the Kensington project. In my opinion, the Kensington plan is environmentally responsible. I no longer have any fears or concerns for my livelihood from the Kensington project.

5. I have been asked to be a member of the Berners Bay working group. I believe organizing this working group, which will keep us updated and educated on the project, and which gives us yet another forum for discussing our concerns, is just another example of how Coeur has continued to operate in a responsible, community-oriented manner.

6. In my opinion, Coeur is setting a positive example for all future mining operations.

DATED May 1, 2006

_____
James Douglas Becker