Demian A. Schane
Thomas S. Waldo
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: dschane@earthjustice.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, and LYNN CANAL CONSERVATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS; COLONEL TIMOTHY J. GALLAGHER, in his official capacity as District Engineer; LARRY L. REEDER, in his official capacity as Chief of the Regulatory Branch; DOMINIC IZZO, in his official capacity as Principal Deputy Assistant Secretary of the Army (Civil Works); and UNITED STATES FOREST SERVICE,<br><br>    Defendants. | Case No. J05-0012 CV (JKS) |

**PLAINTIIFF'S AMENDED CERTIFICATE OF SERVICE**

The certificate of service for PLAINTIFFS' MOTION FOR SHORTENED TIME ON THEIR MOTION FOR LEAVE TO FILE THEIR REPLY BRIEF IN EXCESS OF PAGE LIMIT, filed and served on May 17, 2006, contains an error. The certificate of service should read:

**CERTIFICATE OF SERVICE**

I, Demian Schane, certify that on May 17, 2006, a true and correct copy of PLAINTIFFS' MOTION FOR SHORTENED TIME ON THEIR MOTION FOR LEAVE TO FILE THEIR REPLY BRIEF IN EXCESS OF PAGE LIMIT was served electronically to Mark A. Nitczynski, Richard L. Pomeroy, John C. Berghoff, Jr., David C. Crosby, Ruth Hamilton Heese, Cameron M. Leonard, John W. Hartle, Amy Gurton Mead, and Stephen F. Sorensen. A courtesy copy was also sent via e-mail to Lawrence L. Hartig and Jim Ustasiewski.

/s/ Demian A. Schane
Demian A. Schane


**CERTIFICATE OF SERVICE**

I, Demian Schane, certify that on May 18, 2006, a true and correct copy of PLAINTIFFS' AMENDED CERTIFICATE OF SERVICE was served electronically to Mark A. Nitczynski, Richard L. Pomeroy, John C. Berghoff, Jr., David C. Crosby, Ruth Hamilton Heese, Cameron M. Leonard, John W. Hartle, Amy Gurton Mead, and Stephen F. Sorensen. A courtesy copy was also sent via e-mail to Lawrence L. Hartig and Jim Ustasiewski.

/s/ Demian A. Schane
Demian A. Schane