IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, and LYNN CANAL CONSERVATION,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS; COLONEL TIMOTHY J. GALLAGHER, in his official capacity as District Engineer; LARRY L. REEDER, in his official capacity as Chief of the Regulatory Branch; DOMINIC IZZO, in his official capacity as Principal Deputy Assistant Secretary of the Army (Civil Works); and UNITED STATES FOREST SERVICE,<br><br>　　　　Defendants,<br><br>　　　　and<br><br>COEUR ALASKA, INC., GOLDBELT, INC., and the STATE OF ALASKA,<br><br>　　　　Intervenor-Defendants. | Case No. J05-0012 CV (JKS) |

**ORDER GRANTING PLAINTIFFS LEAVE TO FILE
REPLY BRIEF IN EXCESS OF PAGE LIMIT**

Upon consideration of Plaintiffs' motion (Docket No. 94) for leave to file a reply brief of 38 pages, and any responses thereto, it is hereby ORDERED that the motion is GRANTED. Plaintiffs may file their reply brief.

　　　　IT IS SO ORDERED this 18th day of May 2006.

　　　　　　　　　　　　　　　　　　　　　　　/s/James K. Singleton, Jr.
　　　　　　　　　　　　　　　　　　　　　　**James K. Singleton, Jr.**
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

*SEACC v. U.S. Army Corps of Eng'rs*
J05-0012 CV (JKS)