


United States Environmental Protection Agency
Region 10
1200 Sixth Avenue
Seattle WA 98101
Water Division
EPA-10-AK-Wulik-NPDES-84

United States Department of Interior
Post Office Box 100120
Anchorage AK 99510

EPA 910/9-84-122a
September, 1984

# Environmental Impact Statement

Final

## Red Dog Mine Project
## Northwest Alaska



Case 1:05-cv-00012-JKS   Document 124-3   Filed 05/18/2006   Page 1 of 3

Exhibit 44, page 1 of 3

FINAL

ENVIRONMENTAL IMPACT STATEMENT

RED DOG MINE PROJECT

Prepared by

U.S. ENVIRONMENTAL PROTECTION AGENCY (Region 10)
and
U.S. DEPARTMENT OF THE INTERIOR

° National Park Service
° Bureau of Land Management
° Fish and Wildlife Service

<u>Cooperating Agency</u>

U.S. Department of the Army
Corps of Engineers

With Technical Assistance From

Ott Water Engineers, Inc.

RESPONSIBLE OFFICIALS:

_____
Ernesta B. Barnes
Regional Administrator
Environmental Protection Agency
Region 10
Date:   SEP 6   1984

_____
Paul D. Gates
Regional Environmental Officer
Department of the Interior
Alaska
Date:   SEP 6 1984

Tailings Pond
-------------

The location of the South Fork tailings pond in Red Dog Valley is shown on Figure II-1. A detailed diagram of the approximately 237 ha (585 ac) tailings pond facility is shown on Figure II-3. The tailings pond dam would be in the form of an impervious earth-filled structure with a spillway designed to maintain structural integrity in the event of an overflow. The earth-filled dam would be constructed in stages. Prior to full production, the dam would be constructed to contain five years of production tailings. The dam would then be raised to its final elevation in stages during the next five years. The top of the dam would be used as a road to haul ore from the pit to the mill complex. The dam is designated to handle tailings from production of the known ore body which is presently identified as 77 million Mg (85 million tons) of ore.

Thickened tailings slurry from the mill concentrating process would contain about 60 percent solids by weight, with the liquid portion consisting of excess process water, dissolved minerals and perhaps some residual reagents. The slurry would flow by gravity from the mill into the tailings pond. An internal process using a thickener would be used to return water directly to the mill process circuit as a step in minimizing process water loss. It is estimated that approximately 85 percent of mill process water could be recirculated directly in the mill in this way. Additional mill process water would be recycled from the tailings pond (25 percent) or from the freshwater source (11 percent). These recycle estimates are based upon water balance flowsheet data (Cominco Engineering Services, Ltd., 1983b). Tailings in the form of a thickened pulp would be deposited behind the dam.

Red Dog Creek tributaries with known metal content of toxic concentrations would continue to drain into the tailings pond for treatment, as would precipitation-related runoff. Diversion structures and ditches would be built to control or prevent excess surface drainage of uncontaminated water into the tailings pond. The surface water would be routed into the Bons Creek drainage, thus reducing the amount of water accumulating in the tailings pond. Chemical treatment and metals removal of tailings pond water would take place in a treatment plant prior to discharge to the presently minerals-contaminated Red Dog Creek. Discharges would occur only between May and October. A seepage contingency dam would be constructed downstream of the main tailings pond dam to collect any seepage and return it to the tailings pond.

Mill
----

Proximity to the mine and tailings pond were determining factors in mill location. The proposed mill site would be on a small hill of bedrock outcrop located opposite the ore body on the northwest side of the South Fork tailings pond (Fig. II-1). This site would be located within the pond catchment area so that tailings slurry could flow by gravity from the concentrator complex to the tailings pond. In addition, worker housing facilities would be located within a reasonable distance of the mill site so that waste heat produced in the power generation process could be used to heat the accommodations.