

**DEPARTMENT OF THE ARMY**
U.S. ARMY ENGINEER DISTRICT, ALASKA
P.O. BOX 898
ANCHORAGE, ALASKA 99506-0898

APRIL    0 6 1993

REPLY TO
ATTENTION OF:

District Engineer



Mr. Charles E. Findley
Director
Water Division
U.S. Environmental Protection Agency
Region X
1200 Sixth Avenue, Mail Stop 423
Seattle, Washington  98101

Dear Mr. Findley:

   This letter pertains to Department of the Army permit application No. 4-920574 (Fish Creek 23), by Fairbanks Gold Mining, Incorporated, for the discharge of fill material into waters of the United States in connection with a proposed open pit mine project (Fort Knox) near Fairbanks, Alaska.  A public notice (copy enclosed) describing the proposed project was published on March 23, 1993, and mailed to all interested parties.

   In a September 29, 1992, meeting with us and the applicant, members of your staff stated that the Environmental Protection Agency (EPA) would apply the guidance jointly developed by our respective headquarters for the A-J and Kensington Mines to the Fort Knox Mine, unless further guidance was received.  We made the same commitment to the applicant at the meeting.  Copies of the guidance are enclosed.

   The above referenced guidance states; in summary:  that EPA would take the lead in analyzing waste treatment issues raised, provide technical advice on water quality issues and the identification of mitigation measures needed to offset the loss of wetland functions associated with the disposal/treatment area, and assist in the Corps of Engineers' Section 404(b)(1) Guidelines evaluation, to include an analysis of secondary impacts of the construction of the basins, recognizing their intended use.  Therefore, I request that EPA begin preparation of a technical assistance report for the Fort Knox project.

   I also request that EPA provide a time schedule for completion of the report, including when we can expect to receive it.  I would appreciate receiving this schedule as soon as possible.

Exhibit 45, page 1 of 2

-2-

    Please do not hesitate to contact me directly if I can be of assistance. Detailed information desired by your staff can be obtained by contacting Mr. John C. Leeds III, of my Regulatory Branch, at the address above, or by calling (907) 753-2716.

                               Sincerely,

                               John W. Pierce
                               Colonel, Corps of Engineers
                               District Engineer

Enclosures