

United States
Department of
Agriculture

**Forest Service**

Tongass
National
Forest
R10-MB-500a





# Kensington Gold Project

Final
## Supplemental Environmental Impact Statement

*Volume 1: Sections 1–10*

**Lead Agency**
USDA Forest Service, Tongass National Forest

**Cooperating Agencies**
US Environmental Protection Agency, Region 10
US Army Corps of Engineers, Alaska District
Alaska Department of Natural Resources



United States
Environmental Protection
Agency


US Army Corps
of Engineers
Alaska District



**Prepared by**
Tetra Tech, Inc.
143 Union Boulevard
Suite 1010
Lakewood, CO 80228

December 2004

# Kensington Gold Project

# Final

# Supplemental Environmental Impact Statement

**Volume 1 of 2**
**Sections 1–10**

United States Department of Agriculture
Forest Service
Tongass National Forest
R10-MB-500a

December 2004

*Section 4*

*Environmental Consequences*

Exhibit 48, page 3 of 23

possibilities have been acknowledged in the preceding analysis. Because they would be minimized under each alternative and would be monitored during operations, it is unlikely that they would contribute to cumulative effects. Under all alternatives, compliance with water quality-based permit limits at all times would continue to be required at all discharge points during the extended operations, and no cumulative adverse impacts on downstream water quality would occur.

### *4.21.7 Groundwater Hydrology and Quality*

The processing of additional ore under Alternatives B, C, and D is the only source of potential impact on local groundwater hydrology at the Kensington Mine. The mine water impacts have been discussed for Alternative A (in Section 4.6). Since the Upper and Lower Slate lakes do not appear to have a significant connection to groundwater, an expanded TSF would not affect groundwater hydrology. In addition, because the tailings are not expected to generate leachate with elevated pollutant concentrations, no impacts on groundwater quality are predicted.

### *4.21.8 Aquatic Resources: Freshwater*

As described in Section 4.9, the Kensington Gold Project would cause impacts on freshwater aquatic life only through construction of the diversions under Alternative A and the TSF under Alternatives B, C, and D.

Under Alternatives B, C, and D, the extension of mining activities would lengthen the period during which operations could affect aquatic resources in Sherman, Johnson, and Slate creeks. The expansion of the TSF under Alternatives B, C, and D would inundate the area currently containing both Upper and Lower Slate lakes, as well as Mid-Lake East Fork Slate Creek and the tributaries that support Upper Slate Lake. Although the spawning habitat for Dolly Varden char in the Slate lakes has not been clearly identified, all of it would be covered with tailings and/or inundated by raising the TSF impoundment enough to store 17 million tons of tailings. Using the assumptions that were applied in the analysis of Alternative B (Section 4.9), all fish in Upper and Lower Slate lakes would be eliminated during operations. This would affect fish passage in that the upstream source of fish to East Fork Slate Creek below the TSF would be eliminated and the population potentially lost. The operator would be under the same constraints in developing a suitable reclamation plan that would restore fish habitat within the combined, reclaimed lake after closure. The surface area of the lake would be almost three times the size of the lake analyzed under Alternative B.

### *4.21.9 Aquatic Resources: Marine*

The Kensington Gold Project would not affect marine resources as a part of mining operations. The dredging necessary to construct the marine terminal would affect marine mammals, as would barge and crew shuttle traffic throughout the duration of the project. An extension of the project life would extend the duration of the effects described in Section 4.10 but would not cumulatively increase the magnitude of effects.

The construction of the landing facilities at Echo Cove could increase boat traffic in Berners Bay. A change in traffic volume and patterns could force a shift in fishing locations for a small number of shrimp and crab pot fishermen but is not expected to affect marine resources within the bay; therefore, it would not contribute to cumulative effects on marine aquatic resources. Any contribution to cumulative impacts on marine resources from the Cascade Point Access Road would be minimal.

The Juneau Access Road would include crossings of some streams draining into Berners Bay. The potential for impacts would occur mostly during construction with possible increased sediment loads