Demian A. Schane
Thomas S. Waldo
EARTHJUSTICE
325 Fourth Street
Juneau, AK  99801-1145
Phone:  (907) 586-2751
Fax:  (907) 463-5891
dschane@earthjustice.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, and LYNN CANAL CONSERVATION, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| UNITED STATES ARMY CORPS OF ENGINEERS; COLONEL TIMOTHY J. GALLAGHER, in his official capacity as District Engineer; LARRY L. REEDER, in his official capacity as Chief of the Regulatory Branch; DOMINIC IZZO, in his official capacity as Principal Deputy Assistant Secretary of the Army (Civil Works); and UNITED STATES FOREST SERVICE, | ) ) ) ) ) ) ) ) ) ) | Case No.  J05-0012 CV (JKS) |
| Defendants. | ) ) ) | |

**DECLARATION OF IRENE ALEXAKOS**

I, Irene Alexakos, hereby declare as follows:

1.  I previously submitted a declaration in this case and am submitting this one to expand on some of my earlier statements.

2.  As I previously mentioned, I am an avid canoeist and kayaker and visit Berners Bay about twice every year.  I last visited Berners Bay in September 2005.  I kayaked there, leaving

**Exhibit 54, page 1 of 3**

from Echo Cove and heading east past Cascade Point.  I eventually cut across the bay to Slate

Creek Cove, where I camped for two nights.  During the days, I paddled around the bay and up

some of the tributaries during high tides.

3.   Berners Bay is one of the more spectacular places in Southeast Alaska.  The

opportunities for solitude, recreation, and wildlife viewing are outstanding.  These opportunities

have drawn me there time and again since I moved to Alaska in 1985.  I intend to continue

visiting Berners Bay about once every year, possibly more.

4.   I have observed humpback whales, Steller sea lions, seals, porpoise, bald eagles, a

variety of birds, and brown bears during my visits to Berners Bay.

5.   During the 21 years that I have been visiting Berners Bay, I regularly paddle along

the east side of the Bay, beginning at Echo Cove and paddling past Cascade Point.  I have

regularly crossed the bay, from east to west, and paddled to the north end.  I enjoy camping

along the shores of the bay and have spent nights camped at Sawmill Creek, Slate Creek Cove,

beaches north of Sawmill Creek, and at the Forest Service cabin on the east side of the bay.

6.   I understand that the proposed dock at Cascade Point is now limited for use in mining

operations.  I am concerned about this proposed dock.  There is important fish habitat at Cascade

Point, and I am concerned that the construction of the dock will destroy or harm that habitat.  I

heard that Auke Bay used to have a thriving population of herring, but with the construction of

the docks there, the herring's habitat was destroyed and the herring disappeared from the area.

7.   The construction of a dock at Cascade Point will diminish the scenic beauty of the

area along the east side of the bay.  In addition, with substantial vessel traffic going back and

forth between Cascade Point and Echo Cove, there will be noise and pollution.

**Exhibit 54, page 2 of 3**

-3-

8.  The diminished scenery, noise, pollution, and vessel traffic associated with the construction and use of the proposed dock at Cascade Point will detract from and interfere with my enjoyment of kayaking, canoeing, boating, and camping experiences in Berners Bay.  I am concerned that the vessel traffic and noise will disrupt marine mammals and birds, diminishing my ability to view, and my enjoyment of viewing, wildlife in the bay.

9.  If a dock were built at Cascade Point and there were vessels traveling across the bay throughout the day, I probably would not visit Berners Bay unless and until the vessel traffic ceased or significantly decreased.  I might rent the Forest Service cabin and go there, but I would enjoy the experience much less.

I declare under penalty of perjury that the foregoing is true and correct.


4/17/06
DATE

Irene Alexakos
IRENE ALEXAKOS