Demian A. Schane
Thomas S. Waldo
EARTHJUSTICE
325 Fourth Street
Juneau, AK  99801-1145
Phone:  (907) 586-2751
Fax:  (907) 463-5891
dschane@earthjustice.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, and LYNN CANAL CONSERVATION, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ARMY CORPS OF ENGINEERS; COLONEL TIMOTHY J. GALLAGHER, in his official capacity as District Engineer; LARRY L. REEDER, in his official capacity as Chief of the Regulatory Branch; DOMINIC IZZO, in his official capacity as Principal Deputy Assistant Secretary of the Army (Civil Works); and UNITED STATES FOREST SERVICE, <br><br> Defendants. | Case No.  J05-0012 CV (JKS) |

**DECLARATION OF JOHN HUDSON**

I, John Hudson, hereby declare as follows:

1.  My current address is 16445 Point Lena Loop Road, Juneau, Alaska, 99801.  I moved to Juneau in 1994.

2.  I have a Master's Degree in Fisheries Science.  I have worked in Juneau as a Fishery Biologist with the U.S. Forest Service and as a Technician for the Alaska State Department of

Fish & Game. I am currently working as a contract biologist for the National Marine Fisheries Service.

3. I am currently a member of the Southeast Alaska Conservation Council (SEACC) and the Sierra Club. I have been a member of SEACC for the last 5 years and I have been an intermittent member of the Sierra Club for the last 3 years. I have also previously served on the board of SEACC.

4. I visit Berners Bay regularly. Since 1995, I have visited Berners Bay approximately 1-3 times each year to kayak, camp, hike, and explore. I expect that I will continue to visit Berners Bay this same number of times each year, unless the proposed mine is built, two marine transport facilities are constructed there, and, as a result, there is a substantial increase in industrial activity in the bay.

5. When I kayak to Berners Bay, I almost always launch my kayak from Echo Cove and paddle past Cascade Point. I typically paddle to Sawmill Creek, the Forest Service cabin, or to the north end of the bay.

6. I have camped within 100 yards of Cascade Point, at Sawmill Creek, at several other beaches on the east side of the bay, and at the mouth of the Antler River. I have also stayed at the Forest Service cabin several times.

7. I visit Berners Bay because of its exceptional scenery, wilderness values, the solitude it provides, and the fish and wildlife I observe there, particularly during the spring eulachon run which attracts an abundant array of wildlife. Berners Bay offers a retreat from the hustle and bustle of Juneau, a major tourist community. Its ease of access from my home is of particular importance to me. It allows me to escape to a serene and beautiful place, which is especially important during the tourist season.

8. During my trips to Berners Bay, I have observed harbor seals, Steller sea lions, killer whales, humpback whales, eulachon, Pacific herring, pink and coho salmon, coyotes, moose, brown and black bears, mountain goats, and river otters.

9. From Echo Cove, down the east side of Berners Bay, to the north end, the bay is largely undeveloped, showing little evidence of man-made impacts. I enjoy and appreciate this natural landscape and its beauty. Along this route, there is a bible camp and a Forest Service cabin, neither of which I find to be particularly disturbing. At worst, there have been motorized water craft traveling in the bay and anchoring at those places.

10. I am concerned about the proposed Kensington Mine and the resulting industrialization of the bay. My primary concern is how the mine will alter the natural landscape of the Berners Bay area. Specifically, the proposed marine transport facilities at Slate Creek Cove and Cascade Point will introduce industrial, man-made features that are inconsistent with the wilderness character of the bay area. At Cascade Point the proposed facility will include a rock jetty extending from shore several hundred feet into the bay, a dock, vessels, and parking/staging area. I choose to recreate in Berners Bay to avoid these types of man-made features; seeing these features will severely diminish my experience in the bay. Further, I am concerned about the industrial noise that will occur during the construction and operation of these facilities, including the movement of a mine shuttle ferry between both docks.

11. Without a doubt, the increases in noise and vessel traffic from the operation of the marine facilities at Cascade Point and Slate Creek Cove will ruin my experiences kayaking and camping in Berners Bay. It is extremely likely that, if those facilities are constructed and a mine shuttle ferry is crossing the bay multiple times each day, I will avoid Berners Bay entirely for the duration of mining operations.

12. I am also concerned that the industrial noise and activities associated with construction and operation of the marine facilities, including the mine shuttle traffic, may adversely affect adversely marine life, especially the marine mammals that use the bay. The operation of mining shuttle ferries in the bay will increase the chance of oil, fuel, or other contaminants spilling into the bay's waters. Such spills will adversely impact marine life, especially herring, which are critical prey for fishes and marine mammals in the bay.

13. The terminal at Cascade Point will be in very close proximity to some of the last known herring spawning habitat in upper Lynn Canal. To build the facility there, fill material will be placed on that habitat, destroying it. There may also be oil, fuel, and other contaminants entering the adjacent waters and likely harming that spawning habitat. This may have long-term adverse impacts on the aquatic life of the bay. I therefore believe it is important not to build a marine facility near that habitat.

I declare under penalty of perjury that the foregoing is true and correct.

_4-22-06_
DATE

_[signature]_
JOHN HUDSON