SUE ELLEN WOOLDRIDGE
United States Department of Justice
Environment and Natural Resources Division
Washington, D.C.
DEBORAH M. SMITH
Acting United States Attorney
Anchorage, Alaska
MARK A. NITCZYNSKI
U.S. Department of Justice
Environmental Defense Section
1961 Stout Street - 8th Floor
Denver, CO  80294
Phone: (303) 844-1498
Fax: (303) 844-1350
mark.nitczynski@usdoj.gov
RICHARD L. POMEROY
Assistant United States Attorney
District of Alaska
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513
Telephone: (907) 271-5071

Attorneys for Defendants United States
Army Corps of Engineers, et al.

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ARMY CORPS OF ENGINEERS, et al., <br><br> Defendants. | Case No. J05-0012 CV (JKS) <br><br> NOTICE OF CHANGE OF ADDRESS, TELEPHONE NUMBER AND FACSIMILE NUMBER |

  Counsel for the United States hereby notifies the Court that undersigned counsel has moved offices. Please direct future correspondence and other communications to undersigned counsel at this new location:

> MARK A. NITCZYNSKI
> U.S. Department of Justice
> Environmental Defense Section
> 1961 Stout Street - 8th Floor

SEACC v. United States Army Corps of Engineers,
No. J05-0012 CV (JKS); Notice of Change of Address

        Denver, Colorado 80294
        Phone: (303) 844-1498
        Fax: (303) 844-1350

The e-mail address for undersigned counsel remains unchanged.

    Respectfully submitted,

    SUE ELLEN WOOLDRIDGE
    Assistant Attorney General
    Environment and Natural Resources Division
    UNITED STATES DEPARTMENT OF JUSTICE

    /s/ Mark A. Nitczynski
    MARK A. NITCZYNSKI
    Environmental Defense Section
    UNITED STATES DEPARTMENT OF JUSTICE
    1961 Stout Street - 8th Floor
    Denver, CO  80294
    PHONE: (303) 844-1498
    FAX: (303) 844-1350

    DEBORAH M. SMITH
    Acting United States Attorney
    District of Alaska
    RICHARD L. POMEROY
    Assistant U.S. Attorney

    Attorneys for Defendants United States Army
    Corps of Engineers, et al.

## CERTIFICATE OF SERVICE

I, Mark A. Nitczynski, certify that on this May 23, 2006, I caused to be filed electronically the foregoing NOTICE OF CHANGE OF ADDRESS, TELEPHONE NUMBER AND FACSIMILE NUMBER with the Clerk of Court using the CM/ECF system, which sent a Notice of Electronic Filing to the following persons: Demian A. Schane and Thomas S. Waldo (counsel for Plaintiffs); John C. Berghoff, Jr. (counsel for Defendant-Intervenor Coeur Alaska, Inc.); David C. Crosby (counsel for Defendant-Intervenor Goldbelt, Inc.); Ruth Hamilton Heese and Cameron Leonard (counsel for Defendant-Intervenor State of Alaska); John W. Hartle (counsel for *amicus* City and Borough of Juneau); Amy Guerton Mead (counsel for *amicus* Southeast Conference); and Stephen F. Sorenson (counsel for *amicus* Berners Bay Consortium).

/s/ Mark A. Nitczynski
MARK A. NITCZYNSKI