Demian A. Schane
Thomas S. Waldo
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: dschane@earthjustice.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, and LYNN CANAL CONSERVATION,<br><br>   Plaintiffs,<br><br>   v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS; COLONEL TIMOTHY J. GALLAGHER, in his official capacity as District Engineer; LARRY L. REEDER, in his official capacity as Chief of the Regulatory Branch; DOMINIC IZZO, in his official capacity as Principal Deputy Assistant Secretary of the Army (Civil Works); and UNITED STATES FOREST SERVICE,<br><br>   Defendants,<br><br>   and<br><br>COEUR ALASKA, INC., GOLDBELT, INC., and the STATE OF ALASKA,<br><br>   Intervenor-Defendants. | Case No. J05-0012 CV (JKS) |

**NOTICE REGARDING AMENDING THE COMPLAINT**

*SEACC v. U.S. Army Corps of Eng'rs*
J05-0012 CV (JKS)

Pursuant to this Court's Order of April 7, 2006 (Docket No. 37), Plaintiffs must file by today any motion to amend their First Amended Complaint in light of the U.S. Army Corps of Engineers' revised Record of Decision of March 29, 2006. Plaintiffs hereby give notice that they do not intend to file such a motion.

Respectfully submitted this 31st day of May 2006,

  /s/ Demian A. Schane
Demian A. Schane (ABA# 0403007)
Thomas S. Waldo (ABA# 9007047)
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: dschane@earthjustice.org

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I, Demian Schane, certify that on May 31, 2006, a true and correct copy of NOTICE REGARDING AMENDING THE COMPLAINT was served electronically to Mark A. Nitczynski, Richard L. Pomeroy, John C. Berghoff, Jr., David C. Crosby, Ruth Hamilton Heese, Cameron M. Leonard, John W. Hartle, Amy Gurton Mead, Stephen F. Sorensen, and Lawrence L. Hartig. A courtesy copy was also sent via e-mail to Jim Ustasiewski.

/s/ Demian A. Schane
Demian A. Schane