SUE ELLEN WOOLRIDGE
United States Department of Justice
Environment and Natural Resources Division
Washington, D.C.
DEBORAH M. SMITH
Acting United States Attorney
Anchorage, Alaska
MARK A. NITCZYNSKI
U.S. Department of Justice
Environmental Defense Section
1961 Stout Street - 8th Floor
Denver, CO  80294
Phone: (303) 844-1498
Fax: (303) 844-1350
mark.nitczynski@usdoj.gov
RICHARD L. POMEROY
Assistant United States Attorney
District of Alaska
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513
Telephone: (907) 271-5071

Attorneys for Defendants United States
Army Corps of Engineers, et al.

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ARMY CORPS OF ENGINEERS, et al., <br><br> Defendants. | Case No. J05-0012 CV (JKS) <br><br> FEDERAL DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE ANSWER |

The United States, on behalf of the United States Army Corps of Engineers ("Corps") and the other federal defendants (collectively, "Federal Defendants") named in the First Amended Complaint for Declaratory and Injunctive Relief ("First Amended Complaint"), moves unopposed for leave to file the attached Federal Defendants' Answer.  In support of this motion, the Federal Defendants state as follows:

SEACC v. United States Army Corps of Engineers,
No. J05-0012 CV (JKS); Federal Defendants' Unopposed
Motion for Leave to File Answer

Plaintiffs filed the Complaint on September 12, 2005. [Dkt. No. 1]. On November 8, 2005, before the Federal Defendants' Answer was due, the Federal Defendants filed a motion for voluntary remand. [Dkt. No. 16] The Court granted the motion for voluntary remand on November 20, 2006. [Dkt. No. 20]

After the Corps took action on remand, Plaintiffs filed the First Amended Complaint on April 4, 2006. [Dkt. No. 28] The First Amended Complaint contained only a Count I. On April 5, 2006, Plaintiffs filed Plaintiffs' Motion for Shortened Time and Expedited Consideration, in which Plaintiffs sought the following schedule:

> Plaintiffs' Opening Brief on Count I is due on April 7, 2006;
>
> Defendants shall file the administrative record no later than April 28, 2006;
>
> Defendants' Opposition Brief on Count I is due on May 5, 2006;
>
> Plaintiffs' Reply Brief on Count I is due on May 17, 2006;
>
> Plaintiffs will move to file any further amended complaint in response to the revised Record of Decision no later than May 31, 2006.

[Dkt. No. 29] On April 6, 2006, the Court granted Plaintiffs' motion and established the schedule that Plaintiffs sought. [Dkt. No. 37] Neither Plaintiffs' motion nor the schedule established by the Court specified or mentioned a due date for the Federal Defendants' answer.

Briefing of cross-motions for summary judgment on Count I, and the filing of the administrative record, proceeded in accordance with the established schedule.

Because this case involves review under the Administrative Procedure Act, review is limited to the administrative record. 5 U.S.C. § 706. Accordingly, Local Rule 16.3, entitled "Administrative Agency Appeals," which sets forth the procedures for cases such as this one, specifies a briefing schedule, a deadline for submission of the agency record, and a deadline for parties to seek to augment the agency record. Local Rule 16.3(a), (b), (c). Local Rule 16.3 does not specify or mention the filing of an answer on behalf of the agency whose decision is challenged.

SEACC v. United States Army Corps of Engineers,
No. J05-0012 CV (JKS); Federal Defendants' Unopposed
Motion for Leave to File Answer              2

In addition, Federal Rule of Civil Procedure 15(a) provides that "[a] party shall plead in response to an amended pleading within the time remaining for response to the original pleading or within 10 days after service of the amended pleading, whichever period may be longer, <u>unless the court otherwise orders</u>."  (Emphasis added.)

Based on the foregoing, it is not clear whether an answer on behalf of the Federal Defendant is required in this case.  If an answer is required, however, it appears that an answer filed on this date would be filed out of time.  <u>See</u> Fed. R. Civ. P. 12(a)(3), 15(a).

To ensure that the Federal Defendants have not failed to comply with a requirement to file an answer, the Federal Defendants respectfully move the Court for leave to file the attached Federal Defendants' Answer.  Undersigned counsel has spoken with counsel for Plaintiffs and counsel for all of the Intervernors.  Neither Plaintiffs nor any of the Intervenors oppose this motion.

THEREFORE, the Federal Defendants respectfully request that the Court grant this motion and accept the Federal Defendants' Answer as filed.  A proposed order is attached to this motion.

                                      Respectfully submitted,

                                      SUE ELLEN WOOLDRIDGE
                                      Assistant Attorney General
                                      Environment and Natural Resources Division
                                      UNITED STATES DEPARTMENT OF JUSTICE

                                         /s/ Mark A. Nitczynski
                                      MARK A. NITCZYNSKI
                                      Environmental Defense Section
                                      UNITED STATES DEPARTMENT OF JUSTICE
                                      1961 Stout Street - 8th Floor
                                      Denver, CO   80294
                                      PHONE: (303) 844-1498
                                      FAX: (303) 844-1350

                                      DEBORAH M. SMITH
                                      Acting United States Attorney
                                      District of Alaska

<u>SEACC v. United States Army Corps of Engineers</u>,
No. J05-0012 CV (JKS); Federal Defendants' Unopposed
Motion for Leave to File Answer      3

                                      RICHARD L. POMEROY
                                      Assistant U.S. Attorney

                                      Attorneys for Defendants United States Army
                                      Corps of Engineers, et al.

## CERTIFICATE OF SERVICE

I, Mark A. Nitczynski, certify that on this June 30, 2006, I caused to be filed electronically the foregoing FEDERAL DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE ANSWER, and the attachments thereto, with the Clerk of Court using the CM/ECF system, which sent a Notice of Electronic Filing to the following persons: Demian A. Schane and Thomas S. Waldo (counsel for Plaintiffs); John C. Berghoff, Jr. (counsel for Defendant-Intervenor Coeur Alaska, Inc.); David C. Crosby (counsel for Defendant-Intervenor Goldbelt, Inc.); Ruth Hamilton Heese and Cameron Leonard (counsel for Defendant-Intervenor State of Alaska); John W. Hartle (counsel for *amicus* City and Borough of Juneau); Amy Guerton Mead (counsel for *amicus* Southeast Conference); and Stephen F. Sorenson (counsel for *amicus* Berners Bay Consortium).

  /s/ Mark A. Nitczynski
MARK A. NITCZYNSKI

SEACC v. United States Army Corps of Engineers,
No. J05-0012 CV (JKS); Federal Defendants' Unopposed
Motion for Leave to File Answer        4