SUE ELLEN WOOLDRIDGE
United States Department of Justice
Environment and Natural Resources Division
Washington, D.C.
DEBORAH M. SMITH
Acting United States Attorney
Anchorage, Alaska
MARK A. NITCZYNSKI
U.S. Department of Justice
Environmental Defense Section
1961 Stout Street - 8th Floor
Denver, CO  80294
Phone: (303) 844-1498
Fax: (303) 844-1350
mark.nitczynski@usdoj.gov
RICHARD L. POMEROY
Assistant United States Attorney
District of Alaska
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513
Telephone: (907) 271-5071

Attorneys for Defendants United States
Army Corps of Engineers, et al.

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, et al.,<br><br>　　　　　　Defendants. | Case No. J05-0012 CV (JKS)<br><br>[PROPOSED] ORDER GRANTING FEDERAL DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE ANSWER |

　　　　The Court, having duly considered the Federal Defendants' Unopposed Motion for Leave to File Answer "(Motion"), and being fully advised, finds that good cause exists for the Motion, and hereby GRANTS the Motion.  Accordingly, the Federal Defendants' Answer is accepted and

SEACC v. United States Army Corps of Engineers, No. J05-
0012 CV (JKS); [Proposed] Order Granting Federal Defendants'
Unopposed  Motion for Leave to File Answer

deemed to be filed.    SO ORDERED this _____ day of _____, 2006.

                                                                               James K. Singleton, Jr.
                                                                               United States District Judge

SEACC v. United States Army Corps of Engineers, No. J05-
0012 CV (JKS); [Proposed] Order Granting Federal Defendants'
Unopposed  Motion for Leave to File Answer          2