Demian A. Schane
Thomas S. Waldo
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: dschane@earthjustice.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, and LYNN CANAL CONSERVATION, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ARMY CORPS OF ENGINEERS; COLONEL TIMOTHY J. GALLAGHER, in his official capacity as District Engineer; LARRY L. REEDER, in his official capacity as Chief of the Regulatory Branch; DOMINIC IZZO, in his official capacity as Principal Deputy Assistant Secretary of the Army (Civil Works); and UNITED STATES FOREST SERVICE, <br><br> Defendants, <br><br> and <br><br> COEUR ALASKA, INC., GOLDBELT, INC., and the STATE OF ALASKA, <br><br> Intervenor-Defendants. | Case No. J05-0012 CV (JKS) |

**PLAINTIFFS' REQUEST FOR STATUS CONFERENCE**

Plaintiffs Southeast Alaska Conservation Council, Sierra Club, and Lynn Canal

Conservation hereby request a status conference to review the status of their motion for summary

judgment in light of ongoing construction at the mine site and to determine whether it is necessary for Plaintiffs to seek a preliminary injunction to prevent further harm while the Court considers the merits of the case.

On September 12, 2005, Plaintiffs commenced this litigation. On November 3, 2005, the Court entered an expedited briefing schedule. Docket No. 15. On November 8, 2005, before briefing began, Federal Defendants moved for a voluntary remand of the permit challenged in this case in order to suspend the permit and conduct additional review. Docket No. 16. On November 14, 2005, the Court granted the Corps' motion remanding the permit to the agency. Docket No. 20.

On March 29, 2006, the Corps completed its re-evaluation, signed a revised Record of Decision, and reinstated the permit. On April 6, 2006, the Court re-opened the case. Docket No. 36. On April 7, 2006, the Court again entered an expedited briefing schedule. Docket No. 37. Pursuant to that order, the parties completed the briefing on the merits on May 17, 2006. Plaintiffs proposed this expedited approach to briefing on the merits to try to avoid preliminary injunction proceedings.

At present, construction is ongoing. As far as Plaintiffs can discern, construction has progressed essentially on schedule and Coeur Alaska will soon begin construction of a permanent dam in the Slate Creek watershed. *See* Decl. of Counsel at ¶ 3 (attached to Pls.' Mot. for Expedited Consideration and Shortened Time). It may therefore be necessary for Plaintiffs to seek preliminary injunctive relief to avoid the irreparable harm from the construction of that dam.

For these reasons, Plaintiffs respectfully requests a status conference. Depending on Coeur Alaska's construction plans and the Court's schedule, Plaintiffs will determine whether they need to seek preliminary injunctive relief.

Respectfully submitted this 12th day of July 2006,

   /s/ Demian A. Schane
Demian A. Schane (ABA# 0403007)
Thomas S. Waldo (ABA# 9007047)
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: dschane@earthjustice.org

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I, Demian Schane, certify that on July 12, 2006, a true and correct copy of PLAINTIFFS' REQUEST FOR STATUS CONFERENCE, and accompanying documents, was served electronically to Mark A. Nitczynski, Richard L. Pomeroy, John C. Berghoff, Jr., David C. Crosby, Ruth Hamilton Heese, Cameron M. Leonard, John W. Hartle, Amy Gurton Mead, Stephen F. Sorensen, and Lawrence L. Hartig. A courtesy copy was also sent via e-mail to Jim Ustasiewski.

/s/ Demian A. Schane
Demian A. Schane