Demian A. Schane
Thomas S. Waldo
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: dschane@earthjustice.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, and LYNN CANAL CONSERVATION,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS; COLONEL TIMOTHY J. GALLAGHER, in his official capacity as District Engineer; LARRY L. REEDER, in his official capacity as Chief of the Regulatory Branch; DOMINIC IZZO, in his official capacity as Principal Deputy Assistant Secretary of the Army (Civil Works); and UNITED STATES FOREST SERVICE,<br><br>Defendants,<br><br>and<br><br>COEUR ALASKA, INC., GOLDBELT, INC., and the STATE OF ALASKA,<br><br>Intervenor-Defendants. | Case No. J05-0012 CV (JKS) |

**PROPOSED ORDER SCHEDULING STATUS CONFERENCE**

Upon consideration of Plaintiffs' Request for Status Conference (Docket No. _____) and all materials submitted in support thereof and opposition thereto, it is hereby ordered that the

motion for expedited consideration is GRANTED.  It is further ordered that the parties shall participate in a status conference telephonically on July \_\_\_, 2006 at _____ AM/PM.

      SO ORDERED this _____ day of July, 2006.

                                            _____
                                            James K. Singleton
                                            District Court Judge