Demian A. Schane
Thomas S. Waldo
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: dschane@earthjustice.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, and LYNN CANAL CONSERVATION, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ARMY CORPS OF ENGINEERS; COLONEL TIMOTHY J. GALLAGHER, in his official capacity as District Engineer; LARRY L. REEDER, in his official capacity as Chief of the Regulatory Branch; DOMINIC IZZO, in his official capacity as Principal Deputy Assistant Secretary of the Army (Civil Works); and UNITED STATES FOREST SERVICE, <br><br> Defendants, <br><br> and <br><br> COEUR ALASKA, INC., GOLDBELT, INC., and the STATE OF ALASKA, <br><br> Intervenor-Defendants. | Case No. J05-0012 CV (JKS) |

**PLAINTIFFS' MOTION FOR SHORTENED TIME AND EXPEDITED CONSIDERATION**

Pursuant to Local Rule 7.2(c), Plaintiffs hereby move for an order shortening time on

Plaintiffs' Request for Status Conference.  The declaration of counsel required by Local

Rule 7.2(c)(1)[A] is attached hereto as Exhibit 1.  Expedited consideration of Plaintiffs' request

is necessary to ensure that ongoing construction does not deprive Plaintiffs of any opportunity to

seek injunctive relief before irreparable harm occurs.

The Court has designated this case for expedited consideration.  Docket No. 37.  While

this case has been pending, Coeur Alaska has been constructing the mine, including work in the

area around Lower Slate Lake that is at issue in this case.  *See* Decl. of Counsel at ¶ 3.  In

particular, Coeur Alaska is preparing to build a permanent dam, 500 feet long and 90 feet high, at

the base of the lake.  Construction of that dam appears imminent.

The question of whether to oppose Plaintiffs' Request for Status Conference is simple.  It

should not take more than one day for Federal Defendants and Intervenor-Defendants to file a

response.

Respectfully submitted this 12th day of July, 2006,


            /s/ Demian A. Schane

            Demian A. Schane (ABA# 0403007)
            Thomas S. Waldo (ABA# 9007047)
            EARTHJUSTICE
            325 Fourth Street
            Juneau, AK 99801
            Ph: 907-586-2751
            Fax: 907-463-5891
            Email: dschane@earthjustice.org

            Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I, Demian Schane, certify that on July 12, 2006, a true and correct copy of PLAINTIFFS' MOTION FOR SHORTENED TIME AND EXPEDITED CONSIDERATION, and accompanying documents, was served electronically to Mark A. Nitczynski, Richard L. Pomeroy, John C. Berghoff, Jr., David C. Crosby, Ruth Hamilton Heese, Cameron M. Leonard, John W. Hartle, Amy Gurton Mead, Stephen F. Sorensen, and Lawrence L. Hartig.  A courtesy copy was also sent via e-mail to Jim Ustasiewski.


 /s/ Demian A. Schane
Demian A. Schane