John C. Berghoff, Jr., ILBA# 0181528
Michael P. Rissman, ILBA# 6194350
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606
Phone: (312) 782-0600/Fax: (312) 701-7711
jberghoff@mayerbrownrowe.com
mrissman@mayerbrownrowe.com

Eric B. Fjelstad, Alaska Bar No. 9505020
Robert A. Maynard, Alaska Bar No. 8610093
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska  99501
Phone: (907) 279-8561/ Fax:(907) 276-3108
efjelstad@perkinscoie.com
rmaynard@perkinscoie.com

Attorneys for Defendant-Intervenor Coeur Alaska, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONCERVATION COUNCIL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, et al.,<br><br>Defendants. | <br><br><br><br><br><br><br>Case No. J05-0012 CV (JKS) |

**COEUR ALASKA'S RESPONSE TO PLAINTIFFS' REQUEST FOR A STATUS CONFERENCE**

Defendant-Intervenor Coeur Alaska, Inc. herein responds to Plaintiffs' request for

a status conference [Docket No. 110].

Plaintiffs' claims in this action have been fully briefed on the merits and submitted to this Court. The claims are now ripe for a decision on the merits. Kensington Project activities are proceeding in accordance with the terms of the permits issued by the responsible agencies and a schedule known to Plaintiffs. As set out in the briefs filed by Federal Defendants, Coeur Alaska, and other defendant-intervenors, the continuation of Project activities pending a decision by this Court on the merits of Plaintiffs' claims does not present any threat of significant irreparable harm to Plaintiffs' asserted interests.

Therefore, Coeur Alaska does not believe that a status conference is necessary, pending this Court's decision on the merits of Plaintiffs' claims.

DATED: July 12, 2006.

> MAYER, BROWN, ROWE & MAW LLP
> Attorneys for Defendant-Intervenor
> COEUR ALASKA, INC.
>
> /s/John C. Berghoff, Jr.
> John C. Berghoff, Jr., ILBA# 0181528
> Michael P. Rissman, ILBA# 6194350
> 71 South Wacker Drive
> Chicago, IL  60606
> Phone:  (312) 782-0600
> Fax:  (312) 701-7711
> jberghoff@mayerbrownrowe.com
> mrissman@mayerbrownrowe.com

CERTIFICATE OF SERVICE

      I hereby certify that on the 12th day of July, 2006, a true and correct copy of the foregoing was served electronically on Demian A. Schane and Thomas S. Waldo (representing plaintiffs), Mark Nitczynski and Richard L. Pomeroy (representing federal defendants), Ruth Hamilton Heese and Cameron M. Leonard (representing defendant-intervenor State of Alaska), and David C. Crosby (representing defendant-intervenor Goldbelt, Inc.).  A courtesy copy was sent via email to Jim Ustasiewski.

      /s/ John C. Berghoff, Jr._____
John C. Berghoff, Jr.
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL  60606
Phone: (312) 782-0600
Fax: (312) 701-7711
Email: jberghoff@mayerbrownrowe.com
ILBA# 0181528