SUE ELLEN WOOLDRIDGE
United States Department of Justice
Environment and Natural Resources Division
Washington, D.C.
TIMOTHY M. BURGESS
United States Attorney
Anchorage, Alaska
MARK A. NITCZYNSKI
US Department of Justice
Environmental Defense Section
999 18th Street, Ste. 945
Denver, CO   80202
Phone: (303) 312-7388
Fax: (303) 312-7331
mark.nitczynski@usdoj.gov
RICHARD L. POMEROY
Assistant United States Attorney
District of Alaska
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513
Telephone: (907) 271-5071

Attorneys for Defendants United States
Army Corps of Engineers, et al.

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | | |
|---|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, et al., | ) ) ) | |
| Plaintiffs, | ) ) | Case No. J05-0012 CV (JKS) |
| v. | ) ) ) | UNITED STATES' RESPONSE TO PLAINTIFFS' REQUEST FOR STATUS CONFERENCE |
| UNITED STATES ARMY CORPS OF ENGINEERS, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

The Federal Defendants, United States Army Corps of Engineers, et al., take no position

Southeast Alaska Conservation Council, et al. v.
United States Army Corps of Engineers, et al.,
No. J05-0012 CV (JKS)

on Plaintiffs' Request for Status Conference (Document Number 110).

    Respectfully submitted,

    SUE ELLEN WOOLDRIDGE
    Assistant Attorney General
    Environment and Natural Resources Division
    UNITED STATES DEPARTMENT OF JUSTICE

    /s/ Mark A. Nitczynski
    MARK A. NITCZYNSKI
    Environmental Defense Section
    UNITED STATES DEPARTMENT OF JUSTICE
    999 18th Street, Ste. 945
    Denver, CO  80202
    PHONE: (303) 312-7300
    FAX: (303) 312-7331

    TIMOTHY M. BURGESS
    United States Attorney
    District of Alaska
    RICHARD L. POMEROY
    Assistant U.S. Attorney

    Attorneys for Defendants United States Army
    Corps of Engineers, et al.

## CERTIFICATE OF SERVICE

I, Mark A. Nitczynski, certify that on this July 13, 2006, I caused to be filed electronically the foregoing UNITED STATES' RESPONSE TO PLAINTIFFS' REQUEST FOR STATUS CONFERENCE with the Clerk of Court using the CM/ECF system, which sent a Notice of Electronic Filing to the following persons: Demian A. Schane and Thomas S. Waldo (counsel for Plaintiffs); John C. Berghoff, Jr. (counsel for Defendant-Intervenor Coeur Alaska, Inc.); David C. Crosby (counsel for Defendant-Intervenor Goldbelt, Inc.); Ruth Hamilton Heese and Cameron Leonard (counsel for Defendant-Intervenor State of Alaska); John W. Hartle (counsel for *amicus* City and Borough of Juneau); Amy Guerton Mead (counsel for *amicus* Southeast Conference); and Stephen F. Sorenson (counsel for *amicus* Berners Bay Consortium).

/s/ Mark A. Nitczynski
MARK A. NITCZYNSKI

Southeast Alaska Conservation Council, et al. v.
United States Army Corps of Engineers, et al.,
No. J05-0012 CV (JKS)        2