David C. Crosby
David C. Crosby, P.C.
5280 Thane Road
Juneau, AK 99801-7717
Telephone: (907) 586-6262
Facsimile: (907) 586-5959
E-mail: crosbylaw@gci.net

Attorney for Defendant-Intervenor
Goldbelt, Incorporated

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, et al., </br></br>         Plaintiffs, </br></br>    v. </br></br> UNITED STATES ARMY CORPS OF ENGINEERS; et al., </br></br>         Defendants, and </br></br> COEUR ALASKA, INC., a Delaware Corporation, et al., </br></br>         Defendant-Intervenor. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) Case No. J05-0012 CV (JKS) </br> ) |

INTERVENOR/DEFENDANT GOLDBELT'S RESPONSE TO
MOTION FOR STATUS CONFERENCE AND TO SHORTEN TIME

Intervenor/Defendant Goldbelt does not oppose plaintiffs' Motion to Shorten Time to hear their request for a status conference in this matter, and takes no position with respect to whether such a conference is necessary or appropriate under the circumstances set forth in plaintiffs' pleadings.

DATED this 13th day of July, 2006, at Juneau, Alaska.

Respectfully submitted,

DAVID C. CROSBY, P.C.

/s/  David C. Crosby
David C. Crosby
Alaska Bar No. 7106006

Attorney for Intervenor-
Defendant Goldbelt

I hereby certify that on July 13, 2006, a copy of the following document was served electronically on:

Demian A. Schane
Thomas S. Waldo
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801

Mark A. Nitczynski
U.S. Department of Justice
Environmental Defense Section
1961 Stout Street – 8th Floor
Denver, CO 80294

John C. Berghoff, Jr.
Susan E. Brice
Michael P. Rissman
Mayer, Brown, Rowe & Maw LLP
71 S. Wacker Drive
Chicago, IL 60606-4637

Ruth Hamilton Heese
Assistant Attorney General
Department of Law
P.O. Box 110300
Juneau, AK 99811-0300

Cameron M. Leonard
Assistant Attorney General
Environmental Section
100 Cushman St., Suite 400
Fairbanks, AK 99701

/s/   David C. Crosby
David C. Crosby

Response_Shorten_Time_StatusConference.Goldbelt

3