# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

SOUTHEAST ALASKA CONSERVATION COUNCIL *ET AL*   v.   U.S. ARMY CORPS OF ENGINEERS *ET AL*

HONORABLE JAMES K. SINGLETON, JR

DATE: July 14, 2006                                              CASE NO. 1:05-cv-00012-JKS

PROCEEDINGS:     **MINUTE ORDER FROM CHAMBERS**
**Re: Motion at Docket No. 109**

    At Docket No. 109 Defendants United States Army Corps of Engineers and other federal defendants (collectively "Federal Defendants") have filed an unopposed motion for leave to file their answer to the First Amended Complaint.

    For good cause shown,

    IT IS ORDERED THAT the motion at Docket No. 109 is GRANTED.  Federal Defendants are to forthwith file their answer to the First Amended Complaint.

[MO Mtns Dkt 109.wpd]{Rev. 07/04}