SUE ELLEN WOOLDRIDGE
United States Department of Justice
Environment and Natural Resources Division
Washington, D.C.
DEBORAH M. SMITH
Acting United States Attorney
Anchorage, Alaska
MARK A. NITCZYNSKI
U.S. Department of Justice
Environmental Defense Section
1961 Stout Street - 8th Floor
Denver, CO  80294
Phone: (303) 844-1498
Fax: (303) 844-1350
mark.nitczynski@usdoj.gov
RICHARD L. POMEROY
Assistant United States Attorney
District of Alaska
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513
Telephone: (907) 271-5071

Attorneys for Defendants United States
Army Corps of Engineers, et al.

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | Case No. J05-0012 CV (JKS) |
| UNITED STATES ARMY CORPS OF ENGINEERS, et al., | FEDERAL DEFENDANTS' ANSWER |
| Defendants. | |

The United States, on behalf of the United States Army Corps of Engineers and the other federal defendants (collectively, "Federal Defendants") named in the First Amended Complaint for Declaratory and Injunctive Relief ("First Amended Complaint"), hereby answers the First Amended Complaint.  Because this action involves review under the Administrative Procedure Act, review is limited to the administrative record submitted to the Court on April 28, 2006.  5

U.S.C. § 706. Accordingly, the allegations of fact in the First Amended Complaint and any responses contained in an answer are not relevant to the judicial review sought in this action. The Federal Defendants respond to the numbered paragraphs of the First Amended Complaint as follows.

## INTRODUCTION

1.   Paragraph 1 contains plaintiffs' characterization of this case and no response is required.

2.   Based upon information and belief, the allegations in this paragraph concern facts addressed in the administrative record, which speaks for itself and is the best evidence of its contents. Accordingly, the Federal Defendants deny the allegations of this paragraph to the extent that the allegations mischaracterize the administrative record.

3.   Based upon information and belief, the allegations in this paragraph concern facts addressed in the administrative record, which speaks for itself and is the best evidence of its contents. Accordingly, the Federal Defendants deny the allegations of this paragraph to the extent that the allegations mischaracterize the administrative record.

4.   Based upon information and belief, the allegations in this paragraph concern facts addressed in the administrative record, which speaks for itself and is the best evidence of its contents. Accordingly, the Federal Defendants deny the allegations of this paragraph to the extent that the allegations mischaracterize the administrative record.

5.   Based upon information and belief, the allegations in this paragraph concern facts addressed in the administrative record, which speaks for itself and is the best evidence of its contents. Accordingly, the Federal Defendants deny the allegations of this paragraph to the extent that the allegations mischaracterize the administrative record.

6.   The Federal Defendants are without sufficient knowledge or information to admit or deny the allegations of the first sentence. The second sentence contains plaintiffs' characterization of the relief they seek and no response is required.

## JURISDICTION, RIGHT OF ACTION, AND VENUE

7. Paragraph 7 states conclusions of law to which no response is required.

8. Paragraph 8 states a conclusion of law to which no response is required.

## PLAINTIFFS

9. The Federal Defendants are without sufficient knowledge or information to admit or deny the allegations of this paragraph.

10. The Federal Defendants are without sufficient knowledge or information to admit or deny the allegations of this paragraph.

11. The Federal Defendants are without sufficient knowledge or information to admit or deny the allegations of this paragraph.

12. The Federal Defendants are without sufficient knowledge or information to admit or deny the allegations of the first sentence of this paragraph. With regard to the allegations in the second sentence, the Federal Defendants are without sufficient knowledge or information to admit or deny the allegations related to information not contained in the administrative record, and deny the allegations to the extent that the allegations mischaracterize the record. The third sentence of this paragraph states a conclusion of law to which no response is required.

13. The Federal Defendants are without sufficient knowledge or information to admit or deny the allegations of the first, second and third sentences of this paragraph. The fourth sentence of this paragraph contains legal conclusions to which no response is required.

