IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL; SIERRA CLUB; and LYNN CANAL CONSERVATION, | Case No. 1:05-CV-00012-JKS |
| Plaintiffs, | |
| vs. | **JUDGMENT IN A CIVIL CASE** |
| UNITED STATES CORPS OF ENGINEERS; COLONEL TIMOTHY J. GALLAGHER in this official capacity as District Engineer; LARRY L. REEDER, in his official capacity as Chief of the Regulatory Branch; JOHN C. LEEDS, III, in his capacity as manager of the Juneau Field Office; GLEN E. JUSTIS, in his official capacity as Chief of the East Section; DOMINIC IZZO, in his official capacity as Principal Deputy Assistant Secretary of the Army (Civil Works); and UNITED STATES FOREST SERVICE, | |
| Defendants, | |
| and | |
| COEUR ALASKA, INC.; STATE OF ALASKA; and GOLDBELT, INC. | |
| Defendant-Interveners. | |

___    **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_    **DECISION BY COURT**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the complaint on file herein be, and it hereby is, **DISMISSED**, with prejudice.  Judgment is hereby entered in favor of Defendants.

APPROVED:

s/ James K. Singleton, Jr.
**JAMES K. SINGLETON, JR.**
United States District Judge

| August 3, 2006 | | IDA ROMACK |
| Date | | Clerk |
| | | DAN MAUS |
| | | (By) Deputy Clerk |

JUDGMENT IN A CIVIL CASE

2