IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, and LYNN CANAL CONSERVATION,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS; COLONEL TIMOTHY J. GALLAGHER, in his official capacity as District Engineer; LARRY L. REEDER, in his official capacity as Chief of the Regulatory Branch; DOMINIC IZZO, in his official capacity as Principal Deputy Assistant Secretary of the Army (Civil Works); and UNITED STATES FOREST SERVICE,<br><br>Defendants,<br><br>and<br><br>COEUR ALASKA, INC., GOLDBELT, INC., and the STATE OF ALASKA,<br><br>Intervenor-Defendants. | Case No. J05-0012 CV (JKS) |

**PROPOSED ORDER GRANTING INJUNCTION PENDING APPEAL**

Plaintiffs' Motion For Injunction Pending Appeal is hereby GRANTED. The Court finds that Plaintiffs have raised serious questions in their claims on the merits. The Court further finds that the construction of a permanent dam at the outfall in Lower Slate Lake, the completion of mine construction, and the disposal of tailings into the lake will cause irreparable harm and that the balance of hardships tips strongly in favor of Plaintiffs. The Court also finds that it is in the public interest to ensure that the United States Army Corps of Engineers (Corps) and Forest Service have complied with the law and to ensure protection of the natural resources of the Slate Creek watershed until the Court of Appeals for the Ninth Circuit can enter a final judgment.

For these reasons, the Corps, the Forest Service, and Coeur Alaska, Inc. are hereby enjoined from authorizing, allowing, or conducting any further construction activities relating to the use of the lake as a waste disposal site, including cutting trees, building roads, clearing shrubs, excavating wetlands, building dams or other structures, or altering the natural water level of Lower Slate Lake or the natural flow of East Fork Slate Creek, until the Court of Appeals for the Ninth Circuit reaches a final decision on the merits of the Plaintiffs' appeal.

SO ORDERED this ____ day of _____, 2006,

_____
James K. Singleton, Jr.
United States District Court Judge