Demian A. Schane
Thomas S. Waldo
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: dschane@earthjustice.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, and LYNN CANAL CONSERVATION, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ARMY CORPS OF ENGINEERS; COLONEL TIMOTHY J. GALLAGHER, in his official capacity as District Engineer; LARRY L. REEDER, in his official capacity as Chief of the Regulatory Branch; DOMINIC IZZO, in his official capacity as Principal Deputy Assistant Secretary of the Army (Civil Works); and UNITED STATES FOREST SERVICE, <br><br> Defendants, <br><br> and <br><br> COEUR ALASKA, INC., GOLDBELT, INC., and the STATE OF ALASKA, <br><br> Intervenor-Defendants. | Case No. J05-0012 CV (JKS) |

**PLAINTIFFS' MOTION FOR SHORTENED TIME AND EXPEDITED CONSIDERATION**

Pursuant to Local Rule 7.2(c), Plaintiffs hereby move for an order shortening time on Plaintiffs' Motion for Injunction Pending Appeal. The declaration of counsel required by Local Rule 7.2(c)(1)[A] is attached hereto as Exhibit 1.

Coeur Alaska will shortly begin or has already begun construction of a permanent dam at the base of Lower Slate Lake. The purpose of the dam is to prepare the lake for the disposal of 4.5 million tons of mine tailings, the legality of which is the sole issue in this case. Expedited consideration is necessary in order to preserve the ability for Plaintiffs to obtain relief before construction is completed. This case has been fully briefed on summary judgment and on relief by all parties. It is therefore reasonable for any briefs in opposition to the motion for injunction pending appeal to be filed by Tuesday, August 8, 2006, with the reply due the following day.

Respectfully submitted this 4th day of August, 2006,

 /s/ Thomas S. Waldo
Thomas S. Waldo (ABA# 9007047)
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: dschane@earthjustice.org

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I, Thomas S. Waldo, certify that on August 4, 2006, a true and correct copy of PLAINTIFFS' MOTION FOR SHORTENED TIME AND EXPEDITED CONSIDERATION, with accompanying documents, was served electronically to Mark A. Nitczynski, Richard L. Pomeroy, John C. Berghoff, Jr., David C. Crosby, Ruth Hamilton Heese, Cameron M. Leonard, John W. Hartle, Amy Gurton Mead, Stephen F. Sorensen, and Lawrence L. Hartig. A courtesy copy was also sent via e-mail to Jim Ustasiewski.

/s/ Thomas S. Waldo
Thomas S. Waldo