IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, and LYNN CANAL CONSERVATION,  <br><br>Plaintiffs,  <br><br>v.  <br><br>UNITED STATES ARMY CORPS OF ENGINEERS; COLONEL TIMOTHY J. GALLAGHER, in his official capacity as District Engineer; LARRY L. REEDER, in his official capacity as Chief of the Regulatory Branch; DOMINIC IZZO, in his official capacity as Principal Deputy Assistant Secretary of the Army (Civil Works); and UNITED STATES FOREST SERVICE,  <br><br>Defendants,  <br><br>and  <br><br>COEUR ALASKA, INC., GOLDBELT, INC., and the STATE OF ALASKA,  <br><br>Intervenor-Defendants. | Case No. J05-0012 CV (JKS) |

## PROPOSED ORDER SHORTENING TIME

Upon consideration of Plaintiffs' Motion for Shortened Time and Expedited Consideration (Docket No. ____) and all materials submitted in support thereof and opposition thereto, it is hereby ordered that the motion is GRANTED.  Defendants shall file any opposition to Plaintiff's Motion for Injunction Pending Appeal no later than August 8, 2006.  Plaintiffs shall file any reply no later than August 9, 2006.

SO ORDERED this _____ day of August, 2006.

_____
James K. Singleton
District Court Judge

*SEACC v. U.S. Army Corps of Eng'rs*
J05-0012 CV (JKS)