
John C. Berghoff, Jr., ILBA# 0181528
Michael P. Rissman, ILBA# 6194350
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL  60606
Phone: (312) 782-0600/Fax: (312) 701-7711
jberghoff@mayerbrownrowe.com
mrissman@mayerbrownrowe.com

Eric B. Fjelstad, ABA# 9505020
Robert A. Maynard, ABA# 8610093
Perkins Coie LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501
Phone: (907) 279-8561/Fax: (907) 276-3108
efjelstad@perkinscoie.com
rmaynard@perkinscoie.com

Attorneys for Defendant-Intervenor Coeur Alaska, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, et al., <br><br>  Plaintiffs, <br> vs. <br><br> UNITED STATES ARMY CORPS OF ENGINEERS; et al. <br><br>  Defendants, <br><br> and <br><br> COEUR ALASKA, INC., et al., <br><br>  Defendant-Intervenors. | Case No. J05-0012 CV (JKS) <br><br> **COEUR ALASKA, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR SHORTENED TIME AND EXPEDITED CONSIDERATION ON PLAINTIFFS' MOTION FOR INJUNCTION PENDING APPEAL** |

Coeur Alaska, Inc. opposes Plaintiffs' motion for shortened time and expedited consideration.  [Docket No. 120]  Plaintiffs have moved that Coeur Alaska and other Defendants

respond to Plaintiffs' motion for injunction pending appeal in just two working days. Their motion is unreasonable and unnecessary and an abuse of the process and procedures established for this Court.

The rules provide fifteen days for an opposition to a motion. Local Rule 7.1(e). The rules also require a party moving to shorten time to justify its motion by declaration. Local Rule 7.2(c)(1)[A]. Plaintiffs do not justify their proposed departure from the normal process and procedures required by this Court. Plaintiffs' declaration of counsel falls woefully short. It simply recites that construction has occurred and continues to occur around Lower Slate Lake. The declaration does not show any particular harm, irreparable or otherwise, that will occur during the time allotted for Defendants to reply to Plaintiffs' injunction motion.

Imposing a two-day response time on Defendants for a motion for injunction is unfair on its face and will prejudice the Defendants' ability to respond. Given the gravity of any injunction request, Coeur Alaska should be allowed time in which to formulate and prepare a thoughtful and thorough response.

The federal rules contemplate full consideration of a request for injunction pending appeal by the District Court. Fed. R. App. P. 8(a)(2)(A). This in turn requires a fair opportunity for briefing.

Plaintiffs' motion for abbreviated time should be denied.

*SEACC, et al. v. U.S. Army Corps of Engineers, et al.*, J05-0012 CV (JKS)          Page 2
Coeur Alaska's Opposition to Plaintiffs' Motion for Shortened Time and Expedited
Consideration

DATED this 7th day of August, 2006.                Respectfully submitted,

MAYER, BROWN, ROWE & MAW LLP
Attorneys for Defendant-Intervenor
COEUR ALASKA, INC.

/s/ John C. Berghoff, Jr.
John C. Berghoff, Jr., ILBA# 0181528
Michael P. Rissman, ILBA# 6194350
71 South Wacker Drive
Chicago, IL  60606
Phone: (312) 782-0600
Fax: (312) 701-7711
jberghoff@mayerbrownrowe.com
mrissman@mayerbrownrowe.com

CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of August, 2006, a true and correct copy of the foregoing was served electronically on Demian A. Schane and Thomas S. Waldo (representing plaintiffs), Mark Nitczynski and Richard L. Pomeroy (representing federal defendants), Ruth Hamilton Heese and Cameron M. Leonard (representing defendant-intervenor State of Alaska), and David C. Crosby (representing defendant-intervenor Goldbelt, Inc.).  A courtesy copy was sent via email to Jim Ustasiewski.

/s/ John C. Berghoff, Jr.
John C. Berghoff, Jr., ILBA# 0181528
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL  60606
Phone: (312) 782-0600
Fax: (312) 701-7711
jberghoff@mayerbrownrowe.com

*SEACC, et al. v. U.S. Army Corps of Engineers, et al.*, J05-0012 CV (JKS)                Page 3
Coeur Alaska's Opposition to Plaintiffs' Motion for Shortened Time and Expedited
Consideration