David C. Crosby
David C. Crosby, P.C.
5280 Thane Road
Juneau, AK 99801-7717
Telephone: (907) 586-6262
Facsimile: (907) 586-5959
E-mail: crosbylaw@gci.net

Attorney for Defendant-Intervenor
Goldbelt, Incorporated

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| UNITED STATES ARMY CORPS OF ENGINEERS; et al., | ) ) ) |
| Defendants, and | ) ) |
| COEUR ALASKA, INC., a Delaware Corporation, et al., | ) ) ) |
| Defendant-Intervenor. | ) Case No. J05-0012 CV (JKS) |

INTERVENOR/DEFENDANT GOLDBELT'S OPPOSITION TO MOTION FOR
SHORTENED TIME AND EXPEDITED CONSIDERATION

Intervenor/Defendant Goldbelt, Inc. ("Goldbelt") opposes plaintiffs' Motion for Shortened Time and Expedited Consideration.

Plaintiffs filed their Amended Complaint on April 4, 2006. Goldbelt believes that Coeur made its intention to proceed with

construction of the Kensington Gold Project unless enjoined by order of the Court amply clear to plaintiffs. Plaintiffs elected not to seek preliminary injunctive relief during the more than four months that this case has been pending. Plaintiffs have not shown good cause why now, having ruled against the plaintiffs on the merits, the court should rule on a motion for injunction without allowing the defendants a reasonable time to consult with their clients and prepare their oppositions.

This opposition is supported by the attached Declaration of David C. Crosby.

DATED this 7th day of August, 2006, at Juneau, Alaska.

                                    Respectfully submitted,

                                    DAVID C. CROSBY, P.C.

                                    /s/  David C. Crosby
                                    David C. Crosby
                                    Alaska Bar No. 7106006

                                    Attorney for Intervenor-
                                    Defendant Goldbelt

I hereby certify that on August 7, 2006, a copy of the following document was served electronically on:

    Demian A. Schane
    Thomas S. Waldo
    Eric P. Jorgensen
    EARTHJUSTICE
    325 Fourth Street
    Juneau, AK 99801

Mark A. Nitczynski
U.S. Department of Justice
Environmental Defense Section
1961 Stout Street – 8th Floor
Denver, CO 80294

John C. Berghoff, Jr.
Susan E. Brice
Michael P. Rissman
Mayer, Brown, Rowe & Maw LLP
71 S. Wacker Drive
Chicago, IL 60606-4637

Ruth Hamilton Heese
Assistant Attorney General
Department of Law
P.O. Box 110300
Juneau, AK 99811-0300

Cameron M. Leonard
Assistant Attorney General
Environmental Section
100 Cushman St., Suite 400
Fairbanks, AK 99701

/s/ David C. Crosby
David C. Crosby

Goldbelt_Oppos_8 7 2006.Goldbelt

3