David C. Crosby
David C. Crosby, P.C.
5280 Thane Road
Juneau, AK 99801-7717
Telephone: (907) 586-6262
Facsimile: (907) 586-5959
E-mail: crosbylaw@gci.net

Attorney for Defendant-Intervenor
Goldbelt, Incorporated


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| UNITED STATES ARMY CORPS OF ENGINEERS; et al., | ) ) ) |
| Defendants, and | ) ) |
| COEUR ALASKA, INC., a Delaware Corporation, et al., | ) ) ) |
| Defendant-Intervenor. | ) Case No. J05-0012 CV (JKS) |

DECLARATION OF DAVID C. CROSBY

DAVID C. CROSBY declares under penalty of perjury as
follows:

1.   I am counsel of record for Intervenor/Defendant
Goldbelt, Inc.  I make this declaration in support of Goldbelt's
opposition to plaintiffs' Motion for Shortened Time and
Expedited Consideration.

2.    I have been away from my office on vacation since July 14, 2006, and was not scheduled to return until August 13, 2006.

3.    On Friday, August 4, 2006, I was informed of the Court's decision dismissing the complaint.  That afternoon I received an e-mail from counsel for the plaintiffs informing me of his plan to file a motion for an injunction pending appeal with this Court on Friday or Monday, August 7, 2006, to be followed immediately by a similar motion to the Ninth Circuit Court of Appeals.

4.    Although I immediately returned to Juneau and attempted to contact my client over the weekend, as of this writing I have not had an opportunity to meet with my client to discuss its response to the motion or motions for injunction pending appeal.  Nor have I had an opportunity to confer with co-counsel concerning their reactions to the motion.

5.    The schedule proposed by plaintiffs in their moving papers is unreasonable and does not allow time for me to confer with my client and co-counsel or to prepare an opposition.

DATED this 7th day of August, 2006, at Juneau, Alaska.


/s/  David C. Crosby__
David C. Crosby


I hereby certify that on August 7, 2006, a copy of the following document was served electronically on:

Demian A. Schane
Thomas S. Waldo
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801

Mark A. Nitczynski
U.S. Department of Justice
Environmental Defense Section
1961 Stout Street – 8th Floor
Denver, CO 80294

John C. Berghoff, Jr.
Susan E. Brice
Michael P. Rissman
Mayer, Brown, Rowe & Maw LLP
71 S. Wacker Drive
Chicago, IL 60606-4637

Ruth Hamilton Heese
Assistant Attorney General
Department of Law
P.O. Box 110300
Juneau, AK 99811-0300

Cameron M. Leonard
Assistant Attorney General
Environmental Section
100 Cushman St., Suite 400
Fairbanks, AK 99701

/s/  David C. Crosby
David C. Crosby

DCC_Declaration_8 7 2006.Goldbelt