


SUE ELLEN WOOLDRIDGE
United States Department of Justice
Environment and Natural Resources Division
Washington, D.C.
TIMOTHY M. BURGESS
United States Attorney
Anchorage, Alaska
MARK A. NITCZYNSKI
US Department of Justice
Environmental Defense Section
999 18th Street, Ste. 945
Denver, CO   80202
Phone: (303) 312-7388
Fax: (303) 312-7331
mark.nitczynski@usdoj.gov
RICHARD L. POMEROY
Assistant United States Attorney
District of Alaska
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513
Telephone: (907) 271-5071

Attorneys for Defendants United States
Army Corps of Engineers, et al.

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | | |
|---|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, et al., | ) ) ) | |
| Plaintiffs, | ) ) | Case No. J05-0012 CV (JKS) |
| v. | ) ) ) | UNITED STATES' OPPOSITION TO PLAINTIFFS' MOTION FOR |
| UNITED STATES ARMY CORPS OF ENGINEERS, et al., | ) ) ) | SHORTENED TIME AND EXPEDITED CONSIDERATION |
| Defendants. | ) ) ) | |

The Federal Defendants, United States Army Corps of Engineers, et al., oppose

Southeast Alaska Conservation Council, et al. v.
United States Army Corps of Engineers, et al.,
No. J05-0012 CV (JKS)

Plaintiffs' Motion for Shortened Time and Expedited Consideration (Document Number 120) ("Motion for Shortened Time").  Plaintiffs' proposed timeframe is unreasonable.  In their latest request for shortened time, Plaintiffs seek to reduce the time allotted for responses to Plaintiffs' Motion for Injunction Pending Appeal (Document 119) ("PI Motion") to 2 business days from the 15 days allowed by this Court's Local Rules.  LR 7.1(e); Motion for Shortened Time at 1.  Plaintiffs incorrectly assert that the issues presented in the PI Motion previously have been "fully briefed on summary judgment." Motion for Shortened Time at 1.  The PI Motion addresses the propriety of a preliminary injunction during the pendency of appeal, not the vacatur and permanent injunction issues addressed by the parties on summary judgment.  Given the drastic remedy that plaintiffs seek, the parties should be given adequate time to respond to the PI Motion so that the issues are fully addressed before the Court.

                Respectfully submitted,

                SUE ELLEN WOOLDRIDGE
                Assistant Attorney General
                Environment and Natural Resources Division
                UNITED STATES DEPARTMENT OF JUSTICE

                  /s/ Mark A. Nitczynski
                MARK A. NITCZYNSKI
                Environmental Defense Section
                UNITED STATES DEPARTMENT OF JUSTICE
                999 18th Street, Ste. 945
                Denver, CO   80202
                PHONE: (303) 312-7300
                FAX: (303) 312-7331

                TIMOTHY M. BURGESS
                United States Attorney
                District of Alaska
                RICHARD L. POMEROY
                Assistant U.S. Attorney

Southeast Alaska Conservation Council, et al. v.
United States Army Corps of Engineers, et al.,
No. J05-0012 CV (JKS)                              2

                                                Attorneys for Defendants United States Army
                                                Corps of Engineers, et al.

## CERTIFICATE OF SERVICE

I, Mark A. Nitczynski, certify that on this August 7, 2006, I caused to be filed electronically the foregoing UNITED STATES' OPPOSITION TO PLAINTIFFS' MOTION FOR SHORTENED TIME AND EXPEDITED CONSIDERATION with the Clerk of Court using the CM/ECF system, which sent a Notice of Electronic Filing to the following persons: Demian A. Schane and Thomas S. Waldo (counsel for Plaintiffs); John C. Berghoff, Jr. (counsel for Defendant-Intervenor Coeur Alaska, Inc.); David C. Crosby (counsel for Defendant-Intervenor Goldbelt, Inc.); Ruth Hamilton Heese and Cameron Leonard (counsel for Defendant-Intervenor State of Alaska); John W. Hartle (counsel for *amicus* City and Borough of Juneau); Amy Guerton Mead (counsel for *amicus* Southeast Conference); and Stephen F. Sorenson (counsel for *amicus* Berners Bay Consortium).


  /s/ Mark A. Nitczynski
MARK A. NITCZYNSKI

Southeast Alaska Conservation Council, et al. v.
United States Army Corps of Engineers, et al.,
No. J05-0012 CV (JKS)                      3