Demian A. Schane
Thomas S. Waldo
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: dschane@earthjustice.org

Attorneys for Plaintiffs

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, and LYNN CANAL CONSERVATION,<br><br>Plaintiffs-Appellants,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS; COLONEL TIMOTHY J. GALLAGHER, in his official capacity as District Engineer; LARRY L. REEDER, in his official capacity as Chief of the Regulatory Branch; DOMINIC IZZO, in his official capacity as Principal Deputy Assistant Secretary of the Army (Civil Works); and UNITED STATES FOREST SERVICE,<br><br>Defendants-Appellees,<br><br>and<br><br>COEUR ALASKA, INC., GOLDBELT, INC., and the STATE OF ALASKA,<br><br>Intervenor-Defendants/Appellees. | Appeal No. _____<br><br>D. Ct. No. J05-0012 CV (JKS) (D. Alaska) |

**REPRESENTATION STATEMENT**

The undersigned represents Southeast Alaska Conservation Council, Sierra Club, and

Lynn Canal Conservation, plaintiffs and appellants in this matter, and no other party. Attached is

1

2

a service list that shows all of the other parties to the action below, and identifies their counsel by name, firm, address, telephone number, fax number, and email address. F.R.A.P 12(b), Circuit Rule 3-2(b).

Respectfully submitted this 7th day of August, 2006,

Attorneys for Southeast Alaska Conservation Council, et al.

/s/ Thomas S. Waldo

Thomas S. Waldo (ABA# 9007047)
Demian A. Schane (ABA# 0403007)
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: twaldo@earthjustice.org

CERTIFICATE OF SERVICE

I, Thomas S. Waldo, certify that on August 7, 2006, a true and correct copy of the NOTICE OF APPEAL, the REPRESENTATION STATEMENT, and the CIVIL APPEALS DOCKETING STATEMENT, with attachments, were served on counsel of record for all parties to the action below in this matter, in the manner indicated:

**Counsel for Defendants:**
Mark Nitczynski                                           Via electronic service
U.S. Department of Justice
Environment and Natural Resources Division
1961 Stout Street - 8th Floor
Denver, CO 80294
Ph: 303-844-1498
Fax: 303-844.1350
Email: mark.nitczynski@usdoj.gov

Richard L. Pomeroy
Assistant United States District Attorney
District of Alaska
Federal Building
222 West Seventh Avenue #9
Anchorage, AK 99513
Ph: 907-271-5071
Email: richard.pomeroy@usdoj.gov

**Counsel for Intervenor-Defendant Coeur Alaska, Inc.:**
John C. Berghoff, Jr.                                     Via electronic service
Michael P. Rissman
Mayer, Brown, Rowe & Maw LLP
71 S. Wacker Drive
Chicago, IL 60606
Ph: 312-782-0600
Fax: 312-701-7711
Email: jberghoff@mayerbrownrowe.com
       mrissman@mayerbrownrowe.com

**Counsel for Intervenor-Defendant Goldbelt, Inc.**
David C. Crosby                                           Via electronic service
David C. Crosby, P.C.
5280 Thane Road
Juneau, AK 99801-7717
Ph: 907-586-6262
Fax: 907-586-5959
Email: crosbylaw@gci.net

**Counsel for Intervenor-Defendant State of Alaska**
Ruth Hamilton Heese                                    Via electronic service
State of Alaska Department of Law
P.O. Box 110300
Juneau, AK 99811-0300
Ph: 907-451-2811
Fax: 907-465-6735
Email: ruth_hamilton_heese@law.state.ak.us

Cameron M. Leonard
State of Alaska Department of Law
100 Cushman Street Suite 400
Anchorage, AK 99701
Ph: 907-451-2811
Fax: 907-451-2985
Email: cam_leonard@law.state.ak.us


 /s/ Thomas S. Waldo
Thomas S. Waldo