DAVID W. MÁRQUEZ, Attorney General
CAMERON M. LEONARD, Assistant Attorney General
RUTH HAMILTON HEESE, Assistant Attorney General
State of Alaska, Department of Law
P.O. Box 110300
Telephone:  (907) 451-2811
         or  (907) 465-3600
Facsimile:  (907) 465-6735
Juneau, Alaska 99811-0300
cam_leonard@law.state.ak.us
ruth_hamilton_heese@law.state.ak.us

Attorneys for Intervenor Defendant State of Alaska

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ARMY CORPS OF ENGINEERS, *et al.*, <br><br> Defendants, <br><br> v. <br><br> COUER ALASKA, INC., *et al.*, <br><br> Intervenor Defendants. | Case No. J05-0012CV (JKS) |

**STATE OF ALASKA'S OPPOSITION TO PLAINTIFFS' MOTION FOR SHORTENED TIME AND EXPEDITED CONSIDERATON ON PLAINTIFFS' MOTION FOR INJUNCTION PENDING APPEAL**

The State opposes plaintiffs' Motion for Shortened Time and Expedited Consideration on the plaintiffs' Motion for Injunction Pending Appeal, both motions filed on August 4, 2006. Notwithstanding the considerable construction activities that have taken place to date for the Kensington Gold Project, and plaintiffs' admitted awareness of these activities, plaintiffs' did not move for preliminary injunctive relief during the district court's summary judgment proceedings. It is highly prejudicial to the defendants and the intervenor defendants for the plaintiffs to request such relief now on an expedited basis, in anticipation of plaintiffs' intended appeal of this case to the Ninth Circuit Court of Appeals. Requiring an expedited response by other parties, including the State, to this case within two business days is unreasonable.

The plaintiffs have not shown good cause why expedited consideration of injunctive relief pending appeal is warranted (Local Rule 7.2(c)(1)[A]), particularly given the Court's ruling on the merits of plaintiffs' case and plaintiffs' knowledge that construction activities have been occurring at the Kensington Gold Project area for several months. The defendants and intervenor defendants should be given the opportunity to respond with a thorough briefing to the plaintiffs' Motion for Injunction Pending Appeal, in accordance with Local Rules 7.1(e) and 8(a)(2)(A).

The plaintiffs' Motion for Shortened Time and Expedited Consideration should be denied. The State's opposition to expedited consideration is supported by the attached Declaration of Ruth Hamilton Heese.

RESPECTFULLY SUMBITTED this 7th day of August, 2006, at Juneau, Alaska.

/s/ RUTH HAMILTON HEESE
Cameron M. Leonard
Assistant Attorney General
Alaska Bar No. 8406036
Ruth Hamilton Heese
Assistant Attorney General
Alaska Bar No. 9406064
State of Alaska
Department of Law
P.O. Box 110300
Juneau, Alaska 99811-0300
Telephone: (907) 465-3600
Facsimile: (907) 465-6735
ruth_hamilton_heese@law.state.ak.us

### CERTIFICATE OF SERVICE

I, Ruth Hamilton Heese, certify that on August 7, 2006, a copy of the foregoing document were served electronically to Mark Nitczynski, Demian Schane, Thomas Waldo, John Berghoff, Jr., and David Crosby. A courtesy copy was electronically provided to Jim Ustasiewski and Larry Hartig.

By:  /s RUTH HAMILTON HEESE
Ruth Hamilton Heese
Assistant Attorney General
Alaska Bar No. 9406064
State of Alaska
Department of Law
P.O. Box 110300
Juneau, Alaska 99811-0300

Telephone: (907) 465-3600
Facsimile: (907) 465-6735
ruth_hamilton_heese@law.state.ak.us