DAVID W. MÁRQUEZ, Attorney General
CAMERON M. LEONARD, Assistant Attorney General
RUTH HAMILTON HEESE, Assistant Attorney General
State of Alaska, Department of Law
P.O. Box 110300
Telephone:  (907) 451-2811
        or   (907) 465-3600
Facsimile:  (907) 465-6735
Juneau, Alaska 99811-0300
cam_leonard@law.state.ak.us
ruth_hamilton_heese@law.state.ak.us

ATTORNEYS FOR INTERVENOR DEFENDANT STATE OF ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, *et al.*,<br><br>                    Plaintiffs,<br><br>    v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, *et al.*,<br><br>                    Defendants,<br><br>    v.<br><br>COUER ALASKA, INC., *et al.*,<br><br>                    Intervenor Defendants. | Case No. J05-0012CV (JKS) |

**DECLARATION OF RUTH HAMILTON HEESE IN SUPPORT OF
STATE'S OPPOSITION TO MOTION FOR SHORTENED TIME AND
EXPEDITED CONSIDERATION**

I, Ruth Hamilton Heese, declare under penalty of perjury as follows:

1. I am co-counsel of record for Intervenor Defendant State of Alaska and submit this declaration in support of the State's opposition to plaintiffs' Motion for Shortened Time and Expedited Consideration.

2. On Friday, August 4, 2006, this court issued its decision denying plaintiffs' Motion for Summary Judgment and dismissing their complaint. That afternoon, plaintiffs' counsel apparently unsuccessfully attempted to contact Cameron Leonard, the State's lead counsel on this case, to advise him regarding plaintiffs' intent to file the Motion for Injunction Pending Appeal and the accompanying Motion for Shortened Time and Expedited Consideration. I am unaware of any attempt by plaintiffs' counsel to contact me by phone or e-mail in Juneau regarding this matter, even though I was in the office. I did not learn of the filing of these August 4, 2006 motions until Saturday, August 5, 2006.

3. Mr. Leonard was out of the office on leave the afternoon of August 4th, and will not be back in his office until Monday, August 14th. At 3:15 this afternoon (August 7, 2006) I apprised Mr. Leonard of the plaintiffs' motions, but we did not have time to confer further on this matter. I am also communicating with our clients regarding the plaintiffs' August 4, 2006 motions.

4. Plaintiffs' proposed schedule in their motion for expedited consideration of their motion for preliminary injunction, that any opposition thereto be filed by

**Declaration of Ruth Hamilton Heese in**   **Page 2**
**Support of Opposition to Motion for**
**Shortened Time and Expedited Consideration**

Tuesday, August 8, 2006, -- a two-day response time -- is simply unreasonable, and does not allow an opportunity for counsel for the State or other defendants to prepare an opposition to the requested injunctive relief.

RESPECTFULLY SUMBITTED this 7th day of August, 2006, at Juneau, Alaska.

/s/  RUTH HAMILTON HEESE
Ruth Hamilton Heese
Assistant Attorney General
Alaska Bar No. 9406064
State of Alaska
Department of Law
P.O. Box 110300
Juneau, Alaska 99811-0300
Telephone:  (907) 465-3600
Facsimile:  (907) 465-6735
ruth_hamilton_heese@law.state.ak.us

## CERTIFICATE OF SERVICE

I, Ruth Hamilton Heese, certify that on August 7, 2006, a copy of the foregoing document were served electronically to Mark Nitczynski, Demian Schane, Thomas Waldo, John Berghoff, Jr., and David Crosby.  A courtesy copy was electronically provided to Jim Ustasiewski and Larry Hartig.

By:    /s RUTH HAMILTON HEESE
Ruth Hamilton Heese
Assistant Attorney General
Alaska Bar No. 9406064
State of Alaska
Department of Law
P.O. Box 110300
Juneau, Alaska 99811-0300
Telephone:  (907) 465-3600
Facsimile:  (907) 465-6735

**Declaration of Ruth Hamilton Heese in							Page 3
Support of Opposition to Motion for
Shortened Time and Expedited Consideration**

ruth_hamilton_heese@law.state.ak.us

**Declaration of Ruth Hamilton Heese in** **Page 4**
**Support of Opposition to Motion for**
**Shortened Time and Expedited Consideration**