# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

| | |
|---|---|
| Southeast Alaska Conservation Counsel, et al.<br>    PLAINTIFF/APPELLANTS<br><br>v.<br><br>United States Army Corps of Engineers, et al.<br>    DEFENDANT/APPELLEES | Court of Appeals Docket No.<br><br>Docket Number (s) of Court of Appeals Companion and/or cross appeals (if known).<br><br>District Court<br>Docket Number. 1:05-cv-00012 JKS |

# CERTIFICATE OF RECORD

This certificate is submitted in conformance with Rule 11-2 of the local rules of the U.S. Court of Appeals for the Ninth Circuit. The record on appeal, consisting of the trial transcripts (if any) and the trial court clerk record, is ready for the purposes of the appeal. This record is available in the office of the U.S. District Clerk identified below.

The documents comprising the trial court clerk's record have been numbered in conformance with Rule 11(b) of the Federal Rules of Appellate Procedure. These document numbers are reflected on the U.S. District Court docket sheet and should be used for reference purposes in the briefs.

Transcript Dates: N/A
Copy of Certificate of Record filed in U.S. District Court Date: August 8, 2006

                                            IDA ROMACK
                                            Clerk U.S. District Court
                                            for the District of Alaska.

                                            by: Dan Maus
                                            Deputy Clerk

{Certif.app Rev. 4/03}