Amy Gurton Mead
Robertson, Monagle & Eastaugh
9360 Glacier Highway, Ste 202
Juneau, Alaska 99801
(907) 586-3340 (telephone)
(907) 586-6818 (facsimile)
agmead@romea.com

Of Attorneys for
Southeast Conference

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES ARMY CORP OF ENGINEERS,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. J05-0012 CV (JKS)<br>) |

**NOTICE OF ERROR AND REQUEST FOR CORRECTION**

On page 2 of the August 3, 2006 memorandum decision denying the Plaintiffs' motion for summary judgment, the Court stated: "At Docket No. 97 Southeast Conference has filed an amicus brief **in support** of the Plaintiffs' motion." (emphasis added.)

Southeast Conference's amicus brief was filed **in opposition** of the Plaintiffs' motion. SEC requests that the Court correct this error so that the record is clear.

SUBMITTED August 3, 2006.

s/Amy Gurton Mead
AMY GURTON MEAD
Robertson, Monagle & Eastaugh
801 W 10th St., Ste. 300
Juneau, AK  99801
(907) 586-3340 (telephone)
(907) 586-6818 (facsimile)
agmead@romea.com

Of Attorneys for Southeast Conference

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 5, 2006, a copy of the foregoing document was served electronically on the following attorneys:

Demian A. Schane
Thomas S. Waldo
Mark Nitczynski
Richard L. Pomeroy
David C. Crosby
Cameron M. Leonard
Ruth Hamilton Heese
John C. Berghoff, Jr.
Michael P. Rissman
Eric B. Fjelstad
Robert A. Maynard
Lawrence L. Hartig
Jim Ustasiewski

s/Laurie Gyles-Chesnut