RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

AUG 10 2006

_D_____
_____
INITIAL

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

**CASE INFORMATION:**
Short Case Title: <u>Southeast AK Conservation Cnsl, et al, v. US Army Corps of Engineers, et al.</u>
Court of Appeals No. (leave blank if unassigned): 06-35678
U.S. District Court Judge Name and Case No.: <u>James K. Singlton  1:05-cv-00012 JKS</u>
Date Complaint/Indictment/Petition Filed: <u>09/12/2005</u>
Date Appealed Order/Judgment *entered*: <u>08/04/2006</u>
Date NOA *filed*: <u>08/07/2006</u>
COA Status (check one):
__granted in full (attach order)       __denied in full (send record)
__granted in part (send record)       __pending

Court Reporter(s) Name and Phone Number: <u>N/A</u>

Magistrate Judge's Order?  If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: __          Date Docket Fee billed: __
Date FP granted: __               Date FP denied: __
Is FP pending? <u>no</u>                Was FP Limited/Revoked?  N/A
US Government Appeal?   <u>no</u>
Companion Cases?  Please list: __

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:                Appellee Counsel:
Thomas Waldo                      Richard Pomeroy
Earthjustice                      U.S. Attorney's Office
325 Fourth Street                 222 W 7th Avenue #9
Juneau, Alaska 99801              Anchorage, Alaska 99513
907-586-2751                      907-271-5-71

<u>XX</u> retained    __CJA    __FPD    __Other    Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: __               Address: __
Custody: __                        __
Bail: __

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __          9th Circuit Docket Number: __

Name and phone number of person completing this form:  <u>Dan Maus  907-677-6123</u>