Again, application of the credit is limited to 50% of the taxpayer's total corporate income tax liability. See AS 23.30.030. Appendix D shows the state corporate tax calculation for the project. The amount of corporate income tax payable by the Kensington Project is calculated to be $8,387,402. An exploration tax credit can be taken against this in the amount of $4,193,701.

9. Some municipalities collect property and sales taxes from residents and corporations within their boundaries. The Kensington Project is located within the City and Borough of Juneau boundary and is subject to property and sales taxation. The current property tax rate for the area in which the Kensington Project is located is 7.51 mills[4]. The published[5] capital cost of the Kensington Project is $190,000,000. All improvements are taxable, but the tax rate is set in accordance with Marshall-Swift[6] evaluation procedures. The assessed value is expected to be much less than the capital cost of the project. After a lengthy discussion with the municipal assessor (he did not venture an estimate), I have assumed an an initial assessment of $35,000,000. It is reasonable to assume that one-third (1/3) of the initial assessment will be devalued during the initial 10-year life of the mine. The Project is under construction at present and is to be commissioned in 2007; all of the capital construction investment is assumed to be in 2007. Using these assumptions and the 7.51 mill rate, then the property taxes paid by the Project over a 10-year life would amount to approximately $2,409,458. See Appendix E for details of the calculation.

10. In addition, the sales tax rate for this municipality is 5.00%[7]. The volume and value of supplies that Coeur Alaska, Inc. will purchase within the city and Borough cannot be assessed at this time with any degree of accuracy. However, it is reasonable to expect that a certain amount of supplies will be purchased within the municipality on an annual basis. Sales taxes levied on these purchases will add to the value of taxes paid by the Project.

---

[4] Source: Jim Canary, Assessor, City and Borough of Juneau.
[5] Coeur d'Alene Mines Corporation 2005 10-K report.
[6] http://www.marshallswift.com
[7] Source: Joan Roomsburg, Sales Tax Administrator, City and Borough of Juneau.

11. The state collects a royalty on mineral production from state lands in the amount of 3% of the net value of production sales. The project is situated on private and federal land; hence, the royalty provision does not apply to the Kensington Project.

12. All of the facts set out in the paragraphs above are based on my current knowledge and publicly available information concerning the mining industry in Alaska and the Kensington Mine project.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 7, 2006, at Fairbanks, Alaska.

Richard A. Hughes, P.E.

APPENDIX A. TOTAL VALUE OF THE MINERAL INDUSTRY IN ALASKA BY YEAR (IN MILLIONS OF DOLLARS U.S.)

| YEAR | MINERALS INDUSTRY VALUE, $MILLIONS | | | |
|---|---|---|---|---|
| | Exploration (Expenditure) | Development (Expenditure) | Production (Value) | Total (Calculated) |
| 1981 | 76.3 | 24.7 | 188.6 | 289.6 |
| 1982 | 45.6 | 41.6 | 196.4 | 283.6 |
| 1983 | 34.1 | 27.9 | 212.4 | 274.4 |
| 1984 | 22.3 | 53.4 | 199.4 | 275.1 |
| 1985 | 9.2 | 34.1 | 226.6 | 269.9 |
| 1986 | 8.9 | 24.3 | 198.5 | 231.7 |
| 1987 | 15.7 | 100.3 | 202.4 | 318.4 |
| 1988 | 45.5 | 275.0 | 232.2 | 552.7 |
| 1989 | 47.8 | 134.3 | 277.0 | 459.1 |
| 1990 | 63.3 | 14.3 | 533.0 | 610.6 |
| 1991 | 39.9 | 25.6 | 546.5 | 612.0 |
| 1992 | 30.2 | 29.6 | 560.8 | 620.6 |
| 1993 | 30.3 | 27.7 | 448.7 | 506.7 |
| 1994 | 31.1 | 45.0 | 507.5 | 583.6 |
| 1995 | 34.3 | 148.6 | 537.2 | 720.1 |
| 1996 | 44.7 | 394.0 | 590.4 | 1,029.1 |
| 1997 | 57.8 | 168.4 | 936.2 | 1,162.4 |
| 1998 | 57.3 | 55.4 | 921.2 | 1,033.9 |
| 1999 | 52.3 | 33.8 | 1,032.9 | 1,119.0 |
| 2000 | 34.9 | 141.7 | 1,106.4 | 1,283.0 |
| 2001 | 23.8 | 81.2 | 917.3 | 1,022.3 |
| 2002 | 26.5 | 34.0 | 1,012.8 | 1,073.3 |
| 2003 | 27.6 | 39.2 | 1,000.7 | 1,067.5 |
| 2004 | 70.8 | 209.1 | 1,338.7 | 1,618.6 |
| 2005[a] | 100.2 | 347.1 | 1,349.1 | 1,796.4 |
| TOTAL | 1,030.4 | 2,510.3 | 15,272.9 | 18,813.6 |

