IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, et al., | ) ) ) |
| Plaintiffs-Appellants, | ) ) |
| vs. | ) No. 06-35679 ) |
| UNITED STATES ARMY CORPS OF ENGINEERS, et al., | ) ) ) |
| Defendants-Appellees, | ) **DECLARATION OF** ) **LUKE RUSSELL** ) |
| and | ) ) |
| COEUR ALASKA, INC., et al., | ) ) |
| Defendant-Intervenor -Appellees. | ) ) ) |

I, Luke Russell, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a Vice-President of Environmental Services for Coeur d'Alene Mines Corporation. My responsibilities with the Kensington project include permitting, compliance, and regulatory and community affairs.

2. I have reviewed the papers submitted by the Plaintiffs in support of their motion for injunction pending appeal in this lawsuit. I have personal knowledge of the factual statements made in this declaration, and they are true and accurate to the best of my knowledge.

[41643-0005/SL062290.010.doc]

### Pre-Construction Ecological Status of Lower Slate Lake

3.     Lower Slate Lake is relatively limited in terms of its ecological value. It sits in an area with a long mining history and is not unique or remarkable compared to other lakes and ponds in the area. In its pre-construction state, Lower Slate Lake had a surface area of approximately 23 acres. Revised Department of the Army Record of Decision and Permit Evaluation for the Kensington Gold Project (ROD) at 10 (Ex. D). (Exhibit references are to Coeur Alaska, Inc.'s Opposition to Emergency Motion for Injunction Pending Appeal references.) Surrounded by steep slopes, the lake bottoms quickly drop off to a depth of about 50 feet. Kensington Gold Project, Final Supplemental Environmental Impact Statement (FSEIS) at 2-30 (Ex. B). Benthic (bottom-dwelling) organisms live within or upon the lake sediments and provide a food source for fish. They are common to virtually all bodies of water and are in no way unique to Lower Slate Lake.

4.     The center of the lake, however, is too deep to receive enough sunlight to be ecologically productive, leaving a dead zone in half the lake where the bottom-dwelling benthic invertebrate organisms cannot grow. Kline Environmental Research, LLC Memorandum (December 23, 2003) ("KER 12/23/03 Memo") at 3 [Table 1] (Ex. H).

5.	Extensive fish studies prepared for the Kensington Project located only one species of game fish, Dolly Varden char, in the lake. FSEIS at C-15 (Ex. B). The population is meager due to the poor nutrient conditions in the lake. FSEIS at 3-28 (Ex. B). Estimates of the total population of Dolly Varden char range from 439 to 996. *Id.* Of the fish captured in this system, 90 percent measured less than 5.5 inches in total length. These fish represent the lower 50 percent of the Dolly Varden char in the Slate Creek system and are thus unlikely to include sexually mature fish. FEIS at 4-38 (Ex. B). A permanent natural fish barrier about a mile below the lake prevents salmon and other anadromous fish from entering Lower Slate Lake. FSEIS at C-12 (Ex. B).

Tailings Placement

6.	The method approved in the Corps permit for disposing of the mine tailings is designed to mitigate the scenic and ecological impact of the mine. However, the placement of tailings will have an impact on Lower Slate Lake. Placing tailings in the lake will gradually raise the bottom elevation. As the bottom rises over the years, benthic organisms that inhabit the bed in the shallower waters of the lake will be smothered and lost. This will reduce the food source for the fish. By the end of the project, most or all benthic organisms and fish in current Lower Slate Lake may be lost.

7.  It is important to remember, however, that this projected loss will occur as a result of the entire 10-year project. Loss of benthic organisms and fish in the lake is not likely to occur for at least the next three years. The deposit of mine tailings will not begin until, at the earliest, September 2007. When it does begin, initial placement will not affect benthic organisms. The tailings are expected to be initially deposited in the unproductive zone at the bottom of the lake where the benthic organisms do not reside. The tailings are not anticipated to be placed on top of the current productive zone until 2009 at the earliest.

