

**USDA**

United States
Department of
Agriculture

**Forest Service**

Tongass
National
Forest
R10-MB-500a





# Kensington Gold Project

**Final**
**Supplemental Environmental Impact Statement**

*Volume 1: Sections 1–10*



**Lead Agency**

USDA Forest Service, Tongass National Forest

**Cooperating Agencies**

US Environmental Protection Agency, Region 10
US Army Corps of Engineers, Alaska District
Alaska Department of Natural Resources





**Prepared by**
Tetra Tech, Inc.
143 Union Boulevard
Suite 1010
Lakewood, CO 80228

**December 2004**

**003323**

Exhibit B, Page 1

Under Alternative D, Mid-Lake East Fork Slate Creek would be diverted around the TSF by a pipeline. Up to 1,300 gpm of water would be pumped from a clear portion of the TSF. Approximately 100 gpm of this flow would be recycled to the mill, while up to 1,200 gpm would flow into a reverse osmosis treatment system for additional solids and metals removal. The reverse osmosis system would involve high-pressure flow through a permeable membrane, where high-quality water would be separated from remaining impurities. A schematic of the reverse osmosis system is included as Figure 2-18. The impurities would be concentrated in a "brine" solution, which would be returned to the TSF. The ratio of high-quality water to brine is typically about 80 percent to 20 percent; for example, at the treatment plant's design capacity of 1,200 gpm, about 960 gpm of high-quality water would be produced along with 240 gpm of brine. Overall, the volume of brine produced would vary between 100 and 240 gpm. The high-quality water would be discharged to the diversion pipeline, which would flow via a spillway to East Fork Slate Creek below the TSF.

### Backfilling

Backfilling tailings to mined-out areas underground would provide structural support of the underground workings and allow removal of more of the gold ore. It would also reduce the volume of tailings placed into an aboveground disposal unit (DTF or TSF). Backfilling is proposed under all the alternatives.

Under Alternative A, the operator would transport at least 25 percent of the tailings to a paste backfill plant at the 2,050-foot level of the mine. In the plant, tailings would be mixed with water and cement to form a paste, which would then be directed to open stopes (excavations) within the mine. The paste would be thick and heavy, making pumping expensive in terms of the cost of equipment. Therefore, the use of paste backfill would be limited to the areas that could be accessed by gravity flow from the backfill plant. The backfilled areas would allow the removal of additional ore that would otherwise need to be left in place to provide structural support.

Backfilling under Alternatives A1, B, C, and D would not involve creating a paste but instead would consist of pumping the coarse fraction of the tailings through an HDPE pipe from the cyclones to working areas that need backfill. On the surface, the backfill pipeline would run from the mill to the mine within a containment ditch. Because the ditch would be sized to contain the volume of tailings within the pipeline, it would provide secondary containment in the event of a pipeline failure. A decant line to pump water from the backfill area back to the processing circuit would parallel the backfill pipeline. Depending on the size and use of the area (stope) to be backfilled, cement might be mixed with the upper few inches of backfilled tailings to provide a stable working surface. At least 40 percent of the tailings would be backfilled under Alternatives A1, B, C, and D.

### 2.3.6    TSF Dam Construction

The TSF would be formed in part by the natural lake basin at Lower Slate Lake and a dam constructed at the outlet of the lake. The dam would be a concrete-faced rockfill dam constructed in two phases. During operations, the dam of the TSF would be 90 feet tall and approximately 500 feet long. The TSF would be sized to accommodate 4.5 million tons of tailings. Figure 2-19 shows the TSF dam. The phased approach to constructing the dam would allow tailings disposal to begin once the first stage of the dam was completed. The second stage would be built while mining operations and tailings disposal were active, likely 4 to 5 years into the process.

003367



**FIGURE 2-19. DETAIL OF TSF DAM**

The first stage of the dam would be constructed from 55,000 cubic yards of quarry or mine-run fill placed in 3- to 6-foot lifts to an elevation of 705 feet. This stage of the dam would be 55 feet above the existing outlet of Lower Slate Lake, which is at an elevation of approximately 650 feet. Operations would begin with this initial phase. The second stage of the rockfill zone of the dam would consist of approximately 90,000 cubic yards of rock from one of the borrow areas or possibly waste rock. This stage would be constructed to an elevation of 743 feet. The final 5 feet of elevation would come from a reinforced concrete parapet wall. The dam's upstream face would be built with a slope of 1.5 horizontal to 1 vertical (1.5H:1V). This face would be covered with an 18-inch-thick layer of reinforced concrete. The downstream face would be constructed with a slope of 1.3H:1V, using coarser material than the upstream face placed in 6-foot lifts. During construction of the embankment, downstream flows in East Fork Slate Creek would be maintained using a temporary diversion such as one or more pipes. The Alaska Department of Natural Resources (ADNR) would review and approve the details of the dam design.

### 2.3.7  *Mine Water Management*

Under all alternatives, mine water would be collected and settled underground. The water would then drain via pipeline to the water treatment facility, where it would undergo precipitation and filtration as required to meet permit limits. Under Alternatives A and A1, the treated water would flow from the Kensington portal to a series of settling ponds. There it would be combined with runoff from the Kensington mill site, temporary waste rock pile, north sand and gravel borrow area, till borrow access road, and personnel camp. This combined water would be discharged from the ponds to Sherman Creek. Under Alternatives B, C, and D, mine water would drain to the treatment ponds in the same location as under Alternatives A and A1 and would be combined with runoff from the waste rock disposal area. The discharge from the settling ponds would also be to Sherman Creek.

In the 1997 SEIS, Alternative D (now Alternative A) provided for sulfide precipitation treatment in the settling ponds to ensure compliance with permit limits for metals. This system was used for several years after permit issuance but was discontinued after long-term monitoring showed that the

003369

Upper Slate Lake has not been as thoroughly investigated as Lower Slate Lake. Data collected and observations made during field surveys suggest its habitat and fishery are similar to those of Lower Slate Lake (Kline, 2003a).

### Johnson Creek Drainage

Johnson Creek (Figure 3-4) is approximately 5.1 miles long and consists of riffle, run, and pool habitat in the lower reaches with cascade habitat upstream. Flow measured between June and September 2001 near the historic Jualin Mine on Johnson Creek ranged from 7.61 to 96.95 cfs (HDR Alaska. Inc., 2001). A permanent barrier to upstream fish migration occurs approximately 1 mile upstream from the confluence of Johnson Creek and Berners Bay. For discussion purposes, this first segment is called Lower Johnson Creek, and the remainder of the drainage above this barrier is called Upper Johnson Creek. Powerhouse Tributary enters from the north of Lower Johnson Creek approximately 4,000 feet from the stream mouth at Berners Bay. As Figure 3-4 indicates, Snowslide Gulch Creek and a number of unnamed tributaries, none of which support fish populations, enter Upper Johnson Creek (Romey Environmental and Martin Environmental, 1998).

