

# United States Department of the Interior
BUREAU OF LAND MANAGEMENT
Washington, D.C. 20240
http://www.blm.gov

TAKE PRIDE
IN AMERICA

AUG 3 2006

In Reply Refer to:
3500/3600/3800 (320)

Tim Arnold
VP General Manager
Coeur Alaska, Inc.
3031 Clinton Street, Suite 202
Juneau, AK 99801

Dear Mr. Arnold:

Congratulations! Coeur Alaska's Kensington Gold Mine has been chosen to receive the Bureau of Land Management's (BLM) 2006 Hardrock Mineral Community Outreach and Economic Security Award. This is one of four awards under the BLM's Reclamation and Sustainable Mineral Development Awards Program. The BLM's Reclamation and Sustainable Mineral Development Awards are presented to those hardrock mining projects that have shown responsible mineral resource development while demonstrating an understanding of sustainable development. We salute the efforts of all employees at Coeur Alaska's Kensington Gold Mine for their outstanding accomplishments and contributions to the community.

The BLM's Reclamation and Sustainable Mineral Development Awards will be presented on September 21, 2006, at an awards dinner in Washington, D.C. hosted by the National Mining Association.

You will be contacted in the near future regarding the details relating to the awards dinner and a video that BLM will produce to highlight the accomplishments of the award winners. In the interim, if you have any questions, please contact Ted Murphy, Division Chief, at (202) 452-0350 or Mary Linda Ponticelli, Minerals Specialist, at (202) 452-5083 of the BLM Washington Office Solid Minerals Division.

Again, my warmest congratulations on your 2006 BLM Hardrock Mineral Community Outreach and Economic Security Award.

Sincerely,

Director

Exhibit C, Page 1