# Kensington Project
# Lower Slate Lake Tailings Impoundment:
# Habitat Creation and Mitigation Plan

*Prepared for:*
Coeur Alaska, Inc.
3031 Clinton Dr.
Suite 202
Juneau, AK 99801

*Prepared by:*
Kline Environmental Research, LLC
1731 50th St.
Somerset, WI 54025

and

Earthworks Technology, Inc.
409 West Neider St.
Suite A
Coeur d'Alene, ID 83815

July 14, 2003

007284

located that is likely to be applicable to the tailings impoundment due to factors such as colored water and extreme summer and winter photoperiods that are not well studied.

Collection of a long time-series of profiles during operation in nearby lakes will allow determination of the site-specific relationship between variables that influence the potential for winterkill. While this habitat plan emphasizes establishment of a broad littoral zone, there may be a point where oxygen consumption resulting from decomposition of organic matter produced in the littoral zone would result in winterkill. Part of the design process will be to identify a balance of shallow and deep water that will be appropriate for the impoundment. Given the ability to choose the morphometry of the impoundment and the opportunity to collect long-term, site-specific data, winterkill should be considered a factor that can be designed out of the final plan. Dissolved oxygen and other variables will be profiled in Upper Slate Lake and Lower Slate Lake during August 2003 to compare late summer trophic status and stratification.

As with habitat, restoration of biota will be accomplished by a combination of active and passive methods. Transplanting wetland plants and riparian vegetation will probably be worthwhile. Small-scale field studies could be used to determine if addition of soil or organic matter will be required for establishment of plants. Brook trout could be stocked in the impoundment after closure and Dolly Varden could gradually be reintroduced from Upper Slate Lake by way of migration through Mid-Lake Creek. Inter-species competition could then be allowed to determine the eventual sport fish assemblage in the impoundment. Wildlife restoration and invertebrate recolonization will be strictly passive after creation of habitat.

*Conclusions*

The Lower Slate Lake tailings impoundment offers an opportunity to transform an existing lake with poor diversity and productivity into a unique and varied collection of productive habitats. Central to this plan is the creation of a lake of similar size, but with a large, adjacent littoral area and wetland that can provide greater benefits to fish and wildlife than the few and fragmented wetlands that currently exist. With improved access, the Lower Slate Lake tailings impoundment and other lakes in the vicinity could provide excellent recreational opportunities.