ATTACHMENT B                                                                      POA-1990-592-M



Alaska District

# Department of Army, Corps of Engineers
# Alaska District

### Section 404(b)(1) Guidelines Evaluation

**KENSINGTON GOLD PROJECT**
POA-1990-592-M

This document, which will be attached to and become part of the Corps Record of Decision (ROD), constitutes a Section 404(b)(1) Guidelines (Guidelines) Evaluation of Coeur Alaska's (Coeur) proposed Kensington Gold Project as described in Coeur's final Department of the Army (DA) permit application. This evaluation addresses the potential environmental effects from the discharges of dredged or fill material to waters of the United States (U.S.), including wetlands, associated with the project. These effects are described in the U.S. Forest Service (USFS) Final Supplemental Environmental Impact Statement (FSEIS) for the Kensington Gold Project. A site-specific evaluation is presented here for the project in sufficient detail for final decision-making and compliance with the Guidelines requirements. Information presented here will be summarized in the ROD. Attachment C to the ROD lists references drawn upon for this evaluation.

Coeur proposes to discharge an approximate total of 3,487,950 cubic yards (cy) of fill material into an approximate total of 98.6 acres of waters of the U.S., including forested and scrub shrub wetlands, in conjunction with the construction of new mine facilities and associated infrastructure. The applicant's stated purpose for the project would be the "relocation of the major mine components from the Kensington Mine site at Comet Beach on Lynn Canal, to the Jualin Mine site (approximately two miles to the southeast), at Slate Cove, on the west side of Berners Bay, in order to access the ore body from the Jualin side of the peninsula." The project is discussed in the FSEIS, and includes several inter-related project components. The overall mine operation project would need the following components: (1) building pads for milling facilities, administrative and support facilities; (2) tailings disposal facilities; (3) fill pads associated with pipelines; (4) a



ATTACHMENT B                                                                POA-1990-592-M

waste rock disposal site; (5) access roads and bridge abutments; (6) staging and laydown areas; (7) an infiltration gallery; (8) material and topsoil stockpiles ; (9) a marine dock facility; and (10) berms to encircle settling and storage ponds.

The applicant's preferred alternative, Alternative D, as described in the FSEIS, will be addressed in this Guidelines evaluation. The proposed work description includes activities which are not subject to Section 404 of the Clean Water Act (Section 404), and they are not part of this evaluation. This includes the placement of structures (floats, docks and piles), in navigable waters of the U.S. for the construction of a marine terminal in Slate Creek Cove, which are subject to Section 10 of the Rivers and Harbors Act of 1899. The activities subject to Section 404 are the discharges of dredged or fill material into waters of the U.S.

Coeur submitted a practicability analysis along with a cost analysis breakdown for their proposed actions (Lower Slate Lake disposal site, the Slate Creek Cove marine terminal, and infrastructure (roads, building pads, etc.) associated with the mining operation), to include an analysis for each of the primary alternatives considered[1]. An evaluation of these documents as well as other information sources indicates that, though the previously permitted site (Alternative A in the FSEIS) was once determined to be practicable, it is not currently practicable to the applicant due to cost and logistics. By contrast, the applicant's preferred alternative (Alternative D) is the least environmentally damaging practicable alternative[2].

---

[1] See discussion in the Corps ROD.
[2] Alternative Material Disposal Sites Cost Analysis.



Page 2                                                                      POA-1990-592-M

000132

Exhibit I, Page 2

ATTACHMENT B                                    POA-1990-592-M

## PROJECT COMPONENT: MATERIAL DISPOSAL
## (LOWER SLATE LAKE)

**I. Evaluation of Compliance with 404(b)(1) Guidelines**
**[restrictions on discharge, 40 CFR § 230.10 (a)-(d)]**

a. **Alternatives Test.** Refer to information discussed in the DSEIS, plus the Applicant's Section 404(b)(1) Evaluation, dated November 17, 2004, for additional references.

