# KENSINGTON GOLD PROJECT
# CORPS OF ENGINEERS 404(b)(1)
# EVALUATION

Prepared by:

Coeur Alaska, Inc.
3031 Clinton Drive; Suite 202
Juneau, Alaska 99801

November 17, 2004

**004816**

Exhibit J, Page 1

*III. Technical Evaluation Factors, 40CFR § 230 Subparts C-F*

*Subpart C, Sec. 230.20, Substrate.*
*(a) The substrate of the aquatic ecosystem underlies open waters of the United States and constitutes the surface of wetlands. It consists of organic and inorganic solid materials and includes water and other liquids or gases that fill the spaces between solid particles.*
*(b) Possible loss of environmental characteristics and values: The discharge of dredged or fill material can result in varying degrees of change in the complex physical, chemical, and biological characteristics of the substrate. Discharges which alter substrate elevation or contours can result in changes in water circulation, depth, current pattern, water fluctuation and water temperature. Discharges may adversely affect bottom-dwelling organisms at the site by smothering immobile forms or forcing mobile forms to migrate. Benthic forms present prior to a discharge are unlikely to recolonize on the discharged material if it is very dissimilar from that of the discharge site. Erosion, slumping, or lateral displacement of surrounding bottom of such deposits can adversely affect areas of the substrate outside the perimeters of the disposal site by changing or destroying habitat. The bulk and composition of the discharged material and the location, method, and timing of discharges may all influence the degree of impact on the substrate.*

**Applicant Answer:** not significant
**DSEIS Sections:** 2.3.4, 3.9.1, 3.10.2, 3.12.1, 4.3.3, 4.9.3, Appendix C
**Applicant Response:**
  The DSEIS summarizes the results of extensive testing that has demonstrated the low potential for acid generation or metals mobility from Kensington waste rock and tailings. These findings are consistent with the fact that sulfides partition to the concentrate, which will be shipped off site. The findings are also supported by the lack of environmental impacts in the vicinity of historical waste rock dumps. Given that tailings will not generate acid or release metals under an oxidizing environment such as the DTF, deposition of tailings underwater in the TSF further assures that tailings will not be reactive.
  The only conceivable contaminants in the tailings solids are naturally occurring metals. Much of the metal content of the ore is removed from the site with the concentrate. Of 28 naturally occurring chemical elements that were measured in Kensington tailings and Lower Slate Lake sediment, the majority are more concentrated in lake sediment. No metals in Kensington tailings exceed freshwater sediment quality guidelines (Kline 8/17/04).
  Tailings are nearly devoid of organic matter (Kline 1998), whereas the organic content of Lower Slate Lake sediment is approximately 50% by weight (Kline 2001, Earthworks 2002). Benthic invertebrates in organic sediment, such as in Lower Slate Lake, are restricted to the thin, oxygenated layer near the sediment/water interface. Inorganic sediment can support benthic invertebrates, but some species may be restricted by a lack of organic matter. Natural processes will begin to provide organic matter to the tailings immediately upon closure. Dissolved organic matter, plankton and drifting invertebrates from inflowing streams, and airborne introduction of invertebrates will

provide organic carbon to the TSF. Growth of microorganisms and algae will occur in the water column and directly on the surface of tailings and supply a food source for benthic invertebrates that ingest sediment or utilize organic matter that settles from the water column. The water column will also provide a direct food source to some species of midges and other taxa that filter-feed. Sediment burrowing and ingestion by midge larvae and other species will cycle carbon by alternately consuming and stimulating benthic bacteria. In the process, organic matter will be worked into the tailings surface, creating a visibly distinct layer of organic-rich, oxygenated surface sediment (Kline 8/17/04).

A contingency plan calls for addition of a thin layer of organic-rich sediment, such as terrestrial topsoil, if benthic monitoring during operation indicates that recolonization in tailings will be significantly accelerated by an organic cap.

Kensington tailings and Lower Slate Lake sediment are fine-grained and comprised mainly of similar sized particles. Lower Slate Lake sediment samples from 4 m and 15 m contain a gravel-sized fraction that is absent from Kensington tailings (Maxim 2000, Kline 2001, Earthworks 2002). Approximately 15% by weight of Lower Slate Lake sediment from both sampling depths is >500 $\mu$m, whereas there are essentially no tailings particles >500 $\mu$m.

