IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

SOUTHEAST ALASKA CONSERVATION )
COUNCIL, et al., )
 )
       Plaintiffs, ) Case No. J05-0012 CV (JKS)
vs. )
 ) **DECLARATION OF JAMES A.**
UNITED STATES ARMY CORPS OF ) **SABALA IN SUPPORT OF**
ENGINEERS; et al. ) **COEUR ALASKA, INC.'S**
 ) **SUMMARY JUDGMENT**
       Defendants, ) **RESPONSE BRIEF**
and )
 )
COEUR ALASKA, INC., et al., )
 )
       Defendant-Intervenors. )

I, James Sabala, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I have personal knowledge of the factual statements made in this declaration. They are true and accurate to the best of my knowledge.

2. I hold the position of Chief Financial Officer of Coeur d'Alene Mines, Inc and Coeur Alaska, Inc.

3. Coeur has invested nearly $200 million in the Kensington Mine Project from inception of the project to date.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 3, 2006.  _____
                                              James A. Sabala