

**KLINE ENVIRONMENTAL RESEARCH, LLC**

1731 50th Street
Somerset, WI 54025
Phone: (715) 247-4466
Fax: (715) 247-4608
E-mail: kline@pressenter.com

## TECHNICAL MEMORANDUM

To: Rick Richins
From: Ed Kline
Subject: Time required for benthic recolonization in the Kensington tailings storage facility
Date: August 17, 2004

---

*Summary*
This technical memorandum provides information to supports the following conclusion:

A diverse and abundant benthic invertebrate community will remain in the submerged natural sediment around the perimeter of the Kensington tailings storage facility (TSF) throughout the operation. The width of this colonized band of natural sediment will vary during operation, but will be present at closure to contribute to rapid colonization of tailings after deposition ceases, and rapid colonization of newly submerged sediment as the water is raised to the final closure elevation. Airborne introduction and inflow from Upper Slate Lake will also contribute to colonization throughout the entire TSF during the first seasonal pulse of invertebrate recruitment after closure. A diverse and abundant benthic invertebrate community will be established $\leq 1$ year after closure in the 11 acres of submerged natural sediment and $\leq 6$ years after closure in the remainder of the TSF that will be underlain by tailings. As such, $\leq 1$ year after closure, the TSF will have a larger area of productive lake bottom than currently exists and there will then be no constraints to reestablishing populations of fish, plants, and wildlife that will meet or exceed the diversity and productivity of the existing Lower Slate Lake community. Additional information on the method of discharge and rates of tailings consolidation after closure may allow the $\leq 6$ year prediction pertaining to tailings to be reduced.

A variety of approaches were used to reach this conclusion. Each approach, when viewed in isolation, supports the conclusion. The weight of evidence from the combined approaches provides assurance that the conclusion is conservative. Habitability testing demonstrated that colonization of Kensington tailings will begin with the first seasonal pulse of invertebrate recruitment after closure, but that establishment of some species may be limited until the organic content of the surface layer of tailings increases through natural processes, or until dilute process water in the surface layer of tailings becomes further diluted by overlying lake water. Toxicity testing and chemical analyses have shown that Kensington process water is near the threshold of toxicity for some species due to organic milling reagents and/or an imbalance of common ions. An abundance of invertebrates found during 2004 in metal-rich tailings in an impoundment that contained highly toxic concentrations of interstitial cyanide after closure in 1998 demonstrates that any potential lag in habitability due to low organic content or process water will be less than six years. All of the above studies support previous demonstrations that Kensington tailings have low metal concentrations, low metals bioavailability, and low reactivity.