

United States
Department of
Agriculture

**Forest Service**

Alaska Region
R10-MB-338dd

1997



# Land and Resource Management Plan

# Tongass National Forest



Management Prescriptions

# MINERALS

## Land Use Designation MM

**Goals**
 To encourage the prospecting, exploration, development, mining, and processing of locatable minerals in areas with the highest potential for minerals development.

 To insure that minerals are developed in an environmentally sensitive manner, and that other high-valued resources are considered when minerals developments occur.

**Objectives**
 Apply this management prescription to the project areas of currently approved minerals plans of operation. Use the prescription as criteria in the planning and design of proposed mineral developments and plans of operation. During the period before approval of the plan of operation, the underlying (initial) LUD(s) continue to apply to the project area.

 For minerals activities:
 - authorize special uses which facilitate such activities;
 - allow reasonable access, consistent with other resource values;
 - apply the Modification Visual Quality Objective to foreground areas viewed from the Visual Priority Travel Routes and Use Areas (Appendix F); otherwise, the Maximum Modification objective applies;
 - maintain present and continued soil productivity and water quality to the extent feasible. Apply Best Management Practices to meet State Water Quality Standards.

 For non-minerals activities:
 - authorize special uses that will not substantially conflict with present or anticipated mineral-related activities;
 - limit new recreation facilities to those compatible with mineral developments;
 - manage recreation settings and opportunities to be as compatible as possible with the initial Land Use Designation.

 Maintain the present and continued productivity of anadromous fish and other foodfish habitat, and wildlife habitats, to the maximum extent feasible. Stress the protection of fish and wildlife habitats to prevent or minimize the need for mitigation.

 Rehabilitate soil and water resources and fish and wildlife habitats after the completion of mining operations.

 After the completion of mining activities and restoration, manage the area according to the original Land Use Designation.

**Desired Condition**
 During mining operations, mining activities are limited to the area necessary for their efficient, economic, and orderly development. Mining is carried out so that any effects on other resources are minimized to the extent feasible, and all minimum legal resource protection requirements are met. Other resource uses and activities in the area do not conflict with mining operations. After the completion of mining, affected areas are rehabilitated and, in most cases, the area once again provides the settings and opportunities of the original Land Use Designation.

Exhibit O, Page 2