Demian A. Schane
Thomas S. Waldo
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: dschane@earthjustice.org

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, and LYNN CANAL CONSERVATION, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) |
| UNITED STATES ARMY CORPS OF ENGINEERS; COLONEL TIMOTHY J. GALLAGHER, in his official capacity as District Engineer; LARRY L. REEDER, in his official capacity as Chief of the Regulatory Branch; DOMINIC IZZO, in his official capacity as Principal Deputy Assistant Secretary of the Army (Civil Works); and UNITED STATES FOREST SERVICE, | ) ) ) ) ) ) ) ) ) Case No. J05-0012 CV (JKS) |
| Defendants, | ) ) |
| and | ) |
| COEUR ALASKA, INC., GOLDBELT, INC., and the STATE OF ALASKA, | ) ) |
| Intervenor-Defendants. | ) ) |

## DECLARATION OF CAROLYN WEISHAHN

I, Carolyn Weishahn, pursuant to 28 U.S.C. § 1746, hereby declare:

1.  I am the Secretary of Lynn Canal Conservation, Inc. and am familiar with Lynn Canal Conservation's mission and goals.  I am a resident of Haines, Alaska, a small community in Southeast Alaska, about 35 miles from the Kensington mine.

2.  Lynn Canal Conservation, Inc. is a non-profit, volunteer grassroots conservation organization based in Haines, Alaska that works to protect the environment of the Lynn Canal region, including the Berners Bay area.  Lynn Canal Conservation was founded in 1971, and has approximately 150 members who reside in southeast Alaska.  Its staff consists largely of volunteers, with one part-time salaried person.

3.  As Secretary, I am familiar with Lynn Canal Conservation's budget, and I participate in the internal process whereby Lynn Canal Conservation decides whether it will bring litigation in light of its mission and the importance of the case.  As part of that process, Lynn Canal Conservation considers the financial obligations and risks involved in the proposed environmental litigation.  I submit this declaration to provide the Court with additional facts concerning Lynn Canal Conservation's ability to post a bond in the above-referenced litigation.

4.  Litigation is one part of Lynn Canal Conservation's work.  Lynn Canal Conservation currently has three active cases, two of which were brought under the federal Administrative Procedure Act and one under the state Administrative Procedure Act, in order to protect public lands and natural resources and to vindicate public rights.  Lynn Canal Conservation has no financial interest or personal stake in these cases.

**Exhibit 3, page 2 of 3**

5.  Lynn Canal Conservation's overall annual budget is less than $50,000, the majority of which is dedicated to paying the salaries and expenses of Lynn Canal Conservation's staff member.  Its litigation budget for 2006 is $3,500.

6.  The imposition of any bond other than a nominal one would have a chilling and concrete effect on the ability of Lynn Canal Conservation to function as an organization, including prosecuting lawsuits to advance public interests.  If Lynn Canal Conservation or other non-profit organizations like it had to bear the financial burden of asserting public rights, the incentives intentionally created by Congress to encourage citizen suits and to enforce compliance with environmental laws under the Administrative Procedure Act would be significantly reduced or eliminated.

7.  Lynn Canal Conservation cannot post a substantial injunction bond.  It does not have the resources to cover a substantial bond, and if it had to use its small budget to cover a bond other than a nominal one, it would no longer be able to maintain its office, support its staff position, or conduct regular operations.  A single substantial injunction bond would end Lynn Canal Conservation's ability to carry out its mission to protect the public interest and public lands.


I declare under penalty of perjury that the foregoing is true and correct.


_8-20-06_
Date

_Carolyn Weishahn_
Carolyn Weishahn, Secretary,
Lynn Canal Conservation