Demian A. Schane
Thomas S. Waldo
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: dschane@earthjustice.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, and LYNN CANAL CONSERVATION,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS; COLONEL TIMOTHY J. GALLAGHER, in his official capacity as District Engineer; LARRY L. REEDER, in his official capacity as Chief of the Regulatory Branch; DOMINIC IZZO, in his official capacity as Principal Deputy Assistant Secretary of the Army (Civil Works); and UNITED STATES FOREST SERVICE,<br><br>　　　　Defendants,<br><br>　　　　and<br><br>COEUR ALASKA, INC., GOLDBELT, INC., and the STATE OF ALASKA,<br><br>　　　　Intervenor-Defendants. | Case No. J05-0012 CV (JKS) |

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION FOR INJUNCTION
PENDING APPEAL AS MOOT**

*SEACC v. U.S. Army Corps of Eng'rs*
J05-0012 CV (JKS)

On August 4, 2006, Plaintiffs moved for an injunction pending appeal in this Court. Docket No. 119.  On August 10, 2006, Plaintiffs moved for emergency injunctive relief in the Ninth Circuit.  Today, the Ninth Circuit granted Plaintiffs' motion and enjoined Federal Defendants and Coeur Alaska from engaging in any activities relating to the use of Lower Slate Lake as a disposal site for mine tailings pending further order from the court.  *See* attachment. Plaintiffs therefore withdraw their motion at Docket No. 119 on the ground that it is now moot.

Respectfully submitted this 24th day of August 2006,

 /s/ Demian A. Schane
Demian A. Schane (ABA# 0403007)
Thomas S. Waldo (ABA# 9007047)
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: dschane@earthjustice.org

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I, Demian Schane, certify that on August 24, 2006, a true and correct copy of PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION FOR INJUNCTION PENDING APPEAL AS MOOT was served electronically to Mark A. Nitczynski, Richard L. Pomeroy, John C. Berghoff, Jr., David C. Crosby, Ruth Hamilton Heese, Cameron M. Leonard, John W. Hartle, Amy Gurton Mead, and Stephen F. Sorensen.  A courtesy copy was also sent via e-mail to Aaron Avila and Jim Ustasiewski.

/s/ Demian A. Schane
Demian A. Schane