UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
OCT 04 2006
CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> UNITED STATES ARMY CORPS OF ENGINEERS; et al., <br><br> Defendants - Appellees, <br><br> COEUR ALASKA, INC.; et al., <br><br> Defendant-Intervenors - Appellees. | No. 06-35679 <br><br> D.C. No. CV-05-00012-J-JKS <br> District of Alaska, <br> Juneau <br><br> ORDER |

**RECEIVED**
OCT 11 2006
CLERK, U.S. DISTRICT COURT
JUNEAU, ALASKA

On September 27, 2006, a telephone conference was held with Circuit Mediator Lisa J. Evans.

The court has determined that this appeal will not be selected for inclusion in the Mediation Program. All further inquiries regarding this appeal, including requests for extensions of time, should be directed to the Clerk's office.

Counsel are requested to contact the undersigned should circumstances develop that warrant further settlement discussions while the appeal is pending.

FOR THE COURT

Lisa J. Evans
Circuit Mediator