Eric B. Fjelstad, Alaska Bar No. 9505020
Robert A. Maynard, Alaska Bar No. 8610093
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
Phone: (907) 279-8561/ Fax:(907) 276-3108
efjelstad@perkinscoie.com
rmaynard@perkinscoie.com

Attorneys for Defendant-Intervenor Coeur Alaska, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONCERVATION COUNCIL, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, et al.,<br><br>    Defendants,<br><br>and<br><br>COEUR ALASKA, INC., et al.,<br><br>    Defendant-Intervenors. | Case No. J05-0012 CV (JKS)<br><br>(9th Circuit No. 06-35679) |

**COEUR ALASKA'S NOTICE TO COURT REGARDING**
**STATUS OF NINTH CIRCUIT APPEAL**

In response to this Court's June 29, 2007 Order regarding a status report in this action, Defendant-Intervenor Coeur Alaska, Inc. is providing the following information regarding the current status of the appeal in the United States Court of Appeals for the Ninth Circuit.

The Ninth Circuit panel issued a decision on May 22, 2007. In a June 29, 2007 Order, the Ninth Circuit panel extended the time for filing a petition for rehearing en banc to August 20, 2007. Ex. 1. With the extension, the Ninth Circuit's mandate has not issued, and jurisdiction remains in the Court of Appeals. FRAP 41.

DATED: July 13, 2007.

**PERKINS COIE LLP**
Attorneys for Defendant-Intervenor
COEUR ALASKA, INC.

/s/Robert A. Maynard
Robert A. Maynard
Alaska Bar No. 8610093
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
Phone: (907) 279-8561
Fax: (907) 276-3108
rmaynard@perkinscoie.com

I hereby certify that on July 13, 2007, a copy of the foregoing Notice to Court Regarding Status of Ninth Circuit Appeal was served electronically on Demian A. Schane and Thomas S. Waldo (representing plaintiffs), Mark Nitczynski and Richard L. Pomeroy (representing federal defendants), Ruth Hamilton Heese and Cameron M. Leonard (representing defendant-intervenors), David C. Crosby (representing defendant-intervenor Goldbelt, Inc.), John W. Hartle (representing City and Borough of Juneau), Amy Gurton Mead (representing Southeast Conference), and Stephen F. Sorenson (Berners Bay Consortium). A courtesy copy was sent via email to Jim Ustasiewski.

s/James N. Leik
James N. Leik

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

SEACC, et al., v. US Army Corps of Engineers, et al.
J05-0012 CV (JKS)                    - 2 -                    [41643-0005/13396329_1.DOC]
91004-0002/LEGAL13396329.1