UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 29 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL; et al., | No. 06-35679 |
| Plaintiffs - Appellants, | D.C. No. CV-05-00012-J-JKS District of Alaska, Juneau |
| v. | |
| UNITED STATES ARMY CORPS OF ENGINEERS; et al., | ORDER |
| Defendants - Appellees, | |
| COEUR ALASKA, INC.; et al., | |
| Defendant-Intervenors - Appellees. | |

RECEIVED
JUL 0 2 2007
PERKINS COIE LLP-BOISE

Before: HUG, TASHIMA, and GRABER, Circuit Judges.

The Joint Motion of Appellees for an Extension of Time within which to File a Petition for Rehearing En Banc is GRANTED. The deadline is extended from July 6, 2007, to and including August 20, 2007.

Exhibit 1
Page 1 of 1