# MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*SEACC, et al. v. U.S. Army Corps of Engineers*, et al.
Case No. 1:05-cv-00012-JKS

By: THE HONORABLE JAMES K. SINGLETON

Deputy Clerk: Linda Christensen, Case Management: 677-6104*

PROCEEDINGS: ORDER FROM CHAMBERS

    Judgment has recently been entered in this case by the Ninth Circuit, reversing and remanding an earlier decision of this Court. The parties are instructed to meet, confer, and submit a status report informing the Court what remains to be done in order to resolve this case and bring it to a close. If the parties are able to reach an agreement in accordance with the Ninth Circuit's ruling, they should prepare and submit a stipulation for the Court to review, including a proposed order disposing of the case.

**IT IS THEREFORE ORDERED:**

A status report is due no later than Friday, July 27, 2007.

Entered at the direction of the Honorable James K. Singleton, United States District Judge.

DATE: June 29, 2007

\* ALL INQUIRIES REGARDING THE SCHEDULING OR CALENDARING OF THIS CASE SHOULD BE DIRECTED TO THE ABOVE INDICATED CASE MANAGER.
Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made in the form of a motion. *See* FED. R. CIV. P. 7(b)(1); D. Ak. LR 7.1(j) & 59(b). No one should telephone, fax, or write to chambers regarding pending cases. The Judge's secretary and law clerks are not permitted to discuss any aspect of this case, provide any information, or communicate with any person, including litigants, lawyers, witnesses, and the general public regarding pending cases.