Thomas S. Waldo
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: twaldo@earthjustice.org

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, and LYNN CANAL CONSERVATION, <br><br>     Plaintiffs, <br><br>          v. <br><br> UNITED STATES ARMY CORPS OF ENGINEERS; COLONEL TIMOTHY J. GALLAGHER, in his official capacity as District Engineer; LARRY L. REEDER, in his official capacity as Chief of the Regulatory Branch; DOMINIC IZZO, in his official capacity as Principal Deputy Assistant Secretary of the Army (Civil Works); and UNITED STATES FOREST SERVICE, <br><br>     Defendants, <br><br>     and <br><br> COEUR ALASKA, INC., GOLDBELT, INC., and STATE OF ALASKA, <br><br>     Intervenor-Defendants. | Case No. J05-0012 CV (JKS) |

**JOINT STATUS REPORT**

All parties hereby submit this joint status report pursuant to the Court's order of June 29, 2007 (Docket No. 149).

Although the Ninth Circuit has rendered an opinion, it has not yet issued its mandate pursuant to Fed.R.App.P. 41.  The appellate court has extended until August 20, 2007, the time to file any petitions for rehearing en banc.  The court will normally issue its mandate 7 days after the expiration of time for a petition for rehearing or 7 days after denial of a petition for rehearing.  Fed.R.App.P. 41(b).  The general rule is that the filing of an appeal divests the district court of jurisdiction, with certain exceptions not applicable here, "until the district court receives the mandate of the court of appeals."  *G&M, Inc. v. Newbern*, 488 F.2d 742, 746 (9th Cir. 1973) (citing 9 Moore, Federal Practice, ¶ 203.11).

For these reasons, the parties believe that jurisdiction has not yet returned to the district court and that this Court should await the issuance of the mandate of the Ninth Circuit before taking further action.

Counsel for Defendants and Intervenor-Defendants have authorized the undersigned to file this status report as the joint report of all parties.

Respectfully submitted this 25th day of July 2007.

   /s/ Thomas S. Waldo
Thomas S. Waldo
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: twaldo@earthjustice.org

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

     I, Thomas S. Waldo, certify that on July 25, 2007, a true and correct copy of the foregoing JOINT STATUS REPORT was served electronically to Mark A. Nitczynski, Richard L. Pomeroy, John C. Berghoff, Jr., David C. Crosby, Ruth Hamilton Heese, Cameron M. Leonard, John W. Hartle, Amy Gurton Mead, and Stephen F. Sorensen.

/s/ Thomas S. Waldo
Thomas S. Waldo