Eric B. Fjelstad, Alaska Bar No. 9505020
EFjelstad@perkinscoie.com
Robert Maynard, Alaska Bar No. 8610093
RMaynard@perkinscoie.com
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK  99501
Telephone:  907.279.8561
Facsimile:  907.276.3108

Attorneys for Defendant-Intervenor
Coeur Alaska, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, et al., | Case No. 1:05-cv-0012-JKS |
| Plaintiffs, | |
| v. | |
| UNITED STATES ARMY CORPS OF ENGINEERS, et al. | |
| Defendants, | |
| and | |
| COEUR ALASKA, INC., et al., | |
| Defendant-Intervenors. | |

**JOINT STATUS REPORT**

All parties hereby submit this further joint status report pursuant to the Court's Order of August 7, 2007 (Docket No. 152).

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK  99501
907.279.8561 / Facsimile 907.276.3108

*SEACC v. U.S. Army Corps of Eng'rs*
1:05-CV-0012-JKS
41643-0005/LEGAL13623590.1
Page 1 of 3

On or before August 20, 2007, Intervenor-Defendants Coeur Alaska, Inc., the State of Alaska, and Goldbelt, Inc. filed Petitions for Rehearing En Banc and the Federal Defendants filed a Petition for Limited Panel Rehearing regarding the Ninth Circuit panel May 22, 2007 Opinion in this case. In an August 7, 2007 Order, the Ninth Circuit requested that the Plaintiffs file responses to each of these Petitions. The Plaintiffs' Responses are due October 12, 2007.

Accordingly, as described in the parties' July 25, 2007 joint status report, the appellate court has not yet issued its mandate and jurisdiction will remain in the appellate court until after disposition of the pending Petitions. For these reasons, the parties believe that this Court should await the disposition of the pending Petitions and the issuance of a mandate from the Ninth Circuit before taking further action.

Counsel for Plaintiffs, Federal Defendants and the other Intervenor-Defendants have authorized the undersigned to file this status report as the joint report of all parties.

DATED: October 9, 2007.

**PERKINS COIE LLP**

By     s/ Eric B. Fjelstad
Eric B. Fjelstad, Alaska Bar No. 9505020
EFjelstad@perkinscoie.com
Robert Maynard, Alaska Bar No. 8610093
RMaynard@perkinscoie.com

Attorneys for Defendant-Intervenor
Coeur Alaska, Inc.

**PERKINS COIE** LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501
907.279.8561 / Facsimile 907.276.3108

*SEACC v. U.S. Army Corps of Eng'rs*
1:05-CV-0012-JKS
41643-0005/LEGAL13623590.1
Page 2 of 3

I, Eric B. Fjelstad, certify that on October 9, 2007, a copy of the foregoing JOINT STATUS REPORT was served electronically on Demian A. Schane, Thomas S. Waldo, Mark A. Nitczynski, Richard L. Pomeroy, David C. Crosby, Ruth Hamilton Heese, Cameron M. Leonard, John W. Hartle, Amy Gurton Mead, and Stephen F. Sorensen.

s/ Eric B. Fjelstad
Eric B. Fjelstad

**PERKINS COIE** LLP
1029 West Third Avenue, Suite 300
Anchorage, AK  99501
907.279.8561 / Facsimile 907.276.3108