UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 0 8 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

SOUTHEAST ALASKA
CONSERVATION COUNCIL; et al.,

      Plaintiffs - Appellants,

  v.

UNITED STATES ARMY CORPS OF
ENGINEERS; et al.,

      Defendants - Appellees,

COEUR ALASKA, INC.; et al.,

      Defendant-Intervenors -
Appellees.

No. 06-35679

D.C. No. CV-05-00012-J-JKS
District of Alaska,
Juneau

**RECEIVED**

NOV 1 3 2007

CLERK, U.S. DISTRICT COURT
JUNEAU, ALASKA

ORDER

    The mandate issued on November 6, 2007, is hereby RECALLED as issued in error.

FOR THE COURT:

CATHY A. CATTERSON
CLERK OF COURT

By: **SIGNATURE REDACTED**
    Howard Hom
    Deputy Clerk

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

NOV 0 8 2007

**Signature Redacted**

Deputy Clerk