UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

RECEIVED
NOV 1 3 2007
CLERK U.S. DISTRICT COURT
JUNEAU, ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL; et al.,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS; et al.,<br><br>Defendants - Appellees,<br><br>COEUR ALASKA, INC.; et al.,<br><br>Defendant-Intervenors - Appellees. | No. 06-35679<br>D.C. No. CV-05-00012-J-JKS<br><br>**JUDGMENT** |

Appeal from the United States District Court for the District of Alaska (Juneau).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Alaska (Juneau) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **REVERSED and REMANDED**. Costs taxed.

Filed and entered Tuesday, May 22, 2007

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

NOV 6 2007

REDACTED
Deputy Clerk