RECEIVED

NOV 1 3 2007

CLERK, U.S. DISTRICT COURT
JUNEAU, ALASKA

No. 06-35679

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, and
LYNN CANAL CONSERVATION,

Plaintiffs-Appellants,

v.

UNITED STATES ARMY CORPS OF ENGINEERS; COLONEL TIMOTHY J.
GALLAGHER, in his official capacity as District Engineer; LARRY L. REEDER,
in his official capacity as Chief of the Regulatory Branch; DOMINIC IZZO, in his
official capacity as Principal Deputy Assistant Secretary of the Army (Civil
Works); and UNITED STATES FOREST SERVICE,

Defendants-Appellees,

and

COEUR ALASKA, INC., GOLDBELT, INC., and the STATE OF ALASKA,

Intervenor-Defendants-Appellees.

---

On Appeal from the United States District
Court for the District of Alaska

---

## APPELLANTS' BRIEF

Thomas S. Waldo
Demian A. Schane
Earthjustice
325 Fourth Street
Juneau, Alaska 99801
(907) 586-2751

Attorneys for Plaintiffs-Appellants           September 12, 2006

Exhibit 1, Page 1 of 3

# CERTIFICATE OF SERVICE

I, Sarah Saunders, certify that on September 12, 2006, an original and fifteen copies of APPELLANTS' BRIEF and five copies of the EXCERPTS OF RECORD were sent by first-class mail, postage prepaid to the Clerk of the Court, U.S. Court of Appeals for the Ninth Circuit, P.O. Box 193939, San Francisco, California, 94119-3939.  Two copies of APPELLANTS' BRIEF and one copy of the EXCERPTS OF RECORD were served by express courier on:

Mark Nitczynski
U.S. Department of Justice
Environment and Natural Resources Division
1961 Stout Street - 8th Floor
Denver, CO 80294

John T. Stahr
U.S. Department of Justice
Environment and Natural Resources Division – Appellate Section
PHB Mail Room 2121
601 D Street, N.W.
Wash., D.C.  20004

John C. Berghoff, Jr.
Michael P. Rissman
Mayer, Brown, Rowe & Maw LLP
71 S. Wacker Drive
Chicago, IL 60606

David J. Burman
Robert A. Maynard
Perkins Coie LLP
251 East Front Street, Suite 400
Boise, ID 83702

Cameron M. Leonard
State of Alaska Department of Law
100 Cushman Street Suite 400
Anchorage, AK 99701

And by hand-delivery on:

David C. Crosby  
David C. Crosby, P.C.  
5280 Thane Road  
Juneau, AK 99801-7717

Ruth Hamilton Heese  
State of Alaska Department of Law  
P.O. Box 110300  
Juneau, AK 99811-0300

_____  
Sarah Saunders  
Legal Assistant

**Exhibit 1, Page 3 of 3**