RECEIVED
NOV 1 3 2007
CLERK, U.S. DISTRICT COURT
JUNEAU, ALASKA

No. 06-35679

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, and
LYNN CANAL CONSERVATION,

Plaintiffs-Appellants,

v.

UNITED STATES ARMY CORPS OF ENGINEERS; COLONEL TIMOTHY J. GALLAGHER, in his official capacity as District Engineer; LARRY L. REEDER, in his official capacity as Chief of the Regulatory Branch; DOMINIC IZZO, in his official capacity as Principal Deputy Assistant Secretary of the Army (Civil Works); and UNITED STATES FOREST SERVICE,

Defendants-Appellees,

and

COEUR ALASKA, INC., GOLDBELT, INC., and the STATE OF ALASKA,

Intervenor-Defendants-Appellees.

On Appeal from the United States District
Court for the District of Alaska

**APPELLANTS' REPLY BRIEF**

Thomas S. Waldo
Demian A. Schane
Earthjustice
325 Fourth Street
Juneau, Alaska 99801
(907) 586-2751

Attorneys for Plaintiffs-Appellants                October 13, 2006

# CERTIFICATE OF SERVICE

I, Sarah Saunders, certify that on October 13, 2006, an original and fifteen copies of APPELLANTS' REPLY BRIEF and five copies of APPELLANTS' SUPPLEMENTAL EXCERPTS OF RECORD were sent by third party commercial carrier, postage prepaid to the Clerk of the Court, U.S. Court of Appeals for the Ninth Circuit, 95 Seventh Street, San Francisco, California, 94103-1526. Two copies of APPELLANTS' REPLY BRIEF and one copy of APPELLANTS' SUPPLEMENTAL EXCERPTS OF RECORD were served by first class mail on:

Mark Nitczynski
U.S. Department of Justice
Environment and Natural Resources Division
1961 Stout Street - 8th Floor
Denver, CO 80294

John T. Stahr
U.S. Department of Justice
Environment and Natural Resources Division – Appellate Section
PHB Mail Room 2121
601 D Street, N.W.
Washington, D.C. 20004

John C. Berghoff, Jr.
Michael P. Rissman
Mayer, Brown, Rowe & Maw LLP
71 S. Wacker Drive
Chicago, IL 60606

David J. Burman
Robert A. Maynard
Perkins Coie LLP
251 East Front Street, Suite 400
Boise, ID 83702

Cameron M. Leonard
State of Alaska Department of Law
100 Cushman Street Suite 400
Anchorage, AK 99701

David C. Crosby
David C. Crosby, P.C.
5280 Thane Road
Juneau, AK 99801-7717

**Exhibit 2, Page 2 of 3**

Ruth Hamilton Heese
State of Alaska Department of Law
P.O. Box 110300
Juneau, AK 99811-0300


*Sarah Saunders*
Sarah Saunders
Legal Assistant