**FILED**

UNITED STATES COURT OF APPEALS

JUN 11 2008

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> UNITED STATES ARMY CORPS OF ENGINEERS; et al., <br><br> Defendants - Appellees, <br><br> COEUR ALASKA, INC.; et al., <br><br> Defendant-intervenors - Appellees. | No. 06-35679 <br><br> D.C. No. CV-05-00012-JKS <br> District of Alaska, Juneau <br><br><br> ORDER |

**RECEIVED**
JUN 16 2008
CLERK, U.S. DISTRICT COURT
JUNEAU, ALASKA

Before: HUG, TASHIMA, and GRABER, Circuit Judges.

The parties are directed to provide a status report on the Government's reclamation plan, which was due May 1, 2008.