**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 07 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> UNITED STATES ARMY CORPS OF ENGINEERS; et al., <br><br> Defendants - Appellees, <br><br> COEUR ALASKA, INC.; et al., <br><br> Defendant-intervenors - Appellees. | No. 06-35679 <br><br> D.C. No. CV-05-00012-J-JKS <br> District of Alaska, <br> Juneau <br><br> ORDER |

**RECEIVED**

JUL 1 4 2008

CLERK, U.S. DISTRICT COURT
JUNEAU, ALASKA

Before: HUG, TASHIMA, and GRABER, Circuit Judges.

In order to keep the court fully informed, we request the parties furnish three copies of the reclamation plan.

**SCANNED**