Thomas S. Waldo
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: twaldo@earthjustice.org

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL; *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS; *et al.*,<br><br>Defendants,<br><br>and<br><br>COEUR ALASKA, INC., *et al.*,<br><br>Intervenor-Defendants. | Case No. J05-0012 CV (JKS) |

**MOTION FOR LEAVE TO WITHDRAW COUNSEL**

Pursuant to Local Civil Rule 11.1(c), Plaintiffs Southeast Alaska Conservation Council,

Sierra Club, and Lynn Canal Conservation, Inc. hereby move for leave to withdraw Demien A.

*SEACC v. ACOE*
1:06-cv-00009-JWS

Shane as co-counsel in the above-captioned case. Plaintiffs will continue to be represented by the undersigned counsel. Mr. Shane no longer works for Earthjustice.

Plaintiffs further request that Mr. Shane's name be removed from the electronic service list associated with this case.

A proposed order is attached.

Respectfully submitted this 10th day of September, 2008.

/s/ Thomas S. Waldo
Thomas S. Waldo (ABA# 9007047)
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: twaldo@earthjustice.org

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I, Thomas S. Waldo, certify that on September 10, 2008, a copy of the foregoing MOTION FOR LEAVE TO WITHDRAW COUNSEL and a proposed order were served electronically on John C. Berghoff, David C. Crosby, Mark A. John W. Hartle, Ruth Hamilton Heese, Cameron M. Leonard, Amy Gurton Mead, Mark A. Nitczynski, Richard L. Pomeroy, Jr., Demien A. Shane, and Stephen F. Sorensen.

/s/ Thomas S. Waldo
Thomas S. Waldo