IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL; *et al.*,<br><br>             Plaintiffs,<br><br>      v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS; *et al.*,<br><br>             Defendants,<br><br>      and<br><br>COEUR ALASKA, INC., *et al.*,<br><br>             Intervenor-Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. J05-0012 CV (JKS)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

Plaintiffs' Motion For Leave to Withdraw Counsel is hereby GRANTED. The clerk is directed to remove Mr. Schane from the CM/ECF list for this case.

SO ORDERED this _____ day of _____, 2008.

_____
JAMES K SINGLETON
United States District Judge