## DEFENDANTS

14. The Federal Defendants admit the allegations of the first two sentences of this paragraph. With regard to the allegations in the third sentence of this paragraph, based upon information and belief, the allegations in that sentence concern facts addressed in the administrative record, which speaks for itself and is the best evidence of its contents. Accordingly, the Federal Defendants deny the allegations of that sentence to the extent that the allegations mischaracterize the administrative record.

15.     The Federal Defendants admit the allegations of the first two sentences of this paragraph. With regard to the allegations in the third sentence of this paragraph, based upon information and belief, the allegations in that sentence concern facts addressed in the administrative record, which speaks for itself and is the best evidence of its contents.  Accordingly, the Federal Defendants deny the allegations of that sentence to the extent that the allegations mischaracterize the administrative record.

16.     The Federal Defendants deny the allegations of the first sentence of this paragraph and the deny the allegations of the first clause of the second sentence of this paragraph.  With regard to the allegations in the second clause of the second sentence of this paragraph, based upon information and belief, the allegations in that clause concern facts addressed in the administrative record, which speaks for itself and is the best evidence of its contents. Accordingly, the Federal Defendants deny the allegations of that clause to the extent that the allegations mischaracterize the administrative record.

17.     The Federal Defendants admit the allegations of the first sentence of this paragraph. With regard to the second sentence of this paragraph, the Federal Defendants refer to the regulations referenced, and deny the allegations of that sentence to the extent that the allegations mischaracterize those regulations; further, based upon information and belief, the allegations in that sentence also concern facts addressed in the administrative record, which speaks for itself and is the best evidence of its contents.  Accordingly, the Federal Defendants deny the allegations of that sentence to the extent that the allegations mischaracterize the administrative record.

18.     With regard to the allegations of the first two sentences and the first clause of the third sentence of this paragraph, the Federal Defendants admit that: the Forest Service is an agency of the Department of Agriculture; the agency's full name is Forest Service; the Forest Service is authorized to administer the national forests, including the Tongass National Forest; and the Forest Service regulates use of the surface of National Forest System lands in connection with

operations authorized by the mining laws of the United States. With regard to the second clause of the third sentence of this paragraph, based upon information and belief, the allegations in that clause concern facts addressed in the administrative record, which speaks for itself and is the best evidence of its contents. Accordingly, the Federal Defendants deny the allegations of that clause to the extent that the allegations mischaracterize the administrative record.

FACTS

19. Based upon information and belief, the allegations in this paragraph concern facts addressed in the administrative record, which speaks for itself and is the best evidence of its contents. Accordingly, the Federal Defendants deny the allegations of this paragraph to the extent that the allegations mischaracterize the administrative record.

20. Based upon information and belief, the allegations in this paragraph concern facts addressed in the administrative record, which speaks for itself and is the best evidence of its contents. Accordingly, the Federal Defendants deny the allegations of this paragraph to the extent that the allegations mischaracterize the administrative record.

21. Based upon information and belief, the allegations in this paragraph concern facts addressed in the administrative record, which speaks for itself and is the best evidence of its contents. Accordingly, the Federal Defendants deny the allegations of this paragraph to the extent that the allegations mischaracterize the administrative record.

22. Based upon information and belief, the allegations in this paragraph concern facts addressed in the administrative record, which speaks for itself and is the best evidence of its contents. Accordingly, the Federal Defendants deny the allegations of this paragraph to the extent that the allegations mischaracterize the administrative record.

23. Based upon information and belief, the allegations in this paragraph concern facts addressed in the administrative record, which speaks for itself and is the best evidence of its contents. Accordingly, the Federal Defendants deny the allegations of this paragraph to the extent that the allegations mischaracterize the administrative record.

24.     Based upon information and belief, the allegations in this paragraph concern facts addressed in the administrative record, which speaks for itself and is the best evidence of its contents.  Accordingly, the Federal Defendants deny the allegations of this paragraph to the extent that the allegations mischaracterize the administrative record.

25.     Based upon information and belief, the allegations in this paragraph concern facts addressed in the administrative record, which speaks for itself and is the best evidence of its contents.  Accordingly, the Federal Defendants deny the allegations of this paragraph to the extent that the allegations mischaracterize the administrative record.