Source: Alaska's Mineral Industry reports published annually by DGGS/Commerce
[a] Preliminary numbers

R. Hughes

4/5/06

EXHIBIT A
Page 9 of 13

APPENDIX B.  VALUE OF MINERAL PRODUCTION 2002 - 2004                R. Hughes

| Metals | QUANTITY | | | ESTIMATED VALUE[b] | | |
|---|---|---|---|---|---|---|
| | 2002 | 2003 | 2004 | 2002 | 2003 | 2004 |
| Gold (ounces) | 562,094 | 528,191 | 456,508 | 174,283,000 | 191,934,000 | 192,343,315 |
| Silver (ounces) | 17,858,183 | 18,589,100 | 16,947,270 | 82,326,000 | 95,300,000 | 113,056,930 |
| Copper (tons) | 1,600 | 0 | 0 | 2,272,000 | 0 | 0 |
| Lead (tons) | 146,462 | 162,479 | 150,796 | 61,514,000 | 64,279,000 | 120,636,822 |
| Zinc (tons) | 718,106 | 714,769 | 680,015 | 502,674,000 | 536,348,000 | 651,432,200 |
| Subtotal | | | | 823,069,000 | 887,861,000 | 1,077,469,267 |
| Industrial Minerals | | | | | | |
| Jade and soapstone (tons) | 2.0 | 0.0 | 0.0 | 25,000 | 0 | 0 |
| Sand and gravel (million tons) | 22.4 | 11.9 | 19.6 | 120,698,000 | 64,140,000 | 101,507,347 |
| Rock (M tons), incl's limestone | 3.2 | 0.9 | 7.3 | 31,442,000 | 10,406,000 | 106,207,814 |
| Subtotal | | | | 152,165,000 | 74,546,000 | 207,715,161 |
| Coal (tons) | 1,158,000 | 1,088,000 | 1,450,000 | 37,400,000 | 38,080,000 | 50,750,000 |
| Peat (cubic yards) | 35,000 | 35,000[c] | 208,032 | 175,000 | 175,000 | 2,732,554 |
| Subtotal | | | | 37,575,000 | 38,255,000 | 53,482,554 |
| TOTAL | | | | 1,012,809,000 | 1,000,662,000 | 1,338,666,982 |

[a]Production data from DGGS questionnaire, phone interviews with mine and quarry operators, ADOT&PF, municipalities, Regional Corporations, and state and federal land management agencies.
[b]Values for selected metal production was based on average prices for each year; for 2004 -- $409.72/ounce (unless other values were provided by the operator, silver $6.67/ounce); lead $0.40/lb, zinc $0.47/lb (Red Dog - $0.48/lb); rounded to nearest $1000.
Lode production for 2004 was 428,434 oz, balance is placer.
[c]Projected only; no reports from producers, 2004 numbers from producers.

4/5/06

EXHIBIT A
Page 10 of 13

APPENDIX C.  REVENUES PAID TO THE STATE OF ALASKA AND MUNICIPALITIES BY ALASKA'S MINERAL INDUSTRY, 1999 - 2004[a]