8.  Loss of benthic organisms and fish in Lower Slate Lake will not be due to any "toxicity" of the tailings. Numerous scientific studies have shown that the Kensington mine tailings have low metals concentration, low metals bioavailability, and low reactivity. Kline Environmental Research, LLC Technical Memorandum (August 17, 2004) (KER 8/17/04 Memo") at 1 (Ex. L). The natural lake sediment currently contains greater concentrations of a majority of chemical elements as compared to the tailings. *Id.* at 2. Furthermore, the tailings did not exceed any freshwater sediment quality guidelines for common contaminants of concern. *Id.* And the Corps determined that the tailings would not be a generator of acid or heavy metals. ROD at 27 (Ex. D). High pH in the tailings placed into the impoundment will dissipate rapidly and is not expected to affect the fish. *Id.* at 19.

9.  The placement of the tailings will have no effect outside the lake. The project design ensures that no tailings will leave the lake and, in addition, the water coming out of the lake will be treated with state-of-the-art technology pursuant to an NPDES permit issued to Coeur Alaska by the USEPA. FSEIS at 2-28 (Ex. B).

Reclamation

10. Following reclamation, Lower Slate Lake will be ecologically enhanced compared to the lake as it existed prior to the project. Reclamation will result in a larger, more productive, and more robust aquatic environment. Raising the lake's floor will increase the overall acreage of the lake from 23 to 62 acres, provide better sunlight penetration, create more habitat area, and produce a more diverse ecosystem. KER 12/23/03 Memo at 1-3 (Ex. H). The area of the lake bottom suitable for benthic organisms will grow from about 11 acres in the original lake to nearly five times that size at the end of the project. *Id.* at 3 [Table 1]. A consultant to EPA and the Corps concluded that the lake, after completion of restoration, will provide better long-term conditions for the only game fish inhabitants, Dolly Varden char. FSEIS at C-70 (Ex. B).

11. The tailings occupying the bottom of Lower Slate Lake at the conclusion of the project will support the regrowth of benthic organisms. KER 12/23/03 Memo at 2 (Ex. H). Scientific studies have shown that tailings are as habitable by benthic organisms as is natural aquatic sediment. In one experiment

in Auke Bay, Alaska, over 100 different species colonized Kensington tailings in a matter of months. *Id.*

### Tailings Placement During the Appeal Will Not Impede Reclamation

12.    Even if Plaintiffs' appeal in this lawsuit takes longer than one or two years, allowing tailings to be placed in the lake during the appeal would not impede a full reclamation of the lake. The Forest Service noted that within one year of project completion, benthic organisms needed to support restored fish populations will recolonize the lake from submerged natural sediment at the lake's perimeter and newly submerged sediment as the lake expands. FSEIS at 4-47 (Ex. B). The lake bottom will be productive and ready to reestablish plants, fish, and wildlife. KER 8/17/04 Memo at 1 (Ex. L). Coeur Alaska will then restock the lake with wild fish.

13.    If the reclamation and closure plan were implemented after only one or two years of tailings deposit, full reclamation would happen even faster as most if not all of the original benthic organisms and fish habitat would be unaffected. Any Dolly Varden char lost during this period can be effectively replaced.

### Environmental Integrity of the Kensington Project

14.    I have over 20 years of progressive national and international environmental, mining, and project management experience. I am proud of the Kensington project and the ecologically-improved lake that will be its legacy. In

- 6 -

Exhibit A, Page 6

my professional opinion, this is a well-designed, progressive, innovative project that will respect the integrity of the environment while serving the economic needs of Southeast Alaska. Indeed, the Kensington Project recently received the 2006 Hardrock Mineral Community Outreach and Economic Security Award from the Bureau of Land Management ("BLM"). This award recognizes outstanding concern for quality of life and the long-term health of the local community, including incorporation of community concerns into development and closure plans.

        I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 17, 2006.

_____
Luke Russell