### 3.9.2    Freshwater Biota

### Resident Fish: Sherman Creek Drainage

The 1992 FEIS and 1997 SEIS discussed resident and migratory fish species, macroinvertebrates, habitat, and metals concentrations in macroinvertebrates, sediment, and fish primarily in the Sweeny and Sherman drainages. Rearing fish populations in Sherman and Sweeny creeks were inventoried in July 1991. Over a distance of 13,800 feet, a total of 420 Dolly Varden char were estimated to be present, 392 above the fish barrier and 28 below the fish barrier. The density was estimated to be 0.19 fish per 100 square feet throughout Sherman Creek, including 0.20 per 100 square feet above the barrier and 0.10 per 100 square feet below the barrier. Rainbow and cutthroat trout were found only below the barrier at a density of 0.10 fish per 100 square feet. Dolly Varden char found in Sherman Creek, particularly those above the barrier, were relatively small; all were less than 8 inches in length.

No fish of any species were found during electrofishing surveys conducted in the four small stream channel systems in the terrace area drainage basin that drain to the subsurface (Konopacky, 1996b). In addition, no fish were found in the two unnamed stream channels that drain into Sherman Creek. The lack of fish in these channels may be due to the intermittent flows that occur during the summer and frozen winter months, the lack of food supply or a viable connection with Lynn Canal, or the presence of numerous fish passage barriers.

### Resident Fish: Slate and Johnson Creek Drainages

Since the 1997 SEIS aquatic resource data have been gathered on the Slate and Johnson creek drainages. Most of the existing data focus on Lower Slate Lake. The following species have been captured in Slate Creek: Dolly Varden char, cutthroat trout, three-spine stickleback, pink salmon. chum salmon, juvenile coho salmon, and sculpin. Table 3-15 identifies the documented locations of resident populations (typically found above the permanent fish barriers that prevent upstream migration) and anadromous species within the project area. Although fish in the upper portions of the Slate Creek watershed (east and west forks) are considered residents, it should be noted that

003454

**Table 3-15**
**Freshwater and Anadramous Fish Species and Their Locations**

| Common Name | Scientific Name | Drainage Area[a] | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Sherman Creek | | Slate Creek | | Slate Lakes | | Johnson Creek | |
| | | A | B | A | B | U | L | A | B |
| Dolly Varden char | *Salvelinus malma* | X | X | X | X | X | X | X | X |
| Pink salmon | *Oncorhynchus gorbuscha* | | X | | X | | | | X |
| Chum salmon | *Oncorhynchus keta* | | X | | X | | | | X |
| Cutthroat trout | *Oncorhynchus clarki* | | X | | X | | | | X |
| Coho salmon | *Oncorhynchus kisutch* | | X | | X | | | | X |
| Prickly sculpin | *Cottus asper* | | X | | X | | | | X |
| Three-spine stickleback | *Gasterosteus aculeatus* | | | X | X | X | X | X | X |

[a] All three drainages have fish barriers in their lower reaches. The A and B columns represent presence above (A) or below (B) the fish passage barrier. Two lakes are present in the Slate Creek drainage and are identified as Upper (U) and Lower (L).
Sources: Biostat, 1998; Buell, 1989; Kline, 2001, 2003a, 2003b; and Konopacky, 1992, 1995.

there is the potential for one-way migration. Fish below a permanent barrier would not be able to migrate upstream; however, fish within any portion of the system could move downstream through the barriers.

Dolly Varden char, cutthroat trout, prickly scuplin, chum salmon, pink salmon, and juvenile coho salmon have been captured in Lower Johnson Creek. Dolly Varden char have also been captured on Upper Johnson Creek above the barrier falls. No surveys for three-spine sticklebacks have been performed in Johnson Creek, but based on observations in Slate Creek, they are assumed to be present. The Dolly Varden char in Lower Johnson Creek are larger (up to 16 inches) than those in the upper stream (up to 13 inches) or those in Slate Creek, and they probably represent an anadromous population (Konopacky, 1996d). Sport fish are present throughout the project area, but there has been no documented use for sportfishing (see Section 3.13, Land Use and Recreation).

Dolly Varden char and three-spine stickleback have been captured in the stream above the fish passage barrier near the confluence of the east and west forks of Slate Creek. Several estimates of the population of Dolly Varden char in Lower Slate Lake have been made. Buell (1989) set gill nets and captured two fish. The conclusion was that the population was small, likely due to very oligotrophic (nutrient-poor) conditions in the lake. Another estimate of 439 fish (range of 162 to 716) was reported based on an acoustic survey conducted in 1994 (Konopacky 1995). This estimate, however, has been questioned due to the lack of success in catching fish in the deeper portion of the lake and the limited existence of a benthic macroinvertebrate food supply (Kline, 2001). Kline (2001) was unable to successfully capture Dolly Varden char in Lower Slate Lake using hoop nets, although 12 fish were captured using rod and reel techniques. Based on capture-tag-recapture survey, Kline (2003c) estimated the Dolly Varden char population at 996. By comparison, 1,378 Dolly Varden char were found in Upper Slate Lake in 2003. The density is more than 50 percent higher than that in Lower Slate Lake (Kline, 2003d). There is a limited population (estimated at 85 fish in 1994, 23 in 2001) of Dolly Varden char in East Fork Slate Creek below Lower Slate Lake (Kline, 2001; Konopacky, 1995). The population is thought to be

003455

Exhibit B, Page 5

small due to limited habitat. Dolly Varden char captured in the streams were four to nine times smaller on average, by weight, than those captured in the lakes (Kline, 2001).

As Kline (2003b) indicates, fish surveys conducted during June 2000, August and September 2001, and October 2003 have documented the occurrence of Dolly Varden char throughout the Slate Lake and Slate Creek system. Two-way fish passage occurs between Lower Slate Lake and approximately 1,500 feet of East Fork Slate Creek below the lake. A series of cascades precludes upstream movement from areas farther downstream. The capture locations of Dolly Varden char have demonstrated that fish move downstream from Mid-Lake East Fork Slate Creek (and likely Upper Slate Lake) through a series of cascades that likely are not ascended by most Dolly Varden char. The proportion of the approximately 1,000 Dolly Varden char in Lower Slate Lake that originated in Upper Slate Lake is not known. Given this information, it is likely that fish found in Mid-Lake East Fork Slate Creek, Lower Slate Lake, East Fork Slate Creek, and waters farther downstream have a genetic link to the Dolly Varden char in Upper Slate Lake.

Dolly Varden char are known to spawn in streams during the fall. There is no literature that documents their lake spawning. ADF&G is aware of lake spawning of Dolly Varden char in Alaska, but it is considered to be rare and has not been formally documented in the Slate lakes aside from being noted (Kline, 2003b). Kline (2003b) indicated, however, that Dolly Varden char redds have been documented in the littoral zone of Lower Slate Lake. Their spawning appears to be quite variable in timing between years and might occur as early as July. The consistently shallow locations of redds suggest that wave action, rather than stream currents, provides water movement in the redds. There is no evidence of Dolly Varden char spawning in the split channels of Mid-Lake East Fork Slate Creek or East Fork Slate Creek. Nevertheless, the lack of evidence of spawning is not sufficient to rule out the possibility that some stream spawning occurs (Kline, 2003b).

In addition to Dolly Varden char, three-spine stickleback (*Gasterosteous aculeatus*) have been captured in Lower Slate Lake (Kline, 2001). They have also been observed in Upper Slate Creek and throughout East Fork Slate Creek. Because no specific surveys have been conducted for three-spine stickleback, the numbers of fish have not been determined. Based on observation, their populations are greater than the Dolly Varden char populations in Lower Slate Lake, and they provide a food source for Dolly Varden in the lake (Kline, 2004).