|  | Yes *[4] | No |
|---|---|---|
| (i) Is there a practicable alternative to the proposed discharge, which would have less adverse impact on the aquatic ecosystem, so long as the alternative does not have other significant adverse environmental consequences? (For this requirement practicable alternatives may include activities which do not involve discharges to waters of the U.S. or discharges at other locations in waters of the U.S.) *The applicant submitted a Practicability Analysis and a Cost Analysis breakdown for the proposed action, Alternative D, along with its respective alternative (described in file number POA-1990-592-2), also referred to as Alternative A. The Alaska Department of Natural Resources (ADNR) analyzed the practicability of the applicant's preferred alternative versus Alternative A, and determined[3] that alternative A was neither practicable nor reasonable from the standpoint of cost or economics. The Corps reviewed these documents and other relevant information and independently determined that the previously authorized site was not practicable to the applicant due to cost and logistics, and that based on the similarities (location, logistics of material transport, construction and operation of the facility, etc.) of the alternative variants of Alternative A (Alternatives A1 through A3), these three variations were also not practicable. In addition, the Corps also determined Alternative A and its three variants were not less environmentally damaging as they would result in the permanent loss of 34 to 113 acres of wetlands, which are a special aquatic site and are afforded greater protection under the Section 404(b)(1) Guidelines. Alternative D would result in the permanent loss of 3.44 acres of wetlands due to dam construction, the temporal loss of 20 acres of deep water habitat (Lower Slate Lake), and the conversion of 39 acres of wetland to deepwater habitat (lake). After project closure and reclamation, the lake would measure 62 acres and would be restored to the equivalent habitat value that existed prior to the project. This would include 47 acres of deepwater habitat and 15 acres of emergent wetlands/vegetated shallows.* | ☐ | ☒ |
| (ii) If the project is in a special aquatic site and is not water dependent, has the applicant clearly demonstrated that there are no practicable alternative sites available? *Not applicable. Fill material would be discharged to construct a dam in 3.44 acres of wetlands adjacent to the creek outlet of Lower Slate Lake. However, dams are a water dependent activity as they must be located in the outlet creek and its adjacent wetlands in order to fulfill their basic purpose of impounding water. The currently permitted material disposal site[5], otherwise referred to as Alternative A, or the No Action Alternative, is a Palustrine Forested & Scrub-shrub Wetland, whereas the applicant's preferred alternative, Lower Slate Lake, is a deep-water habitat (20 acres) with a narrow and irregular emergent wetland fringe. The mine tailings would be disposed of in the deepwater habitat (Lower Slate Lake), which is not a special aquatic site under the Guidelines. See the ROD for a discussion of project costs[6], as well as ADNR's letter* | ☐ NA | *<br>☐ NA |

---

[3] ADNR Letter, dated December 1, 2004, addressed to the USFS.
[4] An * is marked above the answer that would indicate noncompliance with the Guidelines.
[5] DEIS, Sections 3.12.3, and 4.12. Also, see POA-1990-592-M.
[6] ROD, Section VII. Project Cost Calculations Summary.



Page 3                                    POA-1990-592-M

000133

Exhibit I, Page 3

ATTACHMENT B                                                                                          POA-1990-592-M

*addressed to the USFS, dated December 1, 2005. See the FSEIS, Section 2, for a discussion of alternatives. Documentation in the FSEIS examined alternative material disposal locations[7] and determined that the lake site was the only acceptable one for their purposes. The Corps examined the proposed site as well as the permitted site, and all available information and determined that the lake site is the least environmentally damaging practicable alternative.*

b.  **Special restriction. Will the discharge:**
    *Refer to the Applicant's Section 404(b)(1) Evaluation, dated November 17, 2004, for additional references.*

    (i) Violate State water quality standards?[8] Not applicable. *DSEIS: Section 4.6, Appendix A: Surface Water Quality. FSEIS: Section 4.6.7 See Section 401 Water Quality Certification, issued by the Alaska Department of Environmental Conservation, dated May 6, 2005.*    ☐    ☒