Aquatic invertebrates will colonize Kensington tailings after deposition ceases. A variety of approaches were used to reach this conclusion. Habitability testing demonstrated that colonization of Kensington tailings will begin with the first seasonal pulse of invertebrate recruitment after closure, but that establishment of some species may be limited until the organic content of the surface layer of tailings increases through natural processes, or until dilute process water in the surface layer of tailings becomes further diluted by overlying lake water. Toxicity testing and chemical analyses have shown that Kensington process water is near the threshold of toxicity for some species due to degradable organic milling reagents and/or an imbalance of common ions. Pioneer species, including midge larvae, will immediately begin to colonize tailings. Their activities will irrigate the biologically active surface layer of tailings with overlying lake water through a process known as bioturbation. This is one example of how the surface layer of tailings will become naturalized and more habitable over time.

See Subpart D, Sec. 230.31 for additional information regarding impacts to benthic organisms and recolonization.

***Subpart C, Sec. 230.21, Suspended particulates/turbidity.***
*(a) Suspended particulates in the aquatic ecosystem consist of fine-grained mineral particles, usually smaller than silt, and organic particles. Suspended particulates may enter water bodies as a result of land runoff, flooding, vegetative and planktonic breakdown, resuspension of bottom sediments, and man's activities including dredging and filling. Particulates may remain suspended in the water column for variable periods of time as a result of such factors as agitation of the water mass, particulate specific gravity, particle shape, and physical and chemical properties of particle surfaces.*

*(b) Possible loss of environmental characteristics and values: The discharge of dredged or fill material can result in greatly elevated levels of suspended particulates in the water column for varying lengths of time. These new levels may reduce light*

*flat or disrupt periodic inundation, resulting in an increase in the rate of erosion or accretion. Such changes can deplete or eliminate mud flat biota, foraging areas, and nursery areas. Changes in inundation patterns can affect the chemical and biological exchange and decomposition process occurring on the mud flat and change the deposition of suspended material affecting the productivity of the area. Changes may reduce the mud flat's capacity to dissipate storm surge runoff.*

**Applicant Answer:** not significant
**DSEIS Section:** 3.12.3
**Applicant Response:**
      The construction of the marine terminal facility and the TSF discharge will not affect mud flats. The TSF discharge will mimic natural flows in Slate Creek. The marine terminal will have a minimal footprint, will not directly impact mud flats, and is too small to conceivably affect circulation patterns.

***Subpart E, Sec. 230.43, Vegetated shallows.***
*(a) Vegetated shallows are permanently inundated areas that under normal circumstances support communities of rooted aquatic vegetation, such as turtle grass and eelgrass in estuarine or marine systems as well as a number of freshwater species in rivers and lakes.*
*(b) Possible loss of values: The discharge of dredged or fill material can smother vegetation and benthic organisms. It may also create unsuitable conditions for their continued vigor by: (1) Changing water circulation patterns; (2) releasing nutrients that increase undesirable algal populations; (3) releasing chemicals that adversely affect plants and animals; (4) increasing turbidity levels, thereby reducing light penetration and hence photosynthesis; and (5) changing the capacity of a vegetated shallow to stabilize bottom materials and decrease channel shoaling. The discharge of dredged or fill material may reduce the value of vegetated shallows as nesting, spawning, nursery, cover, and forage areas, as well as their value in protecting shorelines from erosion and wave actions. It may also encourage the growth of nuisance vegetation.*

**Applicant Answer:** not significant
**DSEIS Section:** 3.9.1, 3.12.3, 4.12.3
**Applicant Response:**
      Approximately 6 acres of Lower Slate Lake fit the definition of vegetated shallows. This habitat will become covered by tailings. After closure and establishment of aquatic vegetation in submerged natural sediment and submerged tailings, approximately 30 acres of the TSF will be vegetated shallows. The Slate Creek Cove marine terminal site does not include vegetated shallows. No rooted aquatic plants were documented during a dive survey of the site (Stekoll, undated).