26.     Based upon information and belief, the allegations in this paragraph concern facts addressed in the administrative record, which speaks for itself and is the best evidence of its contents.  Accordingly, the Federal Defendants deny the allegations of this paragraph to the extent that the allegations mischaracterize the administrative record.

27.     Based upon information and belief, the allegations in this paragraph concern facts addressed in the administrative record, which speaks for itself and is the best evidence of its contents.  Accordingly, the Federal Defendants deny the allegations of this paragraph to the extent that the allegations mischaracterize the administrative record.

28.     Based upon information and belief, the allegations in this paragraph concern facts addressed in the administrative record, which speaks for itself and is the best evidence of its contents.  Accordingly, the Federal Defendants deny the allegations of this paragraph to the extent that the allegations mischaracterize the administrative record.

29.     Based upon information and belief, the allegations in this paragraph concern facts addressed in the administrative record, which speaks for itself and is the best evidence of its contents.  Accordingly, the Federal Defendants deny the allegations of this paragraph to the extent that the allegations mischaracterize the administrative record.

30.     Based upon information and belief, the allegations in this paragraph concern facts addressed in the administrative record, which speaks for itself and is the best evidence of its

contents. Accordingly, the Federal Defendants deny the allegations of this paragraph to the extent that the allegations mischaracterize the administrative record.

31. Based upon information and belief, the allegations in this paragraph concern facts addressed in the administrative record, which speaks for itself and is the best evidence of its contents. Accordingly, the Federal Defendants deny the allegations of this paragraph to the extent that the allegations mischaracterize the administrative record.

32. Based upon information and belief, the allegations in this paragraph concern facts addressed in the administrative record, which speaks for itself and is the best evidence of its contents. Accordingly, the Federal Defendants deny the allegations of this paragraph to the extent that the allegations mischaracterize the administrative record.

33. Based upon information and belief, the allegations in this paragraph concern facts addressed in the administrative record, which speaks for itself and is the best evidence of its contents. Accordingly, the Federal Defendants deny the allegations of this paragraph to the extent that the allegations mischaracterize the administrative record.

34. Based upon information and belief, the allegations in this paragraph concern facts addressed in the administrative record, which speaks for itself and is the best evidence of its contents. Accordingly, the Federal Defendants deny the allegations of this paragraph to the extent that the allegations mischaracterize the administrative record.

35. Based upon information and belief, the allegations in this paragraph concern facts addressed in the administrative record, which speaks for itself and is the best evidence of its contents. Accordingly, the Federal Defendants deny the allegations of this paragraph to the extent that the allegations mischaracterize the administrative record.

36. Based upon information and belief, the allegations in this paragraph concern facts addressed in the administrative record, which speaks for itself and is the best evidence of its contents. Accordingly, the Federal Defendants deny the allegations of this paragraph to the extent that the allegations mischaracterize the administrative record.

37. Based upon information and belief, the allegations in this paragraph concern facts addressed in the administrative record, which speaks for itself and is the best evidence of its contents. Accordingly, the Federal Defendants deny the allegations of this paragraph to the extent that the allegations mischaracterize the administrative record.

38. Based upon information and belief, the allegations in this paragraph concern facts addressed in the administrative record, which speaks for itself and is the best evidence of its contents. Accordingly, the Federal Defendants deny the allegations of this paragraph to the extent that the allegations mischaracterize the administrative record.

39. Based upon information and belief, the allegations in this paragraph concern facts addressed in the administrative record, which speaks for itself and is the best evidence of its contents. Accordingly, the Federal Defendants deny the allegations of this paragraph to the extent that the allegations mischaracterize the administrative record.

40. Based upon information and belief, the allegations in this paragraph concern facts addressed in the administrative record, which speaks for itself and is the best evidence of its contents. Accordingly, the Federal Defendants deny the allegations of this paragraph to the extent that the allegations mischaracterize the administrative record.

41. Based upon information and belief, the allegations in this paragraph concern facts addressed in the administrative record, which speaks for itself and is the best evidence of its contents. Accordingly, the Federal Defendants deny the allegations of this paragraph to the extent that the allegations mischaracterize the administrative record.