| ITEM | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 |
|---|---|---|---|---|---|---|
| **State mineral rents and royalties[b]** | | | | | | |
| State claim rentals | 1,982,453 | 1,975,376 | 1,736,522 | 1,908,228 | 2,129,440 | 2,657,939 |
| Production royalties | 14,214 | 6,175 | 1,933 | 23,447 | 270,734 | 162,637 |
| Annual labor | 90,720 | 79,907 | 103,274 | 124,741 | 224,519 | 226,191 |
| **Subtotal** | **2,087,387** | **2,061,458** | **1,841,729** | **2,056,416** | **2,624,693** | **3,046,767** |
| **State Coal rents and royalties** | | | | | | |
| Rents | 205,983 | 233,249 | 198,545 | 256,927 | 237,912 | 236,532 |
| Royalties | 2,615,858 | 1,482,803 | 1,168,043 | 860,633 | 1,064,208 | 1,239,257 |
| Bonus | 0 | 372,000 | 0 | 0 | 0 | 0 |
| Offshore Prospecting Permits | 0 | 0 | 0 | 0 | 0 | 0 |
| **Subtotal** | **2,821,841** | **2,088,052** | **1,366,588** | **1,117,560** | **1,302,120** | **1,475,789** |
| **State Material Sales** | | | | | | |
| Mental Health | 32,407 | 33,928 | 118,545 | 151,993 | 134,512 | 76,267 |
| Division of Land | 586,550 | 449,343 | 1,515,769 | 1,595,708 | 542,311 | 467,360 |
| SPCO | 28,941 | 41,395 | 12,894 | 24,725 | 208,309 | 112,047 |
| **Subtotal** | **647,898** | **524,666** | **1,647,208** | **1,772,426** | **885,132** | **655,674** |
| **State mining miscellaneous fees** | | | | | | |
| Filing fees | 4,288 | 5,400 | 3,000 | 3,000 | 4,700 | 1,300 |
| Penalty fees | 8,000 | 0 | 0 | 450 | 0 | 26,110 |
| Explore incentive app filing fee | 3,000 | 0 | 0 | 0 | 0 | 0 |
| Bond pool payment | 70,692 | 50,100 | 53,866 | 45,208 | 44,878 | 35,426 |
| Surface coal mining app fee | 2,500 | 1,830 | 3,700 | 2,530 | 1,005 | 3,116 |
| APMA mining fees | 19,288 | 18,550 | 13,175 | 11,975 | 15,113 | 27,150 |
| **Subtotal** | **107,768** | **75,880** | **73,741** | **63,163** | **65,696** | **93,102** |
| **Mining License Tax [c,d]** | 3,445,904 | 1,857,134 | 486,430 | 396,254 | 3,244,683 | 10,317,238 |
| **State Corporate Income Tax[e]** | 398,438 | 75,900 | 285,815 | 18,665 | 32,704 | 323,706 |
| **State Total** | 9,509,236 | 6,683,090 | 5,701,511 | 5,424,484 | 8,155,028 | 15,912,276 |
| **Payments to Municipalities** | 8,818,819 | 9,196,500 | 9,763,220 | 9,703,208 | 10,510,048 | 10,999,663 |
| **TOTAL** | 18,328,055 | 15,879,590 | 15,464,731 | 15,127,692 | 18,665,076 | 26,911,939 |

Notes:
[a] Does not include state corporate income taxes, that are not released for this study.
[b] Includes upland lease and offshore lease rentals.
[c] Includes metals, coal and material.
[d] Mining license tax has been adjusted to final numbers 1999 to 2003; payments are made in the year following report end date, but not adjusted to final until the next succeeding year. Final numbers for 2004 will not be available until 2006.
[e] Fiscal year numbers - example: the taxes received for 1999 were received during the period July 1, 1998 to June 30, 1999; the remaining numbers are shown in the same manner