### *Anadromous Fish*

All three drainages have spawning runs of pink, coho, and chum salmon. Konopacky (1996b) indicated that surveys had been done for pink, coho, and chum salmon on Sherman Creek below the fish barrier with varying levels of intensity from 1990 to 1995. Based on count data from this 5-year study, Sherman Creek appears to have an "even year" pink salmon run with fish counts as high as 11,700 during even years. Chum salmon appear to be of limited proportions; counts ranged from 4 to 109 individuals during the study period. Coho were observed in only very limited numbers in 1990 during the aforementioned study. The Anadromous Waters Catalog of anadromous fish indicates that with few exceptions (e.g., Camp Creek), all the creeks in the project area support at least some anadromous fish (ADF&G, 2004a).

Slate Creek has approximately 0.7 mile of spawning habitat that extends from the intertidal zone upstream to the fish barrier near the confluence of the east and west forks of Slate Creek. Most of Johnson Creek is inaccessible to anadromous fish because of a series of cascades and falls approximately 1 mile upstream of the mouth (Figure 3-4). Lower Johnson Creek, however, supports anadromous runs of salmon.

003456

Sherman, Slate, and Johnson creeks, as well as those that surround Slate and Spectacle lakes. The scrub-shrub and forested wetlands in the terrace area provide this function to a lesser extent through the intermittent streams that drain the area.

*Wildlife habitat* includes supporting food webs, providing cover, and enhancing connectivity between upland areas. Depending on size and structure, wetlands may support a wide variety of species, including birds, deer, bear, and furbearers. Most of the wetlands in the study area provide a relatively high level of this function. The highest levels are provided by wetlands diverse in form and surrounded by old-growth forests, such as those around Slate and Spectacle lakes. Wetlands in the vicinity of existing disturbances—the waste rock storage and settling ponds at Kensington and the camp near the Jualin Mine—provide this wildlife function to a lesser degree because of occasional human activity.

*Fish habitat* applies to those wetlands that provide direct or indirect support to fish and fisheries. This function typically applies to streams, rivers, and open water, including saltwater wetlands. Forested wetlands in the vicinity of Upper and Lower Slate lakes, the scrub-shrub and emergent wetlands around Spectacle Lake, and forested wetlands along Sherman and Johnson creeks support fish habitat. The aquatic bed and lacustrine wetland areas in Upper and Lower Slate lakes, respectively, support populations of three-spined stickleback and Dolly Varden char, as well as benthic communities.

## 3.13    LAND USE AND RECREATION

### 3.13.1    Land Use and Recreation Resource Management

The Forest Plan provides prescriptions, standards, and guidelines for managing land use and recreation resources in the study area (Forest Service, 1997b). As discussed previously, the Forest Plan establishes land use designations (LUDs) for each part of the forest, and each LUD has specific prescriptions for managing recreation and other resources. The LUD for the area containing the Kensington and Jualin mines is Modified Landscape (ML) with a Minerals overlay. The ML prescription is intended to provide a sustained yield of timber and a mix of resource activities while minimizing the visibility of developments in the foreground and providing a spectrum of recreation opportunities consistent with resource activities. The ML prescription acknowledges the previous gold mining activities in the area, whereas the Minerals overlay provides management prescriptions for current or proposed mining activities, with the intent that the LUD will revert back to ML once mining is completed.

The only project facilities outside the ML designation are the Slate Creek Cove marine terminal and approximately 2.5 miles of the main access road to the historic Jualin Mine. This area is designated Old-Growth Habitat (OGH). The Old Growth Habitat LUD was established as part of a forest-wide strategy to maintain viable wildlife populations. The conservation strategy includes a system of large, medium, and small OGH and a set of standards and guidelines designed to preserve the integrity of the old-growth ecosystem. There are three small OGH within the project area. The Forest Plan allows for adjustment of the reserves' boundaries based on site-specific information. The additional information developed during the Kensington SEIS process is being used to adjust the boundaries of these small OGH LUDs to better conform to the standards and guidelines established by the Forest Plan. If the Forest Service accepts the proposed boundary modification, the marine terminal and access road will be entirely within the ML LUD (see Appendix F).

003498

**Table 3-41**
**Identified Cultural Resource Sites in the Area of Potential Effect**
**and Their National Register Eligibility (continued)**

| JUN-950 | Trite Road | Not eligible |
|---------|-----------|--------------|
| JUN-951 | Bear Mine | Eligible |
| JUN-953 | Bear-Kensington Mines Tram System | Eligible |
| JUN-969 | Johnson Prospect | Not eligible |
| JUN-970 | Eureka Prospect | Not eligible |
| JUN-952 | Ophr-Sherman Creeks Wood Site | Not eligible |
| JUN-954 | Ivanhoe/Horrible Mining District | Eligible |
| JUN-956 | Horrible Mine Workings | Eligible |
| JUN-957 | Mellen Millsite | Eligible |
| JUN-958 | Portland Millsite | Eligible |
| JUN-959 | Portland Millsite- Horrible Mine Tram | Not eligible |
| JUN-960 | Mellen Millsite- Ivanhoe Tram System | Eligible |
| JUN-961 | Lynn Canal Mining Co. Horrible Mine Tram | Eligible |
| JUN-933 | Indiana Mine | Eligible |
| JUN-934 | Gold King Prospect | Not eligible |
| JUN-935 | Mystery Lode Prospect | Not eligible |
| JUN-936 | Johnson Creek Prospect | Not eligible |
| JUN-937 | Yankee Boy Prospect | Not eligible |
| JUN-940 | Valentine Prospect | Not eligible |
| JUN-941 | Snowslide Gulch Prospect | Not eligible |
| JUN-942 | Hoggatt Creek Prospect | Not eligible |
| JUN-943 | Thomas Prospect | Not eligible |
| JUN-944 | Fremming Prospect | Not eligible |
| JUN-962 | Hope Prospect | Not eligible |
| JUN-963 | Mexican Prospect | Not eligible |
| JUN-964 | Ophir Prospect | Not eligible |
| JUN-965 | Cumberland Prospect | Not eligible |
| **AHRS #** | **Site Name** | **Eligibility** |
| JUN-966 | Elmira Prospect | Not eligible |
| JUN-968 | Seward Prospect | Not eligible |
| JUN-971 | Northern Belle Mine | Eligible |
| JUN-928 | Berners Bay Historic Mining District | Eligible |
| JUN-952 | Ophir-Sherman Creeks Wood Site | Not eligible |

The National Register eligibility of specific Tlingit places as Traditional Cultural Properties (TCPs) in the study area was investigated in 1997 (Bowser, 1998) and 2003 (Mobley, 2003), involving archival research and public meetings with Chilkat, Chilkoot, and Auke tribal representatives. Point Sherman may be eligible as a TCP based on its association with *Geek'ee*'s vision quest (Bowser, 1998).