    (ii) Violate toxic effluent standards (under Section 307 of the Act)? *DSEIS: Section 4.6, Appendix A: Surface Water Quality. FSEIS: Appendix A - Water Quality Analysis.*    ☐    ☒

    (iii) Jeopardize endangered or threatened species or their critical habitat? *DSEIS: Sections 4.10 and 4.11. FSEIS: Sections 4.10.3, and 4.11.2. Also, refer to attached Rod, discussion of comments received, with specificity to ESA consultation.*    ☐    ☒

    (iv) Violate standards set by the Department of Commerce to protect marine sanctuaries? *Not Applicable (NA). There are no marine sanctuaries on or near the project site.*    ☐ NA    ☐ NA

c.  **Other restrictions. Will the discharge contribute to significant degradation of "waters of the United States" through adverse impacts to:** *Refer to the Applicant's Section 404(b)(1) Evaluation, dated November 17, 2004, for additional references. Also, see the FSEIS: Appendix A, Water Quality Analysis.*

    |  | Yes | No |
    |---|---|---|
    | (i) Human health or welfare, through pollution of municipal water supplies, fish, shellfish, wildlife and special aquatic sites? See *DSEIS: Sections 4.8, Groundwater Quality; 4.6, Surface Water Quality; and 4.12, Soils, Vegetation, and Wetlands. FSEIS: Section 4.7.3, Groundwater Quality; 4.5.6, Surface Water Quality; 4.12.3., Wetlands.* | ☐ | ☒ |
    | (ii) Life stages of aquatic life and other wildlife? *DSEIS: Sections 4.11, Wildlife; and 4.12, Soils, Vegetation, and Wetlands. Also, refer to Section XI of the ROD.* | ☐ | ☒ |
    | (iii) Diversity, productivity and stability of the aquatic life and other wildlife or wildlife habitat or loss of the capacity of wetlands to assimilate nutrients, purify water or reduce wave energy? *DSEIS: Sections 4.6; 4.9; 4.11; and 4.12. FSEIS: 4.9.6., 4.11.2., and 4.12.3.* | ☐ | ☒ |
    | (iv) Recreational, aesthetic and economic values? *DSEIS: Sections 3.13 through 3.15; and 4.13 through 4.15. FSEIS: 4.13.3., 4.14.3., 4.15.3.* | ☐ | ☒ |

    d.  **Actions to minimize potential adverse impacts (mitigation). Will all appropriate and practicable steps (40 CFR § 230.70-77, Subpart H) be taken to minimize the potential adverse impacts of the discharge on the aquatic ecosystem?** [Refer to Applicant's Section 404(b)(1) Evaluation, dated November 17, 2004, for additional references.] *DEIS: Section 2.5. FSEIS: Section 2.5.1: Mitigation. For follow-up, refer to ROD, Section VII, Subpart G.*    ☒    ☐

---

[7] USFS FSEIS, Section 2.4 Project Alternative and Components Considered but not Studied in Detail.
[8] ADEC letter to the Corps, dated December 6, 2004.



ATTACHMENT B                                                                POA-1990-592-M

| II. Factual Determinations |
|---|
| (40 CFR § 230.11) |

The determinations of potential short-term or long-term effects of the proposed discharges of dredged or fill material on the physical, chemical and biological components of the aquatic environment included items a – h, below, in making a findings of compliance or non-compliance.