42. Based upon information and belief, the allegations in this paragraph concern facts addressed in the administrative record, which speaks for itself and is the best evidence of its contents. Accordingly, the Federal Defendants deny the allegations of this paragraph to the extent that the allegations mischaracterize the administrative record.

43. The Federal Defendants admit the allegations in the first sentence of this paragraph. With

regard to the allegations in the remaining sentences of this paragraph, based upon information and belief, the allegations in those sentences concern facts addressed in the administrative record, which speaks for itself and is the best evidence of its contents. Accordingly, the Federal Defendants deny the allegations of those sentences to the extent that the allegations mischaracterize the administrative record.

44. Based upon information and belief, the allegations in this paragraph concern facts addressed in the administrative record, which speaks for itself and is the best evidence of its contents. Accordingly, the Federal Defendants deny the allegations of this paragraph to the extent that the allegations mischaracterize the administrative record.

45. Based upon information and belief, the allegations in this paragraph concern facts addressed in the administrative record, which speaks for itself and is the best evidence of its contents. Accordingly, the Federal Defendants deny the allegations of this paragraph to the extent that the allegations mischaracterize the administrative record.

46. Based upon information and belief, the allegations in this paragraph concern facts addressed in the administrative record, which speaks for itself and is the best evidence of its contents. Accordingly, the Federal Defendants deny the allegations of this paragraph to the extent that the allegations mischaracterize the administrative record.

47. Based upon information and belief, the allegations in this paragraph concern facts addressed in the administrative record, which speaks for itself and is the best evidence of its contents. Accordingly, the Federal Defendants deny the allegations of this paragraph to the extent that the allegations mischaracterize the administrative record.

## COUNT I

48. The Federal Defendants repeat and incorporate by reference their responses to the preceding paragraphs.

49. Paragraph 49 states a conclusion of law to which no response is required.

50. Paragraph 50 states conclusions of law to which no response is required.

51. Paragraph 51 states conclusions of law to which no response is required.

52. Paragraph 52 states conclusions of law to which no response is required.

53. Paragraph 53 states conclusions of law to which no response is required.

54. Paragraph 54 states conclusions of law to which no response is required.

55. Paragraph 55 states conclusions of law to which no response is required. To the extent a response is deemed required, the Federal Defendants refer to the regulations referenced and the Federal Register notices related to those regulations, and deny the allegations of this paragraph to the extent that the allegations mischaracterize those regulations and notices.

56. Paragraph 56 states conclusions of law to which no response is required. To the extent a response is deemed required, the Federal Defendants refer to the regulations referenced and the Federal Register notices related to the regulations, and deny the allegations of this paragraph to the extent that the allegations mischaracterize those regulations and notices.

57. Paragraph 57 states a conclusion of law to which no response is required. To the extent a response is deemed required, the Federal Defendants refer to Federal Register notice referenced, and deny the allegations of this paragraph to the extent that the allegations mischaracterize the notice.

58. Paragraph 58 states conclusions of law to which no response is required. To the extent a response is deemed required, the Federal Defendants refer to the regulation referenced and the Federal Register notices related to the regulation, and deny the allegations of this paragraph to the extent that the allegations mischaracterize the regulation and notices.

59. Based upon information and belief, the allegations in this paragraph concern facts addressed in the administrative record, which speaks for itself and is the best evidence of its contents. Accordingly, the Federal Defendants deny the allegations of this paragraph to the extent that the allegations mischaracterize the administrative record.

60. Paragraph 60 states a conclusion of law to which no response is required.

61. Paragraph 61 states conclusions of law to which no response is required.

62.     Paragraph 62 states a conclusion of law to which no response is required. To the extent a response is deemed required, the Federal Defendants refer to the administrative record, which speaks for itself and is the best evidence of its contents, and Federal Defendants deny the allegations of this paragraph to the extent that the allegations mischaracterize the administrative record.

63.     Paragraph 63 states a conclusion of law to which no response is required.

64.     Paragraph 64 states conclusions of law to which no response is required. To the extent a response is deemed required, the Federal Defendants refer to the administrative record, which speaks for itself and is the best evidence of its contents, and Federal Defendants deny the allegations of this paragraph to the extent that the allegations mischaracterize the administrative record.