R. Hughes                                                                                         4/5/06

EXHIBIT A
Page 11 of 13

R. Hughes

APPENDIX D. PRODUCTION, COST AND TAX CALCULATION SHEET

| ITEM | NOTE | FACTOR/RATE | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | TOTAL | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Production, tons | 1 | | | | 210,300 | 420,600 | 420,600 | 420,600 | 420,600 | 420,600 | 420,600 | 420,600 | 420,600 | 420,600 | 210,301 | 4,206,001 | Coeur d'Alene 2005 10K report |
| Grade, oz/ton | | 0.25 | | | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | | Same |
| Ounces mined | | | | | 52,575 | 105,150 | 105,150 | 105,150 | 105,150 | 105,150 | 105,150 | 105,150 | 105,150 | 105,150 | 52,575 | 1,051,500 | Calculated |
| % Recovery | 2 | 95.10% | | | 95.10% | 95.10% | 95.10% | 95.10% | 95.10% | 95.10% | 95.10% | 95.10% | 95.10% | 95.10% | 95.10% | | Calculated recovery |
| Ounces Sold | 3 | | | | 50,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 50,000 | 1,000,000 | From 10K report |
| Gold Price, $/oz | | 552.225 | | | 552 | 552 | 552 | 552 | 552 | 552 | 552 | 552 | 552 | 552 | 552 | | Ave London fix for 2006 to 4/4/06 |
| Gross Revenue | 4 | | | | 27,561,254 | 55,122,509 | 55,122,509 | 55,122,509 | 55,122,509 | 55,122,509 | 55,122,509 | 55,122,509 | 55,122,509 | 55,122,509 | 27,561,320 | 551,225,153 | |
| Cash Costs, $/oz | 5 | 204.70 | | | (10,235,692) | (20,470,003) | (20,470,003) | (20,470,003) | (20,470,003) | (20,470,003) | (20,470,003) | (20,470,003) | (20,470,003) | (20,470,003) | (10,235,026) | (204,700,057) | From 10K report, Prop. Taxes are assumed to be included here |
| Depreciation & Amortization (DA) | 6 | | | | (8,074,999) | (16,149,998) | (16,149,998) | (16,149,998) | (16,149,998) | (16,149,998) | (16,149,998) | (16,149,998) | (16,149,998) | (16,149,998) | (8,075,018) | (161,500,000) | Straight line to 15% of orig. value |
| Net Income after DA | | | | | 9,251,254 | 18,502,507 | 18,502,507 | 18,502,507 | 18,502,507 | 18,502,507 | 18,502,507 | 18,502,507 | 18,502,507 | 18,502,507 | 9,251,276 | 185,025,096 | |
| Depletion Allowance (MLT) | | 15% | | | (4,134,188) | (8,268,376) | (8,268,376) | (8,268,376) | (8,268,376) | (8,268,376) | (8,268,376) | (8,268,376) | (8,268,376) | (8,268,376) | (4,134,198) | | For Mining License Tax |
| Net Income for MLT | | | | | 4,681,011 | 9,358,401 | 9,358,401 | 9,358,401 | 9,358,401 | 9,358,401 | 9,414,770 | 9,414,770 | 9,414,770 | 9,414,770 | 4,709,087 | | |
| Mining License Tax (MLT) | 7 | | | | (4,134,188) | (8,268,376) | (8,268,376) | (8,268,376) | (8,268,376) | (8,268,376) | (8,268,376) | (8,268,376) | (8,268,376) | (8,268,376) | (4,134,198) | (4,262,839) | |
| Depletion for Income Tax | | 15% | | | | | | | | | (656,034) | (656,034) | (656,034) | (656,034) | (326,636) | | Applied to Corp. Income Taxes |
| Net Income for State Corp Income Tax | | | | | 4,681,011 | 9,358,401 | 9,358,401 | 9,358,401 | 8,758,736 | 8,758,736 | 8,758,736 | 8,758,736 | 8,758,736 | 8,758,736 | 4,382,451 | (8,387,402) | |
| State Corp. Income Tax | 8 | | | | (436,055) | (875,730) | (875,730) | (875,730) | (819,361) | (819,361) | (819,361) | (819,361) | (819,361) | (819,361) | (407,990) | | 1/2 of MLT and 1/2 of State Corp. Income Tax |
| Mining License and State Corp Exploration Tax Credit | 9 | | | | | | | | | | | | | | | 6,325,121 | |
| Federal Income Tax | | | | | 218,027 | 437,865 | 437,865 | 437,865 | 737,698 | 737,698 | 737,698 | 737,698 | 737,698 | 737,698 | 367,313 | (32,645,509) | Uses 2005 schedule |
| | | | | | (1,665,673) | (3,330,731) | (3,330,731) | (3,330,731) | (3,228,787) | (3,228,787) | (3,228,787) | (3,228,787) | (3,228,787) | (3,228,787) | (1,614,920) | | |
| CAPITAL EXPENDITURES | | | | | | | | | | | | | | | | | |
| Project construction and mine development | 10 | | (44,200,000) | (76,700,000) | (69,100,000) | | | | | | | | | | | (161,754,467) | No recovery considered (note 6) |
| Net Cash Flow | | | (44,200,000) | (76,700,000) | (53,657,448) | 30,883,910 | 30,883,910 | 30,883,910 | 30,686,021 | 30,686,021 | 30,686,021 | 30,686,021 | 30,686,021 | 30,686,021 | 15,344,061 | 161,754,467 | |
| Cumulative Cash Flow | | | (44,200,000) | (120,900,000) | (174,557,448) | (143,673,538) | (112,789,627) | (81,905,717) | (51,219,697) | (20,533,676) | 10,152,344 | 40,838,365 | 71,524,385 | 102,210,406 | 117,554,467 | | |

DEPRECIATION SCHEDULE (straight line to 15% of initial value)

| | | |
|---|---|---|
| Construction and development | | 44,200,000 |
| Depreciation & amortization (85% over 10 yrs) | | |
| Net value | | |

Federal Corporate Tax Schedule - 2005

| Taxable income | Pay | Plus Excess over |
|---|---|---|
| 0 | 0 | 0 |
| 50,000 | 7,500 | 15% |
| 75,000 | 13,750 | 25% |
| 100,000 | 22,250 | 34% |
| 335,000 | 113,900 | 39% |
| 10,000,000 | 3,400,000 | 34% |
| 15,000,000 | 5,150,000 | 35% |
| 18,333,333 | 0 | 38% |
| 100,000,000 | | 35% |