### 3.17.3 History

George Vancouver and his crew named and charted Lynn Canal and Berners Bay in 1794, living to write about their confrontation with 100 to 200 Chilkat men in canoes, armed with "not only spears, but with seven muskets, and some brass blunderbusses, all in most excellent order"

003527

(Vancouver, 1984). A few years later what would become the Russian American Company moved its headquarters to Sitka, on the Pacific side of Baranof Island, but the company's direct contact with mainland Natives like the Chilkat and Auke Tlingit was limited (Arndt et al., 1987). Historical records of Lynn Canal and Berners Bay are scarce until after 1867, which begins Alaska's American Period. In 1878 a Northwest Trading Company post was established at Chilkoot Inlet near the beginning of an old Tlingit trail into the interior, followed in 1881 by a Presbyterian mission built close by, forming a settlement that together became known as Haines (Orth, 1967). Alaska's third salmon cannery (preceded in 1878 by facilities at Klawock and old Sitka) was the Chilkat Packing Company built at Chilkat Inlet in 1882, followed the subsequent year by the Northwest Trading Company's cannery at Pyramid Harbor on Chilkat Inlet, followed yet again in 1889 by construction of the Chilkat Canning Company at Chilkat Village (MacDonald, 1951). The commercial economy grew considerably when the Klondike and other interior Alaskan and Yukon gold rushes were accessed from the Lynn Canal settlements of Haines, Dyea, and Skagway, but that was almost 10 years later, in 1898.

Juneau's history, in contrast, centered around mining during the 1880s and 1890s, and no canneries were built until later, at Auke Bay in 1916 and Juneau in 1918 (MacDonald, 1951). By then the Juneau area had for decades been part of a major mining district known as the Juneau Gold Belt, containing almost 200 documented prospects and 5 historically important mines worthy of separate discussion by Redman et al. (1991). Within 2 years of the original 1880 Juneau gold discoveries, numerous prospects and claims had been staked nearby, and development had begun on the enormously successful and long-lived (1880 to 1944) Alaska Juneau Mine, and the Treadwell Mine (1882 to 1917) across Gastineau Channel at Douglas (Orth, 1967; Redman et al., 1991). A third mine of the five singled out by Redman et al. (1991) is the Herbert Glacier Prospect, 5 miles north of Auke Bay. The last two of the five mines—the Jualin Mine and the Kensington Mine—are particularly pertinent to the Kensington Gold Project.

In 1895, on the north side of Berners Bay beneath the peak known since 1867 as Lions Head (Orth, 1967), prospectors discovered gold-bearing quartz veins that would become the Jualin Mine (Brooks, 1916). Production began the following year under Mellon and Herbert Hoggatt, with brother Wilford becoming mine superintendent and postmaster in 1899. Wilford Hoggatt left the mine job in 1906 to assume the office of Alaska's Territorial Governor (Roppel, 1972). Facilities built during the early years of operation included a corduroy road from Berners Bay to the "Lower Camp" mine up Johnson Creek, boarding house, bunkhouse, office, warehouse, and blacksmith shop (Brooks, 1916). Higher-elevation workings known as the "Upper Camp" were developed by Belgian investors in 1912 after several years of low or no production, involving construction of a wharf, tramway, bunkhouse, flume, pipeline, and new pump systems, and installation of the first semi-diesel generators in Alaska (Redman, 1991). Even higher than the Upper Camp was the 10-stamp Indiana mill (Mobley, 1988). But overall production was good only from 1915 to 1917, and soon after the Jualin Mill burned down. When the last gold was produced in 1928, the cumulative total production of 37,913 ounces of gold and 12,640 ounces of silver amounted to $791,754 worth of metal (Redman et al., 1991).

Quartz veins in the Jualin Diorite exposed on the Lynn Canal side of Lions Head were first explored in 1887 as the Bear Mine (Redman et al., 1991). The nearby Comet Mine saw significant development in 1892, and during the next 8 years construction of a 2.5-mile railroad, 6,000-foot tram line, and 40-stamp mill allowed production of 22,485 ounces of gold worth $444,057 (Redman et al., 1991). The Bear Mine was connected by tram to the Comet Mill in 1895, and in 1895 rich veins at a higher elevation, called the Kensington Mine, were connected by tram line to the top of the Bear Mine tram line (Redman et al., 1991). All three claims—the

003528

**Spills.** As noted above, hazardous substances, including diesel fuel, would be routinely used at the project site during both construction and operation. As explained in the Transportation section (Section 4.18), the probability of a spill is low, although a fuel spill entering Lynn Canal could adversely affect nearshore marine organisms. Although diesel fuel can be acutely toxic, its residence time in the marine environment is relatively short. One of the more toxic and persistent groups of components of hydrocarbons spills is polycyclic aromatic hydrocarbons (PAHs). These compounds, though a small portion of diesel fuel, have been found to be toxic or cause adverse effects on common Alaskan marine planktonic invertebrates at low concentrations, especially when subjected to normal light levels (Duesterloh et al., 2002; Meador et al., 1995). When a diesel spill occurs in the immediate proximity of a beach, hydrocarbons can be trapped in the sediments and remain for several years (Gulliksen and Taasen, 1982). The material trapped in beach sediments can continue to be lethal to intertidal organisms in the immediate vicinity of the spill for months (Gulliksen and Taasen, 1982). The coarse nature of Comet Beach (cobbles) would limit the amount of hydrocarbon that could be trapped following a spill.

The tailings pipeline would be located within the footprint of the haul road, reducing the likelihood of a tailings spill reaching Sherman Creek and limiting the extent of a spill should one occur. Section 4.9.1 notes that the probability of a tailings spill is small. However, if a spill were to occur, the volume could be as high as the 270,000-gallon capacity of the entire pipeline. In the unlikely event that a slurry spill reached Sherman Creek, at least some of the material would be removed from the stream through cleanup actions before it could reach the creek mouth. Much of the slurry would be liquid and fines that would disperse as suspended matter into Lynn Canal, although the majority would initially be deposited near the creek mouth. The tailings are not expected to be toxic in character (see Section 4.9.1). Some burial and loss of marine nearshore (intertidal and subtidal) benthic marine resources would occur. This would cause a short-term reduction in food resources for nearshore-rearing organisms, including crab, fish such as juvenile salmon, and other fish and invertebrates. Pelagic and many epibenthic organisms could avoid the direct impact by leaving the deposition area. The areas covered by this sediment would be recolonized rapidly by most benthic organisms within a year and would likely be totally recovered in 3 to 5 years.

### Marine Mammals

**Construction.** Because construction activities would be confined to land and the nearshore areas of Lynn Canal, no impacts on marine mammals are expected. Free-swimming animals, such as marine mammals, would not be expected to reside for extended periods within the very localized waters containing elevated concentrations of nutrients from sanitary effluent, near shipping operations. They would also be likely to avoid the area during active periods of construction. Therefore, the probability of marine mammals remaining in any impacted area long enough to suffer chronic effects is negligible.

**Operations.** Marine mammals might be present in the vicinity of Comet Beach but are not known to congregate in the area. The movement of barges in and out of the site could result in the temporary displacement of individuals that might be in the area at any given time. This effect would be limited to the immediate vicinity of the Comet Beach terminal and would be short in duration.

**Spills.** Spills would be unlikely to affect marine mammals given the limited size of any potential spill and the ability of these creatures to avoid a contaminated area.