    Subpart C: Potential Impacts on Physical & Chemical Characteristics of the Aquatic Ecosystem;
    Subpart D: Potential Impacts on Biological Characteristics of the Aquatic Ecosystem;
    Subpart E: Potential Impacts on Special Aquatic Sites; and
    Subpart F: Potential Impacts on Human Use Characteristics.
    Subpart G: Evaluation and Testing

There is potential for short-term or long-term adverse effects (in light of Subparts C-G, listed above) of the proposed discharge as related to:

|   |   | Yes | No |
|---|---|---|---|
| a. | Physical substrate determinations *[FSEIS: Section 4.12.1; Appendix C]*. The project site is a deep water lake with an irregular emergent wetland fringe. The lake bottom soils are primarily sandy silt, underlying organic mats. During the life of the project, the lake substrate would be covered by processed mine wastes, consisting of grains that are sand sized to very fine material. No dredging or other impacts to the substrate would occur. However, the substrate under the proposed dam is primarily emergent wetland, all of which would be mechanically land cleared prior to the deposition of fill to construct the dam. | ☒ | ☐ |
| b. | Water circulation, fluctuation and salinity determinations *[FSEIS: Section 3.6 through 3.10]* The lake is fairly shallow, approximately 51 feet deep, with little stratification. There are no water currents, other than wind driven. The proposed dam would permanently block flow out of the lake and there would be little fluctuation in water level. Salinity is not applicable to this freshwater lake. | ☒ | ☐ |
| c. | Suspended particulate/turbidity determinations *[FSEIS, , Appendix C -Ecological Risk Assessment of Aqueous Tailings Disposal at the Kensington Goldmine]* The introduction of mine tailings into the lake would result in an increase of total suspended solids (TSS)). The TSS would be discharged at the deepest portion of the lake via a slurry pipeline and silt curtains would be required to minimize the size of the silt plume. A nontoxic chemical flocculent would be added to the slurry to enhance the deposition of suspended particles in the Lower Slate Lake disposal site. These effects would persist as long as the tailings discharge occurred. Upon project closure the tailings would be capped and suspended particulate/turbidity levels would be equal to pre-project conditions. | ☒ | ☐ |
| d. | Contaminant determinations *[FSEIS, , Appendix C -Ecological Risk Assessment of Aqueous Tailings Disposal at the Kensington Goldmine]* Testing was performed on the tailings material to be placed in Lower Slate Lake. The principal contaminants of concern would be aluminum, chromium, pH, and Total Suspended Solids. There are anticipated to be short term effects. Over the short and long term acceptable constraints are available and would be implemented to ensure contaminants are reduced to acceptable levels within the disposal site and would not be transported beyond the limits of the disposal site | ☒ | ☐ |
| e. | Aquatic ecosystem structure and function determinations *[FSEIS: Section 4.9 and 4.12]* The USFS and the Corps determined that with the introduction of processed mine waste, all of the macroscopic and most if not all of the microscopic life in the lake would die. This would be a temporal effect as after project closure the lake's aquatic ecosystem structure and functions would be restored and expanded.. | ☒ | ☐ |



ATTACHMENT B                                                                 POA-1990-592-M

| f. | Proposed disposal site determination (disposal sites and/or size of mixing zone are acceptable) [FSEIS: Section 2, Description of proposed actions and other Alternatives] | ☐ | ☒ |
|---|---|---|---|
| g. | Determination of cumulative effects on the aquatic ecosystem [FSEIS: Sections 4.12, and 4.21] After project closure there would an approximate increase in size of the lake by greater than 260% to approximately 62 acres with a water depth of about 30 feet. This would be a beneficial impact. | ☒ | ☐ |
| h. | Determination of secondary effects on the aquatic ecosystem [FSEIS: Section 4] Secondary effects of the dam and tailings discharge would include an increase in the size of Lower Slate Lake and the surface water elevation of Lower Slate Lake. In addition, there would be noise and air quality impacts from the operation of heavy equipment used to construct the dam. | ☒ | ☐ |

### III. Technical Evaluation Factors
### 40 CFR § 230 Subparts C-F

a. **Potential Impacts on Physical and Chemical Characteristics of the Aquatic Ecosystem** (Subpart C)