65.     Paragraph 65 states conclusions of law to which no response is required.

66.     Paragraph 66 states a conclusion of law to which no response is required.

67.     The first clause of Paragraph 67 states a conclusion of law to which no response is required. With regard to the second clause, based upon information and belief, the allegations in that clause concern facts addressed in the administrative record, which speaks for itself and is the best evidence of its contents. Accordingly, the Federal Defendants deny the allegations of the second clause to the extent that the allegations mischaracterize the administrative record.

68.     Based upon information and belief, the allegations in this paragraph concern facts addressed in the administrative record, which speaks for itself and is the best evidence of its contents. Accordingly, the Federal Defendants deny the allegations of this paragraph to the extent that the allegations mischaracterize the administrative record. In addition, to the extent that this paragraph contains legal conclusions, no response is required.

69.     The Federal Defendants refer to the regulation referenced, the Federal Register notices related to the regulation, and documents in the administrative record related to implementing the regulations referenced. The Federal Defendants deny the allegations of this paragraph to the

extent that the allegations mischaracterize the regulation, notices and record documents.

70. Paragraph 70 states conclusions of law to which no response is required.

71. Paragraph 71 states conclusions of law to which no response is required.

72. Paragraph 72 states conclusions of law to which no response is required.

73. Paragraph 73 states conclusions of law to which no response is required.

74. Paragraph 74 states conclusions of law to which no response is required.

75. Paragraph 75 states conclusions of law to which no response is required. To the extent a response is deemed required, the Federal Defendants refer to the administrative record, which speaks for itself and is the best evidence of its contents, and Federal Defendants deny the allegations of this paragraph to the extent that the allegations mischaracterize the administrative record.

## PRAYER FOR RELIEF

1-7. Paragraphs 1-7 merely contain plaintiffs' requests for relief and no response is required. To the extent a response may be deemed to be required, the Federal Defendants deny that plaintiffs are entitled to the relief they seek.

## GENERAL DENIAL

Except as expressly admitted or otherwise stated herein, the United States denies each and every allegation of the First Amended Complaint.

WHEREFORE, the United States prays that the Court enter judgment in favor of the United States, that Defendants' prayers for relief be denied in their entirety, that the United States be awarded its costs and disbursements in this action, and that the United States be awarded such additional relief the Court deems just and proper under the circumstances.

> Respectfully submitted,
>
> SUE ELLEN WOOLDRIDGE
> Assistant Attorney General
> Environment and Natural Resources Division
> UNITED STATES DEPARTMENT OF JUSTICE

   /s/ Mark A. Nitczynski
MARK A. NITCZYNSKI
Environmental Defense Section
UNITED STATES DEPARTMENT OF JUSTICE
1961 Stout Street - 8th Floor
Denver, CO   80294
PHONE: (303) 844-1498
FAX: (303) 844-1350

DEBORAH M. SMITH
Acting United States Attorney
District of Alaska
RICHARD L. POMEROY
Assistant U.S. Attorney

Attorneys for Defendants United States Army
Corps of Engineers, et al.

## CERTIFICATE OF SERVICE

I, Mark A. Nitczynski, certify that on this July 14, 2006, I caused to be filed electronically the foregoing FEDERAL DEFENDANTS' ANSWER with the Clerk of Court using the CM/ECF system, which sent a Notice of Electronic Filing to the following persons: Demian A. Schane and Thomas S. Waldo (counsel for Plaintiffs); John C. Berghoff, Jr. (counsel for Defendant-Intervenor Coeur Alaska, Inc.); David C. Crosby (counsel for Defendant-Intervenor Goldbelt, Inc.); Ruth Hamilton Heese and Cameron Leonard (counsel for Defendant-Intervenor State of Alaska); John W. Hartle (counsel for *amicus* City and Borough of Juneau); Amy Guerton Mead (counsel for *amicus* Southeast Conference); and Stephen F. Sorenson (counsel for *amicus* Berners Bay Consortium).

   /s/ Mark A. Nitczynski
MARK A. NITCZYNSKI