State Corporate Income Tax schedule

| Taxable income | Pay | Plus Excess over |
|---|---|---|
| 0 | 0 | 0 |
| 10,000 | 100 | 1% |
| 20,000 | 300 | 2% |
| 30,000 | 600 | 3% |
| 40,000 | 1,000 | 4% |
| 50,000 | 1,500 | 5% |
| 60,000 | 2,100 | 6% |
| 70,000 | 2,800 | 7% |
| 80,000 | 3,600 | 8% |
| 90,000 | 4,500 | 9% |
| 100,000,000 | | 9.4% |

Mining License Tax Schedule

| Taxable income | Pay | Plus Excess over |
|---|---|---|
| 0 | 0 | 0% |
| 40,000 | 1,200 | 3% |
| 50,000 | 1,500 | 5% |
| 100,000 | 4,000 | 7% |
| 100,000,000 | | |

| Item | Cash Cost | $/Ounce | Comments W/o state & federal taxes |
|---|---|---|---|
| MLT | | 204.70 | 4.26 |
| SIT | | | 8.39 |
| FIT | | | 32.65 |
| Total: | | | 250.00 |

NOTES:
General. - Calculations are made on a constant 2006 dollar basis
1 - Production is estimated to start at mid-year 2007; the production rate is based on Company information (10K, web site); minable reserves are based on gold price of $410/oz
2 - Recovery was calculated to produce 100,000 oz per year based on the mining rate
3 - The average gold price to April 4, 2006 for 2006 was used and multiplied by 99.5% for smelter recovery
4 - Gross revenue was reduced by $1.00 per ounce for smelter fees
5 - "Cash costs" are assumed to include all taxes; the stated (2005 10K) cash costs were $250/ounce; therefore this item has been reduced by the calculated MLT and state and federal income taxes; it is assumed to include municipal taxes
6 - No list of equipment or facilities is available to do an accurate depreciation schedule; therefore, D & A is calculated on a cost/ounce basis to 85% of the total construction costs over the life of the property
7 - A 3.5 year grace period is provided for Mining License Tax; the project is assumed to start in mid-2007, therefore, the tax would start at the beginning of 2011
8 - State corporate income tax is calculated as if the corporation was a one-mine operation; state tax law is "waters edge" and calculated on an apportionment basis; this consideration was not taken into effect, however, this is not considered to significantly influence the calculation
9 - The exploration tax credit is taken
10 - The 10K states that the total capital cost is now calculated at $190,000,000; the costs for 2005 and 2006 are taken from the 10K report (actual and forecast, respectively); the balance is shown as being spent in 2007

4/5/06

EXHIBIT A
Page 12 of 13

R. Hughes

APPENDIX E. PROPERTY TAX PAYMENTS FOR KENSINGTON PROJECT

| ITEM | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | TOTAL | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Taxable Property Valuation | 35,000,000 | 35,000,000 | 33,833,333 | 32,666,667 | 31,500,000 | 30,333,333 | 29,166,667 | 28,000,000 | 26,833,333 | 25,666,667 | 24,500,000 | | |
| Devaluation Allowed | 0 | (1,166,667) | (1,166,667) | (1,166,667) | (1,166,667) | (1,166,667) | (1,166,667) | (1,166,667) | (1,166,667) | (1,166,667) | (1,166,667) | (11,666,667) | Assumed straight line devaluation. |
| Net Value | 35,000,000 | 33,833,333 | 32,666,667 | 31,500,000 | 30,333,333 | 29,166,667 | 28,000,000 | 26,833,333 | 25,666,667 | 24,500,000 | 23,333,333 | | |
| Property Tax @ 7.51 mills | 262,850 | 254,088 | 245,327 | 236,565 | 227,803 | 219,042 | 210,280 | 201,518 | 192,757 | 183,995 | 175,233 | 2,409,458 | |

Note: This representation is conservative as it assumes a fairly high rate of depreciation, amortization and workings abondonment.
No appreciation in value or change in mill rate is considered; the mill rate for 2006 has not been set at this time (4/7/06).
Although the capital cost estimate for the project is $190 Million, the assessed value will be less - this is a reasonable estimate.
The assessed value of Greens Creek is $69 million - this mine is smaller.

4/5/06

EXHIBIT A
Page 13 of 13