003584

Exhibit B, Page 10

of "roading effect" within roadless area 301 would be about 1,300 acres. This represents about 0.1 percent of the roadless area. Because the additional road construction would be within a recognized historical mining district, the actual effect on the roadless character would be negligible. The new roads associated with the project would not be visible from either Berners Bay or a VPTR.

### Recreation

The extent of impacts on recreation uses would be different between the areas where active mining activities were occurring and Berners Bay. The Jualin and Kensington mine areas and the site of the proposed TSF are designated as SPNM but are allowed to be altered to a Roaded Modified recreational setting because of their location within the ML LUD. Proposed facilities in these areas would be consistent with the Roaded Modified designation because they would be visually subordinate from VPTRs and use areas (UAs). The Slate Creek Cove marine terminal and the southern 2.5 miles of access road are the only project features outside the ML designation. These facilities currently lie within the OGH LUD, which encourages maintenance of the existing recreational setting. More developed settings are allowed because of authorized activities or activities in adjacent LUDs. Topographic and vegetative screening would be used when locating roads and the marine transfer facilities. The marine facility and the 1-mile stretch of road lying within 0.25 to 0.5 of a mile of shoreline are designated as SPM, with the remaining 1.5 miles of road classified as SPNM. Project traffic along the 1.5 miles of access road designated as SPNM might conflict with the nonmotorized character of the area. There would be an estimated 34–37 round trips per day on the road, most of which (25 per day) would be tractor-trailer trucks carrying concentrate. If the OGH boundaries were modified as proposed in Appendix F, the Recreational Opportunity Spectrum (ROS) in the vicinity of the marine facility and access road would be allowed to be altered to a Roaded Modified setting, which would be more compatible with mining-related traffic.

Alternatives B and D would displace relatively few recreational users because the immediate project site is not highly used for recreation. The mine site is accessible only to the few boaters who anchor their boats and then hike or drive an off-road vehicle (ORV) or snowmobile the 5 miles up the existing access road. There is no existing road access to the TSF. The limited amount of hunting that occurs in the project area might be displaced as wildlife moves to adjacent areas. Development of the marine facilities at Slate Creek Cove would displace any boaters who might otherwise land or camp at the marine terminal site. Public use of the marine terminal would not be allowed, but boaters would still be allowed to pull up on the adjacent beach.

The project features most likely to affect recreation would be the transportation of personnel, supplies, and concentrate to and from the project. Noise, wakes, lights, safety issues, and visual impacts are all concerns resulting from the proposed crew shuttle boat, barge, and helicopter traffic. Such traffic would create an ongoing commercial presence in the vicinity of Berners Bay, which differs from the existing recreational boat traffic, which is more transient in nature. Approximately three to five shuttle boat trips (round trips) per weekday would be required to transport project personnel, and an estimated two trips per day would take place on weekends. The shuttle would remain at the Cascade Point marine terminal when not in use. Crew shuttle crossings are currently scheduled to depart Cascade Point at 5:00 a.m., 3:00 p.m., 6:00 p.m., and 1:00 a.m. on weekdays and 5:00 a.m. and 6:00 p.m. on weekends. Depending on weather conditions, the crew shuttle crossings would take approximately 15 minutes. Under the proposed schedule, the shuttle would be en route for approximately 2 hours per day on weekdays and 1 hour per day on weekends; half of that time would be early morning hours.

Approximately four barges per week would transport supplies, fuel, and concentrate to and from the project. The barges would typically be 286 feet by 75 feet. They would take approximately 30 to 45

003627

minutes to cross the bay from Lynn Canal and would remain at Slate Creek Cove for several hours—long enough to load or unload. Project-related helicopter traffic would be limited to occasional trips to transport emergency supplies or personnel.

The noise and activities from the crew shuttle and barge would affect recreational boaters and land-based recreation in the vicinity of Cascade Point and Slate Creek Cove. The shuttle would generate an estimated 80 A-weighted decibels (dBA) at the middle of the bow at full speed. As a comparison, the Forest Service uses an assumed background noise of 45 dBA for shoreline environments with calm sea and surf (Hart Crowser, 1997). Section 4.17 discusses the extent of noise impacts from the crew shuttle and other aspects of mining operations. Generally, people on motorboats that are underway would be unlikely to hear the shuttle even in close proximity. However, kayakers, beachcombers, and people in moored boats would be able to hear the crew shuttle boat, depending on their location, the location of the crew shuttle, and ambient conditions at the time (e.g., wind, waves, other boats). The crew shuttle crossings would generate less noise than the airboats that currently ply the bay. The general noise and activity generated as barges are unloaded or employees embark and disembark the crew shuttle at Slate Creek Cove would also affect boaters who moor or camp in the cove. The crew shuttle would slow down as it approaches the marine terminals, which would reduce the level of noise coming from it. Noise generated by the mine/mill site and vehicles using the access road is not expected to affect recreation, except for the few hunters and trappers who might travel through the project area.

The crew shuttle boat would travel at a maximum of 18 mph and the wakes from the crew shuttle would be larger than those generated by the skiffs that currently frequent the bay. A study of boat wake effects in the Upper Mississippi River showed recreational boats as having wakes of 3.2 inches, 6.3 inches, 9.5 inches, and 19.7 inches for pontoons, fishing boats, medium power boats, and large cruisers, respectively (Wilcox, no date). The barges would travel at slower speeds and have smaller wakes than the shuttle and thus would have less wake impact. Compared with the waves that regular users encounter in Berners Bay, the wakes are not expected to affect recreational users in the vicinity of the project area.

Visual impacts caused by the project could also affect the quality of the recreation experience. The only project features visible from Berners Bay would be the Slate Creek Cove marine terminal and a small portion of the pipeline access road, visible from the northern third of the bay. The area from which the access road could be seen consists mostly of the shallow waters near the mouth of the Berners and Antler rivers, but it also includes the Berners Bay Cabin. The road would be 6 miles away from the cabin and partially screened by trees and thus relatively difficult to detect. It might also be possible, depending on the weather and extent of tree cover, to see a very small part of the process area from the Berners Bay Cabin, limited to portions of the topsoil stockpile, waste rock storage area, and possibly the top of the mill building. See Section 4.14, Visual Resources, for a detailed discussion of visual impacts.

In addition, boaters could see the crew shuttle or an occasional barge cross the bay, depending on the time of day. These vessels would contrast with the smaller boats now used on the bay. The 3:00 p.m. and 6:00 p.m. shuttles on weekdays and the 6:00 p.m. shuttle on the weekend would be more likely to be seen by boaters, each trip lasting roughly 30 minutes. The 5:00 a.m. and 1:00 a.m. crew shuttle crossings might also affect boaters who moor or camp overnight on Berners Bay, particularly in Slate Creek Cove. The marine facility would be lighted only while boats are being loaded or unloaded. Marine facility lighting would affect mostly campers, overnight boaters, and those viewing the night sky; however, effects would be limited due to the long daylight hours during the recreation season. Lighting at the mine process area and TSF would not be visible to recreationists (see Section 4.14).

003628

The only project features visible from Lynn Canal would be the Kensington Mine portal (primarily the development rock storage) and Comet Beach facilities, which would be visually subordinate to the overall landscape. Although the waste rock stockpiles outside the Kensington portal would be visible to cruise ship and ferry passengers, mine activities would often be pointed out to ferry passengers as part of the shipboard interpretive program (Forest Service, 1997a).