*FSEIS-Section 4.0 Environmental Impacts*

|   |   | Significant | Not significant |
|---|---|---|---|
| 1. | Substrate [FSEIS: Sections 4.3 and 4.4, Appendix C] | ☐ | ☒ |
| 2. | Suspended particulates/turbidity [FSEIS: Section 4.5, and 4.9] [FSEIS, , Appendix C -Ecological Risk Assessment of Aqueous Tailings Disposal at the Kensington Goldmine] | ☐ | ☒ |
| 3. | Water [FSEIS: Section 4.5 through 4.10] | ☐ | ☒ |
| 4. | Alteration of current patterns and water circulation [FSEIS: Section 4.5] | ☐ | ☒ |
| 5. | Alteration of Normal Water fluctuations/hydro period [FSEIS: Sections 4.5 and 4.7] | ☐ | ☒ |
| 6. | Alteration of salinity gradients [FSEIS: Section 4.3] | ☐ | ☒ |

b. **Potential Impacts on the Biological Characteristics of the Aquatic Ecosystem** (Subpart D)

| 1. | Threatened and Endangered species (§230.30) [See ROD, Endangered Species Act, Consultation Process]. NA. There are no threatened or endangered species or their critical habitat within this portion of the project area. | ☐ | ☐ |
|---|---|---|---|
| 2. | Aquatic Food Web (§230.31) [FSEIS: Sections 4.9, & 4.10] The discharge of the mine tailings would result in elimination the lake's food web during operation. However, this function would be restored upon closure of the disposal facility. | ☐ | ☒ |
| 3. | Other wildlife [FSEIS: Section 4.11]. Modification of the lake would result in impacts to wildlife, such as waterfowl, deer, bear and various small mammals. | ☐ | ☒ |



ATTACHMENT B                                                              POA-1990-592-M

**c. Potential Impacts on Special Aquatic Sites (Subpart E)**

1. Wetlands [*FSEIS: Sections 4.9 & 4.12*].  ☐ ☒
   *The project site (Lower Slate Lake) is primarily a deep water habitat with a narrow emergent wetland fringe. Construction of the dam to create the impoundment would result in the permanent loss of 3.44 acres of wetlands. The expansion of the lake would involve inundating approximately 39 acres of adjacent forested and scrub-shrub wetlands, converting them to deep water habitat.*

2. Sanctuaries and refuges [*FSEIS: Section 4.11*] *NA.. There are no sanctuaries or refuges in the project area.*  ☐ ☐

3. Mud Flats – NA. *There are no mud flats in the project area.*  ☐ ☐

4. Vegetated Shallows – *There are vegetated shallows in Lower Slate Lake.*  ☐ ☒
   *These would be inundated and converted to deepwater habitat. After project closure the lake would be restored to a mixture of deepwater habitat and emergent wetland/vegetated shallows along the lake margins.*

5. Coral reefs – NA. *There are no coral reefs in the project area.*  ☐ ☐

6. Riffle and pool complexes – *NA. There would not be any discharges to riffle/pool complexes.*  ☐ ☐

**d. Potential Effects on Human Use Characteristics (Subpart F)**
*Description of Social Environment* [Base condition]: See FSEIS, Sections 4.0 Environmental Impacts, and 3.15 Socioeconomics.

1. Effects on municipal and private water supplies – *NA. The project would not impact either municipal or private water supplies.*  ☐ ☐

2. Recreational and Commercial fishing impacts (including subsistence fishing)  ☐ ☐
   *FSEIS: Sections 4.15 & 4.20. NA. Lower Slate Lake is not subject to fishing pressure, whether subsistence, recreational or commercial.*

3. Effects on water-related recreation [*FSEIS: Section 4.13*]  ☐ ☐
   *NA. Lower Slate Lake is isolated from roads and has not been recorded as having any recreational values. The proposed discharge would not impact water related recreation.*

4. Aesthetics [*FSEIS: Section 4.14*]  ☐ ☒
   *The discharge of fill would adversely impact the site's aesthetic values, however upon project closure the site's aesthetic values would be restored..*

5. Effects on parks, National and historic monuments, National seashores,  ☐ ☐
   wilderness areas, research sites, and similar preserves. *NA. The project site is not located in one of these areas.*