The primary impacts on land-based activities, such as hiking, camping, staying in cabins, and beachcombing, would be the sight of several crew shuttle crossings a day, and possibly a barge crossing the bay. The Slate Creek Cove marine terminal would be visible from Point Bridget and the Echo Cove facilities, but they would be approximately 7 miles away. The marine facility would be most visible on a clear day when a barge is moored. The only features visible from the Berners Bay Cabin would be a small stretch of the pipeline access road and possibly the topsoil and development rock storage, which would be over 6 miles away and thus difficult to distinguish. Those hunting in the project area might have views of the project, depending on their location.

The project would be most visible from flightseeing planes or helicopters that fly over the project area. The Kensington and Jualin Mine sites would be visible from the air, as would the TSF, the access road, and the Slate Creek Cove marine terminal. The project area is not located on the more popular flightseeing routes, however, and many helicopter pilots who cross the bay often point out the Jualin Mine as an item of interest (Wilson, 2003, personal communication).

An indirect impact on recreation would be the potential impact on wildlife viewing if Steller sea lion or humpback whale populations are disturbed by crew shuttle traffic. Wildlife viewing is popular during the spring, when marine mammals enter the bay for the eulachon runs. Impacts on the recreational fishery are not expected as a result of Alternative B or D.

Projected population increases due to Alternative B or D (and the other alternatives) would create an indirect impact by increasing hunting and fishing pressure in the region. Since hunting by project employees would not be allowed on mine properties and employees would be transported from Juneau, any increase in hunting/fishing pressure would be distributed throughout the Juneau region. Furthermore, ADF&G regulates hunting and fishing and can adjust the number of permits based on demand within a particular management unit. Hunting permits for moose are allotted by drawing, with thousands of hunters competing for the 14 permits allowed in the study area; thus the additional population resulting from the project would cause only a minor increase in competition for moose permits. Increased hunting pressure on other species, such as goat or bear, would be addressed as necessary by ADF&G.

Construction impacts during the 14- to 18-month construction period would be similar in nature to the operation impacts, except for the use of the temporary personnel camp at Comet Beach. The noise, dust, and activity generated by construction of the Slate Creek Cove marine terminal and possibly the access road improvements would affect boaters using Slate Creek Cove. Periodic blasting (maximum once per day) would be audible in Berners Bay during construction. The blasting noise is expected to be 84.2 decibels at Cove Point and 75.5 decibels at the Berners Bay Cabin, compared to the assumed background noise of 45 decibels. The noise from helicopter traffic, estimated at 12–14 trips per month, is projected to be 62 decibels at Cove Point and would affect recreation. Construction-related boat traffic across the bay would affect recreational boaters. During the heaviest construction period, there would be one barge trip and several crew shuttle trips per day.

003629

FINAL

# Ecological Risk Assessment of Aqueous Tailings Disposal at the Kensington Gold Mine

*Prepared for:*
**USDA Forest Service**
**Juneau Ranger District**
**Juneau, AK**

**U.S. Environmental Protection Agency, Region 10**
**Seattle, WA**

**U.S. Army Corps of Engineers**
**Alaska District**
**Juneau, AK**

*Prepared by:*
**Tetra Tech, Inc.**
**3801 Automation Way, Suite 100**
**Fort Collins, CO 80525**

**December 2004**

C-1

**003894**

## 2.0    PROBLEM FORMULATION

This section presents the Problem Formulation step. As part of the Problem Formulation, a conceptual site model has been developed that identifies the physical stressors, the potential sources of COPECs, the fate and transport of the COPECs in the ecosystems at the site, and the receptors that are at potential risk has been developed. A substantial amount of site-specific and relevant area-wide information was available for use in developing the conceptual model. This conceptual model was used to establish a series of management goals, as well as the assessment endpoints that allow for the evaluation of these goals.

### 2.1    Ecological Resources

The Kensington Mine is in the temperate, or coastal, rain forest of southeastern Alaska. This area is known for its lush vegetation, which is largely dominated by a variety of conifer trees. Dominant tree species in the immediate area near the mine are western hemlock (*Tsuga heterophylla*), mountain hemlock (*Tsuga mertensiana*), and Sitka spruce (*Picea sitchensis*). Some common understory species are salmonberry (*Rubus spectabilis*), Alaska blueberry (*Vaccinium alaskaense*), and rusty menziesia (*Menziesia ferruginea*) (USFS, 1992). Other common vegetation types include muskeg, or peat bogs. Sphagnum moss is the dominant plant species, though muskeg areas also contain a wide variety of shrubs and forbs. The vegetation community surrounding LSL is similar to the vegetation community in the overall area, with the addition of stands of yellow cedar (*Chamaecyparis nootkatensis*; Streveler, 2002).

The climate of the project area can best be described as West Coast marine, with temperature extremes moderated by Pacific Ocean currents and high annual precipitation totals resulting from the onshore movement of moist maritime air. Mean annual precipitation at the project area is estimated to be 1,458 millimeters (mm) (58.3 inches). Significant precipitation occurs in all months of the year, although the spring and early summer months are usually the driest and the fall months are usually the wettest. Creeks in the project area flow year-round; the lowest flows occur during the winter months of December to March, and the highest flows occur in the fall and spring.

LSL is approximately 4 miles southeast of the mine at an elevation of approximately 700 feet in the Slate Creek drainage basin. The Slate Creek drainage basin (Figure 2.1) is 839 hectares (ha) in size and has a mean annual flow of 0.95 cubic meters per second ($m^3$/sec) (Konopacky, 1995). USL and LSL are within the East Fork of Slate Creek. LSL is approximately 1.4 kilometers (km) upstream of the confluence of the East and West forks of Slate Creek and approximately 2.5 km upstream of Berners Bay. There is a permanent barrier to anadromous fish near the confluence of the West and East forks (Konopacky, 1995).

FINAL



**Figure 2.1    Slate Creek Basin**

*Tetra Tech, Inc.*
*December 2004*

003905

Exhibit B, Page 16

LSL has a surface area of 8.1 ha (20 acres), 1,255 meters (m) (4,125 feet) of shoreline, and a maximum depth of 15.5 m (51 feet). There are five inlets and one outlet to LSL. The single outlet flows from LSL to East Fork Slate Creek, which ultimately discharges into Slate Creek Cove on the northwest side of Berners Bay. A baseline survey conducted in July 1994 found that only two of the five inlets had adequate flow to provide fish habitat (Konopacky, 1995). These two inlets are split channels of Mid-Lake East Fork Slate Creek, which is the only outlet of Upper Slate Lake. LSL has a moderate pH (7–8 standard units [s.u.]; Table 2.1), oligotrophic (limited nutrient/productivity) conditions, and slow inflows and outflows. The observed brown color of the lake's water is presumably from muskeg runoff (Streveler and Bosworth, 2002).

**Table 2.1     Summary of Water Quality Data for LSL**

| Parameter | East Fork Slate Creek[a] | |
|---|---|---|
| | Min. (mg/L) | Max. (mg/L) |
| SC (umhos/cm) | 45 | 110 |
| pH (s.u.) | 7.2 | 8.2 |
| Temperature (°C) | -0.4 | 20 |
| TDS | 422 | 84 |
| TSS | <4 | <4 |
| Turbidity (NTU) | 0.19 | 1.9 |
| Acidity | <2 | 20 |
| Alkalinity | 17 | 53 |
| Hardness | 27 | 57 |
| Carbonate | <0.1 | 0.44 |
| Bicarbonate | 21 | 64 |
| Sulfate | <2 | 2.68 |
| Chloride | <1.0 | 3.4 |
| Calcium | 6.8 | 19 |
| Magnesium | <0.6 | 3.5 |
| Sodium | <3.0 | 8.1 |
| Potassium | <1.0 | 1.2 |
| Nitrate | <0.05 | 0.126 |
| Ammonia | <0.05 | <0.13 |
| Aluminum | <0.05 | 0.36 |

| Parameter | East Fork Slate Creek[a] | |
|---|---|---|
| | Min. (mg/L) | Max. (mg/L) |
| Arsenic | <0.0005 | 0.00052 |
| Barium | <0.01 | 0.0097 |
| Boron | <0.025 | 0.084 |
| Cadmium | <0.000015 | <0.001 |
| Chromium | <0.0002 | 0.00063 |
| Copper | <0.002 | 0.00039 |
| Iron | <0.05 | 0.3 |
| Lead | <0.001 | <0.002 |
| Manganese | <0.01 | 0.056 |
| Molybdenum | <0.0005 | 0.00012 |
| Mercury | <0.0002 | <0.0005 |
| Nickel | <0.01 | 0.0008 |
| Selenium | <0.0004 | <0.005 |
| Silver | <0.0001 | 0.00073 |
| Zinc | <0.002 | 0.00912 |

[a] Sampling location at the outfall of LSL. Samples were collected during 2000–2001 and spring 2004. Metal concentrations are total.
SC = specific conductance in micromhos per centimeter (umhos/cm); TDS = total dissolved solids; TSS = total suspended solids; NTU = nephelometric turbidity units.

The bottom of LSL contains no large-scale topographic features and slopes to a single low area near the lake's center (Figure 1.5). LSL is bordered by steep terrain to its west, a moderate grade to the east, and nearly level terrain to the north and south. These generalities in the slopes of the riparian areas are reflected in the contours of the lake, with the most gradual bottom slope in the north end. At the high water mark, the transition between the littoral and riparian zones is abrupt, with no distinct shoreline habitat. The canopy and understory of the riparian zone vary between coniferous, deciduous, mixed, or absent, with no generalizable pattern. Submerged and partially submerged snags are common along the steep west shore. Streveler (2002) described the bottom substrate along the nearshore portions of the lake as alternating peaty and rocky. Kline (2001) reported that the deeper portions of littoral zone bottom were composed almost entirely of deep brown organic muck. Peaty substrates at the lake's margin support some sedge and grass species. The deeper "limnic zone" contained *Chara* alga, water lilies (*Nuphar polysepalum*), and pondweed (*Potamogeton natans*) (Streveler, 2002).

Rod/reel, gill net, hoop net, minnow trap, and electrofishing surveys in Upper and Lower Slate Lakes indicate that the headwaters resident Dolly Varden char (*Salvelinus malma*) is the only species of game fish present in LSL. Three-spine sticklebacks (*Gasterosteus aculeatus*) are also known to be present in the lake (Konopacky, 1995). Several estimates of the population of Dolly Varden char in LSL have been made. Buell (1989) set gill nets and captured two fish. The conclusion was that the population was small, likely because of the very oligotrophic conditions in the lake. An acoustic survey conducted in 1994 (Konopacky, 1995) estimated the number of fish to be 439 fish (range of 162–716). This estimate, however, has been questioned because of the lack of success in catching fish in the deeper part of the lake and the limited existence of a benthic macroinvertebrate food supply (Kline, 2001). Kline (2002) estimated a Dolly Varden char population of 996 (+/-292) fish in 2001 by using a mark-recapture survey. There is a limited population (estimated at 85 fish in 1994) of Dolly Varden char below LSL in East Fork Slate Creek (Konopacky, 1995). The population is thought to be small because of limited habitat. Dolly Varden char, sculpin (*Cottus* spp.), cutthroat trout (*Oncorhynchus clarki*), rainbow trout (*O. mykiss*), pink salmon (*O. gorbuscha*), and coho salmon (*O. kisutch*) occur in Slate Creek below the fish barrier (Buell, 1989; Kline, 2001; Konopacky, 1995). Dolly Varden char captured in the streams were four to nine times smaller on average, by weight, than those captured in the lakes, and those below the lower barrier falls were silver in color in contrast to the dark olive color of the Dolly Varden char above the falls and in the lakes (Kline, 2001). There is evidence that Dolly Varden char spawn along the shore of LSL. There is also evidence that Dolly Varden char migrate from USL to LSL (Kline, 2003a).

A wide variety of benthic macroinvertebrates are present in Slate Creek. The most common families that have been collected are the insect family Chironomidae (42 percent) and the molluscan family Sphaeriidae (19 percent) (Konopacky, 1995). Grab samples collected at a depth of 4 m (13 ft) in LSL indicated limited benthic invertebrate populations. Results from three grab samples collected in June 2000 reported 123 individuals from four taxa (Chironomidae, Oligochaeta, Bivalvia, and Acari). A second round of sampling in August 2001 found 187 individuals in three grab samples. The taxa represented were the same as those in 2000 with the addition of Amphipoda, Nematoda, Diptera, Coleoptera, and Tricoptera. For both dates, the vast majority of individuals collected were midges (Chironomidae). Sampling conducted at 15 m (49 ft), on the same dates, yielded essentially no invertebrates (Kline, 2001, 2002, 2003b). These data are discussed in more detail in Section 5. Gut analyses of Dolly Varden char from LSL indicated that larger char consumed sticklebacks, and smaller char consumed chironomids and pill clams. No planktonic organisms were observed in the gut analyses, though copepods, cladocerans, rotifers, and protozoans were found in plankton tows conducted in the lake (Kline, 2001).

Terrestrial animals that might use LSL or the area in the immediate vicinity of the lake have been characterized through surveys conducted to support the SEIS. The most common large herbivore in the area is moose (*Alces alces*), though a small population of Sitka black-tailed deer (*Odocoileus hemionus sitkensis*) might also be present. Other big game animals that might use the site are black bear (*Ursus americanus*) and gray wolf (*Canis lupus*). Smaller herbivores include a variety of rodents such as beaver (*Castor canadensis*) and red squirrel (*Tamiasciurus hudsonicus*). The habitat for snowshoe hare (*Lepus americanus*) is considered marginal. Various herbivorous waterfowl might also use margin vegetation. Mammalian predators that might use the areas near the lake are river otter (*Lutra canadensis*) and mink (*Mustela vison*). Bald eagles (*Haliaeetus leucocephalus*) and red-tailed hawks (*Buteo jamaicensis*) are the only raptors that have been observed around the project area. A variety of waterbirds (waterfowl and shorebirds) might use the lake, though only Vancouver Canada geese (*Branta canadensis*) have been observed to use the Slate Lakes area extensively. The sole amphibian species documented in the area is the boreal toad (*Bufo boreas boreas*), though observations of its occurrence in the overall region are quite limited.

## 2.2    Contaminant/Stressor Characteristics

Physical stressors and chemical contaminants are considered in the risk assessment of the TSF. Physical stress might result from the creation of high levels of total suspended solids (TSS) in the lake, burial of bottom habitat, and changes in shoreline and shallow-water habitat due to enlargement of the lake.

It is also important to note that, when possible, conservative assumptions of exposure and effects were used. This caution is seen, for example, in the use of the maximum detected concentrations for exposure, the assumption that the AUF = 1, and the selection of more conservative NOAEL and LOAEL values and higher transfer (BAF) factors. There is greater uncertainty in the aluminum NOAEL and LOAEL values for birds due to use of a single set of values for ring doves (Attachment A). Though there is greater uncertainty associated with these effects, the conservative selection of exposure factors should minimize the risk of underestimating potential risk to birds from aluminum.

Specific areas of additional uncertainty are (1) the limited data available for thallium concentrations in sediment and (2) unknown sedimentation rates in LSL. The available decant water data, however, suggest that thallium concentrations in the tailings and associated water are low, and therefore there is limited risk potential. The lack of data on sedimentation rates increases the uncertainty in projecting the time required for the tailings to be covered by natural sediments and thereby aid in the recovery of the macroinvertebrate community. Information in the literature (MEND, 1991) indicates that the deposition of sediment can be a very slow process. Although this might prolong the time frame required for colonization of the tailings, the availability of natural sediments in LSL should allow for sufficient macroinvertebrates to support fish in LSL.

## 5.4    Conclusions

Overall, the projected risks to aquatic receptors from chemical stressors during operation of the TSF vary (Table 5.1). In the immediate vicinity of the tailings discharge into the TSF, the pH levels are expected to be toxic to aquatic life. The spatial area of toxic conditions would be limited, however, and given the avoidance mechanisms used by fish, these conditions would not be likely to affect fish in the TSF during operations. Because of geochemical interactions and intermixing with LSL water, the alkaline pH would be rapidly neutralized. Aluminum levels would then rapidly decrease to natural levels. Natural levels are, however, above the chronic criterion and could pose a risk. Chromium concentrations, even under the worst-case water scenario, would pose a low risk to aquatic life. In addition, post-closure water concentrations of aluminum and chromium would pose a low risk to aquatic life.

In general, there would be a low risk to terrestrial receptors from chemical COPECs. Though there would be some potential risk to individual terrestrial receptors through sediment ingestion, the placement of tailings in the deeper part of the TSF would essentially eliminate this route of exposure. Under the worst-case water (i.e., exposure to untreated tailings decant water), the greatest potential was calculated for

---

*Tetra Tech, Inc.*
*December 2004*

003960

otters (Table 4.6) from aluminum concentrations in fish tissues. However, the LOAEL HQ for this species was less than 1.0 (0.98), suggesting a minimal risk for the worst-case assumptions. The worst case assumes that otters would have 100 percent usage of the TSF for feeding on fish exposed to the maximum concentration of aluminum in the tailings water. However, the volume of tailings decant water is low relative to the overall volume in the TSF, and because of geochemical interactions and intermixing of water, the concentrations of aluminum in the lake are predicted to be lower (360 µg/L) than the maximum concentration used in the assessment. Under more realistic exposure conditions, there would be a low potential risk to otters from aluminum during operation of the TSF. This is in agreement with the low bioaccumulation potential reported by EVS (1999a) for the tailings. After closure of the TSF, there would be a low potential risk from chemical constituents to terrestrial receptors, largely due to the lack of leaching of constituents (Rescan, 2000) from the deposited tailings and the low-oxygen environment created by subaqueous disposal. This conclusion is based on the assumption that tailings would remain in the reducing conditions created by subaqueous disposal. Further testing should be completed prior to any potential use of the tailings for habitat creation above the surface of the lake.

Impacts from physical stress (i.e., TSS generation and sedimentation) are likely to pose a greater risk to the aquatic community than are increased chemical concentrations (Table 5.5). With the exception of the egg and alevin life stages, char and other aquatic receptors are fairly tolerant of TSS levels and are likely at less risk from the expected TSS concentrations in the TSF during operations. TSS is expected to affect the more sensitive early life stages (eggs and alevin). More broadly, the tailings would ultimately cover the existing spawning gravels (Figure 1.3). It is likely that these changes would preclude successful spawning of char during operation of the TSF. At closure, the mitigation plan would need to address the potential loss, due to flooding, of spawning habitat for the char.

The deposition of tailings in LSL is expected to have further effects on the aquatic communities (Table 5.5). During operations, the ability of the char population to thrive would depend most on the ability of the aquatic plant and macroinvertebrate community to adapt enough to the changing water depth and substrate (e.g., burial) to provide a sufficient food base to support the fishery. Though the literature indicates that macroinvertebrate communities are generally able to recolonize disturbed areas relatively quickly (see Attachment D), sufficient plant material is required to support the macroinvertebrates. Plants could have difficulty adapting to the changing conditions, especially changes in water depth, though the flooding of the terrestrial vegetation would provide a pulse of organic matter to the aquatic community, possibly offsetting the loss of aquatic plants. A concurrent pulse of acidity might be associated with the flooding of the muskeg areas, but no long-term changes in the pH of the lake are expected given the large

volume of water present and the water turnover in the lake. Overall, there is significant uncertainty whether the TSF would support a fish population during operations.

Upon closure of the TSF, water depths and substrate composition would stabilize, improving the conditions for plants and macroinvertebrates. As shown in Table 5.3, the area of native substrate for plants and benthic macroinvertebrates in the closed facility would be equivalent to that in the current lake (11.34 acres). It is also expected that at least some colonization of the shallower tailings would occur after closure and that conditions would improve in time so that the overall productivity of the closed facility could be higher than that currently present in LSL. The higher productivity should eventually provide better long-term conditions for Dolly Varden char than the current conditions in LSL, although data show this level of recovery could require more than 50 years.

## 5.5    Monitoring, Research, and Mitigation

This section briefly presents the research and monitoring program planned for the operational period and the post-closure period. Several aspects of the research and monitoring program are designed to provide a better understanding of the potential effects of operations and the ability of the TSF to be returned to a productive char fishery. These efforts are aimed at confirming that all permit requirements are met, as well as providing information to allow for effective management of tailings and the TSF. Primary aspects of the research and monitoring program are listed below:

Research and Monitoring During Operation
- Invertebrate and aquatic plant populations in LSL
- Oxygen/temperature profile monitoring in USL and Spectacle Lake
- Dolly Varden char spawning surveys in USL
- Experimental placement of spawning gravel in USL
- In situ wetland transplant trials in USL
- In situ benthic invertebrate recolonization experiments in USL
- Dolly Varden char population monitoring in impoundment (assumes fish are not removed and the primary objective is operation of the the treatment facility)
- Dolly Varden char tissue chemistry monitoring in impoundment (assumes fish are not removed and the primary objective is operation of the treatment facility)

Research and Monitoring After Closure
- Benthic invertebrate population surveys
- Benthic invertebrate metal content analysis
- Dolly Varden char population surveys
- Dolly Varden char spawning surveys
- Aquatic plant distribution surveys

003962